# EXHIBIT A

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 10/31/2017)

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77698591 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 108 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| **MARK** | http://tess2.uspto.gov/ImageAgent/ImageAgentProxy?getImage=77698591 |
| **LITERAL ELEMENT** | ROGUE |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION (current)** | |
| **NAME** | RML Jackson, LLC |
| **STREET** | 8899 Beverly Blvd., Suite 510 |
| **CITY** | Los Angeles |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 90048 |
| **COUNTRY** | United States |
| **PHONE** | 310.859.1250 |
| **FAX** | 310.859.1254 |
| **OWNER SECTION (proposed)** | |
| **NAME** | RML Jackson, LLC |
| **STREET** | 9242 Beverly Blvd., Suite 300 |
| **CITY** | Beverly Hills |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 90210 |
| **COUNTRY** | United States |
| **PHONE** | |
| **FAX** | |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 009 |
| | Cinematographic films featuring a wide variety of themes, namely, action, |

| | |
|---|---|
| **CURRENT IDENTIFICATION** | adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, sports, romance, reality, science fiction, educational, documentary, mockumentary, and animation topics; Computer software that provides web-based access to applications and services through a web operating system or portal interface; Digital media, namely, CDs, DVDs, high definition digital discs, and downloadable files featuring movies, television shows; Downloadable films and television programs featuring a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, sports, romance, reality, science fiction, educational, documentary, mockumentary, exercise and fitness, health, religion, cooking, and animation topics provided via a video-on-demand service; Downloadable MP3 files and MP3 recordings featuring movies, television shows; Downloadable multimedia file containing artwork, text, audio, video, and Internet Web links relating to a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, sports, romance, reality, science fiction, educational, documentary, mockumentary, exercise and fitness, health, religion, cooking, and animation topics; Downloadable video recordings featuring movies, television shows; Downloadable movies, television shows, multimedia files containing text, audio, video, via the internet and wireless devices; Motion picture films about a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, sports, romance, reality, science fiction, educational, documentary, mockumentary, and animation topics; Pre-recorded CDs, video tapes, laser disks and DVDs featuring movies and television shows; Pre-recorded digital media featuring movies, television shows; Pre-recorded electronic media featuring movies, television shows; Video discs featuring movies, television shows; Video recordings featuring movies, television shows |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 00/00/2009 |
| **FIRST USE IN COMMERCE DATE** | 00/00/2009 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT16\IMAGEOUT 16\776\985\77698591\xml7\SOU0002.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT 16\776\985\77698591\xml7\SOU0003.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT 16\776\985\77698591\xml7\SOU0004.JPG |
| **SPECIMEN DESCRIPTION** | photos of DVD case |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 1 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 100 |
| **TOTAL AMOUNT** | 100 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /cag/ |
| **SIGNATORY'S NAME** | Carol A. Genis |

| SIGNATORY'S POSITION | Attorney of record, Illinois bar member |
|---|---|
| DATE SIGNED | 01/15/2014 |
| **FILING INFORMATION** | |
| SUBMIT DATE | Wed Jan 15 10:48:44 EST 2014 |
| TEAS STAMP | USPTO/SOU-XXX.XXX.XX.X-20 140115104844346296-776985 91-500bd6df280a7ae1a4d05f b9182bb769a780c479d26f8b6 1c581d96fbc51ce4d5-DA-824 2-20140113151808944317 |

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 10/31/2017)

**Trademark/Service Mark Statement of Use**
**(15 U.S.C. Section 1051(d))**

To the Commissioner for Trademarks:
**MARK:** ROGUE(Standard Characters, see http://tess2.uspto.gov/ImageAgent/ImageAgentProxy?getImage=77698591)
**SERIAL NUMBER:** 77698591

The applicant, RML Jackson, LLC, having an address of
   9242 Beverly Blvd., Suite 300
   Beverly Hills, California 90210
   United States
is submitting the following allegation of use information:

For International Class 009:
Current identification: Cinematographic films featuring a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, sports, romance, reality, science fiction, educational, documentary, mockumentary, and animation topics; Computer software that provides web-based access to applications and services through a web operating system or portal interface; Digital media, namely, CDs, DVDs, high definition digital discs, and downloadable files featuring movies, television shows; Downloadable films and television programs featuring a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, sports, romance, reality, science fiction, educational, documentary, mockumentary, exercise and fitness, health, religion, cooking, and animation topics provided via a video-on-demand service; Downloadable MP3 files and MP3 recordings featuring movies, television shows; Downloadable multimedia file containing artwork, text, audio, video, and Internet Web links relating to a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, sports, romance, reality, science fiction, educational, documentary, mockumentary, exercise and fitness, health, religion, cooking, and animation topics; Downloadable video recordings featuring movies, television shows; Downloadable movies, television shows, multimedia files containing text, audio, video, via the internet and wireless devices; Motion picture films about a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, sports, romance, reality, science fiction, educational, documentary, mockumentary, and animation topics; Pre-recorded CDs, video tapes, laser disks and DVDs featuring movies and television shows; Pre-recorded digital media featuring movies, television shows; Pre-recorded electronic media featuring movies, television shows; Video discs featuring movies, television shows; Video recordings featuring movies, television shows

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 00/00/2009, and first used in commerce at least as early as 00/00/2009, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) photos of DVD case.
Specimen File1
Specimen File2
Specimen File3

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

**Declaration**

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached

specimen(s) showing the mark as used in commerce.

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements may jeopardize the validity of the form or any resulting registration, declares that he/she is properly authorized to execute this form on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /cag/       Date Signed: 01/15/2014
Signatory's Name: Carol A. Genis
Signatory's Position: Attorney of record, Illinois bar member

RAM Sale Number: 77698591
RAM Accounting Date: 01/15/2014

Serial Number: 77698591
Internet Transmission Date: Wed Jan 15 10:48:44 EST 2014
TEAS Stamp: USPTO/SOU-XXX.XXX.XX.X-20140115104844346
296-77698591-500bd6df280a7ae1a4d05fb9182
bb769a780c479d26f8b61c581d96fbc51ce4d5-D
A-8242-20140113151808944317







**FEE RECORD SHEET**

**Serial Number:**   77698591

**RAM Sale Number:**  77698591

**Total Fees:**      $100

**RAM Accounting Date:  20140115**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20140115 | $100 | 1 | $100 |

**Transaction Date:**   20140115

# EXHIBIT B

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 4514831 |
| **REGISTRATION DATE** | 04/15/2014 |
| **SERIAL NUMBER** | 77698591 |
| **MARK SECTION** | |
| MARK | ROGUE (see, https://tmng-al.uspto.gov/resting2/api/img/77698591/large) |
| **ATTORNEY SECTION (no change)** | |
| NAME | Cydney A. Tune |
| FIRM NAME | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| STREET | P.O. BOX 2824 |
| CITY | San Francisco |
| STATE | California |
| POSTAL CODE | 94126-2824 |
| COUNTRY | United States |
| PHONE | 415-983-6443 |
| FAX | 415-983-1200 |
| EMAIL | sftrademarks@pillsburylaw.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | 53481-502562 |
| **CORRESPONDENCE SECTION (no change)** | |
| NAME | Cydney A. Tune |
| FIRM NAME | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| STREET | P.O. BOX 2824 |
| CITY | San Francisco |
| STATE | California |
| POSTAL CODE | 94126-2824 |
| COUNTRY | United States |
| PHONE | 415-983-6443 |
| FAX | 415-983-1200 |
| EMAIL | sftrademarks@pillsburylaw.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | 53481-502562 |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| **INTERNATIONAL CLASS** | 009 |

| | |
|---|---|
| **GOODS OR SERVICES TO BE DELETED** | Computer software that provides web-based access to applications and services through a web operating system or portal interface; television shows; television programs; television shows; Internet Web links; television shows; television shows; video tapes, laser disks; television shows; television shows; television shows; Video discs featuring movies, television shows; television shows |
| **GOODS OR SERVICES IN USE IN COMMERCE** | Cinematographic films featuring a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, sports, romance, reality, science fiction, educational, documentary, mockumentary, and animation topics; Digital media, namely, CDs, DVDs, high definition digital discs, and downloadable files featuring movies; Downloadable films featuring a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, sports, romance, reality, science fiction, educational, documentary, mockumentary, exercise and fitness, health, religion, cooking, and animation topics provided via a video-on-demand service; Downloadable MP3 files and MP3 recordings featuring movies; Downloadable multimedia file containing artwork, text, audio, and video relating to a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, sports, romance, reality, science fiction, educational, documentary, mockumentary, exercise and fitness, health, religion, cooking, and animation topics; Downloadable video recordings featuring movies; Downloadable movies, multimedia files containing text, audio, video, via the internet and wireless devices; Motion picture films about a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, sports, romance, reality, science fiction, educational, documentary, mockumentary, and animation topics; Pre-recorded CDs and DVDs featuring movies; Pre-recorded digital media featuring movies; Pre-recorded electronic media featuring movies; Video recordings featuring movies |

| | |
|---|---|
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN0-20422723018-20190710203500593395_._Specimen_-_ROGUE_-_Class_9.pdf |
| **CONVERTED PDF FILE(S)** (4 pages) | \\TICRS\EXPORT17\IMAGEOUT17\776\985\77698591\xml3\8150002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\776\985\77698591\xml3\8150003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\776\985\77698591\xml3\8150004.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\776\985\77698591\xml3\8150005.JPG |
| **SPECIMEN DESCRIPTION** | screenshots of film credits and from webpages showing how to purchase and download the films |

## OWNER SECTION (current)

| | |
|---|---|
| **NAME** | UV RML NL ASSETS LLC |
| **INTERNAL ADDRESS** | 660 MADISON AVENUE |
| **STREET** | 15TH FLOOR |
| **CITY** | NEW YORK |

| STATE | New York |
|---|---|
| ZIP/POSTAL CODE | 10065 |
| COUNTRY | United States |
| **LEGAL ENTITY SECTION (current)** | |
| TYPE | limited liability company |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Delaware |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| COMBINED §§ 8 & 15 FILING FEE PER CLASS | 325 |
| TOTAL FEE PAID | 325 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Sam E. Iverson/ |
| SIGNATORY'S NAME | Sam E. Iverson |
| SIGNATORY'S POSITION | Attorney of record, California bar member |
| DATE SIGNED | 07/10/2019 |
| SIGNATORY'S PHONE NUMBER | 415-983-1234 |
| PAYMENT METHOD | DA |
| **FILING INFORMATION** | |
| SUBMIT DATE | Wed Jul 10 20:49:23 EDT 2019 |
| TEAS STAMP | USPTO/S08N15-XXX.XXX.XXX. XX-20190710204923799870-4 514831-62059374fbb01f4cda 42c16271b699d4061f259e547 e7573d9bc3e7e68fedc84-DA- 6528-20190710203500593395 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

## Combined Declaration of Use and Incontestability under Sections 8 & 15

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 4514831
**REGISTRATION DATE:** 04/15/2014

**MARK:** ROGUE

The owner, UV RML NL ASSETS LLC, a limited liability company legally organized under the laws of Delaware, having an address of
   660 MADISON AVENUE
   15TH FLOOR
   NEW YORK, New York 10065
   United States
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 009, this filing does **NOT** cover the following goods or services for this specific class listed in the registration, and these goods or services are to be permanently **deleted** from the registration:  Computer software that provides web-based access to applications and services through a web operating system or portal interface; television shows; television programs; television shows; Internet Web links; television shows; television shows; video tapes, laser disks; television shows; television shows; Video discs featuring movies, television shows; television shows; television shows

The mark is in use in commerce on or in connection with the following goods or services listed in the existing registration for this specific class: Cinematographic films featuring a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, sports, romance, reality, science fiction, educational, documentary, mockumentary, and animation topics; Digital media, namely, CDs, DVDs, high definition digital discs, and downloadable files featuring movies; Downloadable films featuring a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, sports, romance, reality, science fiction, educational, documentary, mockumentary, exercise and fitness, health, religion, cooking, and animation topics provided via a video-on-demand service; Downloadable MP3 files and MP3 recordings featuring movies; Downloadable multimedia file containing artwork, text, audio, and video relating to a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, sports, romance, reality, science fiction, educational, documentary, mockumentary, exercise and fitness, health, religion, cooking, and animation topics; Downloadable video recordings featuring movies; Downloadable movies, multimedia files containing text, audio, video, via the internet and wireless devices; Motion picture films about a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, sports, romance, reality, science fiction, educational, documentary, mockumentary, and animation topics; Pre-recorded CDs and DVDs featuring movies; Pre-recorded digital media featuring movies; Pre-recorded electronic media featuring movies; Video recordings featuring movies

For the remaining goods or services, the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with these goods or services. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screenshots of film credits and from webpages showing how to purchase and download the films.

**Original PDF file:**
SPN0-20422723018-20190710203500593395_._Specimen_-_ROGUE_-_Class_9.pdf
**Converted PDF file(s)** (4 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4

A fee payment in the amount of $325 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

**Declaration**

☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

☑ The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under 15 U.S.C. § 1062(c), and is still in use in commerce on or in connection with all goods/services, or to indicate membership in the collective membership organization, listed in the existing registration.

☑ There has been no final decision adverse to the owner's claim of ownership of such mark for such goods/services, or to indicate membership in the collective membership organization, or to the owner's right to register the same or to keep the same on the register.

☑ There is no proceeding involving said rights pending and not finally disposed of either in the United States Patent and Trademark Office or in a court.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Sam E. Iverson/    Date: 07/10/2019
Signatory's Name: Sam E. Iverson
Signatory's Position: Attorney of record, California bar member
Signatory's Phone: 415-983-1234

Mailing Address:
 PILLSBURY WINTHROP SHAW PITTMAN LLP
 P.O. BOX 2824
 San Francisco, California 94126-2824

Serial Number: 77698591
Internet Transmission Date: Wed Jul 10 20:49:23 EDT 2019
TEAS Stamp: USPTO/S08N15-XXX.XXX.XXX.XX-201907102049
23799870-4514831-62059374fbb01f4cda42c16
271b699d4061f259e547e7573d9bc3e7e68fedc8
4-DA-6528-20190710203500593395



6/21/2019                                    Amazon.com: Watch The Disappointments Room | Prime Video







## ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**   4514831

**Serial Number:**   77698591

**RAM Sale Number:   4514831**

**RAM Accounting Date:   20190711**

**Total Fees:**   $325

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20190710 | $125 | 1 | 1 | $125 |
| §15 affidavit | 7208 | 20190710 | $200 | 1 | 1 | $200 |

Physical Location: MADCD- NO PHYSICAL FILE

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**   20190710



# EXHIBIT C

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 10/31/2017)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85202077 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 101 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| **MARK** | http://tsdr.uspto.gov/img/85202077/large |
| **LITERAL ELEMENT** | ROGUE PICTURES |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION (current)** | |
| **NAME** | Relativity Rogue, LLC |
| **CITY** | Beverly Hills |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 90210 |
| **COUNTRY** | United States |
| **OWNER SECTION (proposed)** | |
| **NAME** | Relativity Rogue, LLC |
| **STREET** | 9242 Beverly Boulevard, Suite 300 |
| **CITY** | Beverly Hills |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 90210 |
| **COUNTRY** | United States |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 009 |
| | Audio recordings featuring music; Cinematographic films featuring a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, music, sports, musicals, romance, reality, science fiction, educational, documentary, mockumentary, and animation topics; Compact discs featuring music; Computer game software; Computer programs for video and computer games; Computer software featuring musical sound recordings and musical video recordings; Computer software that provides web-based access to applications and services through a web operating system or portal interface; Digital media, namely, CDs, DVDs, high |

| | |
|---|---|
| **CURRENT IDENTIFICATION** | definition digital discs, and downloadable files featuring movies, television shows, computer games and music; Digital music downloadable from the Internet; Downloadable films and television programs featuring a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, music, sports, musicals, romance, reality, science fiction, educational, documentary, mockumentary, exercise and fitness, health, religion, cooking, and animation topics provided via a video-on-demand service; Downloadable MP3 files and MP3 recordings featuring movies, television shows, games and music; Downloadable multimedia file containing artwork, text, audio, video, games, and Internet Web links relating to a wide variety of themes; Downloadable musical sound recordings; Downloadable ring tones for mobile phones; Downloadable video recordings featuring movies, television shows, games and music; Downloadable movies, television shows, multimedia files containing text, audio, video, games and music via the internet and wireless devices; DVDs featuring movies, television shows, games and music; Electronic game programs; Electronic game software; Game software; Interactive multimedia computer game program; Interactive video game programs; Motion picture films about a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, music, sports, musicals, romance, reality, science fiction, educational, documentary, mockumentary, and animation topics; Musical sound recordings; Musical video recordings; Pre-recorded CDs, video tapes, laser disks and DVDs featuring movies, television shows, games and music; Pre-recorded digital media featuring movies, television shows, games and music; Pre-recorded electronic media featuring movies, television shows, games and music; Sunglasses; Video and computer game programs; Video discs featuring movies, television shows, video games and music; Video game cartridges and discs; Video game software; Video recordings featuring movies, television shows, games and music; Virtual reality game software |
| **GOODS OR SERVICES DELETED FROM THE APPLICATION** | Audio recordings featuring music; Compact discs featuring music; Computer game software; Computer programs for video and computer games; Computer software featuring musical sound recordings and musical video recordings; Computer software that provides web-based access to applications and services through a web operating system or portal interface; CDs, television shows, computer games and music; Digital music downloadable from the Internet; television programs, television shows, games and music; Downloadable multimedia file containing artwork, text, audio, video, games, and Internet Web links relating to a wide variety of themes; Downloadable musical sound recordings; Downloadable ring tones for mobile phones; television shows, games and music; television shows, multimedia files containing text, audio, video, games and music, television shows, games and music; Electronic game programs; Electronic game software; Game software; Interactive multimedia computer game program; Interactive video game programs; Musical sound recordings; Musical video recordings; CDs, video tapes, laser disks and television shows, games and music; television shows, games and music; television shows, games and music; Sunglasses; Video and computer game programs; television shows, video games and music; Video game cartridges and discs; Video game software; television shows, games and music; Virtual reality game software |
| **GOODS OR SERVICES IN USE IN COMMERCE** | Cinematographic films featuring a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, music, sports, musicals, romance, reality, science fiction, educational, documentary, mockumentary, and animation topics; Digital media, namely DVDs, high definition digital discs, and downloadable files featuring movies, Downloadable films featuring a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, music, sports, musicals, romance, reality, science fiction, educational, documentary, mockumentary, exercise and fitness, health, religion, cooking, and animation topics provided via a video-on-demand service; Downloadable MP3 files and MP3 recordings featuring movies; Downloadable video recordings featuring movies; Downloadable movies via the internet and wireless devices; DVDs featuring movies; Motion picture films about a wide variety of themes, namely, action, |

| | |
|---|---|
| | adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, music, sports, musicals, romance, reality, science fiction, educational, documentary, mockumentary, and animation topics; Pre-recorded DVDs featuring movies; Pre-recorded digital media featuring movies; Pre-recorded electronic media featuring movies; Video discs featuring movies; Video recordings featuring movies |
| **FIRST USE ANYWHERE DATE** | 10/00/1998 |
| **FIRST USE IN COMMERCE DATE** | 10/00/1998 |
| **SPECIMEN FILE NAME(S)** | |
| ORIGINAL PDF FILE | SPN0-205149229-20150205120218144047_._Specimen_for_ROGUE_PICTURES.pdf |
| CONVERTED PDF FILE(S) (4 pages) | \\TICRS\EXPORT16\IMAGEOUT16\852\020\85202077\xml16\SOU0002.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\852\020\85202077\xml16\SOU0003.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\852\020\85202077\xml16\SOU0004.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\852\020\85202077\xml16\SOU0005.JPG |
| **SPECIMEN DESCRIPTION** | online page showing downloadable movies and music |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 1 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 100 |
| **TOTAL AMOUNT** | 100 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /Kathryn Starshak/ |
| **SIGNATORY'S NAME** | Kathryn Starshak |
| **SIGNATORY'S POSITION** | Attorney of record, Illinois bar member |
| **DATE SIGNED** | 02/05/2015 |
| **SIGNATORY'S PHONE NUMBER** | 312-781-6013 |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Fri Feb 06 10:32:09 EST 2015 |
| **TEAS STAMP** | USPTO/SOU-XXX.XXX.XX.X-20 150206103209237990-852020 77-53027ed2d82e6d71f298ab cbd5968634020b9f096b55527 3979c0a1aec614a3060-DA-86 64-20150205120218144047 |

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 10/31/2017)

## Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** ROGUE PICTURES(Standard Characters, see http://tsdr.uspto.gov/img/85202077/large)
**SERIAL NUMBER:** 85202077

The applicant, Relativity Rogue, LLC, having an address of
   9242 Beverly Boulevard, Suite 300
   Beverly Hills, California 90210
   United States
is submitting the following allegation of use information:

For International Class 009:
Current identification: Audio recordings featuring music; Cinematographic films featuring a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, music, sports, musicals, romance, reality, science fiction, educational, documentary, mockumentary, and animation topics; Compact discs featuring music; Computer game software; Computer programs for video and computer games; Computer software featuring musical sound recordings and musical video recordings; Computer software that provides web-based access to applications and services through a web operating system or portal interface; Digital media, namely, CDs, DVDs, high definition digital discs, and downloadable files featuring movies, television shows, computer games and music; Digital music downloadable from the Internet; Downloadable films and television programs featuring a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, music, sports, musicals, romance, reality, science fiction, educational, documentary, mockumentary, exercise and fitness, health, religion, cooking, and animation topics provided via a video-on-demand service; Downloadable MP3 files and MP3 recordings featuring movies, television shows, games and music; Downloadable multimedia file containing artwork, text, audio, video, games, and Internet Web links relating to a wide variety of themes; Downloadable musical sound recordings; Downloadable ring tones for mobile phones; Downloadable video recordings featuring movies, television shows, games and music; Downloadable movies, television shows, multimedia files containing text, audio, video, games and music via the internet and wireless devices; DVDs featuring movies, television shows, games and music; Electronic game programs; Electronic game software; Game software; Interactive multimedia computer game program; Interactive video game programs; Motion picture films about a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, music, sports, musicals, romance, reality, science fiction, educational, documentary, mockumentary, and animation topics; Musical sound recordings; Musical video recordings; Pre-recorded CDs, video tapes, laser disks and DVDs featuring movies, television shows, games and music; Pre-recorded digital media featuring movies, television shows, games and music; Pre-recorded electronic media featuring movies, television shows, games and music; Sunglasses; Video and computer game programs; Video discs featuring movies, television shows, video games and music; Video game cartridges and discs; Video game software; Video recordings featuring movies, television shows, games and music; Virtual reality game software

This **allegation of use** does **NOT** cover the following goods/services listed in either the application or Notice of Allowance or as subsequently modified for this specific class; these goods/services are **permanently deleted:** Audio recordings featuring music; Compact discs featuring music; Computer game software; Computer programs for video and computer games; Computer software featuring musical sound recordings and musical video recordings; Computer software that provides web-based access to applications and services through a web operating system or portal interface; CDs, television shows, computer games and music; Digital music downloadable from the Internet; television programs, television shows, games and music; Downloadable multimedia file containing artwork, text, audio, video, games, and Internet Web links relating to a wide variety of themes; Downloadable musical sound recordings; Downloadable ring tones for mobile phones; television shows, games and music; television shows, multimedia files containing text, audio, video, games and music, television shows, games and music; Electronic game programs; Electronic game software; Game software; Interactive multimedia computer game program; Interactive video game programs; Musical sound recordings; Musical video recordings; CDs, video tapes, laser disks and television shows, games and music; television shows, games and music; television shows, games and music; Sunglasses; Video and computer game programs; television shows, video games and music; Video game cartridges and discs; Video game software; television shows, games and music; Virtual reality game software

The mark is in use in commerce on or in connection with the following goods/services listed in either the application or Notice of Allowance or as subsequently modified for this specific class: Cinematographic films featuring a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, music, sports, musicals, romance, reality, science fiction, educational, documentary, mockumentary, and animation topics; Digital media, namely DVDs, high definition digital discs, and downloadable files featuring movies, Downloadable films featuring a wide variety of themes, namely, action,

adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, music, sports, musicals, romance, reality, science fiction, educational, documentary, mockumentary, exercise and fitness, health, religion, cooking, and animation topics provided via a video-on-demand service; Downloadable MP3 files and MP3 recordings featuring movies; Downloadable video recordings featuring movies; Downloadable movies via the internet and wireless devices; DVDs featuring movies; Motion picture films about a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, music, sports, musicals, romance, reality, science fiction, educational, documentary, mockumentary, and animation topics; Pre-recorded DVDs featuring movies; Pre-recorded digital media featuring movies; Pre-recorded electronic media featuring movies; Video discs featuring movies; Video recordings featuring movies

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 10/00/1998, and first used in commerce at least as early as 10/00/1998, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) online page showing downloadable movies and music.

**Original PDF file:**
SPN0-205149229-20150205120218144047_._Specimen_for_ROGUE_PICTURES.pdf
**Converted PDF file(s)** (4 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

## Declaration

STATEMENTS: The signatory believes that: if the applicant is filing the amendment to allege use under 15 U.S.C. Section 1051(c) or a statement of use under 15 U.S.C. Section 1051(d), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified, and such use by the applicant's related company or licensee inures to the benefit of the applicant; that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive; and the specimen(s) shows the mark as used on or in connection with the goods/services in commerce.

DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Kathryn Starshak/     Date Signed: 02/05/2015
Signatory's Name: Kathryn Starshak
Signatory's Position: Attorney of record, Illinois bar member
Signatory's Phone: 312-781-6013

RAM Sale Number: 85202077
RAM Accounting Date: 02/06/2015

Serial Number: 85202077
Internet Transmission Date: Fri Feb 06 10:32:09 EST 2015
TEAS Stamp: USPTO/SOU-XXX.XXX.XX.X-20150206103209237
990-85202077-53027ed2d82e6d71f298abcbd59
68634020b9f096b555273979c0a1aec614a3060-
DA-8664-20150205120218144047



## Customers Who Watched This Item Also Watched

      

## Product Details

| | |
|---|---|
| Genres | Drama, Thriller, Mystery, Horror |
| Director | David S. Goyer |
| Starring | Odette Annable, Gary Oldman |
| Supporting actors | Cam Gigandet, Meagan Good, Idris Elba, Jane Alexander, Atticus Shaffer, James Remar, Carla Gugino, C.S. Lee, Rhys Coiro, Michael Sassone, Ethan Cutkosky, Craig J. Harris, Rachel Brosnahan, Kymberly Mellen, Brian Boland, Mindy Bell, Roslyn Alexander, Maury Cooper |
| Studio | NBC Universal |
| MPAA rating | Unrated |
| Captions and subtitles | English  Details ▼ |
| Rental rights | 24 hour viewing period.  Details ▼ |
| Purchase rights | Stream instantly and download to 2 locations  Details ▼ |
| Format | Amazon Instant Video (streaming online video and digital download) |

## Other Formats

| DVD $5.64 | Blu-ray $8.75 |
|---|---|

Customer Reviews

## Customer Reviews

★★★☆☆ (108)
3.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 24 |
| 4 star | | 18 |
| 3 star | | 20 |
| 2 star | | 27 |
| 1 star | | 19 |

See all 108 customer reviews ›

Very good movie good script ..

ropszzoto

It resulted with the storytelling becoming a little too convoluted and the special effects just taking over that made the film rather superficial.

Woopak

As for the movie itself, Odette really isn't given much more to do than look pretty and scream when a "scare" is supposed to be happening.

Jonnathan Ritland

### Most Helpful Customer Reviews

35 of 41 people found the following review helpful
★★★★☆ **The Unborn - 4 **** Rating**
By Stephen M. Greene on July 12, 2009
Format: DVD
My review is on the Unrated version. The Unborn kept me on the edge of my seat thru out and the movie runs at a brisk pace. There was very little gore in this movie but I think you find it wasn't necessary. It maintains a level of creepiness from the very first minute. Odette Yustman plays the young woman who is the target of a demonic spirit and Gary Oldman is the Rabbi who leads the failed Exorcism (does anyone think Gary looks remarkably like a young Peter O'Toole in this film?). I definitely don't think the film deserves all the negative critcism it received. Negative reviews tend to lower one's expectations - for me it was a pleasant surprise. I think you will find the 90 minutes viewing scary time well spent.

3 Comments   Was this review helpful to you?   Yes   No

21 of 25 people found the following review helpful
★★★☆☆ **I must admit, I'm still confused**
By Ellyslian on July 9, 2009
This was an okay horror flick. I love a good scary movie and I did leap from my seat in a couple of scenes, but I also like a really good scary story, and this one just kept confusing me!

***WARNING. SPOILERS AHEAD. ONLY READ IF YOU'VE SEEN THE MOVIE***
First, our main character is haunted by demonic visions... then she babysits a demonic child! Then we learn she had a twin that died in utero. So...ok...her twin brother is haunting her. NO! We find out it's a demon spirit haunting her and since her brother died in the womb, it's now after her. OK. so what's with the demonic child our heroine was babysitting? We find out that the spirit is trying to possess her because a twin is the easiest way for it to enter our world... but no! It's already possessed the neighbor boy. And continues to possess almost every other character in the movie except for the one that is suppose to be the "easiest" . I didn't understand this plot hole or why Nazi experimentation caused demonic possession or why this girl's mother killed herself instead of staying to save her daughter from the evil she knew about. There were too many strings left dangling in this movie for me to really get into it although the visual effects were definitely scary – it's story telling that really gives me the goosebumps, not crazy cgi effects and latex creatures!

3 Comments   Was this review helpful to you?   Yes   No

11 of 13 people found the following review helpful
★★☆☆☆ **So disappointing...**
By Angela S. Ando on July 13, 2009
Format: DVD
This had the potential of being a good horror film, but as is the story with so many movies... the good bits are shown in the trailer! I really was disappointed not to have watched it in the theater b/c my brother was too scared to go! I waited with much anticipation for the dvd, only to settle down and be thoroughly disappointed. It isn't scary at all. Sure, some of the effects are good, but the story is lacking and leaves you wondering why you bagan watching it in the first place. Anyone want to buy my dvd copy? I'll give you a great price!

1 Comment   Was this review helpful to you?   Yes   No

7 of 8 people found the following review helpful
★☆☆☆☆ **Can We Say "Formula"**
By G. Teslovich on July 16, 2009
Format: DVD
There is nothing original about this Exorcist wannabe - same old story of young female being harassed by ghostly demon kid (well, kid with black hair and white makeup) who wants to possess cockroaches or humans - whichever is creepiest for the moment.
Same old story of people in abandoned church in a circle reading some religious text in non-English to scare the demon out of the female and into something that isn't quite clearly explained.
Demon as usual is a bit feisty and doesn't stay still so expresses his displeasure by tossing people and things. Most everybody lives, things are fine except as usual female star is pregnant and guess what's coming out. Well, we don't know but Unborn II will tell us.
Conclusion: Acting was OK, script was tedious, story was redundant, effects were copycat impoverished.

Comment   Was this review helpful to you?   Yes   No

22 of 29 people found the following review helpful
★★☆☆☆ **A lotta womb for improvement**
By C. Christopher Blackshere on August 12, 2009
Format: DVD
Better strap on some protection, UNBORN is impregnated with cheap scares, a convoluted plot, and pathetically squalid dream sequences. If you are feeling a kick from inside telling you to PUSH! this into your dvd player, I must advise you--ABORT!!!!!! Grab a hangar and kill that idea quickly. It's films like these that have turned the U.S. into the red-headed stepchild of the horror industry. Nothing shocking, creepy, or interesting about this story, other than

### Most Recent Customer Reviews

★★★★★ **Five Stars**
Awesome
Published 13 hours ago by Mike E. Walsh Jr

★★★★★ **Five Stars**
works perfectly
Published 16 days ago by Bren

★★★★☆ **A fun and interesting tale of supernatural horror... definitely worth...**
**NO SPOILERS** This is one of the relatively few Hollywood horror movies of the past several years that I actually found interesting and entertaining   Read more
Published 1 month ago by Dr. Tom's Reviews

★★★★★ **Five Stars**
I love it
Published 3 months ago by Arturo

★★★★★ **Five Stars**
Love it!
Published 3 months ago by Mary Lewis

★★★☆☆ **Not great but okay for a supernatural movie**
Descent. Not great but okay for a supernatural movie. Has a some scary images going for it. Some of the scenes seemed forced, but hey, if you are bored and you like supernatural...   Read more
Published 4 months ago by MD

★★★★☆ **Pretty good horror flick, enjoyed it.**
Pretty good horror flick, enjoyed it. It takes a lot of work and talent to make a good movie, these guys did good.
Published 4 months ago by G Cecconi

★★★★☆ **PUT YOURSELF IN HER SPOT.....GOOD LUCK!**
This movie keeps you on the edge of your seat and it makes you wonder what is coming at you next. It defiantly gets a 4 rating from me because its a great movie that is worth...   Read more
Published 5 months ago by Mark Edward Leadingham

★★☆☆☆ **Two Stars**
Product was not clean shipped poorly
Published 6 months ago by Ashley Detwiler

★★★★★ **Five Stars**
Very nice movie
Published 6 months ago by Mohamed Alzaidi

### Search Customer Reviews

| Search |
|---|

☑ Search these reviews only

the red needed stepchild of the horror industry. Nothing shocking, creepy, or interesting about this story; other than the basic premise.

Young Casey (Odette Yustman) was born with something missing--her twin sister. Damn shame too, Casey's hotter than global warming. Anyway, she's begins having some warped dreams and gets harassed by an evil spirit from another dimension. Oh joy.

Basically this feels like the spoiled little demonchild of THE EXORCIST and JU-ON. Demonically dumb, send this hellacious turd back down the sewage from which it came.

17 Comments     Was this review helpful to you?    Yes     No

3 of 3 people found the following review helpful

⭐☆☆☆☆ Urhhh....
By Kody on May 24, 2010
Format: DVD

Its ironic that this movie came out the week that the nominations for the Razzie Awards were released. I have a hunch that this film may garner a few nominations for that "prestigious" award next year.

This film is awful. It has no clue where it wants to go and takes quite a lot of time getting there. The story is about young Casey Beldon (Odette Yustman). She is a girl in school, working as a babysitter for some extra money. This is when she encounters a four year-old kid that she is sitting who appears to be evil. Soon, she is seeing the evil of that kid in her daily life. To rid herself of this, she begins examining her family history. This includes a mother (Carla Gugino) who was depressed and killed herself, a mysterious old woman in her mothers photos (Jane Alexander) who has had issues in the past, and her friends. Upon recommendation, she decides to have an exorcism performed by the rabbi (Gary Oldman). If you are getting ahead of me in the plot, you've basically got it right in your mind.

The writing is mediocre, and that is perhaps kind. The beginning of the story is simply about showing as much of Ms. Yustman's body that can be allowed in a PG-13 movie. If that couldn't be done in one scene, they come back to it four or five times. The story follows cliché after cliché and takes forever to really begin. The frights are minimal and within 20 minutes I was laughing at what I think was supposed to be scary. This movie is unintentionally funny once you pick up where it is going and what it is trying to do.

The one minor redeeming factor of this movie was some of the camera work. There were a few angles that were used that felt greatly different than the others, felt fresh and felt well placed. Read more ›

Comment     Was this review helpful to you?    Yes     No

See all 108 customer reviews (newest first) ›

    Write a customer review



**amazon.com**

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| | | | | |
|---|---|---|---|---|
| **6pm** Score deals on fashion brands | **AbeBooks** Rare Books & Textbooks | **ACX** Audiobook Publishing Made Easy | **AfterSchool.com** Kids' Sports, Outdoor & Dance Gear | **Alexa** Actionable Analytics for the Web | **AmazonFresh** Groceries & More Right To Your Door | **Amazon Local** Great Local Deals in Your City |
| **AmazonSupply** Business, Industrial & Scientific Supplies | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Download Audio Books | **BeautyBar.com** Prestige Beauty Delivered | **Book Depository** Books With Free Delivery Worldwide | **Bookworm.com** Books For Children Of All Ages | **Casa.com** Kitchen, Storage & Everything Home |
| **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **Diapers.com** Everything But The Baby | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations |
| **IMDb** Movies, TV & Celebrities | **Junglee.com** Shop Online in India | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Look.com** Kids' Clothing & Shoes | **MYHABIT** Private Fashion Designer Sales | **Shopbop** Designer Fashion Brands | **Soap.com** Health, Beauty & Home Essentials |
| **TenMarks.com** Math Activities for Kids & Schools | **Vine.com** Everything to Live Life Green | **Wag.com** Everything For Your Pet | **Warehouse Deals** Open-Box Discounts | **Woot!** Discounts and Shenanigans | **Yoyo.com** A Happy Place To Shop For Toys | **Zappos** Shoes & Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates

**FEE RECORD SHEET**

**Serial Number:**   85202077

**RAM Sale Number:  85202077**

**Total Fees:**      $100

**RAM Accounting Date:  20150206**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20150206 | $100 | 1 | $100 |

**Transaction Date:**   20150206

# EXHIBIT D

PTO- 1583
Approved for use through 10/31/2021. OMB 0651-0055
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Combined Declaration of Use and Incontestability under Sections 8 & 15

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 4712692 |
| **REGISTRATION DATE** | 03/31/2015 |
| **SERIAL NUMBER** | 85202077 |
| **MARK SECTION** | |
| MARK | ROGUE PICTURES (see, mark) |
| **ATTORNEY INFORMATION (current)** | |
| NAME | Michelle A. Cooke |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Manatt, Phelps & Phillips, LLP |
| STREET | 2049 Century Park East, Suite 1700 |
| CITY | Los Angeles |
| STATE | California |
| POSTAL CODE | 90067 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| PHONE | 310-312-4208 |
| FAX | 310-996-6942 |
| EMAIL | MCooke@manatt.com |
| DOCKET/REFERENCE NUMBER | 65818-TBD |
| **ATTORNEY INFORMATION (proposed)** | |
| NAME | Michelle A. Cooke |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Manatt, Phelps & Phillips, LLP |
| STREET | 2049 Century Park East, Suite 1700 |
| CITY | Los Angeles |
| STATE | California |
| POSTAL CODE | 90067 |

| | |
|---|---|
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 310-312-4208 |
| **FAX** | 310-996-6942 |
| **EMAIL** | MCooke@manatt.com |
| **DOCKET/REFERENCE NUMBER** | 65818-043 |
| **OTHER APPOINTED ATTORNEY** | Jessica A. Wood, Irah H. Donner, Robert Becker, Charles Kertell, Samantha J. Katze |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | Michelle A. Cooke |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | MCooke@manatt.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | MHopkins@manatt.com; JBurns@manatt.com; IPDocket@manatt.com |
| **DOCKET/REFERENCE NUMBER** | 65818-TBD |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| **NAME** | Michelle A. Cooke |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | MCooke@manatt.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | RRozen@manatt.com; JBurns@manatt.com; IPDocket@manatt.com |
| **DOCKET/REFERENCE NUMBER** | 65818-043 |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 009 |
| **GOODS OR SERVICES TO BE DELETED** | Downloadable MP3 files and MP3 recordings featuring movies; Video discs featuring movies |
| **GOODS OR SERVICES IN USE IN COMMERCE** | Cinematographic films featuring a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, music, sports, musicals, romance, reality, science fiction, educational, documentary, mockumentary, and animation topics; Digital media, namely, DVDs, high definition digital discs, and downloadable files featuring movies, Downloadable films featuring a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, music, sports, musicals, romance, reality, science fiction, educational, documentary, mockumentary, exercise and fitness, health, religion, cooking, and animation topics provided via a video-on-demand service; Downloadable video recordings featuring movies; Downloadable movies via the internet and wireless devices; DVDs featuring movies; Motion picture films about a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, music, sports, musicals, romance, reality, science fiction, educational, documentary, mockumentary, and animation topics; Pre-recorded DVDs featuring movies; Pre-recorded digital media featuring movies; Pre-recorded electronic media featuring movies; Video recordings featuring movies |
| **SPECIMEN FILE NAME(S)** | |

| ORIGINAL PDF FILE | SPN0-260017009e905b90f105 2d2a52b1aeed-20210916191157449487_._ROGUE_PICTURES_-_Specimen.pdf |
|---|---|
| CONVERTED PDF FILE(S) (2 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\852\020\85202077\xml3\8150002.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\852\020\85202077\xml3\8150003.JPG |
| SPECIMEN DESCRIPTION | photos of DVD cover and close-up view of mark on the cover in use with the offered goods |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| **OWNER SECTION (current)** | |
| NAME | UV RML NL ASSETS LLC |
| MAILING ADDRESS | 5900 Wilshire Blvd., 20th Floor |
| CITY | Los Angeles |
| STATE | California |
| ZIP/POSTAL CODE | 90036 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| EMAIL | XXXX |
| **OWNER SECTION (proposed)** | |
| NAME | UV RML NL ASSETS LLC |
| MAILING ADDRESS | 5900 Wilshire Blvd., 20th Floor |
| CITY | Los Angeles |
| STATE | California |
| ZIP/POSTAL CODE | 90036 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| EMAIL | XXXX |
| **LEGAL ENTITY SECTION (current)** | |
| TYPE | limited liability company |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Delaware |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| COMBINED §§ 8 & 15 FILING FEE PER CLASS | 425 |
| GRACE PERIOD FEE FOR §8 | 100 |
| TOTAL FEE PAID | 525 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Alexis B Miron/ |
| SIGNATORY'S NAME | Lex Miron |

| SIGNATORY'S POSITION | Chief Executive Officer |
|---|---|
| DATE SIGNED | 09/17/2021 |
| SIGNATURE METHOD | Sent to third party for signature |
| PAYMENT METHOD | DA |
| **FILING INFORMATION** | |
| SUBMIT DATE | Fri Sep 17 18:36:10 ET 2021 |
| TEAS STAMP | USPTO/S08N15-XXXX:XXXX:XX XX:XXXX:XXXX:XXXX:XXXX:XX XX-20210917183610273095-4 712692-781e5d19fca445fdd6 9699faffba134a3d95e82fb66 865b6389acf1a8ff2ead7a-DA -36084236-202109161911574 49487 |

PTO- 1583
Approved for use through 10/31/2021. OMB 0651-0055
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Combined Declaration of Use and Incontestability under Sections 8 & 15

## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 4712692
**REGISTRATION DATE:** 03/31/2015

**MARK:** ROGUE PICTURES

**Current:** The owner, UV RML NL ASSETS LLC, a limited liability company legally organized under the laws of Delaware, having an address of

> 5900 Wilshire Blvd., 20th Floor
> Los Angeles, California 90036
> United States
> XXXX

**Proposed:** The owner, UV RML NL ASSETS LLC, a limited liability company legally organized under the laws of Delaware, having an address of

> 5900 Wilshire Blvd., 20th Floor
> Los Angeles, California 90036
> United States
> XXXX

is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 009, this filing does **NOT** cover the following goods or services for this specific class listed in the registration, and these goods or services are to be permanently **deleted** from the registration:  Downloadable MP3 files and MP3 recordings featuring movies; Video discs featuring movies

The mark is in use in commerce on or in connection with the following goods or services listed in the existing registration for this specific class: Cinematographic films featuring a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, music, sports, musicals, romance, reality, science fiction, educational, documentary, mockumentary, and animation topics; Digital media, namely, DVDs, high definition digital discs, and downloadable files featuring movies, Downloadable films featuring a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, music, sports, musicals, romance, reality, science fiction, educational, documentary, mockumentary, exercise and fitness, health, religion, cooking, and animation topics provided via a video-on-demand service; Downloadable video recordings featuring movies; Downloadable movies via the internet and wireless devices; DVDs featuring movies; Motion picture films about a wide variety of themes, namely, action, adventure, family, mystery, news, war, film noir, comedy, drama, westerns, war, dance, crime, historical, biographical, suspense, thriller, fantasy, horror, music, sports, musicals, romance, reality, science fiction, educational, documentary, mockumentary, and animation topics; Pre-recorded DVDs featuring movies; Pre-recorded digital media featuring movies; Pre-recorded electronic media featuring movies; Video recordings featuring movies

For the remaining goods or services, the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with these goods or services. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) photos of DVD cover and close-up view of mark on the cover in use with the offered goods.

**Original PDF file:**
SPN0-260017009e905b90f105 2d2a52b1aeed-202109161911 57449487 _ . ROGUE_PICTURES _- Specimen.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

Webpage URL: None Provided

Webpage Date of Access: None Provided

The owner's/holder's current attorney information: Michelle A. Cooke. Michelle A. Cooke of Manatt, Phelps & Phillips, LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

    2049 Century Park East, Suite 1700
    Los Angeles, California 90067
    United States

The docket/reference number is 65818-TBD.

The phone number is 310-312-4208.

The fax number is 310-996-6942.

The email address is MCooke@manatt.com

The owner's/holder's proposed attorney information: Michelle A. Cooke. Other appointed attorneys are Jessica A. Wood, Irah H. Donner, Robert Becker, Charles Kertell, Samantha J. Katze. Michelle A. Cooke of Manatt, Phelps & Phillips, LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    2049 Century Park East, Suite 1700
    Los Angeles, California 90067
    United States

The docket/reference number is 65818-043.

The phone number is 310-312-4208.

The fax number is 310-996-6942.

The email address is MCooke@manatt.com

Michelle A. Cooke submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Information (current):**
    Michelle A. Cooke
    PRIMARY EMAIL FOR CORRESPONDENCE: MCooke@manatt.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): MHopkins@manatt.com; JBurns@manatt.com; IPDocket@manatt.com

The docket/reference number is 65818-TBD.

**Correspondence Information (proposed):**
    Michelle A. Cooke
    PRIMARY EMAIL FOR CORRESPONDENCE: MCooke@manatt.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): RRozen@manatt.com; JBurns@manatt.com; IPDocket@manatt.com

The docket/reference number is 65818-043.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $525 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

## Declaration

☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

☑ The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under 15 U.S.C. § 1062(c), and is still in use in commerce on or in connection with all goods/services, or to indicate membership in the collective membership organization, listed in the existing registration.

☑ There has been no final decision adverse to the owner's claim of ownership of such mark for such goods/services, or to indicate membership in the collective membership organization, or to the owner's right to register the same or to keep the same on the register.

☑ There is no proceeding involving said rights pending and not finally disposed of either in the United States Patent and Trademark Office or in a court.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Alexis B Miron/    Date: 09/17/2021
Signatory's Name: Lex Miron
Signatory's Position: Chief Executive Officer
Signature method: Sent to third party for signature

Mailing Address **(current):**
  Manatt, Phelps & Phillips, LLP
  2049 Century Park East, Suite 1700
  Los Angeles, California 90067

Mailing Address **(proposed):**
  Manatt, Phelps & Phillips, LLP
  2049 Century Park East, Suite 1700
  Los Angeles, California 90067

Serial Number: 85202077
Internet Transmission Date: Fri Sep 17 18:36:10 ET 2021
TEAS Stamp: USPTO/S08N15-XXXX:XXXX:XXXX:XXXX:XXXX:XX
XX:XXXX:XXXX-20210917183610273095-471269
2-781e5d19fca445fdd69699faffba134a3d95e8
2fb66865b6389acf1a8ff2ead7a-DA-36084236-
20210916191157449487





# ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**   4712692

**Serial Number:**   85202077

**RAM Sale Number:  4712692**

**RAM Accounting Date:  20210917**

**Total Fees:**   $525

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20210917 | $225 | 1 | 1 | $225 |
| §15 affidavit | 7208 | 20210917 | $200 | 1 | 1 | $200 |
| Grace period combined §8 & 15 | 7206 | 20210917 | $100 | 1 | 1 | $100 |

Physical Location: MADCD- NO PHYSICAL FILE

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**   20210917



# EXHIBIT E

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 10/31/2017)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77698599 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 108 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| **MARK** | http://tsdr.uspto.gov/img/77698599/large |
| **LITERAL ELEMENT** | ROGUE |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION** | |
| **NAME** | RML Jackson, LLC |
| **STREET** | 9242 Beverly Boulevard, Suite 300 |
| **CITY** | Beverly Hills |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 90210 |
| **COUNTRY** | United States |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 041 |
| **CURRENT IDENTIFICATION** | Entertainment services, namely, production and distribution of motion picture films; cinema studios; cinema theaters, cinematographic adaptation and editing; direction of making radio or television programs; distribution of radio programs for others; distribution of television programming to cable television systems; production of radio or television programs; distribution of television programs for others; editing of radio and television programmes; providing advice and information for film concept and script development; film editing |
| **GOODS OR SERVICES DELETED FROM THE APPLICATION** | cinema theaters, direction of making radio programs, distribution of radio programs for others; production of radio programs; editing of radio programmes |
| **GOODS OR SERVICES IN USE IN COMMERCE** | Entertainment services, namely, production and distribution of motion picture films; cinema studios; cinematographic adaptation and editing; direction of making television programs; distribution of television programming to cable television systems; production of television programs; distribution of television programs for others; editing of television programmes; providing advice and information for film concept and script development; film editing |
| **FIRST USE ANYWHERE DATE** | 10/00/1998 |

| | |
|---|---|
| **FIRST USE IN COMMERCE DATE** | 10/00/1998 |
| **SPECIMEN FILE NAME(S)** | |
| ORIGINAL PDF FILE | SPN0-205149229-175739600_._1Specimen_for_ROGUE_-_Cl_2.pdf |
| CONVERTED PDF FILE(S) (2 pages) | \\TICRS\EXPORT16\IMAGEOUT16\776\985\77698599\xml10\SOU0002.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\776\985\77698599\xml10\SOU0003.JPG |
| ORIGINAL PDF FILE | SPN0-1-205149229-175739600_._1Specimen_for_ROGUE_in_Cl_41_-__3.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\776\985\77698599\xml10\SOU0004.JPG |
| ORIGINAL PDF FILE | SPN0-205149229-175739600_._1Specimen_for_ROGUE__Cl_41_.pdf |
| CONVERTED PDF FILE(S) (2 pages) | \\TICRS\EXPORT16\IMAGEOUT16\776\985\77698599\xml10\SOU0005.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\776\985\77698599\xml10\SOU0006.JPG |
| **SPECIMEN DESCRIPTION** | website pages |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES IN USE | 1 |
| SUBTOTAL AMOUNT [ALLEGATION OF USE FEE] | 100 |
| TOTAL AMOUNT | 100 |
| **SIGNATURE SECTION** | |
| DECLARATION SIGNATURE | /cag/ |
| SIGNATORY'S NAME | Carol A. Genis |
| SIGNATORY'S POSITION | Attorney of record, Illinois bar member |
| DATE SIGNED | 04/29/2014 |
| **FILING INFORMATION** | |
| SUBMIT DATE | Tue Apr 29 18:18:19 EDT 2014 |
| TEAS STAMP | USPTO/SOU-XXX.XXX.XX.X-20 140429181819690899-776985 99-50035218af16d1f46377e6 1c1d07e55287c947938111630 d53d66ae1513aacd84-DA-560 0-20140429175739600011 |

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 10/31/2017)

### Trademark/Service Mark Statement of Use
### (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** ROGUE(Standard Characters, see http://tsdr.uspto.gov/img/77698599/large)
**SERIAL NUMBER:** 77698599

The applicant, RML Jackson, LLC, having an address of
   9242 Beverly Boulevard, Suite 300
   Beverly Hills, California 90210
   United States
is submitting the following allegation of use information:

For International Class 041:
Current identification: Entertainment services, namely, production and distribution of motion picture films; cinema studios; cinema theaters, cinematographic adaptation and editing; direction of making radio or television programs; distribution of radio programs for others; distribution of television programming to cable television systems; production of radio or television programs; distribution of television programs for others; editing of radio and television programmes; providing advice and information for film concept and script development; film editing

This **allegation of use** does **NOT** cover the following goods/services listed in either the application or Notice of Allowance or as subsequently modified for this specific class; these goods/services are **permanently deleted:** cinema theaters, direction of making radio programs, distribution of radio programs for others; production of radio programs; editing of radio programmes

The mark is in use in commerce on or in connection with the following goods/services listed in either the application or Notice of Allowance or as subsequently modified for this specific class: Entertainment services, namely, production and distribution of motion picture films; cinema studios; cinematographic adaptation and editing; direction of making television programs; distribution of television programming to cable television systems; production of television programs; distribution of television programs for others; editing of television programmes; providing advice and information for film concept and script development; film editing
The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 10/00/1998, and first used in commerce at least as early as 10/00/1998, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) website pages.

**Original PDF file:**
SPN0-205149229-175739600_._1Specimen_for_ROGUE_-_Cl_2.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2
**Original PDF file:**
SPN0-1-205149229-175739600_._1Specimen_for_ROGUE_in_Cl_41_-_3.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPN0-205149229-175739600_._1Specimen_for_ROGUE__Cl_41_.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

### Declaration

STATEMENTS: The signatory believes that: if the applicant is filing the amendment to allege use under 15 U.S.C. Section 1051(c) or a statement of use under 15 U.S.C. Section 1051(d), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified, and such use by the applicant's related company or licensee inures to the benefit of the applicant; that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive; and the specimen(s) shows the mark as used on or in connection with the goods/services in commerce.

DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /cag/      Date Signed: 04/29/2014
Signatory's Name: Carol A. Genis
Signatory's Position: Attorney of record, Illinois bar member

RAM Sale Number: 77698599
RAM Accounting Date: 04/30/2014

Serial Number: 77698599
Internet Transmission Date: Tue Apr 29 18:18:19 EDT 2014
TEAS Stamp: USPTO/SOU-XXX.XXX.XX.X-20140429181819690
899-77698599-50035218af16d1f46377e61c1d0
7e55287c947938111630d53d66ae1513aacd84-D
A-5600-20140429175739600011











**FEE RECORD SHEET**

**Serial Number:**   77698599

**RAM Sale Number:**  77698599

**Total Fees:**     $100

**RAM Accounting Date:  20140430**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20140429 | $100 | 1 | $100 |

**Transaction Date:**   20140429

# EXHIBIT F

# Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 4572598 |
| **REGISTRATION DATE** | 07/22/2014 |
| **SERIAL NUMBER** | 77698599 |
| **MARK SECTION** | |
| MARK | ROGUE (see, mark) |
| **ATTORNEY INFORMATION (current)** | |
| NAME | Cydney A. Tune |
| ATTORNEY BAR MEMBERSHIP NUMBER | NOT SPECIFIED |
| YEAR OF ADMISSION | NOT SPECIFIED |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | NOT SPECIFIED |
| FIRM NAME | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| STREET | P.O. BOX 2824 |
| CITY | San Francisco |
| STATE | California |
| POSTAL CODE | 94126-2824 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| PHONE | 415-983-6443 |
| FAX | 415-983-1200 |
| EMAIL | sftrademarks@pillsburylaw.com |
| DOCKET/REFERENCE NUMBER | 53481-502563 |
| **ATTORNEY INFORMATION (proposed)** | |
| NAME | Cydney A. Tune |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| STREET | P.O. BOX 2824 |
| CITY | San Francisco |
| STATE | California |
| POSTAL CODE | 94126-2824 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| PHONE | 4159836443 |

| FAX | 415-983-1200 |
|---|---|
| EMAIL | sftrademarks@pillsburylaw.com |
| DOCKET/REFERENCE NUMBER | 53481-502563 |
| OTHER APPOINTED ATTORNEY | Laura C. Gustafson, Sam E. Iverson, all members of Pillsbury Winthrop Shaw Pittman LLP, and all other attorneys associated with that firm |

## CORRESPONDENCE INFORMATION (current)

| NAME | Cydney A. Tune |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | sftrademarks@pillsburylaw.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| DOCKET/REFERENCE NUMBER | 53481-502563 |

## CORRESPONDENCE INFORMATION (proposed)

| NAME | Cydney A. Tune |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | sftrademarks@pillsburylaw.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| DOCKET/REFERENCE NUMBER | 53481-502563 |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 041 |
|---|---|
| GOODS OR SERVICES | Entertainment services, namely, production and distribution of motion picture films; cinema studios; cinematographic adaptation and editing; direction of making television programs; distribution of television programming to cable television systems; production of television programs; distribution of television programs for others; editing of television programmes; providing advice and information for film concept and script development; film editing |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\776\985\77698599\xml1 \ S080002.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\776\985\77698599\xml1 \ S080003.JPG |
| SPECIMEN DESCRIPTION | screenshots of webpages showing films using mark in association with registered services |
| | The owner claims excusable nonuse only with respect to the following registered services: Cinematographic adaptation and editing; direction of making television programs; production of television programs; distribution of television programs for others; editing of television programmes; film editing. The owner claims use in commerce for, such that this explanation of excusable nonuse does not pertain to, the following registered services: Entertainment services, namely, production and distribution of motion picture films; cinema studios; distribution of television programming to cable television systems; providing advice and information for film concept and script development. With respect to the services for which the owner claims excusable nonuse, the previous owner stopped using the mark in connection with such services approximately around July 30, 2015 due to being forced to file for bankruptcy protection from circumstances beyond the owner's control. Specifically, between 2005 and 2010, a hedge fund (the "Hedge Fund") made a significant investment in the previous owner |

| | |
|---|---|
| **EXCUSABLE NONUSE EXPLANATION** | ("Relativity"). In 2012, the Hedge Fund forced a buyout of its interest in Relativity. To satisfy this, Relativity borrowed another significant amount in debt and sold certain assets to the Hedge Fund, leaving Relativity in an over-leveraged, under-capitalized position. Thereafter, Relativity experienced severe liquidity constraints and increasing limitations imposed by forbearance agreements and new debt issuances. Eventually, with significant outstanding matured secured debt, and unable to finalize any further financing, Relativity was forced to file for bankruptcy protection. Relativity filed for bankruptcy protection on July 30, 2015 (the "First Bankruptcy"). Due to the constraints that led to the First Bankruptcy, Relativity was forced to suspend certain business operations around that time, which included the registered services for which the owner claims excusable nonuse. On February 8, 2016, the Bankruptcy Court entered an order, which became effective on April 14, 2016. From April 14, 2016 through at least the Fall of 2017, Relativity engaged with a wide range of parties regarding a multitude of possible transactions, including: (a) for the equity raise, at least thirty-three high net worth individuals, companies and/or funds, (b) for the debt recapitalization, at least fourteen companies and/or funds, (c) for a sale of the film library, at least seven companies and/or funds, and (d) for an investment in the film production slate, at least three companies. Despite these efforts, only one potential transaction led to an investment in Relativity, yet the arrangement was never fully consummated. Accordingly, despite Relativity's efforts, Relativity was unable to secure the debt or equity capital necessary to execute on its business plan, and the size and scope of Relativity's business operations were severely curtailed. By May 2018, Relativity's work force had been reduced significantly. On May 3, 2018, Relativity filed for bankruptcy protection for the second time (the "Second Bankruptcy"). On February 26, 2018, Relativity signed a restructuring support agreement with the new owner ("UltraV"), providing the framework for the sale of Relativity's assets to UltraV, which was eventually consummated on October 10, 2018. As a result of the First Bankruptcy, the Second Bankruptcy, Relativity's efforts to obtain financing and resume its business operations in between, and UltraV's ongoing efforts to reestablish its business operations since, UltraV has not yet resumed offering the registered services for which excusable nonuse is claimed under the ROGUE mark, but UltraV is continuing to take steps to resume use for those services and expects to resume use within the next twelve months. For the foregoing reasons, UltraV has shown special circumstances that justify and excuse the temporary nonuse of the registered mark for those services, and that UltraV is taking steps to resume use. |

## OWNER SECTION (current)

| | |
|---|---|
| **NAME** | UV RML NL ASSETS LLC |
| **INTERNAL ADDRESS** | 660 MADISON AVENUE |
| **MAILING ADDRESS** | 15TH FLOOR |
| **CITY** | NEW YORK |
| **STATE** | New York |
| **ZIP/POSTAL CODE** | 10065 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |

## OWNER SECTION (proposed)

| | |
|---|---|
| **NAME** | UV RML NL ASSETS LLC |
| **INTERNAL ADDRESS** | 660 MADISON AVENUE |
| **MAILING ADDRESS** | 15TH FLOOR |

| CITY | NEW YORK |
|---|---|
| STATE | New York |
| ZIP/POSTAL CODE | 10065 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| EMAIL | XXXX |
| **LEGAL ENTITY SECTION (current)** | |
| TYPE | limited liability company |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Delaware |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| FILING § 8 AFFIDAVIT PER CLASS | 125 |
| TOTAL FEE PAID | 125 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Andrew W Levin/ |
| SIGNATORY'S NAME | Andrew W Levin |
| SIGNATORY'S POSITION | General Counsel |
| DATE SIGNED | 07/22/2020 |
| PAYMENT METHOD | DA |
| **FILING INFORMATION** | |
| SUBMIT DATE | Wed Jul 22 18:51:57 ET 2020 |
| TEAS STAMP | USPTO/SECT08-XXX.XXX.XXX.X-20200722185157253066-4572598-7406c4c391ad193e0574ead62abbe419d2ef9637c0c9b0d22de9dfcf23cafafa2-DA-51565388-20200722140847299197 |

**Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8**
**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 4572598
**REGISTRATION DATE:** 07/22/2014

**MARK:** ROGUE

**Current:** The owner, UV RML NL ASSETS LLC, a limited liability company legally organized under the laws of Delaware, having an address of

15TH FLOOR 660 MADISON AVENUE
NEW YORK, New York 10065
United States

**Proposed:** The owner, UV RML NL ASSETS LLC, a limited liability company legally organized under the laws of Delaware, having an address of

660 MADISON AVENUE
15TH FLOOR
NEW YORK, New York 10065
United States
XXXX

is filing a Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8.

For International Class 041, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Entertainment services, namely, production and distribution of motion picture films; cinema studios; cinematographic adaptation and editing; direction of making television programs; distribution of television programming to cable television systems; production of television programs; distribution of television programs for others; editing of television programmes; providing advice and information for film concept and script development; film editing ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screenshots of webpages showing films using mark in association with registered services.
Specimen File1
Specimen File2

The following explanation of excusable nonuse has been made of record: The owner claims excusable nonuse only with respect to the following registered services: Cinematographic adaptation and editing; direction of making television programs; production of television programs; distribution of television programs for others; editing of television programmes; film editing. The owner claims use in commerce for, such that this explanation of excusable nonuse does not pertain to, the following registered services: Entertainment services, namely, production and distribution of motion picture films; cinema studios; distribution of television programming to cable television systems; providing advice and information for film concept and script development. With respect to the services for which the owner claims excusable nonuse, the previous owner stopped using the mark in connection with such services approximately around July 30, 2015 due to being forced to file for bankruptcy protection from circumstances beyond the owner's control. Specifically, between 2005 and 2010, a hedge fund (the "Hedge Fund") made a significant investment in the previous owner ("Relativity"). In 2012, the Hedge Fund forced a buyout of its interest in Relativity. To satisfy this, Relativity borrowed another significant amount in debt and sold certain assets to the Hedge Fund, leaving Relativity in an over-leveraged, under-capitalized position. Thereafter, Relativity experienced severe liquidity constraints and increasing limitations imposed by forbearance agreements and new debt issuances. Eventually, with significant outstanding matured secured debt, and unable to finalize any further financing, Relativity was forced to file for bankruptcy protection. Relativity filed for bankruptcy protection on July 30, 2015 (the "First Bankruptcy"). Due to the constraints that led to the First Bankruptcy, Relativity was forced to suspend certain business operations around that time, which included the registered services for which the owner claims excusable nonuse. On February 8, 2016, the Bankruptcy Court entered an order, which became effective on April 14, 2016. From April 14, 2016 through at least the Fall of 2017, Relativity engaged with a wide range of parties regarding a multitude of possible transactions, including: (a) for the equity raise, at least thirty-three high net worth individuals, companies and/or funds, (b) for the debt recapitalization, at least fourteen companies and/or funds, (c) for a sale of the film library, at least seven companies and/or funds, and (d) for an investment in the film production slate, at least three companies. Despite these efforts, only one potential transaction led to an investment in Relativity, yet the arrangement was never fully consummated. Accordingly, despite Relativity's efforts, Relativity was unable to secure the debt or equity capital necessary to execute on its business plan, and the size and scope of Relativity's business operations were severely curtailed. By May 2018, Relativity's work force had been reduced significantly. On May 3, 2018, Relativity filed for bankruptcy protection for the second time (the "Second Bankruptcy"). On February 26, 2018, Relativity signed a restructuring support agreement with the new owner

("UltraV"), providing the framework for the sale of Relativity's assets to UltraV, which was eventually consummated on October 10, 2018. As a result of the First Bankruptcy, the Second Bankruptcy, Relativity's efforts to obtain financing and resume its business operations in between, and UltraV's ongoing efforts to reestablish its business operations since, UltraV has not yet resumed offering the registered services for which excusable nonuse is claimed under the ROGUE mark, but UltraV is continuing to take steps to resume use for those services and expects to resume use within the next twelve months. For the foregoing reasons, UltraV has shown special circumstances that justify and excuse the temporary nonuse of the registered mark for those services, and that UltraV is taking steps to resume use.

The owner's/holder's current attorney information: Cydney A. Tune. Cydney A. Tune of PILLSBURY WINTHROP SHAW PITTMAN LLP, is located at

    P.O. BOX 2824
    San Francisco, California 94126-2824
    United States
The docket/reference number is 53481-502563.

The phone number is 415-983-6443.

The fax number is 415-983-1200.

The email address is sftrademarks@pillsburylaw.com

The owner's/holder's proposed attorney information: Cydney A. Tune. Other appointed attorneys are Laura C. Gustafson, Sam E. Iverson, all members of Pillsbury Winthrop Shaw Pittman LLP, and all other attorneys associated with that firm. Cydney A. Tune of PILLSBURY WINTHROP SHAW PITTMAN LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    P.O. BOX 2824
    San Francisco, California 94126-2824
    United States
The docket/reference number is 53481-502563.

The phone number is 4159836443.

The fax number is 415-983-1200.

The email address is sftrademarks@pillsburylaw.com

Cydney A. Tune submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Information (current):**
    Cydney A. Tune
    PRIMARY EMAIL FOR CORRESPONDENCE: sftrademarks@pillsburylaw.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is 53481-502563.

**Correspondence Information (proposed):**
    Cydney A. Tune
    PRIMARY EMAIL FOR CORRESPONDENCE: sftrademarks@pillsburylaw.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is 53481-502563.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $125 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

**Declaration**

☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Andrew W Levin/   Date: 07/22/2020
Signatory's Name: Andrew W Levin
Signatory's Position: General Counsel

Mailing Address **(current):**
  PILLSBURY WINTHROP SHAW PITTMAN LLP
  P.O. BOX 2824
  San Francisco, California 94126-2824

Mailing Address **(proposed):**
  PILLSBURY WINTHROP SHAW PITTMAN LLP
  P.O. BOX 2824
  San Francisco, California 94126-2824


Serial Number: 77698599
Internet Transmission Date: Wed Jul 22 18:51:57 ET 2020
TEAS Stamp: USPTO/SECT08-XXX.XXX.XXX.X-2020072218515
7253066-4572598-7406c4c391ad193e0574ead6
2abbe419d2ef9637c0c9b0d22de9dfcf23cafafa
2-DA-51565388-20200722140847299197





## ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:** 4572598

**Serial Number:** 77698599

**RAM Sale Number: 4572598**

**RAM Accounting Date: 20200722**

**Total Fees:** $125

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20200722 | $125 | 1 | 1 | $125 |

Physical Location: MADCD- NO PHYSICAL FILE

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:** 20200722



# EXHIBIT G

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1563 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

## Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 4272503 |
| **REGISTRATION DATE** | 01/08/2013 |
| **SERIAL NUMBER** | 77698601 |
| **MARK SECTION** | |
| MARK | ROGUE (see, https://tmng-al.uspto.gov/resting2/api/img/77698601/large) |
| **ATTORNEY SECTION (no change)** | |
| NAME | Cydney Tune |
| FIRM NAME | Pillsbury Winthrop Shaw Pittman LLP |
| INTERNAL ADDRESS | Calendar/Docketing Department |
| STREET | P.O. Box 2824 |
| CITY | San Francisco |
| STATE | California |
| POSTAL CODE | 94126-2824 |
| COUNTRY | United States |
| PHONE | 415-983-6443 |
| FAX | 415-983-1200 |
| EMAIL | sftrademarks@pillsburylaw.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | 53481-502564 |
| **CORRESPONDENCE SECTION (no change)** | |
| NAME | Cydney Tune |
| FIRM NAME | Pillsbury Winthrop Shaw Pittman LLP |
| INTERNAL ADDRESS | Calendar/Docketing Department |
| STREET | P.O. Box 2824 |
| CITY | San Francisco |
| STATE | California |
| POSTAL CODE | 94126-2824 |
| COUNTRY | United States |
| PHONE | 415-983-6443 |
| FAX | 415-983-1200 |
| EMAIL | sftrademarks@pillsburylaw.com |

| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
|---|---|
| DOCKET/REFERENCE NUMBER | 53481-502564 |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 042 |
|---|---|
| GOODS OR SERVICES | Computer services, namely, creating an on-line community for registered users to participate in discussions, get feedback from their peers, form virtual communities, and engage in social networking |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN0-20422723018-20190708165337536672_._I_AM_ROGUE_-_iamROGUE.com.pdf |
| CONVERTED PDF FILE(S) (2 pages) | \\TICRS\EXPORT17\IMAGEOUT17\776\986\77698601\xml3\S080002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\776\986\77698601\xml3\S080003.JPG |
| SPECIMEN DESCRIPTION | screenshot of a website |

## OWNER SECTION (current)

| NAME | UV RML NL ASSETS LLC |
|---|---|
| INTERNAL ADDRESS | 660 MADISON AVENUE |
| STREET | 15TH FLOOR |
| CITY | NEW YORK |
| STATE | New York |
| ZIP/POSTAL CODE | 10065 |
| COUNTRY | United States |

## LEGAL ENTITY SECTION (current)

| TYPE | limited liability company |
|---|---|
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Delaware |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| FILING § 8 AFFIDAVIT PER CLASS | 125 |
| ADDITIONAL FEE FOR FILING §8 AFFIDAVIT DURING GRACE PERIOD FEE PER CLASS | 100 |
| TOTAL FEE PAID | 225 |

## SIGNATURE SECTION

| SIGNATURE | /Sam E. Iverson/ |
|---|---|
| SIGNATORY'S NAME | Sam E. Iverson |
| SIGNATORY'S POSITION | Attorney of record, California bar member |
| DATE SIGNED | 07/08/2019 |
| SIGNATORY'S PHONE NUMBER | 415-983-1234 |
| PAYMENT METHOD | DA |

## FILING INFORMATION

| SUBMIT DATE | Mon Jul 08 16:55:21 EDT 2019 |
|---|---|
| TEAS STAMP | USPTO/SECT08-XXX.XXX.XXX. XX-20190708165521706129-4 272503-620389b6b3cb145215 6e166a4168dddef3682e5dc81 bd5bc28f5268e6eef1e95-DA- 4631-20190708165337536672 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1563 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

### Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 4272503
**REGISTRATION DATE:** 01/08/2013

**MARK:** ROGUE

The owner, UV RML NL ASSETS LLC, a limited liability company legally organized under the laws of Delaware, having an address of
    660 MADISON AVENUE
    15TH FLOOR
    NEW YORK, New York 10065
    United States
is filing a Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8.

For International Class 042, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Computer services, namely, creating an on-line community for registered users to participate in discussions, get feedback from their peers, form virtual communities, and engage in social networking ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screenshot of a website.

**Original PDF file:**
SPN0-20422723018-20190708165337536672_._I_AM_ROGUE_-_iamROGUE.com.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

A fee payment in the amount of $225 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

- ☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

- ☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Sam E. Iverson/   Date: 07/08/2019
Signatory's Name: Sam E. Iverson
Signatory's Position: Attorney of record, California bar member
Signatory's Phone: 415-983-1234

Mailing Address:
  Pillsbury Winthrop Shaw Pittman LLP
  P.O. Box 2824
  San Francisco, California 94126-2824

Serial Number: 77698601
Internet Transmission Date: Mon Jul 08 16:55:21 EDT 2019
TEAS Stamp: USPTO/SECT08-XXX.XXX.XXX.XX-201907081655
21706129-4272503-620389b6b3cb1452156e166
a4168dddef3682e5dc81bd5bc28f5268e6eef1e9
5-DA-4631-20190708165337536672

7/8/2019                                           I AM ROGUE - iamROGUE.com



I AM ROGUE - iamROGUE.com



## ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**   4272503

**Serial Number:**   77698601

**RAM Sale Number:  4272503**

**RAM Accounting Date:  20190709**

**Total Fees:**      $225

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20190708 | $125 | 1 | 1 | $125 |
| Grace period for §8 | 7206 | 20190708 | $100 | 1 | 1 | $100 |

Physical Location: MADCD- NO PHYSICAL FILE

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**      20190708



# EXHIBIT H

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form No Form Number (Rev 01/2012)
OMB No. 0651-0055 (Exp 10/31/2021)

# Response to Office Action for Post-Registration Matters

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77698601 |
| **REGISTRATION NUMBER** | 4272503 |
| **MARK SECTION** | |
| MARK | https://tmng-al.uspto.gov/resting2/api/img/77698601/large |
| LITERAL ELEMENT | ROGUE |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **FORM TEXT** | |
| See arguments responding to the issues raised in the Office action in the attachments. | |
| ATTACHMENT(S) | |
| ORIGINAL PDF FILE | ROGUE_-_Response_to_Office_Action_202002113810738.pdf |
| CONVERTED PDF FILE(S) (3 pages) | \\TICRS\EXPORT17\IMAGEOUT17\776\986\77698601\xml6\TRS0002.jpg |
| | \\TICRS\EXPORT17\IMAGEOUT17\776\986\77698601\xml6\TRS0003.jpg |
| | \\TICRS\EXPORT17\IMAGEOUT17\776\986\77698601\xml6\TRS0004.jpg |
| ORIGINAL PDF FILE | Evidence_202002114442617.PDF |
| CONVERTED PDF FILE(S) (10 pages) | \\TICRS\EXPORT17\IMAGEOUT17\776\986\77698601\xml6\TRS0005.jpg |
| | \\TICRS\EXPORT17\IMAGEOUT17\776\986\77698601\xml6\TRS0006.jpg |
| | \\TICRS\EXPORT17\IMAGEOUT17\776\986\77698601\xml6\TRS0007.jpg |
| | \\TICRS\EXPORT17\IMAGEOUT17\776\986\77698601\xml6\TRS0008.jpg |
| | \\TICRS\EXPORT17\IMAGEOUT17\776\986\77698601\xml6\TRS0009.jpg |
| | \\TICRS\EXPORT17\IMAGEOUT17\776\986\77698601\xml6\TRS0010.jpg |
| | \\TICRS\EXPORT17\IMAGEOUT17\776\986\77698601\xml6\TRS0011.jpg |
| | \\TICRS\EXPORT17\IMAGEOUT17\776\986\77698601\xml6\TRS0012.jpg |
| | \\TICRS\EXPORT17\IMAGEOUT17\776\986\77698601\xml6\TRS0013.jpg |
| | \\TICRS\EXPORT17\IMAGEOUT17\776\986\77698601\xml6\TRS0014.jpg |
| **Substitute specimen bypass warning provided** | The filer has elected to bypass the checkbox indicating that a substitute specimen was in use in commerce during the relevant period for filing the 6-year or 10-year Section 8/71. |
| **SIGNATURE SECTION** | |

| DECLARATION SIGNATURE | /Sam E. Iverson/ |
|---|---|
| SIGNATORY'S NAME | Sam E. Iverson |
| SIGNATORY'S POSITION | Attorney of record, California Bar member |
| SIGNATORY'S PHONE NUMBER | 4159831234 |
| DATE SIGNED | 01/21/2020 |
| SUBMISSION SIGNATURE | /Sam E. Iverson/ |
| SIGNATORY'S NAME | Sam E. Iverson |
| SIGNATORY'S POSITION | Attorney of record, California Bar member |
| SIGNATORY'S PHONE NUMBER | 4159831234 |
| DATE SIGNED | 01/21/2020 |
| AUTHORIZED SIGNATORY | YES |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Tue Jan 21 13:46:49 EST 2020 |
| TEAS STAMP | USPTO/TRS-XXX.XXX.XXX.XX-20200121134649374673-4272503-20200121133526420315-N/A-N/A-20200121133526420315 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form No Form Number (Rev 01/2012)
OMB No. 0651-0055 (Exp 10/31/2021)

## Response to Office Action for Post-Registration Matters

### To the Commissioner for Trademarks:

The following is submitted for registration number: **4272503**

**FORM TEXT:**

See arguments responding to the issues raised in the Office action in the attachments.

**FORM FILE NAME(S):**

**Original PDF file:**
ROGUE_-_Response_to_Office_Action_202002113810738.pdf
**Converted PDF file(s)** (3 pages)
Attachments-1
Attachments-2
Attachments-3
**Original PDF file:**
Evidence_202002114442617.PDF
**Converted PDF file(s)** (10 pages)
Attachments-1
Attachments-2
Attachments-3

Attachments-4
Attachments-5
Attachments-6
Attachments-7
Attachments-8
Attachments-9
Attachments-10

The filer has elected to bypass the checkbox indicating that a substitute specimen was in use in commerce during the relevant period for filing the 6-year or 10-year Section 8/71.

**Warning:** If you are providing a substitute specimen and do not provide the required statement verifying use, upon review of your response, if it is determined that verification is required, another Office action will issue requiring this statement to complete your response.

**SIGNATURE(S)**

**Declaration Signature**

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application, submission, or any registration resulting therefrom, declares that the facts set forth above are true; all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

Signature: /Sam E. Iverson/    Date: 01/21/2020
Signatory's Name: Sam E. Iverson
Signatory's Position: Attorney of record, California Bar member
Signatory's Phone Number: 4159831234

**Submission Signature**

Signature: /Sam E. Iverson/    Date: 01/21/2020
Signatory's Name: Sam E. Iverson
Signatory's Position: Attorney of record, California Bar member
Signatory's Phone Number: 4159831234

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if filed in conjunction with a pending post-registration filing, and if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 77698601
Internet Transmission Date: Tue Jan 21 13:46:49 EST 2020
TEAS Stamp: USPTO/TRS-XXX.XXX.XXX.XX-202001211346493
74673-4272503-20200121133526420315-N/A-N
/A-20200121133526420315

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Owner: | UV RML NL ASSETS LLC | ) |
| | | ) |
| Mark: | ROGUE | ) |
| | | ) |
| Reg. Date: Jan. 8, 2013 | | ) |
| | | ) |
| Reg. No.: 4272503 | | ) |
| | | ) |

Examiner:      Dawn Hembry

Post Registration Division

**RESPONSE TO OFFICE ACTION**

The Examiner has rejected the registrant's Section 8 Declaration of Use, submitted July 8, 2019, contending that the specimen of use submitted with the Section 8 Declaration shows the registrant's registered mark, ROGUE, used on or in connection with "movie news," but not in connection with the registered services, namely "*Computer services, namely, creating an on-line community for registered users to participate in discussions, get feedback from their peers, form virtual communities, and engage in social networking.*"   The registrant, however, respectfully disagrees, as the specimen of use submitted does in fact show use of the registered mark in connection with the registered services.

The term "social networking" is defined as "the sharing of information and services among people with a common interest" and "the use of websites and other internet services to communicate with other people and make friends."  See attached dictionary excerpt from Dictionary.com and the Cambridge Dictionary.

As a specimen of use, the registrant submitted a screenshot from the registrant's website at iamrogue.com, which shows several features of the website that collectively create the online community for the registrant's users to engage in social networking, namely by enabling them to connect, share information, and communicate with each other.

First, in the upper right-hand corner of the screenshot, the registrant's website provides links for users to "Like," "Share," and "Follow" the registrant's Facebook, Twitter, and YouTube profiles, at which users can participate in discussions, get feedback from their peers, and engage in social networking.  Such links enable the creation of online communities for the registrant's users by connecting users with common interests in movies, television and entertainment news to engage in social networking through the registrant's social media channels.  For example, by sharing the registrant's various social media profiles through the registrant's website, users are sharing information and communicating with others simply by the act of sharing the profiles.  Moreover, by connecting its users through its social media channels, the registrant is also enabling its users to participate in discussions, get feedback, and form virtual communities.  Therefore, by virtue of the "Like," "Share," and "Follow" features of the registrant's website, the specimen clearly shows the ROGUE mark used in association with the registered services.

Further, along the right hand-side of the screenshot, the website provides an online "Poll" for users to answer questions relating to movies, television, and entertainment news, then view the results of the polls among the registrant's community of users.  Such polls allow users to provide feedback to peers and engage in social networking by answering questions, compiling the responses, and sharing that information amongst users.  By conducting such polls and sharing the results with its users, the registrant's website further enables social networking between its users, and thus the specimen shows use of  the ROGUE mark in association with the registered services.

2

For the foregoing reasons, the registrant's submitted specimen does show the mark in use in commerce in direct association with the registered services and the applicant's Section 8 Declaration of Use should be accepted.

☰          **Dictionary.com**              Thesaurus.com

DEFINITIONS ∨  |  social networking                          🔍

TOP DEFINITIONS     EXAMPLES     EXPLORE DICTIONARY

# social networking

*noun*

1  the development of social and professional contacts; the sharing of information and services among people with a common interest.

2  *Digital Technology.* the use of websites or other online technologies to communicate with people and share information, resources, etc.: *I found my current job through social networking.*

## WORDS NEARBY SOCIAL NETWORKING

social media intelligence, social media optimization, social mobility, social movement, social network, **social networking**, social networking site, social organization, social pathology, social phobia, social process

## OTHER WORDS FROM SOCIAL NETWORKING

**social networker**, noun



The 2019 WORD OF THE YEAR *is...*

☰      **Dictionary.com**                          Thesaurus.com

| DEFINITIONS ⌄ | social networking                                    🔍 |

## EXAMPLES FROM THE WEB FOR SOCIAL NETWORKING

With few exceptions, social-networking sites got it right this time, providing useful information and thoughtful commentary.
TWITTER EXPLODES OVER BOSTON BOMBINGS, BUT COOLER VOICES URGE RESTRAINT | LAUREN ASHBURN | APRIL 17, 2013 | DAILY BEAST

They include Kayak, an online travel broker, and VKontakte, a social-networking site in Russia.
FACEBOOK STOCK WOES HURT MARKET'S VIEW OF OTHER NEW TECH COMPANIES | DAN LYONS | JUNE 1, 2012 | DAILY BEAST

Social-networking giant Reddit has created a community where kids on the edge can reach out online for help.
REDDIT ENLISTS 10,000 VOLUNTEERS TO PREVENT SUICIDES ... THEY HOPE | JESSE SINGAL | MARCH 8, 2012 | DAILY BEAST

Last year I launched my own Internet company, a social-networking site called ClueHut.
HANDCUFFS, ROPES, AND AN OPEN WINDOW: HOW I ESCAPED AN UNTHINKABLE CHILDHOOD | GENYFER SPARK | JANUARY 29, 2012 | DAILY BEAST

SEE MORE EXAMPLES
⌄

## EXPLORE DICTIONARY.COM

 Stop Using These Phrases in 2020 (Use These Synonyms Instead)

 Can Emoji Have Synonyms?

 The Top Emojis To Use This Year

 Empathy vs. Sympathy: Which Word To Use And When

 "Affect" vs. "Effect": Use The Correct Word Every Time

 What Is The Difference Between "Yea" vs. "Yeah"?

OTHERS ARE READING

 Dictionary.com's Word Of The Year For 2019 Is ...


The 2019 WORD OF THE YEAR is...  ✕

☰    **Dictionary.com**              Thesaurus.com

| DEFINITIONS ⌄ | social networking                    🔍 |

WORD OF THE DAY

# riposte

*noun* | [ri-pohst] 🔊

SEE DEFINITION


The Most Searched Words Of 2019 On Dictionary.com


What's The Difference Between "i.e." vs. "e.g."?


*The* **2019 WORD OF THE** *YEAR is...*

1/17/2020                    Social networking | Definition of Social networking at Dictionary.com





 Cambridge Dictionary



*Meaning of **social networking** in English*

# social networking

**noun** [ U ]

UK 🔊  / ˌsəʊ.ʃ°l ˈnet.wɜː.kɪŋ /   US 🔊  / ˌsoʊ.ʃ°l ˈnet.wɝː.kɪŋ /



**B1**

**the use of websites and other internet services to communicate with other people and make friends:**

• *social networking sites*

*(Definition of **social networking** from the **Cambridge Advanced Learner's Dictionary & Thesaurus** © Cambridge University Press)*

**social networking | BUSINESS ENGLISH**

# social networking

**noun** [ U ]  •  INTERNET, COMMUNICATIONS

UK 🔊   US 🔊



**the activity of sharing information and communicating with groups of people using the internet, especially through websites that are specially designed for this purpose:**

• *Most businesses now use social networking to spread their message.*

• *Online dating services are rapidly losing out to **social networking sites**.*

• *Tributes have been posted on the **social networking website** Facebook.*

This website uses cookies. For more information, please visit the Privacy and Cookies Policy.

Accept and hide this message



☰   Cambridge Dictionary                                                    👤   🌐 ⌄   🔍

# social networking

The power of governance operates through collaboration, coordination, negotiation, *social networking* and the neighborhood.

*From Cambridge English Corpus*                                                          💬

Alternatively, there may be a separation between the *social networking* value of organized membership and individuals' political beliefs.

*From Cambridge English Corpus*                                                          💬

These examples are from the Cambridge English Corpus and from sources on the web. Any opinions in the examples do not represent the opinion of the Cambridge Dictionary editors or of Cambridge University Press or its licensors.

**More examples**



Translations of **social networking**

in Chinese (Traditional)                                                          ⌄

使用網站（或其他網際網絡）與人社交...

See more

Need a translator?

Get a quick, free translation!

🔤                                    Translator tool

What is the pronunciation of *social networking*?                                      ›

**Browse**

social media

social media marketing

This website uses cookies. For more information, please visit the Privacy and Cookies Policy.

**Accept and hide this message**

1/17/2020                    SOCIAL NETWORKING | definition in the Cambridge English Dictionary



social outcast **BETA**

social policy **BETA**

social psychology **BETA**

Test your vocabulary with our fun image quizzes



*Image credits*

Try a quiz now

This website uses cookies. For more information, please visit the Privacy and Cookies Policy.

Accept and hide this message



**More meanings of** *social networking*

— **All**

social networking site
social networking website, at social networking site

**See all meanings**



WORD OF THE DAY

article

a piece of writing on a particular subject in a newspaper or magazine, or on the internet



This website uses cookies. For more information, please visit the Privacy and Cookies Policy.

**Accept and hide this message**



BLOG

Clickbait and viral marketing: the language of advertising

January 15, 2020

Read More



This website uses cookies. For more information, please visit the Privacy and Cookies Policy.

Accept and hide this message



# frozen robot syndrome

January 13, 2020

**More new words**

### Get our free widgets

Add the power of Cambridge Dictionary to your website using our free search box widgets.

### Dictionary apps

Browse our dictionary apps today and ensure you are never again lost for words.



LEARN                                                    +

DEVELOP                                                  +

ABOUT                                                    +

## CAMBRIDGE
UNIVERSITY PRESS

© Cambridge University Press 2020

This website uses cookies. For more information, please visit the Privacy and Cookies Policy.

**Accept and hide this message**

# EXHIBIT I

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1563 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

# Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 4272504 |
| **REGISTRATION DATE** | 01/08/2013 |
| **SERIAL NUMBER** | 77698603 |
| **MARK SECTION** | |
| MARK | ROGUE (see, https://tmng-al.uspto.gov/resting2/api/img/77698603/large) |
| **ATTORNEY SECTION (no change)** | |
| NAME | Cydney Tune |
| FIRM NAME | Pillsbury Winthrop Shaw Pittman LLP |
| INTERNAL ADDRESS | Calendar/Docketing Department |
| STREET | P.O. Box 2824 |
| CITY | San Francisco |
| STATE | California |
| POSTAL CODE | 94126-2824 |
| COUNTRY | United States |
| PHONE | 415-983-6443 |
| FAX | 415-983-1200 |
| EMAIL | sftrademarks@pillsburylaw.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET/REFERENCE NUMBER | 53481-502565 |
| **CORRESPONDENCE SECTION (no change)** | |
| NAME | Cydney Tune |
| FIRM NAME | Pillsbury Winthrop Shaw Pittman LLP |
| INTERNAL ADDRESS | Calendar/Docketing Department |
| STREET | P.O. Box 2824 |
| CITY | San Francisco |
| STATE | California |
| POSTAL CODE | 94126-2824 |
| COUNTRY | United States |
| PHONE | 415-983-6443 |
| FAX | 415-983-1200 |
| EMAIL | sftrademarks@pillsburylaw.com |

| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
|---|---|
| DOCKET/REFERENCE NUMBER | 53481-502565 |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 045 |
|---|---|
| GOODS OR SERVICES | Social networking services; on-line social networking services; providing a social networking website for entertainment purposes |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN0-20422723018-20190708162759163324_._I_AM_ROGUE_-_iamROGUE.com.pdf |
| CONVERTED PDF FILE(S) (2 pages) | \\TICRS\EXPORT17\IMAGEOUT17\776\986\77698603\xml3\S080002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\776\986\77698603\xml3\S080003.JPG |
| SPECIMEN DESCRIPTION | screenshot of a webpage |
| EXCUSABLE NONUSE EXPLANATION | The previous owner stopped using the mark in connection with the registered social networking services on or around March 16, 2015 when the previous owner filed for bankruptcy and started searching for new ownership. See TMEP 1604.11 ("Temporary nonuse due to the sale of a business may be considered excusable"). The business continued its operations in going through two bankruptcy proceedings, one starting in 2015 and the second starting in 2018, but has not yet resumed use of the mark in connection with social networking services. The business was acquired by the current registrant in October 2018 and is undertaking steps to reinstate the social networking section of its website, estimating that it will resume using the mark in connection with such services within the next 12 months. |

## OWNER SECTION (current)

| NAME | UV RML NL ASSETS LLC |
|---|---|
| INTERNAL ADDRESS | 660 MADISON AVENUE |
| STREET | 15TH FLOOR |
| CITY | NEW YORK |
| STATE | New York |
| ZIP/POSTAL CODE | 10065 |
| COUNTRY | United States |

## LEGAL ENTITY SECTION (current)

| TYPE | limited liability company |
|---|---|
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Delaware |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| FILING § 8 AFFIDAVIT PER CLASS | 125 |
| ADDITIONAL FEE FOR FILING §8 AFFIDAVIT DURING GRACE PERIOD FEE PER CLASS | 100 |
| TOTAL FEE PAID | 225 |

## SIGNATURE SECTION

| | |
|---|---|
| **SIGNATURE** | /Sam E. Iverson/ |
| **SIGNATORY'S NAME** | Sam E. Iverson |
| **SIGNATORY'S POSITION** | Attorney of record, California bar member |
| **DATE SIGNED** | 07/08/2019 |
| **SIGNATORY'S PHONE NUMBER** | 415-983-1234 |
| **PAYMENT METHOD** | DA |
| | **FILING INFORMATION** |
| **SUBMIT DATE** | Mon Jul 08 16:52:26 EDT 2019 |
| **TEAS STAMP** | USPTO/SECT08-XXX.XXX.XXX.XX-20190708165226511927-4272504-620c03ae66347afecaf6b67831a616132b348e9e17c5a3aa283702f5b7275df8e8-DA-4559-20190708162759163324 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1563 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

### Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 4272504
**REGISTRATION DATE:** 01/08/2013

**MARK:** ROGUE

The owner, UV RML NL ASSETS LLC, a limited liability company legally organized under the laws of Delaware, having an address of
    660 MADISON AVENUE
    15TH FLOOR
    NEW YORK, New York 10065
    United States
is filing a Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8.

For International Class 045, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Social networking services; on-line social networking services; providing a social networking website for entertainment purposes ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screenshot of a webpage.

**Original PDF file:**
SPN0-20422723018-20190708162759163324_._I_AM_ROGUE_-_iamROGUE.com.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

The following explanation of excusable nonuse has been made of record: The previous owner stopped using the mark in connection with the registered social networking services on or around March 16, 2015 when the previous owner filed for bankruptcy and started searching for new ownership. See TMEP 1604.11 ("Temporary nonuse due to the sale of a business may be considered excusable"). The business continued its operations in going through two bankruptcy proceedings, one starting in 2015 and the second starting in 2018, but has not yet resumed use of the mark in connection with social networking services. The business was acquired by the current registrant in October 2018 and is undertaking steps to reinstate the social networking section of its website, estimating that it will resume using the mark in connection with such services within the next 12 months.

A fee payment in the amount of $225 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Sam E. Iverson/   Date: 07/08/2019
Signatory's Name: Sam E. Iverson

Signatory's Position: Attorney of record, California bar member
Signatory's Phone: 415-983-1234

Mailing Address:
  Pillsbury Winthrop Shaw Pittman LLP
  P.O. Box 2824
  San Francisco, California 94126-2824

Serial Number: 77698603
Internet Transmission Date: Mon Jul 08 16:52:26 EDT 2019
TEAS Stamp: USPTO/SECT08-XXX.XXX.XXX.XX-201907081652
26511927-4272504-620c03ae66347afecaf6b67
831a616132b348e9e17c5a3aa283702f5b7275df
8e8-DA-4559-20190708162759163324



I AM ROGUE - iamROGUE.com



**ROUTING SHEET TO POST REGISTRATION (PRU)**

**Registration Number:**  4272504

**Serial Number:**  77698603

**RAM Sale Number:  4272504**

**RAM Accounting Date:  20190709**

**Total Fees:**  $225

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20190708 | $125 | 1 | 1 | $125 |
| Grace period for §8 | 7206 | 20190708 | $100 | 1 | 1 | $100 |

Physical Location: MADCD- NO PHYSICAL FILE

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**   20190708



# EXHIBIT J

PTO Form No Form Number (Rev 01/2012)
OMB No. 0651-0055 (Exp 10/31/2021)

# Response to Office Action for Post-Registration Matters

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77698603 |
| **REGISTRATION NUMBER** | 4272504 |
| **MARK SECTION** | |
| MARK | https://tmng-al.uspto.gov/resting2/api/img/77698603/large |
| LITERAL ELEMENT | ROGUE |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **FORM TEXT** | |

In response to the Office Action requesting additional information explaining the nonuse of the registered mark, and specifically for the date of last use of the mark and details explaining the special circumstances excusing nonuse, registrant ("UltraV") hereby submits the following:

Between 2005 and 2010, a hedge fund (the "Hedge Fund") made a significant investment in the prior owner ("Relativity").

In 2012, the Hedge Fund forced a buyout of its interest in Relativity. To satisfy this, Relativity borrowed another significant amount in debt and sold certain assets to the Hedge Fund, leaving Relativity in an over-leveraged, under-capitalized position.

Thereafter, Relativity experienced severe liquidity constraints and increasing limitations imposed by forbearance agreements and new debt issuances. Eventually, with significant outstanding matured secured debt, and unable to finalize any further financing, Relativity was forced to file for bankruptcy protection.

Relativity filed for bankruptcy protection on July 30, 2015 (the "First Bankruptcy").  Due to the constraints that led to the First Bankruptcy, Relativity was forced to suspend certain business operations around that time, which included the social networking services offered under Relativity's ROGUE mark.

On February 8, 2016, the Bankruptcy Court entered an order confirming a plan for reorganization (the "Plan"), which became effective on April 14, 2016.

From April 14, 2016 through at least the Fall of 2017, Relativity engaged with a wide range of parties regarding a multitude of possible transactions to consummate the Plan, including: (a) for an equity raise, at least thirty-three high net worth individuals, companies and/or funds, (b) for a debt recapitalization, at least fourteen companies and/or funds, (c) for a sale of the film library, at least seven companies and/or funds, and (d) for an investment in the film production slate, at least three companies. Despite these efforts, only one potential transaction led to an investment in Relativity, yet the arrangement was never fully consummated.

Accordingly, despite Relativity's efforts, Relativity was unable to secure the debt or equity capital necessary to execute on its Plan, and the size and scope of Relativity's business operations were severely curtailed. By May 2018, Relativity's work force had been reduced significantly.

On May 3, 2018, Relativity filed for bankruptcy protection for the second time (the "Second Bankruptcy").

On February 26, 2018, Relativity signed a restructuring support agreement with the new owner, UltraV, providing the framework for the sale of Relativity's assets to UltraV, which was eventually consummated on October 10, 2018.

As a result of the First Bankruptcy, the Second Bankruptcy, Relativity's efforts to obtain financing and resume its business operations in between, and UltraV's ongoing efforts to reestablish its business operations since, UltraV has not yet resumed offering the registered services under the ROGUE mark, but UltraV is taking steps to resume use for those services.

For the foregoing reasons, UltraV has sufficiently shown special circumstances that justify and excuse the temporary nonuse of the registered mark for the registered services, and that UltraV is taking steps to resume use.  Thus, we request that the Section 8 Affidavit be accepted.

### Owner Information (Current)

| | |
|---|---|
| NAME | UV RML NL ASSETS LLC |
| INTERNAL ADDRESS | 660 MADISON AVENUE |
| MAILING ADDRESS | 15TH FLOOR |
| CITY | NEW YORK |
| STATE | New York |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 10065 |
| EMAIL | Not Provided |

### Owner Information (Proposed)

| | |
|---|---|
| NAME | UV RML NL ASSETS LLC |
| INTERNAL ADDRESS | 660 MADISON AVENUE |
| MAILING ADDRESS | 15TH FLOOR |
| CITY | NEW YORK |
| STATE | New York |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 10065 |
| EMAIL | XXXX |

### ATTORNEY INFORMATION (current)

| | |
|---|---|
| NAME | Cydney Tune |
| ATTORNEY BAR MEMBERSHIP NUMBER | NOT SPECIFIED |
| YEAR OF ADMISSION | NOT SPECIFIED |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | NOT SPECIFIED |
| FIRM NAME | Pillsbury Winthrop Shaw Pittman LLP |
| INTERNAL ADDRESS | Calendar/Docketing Department |
| STREET | P.O. Box 2824 |
| CITY | San Francisco |
| STATE | California |
| POSTAL CODE | 94126-2824 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| PHONE | 415-983-6443 |
| FAX | 415-983-1200 |
| EMAIL | sftrademarks@pillsburylaw.com |
| DOCKET/REFERENCE NUMBER | 53481-502565 |

### ATTORNEY INFORMATION (proposed)

| | |
|---|---|
| | |

| | |
|---|---|
| **NAME** | Cydney Tune |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Pillsbury Winthrop Shaw Pittman LLP |
| **STREET** | P.O. Box 2824 |
| **CITY** | San Francisco |
| **STATE** | California |
| **POSTAL CODE** | 94126-2824 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 415-983-6443 |
| **FAX** | 415-983-1200 |
| **EMAIL** | sftrademarks@pillsburylaw.com |
| **DOCKET/REFERENCE NUMBER** | 53481-502565 |
| **OTHER APPOINTED ATTORNEY** | Sam E. Iverson, all members of Pillsbury Winthrop Shaw Pittman LLP, and all other attorneys associated with that firm |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | Cydney Tune |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | sftrademarks@pillsburylaw.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **DOCKET/REFERENCE NUMBER** | 53481-502565 |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| **NAME** | Cydney Tune |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | sftrademarks@pillsburylaw.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **DOCKET/REFERENCE NUMBER** | 53481-502565 |
| **Substitute specimen bypass warning provided** | The filer has elected to bypass the checkbox indicating that a substitute specimen was in use in commerce during the relevant period for filing the 6-year or 10-year Section 8/71. |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /Andrew W. Levin/ |
| **SIGNATORY'S NAME** | Levin, Andrew W. |
| **SIGNATORY'S POSITION** | General Counsel |
| **DATE SIGNED** | 05/20/2020 |
| **SUBMISSION SIGNATURE** | /Sam E. Iverson/ |
| **SIGNATORY'S NAME** | Sam E. Iverson |
| **SIGNATORY'S POSITION** | Attorney of record, California Bar member |
| **DATE SIGNED** | 05/20/2020 |
| **AUTHORIZED SIGNATORY** | YES |

| FILING INFORMATION SECTION | |
|---|---|
| **SUBMIT DATE** | Wed May 20 12:56:02 ET 2020 |
| **TEAS STAMP** | USPTO/TRS-XXX.XXX.XXX.X-2 0200520125602461830-42725 04-20200430183306269687-N /A-N/A-202004301833062696 87 |

PTO Form No Form Number (Rev 01/2012)
OMB No. 0651-0055 (Exp 10/31/2021)

## Response to Office Action for Post-Registration Matters

## To the Commissioner for Trademarks:

The following is submitted for registration number: **4272504**

**FORM TEXT:**

In response to the Office Action requesting additional information explaining the nonuse of the registered mark, and specifically for the date of last use of the mark and details explaining the special circumstances excusing nonuse, registrant ("UltraV") hereby submits the following:

Between 2005 and 2010, a hedge fund (the "Hedge Fund") made a significant investment in the prior owner ("Relativity").

In 2012, the Hedge Fund forced a buyout of its interest in Relativity. To satisfy this, Relativity borrowed another significant amount in debt and sold certain assets to the Hedge Fund, leaving Relativity in an over-leveraged, under-capitalized position.

Thereafter, Relativity experienced severe liquidity constraints and increasing limitations imposed by forbearance agreements and new debt issuances. Eventually, with significant outstanding matured secured debt, and unable to finalize any further financing, Relativity was forced to file for bankruptcy protection.

Relativity filed for bankruptcy protection on July 30, 2015 (the "First Bankruptcy"). Due to the constraints that led to the First Bankruptcy, Relativity was forced to suspend certain business operations around that time, which included the social networking services offered under Relativity's ROGUE mark.

On February 8, 2016, the Bankruptcy Court entered an order confirming a plan for reorganization (the "Plan"), which became effective on April 14, 2016.

From April 14, 2016 through at least the Fall of 2017, Relativity engaged with a wide range of parties regarding a multitude of possible transactions to consummate the Plan, including: (a) for an equity raise, at least thirty-three high net worth individuals, companies and/or funds, (b) for a debt recapitalization, at least fourteen companies and/or funds, (c) for a sale of the film library, at least seven companies and/or funds, and (d) for an investment in the film production slate, at least three companies. Despite these efforts, only one potential transaction led to an investment in Relativity, yet the arrangement was never fully consummated.

Accordingly, despite Relativity's efforts, Relativity was unable to secure the debt or equity capital necessary to execute on its Plan, and the size and scope of Relativity's business operations were severely curtailed. By May 2018, Relativity's work force had been reduced significantly.

On May 3, 2018, Relativity filed for bankruptcy protection for the second time (the "Second Bankruptcy").

On February 26, 2018, Relativity signed a restructuring support agreement with the new owner, UltraV, providing the framework for the sale of Relativity's assets to UltraV, which was eventually consummated on October 10, 2018.

As a result of the First Bankruptcy, the Second Bankruptcy, Relativity's efforts to obtain financing and resume its business operations in

between, and UltraV's ongoing efforts to reestablish its business operations since, UltraV has not yet resumed offering the registered services under the ROGUE mark, but UltraV is taking steps to resume use for those services.

For the foregoing reasons, UltraV has sufficiently shown special circumstances that justify and excuse the temporary nonuse of the registered mark for the registered services, and that UltraV is taking steps to resume use.  Thus, we request that the Section 8 Affidavit be accepted.

The filer has elected to bypass the checkbox indicating that a substitute specimen was in use in commerce during the relevant period for filing the 6-year or 10-year Section 8/71.

**Warning:** If you are providing a substitute specimen and do not provide the required statement verifying use, upon review of your response, if it is determined that verification is required, another Office action will issue requiring this statement to complete your response.

**The owner proposes to amend the following:**
**Current:** UV RML NL ASSETS LLC, having an address of
    660 MADISON AVENUE
    15TH FLOOR
    NEW YORK, New York 10065
    United States

**Proposed:** UV RML NL ASSETS LLC, having an address of
    660 MADISON AVENUE
    15TH FLOOR
    NEW YORK, New York 10065
    United States
    Email Address: XXXX

The owner's/holder's current attorney information: Cydney Tune. Cydney Tune of Pillsbury Winthrop Shaw Pittman LLP, is located at

    Calendar/Docketing Department
    P.O. Box 2824
    San Francisco, California 94126-2824
    United States
The docket/reference number is 53481-502565.

The phone number is 415-983-6443.

The fax number is 415-983-1200.

The email address is sftrademarks@pillsburylaw.com

The owner's/holder's proposed attorney information: Cydney Tune. Other appointed attorneys are Sam E. Iverson, all members of Pillsbury Winthrop Shaw Pittman LLP, and all other attorneys associated with that firm. Cydney Tune of Pillsbury Winthrop Shaw Pittman LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    P.O. Box 2824
    San Francisco, California 94126-2824
    United States
The docket/reference number is 53481-502565.

The phone number is 415-983-6443.

The fax number is 415-983-1200.

The email address is sftrademarks@pillsburylaw.com

Cydney Tune submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Information (current):**
    Cydney Tune
    PRIMARY EMAIL FOR CORRESPONDENCE: sftrademarks@pillsburylaw.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is 53481-502565.

**Correspondence Information (proposed):**
    Cydney Tune
    PRIMARY EMAIL FOR CORRESPONDENCE: sftrademarks@pillsburylaw.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is 53481-502565.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**SIGNATURE(S)**
**Declaration Signature**
The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application, submission, or any registration resulting therefrom, declares that the facts set forth above are true; all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

Signature: /Andrew W. Levin/    Date: 05/20/2020
Signatory's Name: Levin, Andrew W.
Signatory's Position: General Counsel

**Submission Signature**
Signature: /Sam E. Iverson/    Date: 05/20/2020
Signatory's Name: Sam E. Iverson
Signatory's Position: Attorney of record, California Bar member

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:    Cydney Tune
    Pillsbury Winthrop Shaw Pittman LLP
    Calendar/Docketing Department
    P.O. Box 2824
    San Francisco, California 94126-2824
Mailing Address:    Cydney Tune
    Pillsbury Winthrop Shaw Pittman LLP

    P.O. Box 2824
    San Francisco, California 94126-2824

Serial Number: 77698603
Internet Transmission Date: Wed May 20 12:56:02 ET 2020
TEAS Stamp: USPTO/TRS-XXX.XXX.XXX.X-2020052012560246
1830-4272504-20200430183306269687-N/A-N/
A-20200430183306269687

# EXHIBIT K

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 88577372**
**Filing Date: 08/13/2019**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88577372 |
| **MARK INFORMATION** | |
| *MARK | ROGUE |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | ROGUE |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | UV RML NL ASSETS LLC |
| **INTERNAL ADDRESS** | 15TH FLOOR |
| *STREET | 660 MADISON AVENUE |
| *CITY | NEW YORK |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 10065 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | limited liability company |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Digital media, namely, television content; Downloadable television content featuring a wide variety of themes provided via a video-on-demand service; Downloadable video recordings featuring television content; Pre-recorded DVDs featuring television content; Pre-recorded digital media featuring television content; Pre-recorded electronic media featuring television content; Video recordings featuring television content |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 07/00/2011 |
| FIRST USE IN COMMERCE DATE | At least as early as 07/00/2011 |

| SPECIMEN FILE NAME(S) | |
|---|---|
| ORIGINAL PDF FILE | SPE0-2042272555-20190807181024732678_._Class_9_Specimens.pdf |
| CONVERTED PDF FILE(S) (4 pages) | \\TICRS\EXPORT17\IMAGEOUT17\885\773\88577372\xml1\RFA0003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\885\773\88577372\xml1\RFA0004.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\885\773\88577372\xml1\RFA0005.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\885\773\88577372\xml1\RFA0006.JPG |
| SPECIMEN DESCRIPTION | screenshots showing mark in credits of downloadable television content |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Cydney A. Tune |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| INTERNAL ADDRESS | 22nd Floor |
| STREET | Four Embarcadero Center |
| CITY | San Francisco |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 94111-5998 |
| PHONE | 415-983-6443 |
| FAX | 415-983-1200 |
| EMAIL ADDRESS | sftrademarks@pillsburylaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Patrick J. Jennings, Sam E. Iverson, all members of Pillsbury Winthrop Shaw Pittman LLP, and all other attorneys associated with that firm |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | Cydney A. Tune |
| FIRM NAME | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| INTERNAL ADDRESS | 22nd Floor |
| STREET | Four Embarcadero Center |
| CITY | San Francisco |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 94111-5998 |
| PHONE | 415-983-6443 |
| FAX | 415-983-1200 |
| *EMAIL ADDRESS | sftrademarks@pillsburylaw.com; cydney.tune@pillsburylaw.com |

| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
|---|---|

## FEE INFORMATION

| APPLICATION FILING OPTION | TEAS RF |
|---|---|
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 275 |
| *TOTAL FEE DUE | 275 |
| *TOTAL FEE PAID | 275 |

## SIGNATURE INFORMATION

| SIGNATURE | /Andrew W Levin/ |
|---|---|
| SIGNATORY'S NAME | Andrew W Levin |
| SIGNATORY'S POSITION | General Counsel |
| SIGNATORY'S PHONE NUMBER | 8188176310 |
| DATE SIGNED | 08/13/2019 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 88577372**
**Filing Date: 08/13/2019**

## To the Commissioner for Trademarks:

**MARK:** ROGUE (Standard Characters, see mark)
The literal element of the mark consists of ROGUE. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, UV RML NL ASSETS LLC, a limited liability company legally organized under the laws of Delaware, having an address of
    15TH FLOOR
    660 MADISON AVENUE
    NEW YORK, New York 10065
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009:  Digital media, namely, television content; Downloadable television content featuring a wide variety of themes provided via a video-on-demand service; Downloadable video recordings featuring television content; Pre-recorded DVDs featuring television content; Pre-recorded digital media featuring television content; Pre-recorded electronic media featuring television content; Video recordings featuring television content

In International Class 009, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 07/00/2011, and first used in commerce at least as early as 07/00/2011, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) screenshots showing mark in credits of downloadable television content.

**Original PDF file:**
SPE0-2042272555-20190807181024732678_._Class_9_Specimens.pdf
**Converted PDF file(s)** (4 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4

The applicant hereby appoints Cydney A. Tune. Other appointed attorneys are Patrick J. Jennings, Sam E. Iverson, all members of Pillsbury Winthrop Shaw Pittman LLP, and all other attorneys associated with that firm. Cydney A. Tune of PILLSBURY WINTHROP SHAW PITTMAN LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    22nd Floor
    Four Embarcadero Center
    San Francisco, California 94111-5998
    United States
    415-983-6443(phone)
    415-983-1200(fax)
    sftrademarks@pillsburylaw.com (authorized).

Cydney A. Tune submitted the following statement: I attest that I am an attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory).
The applicant's current Correspondence Information:
    Cydney A. Tune

    PILLSBURY WINTHROP SHAW PITTMAN LLP

22nd Floor

Four Embarcadero Center

San Francisco, California 94111-5998

415-983-6443(phone)

415-983-1200(fax)

sftrademarks@pillsburylaw.com; cydney.tune@pillsburylaw.com (authorized).

**Email Authorization:** I authorize the USPTO to send email correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the email address provided in this application. I understand that a valid email address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

<div align="center">

**Declaration**

</div>

☑ **Basis:**
   **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

   **And/Or**
   **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Andrew W Levin/   Date: 08/13/2019
Signatory's Name: Andrew W Levin
Signatory's Position: General Counsel
Payment Sale Number: 88577372
Payment Accounting Date: 08/13/2019

Serial Number: 88577372
Internet Transmission Date: Tue Aug 13 18:15:05 EDT 2019
TEAS Stamp: USPTO/BAS-XXX.XXX.XXX.X-2019081318150522
1526-88577372-610ac51192a344011fba2976ab
6ccea7da5a9fc1fea998c5997945d50a39e275b2
0-DA-15054044-20190813180827220029

# ROGUE









# EXHIBIT L

# NOTE TO THE FILE

SERIAL NUMBER:    88577372

DATE:    11/15/2019

NAME:    cdetmer1

NOTE:

**Discussed file with**
**Attorney/Applicant via:**
\_\_\_\_ phone            \_\_\_\_ Left message with
\_X\_ email            Attorney/Applicant

\_X\_  Changed TRADEUPS to: Amend ID.

**From:** Iverson, Sam E. <sam.iverson@pillsburylaw.com>
**Sent:** Thursday, November 14, 2019 4:35 PM
**To:** Detmer, Carolyn <Carolyn.Detmer1@USPTO.GOV>
**Cc:** Tune, Cydney A. <cydney.tune@pillsburylaw.com>
**Subject:** RE: 88577372 ROGUE USPTO Required Application Amendment

Dear Carolyn,

Thank you for your email.  Please proceed to amend the identification as follows, with our additions in blue/bold and deletions in red/strikethrough:

Digital media, **namely, DVDs, high definition digital discs, and downloadable files** featuring television ~~content~~ **shows and movies featuring a wide variety of genres, namely, comedy, drama, action, adventure, mystery, crime, suspense, thriller, fantasy, horror, science fiction, and documentaries**; Downloadable television ~~content~~ **shows and movies featuring a wide variety of genres, namely, comedy, drama, action, adventure, mystery, crime, suspense, thriller, fantasy, horror, science fiction, and documentaries** provided via a video-on-demand service; Downloadable video recordings featuring television ~~content~~ **shows and movies featuring a wide variety of genres, namely, comedy, drama, action, adventure, mystery, crime, suspense, thriller, fantasy, horror, science fiction, and documentaries**; Pre-recorded DVDs featuring television ~~content~~ **shows and movies featuring a wide variety of genres, namely, comedy, drama, action, adventure, mystery, crime, suspense, thriller, fantasy, horror, science fiction, and documentaries**; Pre-recorded digital media devices featuring television ~~content~~ **shows and movies featuring a wide variety of genres, namely, comedy, drama, action, adventure, mystery, crime, suspense, thriller, fantasy, horror, science fiction, and documentaries**; Pre-recorded electronic media devices featuring television ~~content~~ **shows and movies featuring a wide variety of genres, namely, comedy, drama, action, adventure, mystery, crime, suspense, thriller, fantasy, horror, science fiction, and documentaries**; **Audio and video** recordings featuring television ~~content~~ **shows and movies featuring a wide variety of genres, namely, comedy, drama, action, adventure, mystery, crime, suspense, thriller, fantasy, horror, science fiction, and documentaries.**

If you have any questions or concerns, please feel free to give me a call at 415-983-1234 to discuss.  Otherwise, please proceed to enter the amendments via examiner's amendment.

Best,
Sam

**Sam E. Iverson** | Associate
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor | San Francisco, CA 94111-5998
**t** +1.415.983.1234
sam.iverson@pillsburylaw.com | website bio

sam.iverson@pillsburylaw.com | website bio

**From:** Detmer, Carolyn <Carolyn.Detmer1@USPTO.GOV>
**Sent:** Wednesday, November 13, 2019 1:48 PM
**To:** SFtrademarks <SFtrademarks@Pillsburylaw.com>
**Cc:** Tune, Cydney A. <cydney.tune@pillsburylaw.com>
**Subject:** 88577372 ROGUE USPTO Required Application Amendment

**\* EXTERNAL EMAIL \***

Dear Ms. Tune,

I am the trademark examining attorney handling the trademark application for ROGUE (88577372). In review, there is one issue that can be corrected without the need for an office action.

Specifically, I require an amended identification of the goods identified in International Class 009 because much of the wording is indefinite and must be clarified because. The suggested identification would read, with suggested changes in **bold**:

International Class 009: Digital media, namely, **{specify form of the goods, e.g. CDs, DVDs etc.}** featuring television **{specify type of content, e.g. shows, moves etc.}** content featuring a wide variety of themes, namely, {specify subject matter and field of shows, e.g. comedy, action etc.}; Downloadable television **{specify type of content, e.g. shows, moves etc.}** content featuring a wide variety of themes, **namely, {specify subject matter and field of shows, e.g. comedy, action etc.}** provided via a video-on-demand service; Downloadable video recordings featuring television **{specify type of content, e.g. shows, moves etc.}** content featuring a wide variety of themes, namely, {specify subject matter and field of shows, e.g. comedy, action etc.}; Pre-recorded DVDs featuring television **{specify type of content, e.g. shows, moves etc.}** content featuring a wide variety of themes, namely, {specify subject matter and field of shows, e.g. comedy, action etc.}; Pre-recorded digital media **devices** featuring television **{specify type of content, e.g. shows, moves etc.}** content featuring a wide variety of themes, namely, {specify subject matter and field of shows, e.g. comedy, action etc.}; Pre-recorded electronic media **devices** featuring television **{specify type of content, e.g. shows, moves etc.}** content featuring a wide variety of themes, namely, {specify subject matter and field of shows, e.g. comedy, action etc.}; **Audio and video** recordings featuring television **{specify type of content, e.g. shows, moves etc.}** content featuring a wide variety of themes, namely, {specify subject matter and field of shows, e.g. comedy, action etc.}**

Please let me know if you would approve of my amending the identification as described.

If you have any questions, comments, or concerns please feel free to call or e-mail me using the information provided in my signature block below. **Please respond no later than 2 PM EST on Friday, November 13, 2019.** Thank you.

Best,
Carolyn Detmer


Carolyn Detmer
Trademark Examining Attorney
Law Office 127
(571) 272-2722
carolyn.detmer1@uspto.gov

*Please note that although all relevant e-mail communications will be placed in the official application record, this email communication does not constitute a formal response to an office action. Although the trademark examining attorney may provide additional explanation pertaining to the application, the trademark examining attorney may not provide legal advice or statements about applicant's rights. See TMEP §§705.02, 709.06.*

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited.

If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel:
800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in
this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

# EXHIBIT M

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, December 31, 2019 01:38 AM |
| **To:** | sftrademarks@pillsburylaw.com |
| **Cc:** | cydney.tune@pillsburylaw.com |
| **Subject:** | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 88577372: ROGUE |

## *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:** 88577372
**Mark:** ROGUE
**International Class(es):** 009
**Owner:** UV RML NL ASSETS LLC
**Docket/Reference Number:**

The mark identified above has been published in the Trademark Official Gazette (TMOG) on Dec 31, 2019.

**To Review the Mark in the TMOG:**

    Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2019-12-31&serialNumber=88577372

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy. For corrections or amendments after publication, please use the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa. For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

    *   Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board. If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a certificate of registration should issue.

To check the status of the application, go to https://tsdr.uspto.gov/#caseNumber=88577372&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199. Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=88577372&caseType=SERIAL_NO&searchType=documentSearch. NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

# EXHIBIT N

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| ESTTA Tracking number: | **ESTTA1032461** |
|---|---|
| Filing date: | **01/30/2020** |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| Applicants | UV RML NL ASSETS LLC |
|---|---|
| Application Serial Number | 88577372 |
| Application Filing Date | 08/13/2019 |
| Mark | ROGUE |
| Date of Publication | 12/31/2019 |
| Potential Opposer's Correspondence Information | Louis DiSanto<br>Banner & Witcoff, Ltd.<br>71 South Wacker Drive, Suite 3600<br>Chicago, IL 60606<br>UNITED STATES<br>ldisanto@bannerwitcoff.com, emaurer@bannerwitcoff.com, aking@bannerwitcoff.com, lbrodzinski@bannerwitcoff.com, bwlitdocket@bannerwitcoff.com, bwptotm@bannerwitcoff.com<br>312-463-5000 |

## First 90 Day Request for Extension of Time to Oppose for Good Cause

Pursuant to 37 C.F.R. Section 2.102, Coulter Ventures, LLC, 545 E 5th Avenue, Columbus, OH 43201, UNITED STATES, a limited liability company, organized under the laws of Ohio, respectfully requests that it be granted a 90-day extension of time to file a notice of opposition against the above-identified mark for cause shown.

Potential opposer believes that good cause is established for this request by:

- The potential opposer needs additional time to confer with counsel

The time within which to file a notice of opposition is set to expire on 01/30/2020. Coulter Ventures, LLC respectfully requests that the time period within which to file an opposition be extended until 04/29/2020.

Respectfully submitted,
/Anna King/
Anna King
ldisanto@bannerwitcoff.com, emaurer@bannerwitcoff.com, aking@bannerwitcoff.com, lbrodzinski@bannerwitcoff.com, bwlitdocket@bannerwitcoff.com, bwptotm@bannerwitcoff.com
01/30/2020

# EXHIBIT O

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 88762489**
**Filing Date: 01/16/2020**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88762489 |
| **MARK INFORMATION** | |
| *MARK | [ROGUE](#) |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | ROGUE |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | UV RML NL ASSETS LLC |
| **INTERNAL ADDRESS** | 15TH FLOOR |
| *STREET | 660 MADISON AVENUE |
| *CITY | NEW YORK |
| *STATE **(Required for U.S. applicants)** | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE **(Required for U.S. and certain international addresses)** | 10065 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | limited liability company |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 042 |
| *IDENTIFICATION | Computer services, namely, creating an on-line community for registered users to participate in discussions, get feedback from their peers, form virtual communities, engage in social networking; Hosting an online community website featuring shared communications between community members interested in movies, television, and entertainment news |
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| NAME | Cydney A. Tune |

| | |
|---|---|
| ATTORNEY DOCKET NUMBER | 53481 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Pillsbury Winthrop Shaw Pittman LLP |
| STREET | P.O. Box 2824 |
| CITY | San Francisco |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 94126-2824 |
| PHONE | 415-983-6443 |
| FAX | 415-983-1200 |
| EMAIL ADDRESS | sftrademarks@pillsburylaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Laura C. Gustafson, Sam E. Iverson, all members of Pillsbury Winthrop Shaw Pittman LLP, and all other attorneys associated with that firm |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Cydney A. Tune |
| FIRM NAME | Pillsbury Winthrop Shaw Pittman LLP |
| STREET | P.O. Box 2824 |
| CITY | San Francisco |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 94126-2824 |
| PHONE | 415-983-6443 |
| FAX | 415-983-1200 |
| *EMAIL ADDRESS | sftrademarks@pillsburylaw.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 275 |
| *TOTAL FEE DUE | 275 |
| *TOTAL FEE PAID | 275 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Sam E. Iverson/ |
| SIGNATORY'S NAME | Sam E. Iverson |

| | |
|---|---|
| **SIGNATORY'S POSITION** | Attorney of record, California Bar member |
| **SIGNATORY'S PHONE NUMBER** | 415-983-1234 |
| **DATE SIGNED** | 01/16/2020 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 88762489**
**Filing Date: 01/16/2020**

## To the Commissioner for Trademarks:

**MARK:** ROGUE (Standard Characters, see mark)
The literal element of the mark consists of ROGUE. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, UV RML NL ASSETS LLC, a limited liability company legally organized under the laws of Delaware, having an address of
    15TH FLOOR
    660 MADISON AVENUE
    NEW YORK, New York 10065
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 042: Computer services, namely, creating an on-line community for registered users to participate in discussions, get feedback from their peers, form virtual communities, engage in social networking; Hosting an online community website featuring shared communications between community members interested in movies, television, and entertainment news
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The applicant hereby appoints Cydney A. Tune. Other appointed attorneys are Laura C. Gustafson, Sam E. Iverson, all members of Pillsbury Winthrop Shaw Pittman LLP, and all other attorneys associated with that firm. Cydney A. Tune of Pillsbury Winthrop Shaw Pittman LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    P.O. Box 2824
    San Francisco, California 94126-2824
    United States
    415-983-6443(phone)
    415-983-1200(fax)
    sftrademarks@pillsburylaw.com (authorized).
The attorney docket/reference number is 53481.
Cydney A. Tune submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
    Cydney A. Tune
    Pillsbury Winthrop Shaw Pittman LLP
    P.O. Box 2824
    San Francisco, California 94126-2824
    415-983-6443(phone)
    415-983-1200(fax)
    sftrademarks@pillsburylaw.com (authorized).

**Email Authorization:** I authorize the USPTO to send email correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the email address provided in this application. I understand that a valid email address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

## Declaration

☑ **Basis:**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Sam E. Iverson/   Date: 01/16/2020
Signatory's Name: Sam E. Iverson
Signatory's Position: Attorney of record, California Bar member
Payment Sale Number: 88762489
Payment Accounting Date: 01/16/2020

Serial Number: 88762489
Internet Transmission Date: Thu Jan 16 18:12:23 EST 2020
TEAS Stamp: USPTO/BAS-XXX.XXX.XXX.XX-202001161812233
30123-88762489-700846d6eed65d3d42b6b1b7d
764325c32a29f054af267c543e5aa6dc5ff8ccb0
-DA-12239699-20200116180145153918

# ROGUE

# EXHIBIT P

| From: | TMOfficialNotices@USPTO.GOV |
|---|---|
| Sent: | Tuesday, May 12, 2020 00:56 AM |
| To: | sftrademarks@pillsburylaw.com |
| Subject: | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 88762489: ROGUE: Docket/Reference No. 53481 |

## *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:**  88762489
**Mark:**  ROGUE
**International Class(es):**  042
**Owner:**  UV RML NL ASSETS LLC
**Docket/Reference Number:**  53481

The mark identified above has been published in the Trademark Official Gazette (TMOG) on May 12, 2020.

**To Review the Mark in the TMOG:**

Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2020-05-12&serialNumber=88762489

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy.  For corrections or amendments after publication, please use the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa.  For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

*   Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board.  If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a notice of allowance (NOA) should issue. (Note: The applicant must file a complete Statement of Use or Extension Request with the required fees within six (6) months after the NOA issues to avoid abandonment of the application.)

To check the status of the application, go to https://tsdr.uspto.gov/#caseNumber=88762489&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=88762489&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

# EXHIBIT Q

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| | |
|---|---|
| ESTTA Tracking number: | **ESTTA1060055** |
| Filing date: | **06/05/2020** |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| Applicants | UV RML NL ASSETS LLC |
|---|---|
| Application Serial Number | 88762489 |
| Application Filing Date | 01/16/2020 |
| Mark | ROGUE |
| Date of Publication | 05/12/2020 |
| Potential Opposer's Correspondence Information | Louis DiSanto Banner & Witcoff, Ltd. 71 South Wacker Drive, Suite 3600 Chicago, IL 60606 UNITED STATES ldisanto@bannerwitcoff.com, emaurer@bannerwitcoff.com, aking@bannerwitcoff.com, lbrodzinski@bannerwitcoff.com, bwlitdocket@bannerwitcoff.com, bwptotm@bannerwitcoff.com 312-463-5000 |

## First 90 Day Request for Extension of Time to Oppose for Good Cause

Pursuant to 37 C.F.R. Section 2.102, Coulter Ventures, LLC, 545 E 5th Avenue, Columbus, OH 43201, UNITED STATES, a limited liability company, organized under the laws of Ohio, respectfully requests that it be granted a 90-day extension of time to file a notice of opposition against the above-identified mark for cause shown.

Potential opposer believes that good cause is established for this request by:

- The potential opposer needs additional time to confer with counsel

The time within which to file a notice of opposition is set to expire on 06/11/2020. Coulter Ventures, LLC respectfully requests that the time period within which to file an opposition be extended until 09/09/2020.

Respectfully submitted,
/Anna King/
Anna King
ldisanto@bannerwitcoff.com, emaurer@bannerwitcoff.com, aking@bannerwitcoff.com, lbrodzinski@bannerwitcoff.com, bwlitdocket@bannerwitcoff.com, bwptotm@bannerwitcoff.com
06/05/2020

# EXHIBIT R

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1563 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

# Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 4436723 |
| **REGISTRATION DATE** | 11/19/2013 |
| **SERIAL NUMBER** | 77815550 |
| **MARK SECTION** | |
| MARK | ROGUELIFE (see, mark) |
| **ATTORNEY INFORMATION (current)** | |
| NAME | Cydney A. Tune |
| ATTORNEY BAR MEMBERSHIP NUMBER | NOT SPECIFIED |
| YEAR OF ADMISSION | NOT SPECIFIED |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | NOT SPECIFIED |
| FIRM NAME | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| STREET | P.O. BOX 2824 |
| CITY | San Francisco |
| STATE | California |
| POSTAL CODE | 94126-2824 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| PHONE | 415-983-6443 |
| FAX | 415-983-1200 |
| EMAIL | sftrademarks@pillsburylaw.com |
| DOCKET/REFERENCE NUMBER | 53481-502571 |
| **ATTORNEY INFORMATION (proposed)** | |
| NAME | Cydney A. Tune |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| STREET | P.O. BOX 2824 |
| CITY | San Francisco |
| STATE | California |
| POSTAL CODE | 94126-2824 |
| COUNTRY/REGION/JURISDICTION/U.S. | United States |

| TERRITORY | |
|---|---|
| PHONE | 4159836443 |
| FAX | 415-983-1200 |
| EMAIL | sftrademarks@pillsburylaw.com |
| DOCKET/REFERENCE NUMBER | 53481-502571 |
| OTHER APPOINTED ATTORNEY | Sam E. Iverson, all members of Pillsbury Winthrop Shaw Pittman LLP, and all other attorneys associated with that firm |

### CORRESPONDENCE INFORMATION (current)

| NAME | Cydney A. Tune |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | sftrademarks@pillsburylaw.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| DOCKET/REFERENCE NUMBER | 53481-502571 |

### CORRESPONDENCE INFORMATION (proposed)

| NAME | Cydney A. Tune |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | sftrademarks@pillsburylaw.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| DOCKET/REFERENCE NUMBER | 53481-502571 |

### GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 041 |
|---|---|
| GOODS OR SERVICES | providing a website site featuring information, news and commentary regarding the arts, entertainment, sports, and the media; providing a website where users can post ratings, reviews, or recommendations on events and activities in the fields of the arts, entertainment, sports, and the media; providing a website featuring non-downloadable musical or spoken performances, musical or non-musical videos, related film clips, photographs, and other multimedia materials featuring news, fashion, culture, entertainment, the arts, comedy, history, music and lifestyles; providing a web site featuring user-generated videos on a wide variety of topics and subjects; providing an Internet news portal featuring links to news stories and articles in the field of current events |

| SPECIMEN FILE NAME(S) | |
|---|---|
| ORIGINAL PDF FILE | SPN0-2042272555-202005191 72716877075 . ROGUELIFE_S pecimen.pdf |
| CONVERTED PDF FILE(S) (5 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\778\155\77815550\xml1\ S080002.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\778\155\77815550\xml1\ S080003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\778\155\77815550\xml1\ S080004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\778\155\77815550\xml1\ S080005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\778\155\77815550\xml1\ |

| | S080006.JPG |
|---|---|
| **SPECIMEN DESCRIPTION** | a brochure |
| **EXCUSABLE NONUSE EXPLANATION** | The previous owner stopped using the mark approximately around July 30, 2015 due to being forced to file for bankruptcy protection from circumstances beyond the owner's control. Specifically, between 2005 and 2010, a hedge fund (the "Hedge Fund") made a significant investment in the previous owner ("Relativity"). In 2012, the Hedge Fund forced a buyout of its interest in Relativity. To satisfy this, Relativity borrowed another significant amount in debt and sold certain assets to the Hedge Fund, leaving Relativity in an over-leveraged, under-capitalized position. Thereafter, Relativity experienced severe liquidity constraints and increasing limitations imposed by forbearance agreements and new debt issuances. Eventually, with significant outstanding matured secured debt, and unable to finalize any further financing, Relativity was forced to file for bankruptcy protection. Relativity filed for bankruptcy protection on July 30, 2015 (the "First Bankruptcy"). Due to the constraints that led to the First Bankruptcy, Relativity was forced to suspend certain business operations around that time, which included the registered services offered under Relativity's ROGUELIFE mark. On February 8, 2016, the Bankruptcy Court entered an order, which became effective on April 14, 2016. From April 14, 2016 through at least the Fall of 2017, Relativity engaged with a wide range of parties regarding a multitude of possible transactions, including: (a) for the equity raise, at least thirty-three high net worth individuals, companies and/or funds, (b) for the debt recapitalization, at least fourteen companies and/or funds, (c) for a sale of the film library, at least seven companies and/or funds, and (d) for an investment in the film production slate, at least three companies. Despite these efforts, only one potential transaction led to an investment in Relativity, yet the arrangement was never fully consummated. Accordingly, despite Relativity's efforts, Relativity was unable to secure the debt or equity capital necessary to execute on its business plan, and the size and scope of Relativity's business operations were severely curtailed. By May 2018, Relativity's work force had been reduced significantly. On May 3, 2018, Relativity filed for bankruptcy protection on for the second time (the "Second Bankruptcy"). On February 26, 2018, Relativity signed a restructuring support agreement with the new owner ("UltraV"), providing the framework for the sale of Relativity's assets to UltraV, which was eventually consummated on October 10, 2018. As a result of the First Bankruptcy, the Second Bankruptcy, Relativity's efforts to obtain financing and resume its business operations in between, and UltraV's ongoing efforts to reestablish its business operations since, UltraV has not yet resumed offering the registered services under the ROGUELIFE mark, but UltraV is continuing to take steps to resume use for those services and expects to resume use within the next twelve months. For the foregoing reasons, UltraV has shown special circumstances that justify and excuse the temporary nonuse of the registered mark for the registered services, and that UltraV is taking steps to resume use. |

## OWNER SECTION (current)

| | |
|---|---|
| **NAME** | UV RML NL ASSETS LLC |
| **INTERNAL ADDRESS** | 660 MADISON AVENUE |
| **MAILING ADDRESS** | 15TH FLOOR |
| **CITY** | NEW YORK |
| **STATE** | New York |
| **ZIP/POSTAL CODE** | 10065 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |

**OWNER SECTION** (proposed)

| | |
|---|---|
| **NAME** | UV RML NL ASSETS LLC |
| **INTERNAL ADDRESS** | 660 MADISON AVENUE |
| **MAILING ADDRESS** | 15TH FLOOR |
| **CITY** | NEW YORK |
| **STATE** | New York |
| **ZIP/POSTAL CODE** | 10065 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |

**LEGAL ENTITY SECTION (current)**

| | |
|---|---|
| **TYPE** | limited liability company |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | Delaware |

**PAYMENT SECTION**

| | |
|---|---|
| **NUMBER OF CLASSES** | 1 |
| **NUMBER OF CLASSES PAID** | 1 |
| **FILING § 8 AFFIDAVIT PER CLASS** | 125 |
| **ADDITIONAL FEE FOR FILING §8 AFFIDAVIT DURING GRACE PERIOD FEE PER CLASS** | 100 |
| **TOTAL FEE PAID** | 225 |

**SIGNATURE SECTION**

| | |
|---|---|
| **SIGNATURE** | /Andrew W. Levin/ |
| **SIGNATORY'S NAME** | Levin, Andrew W. |
| **SIGNATORY'S POSITION** | General Counsel |
| **DATE SIGNED** | 05/19/2020 |
| **PAYMENT METHOD** | DA |

**FILING INFORMATION**

| | |
|---|---|
| **SUBMIT DATE** | Tue May 19 18:00:56 ET 2020 |
| **TEAS STAMP** | USPTO/SECT08-XXX.XXX.XXX.X-20200519180056460639-44 36723-710831a57c2ad298ebe bdb1e6c249ba97cea4b04e829 b502b74e0c381fd76ee068-DA -00551431-202005191727168 77075 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1563 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

## Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8

## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 4436723
**REGISTRATION DATE:** 11/19/2013

**MARK:** ROGUELIFE

**Current:** The owner, UV RML NL ASSETS LLC, a limited liability company legally organized under the laws of Delaware, having an address of

    15TH FLOOR 660 MADISON AVENUE
    NEW YORK, New York 10065
    United States

**Proposed:** The owner, UV RML NL ASSETS LLC, a limited liability company legally organized under the laws of Delaware, having an address of

    660 MADISON AVENUE
    15TH FLOOR
    NEW YORK, New York 10065
    United States
    XXXX

is filing a Declaration of Use and/or Excusable Nonuse of Mark in Commerce under Section 8.

For International Class 041, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: providing a website site featuring information, news and commentary regarding the arts, entertainment, sports, and the media; providing a website where users can post ratings, reviews, or recommendations on events and activities in the fields of the arts, entertainment, sports, and the media; providing a website featuring non-downloadable musical or spoken performances, musical or non-musical videos, related film clips, photographs, and other multimedia materials featuring news, fashion, culture, entertainment, the arts, comedy, history, music and lifestyles; providing a web site featuring user-generated videos on a wide variety of topics and subjects; providing an Internet news portal featuring links to news stories and articles in the field of current events ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) a brochure.

**Original PDF file:**
SPN0-2042272555-202005191 72716877075 _. ROGUELIFE_S pecimen.pdf
**Converted PDF file(s)** (5 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5

The following explanation of excusable nonuse has been made of record: The previous owner stopped using the mark approximately around July 30, 2015 due to being forced to file for bankruptcy protection from circumstances beyond the owner's control. Specifically, between 2005 and 2010, a hedge fund (the "Hedge Fund") made a significant investment in the previous owner ("Relativity"). In 2012, the Hedge Fund forced a buyout of its interest in Relativity. To satisfy this, Relativity borrowed another significant amount in debt and sold certain assets to the Hedge Fund, leaving Relativity in an over-leveraged, under-capitalized position. Thereafter, Relativity experienced severe liquidity constraints and increasing limitations imposed by forbearance agreements and new debt issuances. Eventually, with significant outstanding matured secured debt, and unable to finalize any further financing, Relativity was forced to file for bankruptcy protection. Relativity filed for bankruptcy protection on July 30, 2015 (the "First Bankruptcy"). Due to the constraints that led to the First Bankruptcy, Relativity was forced to suspend certain business operations around that time, which included the registered services offered under Relativity's ROGUELIFE mark. On February 8, 2016, the Bankruptcy Court entered an order, which became effective on April 14, 2016. From April 14, 2016 through at least the Fall of 2017, Relativity engaged with a wide range of parties regarding a multitude of possible transactions, including: (a) for the equity raise, at least thirty-

three high net worth individuals, companies and/or funds, (b) for the debt recapitalization, at least fourteen companies and/or funds, (c) for a sale of the film library, at least seven companies and/or funds, and (d) for an investment in the film production slate, at least three companies. Despite these efforts, only one potential transaction led to an investment in Relativity, yet the arrangement was never fully consummated. Accordingly, despite Relativity's efforts, Relativity was unable to secure the debt or equity capital necessary to execute on its business plan, and the size and scope of Relativity's business operations were severely curtailed. By May 2018, Relativity's work force had been reduced significantly. On May 3, 2018, Relativity filed for bankruptcy protection on for the second time (the "Second Bankruptcy"). On February 26, 2018, Relativity signed a restructuring support agreement with the new owner ("UltraV"), providing the framework for the sale of Relativity's assets to UltraV, which was eventually consummated on October 10, 2018. As a result of the First Bankruptcy, the Second Bankruptcy, Relativity's efforts to obtain financing and resume its business operations in between, and UltraV's ongoing efforts to reestablish its business operations since, UltraV has not yet resumed offering the registered services under the ROGUELIFE mark, but UltraV is continuing to take steps to resume use for those services and expects to resume use within the next twelve months. For the foregoing reasons, UltraV has shown special circumstances that justify and excuse the temporary nonuse of the registered mark for the registered services, and that UltraV is taking steps to resume use.

The owner's/holder's current attorney information: Cydney A. Tune. Cydney A. Tune of PILLSBURY WINTHROP SHAW PITTMAN LLP, is located at

    P.O. BOX 2824
    San Francisco, California 94126-2824
    United States
The docket/reference number is 53481-502571.

The phone number is 415-983-6443.

The fax number is 415-983-1200.

The email address is sftrademarks@pillsburylaw.com

The owner's/holder's proposed attorney information: Cydney A. Tune. Other appointed attorneys are Sam E. Iverson, all members of Pillsbury Winthrop Shaw Pittman LLP, and all other attorneys associated with that firm. Cydney A. Tune of PILLSBURY WINTHROP SHAW PITTMAN LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    P.O. BOX 2824
    San Francisco, California 94126-2824
    United States
The docket/reference number is 53481-502571.

The phone number is 4159836443.

The fax number is 415-983-1200.

The email address is sftrademarks@pillsburylaw.com

Cydney A. Tune submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Information (current):**
    Cydney A. Tune
    PRIMARY EMAIL FOR CORRESPONDENCE: sftrademarks@pillsburylaw.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is 53481-502571.

**Correspondence Information (proposed):**
    Cydney A. Tune
    PRIMARY EMAIL FOR CORRESPONDENCE: sftrademarks@pillsburylaw.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is 53481-502571.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic

Application System (TEAS).

A fee payment in the amount of $225 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

## Declaration

☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Andrew W. Levin/   Date: 05/19/2020
Signatory's Name: Levin, Andrew W.
Signatory's Position: General Counsel

Mailing Address **(current):**
  PILLSBURY WINTHROP SHAW PITTMAN LLP
  P.O. BOX 2824
  San Francisco, California 94126-2824

Mailing Address **(proposed):**
  PILLSBURY WINTHROP SHAW PITTMAN LLP
  P.O. BOX 2824
  San Francisco, California 94126-2824

Serial Number: 77815550
Internet Transmission Date: Tue May 19 18:00:56 ET 2020
TEAS Stamp: USPTO/SECT08-XXX.XXX.XXX.X-2020051918005
6460639-4436723-710831a57c2ad298ebebdb1e
6c249ba97cea4b04e829b502b74e0c381fd76ee0
68-DA-00551431-20200519172716877075



# Relativity Media's Digital Content

**Original digital content and one of Hollywood's most successful movie studios.** Over the past 18 months, ROGUElife, Relativity Media's digital content studio, has taken a pioneering role in developing original content for the digital space and social media.







ROGUElife

# Celebrity Youtuber Campaigns

**"2 Truths 1 Lie!:" iJustine, Brittani Taylor, Phil De Franco, JoeNation**
- 5 videos of original content
- Generated over 2.6 million views for CATFISH
- Link: http://youtu.be/rNSd1n8hsj4



**"Girl's Guide to Starting Over"**
- Generated over 2 million views for the film, SAGE HAVEN
- One video plus social media push from Michelle Pahn
- Link: http://youtu.be/CRfCRQOKw7Q

**"Poison Apple" with Annoying Orange**
- Generated over 1.6 million views
- Produced for MIRROR MIRROR
- Link: http://youtu.be/aTm-DgLaPj8

**ROGUE**life

# Branded Video Examples

**"Brain on NZT" Viral Video**
•Generated over 3.6 million views
•Launched a contest for the film, LIMITLESS on YouTube
•Link: http://youtu.be/T3SMi-Qxejs



**"BFF?"**
•One video generated 1.28 million views
•Branded, scripted comedy video for the film, 21 AND OVER staring celebrity YouTuber, KevJumba and one of the actors in the film, Justine Chon
•Link: http://youtu.be/hzuX95bPgv8



**"Go Haywire"**
•Produced 4 interactive videos on YouTube with Toby Turner, Olga Kay, TotallySketch, and JoeNationTV
•Generated over 1 million views for the film, HAYWIRE
•Link: http://youtu.be/ZuR0V-jn_Ok





**ROGUE**life

# Web Series Examples

**"Tube Top" Web Series**
- Scripted, Hosted viral clip show about the Top Videos on YouTube
- Hosted by Celeb YouTube Brittani Taylor and OlgaKay
- Link: http://bit.ly/tHBpxF

**"Gods and Heroes" Web Series**
- Docu Series on the Making of a Graphic Novel, IMMORTALS
- Premiered on MTV, USA Today, i09, Comic Beat, Comic Book Resources
- Link: http://www.iamrogue.com/immortals

**"On Set Video Journals"**
- Web Series from the set and with the directors of Relativity's Movies
- Exclusively to iamRogue.com
- Link: http://youtu.be/JZ_AZLOom-A



**ROGUE**life

# ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**    4436723

**Serial Number:**    77815550

**RAM Sale Number:  4436723**

**RAM Accounting Date:  20200519**

**Total Fees:**    $225

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20200519 | $125 | 1 | 1 | $125 |
| Grace period for §8 | 7206 | 20200519 | $100 | 1 | 1 | $100 |

Physical Location: MADCD- NO PHYSICAL FILE

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**    20200519



# EXHIBIT S

# CORSEARCH

**Client Reference:** *008893.00726*
**Trademark:** *ROGUE*
**Intl Class(es):** *9, 41, and 42*

**Chart Of Tagged Records**

| TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|
| ROGUEFLIX<br>RN: 5116746<br>SN: 85651390 | Registered, January 10, 2017<br>Int'l Class: 41<br>First Use: June 6, 2012<br>Filed: June 14, 2012<br>Registered: January 10, 2017<br>Register Type: Principal Register | Int'l Class: 41<br>(Int'l Class: 41)<br>Entertainment information; Entertainment services, namely, providing a web site featuring photographic, audio, video and prose presentations featuring entertainment information, news and commentary regarding the arts, entertainment, sports, and the media; Entertainment services, namely, providing on-line reviews of movies; Film and video production; Motion picture film production; Physical fitness instruction; Providing a web site featuring information on exercise and fitness; Providing a web site featuring non-downloadable instructional videos in the field of martial arts; Providing a web site that features informal instruction on self defense; Providing a website featuring entertainment information; Providing entertainment information via a website; Providing information on physical exercise; Providing information, news and commentary in the field of entertainment; Rental of motion pictures; Rental of pre-recorded videos that may be downloaded from an Internet web site | Rokvu LLC (California Limited Liability Company)<br>281 E. COLORADO BLVD., SUITE 2283, Pasadena, California 91101 United States of America |
| ROGUE HOUND ENTERTAINMENT STUDIOS<br>RN: 6089676<br>SN: 88701332<br>Disclaimer: "ENTERTAINMENT STUDIOS" | Registered, June 30, 2020<br>Int'l Class: 41<br>First Use: January 15, 2019<br>Filed: November 21, 2019<br>Registered: June 30, 2020<br>Register Type: Principal Register | Int'l Class: 41<br>(Int'l Class: 41)<br>Entertainment services, namely, multimedia production services | Rogue Hound Entertainment Studios, LLC (Michigan Limited Liability Company)<br>5309 Lakeview St, DETROIT, Michigan 48213 United States of America |

| TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|
| ROGUE HOUND ENTERTAINMENT STUDIOS and Design<br><br><br><br>RN: 6089682<br>SN: 88701498<br>Disclaimer: "ENTERTAINMENT STUDIOS" | Registered, June 30, 2020<br>Int'l Class: 41<br>First Use: January 15, 2019<br>Filed: November 21, 2019<br>Registered: June 30, 2020<br>Register Type: Principal Register | Int'l Class: 41<br>(Int'l Class: 41)<br>Entertainment services, namely, multimedia production services | Rogue Hound Entertainment Studios, LLC (Michigan Limited Liability Company)<br>5309 Lakeview St., DETROIT, Michigan 48213 United States of America |
| ROGUE STATE<br>RN: 4774921<br>SN: 85312551 | Registered, July 21, 2015<br>Int'l Class: 41<br>First Use: July 1, 2009<br>Filed: May 4, 2011<br>Registered: July 21, 2015<br>Register Type: Principal Register | Int'l Class: 41<br>(Int'l Class: 41)<br>Production and distribution of motion pictures; Provision of information relating to distribution of television shows, motion picture film and radio shows; Television show production; Television, video and movie filming services | Wheeler, Scott (Us Individual)<br>4110 West Magnolia Blvd, Burbank, California 91505 United States of America |
| ROGUE TROOPER<br>RN: 5394458<br>SN: 87342096 | Registered, February 6, 2018<br>Filed: February 20, 2017<br>Registered: February 6, 2018<br>Register Type: Principal Register | Int'l Class: 09, 16, 28, 41<br>(Int'l Class: 09)<br>Compact discs, DVDs and other digital recording media, namely, MP3, MP4 featuring videos in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western, and audio in the field of music; Mechanisms for coin-operated apparatus; computer software, namely, computer graphics software, computer operating software, computer game software, computer software development tools; music discs; action computer games; computer action games for use on a console; action mobile software games; action role playing computer games; action role playing mobile software games; action role playing software; action game software; | Kingsley, Jason (Gb Individual)<br>Riverside House, Osney Mead, Oxford United Kingdom<br>Kingsley, Christopher (Gb Individual)<br>Riverside House, Osney Mead, Oxford United Kingdom |

| TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|
| | | action-adventure computer games; action-adventure mobile software games; action-adventure software; adaptive software; adventure computer games; adventure mobile software games; adventure software; advergame computer games; advergame mobile software games; advergame software; application software used for computer games; application software for social networking services via internet; arcade mobile software games; art game computer games; art game mobile software games; art game software; artillery computer games; artillery mobile software games; assistive software for use by those with disabilities; audio discs featuring music; beat 'em 'up computer games; beat 'em 'up mobile software games; bioinformatics software; BIOS software; computer games; board game software; card game computer games; card game mobile software games; card game software; casual computer games; casual mobile software games; casual software games; cinematographic films in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; communication software; online community software; compact discs featuring read-only memory, music, audio; competitive computer games; competitive mobile software games; competitive game software; compiler software used for transforming source code into the target language; computer application software used for computer games; electronic database in the field of computer game software recorded on computer media; computer game discs; computer games software; computer games; computer games used in business; computer games used for business purposes; computer gaming software; computer graphics software; computer operating software; | |

| TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|
| | | computer programs used for computer games design; computer software used for virtual reality; computer telephony software; construction or management simulation computer games; construction or management simulation mobile software games; construction or management simulation software; credit screening software; data communications software; data compression software; data processing software; database management software used in the field of computer games ; database software used in the field of computer games; decoder software; digital versatile discs featuring games, music, videos, software; downloadable electronic publications in the nature of reports, books, reviews, news articles, essays, guides, manuals, posters and magazines in the field of computer software, films, television and computer games; downloadable movies in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; downloadable video recordings in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; DVD discs in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; Electronic publications, namely, reports, books, reviews, news articles, essays, guides, manuals, posters and magazines in the field of computer software, films, television, computer games, music, and videos recorded on computer media encoded discs; motion pictures in the field of action, | |

| TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|
| | | adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; optical discs, pre-recorded cassettes, pre-recorded compact discs, pre-recorded digital versatile discs, all featuring films in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; pre-recorded digital versatile discs featuring music; pre-recorded digital versatile discs featuring videos in the field of computer games; pre-recorded discs in the field of computer games; pre-recorded films on discs and mp4 in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; video compact discs in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; video films in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; DVD discs in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; DVD cases; Videodiscs in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; | |

| TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|
| | | Downloadable movies in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; Downloadable podcasts in the field of news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war, computer software, computer games and western; Downloadable comic strips; Downloadable electronic newspapers in the field of compute games, current affairs, computer software; Downloadable electronic books in the field of computer games, computer software; Downloadable video files in the field of news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; Downloadable musical sound recordings; downloadable computer software applications used for computer games; downloadable computer software used for computer games; downloadable games software; downloadable movies in the field of news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; educational computer games; educational mobile software games; electronic sports computer games; electronic sports mobile software games; electronic sports software; entertainment software used for playing films, music, audio, computer games, videos; exercise computer games; exercise mobile software games; exercise game software; explore, expand, | |

| TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|
| | | exploit or exterminate computer games; explore, expand, exploit or exterminate mobile software games; explore, expand, exploit or exterminate software; facial analysis software; facial recognition software; fighting computer games; fighting mobile software games; fighting game software; first person shooter computer games; first person shooter mobile software games; first person shooter software; grand strategy wargame computer games; grand strategy wargame mobile software games; grand strategy wargame software; idle gaming computer games; idle gaming mobile software games; idle gaming software; image recognition software; incremental computer games; incremental mobile software games; industrial software used for creating games, films, software, music, audio, videos; interactive movie computer games; interactive movie mobile software games; interface software used for allowing two or more separate components of a computer system to exchange information; internet messaging software; life simulation computer games; life simulation mobile software games; life simulation software; geo-localisation software; logic computer games; logic mobile software games; massively multiplayer online computer games; massively multiplayer online mobile software games; massively multiplayer online role-playing games mobile games; media software used for playing games, videos, films, music, audio; metroidvania computer games; metroidvania mobile software games; metroidvania software; motion pictures in the field of news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; multimedia software used for news, current affairs, action, adventure, animation, biography, comedy, crime, | |

© 2021 Corsearch

| TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|
| | | documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; multimedia software used for news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; music computer games; music mobile software games; music software used for playing and recording music; music-composition software; non-violent computer games; non-violent mobile software games; operating software; party computer games; party mobile software games; platform computer games; platform mobile software games; pre-recorded compact discs and pre-recorded digital versatile discs featuring games; pre-recorded digital versatile discs featuring films in the field of news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; pre-recorded digital versatile discs featuring music; pre-recorded digital versatile discs featuring videos in the field of news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; pre-recorded discs featuring news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; pre-recorded software used for games; privacy software used for protecting the privacy of its users; programming computer games; programming mobile software games; computer programming software; | |

| TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|
| | | racing computer games; racing mobile software games; racing software; real-time 3D adventure computer games; real-time 3D adventure mobile software games; real-time 3D adventure software; real-time strategy computer games; real-time strategy mobile software games; real-time strategy software; real-time tactics computer games; real-time tactics mobile software games; real-time tactics software; recorded films in the field of news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; role playing computer games; role playing mobile software games; role playing software; sand box role playing computer games; sand box role playing mobile software games; sand box role playing software; science software used for educational purposes; cyber security software; serious computer games; serious mobile software games; shooter computer games; shooter mobile software games; shooter game software; side-scrolling computer games; side-scrolling mobile software games; side-scrolling software; simulation computer games; simulation mobile software games; simulation software; simulation software; software drivers; software for GPS navigation systems; software programmable microprocessors; speech analytics software; sports computer games; sports mobile software games; sports-based fighting computer games; sports-based fighting games; sports-based fighting mobile software games; sports-based fighting software; stealth computer games; stealth mobile software games; strategy computer games; strategy mobile software games; student software used for education purposes; survival horror computer games; survival horror mobile software games; survival horror software; tactical role playing | |

| TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|
| | | computer games; tactical role playing mobile software games; tactical role playing software; tactical shooter computer games; tactical shooter mobile software games; tactical shooter software; software for teachers; telecommunications software used for providing remote access to systems and exchange files and messages in text, audio and/or video formats between different computers or users; text adventure computer games; text adventure mobile software games; text adventure software; third person shooter computer games; third person shooter mobile software games; third person shooter software; tower defense computer games; tower defense mobile software games; training software used for education purposes; trivia computer games; trivia mobile software games; trivia software; turn-based strategy computer games; turn-based strategy mobile software games; turn-based strategy software; turn-based tactics computer games; turn-based tactics mobile software games; turn-based tactics software; USB operating software; utility software; vehicle simulation computer games; vehicle simulation mobile software games; vehicle simulation software; video game discs; video game software; video games software; video games software; virtual reality game software; virtual reality software used for playing games; visual novel computer games; visual novel mobile software games; visual novel software used for reading; VPN operating software; WAN operating software; wargame computer games; wargame mobile software games; wargame software; workflow software; parts therefor; compact discs and digital versatile discs featuring videos in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western, | |

© 2021 Corsearch

| TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|
| | | and audio in the field of music; parts therefor for the aforesaid (Int'l Class: 16) Printed matter, namely, pamphlets, brochures, advertising booklets, books, magazines, manuals, and periodicals in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; newspapers and photographs; stationery; printed instructional and teaching material in the field of computer game hints, tips and guides; advertising pamphlets; advertising posters; advertising publications, namely, pamphlets, posters, boards, flyers and signs; books in the field of fiction, comedy, drama, horror, non-fiction, realistic fiction, romance novel, satire, science fiction, tragedy, tragicomedy, fantasy, mythology; trading cards; guide books and magazines in the field of fiction, manuals in the field of fiction; pamphlets in the field of advertising; comic books; comic magazines; comics; fantasy books; series of fiction books; periodical magazines in the field of computer games, science fiction; periodical publications, namely, pamphlets, posters, brochures, advertising booklets, books, comics, magazines, manuals, periodicals, newspapers and photographs in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; periodicals, namely, pamphlets, posters, brochures, advertising booklets, books comics, magazines, manuals, periodicals, newspapers and photographs in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; poster | |

| TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|
| | | magazines; posters; printed publications, namely, namely, pamphlets, posters, brochures, advertising booklets, books, comics, magazines, manuals, periodicals, newspapers and photographs in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; series of computer game hint books; stickers; strategy guide books for card games; strategy guide books for computer games; trading cards; books for children; colouring books; sticker books; pens; pencils; writing paper; greetings cards; series of fiction novels and books; crime novels and books; detective novels and books; drama novels and books; fable novels and books; fairy tale novels and books; fan fiction novels and books; fantasy novels and books; folklore novels and books; historical fiction novels and books; horror novels and books; humour novels and books; legend novels and books; magical realism novels and books; metafiction novels and books; mystery novels and books; mythology novels and books; picture book novels; realistic fiction novels and books; series of science fiction novels and books; short story novels and books in the field of fiction; suspense novels and books; thriller novels and books; tall tale novels and books; western novels and books; biographies; autobiographies; memoirs; parts therefor (Int'l Class: 28) Games and playthings, namely, arcade games, balloons, board games, card games, dice games, dolls, hand puppets, novelty masks, plush toys, puppets, rubber character toys, toy watches, toy vehicles, toy models, toy guns, toy figures, toy cars, trading card games, video game consoles, video game machines, yo-yos; board games; card games; collectable toy figures; dolls; dice games; electronic board games; | |

| TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|
| | | games, namely, arcade games, balloons, board games, card games, dice games, dolls, hand puppets, novelty masks, plush toys, puppets, rubber character toys, toy watches, toy vehicles, toy models, toy guns, toy figures, toy cars, trading card games, video game consoles, video game machines, yo-yos; models for use with role playing games; playing cards; scale model figures; scale-model vehicles; toy action figurines; toy figures; toy figurines; toy models; toys, games, playthings and novelties, namely, arcade games, balloons, board games, card games, dice games, dolls, hand puppets, novelty masks, plush toys, puppets, rubber character toys, toy watches, toy vehicles, toy models, toy guns, toy figures, toy cars, trading card games, video game consoles, video game machines, yo-yos; parts therefor (Int'l Class: 41) Educational services, namely, providing classes, seminars, workshops, lectures in the field of computers, software, computer games, films and television programs; providing of training in the field of computers, software, computer games, films and television programs; entertainment services, namely, providing films in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; computer gaming services; providing podcasts in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; organizing sporting and cultural activities; arrangement of conventions for educational purposes; arrangement of conventions for recreational purposes; arranging of competitions via the internet; arranging of conventions for cultural | |

| TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|
| | | purposes; arranging of conventions for entertainment purposes; arranging, organizing or conducting of conventions, conferences, symposiums, seminars, lectures, socials and parties for educational and entertainment purposes; entertainment services in the nature of arranging social entertainment events; book publishing; electronic publishing, namely, pamphlets, brochures, advertising booklets, books, magazines, manuals, and periodicals in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; exhibition, distribution and production of films; interactive entertainment in the nature of online computer games, music and films; interactive entertainment in the nature of online television programs in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; magazine publishing; motion picture production; multimedia entertainment software publishing services; organization of competitions or awards for educational purposes; organization of sports competitions; organization of conferences, exhibitions or competitions for educational purposes; organization of entertainment competitions in the nature of computer games competitions; organization of recreational competitions; photography services; publishing of printed matter, namely, pamphlets, brochures, advertising booklets, books, magazines, manuals, and periodicals in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, | |

| TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|
| | | thriller, war and western; software publishing services in the field of computer games, computer software, music, films, books and magazines; Television programme production; Editing of television programmes; Production of television programmes; Production of entertainment in the form of a television series; Television show production; Television entertainment services, namely, providing on-going television shows and films in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; Television program production; Radio and television entertainment, namely, the provision of television shows and radio shows in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; Production of television films; Film editing; Film studios; Film production; Film distribution; Video editing; Video production; Scriptwriting services for non-advertising purposes; Screenplay writing; Writing screenplays; Production of TV shows; Video and DVD film production; Provision of non-downloadable films in the genre of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western, not downloadable; Providing films in the genre of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western not downloadable, via video-on-demand transmission services; Movie studio services; Production of live | |

| TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|
| | | television programmes; Cinema entertainment namely, cinema theatres; Cinema studio services; Non-downloadable electronic publications in the nature of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; Providing on-line videos in the genres of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western, not downloadable; massively multiplayer online real-time strategy games; massively multiplayer online real-time strategy mobile games; massively multiplayer online real-time strategy software; massively multiplayer online role-playing games console games; massively multiplayer online role-playing games; multiplayer online battle arena computer games; multiplayer online battle arena console games; multiplayer online battle arena games; multiplayer online battle arena mobile games; multiplayer online battle arena software; information, consultancy or advisory services relating to the aforesaid | |
| ROGUE AGENDA and Design  RN: 5247242 SN: 86932345 | Registered, July 18, 2017 Int'l Class: 41 First Use: November 1, 2010 Filed: March 8, 2016 Registered: July 18, 2017 Register Type: Principal Register | Int'l Class: 41 (Int'l Class: 41) Entertainment services in the nature of development, creation, production and post-production services of multimedia entertainment content | Rogue Agenda LLC (Minnesota Limited Liability Company) P.O. Box 6345, March Air Reserve Base, California 92518 United States of America |
| ROGUE NATION and | Registered, July 24, 2018 | Int'l Class: 35, 41 | Rogue Nation Pty LTD |

| TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|
| Design<br><br>ROGUE NATION<br><br>RN: 5521593<br>SN: 79208465 | Filed: October 7, 2016<br>Registered: July 24, 2018<br>Int'l Reg Date: October 7, 2016<br>Register Type: Principal Register | (Int'l Class: 35)<br>Advertising, namely, promotion of concerts; concert promotions for others; agents' services, namely, business management of actors, artists, authors, performing artists, photographers and writers; artists' agent services, namely, business management of artists; business management of performing artists; publicity agency services<br>(Int'l Class: 41)<br>Arranging and conducting of concerts; arranging of concerts; event management services, namely, organisation of concerts and musical performances; advisory services relating to entertainment, namely, entertainment information; arranging of entertainment, namely, arranging of concerts and musical performances; arranging of exhibitions for entertainment purposes; arranging of music entertainment, namely, arranging of musical concerts and musical performances; booking of entertainment, namely, facilitating concert and entertainment event booking by providing concert and entertainment event booking services; dissemination of entertainment material, namely, providing entertainment information via a website, providing a website featuring entertainment information, providing entertainment information via radio, television, newspaper, magazine, pamphlet and poster; entertainment, namely, providing entertainment information, arranging of live music concerts and performances, conducting contests; entertainment information; entertainment, namely, fan club services; information services relating to entertainment; live entertainment, namely, live music concerts, live musical performances by a music artist; live entertainment production services, namely, production of operas and productions of plays, event management services, namely, organisation of entertainment events in the nature of cultural and arts events, community music festivals | (Au Limited Liability Company)<br>C/- Morrows Legal Pty Ltd, L13, Freshwater Pl, 2 Southbank Bvd<br>SOUTHBANK VIC 3006 Australia |

| TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|
| | | for entertainment purposes and cultural events and social entertainment events; event management services, namely, organization of cultural events; musical entertainment services, namely, presentation of music performances, live performances by a musical artist or band, recording and production of musical sound recording; organisation and conducting of dance, music and other entertainment festivals; organisation of entertainment competitions, namely, entertainment contests; organisation of entertainment events, namely, organisation of cultural shows, organisation of exhibitions for musical entertainment; entertainment events organising exhibitions for entertainment purposes; organising events for entertainment purposes, namely, organising of dancing events, organising cultural and arts events; organising of entertainment, namely, organising social entertainment events, organising film festivals for entertainment purposes; organising of entertainment and social events, namely, organising social entertainment events; production of audio entertainment, namely, production of audio recording, production of radio programs, production of music; providing facilities for entertainment, namely, providing recreation facilities, providing facilities for musical events, providing amusement facilities; providing information including online, about music, entertainment and cultural activities; provision of entertainment facilities, namely, providing recreation facilities; provision of entertainment services via an online forum, namely, providing an internet website portal in the field of music, providing an internet website portal featuring links to musical artistic websites and music performance ticket information; provision of live entertainment, namely, live music concerts, live radio personality performances, radio entertainment, | |

| TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|
| | | namely, entertainment in the nature of live radio personality performances, providing an ongoing radio program in the field of music, radio entertainment production; entertainer services, namely, live, televised and movie appearances by a professional entertainer; live music services, namely, live music concerts, live performances by a musical group, presenting live musical performances; music festival services, namely, organising music festivals for cultural or entertainment purposes, conducting entertainment exhibitions in the nature of music festivals, music hall services; music performance services, namely, presentation of musical performances, live performances by a musical group; music publisher services, namely, publication of music; music publishing services; music recording studio services; musical performance services, namely, live music concerts; presentation of musical performances; production of musical recordings, other than advertising, providing digital non-downloadable music from the internet, namely, entertainment services in the nature of providing non-downloadable pre-recorded music; publication of music; recording of music; concert performances, namely, entertainment in the nature of live music concerts, arranging and conducting of music concerts; singing concert performances, namely, presentation of musical singing concert performances; entertainment, namely, live band performances; recording studio services; planning and arrangement of music performances; live show production services; organisation of musical entertainment events; planning and arrangement of music shows; production of music shows; song writing services; song writing, production of audio recordings, other than advertising | |
| ROGUE BILLIONAIRE RN: 4316388 | Registered, April 23, 2018 Office Status: Section 8 & | Int'l Class: 41 (Int'l Class: 41) | A&A (Us Limited Liability Company) |

| TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|
| SN: 85687134 | 15-Accepted and Acknowledged<br>Int'l Class: 41<br>First Use: December 1, 2009<br>Filed: July 26, 2012<br>Registered: April 9, 2013<br>Register Type: Principal Register | Educational and entertainment services, namely, providing motivational and educational speakers; Educational services, namely, conducting classes, seminars, conferences, workshops, field trips, non-downloadable webinars, programs, executive coaching, on-line workshops, live training, coaching and mentoring, advanced university level courses, in the field of travel, finance, investing, history, culture, art, music, business, current affairs, geography, geopolitics, political science, sports and distribution of training material in connection therewith; Entertainment services, namely, multimedia production services; Entertainment services, namely, production and distribution of ongoing television programs in the field of travel, food, finance, politics, business, investing, culture, religion, history, art, music, exploration, films, sports; Entertainment services, namely, production of special effects including model-making services, computer-generated imagery and computer-generated graphics for the production of motion pictures, videos, and movie trailers; Entertainment services, namely, providing a web site featuring photographic, audio, video and prose presentations in the fields of food, culture, history, art, music, and films; Film and video production consulting services; Film editing; Multimedia entertainment services in the nature of development, production and post-production services in the fields of video and films; Operation of video equipment or audio equipment etc. for production of radio or television programs; Post-production editing services in the field of music, videos and film; Production of audio recording; Production of DVDs, videotapes and television programs featuring travel, food, finance, politics, business, investing, culture, religion, history, art, music, exploration, films; Production of films; Production of monoscopic and/or stereoscopic, | SUITE 94, 22 NOTTING HILL GATE, LONDON W11 3JE United Kingdom |

| TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|
| | | electronic, digital video and/or film; Production of radio or television programs; Special effects animation services for film and video | |
| ROGUE ONE A STAR WARS STORY RN: 5338471 SN: 87306958 Disclaimer: "STORY" | Registered, November 21, 2017 Int'l Class: 41 First Use: December 16, 2016 Filed: January 19, 2017 Registered: November 21, 2017 Register Type: Principal Register | Int'l Class: 41 (Int'l Class: 41) Production, presentation, distribution, and rental of motion picture films; production, presentation, distribution, and rental of sound and visual recordings; production of live-action entertainment shows and interactive programs for distribution via audio and visual media, and electronic means; production and provision of entertainment news and entertainment information via communication and computer networks; providing entertainment services via a global communication network in the nature of websites featuring a wide variety of general interest entertainment information relating to motion picture films, musical videos, related film clips, photographs, and other multimedia materials; amusement park and theme park services; educational and entertainment services rendered in or relating to theme parks, namely, live stage shows, live amusement park shows, live performances by costumed characters, and presentation of live theatrical performances; presentation of live stage shows; presentation of live show performances; theater productions; entertainer services, namely, live appearances by a professional entertainer | Lucasfilm LTD. Llc (California Limited Liability Company) One Letterman Drive, Bldg. B, San Francisco, California 94129 United States of America |
| STAR WARS ROGUE ONE RN: 5306949 SN: 86561395 | Registered, October 10, 2017 Int'l Class: 09 First Use: December, 2016 Filed: March 11, 2015 Registered: October 10, 2017 Register Type: Principal Register | Int'l Class: 09 (Int'l Class: 09) pre-recorded CDs featuring stories; audio books featuring fiction; audio recordings featuring stories; computer hardware and peripheral devices; headphones | Lucasfilm LTD. Llc (California Limited Liability Company) One Letterman Drive, Bldg. B, San Francisco, California 94129 United States of America |

| TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|
| | | | |
| ROGUE DIPLOMATS<br>RN: 5350218<br>SN: 87444133 | Registered, December 5, 2017<br>Int'l Class: 41<br>First Use: March 17, 2013<br>Filed: May 10, 2017<br>Registered: December 5, 2017<br>Register Type: Principal Register | Int'l Class: 41<br>(Int'l Class: 41)<br>Entertainment, namely, live performances by a musical band; Production of music; Production of musical sound recording; Production of sound and music video recordings; Entertainment services by a musical artist and producer, namely, musical composition for others and production of musical sound recordings | Breiner, Christine Scharf (Us Individual)<br>23-62 33rd Street, Apt 2, ASTORIA, NY 11105<br>United States of America<br>Breiner, Matthew (Us Individual)<br>23-62 33rd Street, Apt 2, ASTORIA, NY 11105<br>United States of America |
| ROGUE OVERLAND<br>RN: 6106540<br>SN: 88739476<br>Disclaimer: "OVERLAND" | Registered, July 21, 2020<br>Int'l Class: 41<br>First Use: June 6, 2016<br>Filed: December 26, 2019<br>Registered: July 21, 2020<br>Register Type: Principal Register | Int'l Class: 41<br>(Int'l Class: 41)<br>Entertainment services, namely, providing a web site featuring photographs, videos and a blog featuring off-road vehicles, off-roading activities, and outdoor activities; Providing non-downloadable videos in the field of off-road vehicles, off-roading activities, and outdoor activities | Rogue Overland L.L.C. (Nevada Limited Liability Company)<br>1605 Odette Ln, LAS VEGAS, Nevada 89117<br>United States of America |
| ROGUE<br>RN: 6163487<br>SN: 88834570 | Registered, September 29, 2020<br>Int'l Class: 41<br>First Use: June, 1999<br>Filed: March 14, 2020<br>Registered: September 29, 2020<br>Register Type: Principal Register | Int'l Class: 41<br>(Int'l Class: 41)<br>Providing a website featuring blogs, and non-downloadable publications in the nature of articles and videos in the fields of craft beer brewing and distilling of spirits; and providing a website featuring entertainment information in the nature of storytelling on the topics of craft beer brewing and distilling of spirits | Oregon Brewing Company (Oregon Corporation)<br>2320 OSU DRIVE, Newport, Oregon 97365<br>United States of America |
| ROGUE PLANET GAMES<br>RN: 6234620<br>SN: 88469876<br>Disclaimer: "GAMES" | Registered, December 29, 2020<br>Int'l Class: 09,38,41<br>First Use: January 21, 2020<br>Filed: June 12, 2019<br>Registered: December 29, 2020<br>Register Type: Principal Register | Int'l Class: 09, 38, 41<br>(Int'l Class: 09)<br>Downloadable computer game software and downloadable video game software; downloadable multiplayer, real time computer and video game software that is downloadable via an online service being a global computer network for entertainment purposes<br>(Int'l Class: 38)<br>Providing on-line facilities for real-time | Daybreak Game Company LLC (Delaware Limited Liability Company)<br>13500 Evening Creek Drive N., Suite 300, SAN DIEGO, California 92128 United States of America |

© 2021 Corsearch

| TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|
| | | interaction with other computer users concerning topics related to games and gaming; providing on-line facilities for real-time interaction with other computer users for topics related to playing games<br>(Int'l Class: 41)<br>Production of video, electronic and computer game software; audio and video recording production services; entertainment services, namely, production of games software and gaming software; entertainment services, namely, providing on-line video, electronic and computer games; providing temporary use of non-downloadable video, electronic and computer games; providing information relating to video, electronic and computer games and enhancements for games; entertainment services, namely, providing a website featuring games; providing a website featuring non-downloadable game software | |
| ROGUE AND REASONED<br>RN: 6377782<br>SN: 90204690 | Registered, June 8, 2021<br>Int'l Class: 41<br>First Use: May 25, 2020<br>Filed: September 23, 2020<br>Registered: June 8, 2021<br>Register Type: Principal Register | Int'l Class: 41<br>(Int'l Class: 41)<br>Entertainment services, namely, providing video podcasts in the field of lifestyle; Entertainment services, namely, providing video podcasts in the field of business; On-line journals, namely, blogs featuring business; On-line journals, namely, blogs featuring lifestyle; On-line video journals, namely, vlogs featuring nondownloadable videos in the field of business; On-line video journals, namely, vlogs featuring nondownloadable videos in the field of lifestyle; Providing a website featuring blogs and non-downloadable publications in the nature of journals in the field(s) of lifestyle and business; Providing online non-downloadable journals in the field of life style; Providing online non-downloadable journals in the field of business | Laura Swan Sieckman, LLC (Illinois Limited Liability Company)<br>1751 Newbridge Circle, ELGIN, Illinois 60123<br>United States of America |
| ROGUE TRUMPET<br>SN: 90075817 | Application pending publication, August 27, | Int'l Class: 09<br>(Int'l Class: 09) | Malko, Jonathan August (United States |

| TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|
| Disclaimer: "TRUMPET" | 2021<br>Office Status: Su - Registration Review Complete<br>Int'l Class: 09<br>First Use: January 1, 2015<br>Filed: July 27, 2020<br>Register Type: Principal Register | Digital media, namely, pre-recorded DVDs, downloadable audio and video recordings, and CDs featuring and promoting original musical content by the musical entity known as Rogue Trumpet | Individual)<br>208 Bowers St., JERSEY CITY, New Jersey 07307 United States of America |
| ROGUE<br>RN: 2019131<br>SN: 75020086 | Renewed, June 14, 2017<br>Office Status: Registered and Renewed<br>Int'l Class: 09<br>First Use: August 7, 1994<br>Filed: November 13, 1995<br>Registered: November 26, 1996<br>Last Renewal: November 26, 2016<br>Register Type: Principal Register | Int'l Class: 09<br>(Int'l Class: 09)<br>phonograph records, compact discs, and cassette tapes containing musical performance | Rogue Enterprises, Inc. (Georgia Corporation)<br>23 BACON STREET, MAYSVILLE, Georgia 30558 United States of America |
| ROGUE<br>SN: 88673870 | Application pending publication, September 10, 2021<br>Office Status: First Extension - Granted<br>Filed: October 30, 2019<br>Register Type: Principal Register | Int'l Class: 09<br>(Int'l Class: 09)<br>Downloadable and recorded software for synthesizing music | Moog Music, Inc. (North Carolina Corporation)<br>160 Broadway Street, ASHEVILLE, North Carolina 28801 United States of America |
| ROGUE WAVE<br>RN: 3663131<br>SN: 77628635 | Renewed, August 18, 2018<br>Office Status: Registered and Renewed<br>Int'l Class: 09<br>First Use: August 31, 2002<br>Int'l Class: 41<br>First Use: September 30, 2002<br>Filed: December 8, 2008<br>Registered: August 4, 2009<br>Last Renewal: August 4, 2019<br>Register Type: Principal Register | Int'l Class: 09, 41<br>(Int'l Class: 09)<br>Musical sound recordings; Pre-recorded CDs featuring music<br>(Int'l Class: 41)<br>Entertainment in the nature of live musical performances by an individual musician, either alone or as part of a musical group | Schwartz, Zach (Us Individual)<br>c/o Counsel LLP 230 California St. Ste. 201, San Francisco, California 94111 United States of America |

| TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|
| THE ROGUES<br>RN: 4788164<br>SN: 86104144 | Registered, August 11, 2015<br>Int'l Class: 09<br>First Use: October 3, 1995<br>Int'l Class: 41<br>First Use: August 17, 1997<br>Filed: October 29, 2013<br>Registered: August 11, 2015<br>Register Type: Principal Register | Int'l Class: 09, 41<br>(Int'l Class: 09)<br>musical sound recordings by a musical group<br>(Int'l Class: 41)<br>entertainment, namely, live performances by a musical group | Wothke, Steven Randall (United States Individual)<br>1302 Waugh Drive PMB 411, Houston, Texas 77019 United States of America |
| ROGUE TRIO<br>RN: 5180399<br>SN: 87143836<br>Disclaimer: "TRIO" | Registered, April 11, 2017<br>Int'l Class: 41<br>First Use: August 1, 2015<br>Filed: August 18, 2016<br>Registered: April 11, 2017<br>Register Type: Principal Register | Int'l Class: 41<br>(Int'l Class: 41)<br>Entertainment, namely, live performances by a musical band | Kathleen Strahm (Us Individual)<br>2503 E. 5th Pl., TEMPE, Arizona 85281 United States of America |
| ROGUES AMONG US<br>RN: 5407679<br>SN: 87625306 | Registered, February 20, 2018<br>Int'l Class: 41<br>First Use: December 20, 2014<br>Filed: September 27, 2017<br>Registered: February 20, 2018<br>Register Type: Principal Register | Int'l Class: 41<br>(Int'l Class: 41)<br>Entertainment information services, namely, providing information and news releases about a musical artist; Live performances by a musical group; Entertainment services, namely, providing non-downloadable prerecorded music, information in the field of music, and commentary and articles about music, all on-line via a global computer network; Entertainment, namely, live performances by a musical band | Nesby, Robert (United States Individual)<br>24018 Running Iron Dr, Hockley, Texas 77447 United States of America<br>Benavides, Mark (United States Individual)<br>7803 Dunlap Field Lane, Richmond, Texas 77407 United States of America<br>Fryou, Bradley (United States Individual)<br>3811 Loma Lane, Spring, Texas 77386 United States of America<br>Means, Jonathan (United States Individual)<br>6421 Dawson Creek Drive, Pasadena, Texas 77503 United States of America |
| ROGUE BALLERINA<br>RN: 5683944 | Registered, February 26, 2019 | Int'l Class: 41<br>(Int'l Class: 41) | Pazcoguin, Georgina (Us Individual) |

| TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|
| SN: 87884591<br>Disclaimer: "BALLERINA" | Int'l Class: 41<br>First Use: July 3, 2014<br>Filed: April 19, 2018<br>Registered: February 26, 2019<br>Register Type: Principal Register | Entertainment services in the nature of live dance performances | 32 West 96th Street #2b, NEW YORK, New York 10025 United States of America |
| ROGUE FM<br>RN: 5729013<br>SN: 87730777 | Registered, April 16, 2019<br>Int'l Class: 41<br>First Use: December, 2017<br>Filed: December 21, 2017<br>Registered: April 16, 2019<br>Register Type: Principal Register | Int'l Class: 41<br>(Int'l Class: 41)<br>Entertainment services, namely, providing an on-going radio program in the field of popular music; Production of radio programs; Radio entertainment production; Radio entertainment services, namely, radio programs featuring performances by popular music groups | Jamtraxx Media, Inc. (Illinois Corporation) Suite 301 3535 North Harlem Avenue, CHICAGO, Illinois 60634 United States of America |

# EXHIBIT T

# CORSEARCH

**Client Reference:**     *008893.00726*
**Trademark:**     *ROGUE*
**Intl Class(es):**     *9, 41, and 42*

**Date Generated:** September 30, 2021

**Chart Of Tagged Records**

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| US Federal Q2 uf 1 | ROGUEFLIX RN: 5116746 SN: 85651390 | Registered, January 10, 2017 Int'l Class: 41 First Use: June 6, 2012 Filed: June 14, 2012 Registered: January 10, 2017 Register Type: Principal Register | Int'l Class: 41 (Int'l Class: 41) Entertainment information; Entertainment services, namely, providing a web site featuring photographic, audio, video and prose presentations featuring entertainment information, news and commentary regarding the arts, entertainment, sports, and the media; Entertainment services, namely, providing on-line reviews of movies; Film and video production; Motion picture film production; Physical fitness instruction; Providing a web site featuring information on exercise and fitness; Providing a web site featuring non-downloadable instructional videos in the field of martial arts; Providing a web site that features informal instruction on self defense; Providing a website featuring entertainment information; Providing entertainment information via a website; Providing information on physical exercise; Providing information, news and commentary in the field of | Rokvu LLC (California Limited Liability Company) 281 E. COLORADO BLVD., SUITE 2283, Pasadena, California 91101 United States of America |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | entertainment; Rental of motion pictures; Rental of pre-recorded videos that may be downloaded from an Internet web site | |
| US Federal Q2 uf 2 | ROGUE HOUND ENTERTAINMENT STUDIOS RN: 6089676 SN: 88701332 Disclaimer: "ENTERTAINMENT STUDIOS" | Registered, June 30, 2020 Int'l Class: 41 First Use: January 15, 2019 Filed: November 21, 2019 Registered: June 30, 2020 Register Type: Principal Register | Int'l Class: 41 (Int'l Class: 41) Entertainment services, namely, multimedia production services | Rogue Hound Entertainment Studios, LLC (Michigan Limited Liability Company) 5309 Lakeview St, DETROIT, Michigan 48213 United States of America |
| US Federal Q2 uf 3 | ROGUE HOUND ENTERTAINMENT STUDIOS and Design  RN: 6089682 SN: 88701498 Disclaimer: "ENTERTAINMENT STUDIOS" | Registered, June 30, 2020 Int'l Class: 41 First Use: January 15, 2019 Filed: November 21, 2019 Registered: June 30, 2020 Register Type: Principal Register | Int'l Class: 41 (Int'l Class: 41) Entertainment services, namely, multimedia production services | Rogue Hound Entertainment Studios, LLC (Michigan Limited Liability Company) 5309 Lakeview St., DETROIT, Michigan 48213 United States of America |
| US Federal Q2 uf 4 | ROGUE STATE RN: 4774921 SN: 85312551 | Registered, July 21, 2015 Int'l Class: 41 First Use: July 1, 2009 Filed: May 4, 2011 Registered: July 21, 2015 Register Type: Principal Register | Int'l Class: 41 (Int'l Class: 41) Production and distribution of motion pictures; Provision of information relating to distribution of television shows, motion picture film and radio shows; Television show production; Television, video and movie filming services | Wheeler, Scott (Us Individual) 4110 West Magnolia Blvd, Burbank, California 91505 United States of America |
| US | ROGUE AGENDA and | Registered, July 18, 2017 | Int'l Class: 41 | Rogue Agenda LLC |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| Federal Q2 uf 5 | Design  RN: 5247242 SN: 86932345 | Int'l Class: 41 First Use: November 1, 2010 Filed: March 8, 2016 Registered: July 18, 2017 Register Type: Principal Register | (Int'l Class: 41) Entertainment services in the nature of development, creation, production and post-production services of multimedia entertainment content | (Minnesota Limited Liability Company) P.O. Box 6345, March Air Reserve Base, California 92518 United States of America |
| US Federal Q2 uf 6 | STAR WARS ROGUE ONE RN: 5306949 SN: 86561395 | Registered, October 10, 2017 Int'l Class: 09 First Use: December, 2016 Filed: March 11, 2015 Registered: October 10, 2017 Register Type: Principal Register | Int'l Class: 09 (Int'l Class: 09) pre-recorded CDs featuring stories; audio books featuring fiction; audio recordings featuring stories; computer hardware and peripheral devices; headphones | Lucasfilm LTD. Llc (California Limited Liability Company) One Letterman Drive, Bldg. B, San Francisco, California 94129 United States of America |
| US Federal Q2 uf 7 | ROGUE ONE A STAR WARS STORY RN: 5338471 SN: 87306958 Disclaimer: "STORY" | Registered, November 21, 2017 Int'l Class: 41 First Use: December 16, 2016 Filed: January 19, 2017 Registered: November 21, 2017 Register Type: Principal Register | Int'l Class: 41 (Int'l Class: 41) Production, presentation, distribution, and rental of motion picture films; production, presentation, distribution, and rental of sound and visual recordings; production of live-action entertainment shows and interactive programs for distribution via audio and visual media, and electronic means; production and provision of entertainment news and entertainment information via communication and computer networks; providing entertainment services via a global communication network in the nature of websites featuring a wide variety of general interest | Lucasfilm LTD. Llc (California Limited Liability Company) One Letterman Drive, Bldg. B, San Francisco, California 94129 United States of America |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | entertainment information relating to motion picture films, musical videos, related film clips, photographs, and other multimedia materials; amusement park and theme park services; educational and entertainment services rendered in or relating to theme parks, namely, live stage shows, live amusement park shows, live performances by costumed characters, and presentation of live theatrical performances; presentation of live stage shows; presentation of live show performances; theater productions; entertainer services, namely, live appearances by a professional entertainer | |
| US Federal Q2 uf 8 | ROGUE DIPLOMATS RN: 5350218 SN: 87444133 | Registered, December 5, 2017 Int'l Class: 41 First Use: March 17, 2013 Filed: May 10, 2017 Registered: December 5, 2017 Register Type: Principal Register | Int'l Class: 41 (Int'l Class: 41) Entertainment, namely, live performances by a musical band; Production of music; Production of musical sound recording; Production of sound and music video recordings; Entertainment services by a musical artist and producer, namely, musical composition for others and production of musical sound recordings | Breiner, Christine Scharf (Us Individual) 23-62 33rd Street, Apt 2, ASTORIA, NY 11105 United States of America Breiner, Matthew (Us Individual) 23-62 33rd Street, Apt 2, ASTORIA, NY 11105 United States of America |
| US Federal Q2 uf 9 | ROGUE TROOPER RN: 5394458 SN: 87342096 | Registered, February 6, 2018 Filed: February 20, 2017 Registered: February 6, 2018 Register Type: Principal Register | Int'l Class: 09, 16, 28, 41 (Int'l Class: 09) Compact discs, DVDs and other digital recording media, namely, MP3, MP4 featuring videos in the field of action, adventure, animation, | Kingsley, Jason (Gb Individual) Riverside House, Osney Mead, Oxford United Kingdom Kingsley, Christopher (Gb Individual) Riverside House, Osney |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western, and audio in the field of music; Mechanisms for coin-operated apparatus; computer software, namely, computer graphics software, computer operating software, computer game software, computer software development tools; music discs; action computer games; computer action games for use on a console; action mobile software games; action role playing computer games; action role playing mobile software games; action role playing software; action game software; action-adventure computer games; action-adventure mobile software games; action-adventure software; adaptive software; adventure computer games; adventure mobile software games; adventure software; advergame computer games; advergame mobile software games; advergame software; application software used for computer games; application software for social networking services via internet; arcade mobile software games; art game computer games; art game mobile software games; art game | Mead, Oxford United Kingdom |

© 2021 Corsearch

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | software; artillery computer games; artillery mobile software games; assistive software for use by those with disabilities; audio discs featuring music; beat 'em 'up computer games; beat 'em 'up mobile software games; bioinformatics software; BIOS software; computer games; board game software; card game computer games; card game mobile software games; card game software; casual computer games; casual mobile software games; casual software games; cinematographic films in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; communication software; online community software; compact discs featuring read-only memory, music, audio; competitive computer games; competitive mobile software games; competitive game software; compiler software used for transforming source code into the target language; computer application software used for computer games; electronic database in the field of computer game software recorded on computer media; computer game discs; computer games | |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|-----------|---------------------|------------------|---------------------|-------------------|
|           |                     |                  | software; computer games; computer games used in business; computer games used for business purposes; computer gaming software; computer graphics software; computer operating software; computer programs used for computer games design; computer software used for virtual reality; computer telephony software; construction or management simulation computer games; construction or management simulation mobile software games; construction or management simulation software; credit screening software; data communications software; data compression software; data processing software; database management software used in the field of computer games ; database software used in the field of computer games; decoder software; digital versatile discs featuring games, music, videos, software; downloadable electronic publications in the nature of reports, books, reviews, news articles, essays, guides, manuals, posters and magazines in the field of computer software, films, television and computer games; downloadable movies in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, |  |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; downloadable video recordings in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; DVD discs in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; Electronic publications, namely, reports, books, reviews, news articles, essays, guides, manuals, posters and magazines in the field of computer software, films, television, computer games, music, and videos recorded on computer media encoded discs; motion pictures in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; optical discs, pre-recorded cassettes, pre-recorded compact discs, pre-recorded digital versatile discs, all featuring films in the field of action, adventure, | |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; pre-recorded digital versatile discs featuring music; pre-recorded digital versatile discs featuring videos in the field of computer games; pre-recorded discs in the field of computer games; pre-recorded films on discs and mp4 in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; video compact discs in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; video films in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; DVD discs in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, | |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; DVD cases; Videodiscs in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; Downloadable movies in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; Downloadable podcasts in the field of news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war, computer software, computer games and western; Downloadable comic strips; Downloadable electronic newspapers in the field of compute games, current affairs, computer software; Downloadable electronic books in the field of computer games, computer software; Downloadable video files in the field of news, | |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; Downloadable musical sound recordings; downloadable computer software applications used for computer games; downloadable computer software used for computer games; downloadable games software; downloadable movies in the field of news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; educational computer games; educational mobile software games; electronic sports computer games; electronic sports mobile software games; electronic sports software; entertainment software used for playing films, music, audio, computer games, videos; exercise computer games; exercise mobile software games; exercise game software; explore, expand, exploit or exterminate computer games; explore, expand, exploit or exterminate mobile software games; | |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | explore, expand, exploit or exterminate software; facial analysis software; facial recognition software; fighting computer games; fighting mobile software games; fighting game software; first person shooter computer games; first person shooter mobile software games; first person shooter software; grand strategy wargame computer games; grand strategy wargame mobile software games; grand strategy wargame software; idle gaming computer games; idle gaming mobile software games; idle gaming software; image recognition software; incremental computer games; incremental mobile software games; industrial software used for creating games, films, software, music, audio, videos; interactive movie computer games; interactive movie mobile software games; interface software used for allowing two or more separate components of a computer system to exchange information; internet messaging software; life simulation computer games; life simulation mobile software games; life simulation software; geo-localisation software; logic computer games; logic mobile software games; massively multiplayer online computer games; massively multiplayer online mobile software | |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | games; massively multiplayer online role-playing games mobile games; media software used for playing games, videos, films, music, audio; metroidvania computer games; metroidvania mobile software games; metroidvania software; motion pictures in the field of news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; multimedia software used for news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; multimedia software used for news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; music computer games; music mobile software games; music software used for playing and recording music; music-composition software; non-violent computer games; non-violent mobile software | |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | games; operating software; party computer games; party mobile software games; platform computer games; platform mobile software games; pre-recorded compact discs and pre-recorded digital versatile discs featuring games; pre-recorded digital versatile discs featuring films in the field of news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; pre-recorded digital versatile discs featuring music; pre-recorded digital versatile discs featuring videos in the field of news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; pre-recorded discs featuring news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; pre-recorded software used for games; privacy software used for protecting the privacy of its users; programming | |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | computer games; programming mobile software games; computer programming software; racing computer games; racing mobile software games; racing software; real-time 3D adventure computer games; real-time 3D adventure mobile software games; real-time 3D adventure software; real-time strategy computer games; real-time strategy mobile software games; real-time strategy software; real-time tactics computer games; real-time tactics mobile software games; real-time tactics software; recorded films in the field of news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; role playing computer games; role playing mobile software games; role playing software; sand box role playing computer games; sand box role playing mobile software games; sand box role playing software; science software used for educational purposes; cyber security software; serious computer games; serious mobile software games; shooter computer games; shooter mobile software games; shooter game software; side-scrolling computer | |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | games; side-scrolling mobile software games; side-scrolling software; simulation computer games; simulation mobile software games; simulation software; simulation software; software drivers; software for GPS navigation systems; software programmable microprocessors; speech analytics software; sports computer games; sports mobile software games; sports-based fighting computer games; sports-based fighting games; sports-based fighting mobile software games; sports-based fighting software; stealth computer games; stealth mobile software games; strategy computer games; strategy mobile software games; student software used for education purposes; survival horror computer games; survival horror mobile software games; survival horror software; tactical role playing computer games; tactical role playing mobile software games; tactical role playing software; tactical shooter computer games; tactical shooter mobile software games; tactical shooter software; software for teachers; telecommunications software used for providing remote access to systems and exchange files and messages in text, audio and/or video formats between different computers or users; text adventure computer | |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | games; text adventure mobile software games; text adventure software; third person shooter computer games; third person shooter mobile software games; third person shooter software; tower defense computer games; tower defense mobile software games; training software used for education purposes; trivia computer games; trivia mobile software games; trivia software; turn-based strategy computer games; turn-based strategy mobile software games; turn-based strategy software; turn-based tactics computer games; turn-based tactics mobile software games; turn-based tactics software; USB operating software; utility software; vehicle simulation computer games; vehicle simulation mobile software games; vehicle simulation software; video game discs; video game software; video games software; video games software; virtual reality game software; virtual reality software used for playing games; visual novel computer games; visual novel mobile software games; visual novel software used for reading; VPN operating software; WAN operating software; wargame computer games; wargame mobile software games; wargame software; workflow software; parts therefor; compact discs and digital versatile discs featuring | |

© 2021 Corsearch

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|-----------|---------------------|------------------|---------------------|-------------------|
|           |                     |                  | videos in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western, and audio in the field of music; parts therefor for the aforesaid (Int'l Class: 16) Printed matter, namely, pamphlets, brochures, advertising booklets, books, magazines, manuals, and periodicals in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; newspapers and photographs; stationery; printed instructional and teaching material in the field of computer game hints, tips and guides; advertising pamphlets; advertising posters; advertising publications, namely, pamphlets, posters, boards, flyers and signs; books in the field of fiction, comedy, drama, horror, non-fiction, realistic fiction, romance novel, satire, science fiction, tragedy, tragicomedy, fantasy, mythology; trading cards; guide books and magazines in the field of fiction, manuals in the field of fiction; pamphlets in the field of advertising; comic books; comic |                   |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | magazines; comics; fantasy books; series of fiction books; periodical magazines in the field of computer games, science fiction; periodical publications, namely, pamphlets, posters, brochures, advertising booklets, books, comics, magazines, manuals, periodicals, newspapers and photographs in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; periodicals, namely, pamphlets, posters, brochures, advertising booklets, books comics, magazines, manuals, periodicals, newspapers and photographs in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; poster magazines; posters; printed publications, namely, namely, pamphlets, posters, brochures, advertising booklets, books, comics, magazines, manuals, periodicals, newspapers and photographs in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, | |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; series of computer game hint books; stickers; strategy guide books for card games; strategy guide books for computer games; trading cards; books for children; colouring books; sticker books; pens; pencils; writing paper; greetings cards; series of fiction novels and books; crime novels and books; detective novels and books; drama novels and books; fable novels and books; fairy tale novels and books; fan fiction novels and books; fantasy novels and books; folklore novels and books; historical fiction novels and books; horror novels and books; humour novels and books; legend novels and books; magical realism novels and books; metafiction novels and books; mystery novels and books; mythology novels and books; picture book novels; realistic fiction novels and books; series of science fiction novels and books; short story novels and books in the field of fiction; suspense novels and books; thriller novels and books; tall tale novels and books; western novels and books; biographies; autobiographies; memoirs; parts therefor (Int'l Class: 28) Games and playthings, | |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | namely, arcade games, balloons, board games, card games, dice games, dolls, hand puppets, novelty masks, plush toys, puppets, rubber character toys, toy watches, toy vehicles, toy models, toy guns, toy figures, toy cars, trading card games, video game consoles, video game machines, yo-yos; board games; card games; collectable toy figures; dolls; dice games; electronic board games; games, namely, arcade games, balloons, board games, card games, dice games, dolls, hand puppets, novelty masks, plush toys, puppets, rubber character toys, toy watches, toy vehicles, toy models, toy guns, toy figures, toy cars, trading card games, video game consoles, video game machines, yo-yos; models for use with role playing games; playing cards; scale model figures; scale-model vehicles; toy action figurines; toy figures; toy figurines; toy models; toys, games, playthings and novelties, namely, arcade games, balloons, board games, card games, dice games, dolls, hand puppets, novelty masks, plush toys, puppets, rubber character toys, toy watches, toy vehicles, toy models, toy guns, toy figures, toy cars, trading card games, video game consoles, video game machines, yo-yos; parts therefor (Int'l Class: 41) | |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | Educational services, namely, providing classes, seminars, workshops, lectures in the field of computers, software, computer games, films and television programs; providing of training in the field of computers, software, computer games, films and television programs; entertainment services, namely, providing films in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; computer gaming services; providing podcasts in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; organizing sporting and cultural activities; arrangement of conventions for educational purposes; arrangement of conventions for recreational purposes; arranging of competitions via the internet; arranging of conventions for cultural purposes; arranging of conventions for entertainment purposes; arranging, organizing or conducting of conventions, | |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | conferences, symposiums, seminars, lectures, socials and parties for educational and entertainment purposes; entertainment services in the nature of arranging social entertainment events; book publishing; electronic publishing, namely, pamphlets, brochures, advertising booklets, books, magazines, manuals, and periodicals in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; exhibition, distribution and production of films; interactive entertainment in the nature of online computer games, music and films; interactive entertainment in the nature of online television programs in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; magazine publishing; motion picture production; multimedia entertainment software publishing services; organization of competitions or awards for educational purposes; organization of sports | |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|-----------|---------------------|------------------|---------------------|-------------------|
| | | | competitions; organization of conferences, exhibitions or competitions for educational purposes; organization of entertainment competitions in the nature of computer games competitions; organization of recreational competitions; photography services; publishing of printed matter, namely, pamphlets, brochures, advertising booklets, books, magazines, manuals, and periodicals in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; software publishing services in the field of computer games, computer software, music, films, books and magazines; Television programme production; Editing of television programmes; Production of television programmes; Production of entertainment in the form of a television series; Television show production; Television entertainment services, namely, providing on-going television shows and films in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, | |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | musical, mystery, romance, science-fiction, sport, thriller, war and western; Television program production; Radio and television entertainment, namely, the provision of television shows and radio shows in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; Production of television films; Film editing; Film studios; Film production; Film distribution; Video editing; Video production; Scriptwriting services for non-advertising purposes; Screenplay writing; Writing screenplays; Production of TV shows; Video and DVD film production; Provision of non-downloadable films in the genre of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western, not downloadable; Providing films in the genre of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and | |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | western not downloadable, via video-on-demand transmission services; Movie studio services; Production of live television programmes; Cinema entertainment namely, cinema theatres; Cinema studio services; Non-downloadable electronic publications in the nature of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; Providing on-line videos in the genres of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western, not downloadable; massively multiplayer online real-time strategy games; massively multiplayer online real-time strategy mobile games; massively multiplayer online real-time strategy software; massively multiplayer online role-playing games console games; massively multiplayer online role-playing games; multiplayer online battle arena computer games; multiplayer online battle arena console games; multiplayer online battle arena games; multiplayer online battle | |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | arena mobile games; multiplayer online battle arena software; information, consultancy or advisory services relating to the aforesaid | |
| US Federal Q2 uf 10 | ROGUE BILLIONAIRE RN: 4316388 SN: 85687134 | Registered, April 23, 2018 Office Status: Section 8 & 15-Accepted and Acknowledged Int'l Class: 41 First Use: December 1, 2009 Filed: July 26, 2012 Registered: April 9, 2013 Register Type: Principal Register | Int'l Class: 41 (Int'l Class: 41) Educational and entertainment services, namely, providing motivational and educational speakers; Educational services, namely, conducting classes, seminars, conferences, workshops, field trips, non-downloadable webinars, programs, executive coaching, on-line workshops, live training, coaching and mentoring, advanced university level courses, in the field of travel, finance, investing, history, culture, art, music, business, current affairs, geography, geopolitics, political science, sports and distribution of training material in connection therewith; Entertainment services, namely, multimedia production services; Entertainment services, namely, production and distribution of ongoing television programs in the field of travel, food, finance, politics, business, investing, culture, religion, history, art, music, exploration, films, sports; Entertainment services, namely, production of special effects including model-making services, | A&A (Us Limited Liability Company) SUITE 94, 22 NOTTING HILL GATE, LONDON W11 3JE United Kingdom |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | computer-generated imagery and computer-generated graphics for the production of motion pictures, videos, and movie trailers; Entertainment services, namely, providing a web site featuring photographic, audio, video and prose presentations in the fields of food, culture, history, art, music, and films; Film and video production consulting services; Film editing; Multimedia entertainment services in the nature of development, production and post-production services in the fields of video and films; Operation of video equipment or audio equipment etc. for production of radio or television programs; Post-production editing services in the field of music, videos and film; Production of audio recording; Production of DVDs, videotapes and television programs featuring travel, food, finance, politics, business, investing, culture, religion, history, art, music, exploration, films; Production of films; Production of monoscopic and/or stereoscopic, electronic, digital video and/or film; Production of radio or television programs; Special effects animation services for film and video | |
| US Federal | ROGUE NATION and Design | Registered, July 24, 2018 Filed: October 7, 2016 | Int'l Class: 35, 41 (Int'l Class: 35) | Rogue Nation Pty LTD (Au Limited Liability |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| Q2 uf 11 | ROGUE NATION<br><br>RN: 5521593<br>SN: 79208465 | Registered: July 24, 2018<br>Int'l Reg Date: October 7, 2016<br>Register Type: Principal Register | Advertising, namely, promotion of concerts; concert promotions for others; agents' services, namely, business management of actors, artists, authors, performing artists, photographers and writers; artists' agent services, namely, business management of artists; business management of performing artists; publicity agency services (Int'l Class: 41) Arranging and conducting of concerts; arranging of concerts; event management services, namely, organisation of concerts and musical performances; advisory services relating to entertainment, namely, entertainment information; arranging of entertainment, namely, arranging of concerts and musical performances; arranging of exhibitions for entertainment purposes; arranging of music entertainment, namely, arranging of musical concerts and musical performances; booking of entertainment, namely, facilitating concert and entertainment event booking by providing concert and entertainment event booking services; dissemination of entertainment material, namely, providing entertainment information via a website, providing a website featuring entertainment | Company)<br>C/- Morrows Legal Pty Ltd, L13, Freshwater Pl, 2 Southbank Bvd SOUTHBANK VIC 3006 Australia |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | information, providing entertainment information via radio, television, newspaper, magazine, pamphlet and poster; entertainment, namely, providing entertainment information, arranging of live music concerts and performances, conducting contests; entertainment information; entertainment, namely, fan club services; information services relating to entertainment; live entertainment, namely, live music concerts, live musical performances by a music artist; live entertainment production services, namely, production of operas and productions of plays, event management services, namely, organisation of entertainment events in the nature of cultural and arts events, community music festivals for entertainment purposes and cultural events and social entertainment events; event management services, namely, organization of cultural events; musical entertainment services, namely, presentation of music performances, live performances by a musical artist or band, recording and production of musical sound recording; organisation and conducting of dance, music and other entertainment festivals; organisation of entertainment competitions, namely, entertainment contests; | |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | organisation of entertainment events, namely, organisation of cultural shows, organisation of exhibitions for musical entertainment; entertainment events organising exhibitions for entertainment purposes; organising events for entertainment purposes, namely, organising of dancing events, organising cultural and arts events; organising of entertainment, namely, organising social entertainment events, organising film festivals for entertainment purposes; organising of entertainment and social events, namely, organising social entertainment events; production of audio entertainment, namely, production of audio recording, production of radio programs, production of music; providing facilities for entertainment, namely, providing recreation facilities, providing facilities for musical events, providing amusement facilities; providing information including online, about music, entertainment and cultural activities; provision of entertainment facilities, namely, providing recreation facilities; provision of entertainment services via an online forum, namely, providing an internet website portal in the field of music, providing an internet website portal featuring | |

© 2021 Corsearch

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | links to musical artistic websites and music performance ticket information; provision of live entertainment, namely, live music concerts, live radio personality performances, radio entertainment, namely, entertainment in the nature of live radio personality performances, providing an ongoing radio program in the field of music, radio entertainment production; entertainer services, namely, live, televised and movie appearances by a professional entertainer; live music services, namely, live music concerts, live performances by a musical group, presenting live musical performances; music festival services, namely, organising music festivals for cultural or entertainment purposes, conducting entertainment exhibitions in the nature of music festivals, music hall services; music performance services, namely, presentation of musical performances, live performances by a musical group; music publisher services, namely, publication of music; music publishing services; music recording studio services; musical performance services, namely, live music concerts; presentation of musical performances; production of musical recordings, other than advertising, providing digital non-downloadable | |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | music from the internet, namely, entertainment services in the nature of providing non-downloadable pre-recorded music; publication of music; recording of music; concert performances, namely, entertainment in the nature of live music concerts, arranging and conducting of music concerts; singing concert performances, namely, presentation of musical singing concert performances; entertainment, namely, live band performances; recording studio services; planning and arrangement of music performances; live show production services; organisation of musical entertainment events; planning and arrangement of music shows; production of music shows; song writing services; song writing, production of audio recordings, other than advertising | |
| US Federal Q2 uf 12 | ROGUE OVERLAND RN: 6106540 SN: 88739476 Disclaimer: "OVERLAND" | Registered, July 21, 2020 Int'l Class: 41 First Use: June 6, 2016 Filed: December 26, 2019 Registered: July 21, 2020 Register Type: Principal Register | Int'l Class: 41 (Int'l Class: 41) Entertainment services, namely, providing a web site featuring photographs, videos and a blog featuring off-road vehicles, off-roading activities, and outdoor activities; Providing non-downloadable videos in the field of off-road vehicles, off-roading activities, and outdoor activities | Rogue Overland L.L.C. (Nevada Limited Liability Company) 1605 Odette Ln, LAS VEGAS, Nevada 89117 United States of America |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| US Federal Q2 uf 13 | ROGUE RN: 6163487 SN: 88834570 | Registered, September 29, 2020 Int'l Class: 41 First Use: June, 1999 Filed: March 14, 2020 Registered: September 29, 2020 Register Type: Principal Register | Int'l Class: 41 (Int'l Class: 41) Providing a website featuring blogs, and non-downloadable publications in the nature of articles and videos in the fields of craft beer brewing and distilling of spirits; and providing a website featuring entertainment information in the nature of storytelling on the topics of craft beer brewing and distilling of spirits | Oregon Brewing Company (Oregon Corporation) 2320 OSU DRIVE, Newport, Oregon 97365 United States of America |
| US Federal Q2 uf 14 | ROGUE PLANET GAMES RN: 6234620 SN: 88469876 Disclaimer: "GAMES" | Registered, December 29, 2020 Int'l Class: 09,38,41 First Use: January 21, 2020 Filed: June 12, 2019 Registered: December 29, 2020 Register Type: Principal Register | Int'l Class: 09, 38, 41 (Int'l Class: 09) Downloadable computer game software and downloadable video game software; downloadable multiplayer, real time computer and video game software that is downloadable via an online service being a global computer network for entertainment purposes (Int'l Class: 38) Providing on-line facilities for real-time interaction with other computer users concerning topics related to games and gaming; providing on-line facilities for real-time interaction with other computer users for topics related to playing games (Int'l Class: 41) Production of video, electronic and computer game software; audio and video recording production services; entertainment services, namely, production of games software and gaming software; | Daybreak Game Company LLC (Delaware Limited Liability Company) 13500 Evening Creek Drive N., Suite 300, SAN DIEGO, California 92128 United States of America |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | entertainment services, namely, providing on-line video, electronic and computer games; providing temporary use of non-downloadable video, electronic and computer games; providing information relating to video, electronic and computer games and enhancements for games; entertainment services, namely, providing a website featuring games; providing a website featuring non-downloadable game software | |
| US Federal Q2 uf 15 | ROGUE AND REASONED RN: 6377782 SN: 90204690 | Registered, June 8, 2021 Int'l Class: 41 First Use: May 25, 2020 Filed: September 23, 2020 Registered: June 8, 2021 Register Type: Principal Register | Int'l Class: 41 (Int'l Class: 41) Entertainment services, namely, providing video podcasts in the field of lifestyle; Entertainment services, namely, providing video podcasts in the field of business; On-line journals, namely, blogs featuring business; On-line journals, namely, blogs featuring lifestyle; On-line video journals, namely, vlogs featuring nondownloadable videos in the field of business; On-line video journals, namely, vlogs featuring nondownloadable videos in the field of lifestyle; Providing a website featuring blogs and non-downloadable publications in the nature of journals in the field(s) of lifestyle and business; Providing online non-downloadable journals in the field of life style; Providing online non- | Laura Swan Sieckman, LLC (Illinois Limited Liability Company) 1751 Newbridge Circle, ELGIN, Illinois 60123 United States of America |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | downloadable journals in the field of business | |
| US Federal Q2 uf 16 | ROGUE TRUMPET SN: 90075817 Disclaimer: "TRUMPET" | Application pending publication, August 27, 2021 Office Status: Su - Registration Review Complete Int'l Class: 09 First Use: January 1, 2015 Filed: July 27, 2020 Register Type: Principal Register | Int'l Class: 09 (Int'l Class: 09) Digital media, namely, pre-recorded DVDs, downloadable audio and video recordings, and CDs featuring and promoting original musical content by the musical entity known as Rogue Trumpet | Malko, Jonathan August (United States Individual) 208 Bowers St., JERSEY CITY, New Jersey 07307 United States of America |
| US Federal Q2 uf 17 | ROGUE RN: 2019131 SN: 75020086 | Renewed, June 14, 2017 Office Status: Registered and Renewed Int'l Class: 09 First Use: August 7, 1994 Filed: November 13, 1995 Registered: November 26, 1996 Last Renewal: November 26, 2016 Register Type: Principal Register | Int'l Class: 09 (Int'l Class: 09) phonograph records, compact discs, and cassette tapes containing musical performance | Rogue Enterprises, Inc. (Georgia Corporation) 23 BACON STREET, MAYSVILLE, Georgia 30558 United States of America |
| US Federal Q2 uf 18 | ROGUE WAVE RN: 3663131 SN: 77628635 | Renewed, August 18, 2018 Office Status: Registered and Renewed Int'l Class: 09 First Use: August 31, 2002 Int'l Class: 41 First Use: September 30, 2002 Filed: December 8, 2008 Registered: August 4, 2009 Last Renewal: August 4, 2019 Register Type: Principal Register | Int'l Class: 09, 41 (Int'l Class: 09) Musical sound recordings; Pre-recorded CDs featuring music (Int'l Class: 41) Entertainment in the nature of live musical performances by an individual musician, either alone or as part of a musical group | Schwartz, Zach (Us Individual) c/o Counsel LLP 230 California St. Ste. 201, San Francisco, California 94111 United States of America |
| US Federal | THE ROGUES RN: 4788164 | Registered, August 11, 2015 | Int'l Class: 09, 41 (Int'l Class: 09) | Wothke, Steven Randall (United States Individual) |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| Q2 uf 19 | SN: 86104144 | Int'l Class: 09<br>First Use: October 3, 1995<br>Int'l Class: 41<br>First Use: August 17, 1997<br>Filed: October 29, 2013<br>Registered: August 11, 2015<br>Register Type: Principal Register | musical sound recordings by a musical group (Int'l Class: 41) entertainment, namely, live performances by a musical group | 1302 Waugh Drive PMB 411, Houston, Texas 77019 United States of America |
| US Federal Q2 uf 20 | ROGUE TRIO<br>RN: 5180399<br>SN: 87143836<br>Disclaimer: "TRIO" | Registered, April 11, 2017<br>Int'l Class: 41<br>First Use: August 1, 2015<br>Filed: August 18, 2016<br>Registered: April 11, 2017<br>Register Type: Principal Register | Int'l Class: 41<br>(Int'l Class: 41)<br>Entertainment, namely, live performances by a musical band | Kathleen Strahm (Us Individual)<br>2503 E. 5th Pl., TEMPE, Arizona 85281 United States of America |
| US Federal Q2 uf 21 | ROGUES AMONG US<br>RN: 5407679<br>SN: 87625306 | Registered, February 20, 2018<br>Int'l Class: 41<br>First Use: December 20, 2014<br>Filed: September 27, 2017<br>Registered: February 20, 2018<br>Register Type: Principal Register | Int'l Class: 41<br>(Int'l Class: 41)<br>Entertainment information services, namely, providing information and news releases about a musical artist; Live performances by a musical group; Entertainment services, namely, providing non-downloadable prerecorded music, information in the field of music, and commentary and articles about music, all on-line via a global computer network; Entertainment, namely, live performances by a musical band | Nesby, Robert (United States Individual)<br>24018 Running Iron Dr, Hockley, Texas 77447 United States of America<br>Benavides, Mark (United States Individual)<br>7803 Dunlap Field Lane, Richmond, Texas 77407 United States of America<br>Fryou, Bradley (United States Individual)<br>3811 Loma Lane, Spring, Texas 77386 United States of America<br>Means, Jonathan (United States Individual)<br>6421 Dawson Creek Drive, Pasadena, Texas 77503 United States of America |
| US Federal Q2 uf 22 | ROGUE BALLERINA<br>RN: 5683944<br>SN: 87884591<br>Disclaimer: "BALLERINA" | Registered, February 26, 2019<br>Int'l Class: 41<br>First Use: July 3, 2014<br>Filed: April 19, 2018<br>Registered: February 26, 2019<br>Register Type: Principal | Int'l Class: 41<br>(Int'l Class: 41)<br>Entertainment services in the nature of live dance performances | Pazcoguin, Georgina (Us Individual)<br>32 West 96th Street #2b, NEW YORK, New York 10025 United States of America |

© 2021 Corsearch

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | Register | | |
| US Federal Q2 uf 23 | ROGUE FM RN: 5729013 SN: 87730777 | Registered, April 16, 2019 Int'l Class: 41 First Use: December, 2017 Filed: December 21, 2017 Registered: April 16, 2019 Register Type: Principal Register | Int'l Class: 41 (Int'l Class: 41) Entertainment services, namely, providing an on-going radio program in the field of popular music; Production of radio programs; Radio entertainment production; Radio entertainment services, namely, radio programs featuring performances by popular music groups | Jamtraxx Media, Inc. (Illinois Corporation) Suite 301 3535 North Harlem Avenue, CHICAGO, Illinois 60634 United States of America |
| US Federal Q2 uf 24 | ROGUE SN: 88673870 | Application pending publication, September 10, 2021 Office Status: First Extension - Granted Filed: October 30, 2019 Register Type: Principal Register | Int'l Class: 09 (Int'l Class: 09) Downloadable and recorded software for synthesizing music | Moog Music, Inc. (North Carolina Corporation) 160 Broadway Street, ASHEVILLE, North Carolina 28801 United States of America |
| US Federal Q2 uf 25 | ROGUE WAVE S O F T W A R E and Design <br><br> ROGUE WAVE S O F T W A R E <br><br> RN: 2530765 SN: 76073957 Disclaimer: "SOFTWARE" | Renewed, February 25, 2012 Office Status: Registered and Renewed Int'l Class: 09 First Use: April 17, 2000 Filed: June 20, 2000 Registered: January 15, 2002 Last Renewal: January 15, 2012 Register Type: Principal Register | Int'l Class: 09 (Int'l Class: 09) computer software used for the creation of other computer programs | Rogue Wave Software, Inc. (Delaware Corporation) 1315 West Century Drive, Suite 150, LOUISVILLE, Colorado 80027 United States of America |
| US Federal Q2 uf 26 | ROGUE WAVE RN: 1734538 SN: 74245887 | Renewed, October 12, 2012 Office Status: Registered and Renewed Int'l Class: 09 First Use: November 15, 1989 Filed: February 12, 1992 Registered: November | Int'l Class: 09 (Int'l Class: 09) computer software used for creation of other computer programs | Rogue Wave Software, Inc. (Delaware Corporation) 1315 West Century Drive, Suite 150, LOUISVILLE, CO 80027 United States of America |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | 24, 1992<br>Last Renewal: November 24, 2012<br>Register Type: Principal Register | | |
| US Federal Q2 uf 27 | ROGUE LEADER<br>RN: 2840876<br>SN: 76329357 | Renewed, May 8, 2014<br>Office Status: Registered and Renewed<br>Int'l Class: 09<br>First Use: October 29, 2001<br>Filed: October 24, 2001<br>Registered: May 11, 2004<br>Last Renewal: May 11, 2014<br>Register Type: Principal Register | Int'l Class: 09<br>(Int'l Class: 09)<br>[ computer game software, ] video game software, interactive video games [, and interactive computer games ] | Lucasfilm Entertainment Company LTD. Llc (California)<br>ONE LETTERMAN DRIVE BLDG. B, San Francisco, CALIFORNIA 94129 United States of America |
| US Federal Q2 uf 28 | SAVOR THE ROGUE<br>RN: 2966757<br>SN: 78370473 | Renewed, March 5, 2015<br>Office Status: Registered and Renewed<br>Int'l Class: 41<br>First Use: January 24, 2004<br>Filed: February 19, 2004<br>Registered: July 12, 2005<br>Last Renewal: July 12, 2015<br>Register Type: Principal Register | Int'l Class: 41<br>(Int'l Class: 41)<br>Entertainment in the nature of food and wine tasting events | Palace Industries Public Benefit Corporation (Delaware Corporation)<br>311 NORTH FRONT STREET, Central Point, Oregon 97502 United States of America |
| US Federal Q2 uf 29 | ROGUE SYNAPSE<br>RN: 3052170<br>SN: 76564186 | Renewed, July 8, 2015<br>Office Status: Registered and Renewed<br>Int'l Class: 41<br>First Use: August 2, 2005<br>Filed: December 9, 2003<br>Registered: January 31, 2006<br>Last Renewal: January 31, 2016<br>Register Type: Principal Register | Int'l Class: 41<br>(Int'l Class: 41)<br>entertainment services, namely, providing on-line computer games and original artwork | Sinnesloschen, LLC (Texas Limited Liability Company)<br>3208 BEVERLY DRIVE, Dallas, Texas 75205 United States of America |
| US Federal Q2 uf 30 | ROGUE<br>RN: 3603403<br>SN: 77241226 | Renewed, April 15, 2019<br>Office Status: Registered and Renewed<br>Int'l Class: 09 | Int'l Class: 09<br>(Int'l Class: 09)<br>goggles for motocross racing and parts and | Marchon Eyewear, Inc. (New York Corporation)<br>201 OLD COUNTRY ROAD, THIRD FLOOR, |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | First Use: December 1, 2007<br>Filed: July 27, 2007<br>Registered: April 7, 2009<br>Last Renewal: April 7, 2019<br>Register Type: Principal Register | accessories therefore, namely, replacement lenses, frames, head straps, nose pieces and foam strips, and cases specially adapted for goggles | Melville, New York 11747 United States of America |
| US Federal Q2 uf 31 | ROGUE<br>RN: 3781614<br>SN: 77288223 | Renewed, June 25, 2020<br>Office Status: Registered and Renewed<br>Int'l Class: 09<br>First Use: February 23, 2009<br>Filed: September 25, 2007<br>Registered: April 27, 2010<br>Last Renewal: April 27, 2020<br>Register Type: Principal Register | Int'l Class: 09<br>(Int'l Class: 09)<br>Field, hunting and birding binoculars not for use in golfing | Leupold & Stevens, Inc. (Oregon Corporation)<br>Legal Department 14400 NW Greenbrier Parkway, BEAVERTON, Oregon 97006 United States of America |
| US Federal Q2 uf 32 | ROGUE SQUADRON<br>RN: 2356054<br>SN: 75498467 | Renewed, July 15, 2020<br>Office Status: Registered and Renewed<br>Int'l Class: 09<br>First Use: November 21, 1998<br>Filed: June 9, 1998<br>Registered: June 6, 2000<br>Last Renewal: June 6, 2020<br>Register Type: Principal Register | Int'l Class: 09<br>(Int'l Class: 09)<br>computer game software and instruction manuals distributed as a unit | Lucasfilm Entertainment Company LTD. Llc (California Limited Liability Company)<br>One Letterman Drive, Bldg. B, San Francisco, CA 94129 United States of America |
| US Federal Q2 uf 33 | ROGUE NATION<br>RN: 2484994<br>SN: 76091047 | Renewed, October 24, 2020<br>Office Status: Registered and Renewed<br>Int'l Class: 42<br>First Use: July 18, 2000<br>Filed: July 18, 2000<br>Registered: September 4, 2001<br>Last Renewal: September 4, 2021<br>Register Type: Principal Register | Int'l Class: 42<br>(Int'l Class: 42)<br>association services, namely, promoting the interests of a micro-association of people who share values and desire a chance to inhabit an independent country that embraces change | Oregon Brewing Company (Oregon Corporation)<br>2320 OSU Drive, Newport, Oregon 97365 United States of America |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| US Federal Q2 uf 34 | ROGUE RN: 3896732 SN: 85011955 | Renewed, April 5, 2021 Office Status: Registered and Renewed Int'l Class: 09 First Use: June 1, 2010 Filed: April 12, 2010 Registered: December 28, 2010 Last Renewal: December 28, 2020 Register Type: Principal Register | Int'l Class: 09 (Int'l Class: 09) Photographic accessories, namely: Collapsible light directors and diffusers for use with photographic lighting equipment for professional and recreational photography; Light directors and photographic lighting tents, all for use with photographic lighting equipment for professional and recreational photography; Stands for photographic apparatus | Expoimaging, Inc. (California Corporation) 121 AVIATION WAY, Watsonville, California 95076 United States of America |
| US Federal Q2 uf 35 | ROGUE ENTERTAINMENT RN: 2438272 SN: 75853423 Disclaimer: "ENTERTAINMENT" | Renewed, June 16, 2021 Office Status: Registered and Renewed Int'l Class: 09 First Use: May, 1996 Filed: November 19, 1999 Registered: March 27, 2001 Last Renewal: March 27, 2021 Register Type: Principal Register | Int'l Class: 09 (Int'l Class: 09) Interactive video games of virtual reality comprised of [ computer hardware and ] software; computer game programs; interactive videogame programs; interactive multimedia computer game programs; computer game software | Rogue Entertainment, Inc. (Texas Corporation) 9680 Lowry Road, SHREVEPORT, Louisiana 71107 United States of America |
| US Federal Q2 uf 36 | ROGUE WAVE and Design  *ROGUE WAVE*  RN: 3941359 SN: 77780039 | Renewed, July 8, 2021 Office Status: Registered and Renewed Int'l Class: 35,41 First Use: June 29, 2001 Filed: July 13, 2009 Registered: April 5, 2011 Last Renewal: April 5, 2021 Register Type: Principal Register | Int'l Class: 35, 41 (Int'l Class: 35) art galleries (Int'l Class: 41) educational and entertainment services, namely, presenting seminars, lectures, screenings and exhibitions in the field of art and art appreciation | L.A. Louver Gallery, Inc. (California Corporation) 45 North Venice Boulevard, Venice, California 90291 United States of America |
| US Federal Q2 uf 37 | ROGUE WAVE RN: 3941360 SN: 77780045 | Renewed, July 8, 2021 Office Status: Registered and Renewed Int'l Class: 35,41 | Int'l Class: 35, 41 (Int'l Class: 35) art galleries (Int'l Class: 41) | L.A. Louver Gallery, Inc. (California Corporation) 45 North Venice Boulevard, Venice, |

© 2021 Corsearch

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | First Use: June 29, 2001<br>Filed: July 13, 2009<br>Registered: April 5, 2011<br>Last Renewal: April 5, 2021<br>Register Type: Principal Register | educational and entertainment services, namely, presenting seminars, lectures, screenings and exhibitions in the field of art and art appreciation | California 90291 United States of America |
| US Federal Q2 uf 38 | ROGUE RATS<br>RN: 4808330<br>SN: 86526136 | Registered, September 8, 2015<br>Int'l Class: 09<br>First Use: January 18, 2015<br>Filed: February 5, 2015<br>Registered: September 8, 2015<br>Register Type: Principal Register | Int'l Class: 09<br>(Int'l Class: 09)<br>Downloadable computer game programs; Game software | Renegade Redneck Productions LLC (Washington Limited Liability Company)<br>PO Box 39, Kahlotus, Washington 99335 United States of America |
| US Federal Q2 uf 39 | MISSION: IMPOSSIBLE ROGUE NATION<br>RN: 4864659<br>SN: 86573501 | Registered, December 1, 2015<br>Int'l Class: 09<br>First Use: March 30, 2015<br>Filed: March 23, 2015<br>Registered: December 1, 2015<br>Register Type: Principal Register | Int'l Class: 09<br>(Int'l Class: 09)<br>Downloadable electronic game programs; Electronic game software for handheld electronic devices; Interactive video game programs | Paramount Pictures Corporation (Delaware Corporation)<br>5555 Melrose Avenue, Hollywood, California 90038 United States of America |
| US Federal Q2 uf 40 | ROGUEARTBYME<br>RN: 4866774<br>SN: 86618366 | Registered, December 8, 2015<br>Int'l Class: 16,41<br>First Use: June 1, 2012<br>Filed: May 4, 2015<br>Registered: December 8, 2015<br>Register Type: Principal Register | Int'l Class: 16, 41<br>(Int'l Class: 16)<br>Art prints<br>(Int'l Class: 41)<br>Educational services, namely, conducting classes in the field of art | Rogueartbyme, Elena Fernandez, Usa (Nevada Sole Proprietorship)<br>3408 E. Honduras Pl, NORTH LAS VEGAS, Nevada 89030 United States of America |
| US Federal Q2 uf 41 | ROGUE<br>RN: 5041969<br>SN: 86509736 | Registered, September 13, 2016<br>Int'l Class: 09<br>First Use: January, 2016<br>Filed: January 21, 2015<br>Registered: September 13, 2016<br>Register Type: Principal Register | Int'l Class: 09<br>(Int'l Class: 09)<br>Handheld wireless digital portable instrument embedded with software for testing, analysis and troubleshooting of communications equipment and networks | Afl Telecommunications LLC (Delaware Limited Liability Company)<br>170 Ridgeview Circle, DUNCAN, SC 29334 United States of America |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| US Federal Q2 uf 42 | ROGUESCALAR RN: 5072999 SN: 86955100 | Registered, November 1, 2016 Int'l Class: 09,42 First Use: May 30, 2015 Filed: March 28, 2016 Registered: November 1, 2016 Register Type: Principal Register | Int'l Class: 09, 42 (Int'l Class: 09) Interactive game software (Int'l Class: 42) Software authoring; Computer software development | Stover, Ben F., Dba Roguescalar (United States Individual) Apt 208 859 Benedetti Dr, Naperville, Illinois 60563 United States of America |
| US Federal Q2 uf 43 | ROGUE LEGACY RN: 5080582 SN: 86837377 | Registered, November 15, 2016 Filed: December 2, 2015 Registered: November 15, 2016 Register Type: Principal Register | Int'l Class: 09 (Int'l Class: 09) Computer game programmes; Computer game programmes downloadable via the Internet; Computer game programs; Computer game software; Computer game software downloadable from a global computer network; Computer game software for personal computers and home video game consoles; Computer game software for use on mobile and cellular phones; Computer game software for use with personal computers, home video game consoles used with televisions and arcade-based video game consoles; Computer software, namely, game engine software for video game development and operation; Downloadable computer game programs; Downloadable computer game software via a global computer network and wireless devices; Downloadable electronic game programs; Downloadable electronic game software for use on mobile and cellular phones, handheld computers, personal | Lee, Kenny (Ca Individual) 303-21 Hillcrest Avenue 303, Toronto, Ontario M2N7K2 Canada |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | computers, gaming consoles; Electronic game programs; Electronic game software; Electronic game software for cellular telephones; Electronic game software for handheld electronic devices; Electronic game software for wireless devices; Game software; Interactive game programs; Interactive game software; Interactive video game programs; Video and computer game programs; Video game software | |
| US Federal Q2 uf 44 | ROGUE WIZARDS RN: 5095796 SN: 86158405 | Registered, December 6, 2016 Int'l Class: 09 First Use: September 27, 2016 Filed: January 6, 2014 Registered: December 6, 2016 Register Type: Principal Register | Int'l Class: 09 (Int'l Class: 09) Downloadable computer game programs; Downloadable mobile applications for computer gaming; Video game cartridges and discs | Spellbind Studios LLC (California Limited Liability Company) 75 Moss St. Unit 14, San Francisco, California 94103 United States of America |
| US Federal Q2 uf 45 | ROGUE YOGI and Design  RN: 5140562 SN: 87073231 Disclaimer: "YOGI" FOR INTERNATIONAL CLASS 41 | Registered, February 14, 2017 Int'l Class: 25,41 First Use: May 19, 2015 Filed: June 16, 2016 Registered: February 14, 2017 Register Type: Principal Register | Int'l Class: 25, 41 (Int'l Class: 25) Graphic T-shirts; Sweat pants; Yoga pants; Yoga shirts; Athletic tops and bottoms for yoga (Int'l Class: 41) Yoga instruction | Julie Tran Buorn (Us Individual) 356 Ashton Ave., San Francisco, California 94112 United States of America |
| US | ROGUE JOURNEY | Registered, March 28, | Int'l Class: 41, 45 | Harbor Ministries, Inc. |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| Federal Q2 uf 46 | RN: 5170961 SN: 87146637 | 2017 Int'l Class: 41,45 First Use: November 14, 2011 Filed: August 22, 2016 Registered: March 28, 2017 Register Type: Principal Register | (Int'l Class: 41) Educational services, namely, conducting seminars and programs in the field of personal, spiritual and professional growth (Int'l Class: 45) Religious and spiritual services, namely, providing gatherings and retreats to develop and enhance the spiritual lives of individuals | (Nebraska Corporation) 9600 So. 67th, Lincoln, NE 68116 United States of America |
| US Federal Q2 uf 47 | ROGUE DISPOSAL & RECYCLING, INC. and Design  RN: 5174446 SN: 86901389 Disclaimer: "DISPOSAL & RECYCLING, INC." | Registered, April 4, 2017 Int'l Class: 16,35,37,39,40,41 First Use: January 31, 2000 Filed: February 8, 2016 Registered: April 4, 2017 Register Type: Principal Register | Int'l Class: 16, 35, 37, 39, 40, 41 (Int'l Class: 16) Printed educational materials in the field of recycling and composting (Int'l Class: 35) Operation of a business for others, namely, waste landfills (Int'l Class: 37) Maintenance of landfills for others; waste disposal for others; environmental remediation services, namely, waste disposal, solid waste landfill services, and medical waste disposal (Int'l Class: 39) Garbage collection; transportation of medical waste; and rental of storage containers (Int'l Class: 40) Recycling services; document shredding services; waste treatment services featuring the collection and composting of organic materials; waste treatment services, namely, recovery of methane, liquid natural gas, and other gases from landfills and transformation of said | Rogue Waste, Inc. (Oregon Corporation) ONE WEST MAIN STREET, SUITE 401, MEDFORD, Oregon 97501 United States of America |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | gases into electricity (Int'l Class: 41) Educational demonstration, instruction and training in composting techniques; educational demonstration, instruction and training in recycling techniques | |
| US Federal Q2 uf 48 | WAR COMMANDER: ROGUE ASSAULT RN: 5200328 SN: 86407665 | Registered, May 9, 2017 Int'l Class: 09 First Use: December 20, 2016 Filed: September 26, 2014 Registered: May 9, 2017 Register Type: Principal Register | Int'l Class: 09 (Int'l Class: 09) Computer game software for use on mobile and cellular phones; downloadable computer game programs; downloadable computer game software via a global computer network and wireless devices | Kixeye Inc. (Delaware Corporation) 400-31 Bastion Square, VICTORIA, B.C. V0E2X1 Canada |
| US Federal Q2 uf 49 | ROGUE RUNNING RN: 3972923 SN: 85018111 Disclaimer: "RUNNING" | Registered, July 13, 2017 Office Status: Section 8 & 15-Accepted and Acknowledged Int'l Class: 41 First Use: May 30, 2004 Filed: April 20, 2010 Registered: June 7, 2011 Register Type: Principal Register | Int'l Class: 41 (Int'l Class: 41) Athletic training services; Physical fitness training services | Rogue Equipment LLC (Texas Limited Liability Company) 410 PRESSLER ST, AUSTIN, Texas 78703 United States of America |
| US Federal Q2 uf 50 | ROGUE AGENT: THE NERO PROTOCOL RN: 5271489 SN: 86186020 | Registered, August 22, 2017 Int'l Class: 09 First Use: July 7, 2017 Filed: February 6, 2014 Registered: August 22, 2017 Register Type: Principal Register | Int'l Class: 09 (Int'l Class: 09) Game software | High 5 Games, LLC (Delaware Limited Liability Company) 1200 MacArthur Blvd., Mahwah, New Jersey 07430 United States of America |
| US Federal Q2 uf 51 | GO YOU, GO ROGUE RN: 5292375 SN: 87088453 | Registered, September 19, 2017 Int'l Class: 41 First Use: November 15, 2016 | Int'l Class: 41 (Int'l Class: 41) Educational services, namely, conducting distance learning | Rogue Community College (State Community College) 3345 Redwood Hwy., GRANTS PASS, OR |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | Filed: June 29, 2016 Registered: September 19, 2017 Register Type: Principal Register | instruction at the college level; educational services, namely, providing courses of instruction at the college level and distribution of course material in connection therewith; educational services, namely, providing on-line courses of instruction at the college level; educating at university or colleges; organizing and conducting college sport competitions and athletic events | 97527 United States of America |
| US Federal Q2 uf 52 | ROGUE LEGION RN: 5389479 SN: 87269337 | Registered, January 30, 2018 Int'l Class: 41 First Use: December 13, 2016 Filed: December 15, 2016 Registered: January 30, 2018 Register Type: Principal Register | Int'l Class: 41 (Int'l Class: 41) Electronic games services provided by means of the internet; Entertainment services, namely, providing on-line computer games; Entertainment services, namely, conducting alternate reality games via the internet; Entertainment services, namely, providing a website featuring games and puzzles; Entertainment services, namely, providing an on-line board game; Entertainment services, namely, providing an on-line computer game; Entertainment services, namely, providing online electronic games; Entertainment services, namely, providing online video games; Providing on-line computer games; Providing online augmented reality games; Providing a computer game for use network-wide by network users; | Troodo Entertainment Limited (Limited Company (Ltd.)) F/4 Willow House Cricket Sq. PO Box 2804, Grand Cayman KY1-1112 Cayman Islands |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | Providing a web-based system and on-line portal for customers to participate in on-line gaming, operation and coordination of game tournaments, leagues and tours for recreational computer game playing purposes; Providing a web site through which people locate information about tournaments, events, and competitions in the video game field | |
| US Federal Q2 uf 53 | ROGUE LEGION RN: 5389478 SN: 87269312 | Registered, January 30, 2018 Int'l Class: 09 First Use: December 13, 2016 Filed: December 15, 2016 Registered: January 30, 2018 Register Type: Principal Register | Int'l Class: 09 (Int'l Class: 09) Computer game programmes downloadable via the Internet; Computer game programs; Computer game software; Computer game software downloadable from a global computer network; Computer game software for use on mobile and cellular phones; Computer game software for personal computers and home video game consoles; Computer programs for video and computer games; Computer software, namely, game engine software for video game development and operation; Downloadable computer game programs; Downloadable computer game software via a global computer network and wireless devices; Downloadable electronic game programs; Downloadable electronic game software for use on mobile and cellular phones, handheld | Troodo Entertainment Limited (Limited Company (Ltd.)) F/4 Willow House Cricket Sq. PO Box 2804, Grand Cayman KY1-1112 Cayman Islands |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | computers; Game software; Games that accept virtual or monetary wagers sold as a feature of game software; Interactive game programs; Interactive game software; Interactive multimedia computer game programs; Interactive video game programs; Video game software; Virtual reality game software | |
| US Federal Q2 uf 54 | ROGUE LACROSSE RN: 5468218 SN: 87628565 Disclaimer: "LACROSSE" | Registered, May 15, 2018 Int'l Class: 35 First Use: July 31, 2008 Int'l Class: 41 First Use: May 31, 2008 Filed: September 29, 2017 Registered: May 15, 2018 Register Type: Principal Register | Int'l Class: 35, 41 (Int'l Class: 35) Coordination of recreational sporting opportunities for individuals who wish to participate in team league sports; Providing on-line registration services for lacrosse camps, clinics, and lessons and for lacrosse coaching clinics (Int'l Class: 41) Amateur youth sports services, namely, organizing and providing youth sports activities; Arranging and conducting youth sports programs in the field of lacrosse; Coaching in the field of sports; Instruction in the nature of lacrosse playing and lacrosse coaching clinics; Instruction in the nature of lacrosse playing and lacrosse coaching lessons; Peer to peer coaching services in the field of lacrosse playing and lacrosse coaching; Professional coaching services in the field of lacrosse playing and lacrosse coaching; Providing classes, | Rogue Lacrosse Inc (New York Corporation) PO Box 624, Saratoga Springs, NY 12866 United States of America |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | workshops, seminars and camps in the field of lacrosse playing and lacrosse coaching; Providing a website featuring information relating to the sport of lacrosse; Sport camps; Sports instruction services; Sports training services in the field of lacrosse | |
| US Federal Q2 uf 55 | HERO-U ROGUE TO REDEMPTION RN: 5562452 SN: 87576919 | Registered, September 11, 2018 Int'l Class: 09 First Use: July 9, 2018 Filed: August 21, 2017 Registered: September 11, 2018 Register Type: Principal Register | Int'l Class: 09 (Int'l Class: 09) Computer game software | Transolar Games, Inc. (California Corporation) Po Box 2350, Oakhurst, California 93644 United States of America |
| US Federal Q2 uf 56 | MAISON ROGUE RN: 5578818 SN: 87759984 | Registered, October 9, 2018 Int'l Class: 35,41 First Use: January 17, 2018 Filed: January 18, 2018 Registered: October 9, 2018 Register Type: Principal Register | Int'l Class: 35, 41 (Int'l Class: 35) On-line retail store services featuring clothing, shoes, bags, jewelry, sunglasses, fashion accessories, cosmetics, perfumes and fragrances, nail and skincare products, haircare products, books, candles, cards, home furnishings, home décor, gourmet food, dinnerware, glassware, and drinkware (Int'l Class: 41) Entertainment services, namely, providing a website featuring online non-downloadable magazines and articles in the field of fashion, design, and travel | Maison Rogue, LLC (New Jersey Limited Liability Company) c/o Cole Schotz P.C., 25 Main Street, Hackensack, NJ 07601 United States of America |
| US Federal | ROGUE AVIATION RN: 5614891 | Registered, November 27, 2018 | Int'l Class: 14, 22, 25, 39, 41 | Rogue Aviation, LLC (California Limited |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| Q2 uf 57 | SN: 87743948 Disclaimer: "AVIATION" | Int'l Class: 14,22,25 First Use: October 1, 2017 Int'l Class: 39 First Use: June 1, 2017 Int'l Class: 41 First Use: September 1, 2017 Filed: January 4, 2018 Registered: November 27, 2018 Register Type: Principal Register | (Int'l Class: 14) Pins being jewelry (Int'l Class: 22) Lanyards for holding badges, keys (Int'l Class: 25) T-shirts (Int'l Class: 39) Providing transport for sightseeing tours (Int'l Class: 41) Helicopter flight instruction | Liability Company) 12836 ALONDRA BLVD, Cerritos, CA 90703 United States of America |
| US Federal Q2 uf 58 | ROGUEWAVE SOFTWARE and Design    RN: 5734009 SN: 88159723 Disclaimer: "SOFTWARE" | Registered, April 23, 2019 Int'l Class: 42 First Use: April, 2014 Filed: October 18, 2018 Registered: April 23, 2019 Register Type: Principal Register | Int'l Class: 42 (Int'l Class: 42) Software as a service (SAAS) services featuring software for Web site development and architecture and enterprise system migration; Computer software design; Providing on-line non-downloadable software for computer software system and application software development, deployment and management; computer software development and programming for others; debugging computer software for others; Internet-based application service provider, namely, designing, hosting, managing, developing, analyzing, and maintaining the IT infrastructure, software applications, software development process, application programming interfaces (APIs) and web sites of others; Software as a service (SAAS) services featuring software for locating, managing, diagnosing | Rogue Wave Software, Inc. (Delaware Corporation) 1315 West Century Drive, Suite 150, LOUISVILLE, Colorado 80027 United States of America |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | and correcting coding errors, analyzing, managing and auditing software and software code; computer software consulting; computer security consultancy; Computer security consultancy, namely, data and software application security consultancy; Computer software consultancy in the field of application programming interface (API) software; Computer software consulting, namely, open source audits and software code analysis; Design, development, and implementation of software, namely, the development and delivery of the software applications, web-based software applications, application programming interfaces (API's), and business applications of others and architecture and enterprise system migration; computer software consultancy in the field of application programming interface (API) software; computer technical support services, namely, troubleshooting computer software problems in the nature of IT infrastructure, operating systems, database systems, and web applications | |
| US Federal Q2 uf 59 | ROGUEWAVE SOFTWARE and Design  Rogue Wave | Registered, April 23, 2019 Int'l Class: 41 First Use: April, 2014 Filed: October 18, 2018 Registered: April 23, 2019 Register Type: Principal Register | Int'l Class: 41 (Int'l Class: 41) Computer education training, namely, training services in the field of open source projects, software, application | Rogue Wave Software, Inc. (Delaware Corporation) 1315 West Century Drive, Suite 150, LOUISVILLE, Colorado 80027 United States of America |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | RN: 5734008<br>SN: 88159720<br>Disclaimer: "SOFTWARE" | | programming interface (API), website and enterprise systems development and implementation, and preparation for computer certification testing; educational services, namely, providing training via non-downloadable webinars and in-person workshops in the field of open source software, application programming interface (API) management, software application security, data visualization, and standards compliance | |
| US Federal Q2 uf 60 | ROGUEWAVE SOFTWARE and Design<br><br>Rogue Wave<br>SOFTWARE<br><br>RN: 5734007<br>SN: 88159716<br>Disclaimer: "SOFTWARE" | Registered, April 23, 2019<br>Int'l Class: 09<br>First Use: April, 2014<br>Filed: October 18, 2018<br>Registered: April 23, 2019<br>Register Type: Principal Register | Int'l Class: 09<br>(Int'l Class: 09)<br>computer software development tools; computer software for computer system and application development, deployment, and management; computer software for the importation, manipulation, visualization in the nature of graphical representation, and analysis of business information for the development and programming of software; computer software, downloadable, for debugging code; computer software for visualization in the nature of graphical representation and analysis of business information for the development of software user interfaces | Rogue Wave Software, Inc. (Delaware Corporation)<br>1315 West Century Drive, Suite 150, LOUISVILLE, Colorado 80027 United States of America |
| US | ROGUE and Design | Registered, November | Int'l Class: 09 | Bell Sports, Inc. |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| Federal Q2 uf 61 | ROGUE<br><br>RN: 4414868<br>SN: 85873944 | 14, 2019<br>Office Status: Section 8 & 15-Accepted and Acknowledged<br>Int'l Class: 09<br>First Use: April 7, 1987<br>Filed: March 12, 2013<br>Registered: October 8, 2013<br>Register Type: Principal Register | (Int'l Class: 09)<br>Protective helmets | (California Corporation)<br>5550 SCOTTS VALLEY DRIVE, Scotts Valley, California 95066 United States of America |
| US Federal Q2 uf 62 | ROGUE UNIVERSE and Design<br><br>ROGUE universe<br><br>RN: 5912287<br>SN: 88174794 | Registered, November 19, 2019<br>Filed: October 30, 2018<br>Registered: November 19, 2019<br>Register Type: Principal Register | Int'l Class: 41, 42<br>(Int'l Class: 41)<br>Gaming services in the nature of casino gaming; Electronic games services provided by means of a global communication network; Electronic games played through mobile game applications; Online game services played from mobile applications; Mobile game services; Entertainment services, namely, providing online games provided from a computer network; Providing on-line computer games; Electronic games provided by means of the internet; Providing online computer games played by means of communications by computer terminals or mobile telephone; Rental of computer game software<br>(Int'l Class: 42)<br>Development of game software; Development of video game software; Design and development of programs for computers; Programming of computer game software; Development of computer game software; | Mustgames Co., LTD. (Limited Company (Ltd.)) S5, 5th Fl., 12 Daewangpangyo-ro 645beon-gil, Bundanggu, SEONGNAM, GYEONGGI-DO Republic of Korea |

© 2021 Corsearch

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | Computer game programming; Maintenance and updating of computer software; Computer software development; Computer programming | |
| US Federal Q2 uf 63 | ROGUE WAKESURF RN: 5927353 SN: 87805903 Disclaimer: "WAKESURF" | Registered, December 3, 2019 Int'l Class: 09 First Use: January, 2019 Int'l Class: 12 First Use: 2018 Int'l Class: 35 First Use: June, 2019 Filed: February 21, 2018 Registered: December 3, 2019 Register Type: Principal Register | Int'l Class: 09, 12, 35 (Int'l Class: 09) Life vests; Life jackets (Int'l Class: 12) Boat accessories, namely, wake shapers specially adapted for attachment to boats for creating and increasing the size of wakes for wake boarding, wake surfing, surfing, tubing or water skiing (Int'l Class: 35) Online retail store services featuring boat and marine equipment, parts and accessories | Swell Ventures, LLC (Minnesota Limited Liability Company) 2330 LEIBEL STREET, NO. 104, White Bear Lake, Minnesota 55110 United States of America |
| US Federal Q2 uf 64 | ROGUE WATERSPORT RN: 5944852 SN: 87805913 Disclaimer: "WATERSPORTS" | Registered, December 24, 2019 Int'l Class: 09,35 First Use: October, 2019 Filed: February 21, 2018 Registered: December 24, 2019 Register Type: Principal Register | Int'l Class: 09, 35 (Int'l Class: 09) life vests; life jackets (Int'l Class: 35) Online retail store services featuring boat and marine equipment, parts and accessories | Swell Ventures, LLC (Minnesota Limited Liability Company) 2330 LEIBEL ST #104, White Bear Lake, Minnesota 55110 United States of America |
| US Federal Q2 uf 65 | ROGUE ARCHITECTURE RN: 5960557 SN: 88495665 Disclaimer: "ARCHITECTURE" | Registered, January 14, 2020 Int'l Class: 42 First Use: November 29, 2010 Filed: July 1, 2019 Registered: January 14, 2020 Register Type: Principal Register | Int'l Class: 42 (Int'l Class: 42) Architectural services; Graphic design services; Interior design services | Rogue Architecture, Inc. (Colorado Corporation) 4100 Wadsworth Boulevard, Suite 300, Wheat Ridge, CO 80033 United States of America |
| US | //ROGUE | Registered, February 4, | Int'l Class: 09 | Tbc Integration, Inc. |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| Federal Q2 uf 66 | RN: 5977427 SN: 88531008 | 2020 Int'l Class: 09 First Use: April, 2019 Filed: July 23, 2019 Registered: February 4, 2020 Register Type: Principal Register | (Int'l Class: 09) Computer operating systems; computer network-attached storage (NAS) hardware; computer network-attached storage (NAS) hardware, namely, intelligent storage systems capable of network communication, comprising processors, memory, operating software, data storage units for storing data and software for managing and controlling data; computer hardware; computer hardware, namely, intelligent storage systems capable of network communication, comprising processors, memory, operating software, data storage units for storing data and software for managing and controlling data | (California Corporation) 30100 Town Center Drive, Suite O-444, Laguna Niguel, California 92677 United States of America |
| US Federal Q2 uf 67 | ROGUE K9 ACADEMY and Design  RN: 6027491 SN: 88591743 Disclaimer: "K9 ACADEMY" | Registered, April 7, 2020 Int'l Class: 41 First Use: August 1, 2019 Filed: August 25, 2019 Registered: April 7, 2020 Register Type: Principal Register | Int'l Class: 41 (Int'l Class: 41) Dog training; Animal training of dogs; Charitable services, namely, training service dogs for veterans; Providing information in the field of dog training | Mccain, Alexandria, Dba Rogue K9 Academy (United States Individual) 9531 Deer Brook Street, Rancho Cucamonga, California 91730 United States of America |
| US Federal Q2 uf 68 | THE HONORABLE ROGUES RN: 6078526 SN: 88622185 | Registered, June 16, 2020 Int'l Class: 09 First Use: September 5, 2019 Filed: September 18, 2019 Registered: June 16, 2020 | Int'l Class: 09 (Int'l Class: 09) Downloadable fiction e-books, namely, a series of romantic novels | Wendy C. Herrington (United States Individual) 52323 SW Taylor Street, SCAPPOSE, Oregon 97056 United States of America |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | Register Type: Principal Register | | |
| US Federal Q2 uf 69 | ROGUE SPORE and Design  RN: 6107428 SN: 88754159 | Registered, July 21, 2020 Int'l Class: 09 First Use: December 7, 2019 Filed: January 10, 2020 Registered: July 21, 2020 Register Type: Principal Register | Int'l Class: 09 (Int'l Class: 09) Cell culture apparatus for laboratory use, namely, sterile transfer devices | Eric Ritter (United States Individual) 822 terry road, Hauppauge, New York 11788 United States of America |
| US Federal Q2 uf 70 | ROGUEBLOCK RN: 4525968 SN: 86149174 | Registered, August 5, 2020 Office Status: Section 8 & 15-Accepted and Acknowledged Int'l Class: 35,41 First Use: December 10, 2013 Filed: December 20, 2013 Registered: May 6, 2014 Register Type: Principal Register | Int'l Class: 35, 41 (Int'l Class: 35) Secure online portal that facilitates the safe flow of information from IP rights-holders to designated governmental enforcement agencies and credit card and payment processing networks merchants (Int'l Class: 41) Hosting events to educate payment industry personnel on the risks associated with taking on counterfeit merchants | The International Anticounterfeiting Coalition, Inc. (New York Corporation) 727 15th Street NW, 9th Floor, Washington, DC 20005 United States of America |
| US Federal Q2 uf 71 | ROGUE RN: 4552710 SN: 85863424 | Registered, August 20, 2020 Office Status: Section 8 & 15-Accepted and Acknowledged Int'l Class: 09 First Use: October 6, 2012 Filed: February 28, 2013 Registered: June 17, 2014 Register Type: Principal Register | Int'l Class: 09 (Int'l Class: 09) Protective helmets | Bell Sports, Inc. (California Corporation) 5550 SCOTTS VALLEY DRIVE, Scotts Valley, California 95066 United States of America |
| US | ROGUE MAGNETICS | Registered, August 25, | Int'l Class: 09 | Fynn Pty LTD |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| Federal Q2 uf 72 | RN: 6137987 SN: 88654820 Disclaimer: "MAGNETICS" | 2020 Int'l Class: 09 First Use: September 18, 2019 Filed: October 15, 2019 Registered: August 25, 2020 Register Type: Principal Register | (Int'l Class: 09) Refrigerator magnets; Erasing magnets; Magnetic object detectors; Decorative refrigerator magnets; Fridge magnets; Magnets arranged for converting human effort into mechanical power; Magnetic locators; Decorative magnets; Magnets for industrial purposes; Magnets; Blank magnetic disc; metal detectors | (Proprietary Limited Company (P/L or Pty. Ltd.)) 112 Bruce St, Camp Hill QLD,4152 Australia |
| US Federal Q2 uf 73 | ROGUE COMPANY RN: 6283550 SN: 87941766 Disclaimer: "COMPANY" | Registered, March 2, 2021 Int'l Class: 09 First Use: July 20, 2020 Filed: May 30, 2018 Registered: March 2, 2021 Register Type: Principal Register | Int'l Class: 09 (Int'l Class: 09) Video-game software; video-game software that may be downloaded from a global computer network; video-game software for use on mobile devices, tablets, and cellular phones; video-game software for use on standalone clients | Hi-Rez Studios, Inc. (Delaware Corporation) 3750 Brookside Parkway, Alpharetta, GA 30022 United States of America |
| US Federal Q2 uf 74 | ROGUE COMPANY RN: 6283552 SN: 87941868 Disclaimer: "COMPANY" | Registered, March 2, 2021 Int'l Class: 41 First Use: July 20, 2020 Filed: May 30, 2018 Registered: March 2, 2021 Register Type: Principal Register | Int'l Class: 41 (Int'l Class: 41) Entertainment services in the nature of an online interactive game provided by means of a global computer network; providing information online relating to computer games, online computer games, computer game entertainment and amusement activities, and multi-player online computer game cooperation and competitions; publishing of electronic publications | Hi-Rez Studios, Inc. (Delaware Corporation) 3750 Brookside Parkway, Alpharetta, GA 30022 United States of America |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| US Federal Q2 uf 75 | ROGUE RN: 6360101 SN: 90050373 | Registered, May 25, 2021 Int'l Class: 42 First Use: November 29, 2010 Filed: July 13, 2020 Registered: May 25, 2021 Register Type: Principal Register | Int'l Class: 42 (Int'l Class: 42) Architectural services; Graphic design services; Interior design services | Rogue Architecture, Inc. (Colorado Corporation) 1660 Lincoln Street, Suite 100, Denver, Colorado 80264 United States of America |
| US Federal Q2 uf 76 | ROGUE INDUSTRIES RN: 4519893 SN: 85574842 Disclaimer: "INDUSTRIES" | Registered, May 26, 2021 Office Status: Section 8 & 15-Accepted and Acknowledged Int'l Class: 09,16 First Use: March 1, 2012 Filed: March 20, 2012 Registered: April 29, 2014 Register Type: Principal Register | Int'l Class: 09, 16 (Int'l Class: 09) Carrying cases for mobile computers; Cases for mobile phones (Int'l Class: 16) [ Blank writing journals ] | Tower Publishing, Dba Rogue Industries (Maine Corporation) 650 Cape Road, Standish, Maine 04084 United States of America |
| US Federal Q2 uf 77 | ROGUE CHAMPIONS RN: 6390904 SN: 88937583 | Registered, June 15, 2021 Int'l Class: 09 First Use: June, 2020 Filed: May 28, 2020 Registered: June 15, 2021 Register Type: Principal Register | Int'l Class: 09 (Int'l Class: 09) computer software for electronic games and entertainment, namely, downloadable computer game software used and played on mobile and cellular telephones, handheld computers, personal computers and personal digital assistants; downloadable electronic game programs | Gameloft S.E. (France Société Européenne) 14 rue Auber, Paris 75009 France |
| US Federal Q2 uf 78 | ROGUE ARCHITECTURE CHALLENGING THE STATUS QUO RN: 4877244 SN: 86616840 Disclaimer: "ARCHITECTURE" | Registered, June 30, 2021 Office Status: Section 8 & 15-Accepted and Acknowledged Int'l Class: 42 First Use: November 29, 2010 Filed: May 1, 2015 Registered: December 29, 2015 Register Type: Principal Register | Int'l Class: 42 (Int'l Class: 42) Architectural services; Graphic design services; Interior design services | Rogue Architecture, Inc. (Colorado Corporation) 1660 Lincoln Street, Suite 100, Denver, Colorado 80264 United States of America |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| US Federal Q2 uf 79 | ROGUE STATE REVOLUTION SN: 90082562 | Application pending publication, March 2, 2021 Office Status: Notice of Allowance - Issued Filed: July 30, 2020 Register Type: Principal Register | Int'l Class: 09 (Int'l Class: 09) Downloadable video game software | Lrdgames, Inc. (New York Corporation) P.O. Box 14, Hannawa Falls, New York 13647 United States of America |
| US Federal Q2 uf 80 | ROGUE PLANET SN: 88144810 | Application pending publication, May 12, 2021 Office Status: Third Extension - Granted Filed: October 5, 2018 Register Type: Principal Register | Int'l Class: 41 (Int'l Class: 41) Providing continuing medical training, teaching and education courses in the science of the human brain; medical training, teaching and educational services, namely, conducting webinars, podcasts, web-based sessions, and in-person group and individual instruction in the field of science of the human brain | Wilkins, Robin W. (Us Individual) 7607 Mendota Place, Springfield, Virginia 22150 United States of America Wilkins, David Carr Choate (Us Individual) 7607 Mendota Place, Springfield, Virginia 22150 United States of America |
| US Federal Q2 uf 81 | ROGUES SN: 87882352 | Application pending publication, June 15, 2021 Office Status: Fifth Extension - Granted Filed: April 18, 2018 Register Type: Principal Register | Int'l Class: 41 (Int'l Class: 41) Entertainment services, namely, online computer games | Superscience, LLC (Rhode Island Limited Liability Company) 28 Pacards Road #428, Waterville Valley, New Hampshire 03215 United States of America |
| US Federal Q2 uf 82 | ROGUE WOLF ADVANCED RESEARCH SN: 90363414 Disclaimer: "ADVANCED RESEARCH" | Application pending publication, August 31, 2021 Office Status: Notice of Allowance - Issued Filed: December 7, 2020 Register Type: Principal Register | Int'l Class: 42 (Int'l Class: 42) Product development consulting in the field of software; Product development consulting in the field of electromechanical systems design; Technological planning and consulting services in the field of cognitive systems; Technological planning and consulting services in the field of | Rogue Wolf Advanced Research LLC (Massachusetts Limited Liability Company) 715 Jerusalem Road, Cohasset, Massachusetts 02025 United States of America |

| TM Record | TM/AN/RN/Disclaimer | Status/Key Dates | Full Goods/Services | Owner Information |
|---|---|---|---|---|
| | | | human factors and the design of human-machine systems; Technological planning and consulting services in the field of human-artificial intelligence systems and autonomy systems | |

© 2021 Corsearch

# EXHIBIT U



71 SOUTH WACKER DRIVE
SUITE 3600
CHICAGO IL 60606

MAIN: 312.463.5000
BANNERWITCOFF.COM

LOUIS DISANTO
DIRECT: 312.463.5480
LDISANTO@BANNERWITCOFF.COM

June 7, 2019

Via E-mail – *cydney.tune@pillsburylaw.com*

Cydney A. Tune
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center – 22nd Floor
San Francisco, CA  94111

> CONFIDENTIAL
> Subject to Rule 408,
> Fed. R. Civ. P.

      Re:    UltraV / Rogue Fitness

Dear Ms. Tune:

      This is further to my May 14, 2019 letter and in response to your May 3, 2019 letter to Mr. Mueller of Rogue Fitness.

      Bill Henniger founded Rogue Fitness in Columbus, Ohio in 2006. Mr. Henniger is an Ohio native with a degree in industrial engineering from Ohio University. Following his military service in the Ohio Air National Guard, including a few years of active duty service, Mr. Henniger spent over seven years building his knowledge and experience in metal-based manufacturing. He formed Rogue Fitness while earning his MBA through night school at the University of Michigan. Soon after launching a website for selling high-performance strength and fitness equipment in 2006, Mr. Henniger and a colleague of his from the military opened a gym in Columbus, Ohio, cashing in his retirement account to buy the necessary equipment and setting up the facility by hand.

      Soon after opening the gym, Rogue Fitness, relying on Mr. Henniger's knowledge and experience with high-quality metal manufacturing and the expertise provided by the skilled craftsmen that joined his team, began manufacturing and warehousing its own strength and fitness equipment. To provide the highest quality equipment possible, Rogue manufactures a majority of its Rogue-branded products in Columbus, Ohio. Rogue Fitness has used the mark Rogue in connection with strength and fitness equipment, accessories, apparel, and services since 2007.

      Rogue Fitness' efforts to create a new market segment for the highest quality strength and fitness products were an immediate success and Rogue Fitness' Rogue-brand grew. In 2010, Rogue Fitness opened a five thousand square foot facility in Columbus to increase its capacity to make strength and other fitness equipment. Rogue Fitness' Columbus facilities grew to a one hundred seventy thousand square

Cydney A. Tune
June 7, 2019
Page 2

foot manufacturing center in 2012. Today, Rogue Fitness also operates a six hundred thousand square foot facility in Columbus.

Rogue Fitness' strength and fitness products and services were well received with consumers in markets across the United States. To support the growth of its brand, Rogue Fitness has advertised Rogue-branded products and services throughout the country, sponsored strength and fitness events throughout the country, and has enjoyed substantial, laudatory, unsolicited publicity throughout the country.

As representative examples of Rogue's success, exposure, and growth: (1) Rogue Fitness builds and supplies equipment for prominent events such as USA Powerlifting events, The Arnold Sports Festival®, The World's Strongest Man competitions, and USA Weightlifting events; (2) Rogue Fitness partners with top athletes around the world, including sponsorships of Hafþór Björnsson, Rich Froning, Katrin Davidsdottir, Tia-Clair Toomey, Graham Holmberg, Josh Bridges, Jason Khalipa, and Mat Fraser, among dozens of others; and (3) Rogue Fitness has been the exclusive equipment supplier to the CrossFit® games for many years.

Rogue Fitness has used the Rogue mark in connection with promotional videos and videos featuring the numerous events and athletes it is connected with since at least 2011. Since no later than 2015, Rogue Fitness has also used the Rogue mark in connection with documentaries featuring the history of strongman and woman culture and heritage, and has since published more than twenty-five such documentaries.

In addition to Rogue Fitness' own, substantial online marketing and social media presence, many of Rogue Fitness' sponsored athletes have hundreds of thousands of followers on social media, and some exceed 1 million followers (*e.g.* Hafþór Björnsson, Rich Froning, Katrin Davidsdottir, and Mat Fraser currently have more than 1.5 million, 1.1 million, 1.3 million, and 1.3 million followers on Instagram®, respectively, in addition to hundreds of thousands of followers on other platforms such as Twitter® and/or Facebook®). Rogue-branded products and services gain public exposure to these many millions of followers of Rogue-sponsored athletes through social media posts, and through Rogue Fitness' own substantial promotional and advertising materials.

All told, Rogue invested substantial time, skill, and resources over the past 12-years in creating, cultivating, and maintaining a reputation for the highest quality strength and fitness products and services—as well as for an unparalleled commitment to championing the strength and fitness communities. To protect its investments and the invaluable goodwill Rogue Fitness has built up through years, Rogue Fitness has acquired various intellectual property rights, including trademarks, patents, and copyrights. To that end, Rogue Fitness expects others to respect its intellectual property rights, just as it respects the intellectual property rights of others.

We share all of this with you for three reasons. First, Rogue Fitness' nationally recognized uses of the Rogue mark embody substantial goodwill in Rogue Fitness and have not caused any confusion with your client's purported rights, they are not likely to cause any confusion with your client's purported

Cydney A. Tune
June 7, 2019
Page 3

rights, and they have been well-established in co-existence with any rights your client purportedly now owns—absent any complaint or concern from your client. To that end, "ROGUE" is not just the renowned and well-respected business name of Rogue Fitness. Today, Rogue Fitness owns its own, substantial trademark rights in the Rogue mark, including in connection with promotional videos and documentaries.

Second, your client's purported rights—to the extent they exist at all—are circumscribed at best and lack secondary meaning that could support the scope of allegations in your letter. To that end, your suggestion that the mark has been diluted by Rogue Fitness is a gross overstatement; to the extent UltraV owns any rights in Rogue, the mark is not famous in connection with UltraV or its predecessors.

Finally, Rogue Fitness has been successful because it is pragmatic and focused on its business and satisfying its consumers. While the allegations of your May 3 letter are unfounded, to the extent your client intends to pursue its claims further, Rogue Fitness invites a dialogue aimed at resolving this dispute short of court. That said, for all of the reasons set forth in this response and more, Rogue Fitness will vigorously defend itself if forced.

I.     ROGUE FITNESS' USES OF ROGUE HAVE NOT AND WILL NOT CAUSE A LIKELIHOOD OF CONFUSION WITH ULTRAV

UltraV cannot sustain a claim of trademark infringement or unfair competition absent showing a likelihood of confusion in the minds of relevant consumers. Notably, your May 3 letter ignores the factors courts typically evaluate when assessing likelihood of confusion, for example: (1) the strength of the purported mark(s); (2) the similarity of the parties' uses; (3) the proximity of the parties' products or services in the marketplace; (4) the likelihood that the plaintiff will bridge the gap between the products; (5) actual confusion; (6) intent in adopting the accused mark; (7) the quality of the accused product; and (8) the sophistication of the relevant consumer group. *Polaroid Corp. v. Polarad Elecs. Corp.*, 287 F.2d 492, 495 (2d Cir. 1961). Even a cursory evaluation of these factors reveals that there is no likelihood of confusion between our clients' respective uses of Rogue.

A.     UltraV's Purported Rights in Rogue, if they Exist, Are Weak

UltraV's cursory description of its purported "common law rights" and "family of federal trademark registrations for the ROGUE mark" glosses over the fact that you did not provide evidence of commercial use of the asserted marks over the past four years of Relativity Media's bankruptcy. Indeed, it appears that UltraV's predecessors' use of the marks may have peaked by about the year 2000 and, from the 2000s to present, was not prominent, wide, continuous, or extensive, as alleged in your letter. To that end, any historic commercial use appears to have largely fallen out of view by about 2012.

As you likely know, ROGUE is a common mark used in films and entertainment. There are at least seven registered U.S. trademarks that include "ROGUE" for films and entertainment services. There are also dozens of movies that include Rogue in their titles and Rogue is a popular term used in connection with songs, albums, video games, and TV shows. In this crowded field, mere registration of purported

Cydney A. Tune
June 7, 2019
Page 4

trademark rights in a common English word does not evidence trademark strength. 2 McCarthy on Trademarks and Unfair Competition § 11:85 (5th ed.). To the contrary, and as addressed further below, long periods of limited or non-use, including during Relativity Media's recent bankruptcy, and numerous purported transfers of interests in and/or uses of Rogue, suggest the marks may have been abandoned. To the extent UltraV owns any rights in Rogue, its rights will be determined by the particular "when, where, and how secondary meaning was established." *Id.* at § 16:34. Because the marketplace context suggests UltraV owns weak, if any, rights in Rogue, and because your letter does nothing to evidence purported strength of UltraV's purported rights, this factor weighs against any likelihood of confusion.

### B.     Dissimilarity in Uses of Rogue

Again, in this crowded field described above, the mere fact that two entities both use Rogue does not, in and of itself, establish likelihood of confusion. *Id.* at § 11.85. To the contrary, consumers that are confronted with many facially similar marks "may have learned to carefully pick out one from the other." *Id.* To that end, the way "ROGUE PICTURES" and "ROGUE" appear, in motion, not in the still frames pasted into page 2 of your May 3 letter, is different from how Rogue Fitness uses Rogue in its videos and documentaries. Indeed, even the still frames of UltraV's purported marks at page 2 of your letter look different from the Rogue Fitness images on page 3 of your letter, including, at least, in their use of different fonts, different kerning, different type styles, and different overall presentation.

What is more, it appears that to the extent UltraV's predecessors actually used Rogue, it appeared as a subsidiary company name among a collection of other, more prominent, company names. In contrast to Rogue Fitness' use of Rogue, it is not apparent that UltraV's predecessors used the mark in commercially distinctive ways that could create secondary meaning. These differences in the ways Rogue Fitness and UltraV's predecessors use Rogue weigh against any likelihood of confusion or, at most, make this factor neutral.

### C.     Lack of Competitive Proximity

A review of UltraV's and its various predecessors' uses of Rogue reveals that their uses of Rogue—while inconsistent and sporadic—never extend to strength and fitness topics, and it appears the last time Relativity Media might have used Rogue in connection with a documentary was in 2010 (and, then, the movie appears to have been about filmmakers and an online relationship). In contrast, Rogue Fitness has built a strong reputation for the highest quality strength and fitness products and services—as well as an unparalleled commitment to the strength and fitness communities, including through strongman and woman documentaries. Because there is no overlap between our clients' uses of Rogue, this factor also weighs against a finding of likelihood of confusion.

### D.     The Gap Cannot Be Bridged

Rogue Fitness' products and services are sought-after by consumers of the highest quality strength and fitness equipment, and they are distributed through limited channels that cater to athletes. The same is true of Rogue Fitness' videos and documentaries, which are available through Rogue Fitness' own

Cydney A. Tune
June 7, 2019
Page 5

website and YouTube channel. These channels are markedly different from those UltraV's predecessors have used. Our investigation suggests, that, to the extent UltraV's predecessors have used Rogue at all in the past ten years, their use could best be characterized as distribution of low-budget horror and slasher films. Because there is no indication that UltraV would or could ever span the chasm between Rogue Fitness' use of Rogue and UltraV's predecessors' use of Rogue, this factor weighs against a finding of likelihood of confusion.

### E.      There Is Marketplace Clarity, Not Confusion

Notwithstanding the fact Rogue Fitness has used the Rogue mark since 2007 and in connection with videos since no later than 2012, Rogue Fitness is unaware of any actual consumer confusion, and your May 3 letter does not allege any. To the contrary, Rogue Fitness built its own, strong brand reputation—including in connection with videos and documentaries—during a period of many years when UltraV's purported trademarks appear to have no meaningful commercial presence. Consequently, there is evidence of actual clarity in the market, not confusion. This factor weighs against a finding of likelihood of confusion.

### F.      Rogue Fitness Acted in Good Faith

There can be no question that Rogue Fitness acted in good faith because its use of Rogue in connection with videos and documentaries is the same as its use of its well-known brand name throughout its business activities—uses that span at least the past 12-years. Indeed, we do not understand your May 3 letter to suggest any bad faith on the part of Rogue Fitness and this factor weighs against a likelihood of confusion.

### G.      There Is No Relevant Quality Issue

Based on our investigation, UltraV's predecessors made *de minimis*—if any—use of Rogue in connection with documentaries, most recently around 2010, and it has no reputation whatsoever in connection with sports and fitness equipment, services, videos, or documentaries. Accordingly, your client cannot contend that Rogue Fitness' use of Rogue causes any harm to consumers' perceptions of your client's products/services when it does not produce anything like that produced by Rogue Fitness. Therefore, this factor too weighs against a likelihood of confusion.

### H.      The Relevant Consumers Are Sophisticated and Discerning

Consumers of Rogue Fitness products and services, videos, and documentaries, are sophisticated. The products Rogue Fitness sells and the brand identity it has earned are of the highest quality. Rogue-branded products, services, and media content are only available through Rogue Fitness controlled channels. Rogue Fitness' consumers are loyal. Moreover, Rogue Fitness products sell for premium prices and are associated with the top athletes and events in the world.

Cydney A. Tune
June 7, 2019
Page 6

As discussed above, consumers in a crowded field of Rogue marks in film are also likely to be discerning about the marks they confront. Because the relevant consumers are sophisticated and discerning, they are unlikely to be confused as to any association between our clients, and this factor weighs against a likelihood of confusion.

In sum, all of the factors courts typically consider when evaluating likelihood of confusion, including all of the *Polaroid* factors, favor Rogue Fitness and indicate that there is no likelihood of confusion.

## II.   ULTRAV'S CLAIM TO OWNING TRADEMARK RIGHTS IN ROGUE IS NOT SUPPORTED

Our investigation suggests that UltraV will need to clear numerous hurdles before it can establish it owns relevant rights in the asserted Rogue marks. Among other things, a Wikipedia history about Rogue Pictures describes one of UltraV's predecessors as "defunct" for a period of 4 years in the 2000s. (*See*, en.wikipedia.org/wiki/Rogue_Pictures, last visited May 31, 2019.) Then, from 2014-2018, UltraV's immediate predecessor was in bankruptcy and it is not apparent that the estate made commercial use of the asserted Rogue marks or did anything to police those marks during the bankruptcy period—let alone make commercial use or engage in policing that could sustain UltraV's present claims against Rogue Fitness. Because the estate had an obligation to preserve any goodwill in the marks, UltraV's predecessors' nonuse and/or abandonment of rights in Rogue suggest UltraV owns no rights in Rogue relevant to this dispute. (9 Norton Bankr. L. & Prac. 3d § 177:6.)

Thus, even if UltraV could establish a continuous ownership chain in the asserted marks through its predecessors' various defunct periods, assignments, security interests, and bankruptcy—a point Rogue Fitness does not concede—it appears that UltraV acquired empty shells, not vessels filled with goodwill. To the extent any secondary meaning remains in the asserted marks and it is owned by UltraV, the marks are weak and have long coexisted with Rogue Fitness' distinct use of Rogue, as described above.

## III.   THIS DISPUTE SHOULD NOT BE LITIGATED

For at least the reasons set forth above, UltraV has no case against Rogue Fitness. If anything, Rogue Fitness has established stronger trademark rights in Rogue in connection with videos and documentaries than UltraV. To that end, Rogue Fitness will defend its continued use of the Rogue mark in connection with videos and documentaries in court if necessary.

However, Rogue Fitness hopes the parties can avoid the costs and distractions of litigation. To the extent UltraV is not willing to consider this matter resolved now, Rogue Fitness proposes that the parties focus on negotiating a resolution. If the parties can avoid litigation and protracted deliberations, Rogue Fitness would be willing to work toward an agreement under which UltraV and Rogue can co-exist  in some capacity.

Cydney A. Tune
June 7, 2019
Page 7


      In the meantime, we will consider this matter closed. That said, this letter is sent without prejudice to Rogue Fitness' rights and remedies against UltraV, all of which rights and remedies are expressly reserved. Nothing in this letter constitutes an admission or a waiver of any claim or defense Rogue Fitness may have in this matter, and Rogue Fitness reserves the right to supplement and/or modify any or all of this response.

                        Sincerely,

                        Louis DiSanto


LD:jp

# EXHIBIT V



71 SOUTH WACKER DRIVE
SUITE 3600
CHICAGO IL 60606

MAIN: 312.463.5000
BANNERWITCOFF.COM

LOUIS DISANTO
DIRECT: 312.463.5480
LDISANTO@BANNERWITCOFF.COM

August 26, 2019

Via E-mail – *cydney.tune@pillsburylaw.com*

Cydney A. Tune
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center – 22nd Floor
San Francisco, CA  94111

<div style="border:1px solid">
CONFIDENTIAL
Subject to Rule 408,
Fed. R. Civ. P.
</div>

Re:   UltraV / Rogue Fitness

Dear Ms. Tune:

This responds to your July 19, 2019 letter.

Our June 7 letter to you invited a dialogue to negotiate a resolution of this dispute. Your July 19 response reiterated UltraV's unreasonable and unsupported demands, including, for example, that Rogue Fitness permanently take down its YouTube channel at www.youtube.com/user/RogueFitness/featured. While Rogue Fitness still hopes that we can discuss and resolve your client's allegations, your July 19 letter raises more questions than it answers and places a wholly unwarranted cloud over Rogue Fitness' business.

## I.   ULTRAV DOES NOT OWN TRADEMARK RIGHTS SUFFICIENT TO SUSTAIN ITS CLAIMS AGAINST ROGUE FITNESS

The first step in any Lanham Act trademark case is for the plaintiff to establish that it owns relevant trademark rights. Your July 19 letter fails to address how UltraV could establish ownership of relevant rights in the asserted marks following its predecessors' various defunct periods, assignments, security interests, sporadic uses, and bankruptcy.[1] Assuming that UltraV could establish that it owns some rights in ROGUE—a point Rogue Fitness does not concede—UltraV's asserted marks are weak and narrowly circumscribed; they do not support the breadth of its demands against Rogue Fitness, particularly in the context of a crowded marketplace and Relativity's long-standing coexistence with Rogue Fitness' distinct use of Rogue.

---

[1] Your May 3, 2019 letter defines your client as "UltraV" while your July 19, 2019 letter redefines your client as "Relativity." Because neither entity has made a sufficient showing that it owns trademark rights sufficient to sustain its claims against Rogue Fitness, we perceive no significance to the change.

Cydney A. Tune
August 26, 2019
Page 2

To that end, the sweeping allegations of purported trademark strength in your letter are unsupported and ignore the public record of trademark neglect by previous owners of the asserted marks. For example, citing your letter Exhibit A, you claim that "Relativity continues to promote, distribute and license" "many" "ROGUE films" today. However, the information provided in Exhibit A to your letter contradicts your assertions. At most, your letter Exhibit A shows that Relativity promoted, distributed, or licensed a collection of films six to ten years ago.

Moreover, in contrast to your bald assertion that "each [film is] prominently displaying the ROGUE mark," your letter Exhibit A shows screen clippings of asserted marks that briefly splash onscreen, but only after a viewer has downloaded and watched the film. As you admit, consumers "will only see the marks in the credits"—which is a weak, nondistinct use and assumes that consumers watch the credits and perceive Rogue as a mark among numerous other company names. (July 19, 2019 Tune letter at 6.)

Your further claim that "Relativity has continuously used, and continues to use, the ROGUE mark in connection with the promotion, distribution and licensing of each film through various media," followed by a laundry list of various media is equally unavailing. (*Id.* at 2.) First, it is not apparent what films you are referring to. Second, you do not allege what trademark use Relativity allegedly made in connection with ***its*** goods or services through any of the listed media.

In sum, your letter does not provide any information evidencing how Relativity itself used the asserted marks to preserve goodwill in connection with Relativity's goods or services over the past ten years, a period of time when Relativity's status ranged from defunct to bankrupt. Even assuming they are relevant commercial uses by Relativity, which we do not, you do not provide any contextual information relevant to the traditional factors of secondary meaning, including but not limited to whether anyone actually downloaded and watched the films listed in your Exhibit A, when downloads—if any—were made, where viewers—if any—were located, how much licensing revenue—if any—was paid to Relativity and attributable to the asserted marks, or what—if any—commercial impact this alleged legacy use of asserted Rogue marks had in the marketplace. In short, you do nothing to address the particular "when, where, and how secondary meaning was established," as our June 7 letter indicated is essential to evaluating the merits, *vel non*, of UltraV's claims. At most, your letter suggests that indistinct, ephemeral views of your client's historical uses of its marks reside deep within credits of digital files that are stored on non-parties' virtual shelves. But that is not secondary meaning.

Moreover, your reliance on decades-old case law to suggest that non-use due to bankruptcy forestalls abandonment misses the point. Here, the publicly available facts surrounding Relativity's unstable existence and bankruptcy from 2010 to present suggest that it may have abandoned some or all of the rights UltraV acquired—a point we would thoroughly develop if UltraV forces this matter to litigation. Equally important, however, is that even if not abandoned, the asserted marks are exceedingly weak and narrowly circumscribed at least because Relativity permitted a crowded landscape of "rogue"

Cydney A. Tune
August 26, 2019
Page 3

uses in connection with film, videos, and entertainment goods and services to co-exist with it over the past decade.

Further, your suggestion that Relativity should be forgiven for non-use during its bankruptcy contradicts your repeated claims to the effect that Relativity has "continuously used, and continues to use, the ROGUE mark." Assuming for the sake of argument that your assertions are correct and Relativity was continuously using the asserted marks, then Relativity had both an obligation and the ability to monitor and police its alleged rights over the past decade. Indeed, in your own words, "[a] trademark owner like UltraV is legally obligated to defend the exclusivity of its mark in order to preserve its distinctiveness and protect consumers." (May 3, 2019 Tune letter at 3.) However, the existence of extensive third-party uses confirms that Relativity has not defended the exclusivity of its alleged rights. In particular, there exist at least:

- More than 70 third-party allowed applications and living registrations in classes 9, 41, and 42 that include the word "ROGUE" (Exhibit A); and

- More than 100 examples of "ROGUE" being used in connection with films, entertainment services, production services, music/songs, video games, and TV shows, including at least: https://roguealchemypictures.com/, https://www.roguecitymedia.com, and http://www.roguetaurus.com.

Similar to the examples above, many other of the third-party uses we have identified are squarely within the scope of uses/rights UltraV claims for itself, evidencing Relativity's resounding failure to police its market.

Among other particularly salient uses Relativity never previously policed against, Rogue Fitness launched its YouTube channel in January 2009. (See, https://www.youtube.com/user/RogueFitness/about.) Rogue Fitness released videos featuring its sponsored athletes in connection with the ROGUE mark no later than 2011. Rogue Fitness released its first documentary, LEVANTODAORES, in 2015. And, in 2016, Rogue Fitness applied to register ROGUE RECORD BREAKERS, Application Serial No. 87115503, in connection with, *inter alia*, Class 9 for downloadable video recordings featuring athletic events and competitions." The Trademark Office–well aware of Relativity's trademarks–allowed Rogue Fitness' application and it published in the Official Gazette on July 11, 2017. Notwithstanding Rogue Fitness' substantial uses of its mark over the past decade, and its on-going efforts to register its mark, Relativity did not object to Rogue Fitness' uses and it never opposed Rogue Fitness' registration of ROGUE RECORD BREAKERS.

As UltraV surely knew when it purchased the asserted marks, "[a] strong trademark is one that is rarely used by parties other than the owner of the trademark, while a weak trademark is one that is often used by other parties . . . Indeed, the frequency of prior use of [a mark's text] in other marks, particularly in the same field of merchandise or service, illustrates the mark's lack of conceptual strength. Still, just as the widespread prevalence of [a] mark diminishes its distinctiveness, so the successful policing of a mark

Cydney A. Tune
August 26, 2019
Page 4

adds to its strength to the extent that it prevents weakening of the mark's distinctiveness in the relevant market." *Fuel Clothing Co., Inc. v. Nike, Inc.*, 7 F.Supp.3d 594, 612 (D. S. Carolina 2014). Here, the exceptionally crowded relevant landscape, in combination with Relativity's lack of policing, establish that UltraV's asserted marks are weak, if they possess any goodwill whatsoever. *Id.* If nothing else, Relativity's unreasonable delays in raising objections with Rogue Fitness give rise to a presumption of laches that would bar presuit monetary recovery and establish an estoppel that would entirely bar any monetary remedy.

To that end, the Supreme Court's recent opinion in *Mission Product Holdings, Inc. v. Tempnology, LLC, NKA Old Cold LLC*, 139 S.Ct. 1652 (2019), supports our position that if UltraV claims the benefit of purported goodwill earned by Relativity, UltraV must demonstrate that Relativity actually earned and protected that goodwill during its bankruptcy. Just as the Supreme Court explained in *Mission Product Holdings* that a bankruptcy estate is obligated to honor trademark licenses during bankruptcy, for a trademark to maintain valuable goodwill during bankruptcy its owner/the estate must continue policing its market and treating the mark like a valuable asset. (9 Norton Bankr. L. & Prac. 3d § 177:6.) Again, the facts surrounding Relativity's faltering business leading up to and during bankruptcy—and its enduring coexistence with numerous other uses of ROGUE formative marks for video/entertainment goods and services—evidence that Relativity's marks languished before and during bankruptcy. Notably, your July 19 letter does not address Relativity's failure to police its rights.

Instead, your attempts to distinguish or diminish the significance of third-party uses is unsupported, inconsistent with well-established law on the significance of third-party uses, and off base. To the extent the one case cited in support of your argument, *International Film Service Co. v. Associated Producers*, 273 F. 585 (S.D.N.Y. 1921), has any relevance to this dispute—which is tenuous at best—it undermines UltraV's position. There, the court refused to enjoin use of a title in part because "the title has been twice used since that time on other photoplays." *Id.* at 587. To be protected, the mark needed to demonstrate secondary meaning notwithstanding third-party uses. *Id.*

The same result would be appropriate here. Namely, UltraV could not prove likelihood of confusion because, to the extent it owns any rights in the asserted marks, those rights are weak and narrowly circumscribed by a crowded field—a crowded field that exists due UltraV's own failure to make consistent or distinctive commercial uses of its marks or to police its marketplace, and in which consumers readily discern differences between uses of the mark. *Miss World (UK) Ltd. v. Mrs. America Pageants, Inc.*, 856 F.2d 1445, 1449 (9th Cir. 1988) ("We view the beauty pageant industry's marks as a 'crowded field': In a '"crowded" field of similar marks, each member of the crowd is relatively "weak" in its ability to prevent use by others in the crowd.' . . . 'In such a crowd, customers will not likely be confused between any two of the crowd and may have learned to carefully pick out one from the other.'"), *abrogated in part on other grounds by Eclipse Associates Ltd. v. Data Gen. Corp.*, 894 F.2d 1114, 1116 n.1 (9th Cir. 1990).

Briefly, we also note that UltraV's marks are not "arbitrary" as you twice assert. However, we hope to avoid a dispute between our clients in which we publicly race ROGUE to the bottom of the distinctiveness spectrum.

Cydney A. Tune
August 26, 2019
Page 5

On a related note, UltraV's asserted federal registrations and your allusions to various foreign registrations do not alter Rogue Fitness' assement of UltraV's weak case because each of the asserted federal registrations, and many of the foreign registrations, appear susceptible to numerous grounds of attack. As one example, we reference the Trademark Office's recent audit of UltraV's Declaration of Use and Incontestability under Sections 8 & 15 in connection with U.S. Trademark Registration No. 4,514,831. Here, there is a notable inconsistency between your tacit admission that a gap exists between Rogue Fitness' and UltraV's uses of ROGUE—namely that UltraV does not use the mark in connection with sports and fitness videos (July 19, 2019, Tune letter at 10)—and the declaration signed on July 10, 2019 attesting that the mark covered by the registration has been continuously used in commerce for five consecutive years after the date of registration and is still in use in commerce on or in connection with all of the registered goods, including sports and fitness related videos. Juxtaposing UltraV's July 10 declaration with your July 19 letter, we question what would have happened if the Trademark Office audit had asked for proof of UltraV's current use of the mark in connection with "Downloadable films… featuring… fitness."

In sum, UltraV does not own rights that could sustain its claims against Rogue Fitness. UltraV's asserted marks are weak, at best, and its registrations flawed.

## II.    ROGUE FITNESS' USES OF ROGUE HAVE NOT AND WILL NOT CAUSE A LIKELIHOOD OF CONFUSION WITH ULTRAV

Rogue Fitness categorically rejects UltraV's infringement allegations and the purported likelihood of confusion analysis recited in your May 3 and July 19 letters.[2] For the reasons presented in our June 7 letter and many of those discussed further above, each of the likelihood of confusion factors favors Rogue Fitness. In particular, the profound weakness of the asserted marks, the dissimilarities of the parties' uses, the wide gap between the subject matter of our clients' relevant goods, and the lack of any hint of consumer confusion—despite a decade of coexistence—establish that confusion is unlikely.

In addition, we note that your approach to the similarity of the goods and consumer sophistication factors ignores the relevant inquiries. Here, your July 19 letter implies that our clients' goods are related because they both provide movies and full-length documentaries (July 19, 2019, Tune letter at 7), and consumers are not discerning because Rogue Fitness' goods are provided free of charge and through online providers where "users can easily cycle through films, sometimes without even manually selecting what to watch" (*id.* at 12). However, "[g]oods and services are not necessarily related just because they 'coexist in the same broad industry.'" *Progressive Distribution Servs., Inc. v. United Parcel Serv.*, Inc., 856 F.3d 416, 431 (6th Cir. 2017) (quoting *Homeowners Grp., Inc. v. Home Mktg. Specialists, Inc.*, 931 F.2d 1100, 1109 (6th Cir. 1991)). The issue is whether the products are so related "that they are likely to be connected in the mind of a prospective purchaser." *Homeowners Grp.*, 931 F.2d at 1109 (internal quotations omitted).

---

[2] Given its omission from your July 19 letter, we presume that UltraV has dropped its meritless May 3 allegation that its asserted marks are famous and being diluted by Rogue Fitness.

Cydney A. Tune
August 26, 2019
Page 6

"[T]he relatedness inquiry focuses on whether goods or services that are similarly marketed and appeal to common customers are likely to lead consumers to believe that they come from the same source, or are somehow connected with or sponsored by a common company." *Progressive Distribution*, 856 F.3d at 431-32 (internal quotations omitted) (quoting *Therma-Scan, Inc. v. Thermoscan, Inc.*, 295 F.3d 623, 633 (6th Cir. 2002)); *see also Kibler v. Hall*, 843 F.3d 1068, 1076-77 (6th Cir. 2016).

Properly considering these factors from the perspective of relevant consumers to whom our clients' respective goods are marketed and appeal, both factors favor Rogue Fitness. As explained in our June 7 letter, Rogue Fitness enjoys a brand identity associated with the highest quality strength and fitness equipment, and the documentaries and videos it provides relate to exceptional aspects of strength and fitness athletes and culture. To suggest that consumers would believe that Relativity's slasher/horror films and Rogue Fitness' tributes to strongman competitions come from the same source is to admit to having not watched Rogue Fitness' videos. Our clients' respective uses of ROGUE market distinctly different products to different audiences and there is clarity, not likelihood of confusion, here.

To that end, you never address the fact that Rogue Fitness today owns its own substantial trademark rights in the ROGUE mark, including in connection with promotional videos and documentaries. Rogue Fitness' rights grew unchallenged by Relativity. To the extent Relativity was actually using its asserted marks, its use was in peaceful coexistence with Rogue Fitness, and there has been no consumer confusion over the past decade. UltraV could not prove there is a likelihood of confusion now.

## III.    THIS DISPUTE SHOULD NOT BE LITIGATED

Because Rogue Fitness owns its own trademark rights in ROGUE, and for all the reasons set forth above and in our June 7 letter, Rogue Fitness is prepared to vigorously defend itself against UltraV's meritless claims. We expect that litigation will cost both of our clients millions of dollars and countless distractions from their businesses. Final resolution of a dispute litigated through appeal would be 3-4 years away.

After all of that, Rogue Fitness is certain that neither party would be entirely satisfied with a judicial outcome. Rogue Fitness therefore renews its suggestion that the parties focus on negotiating a resolution of this dispute. Because Rogue Fitness wants to quickly resolve the cloud of UltraV's threats hanging over its business, Rogue Fitness asks for UltraV's commitment to discuss settlement of this matter within the next three weeks. In the alternative, please confirm that UltraV considers this matter resolved in view of our correspondence.

We look forward to UltraV's response and I remain available to discuss these issues at your convenience.

This letter is sent without prejudice to Rogue Fitness' rights and remedies against UltraV, all of which are expressly reserved. Nothing in this letter constitutes an admission or a waiver of any claim or

Cydney A. Tune
August 26, 2019
Page 7

defense Rogue Fitness may have in this matter, and Rogue Fitness reserves the right to supplement and/or modify any or all of this response.

Sincerely,

Louis DiSanto

LD:jp

Enclosures

**Exhibit A**
**August 26, 2019**

**Trademark:** All pending allowed applications and living registrations in classes 9, 41 and 42 that include the word "ROGUE"

| | TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|---|
| **1.** | US Federal Q1 uf 2 | GO YOU, GO ROGUE RN: 5292375 SN: 87088453 | Rogue Community College (Oregon State Community College) 3345 Redwood Hwy. Grants Pass Oregon 97527 | Registered September 19, 2017 Int'l Class: 41 First Use: November 15, 2016 Filed: June 29, 2016 | (Int'l Class: 41) educational services, namely, conducting distance learning instruction at the college level; educational services, namely, providing courses of instruction at the college level and distribution of course material in connection therewith; educational services, namely, providing on-line courses of instruction at the college level; educating at university or colleges; organizing and conducting college sport competitions and athletic events |
| **2.** | US Federal Q1 uf 3 | GUARDIAN ROGUE RANGERS SN: 87847872 | Ma, Patrick Y. (United States Citizen) 908 Lake St. San Francisco California 94118 | Allowed - Intention to Use 1st Extension of Time Granted July 8, 2019 Filed: March 23, 2018 | (Int'l Class: 09) Video game software; computer game software (Int'l Class: 16) Graphic novels; comics; magazines featuring toys, pop culture, art and design; books and workbooks in the field of toys, pop culture, art and design (Int'l Class: 28) Toys, games and playthings, namely, toy action figures, plush toys, figurines and board games (Int'l Class: 41) Entertainment services in the nature of on-going television programs, webcasts, podcasts, on-going radio shows and non-downloadable short films, all in the field of animated fiction |
| **3.** | US Federal Q1 uf 4 | HERO-U ROGUE TO REDEMPTION RN: 5562452 | Translar Games, Inc. (California | Registered September 11, 2018 | (Int'l Class: 09) Computer game software |

| | TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|---|
| | | SN: 87576919 | Corp.) Po Box 2350 Oakhurst California 93644 | Int'l Class: 09 First Use: July 9, 2018 Filed: August 21, 2017 | |
| 4. | US Federal Q1 uf 5 | LUNAR ROGUE RN: 4543219 SN: 86097936 | Dettwiler, Julia (United States Citizen) 2nd Floor 468 N. Camden Dr. Beverly Hills California 90210 | Registered June 3, 2014 Int'l Class: 41 First Use: April 11, 2011 Filed: October 22, 2013 | (Int'l Class: 41) entertainment services in the nature of live musical performances |
| 5. | US Federal Q1 uf 6 | MAISON ROGUE RN: 5578818 SN: 87759984 | Maison Rogue, LLC (New Jersey Limited Liability Company) C/O Cole Schotz P.C., 25 Main Street Hackensack New Jersey 07601 | Registered October 9, 2018 Int'l Class: 35,41 First Use: January 17, 2018 Filed: January 18, 2018 | (Int'l Class: 35) on-line retail store services featuring clothing, shoes, bags, jewelry, sunglasses, fashion accessories, cosmetics, perfumes and fragrances, nail and skincare products, haircare products, books, candles, cards, home furnishings, home décor, gourmet food, dinnerware, glassware, and drinkware (Int'l Class: 41) entertainment services, namely, providing a website featuring online non-downloadable magazines and articles in the field of fashion, design, and travel |
| 6. | US Federal Q1 uf 7 | MIAMI ROGUE SN: 87714137 Disclaimer: "MIAMI" | Julian Monterrey Films LLC (Florida Limited Liability Company) 2301 Collins Avenue Suite 543 Miami Beach Florida | Allowed – Intent to Use 2nd Extension of Time Granted July 5, 2019 Filed: December 8, 2017 | (Int'l Class: 09) motion picture films in the fields of drama and action; downloadable motion pictures and television shows in the field of drama and action; downloadable multimedia files containing video and audio related to a dramatic television series; downloadable electronic publications in the nature of scripts for dramatic television series; downloadable images related to a dramatic television series |

| | TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|---|
| | | | 33139 | | |
| 7. | US Federal Q1 uf 8 | MISSION: IMPOSSIBLE ROGUE NATION RN: 4864659 SN: 86573501 | Paramount Pictures Corporation (Delaware Corp.) 5555 Melrose Avenue Hollywood California 90038 | Registered December 1, 2015 Int'l Class: 09 First Use: March 30, 2015 Filed: March 23, 2015 | (Int'l Class: 09) downloadable electronic game programs; electronic game software for handheld electronic devices; interactive video game programs |
| 8. | US Federal Q1 uf 9 | OF ROGUES & GENTLEMEN RN: 4466614 SN: 86035367 | Brooks Brothers Group, Inc. (Delaware Corp.) 100 Phoenix Avenue Enfield Connecticut 06082 | Registered January 14, 2014 Int'l Class: 41 First Use: March, 2011 Filed: August 12, 2013 | (Int'l Class: 41) providing a website featuring blogs and non-downloadable publications in the nature of articles and imagery in the field(s) of fashion and lifestyle |
| 9. | US Federal Q1 uf 12 | ROGUE RN: 3896732 SN: 85011955 | Expoimaging, Inc. (California Corp.) 121 Aviation Way Watsonville California 95076 | Registered 8 & 15 June 8, 2016 Int'l Class: 09 First Use: June 1, 2010 Filed: April 12, 2010 Registered: December 28, 2010 | (Int'l Class: 09) photographic accessories, namely: collapsible light directors and diffusers for use with photographic lighting equipment for professional and recreational photography; light directors and photographic lighting tents, all for use with photographic lighting equipment for professional and recreational photography; stands for photographic apparatus |
| 10. | US Federal Q1 | ROGUE | Oregon Brewing Company | Registered 8 & 15 November 20, | (Int'l Class: 41) arranging, conducting, organizing and sponsoring live |

| | TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|---|
| | uf 15 | R.N: 4229601 SN: 85565356 | (Oregon Corp.) 2320 Osu Drive Newport Oregon 97365 | 2017 Int'l Class: 41 First Use: December, 2003 Filed: March 9, 2012 Registered: October 23, 2012 | exhibitions and festivals featuring food, beverages, music and entertainment; organization of [ live sporting and ] recreational events, namely, [ surfing competitions, ] contests, events and games; and arranging and conducting live entertainment exhibitions in the nature of festivals featuring breweries and distilleries and their products |
| 11. | US Federal Q1 uf 16 | ROGUE R.N: 4552710 SN: 85863424 | Bell Sports, Inc. (California Corp.) 5550 Scotts Valley Drive Scotts Valley California 95066 | Registered June 17, 2014 Int'l Class: 09 First Use: October 6, 2012 Filed: February 28, 2013 | (Int'l Class: 09) protective helmets |
| 12. | US Federal Q1 uf 17 | ROGUE R.N: 5041969 SN: 86509736 | Afl Telecommunications LLC (Delaware Limited Liability Company) 170 Ridgeview Circle Duncan South Carolina 29334 | Registered September 13, 2016 Int'l Class: 09 First Use: January, 2016 Filed: January 21, 2015 | (Int'l Class: 09) handheld wireless digital portable instrument embedded with software for testing, analysis and troubleshooting of communications equipment and networks |
| 13. | US Federal Q1 uf 20 | ROGUE R.N: 2019131 SN: 75020086 | Rogue Enterprises, Inc. (Georgia Corp.) 23 Bacon Street Maysville Georgia 30558 | Renewed November 26, 2016 Int'l Class: 09 First Use: August 7, 1994 Filed: November | (Int'l Class: 09) phonograph records, compact discs, and cassette tapes containing musical performance |

| | TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|---|
| | | | | 13, 1995 Registered: November 26, 1996 | |
| **14.** | US Federal Q1 uf 21 | ROGUE RN: 3603403 SN: 77241226 | Marchon Eyewear, Inc. (New York Corp.) 201 Old Country Road, Third Floor Melville New York 11747 | Renewed April 7, 2019 Int'l Class: 09 First Use: December 1, 2007 Filed: July 27, 2007 Registered: April 7, 2009 | (Int'l Class: 09) goggles for motocross racing and parts and accessories therefore, namely, replacement lenses, frames, head straps, nose pieces and foam strips, and cases specially adapted for goggles |
| **15.** | US Federal Q1 uf 22 | ROGUE RN: 3781614 SN: 77288223 | Leupold & Stevens, Inc. (Oregon Corp.) P.O. Box 688 Beaverton Oregon 97075 | Registered 8 & 15 July 2, 2016 Int'l Class: 09 First Use: February 23, 2009 Filed: September 25, 2007 Registered: April 27, 2010 | (Int'l Class: 09) field, hunting and birding binoculars not for use in golfing |
| **16.** | US Federal Q1 uf 27 | ROGUE AGENDA and Design | Rogue Agenda LLC (Minnesota Limited Liability Company) P.O. Box 6345 March Air Reserve Base California 92518 | Registered July 18, 2017 Int'l Class: 41 First Use: November 1, 2010 Filed: March 8, 2016 | (Int'l Class: 41) entertainment services in the nature of development, creation, production and post-production services of multimedia entertainment content |

| | TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|---|
| | | RN: 5247242<br>SN: 86932345 | | | |
| 17. | US Federal<br>Q1<br>uf 28 | ROGUE AGENT: THE NERO PROTOCOL<br>R.N.: 5271489<br>SN: 86186020 | High 5 Games, LLC (Delaware Limited Liability Company)<br>One World Trade Center New York New York 10007 | Registered August 22, 2017<br>Int'l Class: 09<br>First Use: July 7, 2017<br>Filed: February 6, 2014 | (Int'l Class: 09)<br>game software |
| 18. | US Federal<br>Q1<br>uf 29 | ROGUE and Design<br><br>RN: 4414868<br>SN: 85873944 | Bell Sports, Inc. (California Corp.)<br>5550 Scotts Valley Drive Scotts Valley California 95066 | Registered October 8, 2013<br>Int'l Class: 09<br>First Use: April 7, 1987<br>Filed: March 12, 2013 | (Int'l Class: 09)<br>protective helmets |
| 19. | US Federal<br>Q2<br>uf 31 | ROGUE ARCHITECTURE | Rogue Architecture, Inc. (Colorado Corp.) | Registered December 29, 2015 | (Int'l Class: 42)<br>architectural services; graphic design services; interior design services |

| | TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|---|
| | | CHALLENGING THE STATUS QUO<br>RN: 4877244<br>SN: 86616840<br>Disclaimer: "ARCHITECTURE" | 4100 Wadsworth Boulevard, Suite 300 Wheat Ridge Colorado 80033 | Int'l Class: 42<br>First Use: November 29, 2010<br>Filed: May 1, 2015 | |
| 20. | US Federal Q1 uf 32 | ROGUE AVIATION<br>RN: 5614891<br>SN: 87743948<br>Disclaimer: "AVIATION" | Rogue Aviation, LLC (California Limited Liability Company)<br>12836 Alondra Blvd Cerritos California 90703 | Registered November 27, 2018<br>Int'l Class: 14,22,25<br>First Use: October 1, 2017<br>Int'l Class: 39<br>First Use: June 1, 2017<br>Int'l Class: 41<br>First Use: September 1, 2017<br>Filed: January 4, 2018 | (Int'l Class: 14)<br>pins being jewelry<br>(Int'l Class: 22)<br>lanyards for holding badges, keys<br>(Int'l Class: 25)<br>t-shirts<br>(Int'l Class: 39)<br>providing transport for sightseeing tours<br>(Int'l Class: 41)<br>helicopter flight instruction |
| 21. | US Federal Q1 uf 33 | ROGUE BALLERINA<br>RN: 5683944<br>SN: 87884591<br>Disclaimer: "BALLERINA" | Pazcoguin, Georgina (United States Citizen)<br>32 West 96th Street #2B New York New York 10025 | Registered February 26, 2019<br>Int'l Class: 41<br>First Use: July 3, 2014<br>Filed: April 19, 2018 | (Int'l Class: 41)<br>entertainment services in the nature of live dance performances |
| 22. | US Federal | ROGUE | A&A (United | Registered 8 & 15 | (Int'l Class: 41) |

| TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|
| Q1 uf 34 | BILLIONAIRE RN: 4316388 SN: 85687134 | States Limited Liability Company) Suite 94, 22 Notting Hill Gate London W11 3Je United Kingdom | April 23, 2018 Int'l Class: 41 First Use: December 1, 2009 Filed: July 26, 2012 Registered: April 9, 2013 | educational and entertainment services, namely, providing motivational and educational speakers; educational services, namely, conducting classes, seminars, conferences, workshops, field trips, non-downloadable webinars, programs, executive coaching, on-line workshops, live training, coaching and mentoring, advanced university level courses, in the field of travel, finance, investing, history, culture, art, music, business, current affairs, geography, geopolitics, political science, sports and distribution of training material in connection therewith; entertainment services, namely, multimedia production services; entertainment services, namely, production and distribution of ongoing television programs in the field of travel, food, finance, politics, business, investing, culture, religion, history, art, music, exploration, films, sports; entertainment services, namely, production of special effects including model-making services; computer-generated imagery and computer-generated graphics for the production of motion pictures, videos, and movie trailers; entertainment services, namely, providing a web site featuring photographic, audio, video and prose presentations in the fields of food, culture, history, art, music, and films; film and video production consulting services; film editing; multimedia entertainment services in the nature of development, production and post-production services in the fields of video and films; operation of video equipment or audio equipment etc. for production of radio or television programs; post-production editing services in the field of music, videos and film; production of audio recording; production of dvds, videotapes and television programs featuring travel, food, finance, politics, business, investing, culture, religion, history, art, music, exploration, films; production of films; production of monoscopic and/or stereoscopic, electronic, digital video and/or film; production of radio or television |

| | TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|---|
| | | | | | programs; special effects animation services for film and video |
| 23. | US Federal Q1 uf 35 | ROGUE COMPANY SN: 87941766 Disclaimer: "COMPANY" | Hi-Rez Studios, Inc. (Delaware Corp.) 3750 Brookside Parkway Alpharetta Georgia 30022 | Allowed - Intent to Use 1st Extension of Time Granted May 10, 2019 Filed: May 30, 2018 | (Int'l Class: 09) video-game software; video-game software that may be downloaded from a global computer network; video-game software for use on mobile devices, tablets, and cellular phones; video-game software for use on standalone clients |
| 24. | US Federal Q1 uf 36 | ROGUE COMPANY SN: 87941868 Disclaimer: "COMPANY" | Hi-Rez Studios, Inc. (Delaware Corp.) 3750 Brookside Parkway Alpharetta Georgia 30022 | Allowed - Intent to Use 1st Extension of Time Granted May 10, 2019 Filed: May 30, 2018 | (Int'l Class: 41) entertainment services in the nature of an online interactive game provided by means of a global computer network; providing information online relating to computer games, online computer games, computer game entertainment and amusement activities, and multi-player online computer game cooperation and competitions; publishing of electronic publications |
| 25. | US Federal Q1 uf 37 | ROGUE DIPLOMATS RN: 5350218 SN: 87444133 | Breiner, Matthew (United States Citizen) 23-62 33rd Street, Apt 2 Astoria New York 11105 | Registered December 5, 2017 Int'l Class: 41 First Use: March 17, 2013 Filed: May 10, 2017 | (Int'l Class: 41) entertainment, namely, live performances by a musical band; production of music; production of musical sound recording; production of sound and music video recordings; entertainment services by a musical artist and producer, namely, musical composition for others and production of musical sound recordings |
| 26. | US Federal Q1 uf 38 | ROGUE DISPOSAL & RECYCLING, INC. and Design | Rogue Waste, Inc. (Oregon Corp.) One West Main Street, Suite 401 Medford Oregon | Registered April 4, 2017 Int'l Class: 16,35,37,39,40,41 First Use: January 31, 2000 | (Int'l Class: 16) printed educational materials in the field of recycling and composting (Int'l Class: 35) operation of a business for others, namely, waste landfills |

| | TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|---|
| | | RN: 5174446<br>SN: 86901389<br>Disclaimer: "DISPOSAL & RECYCLING, INC." | 97501 | Filed: February 8, 2016 | (Int'l Class: 37)<br>maintenance of landfills for others; waste disposal for others; environmental remediation services, namely, waste disposal, solid waste landfill services, and medical waste disposal<br>(Int'l Class: 39)<br>garbage collection; transportation of medical waste; and rental of storage containers<br>(Int'l Class: 40)<br>recycling services; document shredding services; waste treatment services featuring the collection and composting of organic materials; waste treatment services, namely, recovery of methane, liquid natural gas, and other gases from landfills and transformation of said gases into electricity<br>(Int'l Class: 41)<br>educational demonstration, instruction and training in composting techniques; educational demonstration, instruction and training in recycling techniques |
| 27. | US Federal<br>Q2<br>uf 39 | ROGUE ELEMENT<br>RN: 4281982<br>SN: 85619269 | Rogue Element, Inc. (Illinois Corp.)<br>4043 N. Ravenswood Ave., Suite 202<br>Chicago Illinois 60613 | Registered January 29, 2013<br>Int'l Class: 42<br>First Use: November 24, 1999<br>Filed: May 8, 2012 | (Int'l Class: 42)<br>graphic design services for creating graphic logos for others, design of book layouts and books for others; web site design for others |
| 28. | US Federal<br>Q1<br>uf 43 | ROGUE FM<br>RN: 5729013<br>SN: 87730777 | Jamtraxx Media, Inc. (Illinois Corp.)<br>Suite 275 2500 East Devon Street Des | Registered April 16, 2019<br>Int'l Class: 41<br>First Use: December, 2017<br>Filed: December | (Int'l Class: 41)<br>Entertainment services, namely, providing an on-going radio program in the field of popular music; Production of radio programs; Radio entertainment production; Radio entertainment services, namely, radio programs featuring performances by popular music groups |

| | TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|---|
| | | | Plaines Illinois 60018 | 21, 2017 | |
| 29. | US Federal Q1 uf 45 | ROGUE GUNFIGHTER R A G TEGO SINE METU and Design  RN: 4666132 SN: 86208883 Disclaimer: "GUNFIGHTER" | Rg Intelligence LLC (Delaware Limited Liability Company) 283 Linden Ave Branford Connecticut 06405 | Registered January 6, 2015 Int'l Class: 09,35 First Use: July 1, 2012 Filed: March 3, 2014 | (Int'l Class: 09) bullet-proof vests and clothing; clothing for protection against accidents; insulated clothing for protection against accident or injury; protective ballistic resistant and blast resistant body armor, clothing and garments; protective body armor, namely, ballistic, bullet, blast, slash and stab resistant clothing; protective body armor, namely, ballistic, bullet, blast, slash and stab resistant vests; protective clothing, namely, heated garments in the nature of apparel consisting of carbon fiber which produces heat; protective load bearing vests reinforced with ballistic armor for holding tactical equipment (Int'l Class: 35) retail apparel stores; retail sporting goods stores |
| 30. | US Federal Q1 uf 46 | ROGUE HANDICAPPER RN: 4628051 SN: 86212222 Disclaimer: "HANDICAPPER" | Wafer, Harold (United States Citizen) 5762 E. Fairmount St. Tucson Arizona 85712 | Registered October 28, 2014 Int'l Class: 41 First Use: January 1, 2013 Filed: March 5, 2014 | (Int'l Class: 41) on-line horse racing advice services for selecting horses to wager on be it daily handicapping at a racetrack or in horse racing tournaments |
| 31. | US Federal Q1 uf 48 | ROGUE INDUSTRIES RN: 4519893 SN: 85574842 Disclaimer: "INDUSTRIES" | Tower Publishing, Dba Rogue Industries (Maine Corp.) 588 Saco Rd Standish Maine 04084 | Registered April 29, 2014 Int'l Class: 09,16 First Use: March 1, 2012 Filed: March 20, 2012 | (Int'l Class: 09) carrying cases for mobile computers; cases for mobile phones (Int'l Class: 16) blank writing journals |

| | TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|---|
| **32.** | US Federal Q1 uf 49 | ROGUE JOURNEY RN: 5170961 SN: 87146637 | Harbor Ministries, Inc. (Nebraska Corp.) 9600 So. 67th Lincoln Nebraska 68116 | Registered March 28, 2017 Int'l Class: 41,45 First Use: November 14, 2011 Filed: August 22, 2016 | (Int'l Class: 41) educational services, namely, conducting seminars and programs in the field of personal, spiritual and professional growth (Int'l Class: 45) religious and spiritual services, namely, providing gatherings and retreats to develop and enhance the spiritual lives of individuals |
| **33.** | US Federal Q1 uf 50 | ROGUE LACROSSE RN: 546218 SN: 87628565 Disclaimer: "LACROSSE" | Rogue Lacrosse Inc (New York Corp.) Po Box 624 Saratoga Springs New York 12866 | Registered May 15, 2018 Int'l Class: 35 First Use: July 31, 2008 Int'l Class: 41 First Use: May 31, 2008 Filed: September 29, 2017 | (Int'l Class: 35) coordination of recreational sporting opportunities for individuals who wish to participate in team league sports; providing on-line registration services for lacrosse camps, clinics, and lessons and for lacrosse coaching clinics (Int'l Class: 41) amateur youth sports services, namely, organizing and providing youth sports activities; arranging and conducting youth sports programs in the field of lacrosse; coaching in the field of sports; instruction in the nature of lacrosse playing and lacrosse coaching clinics; instruction in the nature of lacrosse playing and lacrosse coaching lessons; peer to peer coaching services in the field of lacrosse playing and lacrosse coaching; professional coaching services in the field of lacrosse playing and lacrosse coaching; providing classes, workshops, seminars and camps in the field of lacrosse playing and lacrosse coaching; providing a website featuring information relating to the sport of lacrosse; sport camps; sports instruction services; sports training services in the field of lacrosse |
| **34.** | US Federal Q1 | ROGUE LEADER | Lucasfilm Entertainment | Renewed May 11, 2014 | (Int'l Class: 09) [ computer game software, ] video game software, |

| TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|
| uf 51 | R:N: 2840876<br>SN: 76329357 | Company LTD. Llc (California Limited Liability Company) One Letterman Drive Bldg. B San Francisco California 94129 | Int'l Class: 09<br>First Use: October 29, 2001<br>Filed: October 24, 2001<br>Registered: May 11, 2004 | interactive video games [, and interactive computer games ] |
| **35.**<br>US Federal Q1<br>uf 52 | ROGUE LEGACY<br>RN: 5080582<br>SN: 86837377 | Lee, Kenny (Canada Citizen) 303-21 Hillcrest Avenue 303 Toronto, Ontario M2n7k2 Canada | Registered November 15, 2016<br>Filed: December 2, 2015 | (Int'l Class: 09)<br>computer game programmes; computer game programmes downloadable via the internet; computer game programs; computer game software; computer game software downloadable from a global computer network; computer game software for personal computers and home video game consoles; computer game software for use on mobile and cellular phones; computer game software for use with personal computers, home video game consoles used with televisions and arcade-based video game consoles; computer software, namely, game engine software for video game development and operation; downloadable computer game programs; downloadable computer game software via a global computer network and wireless devices; downloadable electronic game programs; downloadable electronic game software for use on mobile and cellular phones, handheld computers, personal computers, gaming consoles; electronic game programs; electronic game software; electronic game software for cellular telephones; electronic game software for handheld electronic devices; electronic game software for wireless devices; game software; interactive game programs; interactive game software; interactive video game programs; video and computer game programs; video game software |

| | TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|---|
| 36. | US Federal Q1 uf 53 | ROGUE LEGION RN: 5389479 SN: 87269337 | Troodo Entertainment Limited (Cayman Islands Limited Company (Ltd.)) F/4 Willow House Cricket Sq. Po Box 2804 Grand Cayman Ky1-1112 Cayman Islands | Registered January 30, 2018 Int'l Class: 41 First Use: December 13, 2016 Filed: December 15, 2016 | (Int'l Class: 41) electronic games services provided by means of the internet; entertainment services, namely, providing on-line computer games; entertainment services, namely, conducting alternate reality games via the internet; entertainment services, namely, providing a website featuring games and puzzles; entertainment services, namely, providing an on-line board game; entertainment services, namely, providing an on-line computer game; entertainment services, namely, providing online electronic games; entertainment services, namely, providing online video games; providing on-line computer games; providing online augmented reality games; providing a computer game for use network-wide by network users; providing a web-based system and on-line portal for customers to participate in on-line gaming, operation and coordination of game tournaments, leagues and tours for recreational computer game playing purposes; providing a web site through which people locate information about tournaments, events, and competitions in the video game field |
| 37. | US Federal Q1 uf 54 | ROGUE LEGION RN: 5389478 SN: 87269312 | Troodo Entertainment Limited (Cayman Islands Limited Company (Ltd.)) F/4 Willow House Cricket Sq. Po Box 2804 Grand Cayman Ky1-1112 Cayman Islands | Registered January 30, 2018 Int'l Class: 09 First Use: December 13, 2016 Filed: December 15, 2016 | (Int'l Class: 09) computer game programmes downloadable via the internet; computer game programs; computer game software; computer game software downloadable from a global computer network; computer game software for use on mobile and cellular phones; computer game software for personal computers and home video game consoles; computer programs for video and computer games; computer software, namely, game engine software for video game development and operation; downloadable computer game programs; downloadable computer game software via a global computer network and wireless devices; downloadable electronic game |

| | TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|---|
| | | | | | programs; downloadable electronic game software for use on mobile and cellular phones, handheld computers; game software; games that accept virtual or monetary wagers sold as a feature of game software; interactive game programs; interactive game software; interactive multimedia computer game programs; interactive video game programs; video game software; virtual reality game software |
| 38. | US Federal Q2 uf 55 | ROGUE NATION RN: 2484994 SN: 76091047 | Oregon Brewing Company (Oregon Corp.) 2320 Osu Drive Newport Oregon 97365 | Renewed September 4, 2011 Int'l Class: 42 First Use: July 18, 2000 Filed: July 18, 2000 Registered: September 4, 2001 | (Int'l Class: 42) association services, namely, promoting the interests of a micro-association of people who share values and desire a chance to inhabit an independent country that embraces change |
| 39. | US Federal Q1 uf 56 | ROGUE NATION and Design RN: 5521593 SN: 79208465 | Rogue Nation Pty LTD (Australia Limited Liability Company) C/- Morrows Legal Pty LTD, L13, Freshwater Pl, 2 Southbank Bvd Southbank Vic 3006 Australia | Registered July 24, 2018 Filed: October 7, 2016 Int'l Reg Date: October 7, 2016 | (Int'l Class: 35) advertising, namely, promotion of concerts; concert promotions for others; agents' services, namely, business management of actors, artists, authors, performing artists, photographers and writers; artists' agent services, namely, business management of artists; business management of performing artists; publicity agency services (Int'l Class: 41) arranging and conducting of concerts; arranging of concerts; event management services, namely, organisation of concerts and musical performances; advisory services relating to entertainment, namely, entertainment information; arranging of entertainment, namely, arranging of concerts and musical performances; arranging of exhibitions for |

| TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|
| | | | | entertainment purposes; arranging of music entertainment, namely, arranging of musical concerts and musical performances; booking of entertainment, namely, facilitating concert and entertainment event booking by providing concert and entertainment event booking services; dissemination of entertainment material, namely, providing entertainment information via a website, providing a website featuring entertainment information, providing entertainment information via radio, television, newspaper, magazine, pamphlet and poster; entertainment, namely, providing entertainment information, arranging of live music concerts and performances, conducting contests; entertainment information; entertainment, namely, fan club services; information services relating to entertainment; live entertainment, namely, live music concerts, live musical performances by a music artist; live entertainment production services, namely, production of operas and productions of plays, event management services, namely, organisation of entertainment events in the nature of cultural and arts events, community music festivals for entertainment purposes and cultural events and social entertainment events; event management services, namely, organization of cultural events; musical entertainment services, namely, presentation of music performances, live performances by a musical artist or band, recording and production of musical sound recording; organisation and conducting of dance, music and other entertainment festivals; organisation of entertainment competitions, namely, entertainment contests; organisation of entertainment events, namely, organisation of cultural shows, organisation of exhibitions for musical entertainment; entertainment events organising exhibitions for entertainment purposes; organising events for entertainment purposes, namely, organising of dancing events, |

| TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|-----------|---------------------|------------------|------------------|---------------------|
| | | | | organising cultural and arts events; organising of entertainment, namely, organising social entertainment events, organising film festivals for entertainment purposes; organising of entertainment and social events, namely, organising social entertainment events; production of audio entertainment, namely, production of audio recording, production of radio programs, production of music; providing facilities for entertainment, namely, providing recreation facilities, providing facilities for musical events, providing amusement facilities; providing information including online, about music, entertainment and cultural activities; provision of entertainment facilities, namely, providing recreation facilities; provision of entertainment services via an online forum, namely, providing an internet website portal in the field of music, providing an internet website portal featuring links to musical artistic websites and music performance ticket information; provision of live entertainment, namely, live music concerts, live radio personality performances, radio entertainment, namely, entertainment in the nature of live radio personality performances, providing an ongoing radio program in the field of music, radio entertainment production; entertainer services, namely, live, televised and movie appearances by a professional entertainer; live music services, namely, live music concerts, live performances by a musical group, presenting live musical performances; music festival services, namely, organising music festivals for cultural or entertainment purposes, conducting entertainment exhibitions in the nature of music festivals, music hall services; music performance services, namely, presentation of musical performances, live performances by a musical group; music publisher services, namely, publication of music; music publishing services; music recording studio services; musical performance services, namely, live music concerts; |

| TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|
| | | | | presentation of musical performances; production of musical recordings, other than advertising; providing digital non-downloadable music from the internet, namely, entertainment services in the nature of providing non-downloadable pre-recorded music; publication of music; recording of music; concert performances, namely, entertainment in the nature of live music concerts, arranging and conducting of music concerts; singing concert performances, namely, presentation of musical singing concert performances; entertainment, namely, live band performances; recording studio services; planning and arrangement of music performances; live show production services; organisation of musical entertainment events; planning and arrangement of music shows; production of music shows; song writing services; song writing, production of audio recordings, other than advertising |
| **40.** US Federal Q1 uf 57 | ROGUE ONE A STAR WARS STORY RN: 5338471 SN: 87306958 Disclaimer: "STORY" | Lucasfilm LTD. Llc (California Limited Liability Company) One Letterman Drive, Bldg. B San Francisco California 94129 | Registered November 21, 2017 Int'l Class: 41 First Use: December 16, 2016 Filed: January 19, 2017 | (Int'l Class: 41) production, presentation, distribution, and rental of motion picture films; production, presentation, distribution, and rental of sound and visual recordings; production of live-action entertainment shows and interactive programs for distribution via audio and visual media, and electronic means; production and provision of entertainment news and entertainment information via communication and computer networks; providing entertainment services via a global communication network in the nature of websites featuring a wide variety of general interest entertainment information relating to motion picture films, musical videos, related film clips, photographs, and other multimedia materials; amusement park and theme park services; educational and entertainment services rendered in or relating to theme parks, namely, live stage shows, live amusement park shows, live performances by costumed characters, |

| | TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|---|
| | | | | | and presentation of live theatrical performances; presentation of live stage shows; presentation of live show performances; theater productions; entertainer services, namely, live appearances by a professional entertainer |
| 41. | US Federal Q1 uf 63 | ROGUE PLAY RN: 4593996 SN: 85946516 | Rogue Play, Inc. (California Corp.) 9 Pasteur, Suite 100 Irvine California 92618 | Registered August 26, 2014 Int'l Class: 09,42 First Use: May 16, 2014 Filed: May 30, 2013 | (Int'l Class: 09) computer game cartridges and discs; computer game software; computer game software for personal computers and home video game consoles; computer game software for use on mobile and cellular phones; downloadable computer game software via a global computer network and wireless devices; electronic game software for handheld electronic devices; electronic game software for wireless devices; video game cartridges and discs (Int'l Class: 42) designing and developing computer game software and video game software for use with computers, video game program systems and computer networks |
| 42. | US Federal Q1 uf 64 | ROGUE RATS RN: 4808330 SN: 86526136 | Renegade Redneck Productions LLC (Washington Limited Liability Company) Po Box 39 Kahlotus Washington 99335 | Registered September 8, 2015 Int'l Class: 09 First Use: January 18, 2015 Filed: February 5, 2015 | (Int'l Class: 09) downloadable computer game programs; game software |
| 43. | US Federal Q1 uf 66 | ROGUE RUNNING RN: 3972923 | Rogue Equipment LLC (Texas Limited | Registered 8 & 15 July 13, 2017 Int'l Class: 41 | (Int'l Class: 41) athletic training services; physical fitness training services |

| TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|
| | SN: 85018111 Disclaimer: "RUNNING" | Liability Company) 410 Pressler St Austin Texas 78703 | First Use: May 30, 2004 Filed: April 20, 2010 Registered: June 7, 2011 | |
| 44. US Federal Q1 uf 68 | ROGUE SQUADRON RN: 2356054 SN: 75498467 | Lucasfilm Entertainment Company LTD. Llc (California Limited Liability Company) One Letterman Drive Bldg. B San Francisco California 94129 | Renewed June 6, 2010 Int'l Class: 09 First Use: November 21, 1998 Filed: June 9, 1998 Registered: June 6, 2000 | (Int'l Class: 09) computer game software and instruction manuals distributed as a unit |
| 45. US Federal Q1 uf 69 | ROGUE STATE RN: 4774921 SN: 85312551 | Wheeler, Scott (United States Citizen) 4110 West Magnolia Blvd Burbank California 91505 | Registered July 21, 2015 Int'l Class: 41 First Use: July 1, 2009 Filed: May 4, 2011 | (Int'l Class: 41) production and distribution of motion pictures; provision of information relating to distribution of television shows, motion picture film and radio shows; television show production; television, video and movie filming services |
| 46. US Federal Q1 uf 70 | ROGUE SYNAPSE RN: 3052170 SN: 76564186 | Sinnesloschen, LLC (Texas Limited Liability Company) 3208 Beverly Drive Dallas Texas 75205 | Renewed January 31, 2016 Int'l Class: 41 First Use: August 2, 2005 Filed: December 9, 2003 Registered: January 31, 2006 | (Int'l Class: 41) entertainment services, namely, providing on-line computer games and original artwork |

| | TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|---|
| 47. | US Federal Q1 uf 71 | ROGUE TAXIDERMY RN: 4499714 SN: 85587302 Disclaimer: "TAXIDERMY" | Marbury, Robert R (United States Citizen) 8 Middleton Ct Baltimore Maryland 21212 | Registered Supplemental Register March 18, 2014 Int'l Class: 41 First Use: October 15, 2004 Filed: March 26, 2013 | (Int'l Class: 41) providing information about the field of artwork utilizing taxidermy and taxidermy related materials; providing workshops, lectures, and classes in the field of taxidermy; providing on-going television programs about the lifestyles and practices of taxidermists |
| 48. | US Federal Q1 uf 72 | ROGUE TRIO RN: 5180399 SN: 87143836 Disclaimer: "TRIO" | Kathleen Strahm (United States Citizen) 2503 E. 5th Pl. Tempe Arizona 85281 | Registered April 11, 2017 Int'l Class: 41 First Use: August 1, 2015 Filed: August 18, 2016 | (Int'l Class: 41) entertainment, namely, live performances by a musical band |
| 49. | US Federal Q1 uf 73 | ROGUE TROOPER RN: 5394458 SN: 87342096 | Kingsley, Christopher (United Kingdom Citizen) Riverside House, Osney Mead Oxford United Kingdom | Registered February 6, 2018 Filed: February 20, 2017 | (Int'l Class: 09) compact discs, dvds and other digital recording media, namely, mp3, mp4 featuring videos in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western, and audio in the field of music; mechanisms for coin-operated apparatus; computer software, namely, computer graphics software, computer operating software, computer game software, computer software development tools; music discs; action computer games; computer action games for use on a console; action mobile software games; action role playing computer games; action role playing mobile software games; action role playing software; action game |

| TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|-----------|---------------------|------------------|------------------|---------------------|
| | | | | software; action-adventure computer games; action-adventure mobile software games; action-adventure software; adaptive software; adventure computer games; adventure mobile software games; adventure software; advergame computer games; advergame mobile software games; advergame software; application software used for computer games; application software for social networking services via internet; arcade mobile software games; art game computer games; art game mobile software games; art game software; artillery computer games; artillery mobile software games; assistive software for use by those with disabilities; audio discs featuring music; beat 'em 'up computer games; beat 'em 'up mobile software games; bioinformatics software; bios software; computer games; board game software; card game computer games; card game mobile software games; card game software; casual computer games; casual mobile software games; casual software games; cinematographic films in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; communication software; online community software; compact discs featuring read-only memory, music, audio; competitive computer games; competitive mobile software games; competitive game software; compiler software used for transforming source code into the target language; computer application software used for computer games; electronic database in the field of computer game software recorded on computer media; computer game discs; computer games software; computer games; computer games used in business; computer games used for business purposes; computer gaming software; computer graphics software; computer operating software; computer programs used for |

| TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|
| | | | | computer games design; computer software used for virtual reality; computer telephony software; construction or management simulation computer games; construction or management simulation mobile software games; construction or management simulation software; credit screening software; data communications software; data compression software; data processing software; database management software used in the field of computer games ; database software used in the field of computer games; decoder software; digital versatile discs featuring games, music, videos, software; downloadable electronic publications in the nature of reports, books, reviews, news articles, essays, guides, manuals, posters and magazines in the field of computer software, films, television and computer games; downloadable movies in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; downloadable video recordings in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; dvd discs in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; electronic publications, namely, reports, books, reviews, news articles, essays, guides, manuals, posters and magazines in the field of computer software, films, television, computer games, music, and videos recorded on computer media encoded discs; motion pictures in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, |

| TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|
| | | | | horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; optical discs, pre-recorded cassettes, pre-recorded compact discs, pre-recorded digital versatile discs, all featuring films in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; pre-recorded digital versatile discs featuring music; pre-recorded digital versatile discs featuring videos in the field of computer games; pre-recorded discs in the field of computer games; pre-recorded films on discs and mp4 in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; video compact discs in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; video films in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; dvd discs in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; dvd cases; videodiscs in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; downloadable movies in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, |

| TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|
| | | | | horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; downloadable podcasts in the field of news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war, computer software, computer games and western; downloadable comic strips; downloadable electronic newspapers in the field of compute games, current affairs, computer software; downloadable electronic books in the field of computer games, computer software; downloadable video files in the field of news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; downloadable musical sound recordings; downloadable computer software applications used for computer games; downloadable computer software used for computer games; downloadable games software; downloadable movies in the field of news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; educational computer games; educational mobile software games; electronic sports computer games; electronic sports mobile software games; electronic sports software; entertainment software used for playing films, music, audio, computer games, videos; exercise computer games; exercise mobile software games; exercise game software; explore, expand, exploit or exterminate computer games; explore, expand, exploit or exterminate mobile software games; explore, expand, exploit or exterminate software; facial analysis software; facial recognition software; fighting computer games; fighting |

| TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|
| | | | | mobile software games; fighting game software; first person shooter computer games; first person shooter mobile software games; first person shooter software; grand strategy wargame computer games; grand strategy wargame mobile software games; grand strategy wargame software; idle gaming computer games; idle gaming mobile software games; idle gaming software; image recognition software; incremental computer games; incremental mobile software games; industrial software used for creating games, films, software, music, audio, videos; interactive movie computer games; interactive movie mobile software games; interface software used for allowing two or more separate components of a computer system to exchange information; internet messaging software; life simulation computer games; life simulation mobile software games; life simulation software; geo-localisation software; logic computer games; logic mobile software games; massively multiplayer online computer games; massively multiplayer online mobile software games; massively multiplayer online role-playing games mobile games; media software used for playing games, videos, films, music, audio; metroidvania computer games; metroidvania mobile software games; metroidvania software; motion pictures in the field of news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; multimedia software used for news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; multimedia software used for news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, |

| TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|
| | | | | film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; music computer games; music mobile software games; music software used for playing and recording music; music-composition software; non-violent computer games; non-violent mobile software games; operating software; party computer games; party mobile software games; platform computer games; platform mobile software games; pre-recorded compact discs and pre-recorded digital versatile discs featuring games; pre-recorded digital versatile discs featuring films in the field of news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; pre-recorded digital versatile discs featuring music; pre-recorded digital versatile discs featuring videos in the field of news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; pre-recorded discs featuring news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; pre-recorded software used for games; privacy software used for protecting the privacy of its users; programming computer games; programming mobile software games; computer programming software; racing computer games; racing mobile software games; racing software; real-time 3d adventure computer games; real-time 3d adventure mobile software games; real-time 3d adventure software; real-time strategy computer games; real-time strategy mobile software games; real-time strategy |

| TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|
| | | | | software; real-time tactics computer games; real-time tactics mobile software games; real-time tactics software; recorded films in the field of news, current affairs, action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; role playing computer games; role playing mobile software games; role playing software; sand box role playing computer games; sand box role playing mobile software games; sand box role playing software; science software used for educational purposes; cyber security software; serious computer games; serious mobile software games; shooter computer games; shooter mobile software games; shooter game software; side-scrolling computer games; side-scrolling mobile software games; side-scrolling software; simulation computer games; simulation mobile software games; simulation software; simulation software; software drivers; software for gps navigation systems; software programmable microprocessors; speech analytics software; sports computer games; sports mobile software games; sports-based fighting computer games; sports-based fighting games; sports-based fighting mobile software games; sports-based fighting software; stealth computer games; stealth mobile software games; strategy computer games; strategy mobile software games; student software used for education purposes; survival horror computer games; survival horror mobile software games; survival horror software; tactical role playing computer games; tactical role playing mobile software games; tactical role playing software; tactical shooter computer games; tactical shooter mobile software games; tactical shooter software; software for teachers; telecommunications software used for providing remote access to systems and exchange files and messages in text, audio and/or |

| TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|
| | | | | video formats between different computers or users; text adventure computer games; text adventure mobile software games; text adventure software; third person shooter computer games; third person shooter mobile software games; third person shooter software; tower defense computer games; tower defense mobile software games; training software used for education purposes; trivia computer games; trivia mobile software games; trivia software; turn-based strategy computer games; turn-based strategy mobile software games; turn-based strategy software; turn-based tactics computer games; turn-based tactics mobile software games; turn-based tactics software; usb operating software; utility software; vehicle simulation computer games; vehicle simulation mobile software games; vehicle simulation software; video game discs; video game software; video games software; video games software; virtual reality game software; virtual reality software used for playing games; visual novel computer games; visual novel mobile software games; visual novel software used for reading; vpn operating software; wan operating software; wargame computer games; wargame mobile software games; wargame software; workflow software; parts therefor; compact discs and digital versatile discs featuring videos in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western, and audio in the field of music; parts therefor for the aforesaid (Int'l Class: 16) printed matter, namely, pamphlets, brochures, advertising booklets, books, magazines, manuals, and periodicals in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, |

| TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|
| | | | | mystery, romance, science-fiction, sport, thriller, war and western; newspapers and photographs; stationery; printed instructional and teaching material in the field of computer game hints, tips and guides; advertising pamphlets; advertising posters; advertising publications, namely, pamphlets, posters, boards, flyers and signs; books in the field of fiction, comedy, drama, horror, non-fiction, realistic fiction, romance novel, satire, science fiction, tragedy, tragicomedy, fantasy, mythology; trading cards; guide books and magazines in the field of fiction, manuals in the field of fiction; pamphlets in the field of advertising; comic books; comic magazines; comics; fantasy books; series of fiction books; periodical magazines in the field of computer games, science fiction; periodical publications, namely, pamphlets, posters, brochures, advertising booklets, books, comics, magazines, manuals, periodicals, newspapers and photographs in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; periodicals, namely, pamphlets, posters, brochures, advertising booklets, books comics, magazines, manuals, periodicals, newspapers and photographs in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; poster magazines; posters; printed publications, namely, pamphlets, posters, brochures, advertising booklets, books, comics, magazines, manuals, periodicals, newspapers and photographs in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; series of |

| TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|
| | | | | computer game hint books; stickers; strategy guide books for card games; strategy guide books for computer games; trading cards; books for children; colouring books; sticker books; pens; pencils; writing paper; greetings cards; series of fiction novels and books; crime novels and books; detective novels and books; drama novels and books; fable novels and books; fairy tale novels and books; fan fiction novels and books; fantasy novels and books; folklore novels and books; historical fiction novels and books; horror novels and books; humour novels and books; legend novels and books; magical realism novels and books; metafiction novels and books; mystery novels and books; mythology novels and books; picture book novels; realistic fiction novels and books; series of science fiction novels and books; short story novels and books in the field of fiction; suspense novels and books; thriller novels and books; tall tale novels and books; western novels and books; biographies; autobiographies; memoirs; parts therefor (Int'l Class: 28) games and playthings, namely, arcade games, balloons, board games, card games, dice games, dolls, hand puppets, novelty masks, plush toys, puppets, rubber character toys, toy watches, toy vehicles, toy models, toy guns, toy figures, toy cars, trading card games, video game consoles, video game machines, yo-yos; board games; card games; collectable toy figures; dolls; dice games; electronic board games; games, namely, arcade games, balloons, board games, card games, dice games, dolls, hand puppets, novelty masks, plush toys, puppets, rubber character toys, toy watches, toy vehicles, toy models, toy guns, toy figures, toy cars, trading card games, video game consoles, video game machines, yo-yos; models for use with role playing games; playing cards; scale model figures; scale-model vehicles; toy action figurines; toy figures; |

| TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|-----------|---------------------|------------------|------------------|---------------------|
| | | | | toy figurines; toy models; toys, games, playthings and novelties, namely, arcade games, balloons, board games, card games, dice games, dolls, hand puppets, novelty masks, plush toys, puppets, rubber character toys, toy watches, toy vehicles, toy models, toy guns, toy figures, toy cars, trading card games, video game consoles, video game machines, yo-yos; parts therefor (Int'l Class: 41) educational services, namely, providing classes, seminars, workshops, lectures in the field of computers, software, computer games, films and television programs; providing of training in the field of computers, software, computer games, films and television programs; entertainment services, namely, providing films in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; computer gaming services; providing podcasts in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; organizing sporting and cultural activities; arrangement of conventions for educational purposes; arrangement of conventions for recreational purposes; arranging of competitions via the internet; arranging of conventions for cultural purposes; arranging of conventions for entertainment purposes; arranging, organizing or conducting of conventions, conferences, symposiums, seminars, lectures, socials and parties for educational and entertainment purposes; entertainment services in the nature of arranging social entertainment events; book publishing; electronic publishing, namely, pamphlets, brochures, advertising booklets, books, magazines, manuals, and periodicals in the field of action, adventure, animation, biography, comedy, |

| TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|
| | | | | crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; exhibition, distribution and production of films; interactive entertainment in the nature of online computer games, music and films; interactive entertainment in the nature of online television programs in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; magazine publishing; motion picture production; multimedia entertainment software publishing services; organization of competitions or awards for educational purposes; organization of sports competitions; organization of conferences, exhibitions or competitions for educational purposes; organization of entertainment competitions in the nature of computer games competitions; organization of recreational competitions; photography services; publishing of printed matter, namely, pamphlets, brochures, advertising booklets, books, magazines, manuals, and periodicals in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; software publishing services in the field of computer games, computer software, music, films, books and magazines; television programme production; editing of television programmes; production of television programmes; production of entertainment in the form of a television series; television show production; television entertainment services, namely, providing on-going television shows and films in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, |

| TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|-----------|---------------------|------------------|------------------|---------------------|
| | | | | mystery, romance, science-fiction, sport, thriller, war and western; television program production; radio and television entertainment, namely, the provision of television shows and radio shows in the field of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; production of television films; film editing; film studios; film production; film distribution; video editing; video production; scriptwriting services for non-advertising purposes; screenplay writing; writing screenplays; production of tv shows; video and dvd film production; provision of non-downloadable films in the genre of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western, not downloadable; providing films in the genre of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western not downloadable, via video-on-demand transmission services; movie studio services; production of live television programmes; cinema entertainment namely, cinema theatres; cinema studio services; non-downloadable electronic publications in the nature of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western; providing on-line videos in the genres of action, adventure, animation, biography, comedy, crime, documentary, drama, family, fantasy, film-noir, history, horror, music, musical, mystery, romance, science-fiction, sport, thriller, war and western, not downloadable; massively multiplayer online real-time |

| TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|
| | | | | strategy games; massively multiplayer online real-time strategy mobile games; massively multiplayer online real-time strategy software; massively multiplayer online role-playing games console games; massively multiplayer online role-playing games; multiplayer online battle arena computer games; multiplayer online battle arena console games; multiplayer online battle arena games; multiplayer online battle arena mobile games; multiplayer online battle arena software; information, consultancy or advisory services relating to the aforesaid |
| **50.** US Federal Q1 uf 78 | ROGUE WAVE RN: 3941360 SN: 77780045 | L.A. Louver Gallery, Inc. (California Corp.) 45 North Venice Boulevard Venice California 90291 | Registered 8 & 15 June 28, 2016 Int'l Class: 35,41 First Use: June 29, 2001 Filed: July 13, 2009 Registered: April 5, 2011 | (Int'l Class: 35) art galleries (Int'l Class: 41) educational and entertainment services, namely, presenting seminars, lectures, screenings and exhibitions in the field of art and art appreciation |
| **51.** US Federal Q1 uf 79 | ROGUE WAVE RN: 3663131 SN: 77628635 | Schwartz, Zach (United States Citizen) C/O Counsel LLP 230 California St. Ste. 201 San Francisco California 94111 | Renewed August 4, 2019 Int'l Class: 09 First Use: August 31, 2002 Int'l Class: 41 First Use: September 30, 2002 Filed: December 8, 2008 Registered: August 4, 2009 | (Int'l Class: 09) musical sound recordings; pre-recorded cds featuring music (Int'l Class: 41) entertainment in the nature of live musical performances by an individual musician, either alone or as part of a musical group |

| | TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|---|
| **52.** | US Federal Q1 uf 80 | ROGUE WAVE RN: 1734538 SN: 74245887 | Rogue Wave Software, Inc. (Delaware Corp.) 1315 West Century Drive, Suite 150 Louisville Colorado 80027 | Renewed November 24, 2012 Int'l Class: 09 First Use: November 15, 1989 Filed: February 12, 1992 Registered: November 24, 1992 | (Int'l Class: 09) computer software used for creation of other computer programs |
| **53.** | US Federal Q1 uf 81 | ROGUE WAVE and Design *ROGUE WAVE* RN: 3941359 SN: 77780039 | L.A. Louver Gallery, Inc. (California Corp.) 45 North Venice Boulevard Venice California 90291 | Registered 8 & 15 June 28, 2016 Int'l Class: 35,41 First Use: June 29, 2001 Filed: July 13, 2009 Registered: April 5, 2011 | (Int'l Class: 35) art galleries (Int'l Class: 41) educational and entertainment services, namely, presenting seminars, lectures, screenings and exhibitions in the field of art and art appreciation |
| **54.** | US Federal Q1 uf 82 | ROGUE WAVE S O F T W A R E and Design  RN: 2530765 | Rogue Wave Software, Inc. (Delaware Corp.) 1315 West Century Drive, Suite 150 Louisville Colorado 80027 | Renewed January 15, 2012 Int'l Class: 09 First Use: April 17, 2000 Filed: June 20, 2000 Registered: January 15, 2002 | (Int'l Class: 09) computer software used for the creation of other computer programs |

| | TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|---|
| | | SN: 76073957<br>Disclaimer: "SOFTWARE" | | | |
| 55. | US Federal<br>Q1<br>uf 83 | ROGUE WIZARDS<br>RN: 5095796<br>SN: 86158405 | Spellbind Studios LLC (California Limited Liability Company)<br>75 Moss St. Unit 14 San Francisco California 94103 | Registered<br>December 6, 2016<br>Int'l Class: 09<br>First Use: September 27, 2016<br>Filed: January 6, 2014 | (Int'l Class: 09)<br>downloadable computer game programs; downloadable mobile applications for computer gaming; video game cartridges and discs |
| 56. | US Federal<br>Q1<br>uf 87 | ROGUE YOGI and Design<br><br>ROGUE YOGI<br><br>RN: 5140562<br>SN: 87073231<br>Disclaimer: "YOGI" FOR INTERNATIONAL CLASS 41 | Julie Tran Buorn (United States Citizen)<br>356 Ashton Ave. San Francisco California 94112 | Registered<br>February 14, 2017<br>Int'l Class: 25,41<br>First Use: May 19, 2015<br>Filed: June 16, 2016 | (Int'l Class: 25)<br>graphic t-shirts; sweat pants; yoga pants; yoga shirts; athletic tops and bottoms for yoga<br>(Int'l Class: 41)<br>yoga instruction |
| 57. | US Federal<br>Q1<br>uf 88 | ROGUEARTBYME<br>RN: 4866774<br>SN: 86618366 | Rogueartbyme, Elena Fernandez, Usa (Nevada Sole | Registered<br>December 8, 2015<br>Int'l Class: 16,41<br>First Use: June 1, | (Int'l Class: 16)<br>art prints<br>(Int'l Class: 41)<br>educational services, namely, conducting classes in the |

| TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|
| | | Proprietorship) 3408 E. Honduras Pl North Las Vegas Nevada 89030 | 2012 Filed: May 4, 2015 | field of art |
| **58.** US Federal Q1 uf 89 | ROGUEBLOCK RN: 4525968 SN: 86149174 | The International Anticounterfeitin g Coalition, Inc. (New York Corp.) Suite 1020 1730 M Street Nw Washington District of Columbia 20036 | Registered May 6, 2014 Int'l Class: 35,41 First Use: December 10, 2013 Filed: December 20, 2013 | (Int'l Class: 35) secure online portal that facilitates the safe flow of information from ip rights-holders to designated governmental enforcement agencies and credit card and payment processing networks merchants (Int'l Class: 41) hosting events to educate payment industry personnel on the risks associated with taking on counterfeit merchants |
| **59.** US Federal Q1 uf 90 | ROGUEFLIX RN: 5116746 SN: 85651390 | Rokvu LLC (California Limited Liability Company) 281 E. Colorado Blvd., Suite 2283 Pasadena California 91101 | Registered January 10, 2017 Int'l Class: 41 First Use: June 6, 2012 Filed: June 14, 2012 | (Int'l Class: 41) entertainment information; entertainment services, namely, providing a web site featuring photographic, audio, video and prose presentations featuring entertainment information, news and commentary regarding the arts, entertainment, sports, and the media; entertainment services, namely, providing on-line reviews of movies; film and video production; motion picture film production; physical fitness instruction; providing a web site featuring information on exercise and fitness; providing a web site featuring non-downloadable instructional videos in the field of martial arts; providing a web site that features informal instruction on self defense; providing a website featuring entertainment information; providing entertainment information via a website; providing information on physical exercise; providing information, news and commentary in the field of entertainment; |

| | TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|---|
| | | | | | rental of motion pictures; rental of pre-recorded videos that may be downloaded from an internet web site |
| 60. | US Federal Q1 uf 92 | ROGUE-ONE RN: 5505698 SN: 86508781 | Sonic Faction, LLC (California Limited Liability Company) 1416 North La Brea Hollywood California 90028 | Registered July 3, 2018 Int'l Class: 09 First Use: January 14, 2015 Filed: January 20, 2015 | (Int'l Class: 09) computer software for generating music and sounds |
| 61. | US Federal Q1 uf 93 | ROGUES SN: 87882352 | Superscience, LLC (Rhode Island Limited Liability Company) 2 Altieri Way Warwick Rhode Island 02886 | Allowed - Intent to Use 1st Extension of Time Granted January 29, 2019 Filed: April 18, 2018 | (Int'l Class: 41) Entertainment services, namely, online computer games |
| 62. | US Federal Q1 uf 95 | ROGUES AMONG US RN: 5407679 SN: 87625306 | Means, Jonathan (United States Citizen) 6421 Dawson Creek Drive Pasadena Texas 77503 | Registered February 20, 2018 Int'l Class: 41 First Use: December 20, 2014 Filed: September 27, 2017 | (Int'l Class: 41) entertainment information services, namely, providing information and news releases about a musical artist; live performances by a musical group; entertainment services, namely, providing non-downloadable prerecorded music, information in the field of music, and commentary and articles about music, all on-line via a global computer network; entertainment, namely, live performances by a musical band |
| 63. | US Federal Q1 uf 96 | ROGUESCALAR RN: 5072999 SN: 86955100 | Stover, Ben F., Dba Roguescalar (United States | Registered November 1, 2016 Int'l Class: 09,42 First Use: May 30, | (Int'l Class: 09) interactive game software (Int'l Class: 42) software authoring; computer software development |

| | TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|---|
| | | | Citizen) Apt 208 859 Benedetti Dr Naperville Illinois 60563 | 2015 Filed: March 28, 2016 | |
| 64. | US Federal Q1 uf 97 | ROGUEWAVE SOFTWARE and Design ⩶RogueWave RN: 5734008 SN: 88159720 Disclaimer: "SOFTWARE" | Rogue Wave Software, Inc. (Delaware Corp.) 1315 West Century Drive, Suite 150 Louisville Colorado 80027 | Registered April 23, 2019 Int'l Class: 41 First Use: April, 2014 Filed: October 18, 2018 | (Int'l Class: 41) Computer education training, namely, training services in the field of open source projects, software, application programming interface (API), website and enterprise systems development and implementation, and preparation for computer certification testing; educational services, namely, providing training via non-downloadable webinars and in-person workshops in the field of open source software, application programming interface (API) management, software application security, data visualization, and standards compliance |
| 65. | US Federal Q1 uf 98 | ROGUEWAVE SOFTWARE and Design ⩶RogueWave RN: 5734007 SN: 88159716 Disclaimer: "SOFTWARE" | Rogue Wave Software, Inc. (Delaware Corp.) 1315 West Century Drive, Suite 150 Louisville Colorado 80027 | Registered April 23, 2019 Int'l Class: 09 First Use: April, 2014 Filed: October 18, 2018 | (Int'l Class: 09) computer software development tools; computer software for computer system and application development, deployment, and management; computer software for the importation, manipulation, visualization in the nature of graphical representation, and analysis of business information for the development and programming of software; computer software, downloadable, for debugging code; computer software for visualization in the nature of graphical representation and analysis of business information for the development of software user interfaces |
| 66. | US Federal Q2 uf 99 | ROGUEWAVE SOFTWARE and Design | Rogue Wave Software, Inc. (Delaware | Registered April 23, 2019 Int'l Class: 42 | (Int'l Class: 42) Software as a service (SAAS) services featuring software for Web site development and architecture and |

| TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|
| | RogueWave<br><br>RN: 5734009<br>SN: 88159723<br>Disclaimer: "SOFTWARE" | Corp.)<br>1315 West Century Drive, Suite 150<br>Louisville Colorado 80027 | First Use: April, 2014<br>Filed: October 18, 2018 | enterprise system migration; Computer software design; Providing on-line non-downloadable software for computer software system and application software development, deployment and management; computer software development and programming for others; debugging computer software for others; Internet-based application service provider, namely, designing, hosting, managing, developing, analyzing, and maintaining the IT infrastructure, software applications, software development process, application programming interfaces (APIs) and web sites of others; Software as a service (SAAS) services featuring software for locating, managing, diagnosing and correcting coding errors, analyzing, managing and auditing software and software code; computer software consulting; computer security consultancy; Computer security consultancy, namely, data and software application security consultancy; Computer software consultancy in the field of application programming interface (API) software; Computer software consulting, namely, open source audits and software code analysis; Design, development, and implementation of software, namely, the development and delivery of the software applications, web-based software applications, application programming interfaces (APIs), and business applications of others and architecture and enterprise system migration; computer software consultancy in the field of application programming interface (API) software; computer technical support services, namely, troubleshooting computer software problems in the nature of the IT infrastructure, operating systems, database systems, and web applications |
| 67. | US Federal Q1 uf 100 | SAVOR THE ROGUE<br>RN: 2966757<br>SN: 78370473 | Palace Industries Public Benefit | Renewed July 12, 2015<br>Int'l Class: 41 | (Int'l Class: 41)<br>entertainment in the nature of food and wine tasting events |

| TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|
| | | Corporation (Delaware Corp.) 311 North Front Street Central Point Oregon 97502 | First Use: January 24, 2004 Filed: February 19, 2004 Registered: July 12, 2005 | |
| 68. US Federal Q1 uf 101 | SPACE ROGUE RN: 4680322 SN: 79143762 | Limited Liability Company "Red Beat" (Ukraine Limited Liability Company) 23 Moskovskii Ave. Kyiv 04655 Ukraine | Registered February 3, 2015 Filed: December 16, 2013 Int'l Reg Date: December 16, 2013 | (Int'l Class: 09) computer software, recorded for use in authoring, downloading, transmitting, receiving, editing, extracting, encoding, decoding, playing, storing and organizing text, data, images, audio files and video files; computer game programs; computer programs for use in authoring, downloading, transmitting, receiving, editing, extracting, encoding, decoding, playing, storing and organizing text, data, images, audio files and video files; computer operating programs, recorded; downloadable game software; downloadable computer game programs; computer application software for mobile phones for use in authoring, downloading, transmitting, receiving, editing, extracting, encoding, decoding, playing, storing and organizing text, data, images, audio files and video files |
| 69. US Federal Q1 uf 102 | STAR WARS ROGUE ONE RN: 5306949 SN: 86561395 | Lucasfilm LTD. Llc (California Limited Liability Company) One Letterman Drive, Bldg. B San Francisco California 94129 | Registered October 10, 2017 Int'l Class: 09 First Use: December, 2016 Filed: March 11, 2015 | (Int'l Class: 09) pre-recorded cds featuring stories; audio books featuring fiction; audio recordings featuring stories; computer hardware and peripheral devices; headphones |

| | TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|---|
| **70.** | US Federal Q1 uf 103 | TEAMROGUE RN: 4643321 SN: 85892855 | Teamrogue (Texas Corp.) 500 San Marcos, Suite 104 Austin Texas 78702 | Registered November 25, 2014 Int'l Class: 41 First Use: January 1, 2010 Filed: April 2, 2013 | (Int'l Class: 41) physical fitness training services which incorporate running and is provided to post-collegiate athletes; conducting educational seminars, lectures, and workshops related to running; providing individual and group instruction in the field of running for preparation for peak performance in races, and consulting services in the field of fitness education |
| **71.** | US Federal Q1 uf 104 | THE ROGUES RN: 4788164 SN: 86104144 | Wothke, Steven Randall (United States Citizen) 1302 Waugh Drive Pmb 411 Houston Texas 77019 | Registered August 11, 2015 Int'l Class: 09 First Use: October 3, 1995 Int'l Class: 41 First Use: August 17, 1997 Filed: October 29, 2013 | (Int'l Class: 09) musical sound recordings by a musical group (Int'l Class: 41) entertainment, namely, live performances by a musical group |
| **72.** | US Federal Q1 uf 105 | THE SHAMROGUES RN: 4688402 SN: 86330929 | Phelan, James (Ireland Citizen) 8462 Loch Raven Blvd Towson Maryland 212868122 | Registered February 17, 2015 Int'l Class: 41 First Use: January 1, 2009 Filed: July 8, 2014 | (Int'l Class: 41) entertainment services in the nature of live musical performances; entertainment services in the nature of live visual and audio performances by a musical group; entertainment services in the nature of live visual and audio performances, and musical, variety, news and comedy shows; entertainment services in the nature of live visual and audio performances, namely, musical band, rock group, gymnastic, dance, and ballet performances; entertainment services in the nature of live vocal performances by a musical group; entertainment services in the nature of presenting live musical performances; entertainment services, namely, an on-line activity where you create your own music videos; entertainment, namely, live music concerts; |

| | TM Record | TM/AN/RN/Disclaimer | Owner Information | Status/Key Dates | Full Goods/Services |
|---|---|---|---|---|---|
| | | | | | entertainment, namely, live performances by a musical band; entertainment, namely, live performances by musical bands; live performances by a musical group; theatrical and musical floor shows provided at performance venues |
| **73.** | US Federal Q1 uf 107 | WAR COMMANDER: ROGUE ASSAULT RN: 5200328 SN: 86407665 | Kixeye Inc. (Delaware Corp.) 333 Bush Street San Francisco California 94104 | Registered May 9, 2017 Int'l Class: 09 First Use: December 20, 2016 Filed: September 26, 2014 | (Int'l Class: 09) computer game software for use on mobile and cellular phones; downloadable computer game programs; downloadable computer game software via a global computer network and wireless devices |

# EXHIBIT W



Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor  |  San Francisco, CA 94111-5998  |  tel 415.983.1000  |  fax 415.983.1200

MAILING ADDRESS: P.O. Box 2824, San Francisco, CA 94126-2824

Cydney A. Tune
tel: +1.415.983.6443
cydney.tune@pillsburylaw.com

December 12, 2019

URGENT & WITHOUT PREJUDICE
FOR SETTLEMENT PURPOSES ONLY

Via Email

Louis DiSanto
Banner Witcoff
71 South Wacker Drive, Suite 3600
Chicago, IL 60606
Ldisanto@bannerwitcoff.com

Re:     UltraV / Rogue Fitness

Dear Mr. DiSanto:

This is in response to your November 21, 2019 letter.

Contrary to your assertions, our May 3, 2019 letter to Rogue Fitness and our July 19, 2019 letter responding to you clearly explained how Relativity has senior and well-established rights in the ROGUE trademark for films and motion picture development, production and distribution services, among other entertainment services and content, which have continued uninterrupted since long before Rogue Fitness was founded and first started offering strength and fitness products and services, let alone first started producing documentaries under the ROGUE mark.

To the extent Rogue Fitness has acquired any rights in the ROGUE mark for strength and fitness equipment and for training services, those rights do not extend to films or motion picture development, production and distribution services, or related goods and services, nor do they cut off Relativity's prior registered and common law rights for the ROGUE mark in this space. Your repeated mentioning of Rogue Fitness' "good faith" in expanding into Relativity's space is irrelevant, as good faith intent has limited, if any, impact on consumers' impressions, it does not obviate the likelihood of confusion among consumers, and it does not excuse otherwise infringing trademark use.

Louis DiSanto
December 12, 2019
Page 2

Further, the examples of third-party registrations you provided in your
August 26 letter do not diminish Relativity's rights in the ROGUE mark in relation to
Rogue Fitness' documentaries and other media content at issue, because the cited
examples either relate to the titles of individual works, rather than to the name and
mark of a motion picture studio, they cover irrelevant services, such as music, dance
or gaming, and/or they include additional wording to help distinguish the marks.
Here, on the other hand, Rogue Fitness is using the exact same mark–namely ROGUE
by itself–for the same products and services–namely the production and distribution
of films–that are distributed through the same channels–namely theaters, Netflix, and
YouTube, among others.  As the evidence does not show competing uses of ROGUE,
alone, for the production and distribution of films (as opposed to the titles of works or
for other entertainment services), other than Rogue Fitness' use, Relativity's rights
are strong and undeniable in this space.

After we spoke on September 25, we sent a narrower list of proposed terms to
help reduce the likelihood of confusion between the parties' use of the ROGUE mark,
whereby Relativity would consent to Rogue Fitness' use of its name and mark
ROGUE FITNESS, as it had been using for strength and fitness training equipment
and services for a number of years, for strength and fitness training videos and
recorded competitions.  The table you provided clearly shows how Relativity's
modified terms were narrower than the original demands and more than reasonable
under the circumstances, contrary to your contentions otherwise.

Nevertheless, Relativity has been, and continues to be, willing to negotiate a
settlement with Rogue Fitness in order to avoid the need for litigation, and while
some of the terms proposed in your November 21 letter need to be narrowed and/or
clarified to some extent, the parties are close to reaching an amicable resolution.

Specifically, based on your proposed terms, Relativity would consider a
settlement with Rogue Fitness according to the following revised terms:

1)      Rogue Fitness would agree to:

        a)      always identify its documentaries or other films or television
content (the "Content") as productions "by Rogue Fitness," with the words
"Rogue" and "Fitness" always used together in the same size and prominence
and not in the same or similar appearance or stylization as Relativity's use of
the ROGUE mark, including but not limited to in the Content, in the credits
for the Content, on any websites or other platforms for streaming,
downloading or otherwise viewing the Content, and in advertising for the
Content; and

Louis DiSanto
December 12, 2019
Page 3

       b)     never use the word "Rogue" alone to identify such Content, except as otherwise permitted hereunder; and

       c)     never use the word "Rogue" alone in any form or medium, including but not limited to as "Rogue Fitness," in connection with providing video production, directing, or editing services for others.

2)     Relativity would agree that Content identified as "by Rogue Fitness" may display or include spoken references to Rogue Fitness' ROGUE weightlifting, fitness, and strength products and services.

3)     Relativity would consent to Rogue Fitness' worldwide registration of ROGUE FITNESS in Class 41 in connection with: entertainment services, namely, production and distribution of documentaries, videos, and films solely about weightlifting, fitness, and strength culture; arranging, organizing, and conducting live and recorded strength and fitness events, contests, games, and competitions; and providing audio-visual entertainment solely about weightlifting, fitness, and strength culture; and in Class 35 in connection with: advertising, namely, promotion of weightlifting, fitness, and strength culture entertainment, including live and recorded events, contests, games, and competitions; and sponsorship of athletes and athletic events.

4)     Each party would covenant not to sue the other party in connection with any of the past claims and allegations it has asserted at any time in this dispute, provided the other party complies with the terms hereof.

5)     The parties would agree, but not be obligated, to disclose to one another information about third-party uses of ROGUE marks in connection with one another's distinct goods/services and channels of trade.

Please confirm your client's acceptance of these terms and we will proceed to draft a settlement agreement covering them.

If you have any questions or if you would like to discuss the proposed terms, please let us know your availability for a call to discuss.

This letter and the proposed settlement terms are without prejudice to Relativity's rights, which are expressly reserved.

               Sincerely,

               Cydney Tune

               Cydney A. Tune

# EXHIBIT X



71 SOUTH WACKER DRIVE
SUITE 3600
CHICAGO IL 60606

MAIN: 312.463.5000
BANNERWITCOFF.COM

LOUIS DISANTO                                                  January 29, 2020
DIRECT: 312.463.5480
LDISANTO@BANNERWITCOFF.COM

Via E-mail – *cydney.tune@pillsburylaw.com*

```
                                            ┌─────────────────────────┐
                                            │      CONFIDENTIAL        │
                                            │  Subject to Rule 408,    │
                                            │     Fed. R. Civ. P.      │
                                            └─────────────────────────┘
```

Cydney A. Tune
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center – 22nd Floor
San Francisco, CA  94111

      Re:    UltraV / Rogue Fitness

Dear Ms. Tune:

This is further to my January 6 letter. We continue to evaluate UltraV's December 12, 2019 settlement proposal with our client. While Rogue Fitness may ultimately determine otherwise, we are encouraged by the terms proposed in your letter and are hopeful that the parties will be able to reach an amicable resolution.

That said, UltraV's recently published U.S. Trademark Application Serial No. SN: 88577372 has complicated the landscape. To that end, Rogue Fitness will be filing an extension of time to oppose the application later this week and any settlement of this matter will need to address the '372 Application.

We are working with Rogue Fitness on a response to your latest settlement proposal in view of the published '372 Application and will substantively respond with a counter-proposal in the next couple of weeks. In the meantime, this letter is sent without prejudice to Rogue Fitness' rights and remedies against UltraV, all of which are expressly reserved. Nothing in this letter constitutes an admission or a waiver of any claim or defense Rogue Fitness may have in this matter, and Rogue Fitness reserves the right to supplement and/or modify any or all of this response.

Sincerely,

Louis DiSanto

# EXHIBIT Y

**Christian Wolfgram**

| | |
|---|---|
| **From:** | Iverson, Sam E. <sam.iverson@pillsburylaw.com> |
| **Sent:** | Friday, August 21, 2020 12:41 PM |
| **To:** | Louis DiSanto |
| **Cc:** | Jean Powell; Erik Maurer; Tune, Cydney A. |
| **Subject:** | RE: UltraV/Rogue Fitness |

**Importance:**    High

FOR SETTLEMENT PURPOSES ONLY

Dear Louis,

Thank you for taking the time to speak recently regarding the proposed settlement terms between UltraV and Rogue Fitness.  We have conferred with our client, and based on the proposals we discussed on our call, UltraV would be willing to settle this matter according to the updated terms listed below.

These terms reflect your proposal that Rogue Fitness would be willing to add the wording "By Rogue Fitness" alongside its ROGUE logo in all documentaries, television content and other productions, while also including many of the terms from your latest proposal.  As we discussed, UltraV will need to see a mockup of how the wording "By Rogue Fitness" would be used for UltraV's approval, which would be entered in the space indicated under Section 1(a) of the settlement agreement.

1) Rogue Fitness shall always identify its documentaries, television content, and other productions ("Rogue Fitness Works") as works by "Rogue Fitness," including the following minimum requirements:
   a) Whenever the ROGUE logo is displayed in the beginning credits, end credits, trailers, packaging, advertising and other promotional uses for its documentaries, television content, and other productions, Rogue Fitness shall include the text "By Rogue Fitness" in conspicuous lettering directly together with the ROGUE logo in the exact manner shown below;

      [to enter approved usage]

   b) Whenever Rogue Fitness distributes its documentaries, television content, and other productions for streaming or downloading through third-party channels, including but not limited to on YouTube and Netflix, it shall specify that the work was produced by "Rogue Fitness" in any written credits, headings descriptions, advertising and other promotional uses for the works.

   c) Rogue Fitness shall always display the wording "Rogue Fitness" conspicuously on all webpages controlled by Rogue Fitness that offer documentaries, television content, and other productions for streaming or downloading, including but not limited to on its website at <www.roguefitness.com>, its YouTube channel at <www.youtube.com/user/roguefitness>, and any other websites and social media pages it controls.

   d) Such documentaries, television content, or other audiovisual productions shall always be non-fictional and in the field of weightlifting, fitness, and strength culture.

2) Rogue Fitness shall implement any changes to any existing documentaries, television content, and other audiovisual productions to comply with Section 1, including on any and all third-party platforms, within 90 days of the date of the agreement.

3) Provided the foregoing undertakings are followed, Rogue Fitness may continue to:

    a) include spoken references to ROGUE in its documentaries, television content, and other productions;

    b) display ROGUE-branded weightlifting, fitness, and strength products and signage in its documentaries, television content, and other productions; and

    c) display and otherwise make use of its ROGUE logo on Rogue Fitness' own website, own social media channels, and own YouTube channel.

4) Rogue Fitness shall never use the ROGUE mark in either of the following stylizations used by UltraV in any documentaries, television content, or other productions.  If Rogue Fitness intends to adopt any new stylization of its ROGUE mark for use in connection with documentaries, television content, or other productions, it shall disclose such new stylization to UltraV prior to commencing use thereof, and if UltraV has any objections to such new stylization, the parties agree to work together in good faith to avoid any potential consumer confusion between their marks pursuant to Section 9.



5) Rogue Fitness shall never apply to register the mark ROGUE, alone, for any film/movie/motion picture, television, or other video-related products or services.

6) UltraV would not oppose, petition to cancel, or otherwise object to Rogue Fitness' worldwide registration of the mark "ROGUE FITNESS" in connection with: "entertainment services, namely, production and distribution of audiovisual works, including documentaries, videos, and films about weightlifting, fitness, and strength culture," "arranging, organizing, and conducting live and recorded strength and fitness events, contests, games, and competitions," and "providing audio-visual entertainment about weightlifting, fitness, and strength culture" in Class 41, and in connection with "advertising, namely, promotion of weightlifting, fitness, and strength culture entertainment, including live and recorded events, contests, games, and competitions" and "sponsorship of athletes and athletic events" in Class 35.

7) Rogue Fitness shall withdraw its opposition against UltraV's U.S. trademark application for the mark ROGUE in Class 9 (App. No. 88577372) and agree not to oppose, petition to cancel, or otherwise object to UltraV's registrations and applications for the ROGUE mark for film/movie/motion picture, television, or other video-related products or services.

8) Except for a violation of the parties' settlement agreement, each party releases and covenants not to sue the other party for any alleged violations of the mark ROGUE or formatives thereof.

9) If potential confusion between the parties' respective uses of ROGUE is discovered, the parties agree to work together in good faith to ensure consumer clarity and avoid consumer confusion.

10) The parties could, but are not obligated, to disclose to one another information about third-party uses of ROGUE marks in connection with one another's distinct goods/services and channels of trade.

As soon as possible, please confirm if these settlement terms are acceptable and provide the mockup of the proposed usage under section 1(a) for UltraV's review and approval.  We can then prepare the formal settlement agreement, so that we can hopefully resolve this matter sooner rather than later.

Best,

Sam

**Sam E. Iverson** | Associate
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor | San Francisco, CA 94111-5998
t +1.415.983.1234
sam.iverson@pillsburylaw.com | website bio

AUSTIN   BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   MIAMI
NASHVILLE   NEW YORK   NORTHERN VIRGINIA   PALM BEACH   SACRAMENTO
SAN DIEGO   SAN DIEGO NORTH COUNTY   SAN FRANCISCO   SHANGHAI
SILICON VALLEY   TAIPEI   TOKYO   WASHINGTON, DC



---

**From:** Iverson, Sam E. <sam.iverson@pillsburylaw.com>
**Sent:** Tuesday, August 4, 2020 9:00 AM
**To:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Cc:** Tune, Cydney A. <cydney.tune@pillsburylaw.com>; Jean Powell <JPowell@bannerwitcoff.com>; Erik Maurer <EMaurer@bannerwitcoff.com>
**Subject:** RE: Letter re UltraV/Rogue Fitness

Dear Louis,

Attached is a copy of the Motion for Suspension of the opposition for 60 days that we filed with the Board today.  We look forward to speaking on Thursday.

Best,
Sam

---

**From:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Sent:** Wednesday, July 22, 2020 9:40 AM
**To:** Iverson, Sam E. <sam.iverson@pillsburylaw.com>
**Cc:** Tune, Cydney A. <cydney.tune@pillsburylaw.com>; Jean Powell <JPowell@bannerwitcoff.com>; Erik Maurer <EMaurer@bannerwitcoff.com>
**Subject:** RE: Letter re UltraV/Rogue Fitness

Hi Sam,

We agree to the extension. I presume your team will prepare and file.

At present, Thursday, August 6th at 1pm Pacific works best for us. Shall we schedule for that day and time?

Best,

Louis

**LOUIS DISANTO | ATTORNEY**

**BANNER WITCOFF**
TEL: 312.463.5480 | MAIN: 312.463.5000

bannerwitcoff.com | LdiSanto@bannerwitcoff.com

**IP LEADERS** SINCE 1920

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.

---

**From:** Iverson, Sam E. <sam.iverson@pillsburylaw.com>
**Sent:** Wednesday, July 22, 2020 10:19 AM
**To:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Cc:** Tune, Cydney A. <cydney.tune@pillsburylaw.com>; Jean Powell <JPowell@bannerwitcoff.com>; Erik Maurer <EMaurer@bannerwitcoff.com>
**Subject:** RE: Letter re UltraV/Rogue Fitness

Hi Louis,

At present, we are available to talk any day the week of August 3rd between 8:30am-2:00pm Pacific time.  Does Tuesday, August 4, at 10:00am Pacific work for you?

We are encouraged by the settlement proposal and hopeful that we can come to an agreement soon after we talk and get a better understanding of how Rogue Fitness will identify its works as by "Rogue Fitness."  With that in mind, to allow each of us some time to confer with our clients after the call, we propose that we suspend the opposition for 60 days while we continue negotiations.

Please confirm if you agree to a 60-day suspension of the opposition and let us know if the proposed day and time for the call work for you.  Thank you.

Best,
Sam

---

**From:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Sent:** Monday, July 20, 2020 6:46 PM
**To:** Iverson, Sam E. <sam.iverson@pillsburylaw.com>
**Cc:** Tune, Cydney A. <cydney.tune@pillsburylaw.com>; Jean Powell <JPowell@bannerwitcoff.com>; Erik Maurer <EMaurer@bannerwitcoff.com>
**Subject:** RE: Letter re UltraV/Rogue Fitness

Sam,

Apologies for not responding sooner. We were trying to be in a position to talk early this week but have other matters to attend to before later this this week and next week when both my colleague Erik and I have overlapping vacations scheduled.

What is your availability for the week of August 3? If there is an upcoming deadline in the opposition that you would like extended in the meantime, we will accommodate.

Thank you.

Best,

Louis

**LOUIS DISANTO | ATTORNEY**

**BANNER WITCOFF**
TEL: 312.463.5480 | MAIN: 312.463.5000
bannerwitcoff.com | ldiSanto@bannerwitcoff.com

**IP LEADERS SINCE 1920**

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.

---

**From:** Iverson, Sam E. <sam.iverson@pillsburylaw.com>
**Sent:** Monday, July 20, 2020 8:25 PM
**To:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Cc:** Tune, Cydney A. <cydney.tune@pillsburylaw.com>; Jean Powell <JPowell@bannerwitcoff.com>; Erik Maurer <EMaurer@bannerwitcoff.com>
**Subject:** RE: Letter re UltraV/Rogue Fitness

Dear Louis,

We are just following up on our email below to set up a call this week to discuss the settlement proposal.  We look forward to hearing your availability.  Thank you.

Regards,
Sam

---

**From:** Iverson, Sam E. <sam.iverson@pillsburylaw.com>
**Sent:** Thursday, July 16, 2020 10:31 AM
**To:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Cc:** Tune, Cydney A. <cydney.tune@pillsburylaw.com>; Jean Powell <JPowell@bannerwitcoff.com>; Erik Maurer <EMaurer@bannerwitcoff.com>
**Subject:** RE: Letter re UltraV/Rogue Fitness

Dear Louis,

We would like to set up a call next week to discuss your March 6, 2020 settlement proposal.

In particular, we would like to get a better understanding of how Rogue Fitness will "identify its documentaries, television content, and other online/streaming/downloadable productions" as works by "Rogue Fitness," including what changes Rogue Fitness will make to its existing documentaries, television content and other productions, and how and when those changes will be rolled out on Rogue Fitness' sites and third party platforms like Netflix.

At present, we are available next week on Monday from 10am-12pm, Tuesday from 11am-12pm, Thursday from 8-9:30am and 10:30am-12pm, and Friday from 8-9am and 11-12pm (all PST).

Please let us know a day and time that is convenient for you.  Thank you.

Best,
Sam

**Sam E. Iverson | Associate**
Pillsbury Winthrop Shaw Pittman LLP

Four Embarcadero Center, 22nd Floor | San Francisco, CA 94111-5998
t +1.415.983.1234
sam.iverson@pillsburylaw.com | website bio

AUSTIN   BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   MIAMI
NASHVILLE   NEW YORK   NORTHERN VIRGINIA   PALM BEACH   SACRAMENTO
SAN DIEGO   SAN DIEGO NORTH COUNTY   SAN FRANCISCO   SHANGHAI
SILICON VALLEY   TAIPEI   TOKYO   WASHINGTON, DC



---

**From:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Sent:** Friday, March 6, 2020 3:58 PM
**To:** Iverson, Sam E. <sam.iverson@pillsburylaw.com>
**Cc:** Tune, Cydney A. <cydney.tune@pillsburylaw.com>; Jean Powell <JPowell@bannerwitcoff.com>; Erik Maurer <EMaurer@bannerwitcoff.com>
**Subject:** RE: Letter of January 29, 2020 from DiSanto to Tune - FRE 408

**FRE 408**

Hi Sam,

I was actually finalizing the letter now.

Please find attached our response. We also welcome an opportunity to discuss this matter with you and Ms. Tune at your convenience.

Best,

Louis


**LOUIS DISANTO | ATTORNEY**

**BANNER WITCOFF**
TEL: 312.463.5480 | MAIN: 312.463.5000
bannerwitcoff.com | ldiSanto@bannerwitcoff.com

**IP LEADERS SINCE 1920.**

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.

---

**From:** Iverson, Sam E. [mailto:sam.iverson@pillsburylaw.com]
**Sent:** Friday, March 6, 2020 5:50 PM
**To:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Cc:** Tune, Cydney A. <cydney.tune@pillsburylaw.com>; Jean Powell <JPowell@bannerwitcoff.com>; Erik Maurer <EMaurer@bannerwitcoff.com>; Iverson, Sam E. <sam.iverson@pillsburylaw.com>
**Subject:** RE: Letter of January 29, 2020 from DiSanto to Tune

Dear Louis,

I do not believe we have received anything further from you since your last email, below, stating you would make every effort to provide a counterproposal by today.  If you already sent a further response, please kindly re-send

it.  Otherwise, please let us know when we can expect to receive a substantive response, which we look forward to receiving as soon as possible.  Thank you.

Best,
Sam

**From:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Sent:** Monday, February 24, 2020 11:34 AM
**To:** Iverson, Sam E. <sam.iverson@pillsburylaw.com>
**Cc:** Tune, Cydney A. <cydney.tune@pillsburylaw.com>; Jean Powell <JPowell@bannerwitcoff.com>; Erik Maurer <EMaurer@bannerwitcoff.com>
**Subject:** RE: Letter of January 29, 2020 from DiSanto to Tune

Dear Sam:

Thank you for your note.

We continue to believe that Ms. Tune's latest letter laid out a basic framework from which the parties can negotiate an amicable resolution. We will make every effort to provide you with a counterproposal by March 6, 2020.

I have copied my partner, Erik Maurer, on this email. Please include Erik on all further communications in this matter.

This email is sent without prejudice to Rogue Fitness' rights and remedies against UltraV, all of which are expressly reserved. Nothing in this communication constitutes an admission or a waiver of any claim or defense Rogue Fitness may have in this matter, and Rogue Fitness reserves the right to supplement and/or modify any or all of its response.

Thank you.

Best,

Louis

**LOUIS DISANTO | ATTORNEY**

**BANNER WITCOFF**
TEL: 312.463.5480 | MAIN: 312.463.5000
bannerwitcoff.com | ldiSanto@bannerwitcoff.com

**PROTECTING IP. PROPELLING BUSINESS.**

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.

**From:** Iverson, Sam E. [mailto:sam.iverson@pillsburylaw.com]
**Sent:** Wednesday, February 19, 2020 11:51 AM
**To:** Jean Powell <JPowell@bannerwitcoff.com>; Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Cc:** Tune, Cydney A. <cydney.tune@pillsburylaw.com>
**Subject:** RE: Letter of January 29, 2020 from DiSanto to Tune
**Importance:** High

Dear Louis and Jean,

We are still waiting to receive a further response from you to our settlement proposal from December 12, 2019 following your attached letter from January 29, 2020.  Please let us know when we can expect to receive a substantive response, which we look forward to receiving as soon as possible.  Thank you.

Best,
Sam

**Sam E. Iverson** | Associate
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor | San Francisco, CA 94111-5998
t +1.415.983.1234
sam.iverson@pillsburylaw.com | website bio

AUSTIN   BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   MIAMI
NASHVILLE   NEW YORK   NORTHERN VIRGINIA   PALM BEACH   SACRAMENTO
SAN DIEGO   SAN DIEGO NORTH COUNTY   SAN FRANCISCO   SHANGHAI
SILICON VALLEY   TAIPEI   TOKYO   WASHINGTON, DC



---

**From:** Jean Powell <JPowell@bannerwitcoff.com>
**Sent:** Wednesday, January 29, 2020 10:51 AM
**To:** Tune, Cydney A. <cydney.tune@pillsburylaw.com>
**Cc:** Erik Maurer <EMaurer@bannerwitcoff.com>; Louis DiSanto <LDiSanto@bannerwitcoff.com>; Jean Powell <JPowell@bannerwitcoff.com>
**Subject:** Letter of January 29, 2020 from DiSanto to Tune


**\* EXTERNAL EMAIL \***

Dear Ms. Tune,

Please see attached.

On behalf of Louis DiSanto,

**JEAN POWELL** | **LEGAL ASSISTANT**

**BANNER WITCOFF**
71 South Wacker Drive, Suite 3600
Chicago, IL 60606

TEL: 312.463.5564 | MAIN: 312.463.5000
bannerwitcoff.com | jpowell@bannerwitcoff.com

**PROTECTING IP. PROPELLING BUSINESS.**

IMPORTANT/CONFIDENTIAL: This message contains information from the law firm of Banner & Witcoff, Ltd. which may be privileged, confidential, or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, retention, archiving, or copying of the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

# EXHIBIT Z

| **From:** | Weir, Charles |
|---|---|
| **To:** | Louis DiSanto |
| **Subject:** | UltraV / Rogue Fitness |
| **Date:** | Monday, April 19, 2021 8:10:32 PM |
| **Attachments:** | image001.png |

CAUTION: This message has originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Louis,

I am following up on our call a moment ago.  As I mentioned, Manatt is representing UltraV and is taking over the Rogue Fitness matter from Pillsbury.  I would like to talk with you further about the case and where things stand from your perspective.  Thursday of this week is pretty open for me.  I could also do Friday morning from 9:00-12:00 PT.  Please let me know if any of those times will work for you.

Best regards,

**Charles Weir**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4280 **F** (310) 312-4224
CWeir@manatt.com

**manatt.com**



CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

# EXHIBIT AA

| | |
|---|---|
| **From:** | Louis DiSanto |
| **To:** | Weir, Charles |
| **Cc:** | Erik Maurer |
| **Subject:** | RE: UltraV / Rogue Fitness |
| **Date:** | Thursday, June 3, 2021 2:49:20 PM |
| **Attachments:** | image001.png |
| | image002.jpg |
| | image003.jpg |
| | Rogue - UltraV Settlement Agreement.DOCX |

FRE 408

Charles,

Please find attached proposed settlement agreement.

I can be available to discuss at your convenience.

Best,

Louis

**LOUIS DISANTO | ATTORNEY**
**BANNER WITCOFF**
TEL: 312.463.5480 | MAIN: 312.463.5000
bannerwitcoff.com | LdiSanto@bannerwitcoff.com

**PROTECTING IP.  PROPELLING BUSINESS.**

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.

**From:** Weir, Charles <CWeir@manatt.com>
**Sent:** Thursday, May 27, 2021 10:09 AM
**To:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Cc:** Erik Maurer <EMaurer@bannerwitcoff.com>
**Subject:** RE: UltraV / Rogue Fitness

CAUTION: This message has originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Louis,

When can I expect a draft settlement agreement?  We are going to start to run up against deadlines again.

Thanks,

**Charles Weir**

Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4280 **F** (310) 312-4224
CWeir@manatt.com

manatt.com



CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Sent:** Thursday, May 20, 2021 9:44 AM
**To:** Weir, Charles <CWeir@manatt.com>
**Cc:** Erik Maurer <EMaurer@bannerwitcoff.com>
**Subject:** RE: UltraV / Rogue Fitness

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

**FRE 408**

Hi Charles,

We are still working on it and I have to review with the client. This is a tangled web and we would like clarity for the both of us.

We expect to have something to you early next week.

Best,

Louis

**LOUIS DISANTO | ATTORNEY**
**BANNER WITCOFF**
TEL: 312.463.5480 | MAIN: 312.463.5000
bannerwitcoff.com | LdiSanto@bannerwitcoff.com

**PROTECTING IP.  PROPELLING BUSINESS.**

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.

**From:** Weir, Charles <CWeir@manatt.com>
**Sent:** Tuesday, May 18, 2021 12:06 PM
**To:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Cc:** Erik Maurer <EMaurer@bannerwitcoff.com>
**Subject:** RE: UltraV / Rogue Fitness

> CAUTION: This message has originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Louis,

Just checking in on the status of a draft settlement agreement.  I believe we discussed having an initial draft circulated this week.

Best regards,


**Charles Weir**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4280 **F** (310) 312-4224
CWeir@manatt.com

**manatt.com**



CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Sent:** Thursday, May 06, 2021 10:48 AM
**To:** Weir, Charles <CWeir@manatt.com>
**Cc:** Erik Maurer <EMaurer@bannerwitcoff.com>
**Subject:** RE: UltraV / Rogue Fitness

[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.

Sounds good. I just sent an invite for our calendars.

Best,

Louis

**LOUIS DISANTO | ATTORNEY**
**BANNER WITCOFF**
TEL: 312.463.5480 | MAIN: 312.463.5000
bannerwitcoff.com | LdiSanto@bannerwitcoff.com

**PROTECTING IP.  PROPELLING BUSINESS.**

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.

**From:** Weir, Charles <CWeir@manatt.com>
**Sent:** Thursday, May 6, 2021 11:39 AM
**To:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Cc:** Erik Maurer <EMaurer@bannerwitcoff.com>
**Subject:** RE: UltraV / Rogue Fitness

CAUTION: This message has originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Why don't we do a short call at 3:00 today.  It would be good to get some color on the rationale for your proposal.  We can then a follow up next week after I have had a chance to review with my client.  Unfortunately, tomorrow doesn't work for me.

**Charles Weir**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4280 **F** (310) 312-4224
CWeir@manatt.com

manatt.com



CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Sent:** Thursday, May 06, 2021 9:14 AM
**To:** Weir, Charles <CWeir@manatt.com>
**Cc:** Erik Maurer <EMaurer@bannerwitcoff.com>
**Subject:** RE: UltraV / Rogue Fitness

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

How does 3pm PT today or tomorrow at 10am PT look for you?

I had something come up today from 1-3pm PT today.

Thank you.

**LOUIS DISANTO | ATTORNEY**
**BANNER WITCOFF**
TEL: 312.463.5480 | MAIN: 312.463.5000
bannerwitcoff.com | LdiSanto@bannerwitcoff.com

**PROTECTING IP.  PROPELLING BUSINESS.**

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.

**From:** Weir, Charles <CWeir@manatt.com>
**Sent:** Thursday, May 6, 2021 10:58 AM
**To:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Cc:** Erik Maurer <EMaurer@bannerwitcoff.com>
**Subject:** RE: UltraV / Rogue Fitness

CAUTION: This message has originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Thanks for the letter.  I can talk today.  How about 1:00 PT?

**Charles Weir**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4280 **F** (310) 312-4224
CWeir@manatt.com

**manatt.com**



CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Sent:** Thursday, May 06, 2021 8:20 AM
**To:** Weir, Charles <CWeir@manatt.com>
**Cc:** Erik Maurer <EMaurer@bannerwitcoff.com>
**Subject:** RE: UltraV / Rogue Fitness

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Charles,

Please see attached.

Please advise if you have availability yet today to discuss. Otherwise, tomorrow at 4pm CT or almost any time on Monday can work for me.

Thank you.

Best,

Louis

**LOUIS DISANTO | ATTORNEY**
**BANNER WITCOFF**
TEL: 312.463.5480 | MAIN: 312.463.5000
bannerwitcoff.com | LdiSanto@bannerwitcoff.com

**PROTECTING IP.  PROPELLING BUSINESS.**

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.

---

**From:** Weir, Charles <CWeir@manatt.com>
**Sent:** Tuesday, May 4, 2021 5:09 PM
**To:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Subject:** RE: UltraV / Rogue Fitness

> CAUTION: This message has originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Louis,

What time works for you on Thursday?

Best regards,

**Charles Weir**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4280 **F** (310) 312-4224
CWeir@manatt.com

**manatt.com**



CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

---

**From:** Weir, Charles
**Sent:** Monday, May 03, 2021 8:12 AM
**To:** 'Louis DiSanto' <LDiSanto@bannerwitcoff.com>

**Subject:** RE: UltraV / Rogue Fitness

Thursday is pretty open for me.  Pick a time.  Let's not let this slip.

**Charles Weir**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4280 **F** (310) 312-4224
CWeir@manatt.com

**manatt.com**



CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Sent:** Monday, May 03, 2021 6:05 AM
**To:** Weir, Charles <CWeir@manatt.com>
**Subject:** RE: UltraV / Rogue Fitness

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Hi Charles,

Apologies as I was in depositions all last week. I need to discuss with my client and I will likely be able to connect again later this week.

Can you please advise of your availability Thursday or Friday?

Best,

Louis

**LOUIS DISANTO | ATTORNEY**
**BANNER WITCOFF**
TEL: 312.463.5480 | MAIN: 312.463.5000
bannerwitcoff.com | LdiSanto@bannerwitcoff.com

**PROTECTING IP.  PROPELLING BUSINESS.**

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable
law. If you have received this communication in error, please notify us immediately by return e-mail.

**From:** Weir, Charles <CWeir@manatt.com>
**Sent:** Friday, April 30, 2021 3:19 PM
**To:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Subject:** RE: UltraV / Rogue Fitness

CAUTION: This message has originated from an External Source. Please use proper judgment and caution when
opening attachments, clicking links, or responding to this email.

Louis,

I am following up on my email below.  What does Monday or Tuesday of next week look like for
you?

I am also pasted below what appears to me to be the last list of terms sent by our side to hopefully
aid the discussion.

Best regards,

Charles

\*        \*        \*        \*


1) Rogue Fitness shall always identify its documentaries, television content, and other productions
   ("Rogue Fitness Works") as works by "Rogue Fitness," including the following minimum
   requirements:
   a)   Whenever the ROGUE logo is displayed in the beginning credits, end credits, trailers,
        packaging, advertising and other promotional uses for its documentaries, television content,
        and other productions, Rogue Fitness shall include the text "By Rogue Fitness" in
        conspicuous lettering directly together with the ROGUE logo in the exact manner shown
        below;

        [to enter approved usage]

   b)   Whenever Rogue Fitness distributes its documentaries, television content, and other
        productions for streaming or downloading through third-party channels, including but not
        limited to on YouTube and Netflix, it shall specify that the work was produced by "Rogue

Fitness" in any written credits, headings descriptions, advertising and other promotional uses for the works.

c)   Rogue Fitness shall always display the wording "Rogue Fitness" conspicuously on all webpages controlled by Rogue Fitness that offer documentaries, television content, and other productions for streaming or downloading, including but not limited to on its website at <www.roguefitness.com>, its YouTube channel at <www.youtube.com/user/roguefitness>, and any other websites and social media pages it controls.

d)   Such documentaries, television content, or other audiovisual productions shall always be non-fictional and in the field of weightlifting, fitness, and strength culture.

2)   Rogue Fitness shall implement any changes to any existing documentaries, television content, and other audiovisual productions to comply with Section 1, including on any and all third-party platforms, within 90 days of the date of the agreement.

3)   Provided the foregoing undertakings are followed, Rogue Fitness may continue to:

a)   include spoken references to ROGUE in its documentaries, television content, and other productions;
b)   display ROGUE-branded weightlifting, fitness, and strength products and signage in its documentaries, television content, and other productions; and
c)   display and otherwise make use of its ROGUE logo on Rogue Fitness' own website, own social media channels, and own YouTube channel.

4)   Rogue Fitness shall never use the ROGUE mark in either of the following stylizations used by UltraV in any documentaries, television content, or other productions.  If Rogue Fitness intends to adopt any new stylization of its ROGUE mark for use in connection with documentaries, television content, or other productions, it shall disclose such new stylization to UltraV prior to commencing use thereof, and if UltraV has any objections to such new stylization, the parties agree to work together in good faith to avoid any potential consumer confusion between their marks pursuant to Section 9.



5)   Rogue Fitness shall never apply to register the mark ROGUE, alone, for any film/movie/motion picture, television, or other video-related products or services.

6)   UltraV would not oppose, petition to cancel, or otherwise object to Rogue Fitness' worldwide registration of the mark "ROGUE FITNESS" in connection with: "entertainment services, namely,

production and distribution of audiovisual works, including documentaries, videos, and films about weightlifting, fitness, and strength culture," "arranging, organizing, and conducting live and recorded strength and fitness events, contests, games, and competitions," and "providing audio-visual entertainment about weightlifting, fitness, and strength culture" in Class 41, and in connection with "advertising, namely, promotion of weightlifting, fitness, and strength culture entertainment, including live and recorded events, contests, games, and competitions" and "sponsorship of athletes and athletic events" in Class 35.

7) Rogue Fitness shall withdraw its opposition against UltraV's U.S. trademark application for the mark ROGUE in Class 9 (App. No. 88577372) and agree not to oppose, petition to cancel, or otherwise object to UltraV's registrations and applications for the ROGUE mark for film/movie/motion picture, television, or other video-related products or services.

8) Except for a violation of the parties' settlement agreement, each party releases and covenants not to sue the other party for any alleged violations of the mark ROGUE or formatives thereof.

9) If potential confusion between the parties' respective uses of ROGUE is discovered, the parties agree to work together in good faith to ensure consumer clarity and avoid consumer confusion.

10) The parties could, but are not obligated, to disclose to one another information about third-party uses of ROGUE marks in connection with one another's distinct goods/services and channels of trade.

**Charles Weir**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4280 **F** (310) 312-4224
CWeir@manatt.com

**manatt.com**



CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Weir, Charles

**Sent:** Wednesday, April 28, 2021 2:14 PM
**To:** 'Louis DiSanto' <LDiSanto@bannerwitcoff.com>
**Subject:** RE: UltraV / Rogue Fitness

Louis,

I was able to speak with my client about our call.  There is certainly flexibility on the computer related services that you mentioned.  I would like to understand what your client is looking for on that issue, but I would be surprised if this issue blocked the settlement.  As I am sure you can appreciate, the key issue for us is the use of the Rogue mark in media areas – video, film creation, etc.  In looking back through the settlement correspondence, it appears that there is largely agreement on the core issues.  Are you available for a call tomorrow or Friday to walk through those primary terms?  Assuming my review of the settlement correspondence is correct, I suggest we simply prepare a draft settlement agreement and make any further tweaks to language within that context.  That way we don't end up having to negotiate things twice.  We can take the laboring oar on preparing the initial draft.

Let me know your schedule over the next couple of days.

Best regards,

**Charles Weir**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4280 **F** (310) 312-4224
CWeir@manatt.com

**manatt.com**



CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Sent:** Wednesday, April 21, 2021 7:41 PM
**To:** Weir, Charles <CWeir@manatt.com>
**Subject:** RE: UltraV / Rogue Fitness

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

---

No problem. I updated the invite with a conference call line if that's easier. I also included my colleague, Erik Maurer, who may attend.

Best,

Louis

**LOUIS DISANTO | ATTORNEY**
**BANNER WITCOFF**
TEL: 312.463.5480 | MAIN: 312.463.5000
bannerwitcoff.com | LdiSanto@bannerwitcoff.com

**PROTECTING IP.  PROPELLING BUSINESS.**

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.

**From:** Weir, Charles <CWeir@manatt.com>
**Sent:** Wednesday, April 21, 2021 7:58 PM
**To:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Subject:** RE: UltraV / Rogue Fitness

CAUTION: This message has originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Sounds good.  I am going to invite my partner Samantha Katze.

**Charles Weir**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4280 **F** (310) 312-4224
CWeir@manatt.com

manatt.com



CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Sent:** Wednesday, April 21, 2021 5:27 PM
**To:** Weir, Charles <CWeir@manatt.com>
**Subject:** RE: UltraV / Rogue Fitness

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Yes, apologies. I will be in the Eastern time zone on Friday and calculated from 2pm ET, but my calendar is on CT. I just resent the invite for 1pm CT / 11am PT.

Best,

Louis

**LOUIS DISANTO | ATTORNEY**
**BANNER WITCOFF**
TEL: 312.463.5480 | MAIN: 312.463.5000
bannerwitcoff.com | LdiSanto@bannerwitcoff.com

**PROTECTING IP.  PROPELLING BUSINESS.**

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.

**From:** Weir, Charles <CWeir@manatt.com>
**Sent:** Wednesday, April 21, 2021 7:23 PM
**To:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Subject:** RE: UltraV / Rogue Fitness

CAUTION: This message has originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

I think you may have sent me the wrong time in the invite.  It was showing up as 12:00 PT.  I can do 11:00.  I cannot do 12:00.

**Charles Weir**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700

Los Angeles, CA 90067
**D** (310) 312-4280 **F** (310) 312-4224
CWeir@manatt.com

[manatt.com](manatt.com)



CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Sent:** Wednesday, April 21, 2021 5:02 PM
**To:** Weir, Charles <CWeir@manatt.com>
**Subject:** RE: UltraV / Rogue Fitness

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Hi Charles,

Does 11am PT on Friday still work for you?

Best,

Louis

**LOUIS DISANTO | ATTORNEY**
**BANNER WITCOFF**
TEL: 312.463.5480 | MAIN: 312.463.5000
bannerwitcoff.com | LdiSanto@bannerwitcoff.com

**PROTECTING IP.  PROPELLING BUSINESS.**

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.

**From:** Weir, Charles <CWeir@manatt.com>
**Sent:** Wednesday, April 21, 2021 6:50 PM
**To:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Subject:** RE: UltraV / Rogue Fitness

CAUTION: This message has originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Louis,

I am just following up.  Does Friday morning work for a call?  If not, what does your Monday look like?

Best regards,


**Charles Weir**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4280 **F** (310) 312-4224
CWeir@manatt.com

**manatt.com**



CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Weir, Charles
**Sent:** Monday, April 19, 2021 6:10 PM
**To:** 'LDISANTO@BANNERWITCOFF.COM' <LDISANTO@BANNERWITCOFF.COM>
**Subject:** UltraV / Rogue Fitness

Louis,

I am following up on our call a moment ago.  As I mentioned, Manatt is representing UltraV and is taking over the Rogue Fitness matter from Pillsbury.  I would like to talk with you further about the case and where things stand from your perspective.  Thursday of this week is pretty open for me.  I could also do Friday morning from 9:00-12:00 PT.  Please let me know if any of those times will work for you.

Best regards,

**Charles Weir**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4280 **F** (310) 312-4224
CWeir@manatt.com

manatt.com



CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

# EXHIBIT BB

**Christian Wolfgram**

| | |
|---|---|
| **From:** | Weir, Charles <CWeir@manatt.com> |
| **Sent:** | Tuesday, September 21, 2021 5:54 PM |
| **To:** | Louis DiSanto |
| **Cc:** | Katze, Samantha; Novian, Yasmine; Erik Maurer; Christian Wolfgram; Hugh A. Warren, V; de Bretteville, Jason; Lobb, Sean |
| **Subject:** | RE: 2:21-cv-04913-VAP-AS UV RML NL Assets, LLC v. Coulter Ventures, LLC |

> CAUTION: This message has originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Louis,

Below is an example of what I had previously referenced regarding certain portions of Rogue Fitness's films being branded with Rogue Fitness.  This is from one of the Legend Series Films.  The link is:  https://www.youtube.com/watch?v=D93S8G8jlvc&list=PLMBAcjeGtKQZ__eNDfS4d-uFZJ7a5r77D



**Charles Weir**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4280 **F** (310) 312-4224
CWeir@manatt.com

manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Sent:** Tuesday, September 21, 2021 3:15 PM
**To:** Weir, Charles <CWeir@manatt.com>
**Cc:** Katze, Samantha <SKatze@manatt.com>; Novian, Yasmine <YNovian@manatt.com>; Erik Maurer <EMaurer@bannerwitcoff.com>; Christian Wolfgram <CWolfgram@bannerwitcoff.com>; Hugh A. Warren, V <HWarren@bannerwitcoff.com>; de Bretteville, Jason <JdeBretteville@stradlinglaw.com>; Lobb, Sean <stlobb@stradlinglaw.com>
**Subject:** RE: 2:21-cv-04913-VAP-AS UV RML NL Assets, LLC v. Coulter Ventures, LLC

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Charles,

I do not recall you identifying on our call such examples. Kindly respond in writing with links to the examples so that there is no miscommunication between us.

With regard to the schedule for briefing and hearing on Plaintiff's motion for preliminary injunction, please consider the two options below. Given the short timeframe before Defendant's response is currently due, we will require agreement by COB Pacific time today or we will have to seek relief from the Court.

Option 1: The parties request the Court to suspend briefing on the PI Motion pending the October 18, 2021, Rule 16 scheduling conference with Judge Phillips. In lieu of briefing the PI Motion now, the Parties will conduct a Rule 26(f) conference that includes a discovery and briefing schedule for the PI Motion. Once informed of the Parties' respective views on October 18, the Court can set an overall case management schedule that affords for a fulsome record on, and an informed resolution of, the issues raised by the PI Motion.

Option 2: In the alternative, the Parties agree to a 28-day extension of time for Rogue to respond to the PI Motion, up to and including October 25, 2021. As part of the 28-day extension, Rogue shall promptly serve on Plaintiff no more than five interrogatories and up to ten production requests relating to the PI Motion, with Plaintiff's responses due within 2-weeks of service of Rogue's PI Motion written discovery. Further, Rogue may depose Plaintiff's PI Motion fact declarant, Alexis Miron, for no more than 5-hours on the record regarding the substance of his declaration, with Mr. Miron to testify no later than October 15, 2021. None of the aforementioned PI Motion discovery shall count against the discovery limits set by the Federal Rules of Civil Procedure or any other discovery limits the Parties propose and/or the Court permits in the balance of this case.

I look forward to our call.

Best,

Louis

**LOUIS DISANTO** | ATTORNEY

**BANNER WITCOFF**
TEL: 312.463.5480 | MAIN: 312.463.5000
bannerwitcoff.com | ldiSanto@bannerwitcoff.com

**PROTECTING IP.  PROPELLING BUSINESS.**

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.

**From:** Weir, Charles <CWeir@manatt.com>
**Sent:** Tuesday, September 21, 2021 4:17 PM
**To:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Cc:** Katze, Samantha <SKatze@manatt.com>; Novian, Yasmine <YNovian@manatt.com>; Erik Maurer <EMaurer@bannerwitcoff.com>; Christian Wolfgram <CWolfgram@bannerwitcoff.com>; Hugh A. Warren, V <HWarren@bannerwitcoff.com>; de Bretteville, Jason <JdeBretteville@stradlinglaw.com>; Lobb, Sean <stlobb@stradlinglaw.com>
**Subject:** Re: 2:21-cv-04913-VAP-AS UV RML NL Assets, LLC v. Coulter Ventures, LLC

CAUTION: This message has originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

We identified examples on our last call.  But happy to do it again.

**Charles Weir**
Partner

Manatt, Phelps & Phillips, LLP
11355 W. Olympic Blvd
Los Angeles, CA  90064
**D** (310) 312-4280

CWeir@manatt.com
**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

On Sep 21, 2021, at 1:36 PM, Louis DiSanto <LDiSanto@bannerwitcoff.com> wrote:

[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.

Thanks, Charles. I will call you then.

We will also try to get you a written proposal prior to the call.

Also, it was my understanding from our last discussion regarding potential settlement that you were going to provide the information we requested in our letter of July 23rd. Specifically, you agreed to identify for us examples of Rogue's film content that Plaintiff considered "branded as at least in part as by 'Rogue Fitness[,]'" as referenced in your letter of July 19th. Please advise if you still intend to identify this content in an effort to advance potential settlement discussions.


Best,


Louis


**LOUIS DISANTO | ATTORNEY**

**BANNER WITCOFF**
TEL: 312.463.5480 | MAIN: 312.463.5000
bannerwitcoff.com | LdiSanto@bannerwitcoff.com

**PROTECTING IP.  PROPELLING BUSINESS.**

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.

---

**From:** Weir, Charles <CWeir@manatt.com>
**Sent:** Tuesday, September 21, 2021 2:40 PM
**To:** Louis DiSanto <LDiSanto@bannerwitcoff.com>; Katze, Samantha <SKatze@manatt.com>; Novian, Yasmine <YNovian@manatt.com>
**Cc:** Erik Maurer <EMaurer@bannerwitcoff.com>; Christian Wolfgram <CWolfgram@bannerwitcoff.com>; Hugh A. Warren, V <HWarren@bannerwitcoff.com>; de Bretteville, Jason <JdeBretteville@stradlinglaw.com>; Lobb, Sean <stlobb@stradlinglaw.com>
**Subject:** RE: 2:21-cv-04913-VAP-AS UV RML NL Assets, LLC v. Coulter Ventures, LLC

CAUTION: This message has originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.


Happy to discuss.  What did you have in mind?  We intentionally paired it with the scheduling conference since it was already on calendar and so folks would be available.  If we move the date a bit, we should ask the court to move both matters.  I am available after 3:30 PT.


**Charles Weir**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4280 **F** (310) 312-4224
CWeir@manatt.com

manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Louis DiSanto <LDiSanto@bannerwitcoff.com>
**Sent:** Tuesday, September 21, 2021 11:48 AM
**To:** Weir, Charles <CWeir@manatt.com>; Katze, Samantha <SKatze@manatt.com>; Novian, Yasmine <YNovian@manatt.com>
**Cc:** Erik Maurer <EMaurer@bannerwitcoff.com>; Christian Wolfgram <CWolfgram@bannerwitcoff.com>; Hugh A. Warren, V <HWarren@bannerwitcoff.com>; de Bretteville, Jason <JdeBretteville@stradlinglaw.com>; Lobb, Sean <stlobb@stradlinglaw.com>
**Subject:** FW: 2:21-cv-04913-VAP-AS UV RML NL Assets, LLC v. Coulter Ventures, LLC

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Charles, Yasmine, and/or Samantha,

Please advise of your availability this early afternoon to discuss determining a briefing schedule and hearing date on the motion for preliminary injunction. I can be available to discuss at your convenience.

Friendly reminder to also include Jason de Bretteville and Sean Lobb on communications to the Court, formal service of documents, or filings.

Thank you.

Best,

Louis

**LOUIS DISANTO | ATTORNEY**

**BANNER WITCOFF**
TEL: 312.463.5480 | MAIN: 312.463.5000
bannerwitcoff.com | ldiSanto@bannerwitcoff.com

**PROTECTING IP.  PROPELLING BUSINESS.**

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.

**From:** Louis DiSanto
**Sent:** Tuesday, September 21, 2021 1:41 PM
**To:** 'Novian, Yasmine' <YNovian@manatt.com>; Christine_Chung@cacd.uscourts.gov
**Cc:** Weir, Charles <CWeir@manatt.com>; Katze, Samantha <SKatze@manatt.com>; Erik Maurer <emaurer@bannerwitcoff.com>; Christian Wolfgram <cwolfgram@bannerwitcoff.com>; Hugh A. Warren, V <hwarren@bannerwitcoff.com>; 'de Bretteville, Jason' <JdeBretteville@stradlinglaw.com>; Lobb, Sean <stlobb@stradlinglaw.com>
**Subject:** RE: 2:21-cv-04913-VAP-AS UV RML NL Assets, LLC v. Coulter Ventures, LLC

Dear Ms. Chung,

We represent Defendant-Counterclaim Plaintiff, Coulter Ventures, LLC ("Defendant") in this matter.

Please be advised that Defendant plans to seek agreement from Plaintiff regarding moving the briefing schedule and hearing date for Plaintiff's motion for preliminary injunction in order to provide Defendant a fair opportunity to prepare its response. If the parties cannot reach agreement in this regard, Plaintiff intends to seek relief from the Court.

Thank you.

Respectfully,

Louis DiSanto
Counsel for Coulter Ventures, LLC

**LOUIS DISANTO | ATTORNEY**

**BANNER WITCOFF**
TEL: 312.463.5480 | MAIN: 312.463.5000
bannerwitcoff.com | LdiSanto@bannerwitcoff.com

**PROTECTING IP.  PROPELLING BUSINESS.**

IMPORTANT/CONFIDENTIAL: This message may be privileged, confidential, or exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by return e-mail.

**From:** Novian, Yasmine <YNovian@manatt.com>
**Sent:** Tuesday, September 21, 2021 1:06 PM
**To:** Christine_Chung@cacd.uscourts.gov
**Cc:** Weir, Charles <CWeir@manatt.com>; Katze, Samantha <SKatze@manatt.com>; Louis DiSanto <LDiSanto@bannerwitcoff.com>; Erik Maurer <EMaurer@bannerwitcoff.com>; Christian Wolfgram <CWolfgram@bannerwitcoff.com>; Hugh A. Warren, V <HWarren@bannerwitcoff.com>
**Subject:** 2:21-cv-04913-VAP-AS UV RML NL Assets, LLC v. Coulter Ventures, LLC

CAUTION: This message has originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Dear Ms. Chung:

We represent Plaintiff-Counterclaim Defendant UV RML NL Assets LLC ("Plaintiff") and Counterclaim Defendant UltraV Holdings LLC in the above referenced action.  As you may be aware, yesterday, Plaintiff filed a motion for a preliminary injunction and noticed the motion to be heard on October 18, 2021, which is the same day the parties are scheduled to appear before Judge Phillips for their Rule 16 conference.  In doing, we inadvertently set the hearing time for Plaintiff's motion for 10:00 am as opposed to 2:00 pm as required by paragraph 4 of Judge Phillips's Standing Order.  Subject to the Court's availability, our intention and preference is to combine the hearing on Plaintiff's motion with the scheduling conference, which is set for 1:30 pm on October 18.  We would be happy to submit an amended notice of motion changing the time for the motion hearing from 10:00 am to 2:00 pm on October 18, 2021 if that is the Court's preference.  We appreciate your attention to this matter.

Respectfully submitted,
Yasmine Novian

**Yasmine Novian**

Associate

_____

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4177 **F** (310) 312-4224
YNovian@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

# EXHIBIT CC

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
## Bankruptcy Petition #: 18-11358-mew

|  |  |
|---|---|
| *Date filed:* | 05/03/2018 |
| *Plan confirmed:* | 01/31/2019 |
| *341 meeting:* | 05/31/2018 |
| *Deadline for filing claims:* | 09/12/2018 |

*Assigned to:* Judge Michael E. Wiles
Chapter 11
Voluntary
Asset

**Debtor**
**Relativity Media, LLC**
9242 Beverly Boulevard
Suite 300
Beverly Hills, CA 90210
LOS ANGELES-CA
Tax ID / EIN: 25-1910844
*dba* Relativity
*dba* Relativity Media

represented by **Carrie V Hardman**
Winston & Strawn, LLP
200 Park Avenue
New York, NY 10166
212-294-6700
Email: chardman@winston.com

**John Longmire**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8574
Fax : (212) 728-8111
Email: maosbny@willkie.com

**Daniel J. McGuire**
Winston & Strawn LLP
35 W. Wacker Drive
Suite 4200
Chicago, IL 60601
(312) 558-5600
Fax : (312) 558-5700
Email: dmcguire@winston.com

**James Menton**
Robins Kaplan LLP
2049 Century Park East
Suite 3400
Los Angeles, CA 90067
310-552-0130
Email: jmenton@robinskaplan.com

**Antonio Yanez, Jr.**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
212 728-8725
Fax : 212 728-8111

New York Southern Live System

Email: maosbny@willkie.com

***Liquidating Trustee***
**Relativity Liquidating Trust,** *Relativity*
***Liquidating Trust***
Robins Kaplan LLP
2049 CENTURY PARK E
STE 3400
Los Angeles, CA 90067
United States
3105520130

represented by **Scott F. Gautier**
Faegre Drinker Biddle & Reath LLP
1800 Century Park East
Suite 1500
Los Angeles, CA 90067
310-203-4000
Email: scott.gautier@faegredrinker.com

**Kevin Meek**
Robins Kaplan L.L.P.
2049 Century Park East
Ste 3400
Los Angeles, CA 90067
310-229-5407
Email: kmeek@robinskaplan.com

**James Menton**
(See above for address)

***U.S. Trustee***
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
(212) 510-0500

represented by **Benjamin J. Higgins**
Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014
212-510-0500
Fax : 212-668-2255
Email: benjamin.j.higgins@usdoj.gov

**Greg M. Zipes**
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500
Email: greg.zipes@usdoj.gov

***Claims and Noticing Agent***
**Prime Clerk, LLC**
One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165

represented by **Adam M. Adler**
Prime Clerk LLC
One Grand Central Place
60 East 42nd Street
Suite 1440
New York, NY 10165
212-257-5465
Email: aadler@primeclerk.com

***Claims and Noticing Agent***
**Prime Clerk LLC**
One Grand Central Place
60 East 42nd Street, Suite 1440
www.primeclerk.com
New York, NY 10165

represented by **Adam M. Adler**
(See above for address)

(212) 257-5450

*Creditor Committee*
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
Robins Kaplan LLP
c/o Minyao Wang, Esq.
399 Park Avenue
Suite 3600
New York, NY 10022
212.980.7400

represented by **Scott F. Gautier**
(See above for address)

**Minyao Wang**
Robins Kaplan
399 Park Avenue
Robins Kaplan LLP
New York, NY 10022
212-980-7480
Fax : 212-980-7499
Email: mwang@robinskaplan.com

| Filing Date | # | Docket Text |
|---|---|---|
| 05/03/2018 | 1 (13 pgs) | Chapter 11 Voluntary Petition for Non-Individual. Order for Relief Entered. Schedule A/B due 05/17/2018. Schedule C due 05/17/2018. Schedule D due 05/17/2018. Schedule E/F due 05/17/2018. Schedule G due 05/17/2018. Schedule H due 05/17/2018. Summary of Assets and Liabilities due 05/17/2018. Statement of Financial Affairs due 05/17/2018. Local Rule 1007-2 Affidavit due by: 05/17/2018. Incomplete Filings due by 05/17/2018, Filed by Carey D. Schreiber of Winston & Strawn LLP on behalf of Relativity Media, LLC. (Schreiber, Carey) (Entered: 05/03/2018) |
| 05/03/2018 | | Receipt of Voluntary Petition (Chapter 11)(18-11358) [misc,824] (1717.00) Filing Fee. Receipt number 12560518. Fee amount 1717.00. (Re: Doc # 1) (U.S. Treasury) (Entered: 05/03/2018) |
| 05/04/2018 | | Judge Michael E. Wiles added to the case. (Porter, Minnie). (Entered: 05/04/2018) |
| 05/07/2018 | 2 (41 pgs; 3 docs) | Motion for Joint Administration filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B - Adams Declaration) (Hardman, Carrie) (Entered: 05/07/2018) |
| 05/07/2018 | 3 (2 pgs; 2 docs) | Application for Pro Hac Vice Admission *of Daniel J. McGuire* filed by Carey D. Schreiber on behalf of Relativity Media, LLC. (Attachments: # 1 Proposed Order) (Schreiber, Carey) (Entered: 05/07/2018) |
| 05/07/2018 | 4 (2 pgs; 2 docs) | Application for Pro Hac Vice Admission *of Justin E. Rawlins* filed by Carey D. Schreiber on behalf of Relativity Media, LLC. (Attachments: # 1 Proposed Order) (Schreiber, Carey) (Entered: 05/07/2018) |
| 05/07/2018 | | Receipt of Application for Pro Hac Vice Admission(18-11358-mew) [motion,122] ( 200.00) Filing Fee. Receipt number 12565298. Fee amount 200.00. (Re: Doc # 3) (U.S. Treasury) (Entered: 05/07/2018) |
| 05/07/2018 | | Receipt of Application for Pro Hac Vice Admission(18-11358-mew) [motion,122] ( 200.00) Filing Fee. Receipt number 12565298. Fee amount 200.00. (Re: Doc # 4) (U.S. Treasury) (Entered: 05/07/2018) |
| 05/07/2018 | 5 | Order signed on 5/7/2018 authorizing the joint administration of their |

| | | |
|---|---|---|
| | (13 pgs) | chapter 11 cases under 18-11358 (Relativity Media, LLC, et al). (DePierola, Jacqueline). (Entered: 05/07/2018) |
| 05/08/2018 | [6](link) (10 pgs) | Chapter 11 or Chapter 9 Cases Non-Individual: List of Creditors Who Have 20 Largest Unsecured Claims and Are Insiders (Official Form 204) /Consolidated List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 05/08/2018) |
| 05/08/2018 | [7](link) (115 pgs) | Declaration of Colin M. Adams in Support of Chapter 11 Petitions and First Day Pleadings filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 05/08/2018) |
| 05/08/2018 | [8](link) (12 pgs) | Declaration of Lori Sinanyan in Support of Chapter 11 Petitions, First Day Pleadings and Proposed Sale filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 05/08/2018) |
| 05/08/2018 | [9](link) (20 pgs; 2 docs) | Motion to Authorize Debtors Motion for the Entry of an Order (I) Authorizing the Debtors to (A) Prepare a List of Creditors in Lieu of Submitting a Formatted Mailing Matrix, (B) File a Consolidated List of the Debtors 50 Largest Unsecured Creditors, (C) Redact Certain Personal Identification Information for Individual Creditors and (D) Mail Initial Notices, and (II) Approving the Form and Manner of Notifying Creditors of the Commencement of the Debtors Chapter 11 Cases filed by Carrie V Hardman on behalf of Relativity Media, LLC with hearing to be held on 5/9/2018 at 02:00 PM at Courtroom 617 (MEW). (Attachments: # [1](link) Exhibit A - Proposed Order) (Hardman, Carrie) (Entered: 05/08/2018) |
| 05/08/2018 | [10](link) (26 pgs; 2 docs) | Motion to Authorize / Debtors Motion for an Order Authorizing the Establishment of Certain Notice, Case Management and Administrative Procedures filed by Carrie V Hardman on behalf of Relativity Media, LLC with hearing to be held on 5/9/2018 at 02:00 PM at Courtroom 617 (MEW). (Attachments: # [1](link) Exhibit A - Proposed Order) (Hardman, Carrie) (Entered: 05/08/2018) |
| 05/08/2018 | [11](link) (44 pgs; 4 docs) | Motion to Appoint Prime Clerk LLC as Claims and Noticing Agent filed by Carrie V Hardman on behalf of Relativity Media, LLC with hearing to be held on 5/9/2018 at 02:00 PM at Courtroom 617 (MEW). (Attachments: # [1](link) Exhibit A - Prime Clerk Engagement Agreement # [2](link) Exhibit B - Steele Declaration # [3](link) Exhibit C - Proposed Order) (Hardman, Carrie) (Entered: 05/08/2018) |
| 05/08/2018 | [12](link) (34 pgs; 3 docs) | Motion to Authorize / Debtors Motion for Entry of Interim and Final Orders Authorizing, but not Directing, Debtors to (A) Pay Certain Prepetition Wages and Reimbursable Employee Expenses, (B) Pay and Honor Employee Medical and Other Benefits and (C) Continue Employee Benefit Programs filed by Carrie V Hardman on behalf of Relativity Media, LLC with hearing to be held on 5/9/2018 at 02:00 PM at Courtroom 617 (MEW). (Attachments: # [1](link) Exhibit A - Proposed Interim Order # [2](link) Exhibit B - Proposed Final Order) (Hardman, Carrie) (Entered: 05/08/2018) |
| 05/08/2018 | [13](link) (12 pgs; 2 docs) | Motion to Reject / Debtors Motion for an Order Authorizing the Rejection of Certain Executory Contracts Nunc Pro Tunc to the Petition Date filed by Carrie V Hardman on behalf of Relativity Media, LLC with hearing to be held on 5/9/2018 at 02:00 PM at Courtroom 617 (MEW). |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A - Proposed Order) (Hardman, Carrie) (Entered: 05/08/2018) |
| 05/08/2018 | 14 (25 pgs; 3 docs) | Motion to Authorize / *Debtors Motion for Entry of Interim and Final Orders Authorizing Payment of Prepetition Residuals and Participations in the Ordinary Course of Business* filed by Carrie V Hardman on behalf of Relativity Media, LLC with hearing to be held on 5/9/2018 at 02:00 PM at Courtroom 617 (MEW). (Attachments: # 1 Exhibit A - Proposed Interim Order # 2 Exhibit B - Proposed Final Order) (Hardman, Carrie) (Entered: 05/08/2018) |
| 05/08/2018 | 15 (20 pgs; 2 docs) | Motion to Authorize / *Debtors Motion for an Order (A) Authorizing, but not Directing, the Debtors to Continue Prepetition Insurance Coverage and Pay Prepetition Obligations Relating Thereto and (B) Authorizing, but not Directing, all Financial Institutions to Honor all Related Payment Requests* filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Attachments: # 1 Exhibit A - Proposed Order) (Hardman, Carrie) (Entered: 05/08/2018) |
| 05/08/2018 | 16 (46 pgs; 4 docs) | Motion to Authorize / *Debtors Motion for Entry of Interim and Final Orders (A) Authorizing Continued Use of Existing Cash Management System, Bank Accounts and Business Forms, and Payment of Related Prepetition Obligations, (B) Waiving Certain Investment and Deposit Requirements on a Limited Basis, (C) Authorizing Continued Engagement in Intercompany Transactions, and (D) According Administrative Expense Priority Status to all Postpetition Intercompany Claims* filed by Carey D. Schreiber on behalf of Relativity Media, LLC with hearing to be held on 5/9/2018 at 02:00 PM at Courtroom 617 (MEW). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Schreiber, Carey) (Entered: 05/08/2018) |
| 05/08/2018 | 17 (130 pgs; 2 docs) | Motion to Approve Debtor in Possession Financing / *Debtors Motion For Entry Of Interim And Final Orders: (I) Authorizing The Debtors To (A) Obtain Post-Petition Financing And (B) Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying The Automatic Stay; (IV) Scheduling A Final Hearing; And (V) Granting Related Relief* filed by Carey D. Schreiber on behalf of Relativity Media, LLC with hearing to be held on 5/9/2018 at 02:00 PM at Courtroom 617 (MEW). (Attachments: # 1 Exhibit A) (Schreiber, Carey) (Entered: 05/08/2018) |
| 05/08/2018 | 18 (7 pgs) | Notice of Agenda *of Matters Scheduled for Hearing on May 9, 2018 at 2:00 PM (ET)* filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 5/9/2018 at 02:00 PM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 05/08/2018) |
| 05/08/2018 | 19 (4 pgs) | Notice of Appearance filed by Richard M. Seltzer on behalf of Motion Picture Industry Pension and Health Plans, Writers Guild Pension Plan and Industry Health Fund, Screen Actors Guild-Producers Pension & Health Plans, Directors Guild of America, Inc.-Producer Pension and Health Plans, Writers Guild of America, West, Inc., Screen Actors Guild - American Federation of Television and Radio Artists, Directors Guild of America, Inc.. (Seltzer, Richard) (Entered: 05/08/2018) |
| 05/08/2018 | 20 (4 pgs) | Notice of Appearance filed by Peter D. DeChiara on behalf of Directors Guild of America, Inc., Directors Guild of America, Inc.-Producer Pension and Health Plans, Motion Picture Industry Pension and Health Plans, Screen Actors Guild - American Federation of Television and Radio Artists, Screen Actors Guild-Producers Pension & Health Plans, |

| | | Writers Guild Pension Plan and Industry Health Fund, Writers Guild of America, West, Inc.. (DeChiara, Peter) (Entered: 05/08/2018) |
|---|---|---|
| 05/08/2018 | 21 (4 pgs) | Notice of Appearance filed by Melissa S. Woods on behalf of Directors Guild of America, Inc., Directors Guild of America, Inc.-Producer Pension and Health Plans, Motion Picture Industry Pension and Health Plans, Screen Actors Guild - American Federation of Television and Radio Artists, Screen Actors Guild-Producers Pension & Health Plans, Writers Guild Pension Plan and Industry Health Fund, Writers Guild of America, West, Inc.. (Woods, Melissa) (Entered: 05/08/2018) |
| 05/08/2018 | 22 (2 pgs) | Notice of Appearance filed by Arthur Jay Steinberg on behalf of Prepetition Midcap Secured Lenders. (Steinberg, Arthur) (Entered: 05/08/2018) |
| 05/08/2018 | 23 (1 pg) | Order signed on 5/8/2018 admitting Daniel J. McGuire, Esq. to practice pro hac vice in this Court (Related Doc # 3). (DePierola, Jacqueline) (Entered: 05/08/2018) |
| 05/08/2018 | 24 (1 pg) | Order signed on 5/8/2018 admitting Justin E. Rawlins, Esq. to practice pro hac vice in this Court (Related Doc # 4). (DePierola, Jacqueline) (Entered: 05/08/2018) |
| 05/08/2018 | 25 (3 pgs) | **(Withdrawn As Per Document #44)** Notice of Appearance *and Demand for Notice and Papers* filed by Richard Levy Jr. on behalf of Pure Flix Entertainment LLC. (Levy, Richard) Modified on 5/10/2018 (Richards, Beverly). (Entered: 05/08/2018) |
| 05/08/2018 | 26 (3 pgs; 2 docs) | Application for Pro Hac Vice Admission *for Joseph A. Kohanski* filed by Melissa S. Woods on behalf of Directors Guild of America, Inc., Directors Guild of America, Inc.-Producer Pension and Health Plans, Motion Picture Industry Pension and Health Plans, Screen Actors Guild - American Federation of Television and Radio Artists, Screen Actors Guild-Producers Pension & Health Plans, Writers Guild Pension Plan and Industry Health Fund, Writers Guild of America, West, Inc.. (Attachments: # 1 Proposed Order) (Woods, Melissa) (Entered: 05/08/2018) |
| 05/08/2018 | | Receipt of Application for Pro Hac Vice Admission(18-11358-mew) [motion,122] ( 200.00) Filing Fee. Receipt number 12567783. Fee amount 200.00. (Re: Doc # 26) (U.S. Treasury) (Entered: 05/08/2018) |
| 05/08/2018 | 27 (3 pgs; 2 docs) | Application for Pro Hac Vice Admission *for David E. Ahdoot* filed by Melissa S. Woods on behalf of Directors Guild of America, Inc., Directors Guild of America, Inc.-Producer Pension and Health Plans, Motion Picture Industry Pension and Health Plans, Screen Actors Guild - American Federation of Television and Radio Artists, Screen Actors Guild-Producers Pension & Health Plans, Writers Guild Pension Plan and Industry Health Fund, Writers Guild of America, West, Inc.. (Attachments: # 1 Proposed Order) (Woods, Melissa) (Entered: 05/08/2018) |
| 05/08/2018 | | Receipt of Application for Pro Hac Vice Admission(18-11358-mew) [motion,122] ( 200.00) Filing Fee. Receipt number 12567802. Fee amount 200.00. (Re: Doc # 27) (U.S. Treasury) (Entered: 05/08/2018) |
| 05/08/2018 | 28 | Notice of Appearance filed by Adam Craig Harris on behalf of UltraV |

| | (3 pgs) | Holdings LLC. (Harris, Adam) (Entered: 05/08/2018) |
|---|---|---|
| 05/08/2018 | 29 (2 pgs) | Notice of Appearance filed by George R. Mesires on behalf of Technicolor, Inc.. (Mesires, George) (Entered: 05/08/2018) |
| 05/08/2018 | 30 (2 pgs) | Notice of Appearance *Notice of Appearance and Request for Service of Papers* filed by Frank A. Oswald on behalf of Relativity Litigation Trust under Confirmed Chapter 11 Plan for Relativity Fashion, LLC et al.,. (Oswald, Frank) (Entered: 05/08/2018) |
| 05/09/2018 | 31 (12 pgs) | Objection to Motion */ Objection of the United States Trustee to the Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Obtain Post-Petition Financing and Use Cash Collateral and for Other Relief* (related document(s)17) filed by Benjamin J. Higgins on behalf of United States Trustee. with hearing to be held on 5/9/2018 at 02:00 PM at Courtroom 617 (MEW) (Higgins, Benjamin) (Entered: 05/09/2018) |
| 05/09/2018 | 32 (18 pgs) | Affidavit of Service *of Rafael Stitt Regarding First Day Motions and Order Declarations of Colin M. Adams, Lori Sinanyan and Notice of Agenda of Matters Scheduled for Hearing on May 9, 2018 at 2:00 p.m. (ET)* (related document(s)12, 16, 18, 7, 9, 5, 14, 10, 13, 11, 8, 17, 2, 15) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 05/09/2018) |
| 05/09/2018 | 33 (9 pgs) | Objection to Motion *to Obtain Post-Petition Financing* (related document(s)17) filed by George R. Mesires on behalf of Technicolor, Inc.. (Mesires, George) (Entered: 05/09/2018) |
| 05/09/2018 | 34 (1 pg) | Order signed on 5/9/2018 admitting Joseph A. Kohanski, Esq. to practice pro hac vice in this Court (Related Doc # 26). (DePierola, Jacqueline) (Entered: 05/09/2018) |
| 05/09/2018 | 35 (1 pg) | Order signed on 5/9/2018 admitting David E. Ahdoot, Esq. to practice pro hac vice in this Court (Related Doc # 27). (DePierola, Jacqueline) (Entered: 05/09/2018) |
| 05/09/2018 | 36 (3 pgs) | Notice of Appearance *Notice of Appearance and Request for Service of Papers* filed by Matthew L. Warren on behalf of RKA Film Financing, LLC. (Warren, Matthew) (Entered: 05/09/2018) |
| 05/09/2018 | 37 (3 pgs) | Notice of Appearance *Notice of Appearance and Request for Service of Papers* filed by Matthew L. Warren on behalf of RKA Film Financing, LLC. (Warren, Matthew) (Entered: 05/09/2018) |
| 05/09/2018 | 38 (2 pgs) | Affidavit of Service */Affidavit of Service of Notice of Appearance and Request for Service of Papers* (related document(s)30) Filed by Frank A. Oswald on behalf of Relativity Litigation Trust under Confirmed Chapter 11 Plan for Relativity Fashion, LLC et al.,. (Oswald, Frank) (Entered: 05/09/2018) |
| 05/10/2018 | 39 (8 pgs; 2 docs) | Order signed on 5/10/2018 authorizing the Debtors to prepare a list of creditors in lieu of submitting a formatted mailing matrix, file a consolidated list of the Debtors' 50 largest unsecured creditors, redact certain personal identification information for individual creditors and mail initial notices, and approving the form and manner of notifying |

| | | |
|---|---|---|
| | | creditors of the commencement of the Debtors' chapter 11 cases (Related Doc # 9). (DePierola, Jacqueline) (Entered: 05/10/2018) |
| 05/10/2018 | 40 (2 pgs) | Notice of Hearing (related document(s)14, 10, 15, 12, 17) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 5/30/2018 at 02:00 PM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 05/10/2018) |
| 05/10/2018 | 41 (6 pgs) | Order signed on 5/10/2018 authorizing retention and appointment of Prime Clerk LLC as claims and noticing agent, nunc pro tunc to the petition date (Related Doc # 11). (DePierola, Jacqueline) (Entered: 05/10/2018) |
| 05/10/2018 | 42 (12 pgs) | Interim Order signed on 5/10/2018 authorizing continued use of existing cash management system, bank accounts and business forms, and payment of related prepetition obligations, waiving certain investment and deposit requirements on a limited basis, authorizing continued engagement in intercompany transactions, and according administrative expense priority status to all postpetition intercompany claims (related document(s)16). Final hearing to be held on 5/30/2018 at 2:00 PM at Courtroom 617 (MEW). (DePierola, Jacqueline) (Entered: 05/10/2018) |
| 05/10/2018 | 43 (5 pgs) | Interim Order signed on 5/10/2018 authorizing, but not directing, Debtors to pay certain prepetition wages and reimbursable employee expenses, pay and honor employee medical and other benefits and continue employee benefit programs (related document(s)12). Final hearing to be held on 5/30/2018 at 02:00 PM at Courtroom 617 (MEW). (DePierola, Jacqueline) (Entered: 05/10/2018) |
| 05/10/2018 | 44 (1 pg) | Notice of Withdrawal *of Appearance and Request for Removal from ECF Service* (related document(s)25) filed by Richard Levy Jr. on behalf of Pure Flix Entertainment LLC. (Levy, Richard) (Entered: 05/10/2018) |
| 05/10/2018 | 45 (4 pgs) | Interim Order signed on 5/10/2018 authorizing payment of prepetition residuals and participations in the ordinary course of business (related document(s)14). Final hearing to be held on 5/30/2018 at 02:00 PM at Courtroom 617 (MEW). (DePierola, Jacqueline) (Entered: 05/10/2018) |
| 05/10/2018 | 46 (3 pgs) | Order signed on 5/10/2018 authorizing the rejection of certain executor contracts nunc pro tunc to the petition date (Related Doc # 13). A hearing is set for May 30, 2018 at 2:00 pm only if any counterparties seek to challenge the rejection of their respective contract. (DePierola, Jacqueline) (Entered: 05/10/2018) |
| 05/10/2018 | 47 (2 pgs; 2 docs) | Application for Pro Hac Vice Admission *of Thomas E. Patterson* filed by David M. Guess on behalf of Netflix, Inc.. (Attachments: # 1 Proposed Order) (Guess, David) (Entered: 05/10/2018) |
| 05/10/2018 | | Receipt of Application for Pro Hac Vice Admission(18-11358-mew) [motion,122] ( 200.00) Filing Fee. Receipt number 12571767. Fee amount 200.00. (Re: Doc # 47) (U.S. Treasury) (Entered: 05/10/2018) |
| 05/10/2018 | 48 (2 pgs; 2 docs) | Application for Pro Hac Vice Admission *of Julian I. Gurule* filed by David M. Guess on behalf of Netflix, Inc.. (Attachments: # 1 Proposed Order) (Guess, David) (Entered: 05/10/2018) |
| 05/10/2018 | | Receipt of Application for Pro Hac Vice Admission(18-11358-mew) |

[motion,122,[ 200.00) Filing Fee. Receipt number 12571793. Fee
amount 200.00. (Re: Doc # 48) (U.S. Treasury) (Entered: 05/10/2018)

| 05/10/2018 | 49<br>(3 pgs) | Notice of Appearance *and Request for Service of Papers* filed by David M. Guess on behalf of Netflix, Inc.. (Guess, David) (Entered: 05/10/2018) |
|---|---|---|
| 05/10/2018 | 50<br>(3 pgs) | Notice of Appearance filed by Harley J. Goldstein on behalf of WWE Studios, Inc.. (Goldstein, Harley) (Entered: 05/10/2018) |
| 05/11/2018 | 51<br>(1 pg) | Order signed on 5/11/2018 admitting Thomas E. Patterson, Esq. to practice pro hac vice in this Court (Related Doc # 47). (DePierola, Jacqueline) (Entered: 05/11/2018) |
| 05/11/2018 | 52<br>(1 pg) | Order signed on 5/11/2028 admitting Julina I. Gurule, Esq. to practice pro hac vice in this Court (Related Doc # 48). (DePierola, Jacqueline) (Entered: 05/11/2018) |
| 05/11/2018 | 53<br>(3 pgs) | Notice of Appearance */Notice of Appearance of Kenneth Halsband and Request for Service of Notices and Papers* filed by Victor A Sahn on behalf of Kenneth Halsband. (Sahn, Victor) (Entered: 05/11/2018) |
| 05/11/2018 | 74<br>(154 pgs) | Transcript regarding Hearing Held on 05/09/2018 at 2:08 pm RE: Motion to authorize Debtors to obtain post-petition financing and use cash collateral, granting adequate protection; modifying the automatic stay, scheduling a final hearing, and granting related relief Motion for interim and final orders authorizing continued use of existing cash management system, bank accounts and business forms, and payment of related pre-petition obligations, waiving certain investment and deposit requirements on a limited basis, authorizing continued engagement in intercompany transactions and according administrative expense priority status to all post-petition intercompany claims. Motion authorizing payment of pre-petition residuals and participations in the ordinary course of business. Motion authorizing the rejection of certain executory contracts nunc pro tunc to the petition date...et al. Remote electronic access to the transcript is restricted until 8/9/2018. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 5/18/2018. Statement of Redaction Request Due By 6/1/2018. Redacted Transcript Submission Due By 6/11/2018. Transcript access will be restricted through 8/9/2018. (Lewis, Tenille) (Entered: 05/17/2018) |
| 05/12/2018 | 54<br>(20 pgs; 3 docs) | Motion to Authorize */ Debtors Motion for an Order Authorizing the Debtors to Obtain Tail Insurance to Continue Prepetition Insurance Coverage and Pay Obligations Relating Thereto* filed by Carrie V Hardman on behalf of Relativity Media, LLC with hearing to be held on 5/16/2018 at 02:00 PM at Courtroom 617 (MEW). (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B - Adams Declaration) (Hardman, Carrie) (Entered: 05/12/2018) |
| 05/12/2018 | 55<br>(2 pgs) | Notice of Hearing (related document(s)54) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 5/16/2018 at 02:00 PM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 05/12/2018) |

| 05/14/2018 | [56](84 pgs; 2 docs) | Interim Order signed on 5/14/2018 authorizing Debtors to obtain secured post-petition financing and use cash collateral; granting adequate protection; modifying the automatic stay; scheduling a final hearing and granting related relief (related document(s)17). Final hearing to be held on 5/30/2018 at 02:00 PM at Courtroom 617 (MEW). (DePierola, Jacqueline) (Entered: 05/14/2018) |
| --- | --- | --- |
| 05/15/2018 | [57](56 pgs) | Objection to Motion *Limited Objection of Netflix, Inc. to Debtors' Motion for an Order Authorizing the Debtors to Obtain Tail Insurance to Continue Prepetition Insurance Coverage and Pay Obligations Relating Thereto* (related document(s)54) filed by David M. Guess on behalf of Netflix, Inc.. (Guess, David) (Entered: 05/15/2018) |
| 05/15/2018 | [58](236 pgs) | Affidavit of Service *Of Rafael Stitt Regarding Notice of Hearing, Notice of Commencement and Debtors' Motion for an Order (A) Authorizing, but not Directing, the Debtors to Continue Prepetition Insurance Coverage and Pay Prepetition Obligations Relating thereto and (B) Authorizing, but not Directing, all Financial Institutions to Honor all Related Payment Requests* (related document(s)40, 15) filed by Prime Clerk, LLC.(Malo, David) (Entered: 05/15/2018) |
| 05/16/2018 | [59](3 pgs) | Notice of Appearance filed by Veronique Anne Urban on behalf of Ryan Kavanaugh. (Urban, Veronique) (Entered: 05/16/2018) |
| 05/16/2018 | [60](115 pgs; 2 docs) | Letter / *Notice of Supplemental Declaration in Support of Debtors' Motion for an Order Authorizing the Debtors to Obtain Tail Insurance to Continue Prepetition Insurance Coverage and Pay Obligations Relating Thereto* (related document(s)54, 57) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 5/16/2018 at 02:00 PM at Courtroom 617 (MEW) (Attachments: # 1 Exhibit 1 - Supplemental Adams Declaration in Support of Tail Motion)(Hardman, Carrie) (Entered: 05/16/2018) |
| 05/16/2018 | [61](3 pgs) | Notice of Appearance *and Request for Service of Papers* filed by Mitchel H. Perkiel on behalf of Ollawood Productions, LLC. (Perkiel, Mitchel) (Entered: 05/16/2018) |
| 05/16/2018 | [62](3 pgs) | Notice of Appearance *and Request for Documents* filed by Eric J. Wise on behalf of Macquarie US Trading LLC, Crystal Screens Media Inc.. (Wise, Eric) (Entered: 05/16/2018) |
| 05/16/2018 | [63](4 pgs) | Application for Pro Hac Vice Admission / *Motion for Admission to Practice, Pro Hac Vice* filed by Eric J. Wise on behalf of Crystal Screens Media Inc., Macquarie US Trading LLC. (Wise, Eric) (Entered: 05/16/2018) |
| 05/16/2018 | [64](4 pgs) | Application for Pro Hac Vice Admission / *Motion for Admission to Practice, Pro Hac Vice* filed by Eric J. Wise on behalf of Crystal Screens Media Inc., Macquarie US Trading LLC. (Wise, Eric) (Entered: 05/16/2018) |
| 05/16/2018 | [65](1 pg) | Order signed on 5/16/2018 admitting Daniel B. Denny, Esq. to practice pro hac vice in this Court (Related Doc # 63). (DePierola, Jacqueline) (Entered: 05/16/2018) |
| 05/16/2018 | [66](1 pg) | Order signed on 5/16/2018 admitting Samuel A. Newman, Esq. to practice pro hac vice in this Court (Related Doc # 64). (DePierola, |

| | | Jacqueline) (Entered: 05/16/2018) |
|---|---|---|
| 05/16/2018 | 67 (3 pgs) | Application for Pro Hac Vice Admission *of Leib M. Lerner* filed by William Hao on behalf of Twentieth Century Fox Home Entertainment LLC. (Hao, William) (Entered: 05/16/2018) |
| 05/16/2018 | | Receipt of Application for Pro Hac Vice Admission(18-11358-mew) [motion,122] ( 200.00) Filing Fee. Receipt number 12580110. Fee amount 200.00. (Re: Doc # 67) (U.S. Treasury) (Entered: 05/16/2018) |
| 05/16/2018 | 68 (3 pgs) | Notice of Appearance *and Request for Service of Papers* filed by William Hao on behalf of Twentieth Century Fox Home Entertainment LLC. (Hao, William) (Entered: 05/16/2018) |
| 05/16/2018 | | Receipt of Application for Pro Hac Vice Admission(18-11358-mew) [motion,122] ( 200.00) Filing Fee. Receipt number 12580252. Fee amount 200.00. (Re: Doc # 63) (U.S. Treasury) (Entered: 05/16/2018) |
| 05/16/2018 | | Receipt of Application for Pro Hac Vice Admission(18-11358-mew) [motion,122] ( 200.00) Filing Fee. Receipt number 12580252. Fee amount 200.00. (Re: Doc # 64) (U.S. Treasury) (Entered: 05/16/2018) |
| 05/16/2018 | 69 (3 pgs) | Order signed on 5/16/2018 authorizing the Debtors to obtain tail insurance to continue prepetition insurance coverage and pay obligations relating thereto (Related Doc # 54). (DePierola, Jacqueline) (Entered: 05/16/2018) |
| 05/16/2018 | 70 (1 pg) | Order signed on 5/16/2018 admitting Leib M. Lerner, Esq. to practice pro hac vice in this Court (Related Doc # 67). (DePierola, Jacqueline) (Entered: 05/16/2018) |
| 05/16/2018 | 71 (3 pgs) | Notice of Appearance *and Request for Service of Notices and Papers* filed by Robert N. Michaelson on behalf of Adam Fields. (Michaelson, Robert) (Entered: 05/16/2018) |
| 05/16/2018 | 72 (3 pgs) | Affidavit of Service (related document(s)68) Filed by William Hao on behalf of Twentieth Century Fox Home Entertainment LLC. (Hao, William) (Entered: 05/16/2018) |
| 05/16/2018 | 73 (12 pgs) | Affidavit of Service *of Kadeem Champagnie Regarding Creditor Matrix Order, Prime Clerk Retention Order, Interim Cash Management Motion, Interim Wages Motion, Interim Ordinary Course of Business Order, and Contract Rejection Order* (related document(s)42, 41, 43, 39, 45, 46) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 05/16/2018) |
| 05/17/2018 | 75 (2 pgs) | Amended Notice of Appearance *and Request for Service of Notices and Papers for Adam Fields* (related document(s)71) filed by Robert N. Michaelson on behalf of Adam Fields. (Michaelson, Robert) (Entered: 05/17/2018) |
| 05/17/2018 | 76 (2 pgs) | Notice of Withdrawal *of Appearance and Request for Service of Notices and Papers* (related document(s)71) filed by Robert N. Michaelson on behalf of Adam Fields. (Michaelson, Robert) (Entered: 05/17/2018) |
| 05/17/2018 | 77 | Motion to Sell Property Free and Clear of Liens Under Section 363(f) / |

| | | |
|---|---|---|
| | (112 pgs; 3 docs) | *DEBTORS MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING (A) THE DEBTORS ENTRY INTO THE ASSET PURCHASE AGREEMENT FOR THE SALE OF SUBSTANTIALLY ALL THEIR ASSETS, (B) THE SALE OF SUBSTANTIALLY ALL THE DEBTORS ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES (OTHER THAN ASSUMED LIABILITIES) PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE AND (C) THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE, AND (II) GRANTING RELATED RELIEF* filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B - APA) (McGuire, Daniel) (Entered: 05/17/2018) |
| 05/17/2018 | | Receipt of Motion to Sell Property Free and Clear of Liens Under Section 363(f)(18-11358-mew) [motion,msell] ( 181.00) Filing Fee. Receipt number 12581981. Fee amount 181.00. (Re: Doc # 77) (U.S. Treasury) (Entered: 05/17/2018) |
| 05/17/2018 | 78 (13 pgs) | Affidavit of Service *of Rafael Stitt regarding Debtors Motion for an Order Authorizing the Debtors to Obtain Tail Insurance to Continue Prepetition Insurance Coverage and Pay Obligations Relating Thereto and Notice of Hearing on May 16, 2018 at 2:00 pm (ET)* (related document(s)54, 55) filed by Prime Clerk, LLC.(Steele, Benjamin) (Entered: 05/17/2018) |
| 05/17/2018 | 79 (4 pgs) | List of Equity Security Holders Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 05/17/2018) |
| 05/17/2018 | 80 (15 pgs) | Affidavit of Service *Of Nuno Cardoso regarding Interim Order: (I) Authorizing Debtors to Obtain Secured Post-Petition Financing and Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; (V) and Granting Related Relief* (related document(s)56) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 05/17/2018) |
| 05/17/2018 | 81 (11 pgs) | Statement of Financial Affairs - Non-Individual *3 DAYS TO KILL PRODUCTIONS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/17/2018) |
| 05/17/2018 | 82 (11 pgs) | Statement of Financial Affairs - Non-Individual *21 & OVER PRODUCTIONS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/17/2018) |
| 05/17/2018 | 83 (11 pgs) | Statement of Financial Affairs - Non-Individual *BEST OF ME PRODUCTIONS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/17/2018) |
| 05/17/2018 | 84 (11 pgs) | Statement of Financial Affairs - Non-Individual *BLACK OR WHITE FILMS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/17/2018) |
| 05/17/2018 | 85 (11 pgs) | Statement of Financial Affairs - Non-Individual *BLACKBIRD PRODUCTIONS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/17/2018) |
| 05/17/2018 | 86 | Statement of Financial Affairs - Non-Individual *BRICK MANSIONS* |

| | | |
|---|---|---|
| | (11 pgs) | *ACQUISITIONS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/17/2018) |
| 05/17/2018 | 87 (11 pgs) | Statement of Financial Affairs - Non-Individual *DON JON ACQUISITIONS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/17/2018) |
| 05/17/2018 | 88 (11 pgs) | Statement of Financial Affairs - Non-Individual *FURNACE FILMS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/17/2018) |
| 05/17/2018 | 89 (11 pgs) | Statement of Financial Affairs - Non-Individual *MALAVITA PRODUCTIONS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/17/2018) |
| 05/17/2018 | 90 (11 pgs) | Statement of Financial Affairs - Non-Individual *MOVIE PRODUCTIONS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/17/2018) |
| 05/17/2018 | 91 (11 pgs) | Statement of Financial Affairs - Non-Individual *PARANOIA ACQUISITIONS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/17/2018) |
| 05/17/2018 | 92 (11 pgs) | Statement of Financial Affairs - Non-Individual *PHANTOM ACQUISITIONS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/17/2018) |
| 05/17/2018 | 93 (11 pgs) | Statement of Financial Affairs - Non-Individual *RELATIVITY FASHION, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/17/2018) |
| 05/17/2018 | 94 (11 pgs) | Statement of Financial Affairs - Non-Individual *RELATIVITY FILMS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/17/2018) |
| 05/17/2018 | 95 (11 pgs) | Statement of Financial Affairs - Non-Individual *RELATIVITY FOREIGN, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/17/2018) |
| 05/17/2018 | 96 (11 pgs) | Statement of Financial Affairs - Non-Individual *RELATIVITY JACKSON, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/17/2018) |
| 05/17/2018 | 97 (11 pgs) | Statement of Financial Affairs - Non-Individual *RELATIVITY MEDIA DISTRIBUTION, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/17/2018) |
| 05/18/2018 | 98 (11 pgs) | Statement of Financial Affairs - Non-Individual *RELATIVITY MUSIC GROUP, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/18/2018) |
| 05/18/2018 | 99 (11 pgs) | Statement of Financial Affairs - Non-Individual *RELATIVITY PRODUCTION LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/18/2018) |

| | | |
|---|---|---|
| 05/18/2018 | [100](#) (11 pgs) | Statement of Financial Affairs - Non-Individual / *RML DISTRIBUTION INTERNATIONAL, LLC* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 05/18/2018) |
| 05/18/2018 | [101](#) (11 pgs) | Statement of Financial Affairs - Non-Individual *RML ACQUISITIONS I, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/18/2018) |
| 05/18/2018 | [102](#) (11 pgs) | Statement of Financial Affairs - Non-Individual / *RML ECHO FILMS, LLC* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 05/18/2018) |
| 05/18/2018 | [103](#) (11 pgs) | Statement of Financial Affairs - Non-Individual *RML ACQUISITIONS II* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/18/2018) |
| 05/18/2018 | [104](#) (11 pgs) | Statement of Financial Affairs - Non-Individual / *RML HECTOR FILMS, LLC* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 05/18/2018) |
| 05/18/2018 | [105](#) (11 pgs) | Statement of Financial Affairs - Non-Individual *RML ACQUISITIONS III* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/18/2018) |
| 05/18/2018 | [106](#) (11 pgs) | Statement of Financial Affairs - Non-Individual / *RML INTERNATIONAL ASSETS, LLC* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 05/18/2018) |
| 05/18/2018 | [107](#) (11 pgs) | Statement of Financial Affairs - Non-Individual *RML ACQUISITIONS IV* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/18/2018) |
| 05/18/2018 | [108](#) (11 pgs) | Statement of Financial Affairs - Non-Individual / *RML NOVEMBER FILMS, LLC* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 05/18/2018) |
| 05/18/2018 | [109](#) (11 pgs) | Statement of Financial Affairs - Non-Individual / *RML OCULUS FILMS, LLC* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 05/18/2018) |
| 05/18/2018 | [110](#) (11 pgs) | Statement of Financial Affairs - Non-Individual *RML ACQUISITIONS IX, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/18/2018) |
| 05/18/2018 | [111](#) (11 pgs) | Statement of Financial Affairs - Non-Individual / *RML ROMEO AND JULIET FILMS, LLC* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 05/18/2018) |
| 05/18/2018 | [112](#) (11 pgs) | Statement of Financial Affairs - Non-Individual / *RML ACQUISITIONS V, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/18/2018) |
| 05/18/2018 | [113](#) (11 pgs) | Statement of Financial Affairs - Non-Individual / *RML TURKEYS FILMS, LLC* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 05/18/2018) |

| 05/18/2018 | [114](#)<br>(11 pgs) | Statement of Financial Affairs - Non-Individual *RML ACQUISITIONS VI, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/18/2018) |
|---|---|---|
| 05/18/2018 | [115](#)<br>(11 pgs) | Statement of Financial Affairs - Non-Individual / *RML WIB FILMS, LLC* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 05/18/2018) |
| 05/18/2018 | [116](#)<br>(11 pgs) | Statement of Financial Affairs - Non-Individual *RML ACQUISITIONS VII, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/18/2018) |
| 05/18/2018 | [117](#)<br>(11 pgs) | Statement of Financial Affairs - Non-Individual / *RMLDD FINANCING, LLC* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 05/18/2018) |
| 05/18/2018 | [118](#)<br>(11 pgs) | Statement of Financial Affairs - Non-Individual *RML ACQUISITIONS VIII, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/18/2018) |
| 05/18/2018 | [119](#)<br>(11 pgs) | Statement of Financial Affairs - Non-Individual / *ROGUE DIGITAL, LLC* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 05/18/2018) |
| 05/18/2018 | [120](#)<br>(11 pgs) | Statement of Financial Affairs - Non-Individual *RML ACQUISITIONS X, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/18/2018) |
| 05/18/2018 | [121](#)<br>(11 pgs) | Statement of Financial Affairs - Non-Individual / *ROGUE GAMES, LLC* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 05/18/2018) |
| 05/18/2018 | [122](#)<br>(11 pgs) | Statement of Financial Affairs - Non-Individual *RML ACQUISITIONS XI, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/18/2018) |
| 05/18/2018 | [123](#)<br>(11 pgs) | Statement of Financial Affairs - Non-Individual / *ROGUELIFE LLC (DBA RELATIVITY DIGITAL)* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 05/18/2018) |
| 05/18/2018 | [124](#)<br>(11 pgs) | Statement of Financial Affairs - Non-Individual / *SAFE HAVEN PRODUCTIONS, LLC* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 05/18/2018) |
| 05/18/2018 | [125](#)<br>(11 pgs) | Statement of Financial Affairs - Non-Individual *RML ACQUISITIONS XIII, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/18/2018) |
| 05/18/2018 | [126](#)<br>(11 pgs) | Statement of Financial Affairs - Non-Individual / *SNOW WHITE PRODUCTIONS, LLC* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 05/18/2018) |
| 05/18/2018 | [127](#)<br>(11 pgs) | Statement of Financial Affairs - Non-Individual *RML DESERT FILMS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/18/2018) |

| 05/18/2018 | [128](11 pgs) | Statement of Financial Affairs - Non-Individual / *RELATIVITY DEVELOPMENT, LLC* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 05/18/2018) |
| 05/18/2018 | [129](11 pgs) | Statement of Financial Affairs - Non-Individual *ARMORED CAR PRODUCTIONS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/18/2018) |
| 05/18/2018 | [130](11 pgs) | Statement of Financial Affairs - Non-Individual / *RELATIVITY MEDIA FILMS, LLC* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 05/18/2018) |
| 05/18/2018 | [131](11 pgs) | Statement of Financial Affairs - Non-Individual *DR PRODUCTIONS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/18/2018) |
| 05/18/2018 | [132](11 pgs) | Statement of Financial Affairs - Non-Individual / *RELATIVITY ROGUE, LLC* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 05/18/2018) |
| 05/18/2018 | [133](11 pgs) | Statement of Financial Affairs - Non-Individual / *RML DISTRIBUTION DOMESTIC, LLC* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 05/18/2018) |
| 05/18/2018 | [134](11 pgs) | Statement of Financial Affairs - Non-Individual *RELATIVE MOTION MUSIC, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/18/2018) |
| 05/18/2018 | [135](11 pgs) | Statement of Financial Affairs - Non-Individual / *RML FILM DEVELOPMENT, LLC* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 05/18/2018) |
| 05/18/2018 | [136](11 pgs) | Statement of Financial Affairs - Non-Individual *RELATIVE VELOCITY MUSIC, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/18/2018) |
| 05/18/2018 | [137](11 pgs) | Statement of Financial Affairs - Non-Individual *RELATIVITY HOLDINGS LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/18/2018) |
| 05/18/2018 | [138](35 pgs) | Statement of Financial Affairs - Non-Individual *Relativity Media, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/18/2018) |
| 05/18/2018 | [139](2 pgs) | Appointment of Official Creditors' Committee / *Notice of Appointment of Official Committee of Unsecured Creditors* Filed by Benjamin J. Higgins on behalf of United States Trustee. (Higgins, Benjamin) (Entered: 05/18/2018) |
| 05/20/2018 | [140](33 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *3 DAYS TO KILL PRODUCTIONS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [141](38 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non- |

| | | Individual, Schedule H - Non-Individual *21 & OVER PRODUCTIONS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
|---|---|---|
| 05/20/2018 | [142](#) (59 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *ARMORED CAR PRODUCTIONS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [143](#) (39 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *BEST OF ME PRODUCTIONS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [144](#) (32 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *BLACK OR WHITE FILMS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [145](#) (36 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *BLACKBIRD PRODUCTIONS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [146](#) (31 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *BRICK MASIONS ACQUISITIONS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [147](#) (32 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *DON JON ACQUISITIONS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [148](#) (46 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *DR PRODUCTIONS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [149](#) (35 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *FURNACE FILMS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [150](#) (32 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *MALAVITA PRODUCTIONS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |

| 05/20/2018 | [151](#)<br>(40 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *MOVIE PRODUCTIONS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
|---|---|---|
| 05/20/2018 | [152](#)<br>(35 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *PARANOIA ACQUISITIONS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [153](#)<br>(28 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *PHANTOM ACQUISITIONS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [154](#)<br>(28 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RELATIVE MOTION MUSIC, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [155](#)<br>(28 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RELATIVE VELOCITY MUSIC, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [156](#)<br>(43 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RELATIVITY DEVELOPMENT, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [157](#)<br>(30 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RELATIVITY FASHION, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [158](#)<br>(30 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RELATIVITY FILMS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [159](#)<br>(37 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RELATIVITY FOREIGN, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [160](#)<br>(33 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RELATIVITY HOLDINGS LLC* Filed by |

| | | Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
|---|---|---|
| 05/20/2018 | 161 (25 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RELATIVITY JACKSON, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | 162 (58 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RELATIVITY MEDIA DISTRIBUTION, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | 163 (33 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RELATIVITY MEDIA FILMS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | 164 (64 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RELATIVITY MUSIC GROUP, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | 165 (27 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RELATIVITY PRODUCTION LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | 166 (30 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RELATIVITY ROGUE, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | 167 (33 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RML ACQUISITIONS I, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | 168 (33 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RML ACQUISITIONS II, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | 169 (31 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RML ACQUISITIONS III, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |

| 05/20/2018 | [170](#) (34 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RML ACQUISITIONS IV, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [171](#) (32 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RML ACQUISITIONS V, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [172](#) (33 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RML ACQUISITIONS VI, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [173](#) (27 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RML ACQUISITIONS VII, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [174](#) (29 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RML ACQUISITIONS VIII, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [175](#) (31 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RML ACQUISITIONS IX, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [176](#) (28 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RML ACQUISITIONS X, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [177](#) (31 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RML ACQUISITIONS XI, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [178](#) (27 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RML ACQUISITIONS XIII, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [179](#) (31 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RML DESERT FILMS, LLC* Filed by |

| | | Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
|---|---|---|
| 05/20/2018 | [180](#) (120 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RML DISTRIBUTION DOMESTIC, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [181](#) (51 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RML DISTRIBUTION INTERNATIONAL, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [182](#) (37 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RML ECHO FILMS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [183](#) (42 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RML FILM DEVELOPMENT, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [184](#) (32 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RML HECTOR FILMS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [185](#) (45 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RML INTERNATIONAL ASSETS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [186](#) (32 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RML NOVEMBER FILMS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [187](#) (33 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RML OCULUS FILMS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [188](#) (28 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RML ROMEO AND JULIET FILMS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |

| 05/20/2018 | [189](#)<br>(35 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RML TURKEYS FILMS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [190](#)<br>(31 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RML WIB FILMS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [191](#)<br>(39 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RMLDD FINANCING, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [192](#)<br>(33 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *ROGUE DIGITAL, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [193](#)<br>(25 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *ROGUE GAMES, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [194](#)<br>(30 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *ROGUELIFE LLC (D/B/A RELATIVITY DIGITAL)* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [195](#)<br>(38 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *SAFE HAVEN PRODUCTIONS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [196](#)<br>(40 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *SNOW WHITE PRODUCTIONS, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/20/2018 | [197](#)<br>(143 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule C - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual *RELATIVITY MEDIA, LLC* Filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 05/20/2018) |
| 05/21/2018 | [200](#)<br>(29 pgs) | Transcript regarding Hearing Held on May 16, 2018 At 2:04 PM RE: Motion Authorizing The Debtors To Obtain Tail Insurance To Continue |

New York Southern Live System

| | | |
|---|---|---|
| | | Prepetition Insurance Coverage And Pay Obligations Relating Thereto. *Remote electronic access to the transcript is restricted until 8/20/2018.* The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 5/28/2018. Statement of Redaction Request Due By 6/11/2018. Redacted Transcript Submission Due By 6/21/2018. Transcript access will be restricted through 8/20/2018. (Braithwaite, Kenishia) (Entered: 05/22/2018) |
| 05/22/2018 | | Pending Deadlines Terminated: Schedules A-H, Summary of Schedules, Statement of Financial Affairs, Local Rule 1007-2 Form. (McCaffrey, Dawn). (Entered: 05/22/2018) |
| 05/22/2018 | 198 (2 pgs) | Notice of Appearance *and Request to be Added to Master Service List* filed by James S. Carr on behalf of Cinedigm Corp.. (Carr, James) (Entered: 05/22/2018) |
| 05/22/2018 | 199 (2 pgs; 2 docs) | Application for Pro Hac Vice Admission *of Aaron M. Gober-Sims* filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Attachments: # 1 Proposed Order) (Hardman, Carrie) (Entered: 05/22/2018) |
| 05/22/2018 | | Receipt of Application for Pro Hac Vice Admission(18-11358-mew) [motion,122] ( 200.00) Filing Fee. Receipt number 12588803. Fee amount 200.00. (Re: Doc # 199) (U.S. Treasury) (Entered: 05/22/2018) |
| 05/22/2018 | 201 (2 pgs) | Notice of Hearing (related document(s)40, 17) filed by Carey D. Schreiber on behalf of Relativity Media, LLC. with hearing to be held on 6/12/2018 at 11:00 AM at Courtroom 617 (MEW) Objections due by 6/5/2018, (Schreiber, Carey) (Entered: 05/22/2018) |
| 05/23/2018 | 202 (1 pg) | Order signed on 5/23/2018 admitting Aaron M. Gober-Sims, Esq. to practice pro hac vice in this Court (Related Doc # 199). (DePierola, Jacqueline) (Entered: 05/23/2018) |
| 05/23/2018 | 203 (3 pgs) | Notice of Appearance filed by Minyao Wang on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS. (Wang, Minyao) (Entered: 05/23/2018) |
| 05/23/2018 | 204 (3 pgs; 2 docs) | Application for Pro Hac Vice Admission *of Scott F. Gautier* filed by Minyao Wang on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS. (Attachments: # 1 proposed order) (Wang, Minyao) (Entered: 05/23/2018) |
| 05/23/2018 | | Receipt of Application for Pro Hac Vice Admission(18-11358-mew) [motion,122] ( 200.00) Filing Fee. Receipt number 12592053. Fee amount 200.00. (Re: Doc # 204) (U.S. Treasury) (Entered: 05/23/2018) |
| 05/23/2018 | 205 (3 pgs; 2 docs) | Application for Pro Hac Vice Admission *of Michael T. Delaney* filed by Minyao Wang on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS. (Attachments: # 1 Proposed Order) (Wang, Minyao) (Entered: 05/23/2018) |
| 05/23/2018 | | Receipt of Application for Pro Hac Vice Admission(18-11358-mew) [motion,122] ( 200.00) Filing Fee. Receipt number 12592070. Fee amount 200.00. (Re: Doc # 205) (U.S. Treasury) (Entered: 05/23/2018) |

| 05/24/2018 | [206](1 pg) | Order signed on 5/24/2018 admitting Scott F. Gautier, Esq. to practice pro hac vice in this Court (Related Doc # 204). (DePierola, Jacqueline) (Entered: 05/24/2018) |
| 05/24/2018 | [207](1 pg) | Order signed on 5/24/2018 admitting Michael T. Delaney, Esq. to practice pro hac vice in this Court (Related Doc # 205). (DePierola, Jacqueline) (Entered: 05/24/2018) |
| 05/25/2018 | [208](15 pgs) | Affidavit of Service *of Paul Pullo Regarding Notice of Hearing on June 12, 2018 at 11:00 a.m. (ET)* (related document(s)201) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 05/25/2018) |
| 05/25/2018 | [209](6 pgs) | Notice of Agenda / *Notice of Agenda of Matters Scheduled for Hearing on May 30, 2018 at 2:00 PM (ET)* filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 05/25/2018) |
| 05/25/2018 | [210](6 pgs) | Response to Motion *for Post-Petition Financing* (related document(s)17) filed by Minyao Wang on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS. (Wang, Minyao) (Entered: 05/25/2018) |
| 05/29/2018 | [211](4 pgs) | Affidavit of Service *(Supplemental) of Stephanie Jordan Regarding Notice of Chapter 11 Bankruptcy Case* (related document(s)39) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 05/29/2018) |
| 05/29/2018 | [212](3 pgs) | Statement - *Request For Clarification By The Midcap Entities With Respect To The Debtors' Motion For An Interim Bridge Order Authorizing, Inter Alia, Secured Post-Petition Financing and Use Of Cash Collateral (related document(s)56),* (related document(s)17) filed by Arthur Jay Steinberg on behalf of Prepetition Midcap Secured Lenders. (Steinberg, Arthur) (Entered: 05/29/2018) |
| 05/30/2018 | [213](17 pgs; 3 docs) | Motion to Authorize / *DEBTORS MOTION PURSUANT TO 11 U.S.C. §§ 105 AND 365 AND FED. R. BANKR. P. 6006 FOR ENTRY OF AN ORDER APPROVING ASSUMPTION OF EXECUTORY CONTRACTS WITH NETFLIX, INC.* filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (Attachments: # 1 Exhibit A - List of the Netflix Agreements # 2 Exhibit B - Proposed Order) (McGuire, Daniel) (Entered: 05/30/2018) |
| 05/30/2018 | [214](10 pgs; 2 docs) | Notice of Proposed Order / *NOTICE OF FILING OF INTERIM BRIDGE ORDER: (I) AUTHORIZING DEBTORS TO OBTAIN SECURED POST-PETITION FINANCING AND USE CASH COLLATERAL; (II) GRANTING ADEQUATE PROTECTION; (III) MODIFYING THE AUTOMATIC STAY; (IV) SCHEDULING A FINAL HEARING; AND (V) GRANTING RELATED RELIEF* filed by Carey D. Schreiber on behalf of Relativity Media, LLC. with hearing to be held on 5/30/2018 at 02:00 PM at Courtroom 617 (MEW) (Attachments: # 1 Exhibit 1 - Proposed Interim Bridge Order)(Schreiber, Carey) (Entered: 05/30/2018) |
| 05/30/2018 | [215](6 pgs) | Notice of Agenda / *Notice of Amended Agenda of Matters Scheduled for Hearing on May 30, 2018 at 2:00 PM (ET)* (related document(s)14, 10, 15, 209, 12, 16, 17) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 5/30/2018 at 02:00 PM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 05/30/2018) |

| 05/30/2018 | 216<br>(4 pgs) | Notice of Proposed Order / *NOTICE OF FILING OF EXHIBIT A TO PROPOSED INTERIM BRIDGE ORDER: (I) AUTHORIZING DEBTORS TO OBTAIN SECURED POST-PETITION FINANCING AND USE CASH COLLATERAL; (II) GRANTING ADEQUATE PROTECTION; (III) MODIFYING THE AUTOMATIC STAY; (IV) SCHEDULING A FINAL HEARING; AND (V) GRANTING RELATED RELIEF* (related document(s)214, 17) filed by Carey D. Schreiber on behalf of Relativity Media, LLC. (Schreiber, Carey) (Entered: 05/30/2018) |
| --- | --- | --- |
| 05/31/2018 | 217<br>(8 pgs; 2 docs) | Interim Bridge Order signed on 5/31/2018 authorizing Debtors to obtain secured post-petition financing and use cash collateral; granting adequate protection' modifying the automatic stay; scheduling a final hearing; and granting related relief (related document(s)17, 56). Final hearing to be held on 6/12/2018 at 11:00 AM at Courtroom 617 (MEW). (DePierola, Jacqueline) (Entered: 05/31/2018) |
| 05/31/2018 | 218<br>(4 pgs) | Final Order signed on 5/31/2018 authorizing, but not directing, Debtors to pay certain prepetition wages and reimbursable employee expenses, pay and honor employee medical and other benefits and continue employee benefit programs (Related Doc # 12). (DePierola, Jacqueline) (Entered: 05/31/2018) |
| 05/31/2018 | 219<br>(4 pgs) | Final Order signed on 5/31/2018 authorizing payment of prepetition residuals and participations in the ordinary course of business (Related Doc # 14). (DePierola, Jacqueline) (Entered: 05/31/2018) |
| 05/31/2018 | 220<br>(5 pgs) | Order signed on 5/31/2018 authorizing, but not directing, the Debtors to continue prepetition insurance coverage and pay prepetition obligations relating thereto and authorizing, but not directing, all financial institutions to honor all related payment requests (Related Doc # 15). (DePierola, Jacqueline) (Entered: 05/31/2018) |
| 05/31/2018 | 221<br>(13 pgs) | Order signed on 5/31/2018 authorizing the establishment of certain notice, case management and administrative procedures (Related Doc # 10). (DePierola, Jacqueline) (Entered: 05/31/2018) |
| 05/31/2018 | 222<br>(17 pgs) | Affidavit of Service *of Richard M. Allen Regarding Notice of Agenda of Matters Scheduled for Hearing on May 30, 2018 at 2:00 PM (ET)* (related document(s)209) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 05/31/2018) |
| 05/31/2018 | 231<br>(53 pgs) | Transcript regarding Hearing Held on 05/30/2018 at 2:37 pm RE: Motion authorizing, but not directing, the Debtors to continue prepetition insurance coverage and pay prepetition obligations relating thereto and authorizing, but not directing, all financial institutions to honor all related payment requests Final hearing RE: motion authorizing continued use of existing cash management system, bank accounts and business forms, and payment of related prepetition obligations, waiving certain investment and deposit requirements on a limited basis, authorizing continued engagement in intercompany transactions, and according administrative expense priority status to all post-petition intercompany claims; Final hearing RE: motion authorizing payment of prepetition residuals and participations in the ordinary course of business Final Hearing RE: motion authorizing Debtors to obtain secured post-petition financing and use cash collateral; granting adequate protection; modifying the automatic stay; scheduling a final hearing and granting related relief...et al. Remote electronic access to the transcript is |

| | | |
|---|---|---|
| | | restricted until 8/29/2018. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 6/7/2018. Statement of Redaction Request Due By 6/21/2018. Redacted Transcript Submission Due By 7/2/2018. Transcript access will be restricted through 8/29/2018. (Lewis, Tenille) (Entered: 06/05/2018) |
| 06/01/2018 | 223 (4 pgs) | Notice of Meeting of Creditors filed by Carrie V Hardman on behalf of Relativity Media, LLC. with 341(a) meeting to be held on 5/31/2018 at 12:00 PM at Office of UST (One Bowling Green, Fifth Floor, Room 511). (Hardman, Carrie) (Entered: 06/01/2018) |
| 06/01/2018 | 224 (13 pgs) | Final Order signed on 6/1/2018 authorizing continued use of existing cash management system, bank accounts and business forms, and payment of related prepetition obligations, waiving certain investment and deposit requirements on a limited basis, authorizing continued engagement in intercompany transactions, and according administrative expense priority status to all postpetition intercompany claims (Related Doc # 16). (DePierola, Jacqueline) (Entered: 06/01/2018) |
| 06/01/2018 | 225 (107 pgs; 8 docs) | Adversary case 18-01552. Complaint against Relativity Media, LLC, RML Distribution Domestic, LLC *Adversary Complaint for Declaratory Judgment* (Fee Amount $ 350.). Nature(s) of Suit: (91 (Declaratory judgment)) Filed by David M. Guess on behalf of Netflix, Inc.. (Attachments: # 1 Exhibit A (License Agreement) # 2 Exhibit B (Default Notice) # 3 Exhibit C (April 25 Letter) # 4 Exhibit D (May 8 Letter) # 5 Exhibit E (Additional Netflix Letter) # 6 Exhibit F (May 21 Letter) # 7 Exhibit G (May 25 Letter)) (Guess, David) (Entered: 06/01/2018) |
| 06/04/2018 | 226 (9 pgs) | Affidavit of Service *(Supplemental) of Nuno Cardoso Regarding Joint Administration Motion and Order, Declarations of Colin M. Adams and Lori Sinanyan, Debtors Motion for the Entry of an Order (I) Authorizing the Debtors to (A) Prepare a List of Creditors in Lieu of Submitting a Formatted Mailing Matrix, (B) File a Consolidated List of the Debtors 50 Largest Unsecured Creditors, (C) Redact Certain Personal Identification Information for Individual Creditors and (D) Mail Initial Notices, and (II) Approving the Form and Manner of Notifying Creditors of the Commencement of the Debtors Chapter 11 Cases, Case Management Motion, Motion for Retention of Prime Clerk LLC, Motion for Wages, Motion to Reject Contracts, Ordinary Course Motion, Insurance Motion, Cash Management Motion, Cash Collateral Motion, Notice of First Day Hearing, Notice of Commencement and Notice of Omnibus Hearing* (related document(s)12, 16, 18, 7, 40, 9, 5, 14, 10, 13, 39, 11, 8, 17, 2, 15) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 06/04/2018) |
| 06/04/2018 | 227 (59 pgs; 4 docs) | Application to Employ M-III Partners as Provider of Interim Management Services / *DEBTORS APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO (I) EMPLOY AND RETAIN M-III PARTNERS TO PROVIDE INTERIM MANAGEMENT SERVICES PURSUANT TO 11 U.S.C. § 363, NUNC PRO TUNC TO THE PETITION DATE, AND (II) DESIGNATE COLIN ADAMS AS CHIEF RESTRUCTURING OFFICER* filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B - Declaration # 3 Exhibit C - Engagement Letter) (Hardman, Carrie) (Entered: 06/04/2018) |

| 06/04/2018 | 228<br>(66 pgs; 5 docs) | Application to Employ Winston & Strawn LLP as Attorneys / *DEBTORS APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF WINSTON & STRAWN LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION NUNC PRO TUNC TO THE PETITION DATE* filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B - Declaration of Daniel J. McGuire # 3 Exhibit C - Declaration of Colin M. Adams # 4 Exhibit D - Engagement Letter) (Hardman, Carrie) (Entered: 06/04/2018) |
| --- | --- | --- |
| 06/04/2018 | 229<br>(18 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Debtors' Motion for Entry of an Order Approving Assumption of Executory Contracts with Netflix, Inc., Notice of Filing of (Proposed) Interim Bridge Order: (I) Authorizing Debtors to Obtain Secured Post-Petition Financing and Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief and Notice of Filing of Exhibit A to Proposed Interim Bridge Order: (I) Authorizing Debtors to Obtain Secured Post-Petition Financing and Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* (related document(s)214, 213, 216) filed by Prime Clerk, LLC.(Steele, Benjamin) (Entered: 06/04/2018) |
| 06/05/2018 | 230<br>(5 pgs) | Objection to Motion (related document(s)17) filed by George R. Mesires on behalf of Technicolor, Inc.. (Mesires, George) (Entered: 06/05/2018) |
| 06/05/2018 | 232<br>(4 pgs) | Objection to Motion *Limited Objection and Reservation of Rights of Netflix, Inc. to Debtors' Motion for Entry of Interim and Final Orders: (i) Authorizing the Debtors to (a) Obtain Post-Petition Financing and (b) Use Cash Collateral; (ii) Granting Adequate Protection; (iii) Modifying the Automatic Stay; (iv) Scheduling a Final Hearing; and (v) Granting Related Relief* (related document(s)17) filed by David M. Guess on behalf of Netflix, Inc.. (Guess, David) (Entered: 06/05/2018) |
| 06/05/2018 | 233<br>(7 pgs) | Objection to Motion / *Supplemental Objection of the United States Trustee to the Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Obtain Post-Petition Financing and Use Cash Collateral and for Other Relief* (related document(s)17) filed by Benjamin J. Higgins on behalf of United States Trustee. with hearing to be held on 6/12/2018 at 11:00 AM at Courtroom 617 (MEW) (Higgins, Benjamin) (Entered: 06/05/2018) |
| 06/06/2018 | 234<br>(5 pgs) | Application for Pro Hac Vice Admission filed by Douglas J Schneller on behalf of Pure Flix Entertainment LLC. (Schneller, Douglas) (Entered: 06/06/2018) |
| 06/06/2018 | | Receipt of Application for Pro Hac Vice Admission(18-11358-mew) [motion,122] ( 200.00) Filing Fee. Receipt number 12612353. Fee amount 200.00. (Re: Doc # 234) (U.S. Treasury) (Entered: 06/06/2018) |
| 06/06/2018 | 235<br>(4 pgs) | Notice of Appearance filed by Douglas J Schneller on behalf of Pure Flix Entertainment LLC. (Schneller, Douglas) (Entered: 06/06/2018) |
| 06/06/2018 | 236<br>(4 pgs) | Affidavit of Service *(Supplemental) of Sebastian V. Higgins Regarding Notice of Chapter 11 Bankruptcy Case, Interim Order: (I) Authorizing Debtors to Obtain Secured Post-Petition Financing and Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting* |

| | | |
|---|---|---|
| | | *Related Relief), and Notice of Hearing on June 12, 2018 at 11:00 a.m. (ET)* (related document(s)[201](#), [39](#), [56](#)) filed by Prime Clerk, LLC.(Malo, David) (Entered: 06/06/2018) |
| 06/07/2018 | [237](#)<br>(2 pgs) | Order signed on 6/7/2018 admitting Lillian Stenfeldt, Esq. to practice pro hac vice in this Court (Related Doc # [234](#)). (DePierola, Jacqueline) (Entered: 06/07/2018) |
| 06/07/2018 | [238](#)<br>(10 pgs) | Affidavit of Service *of Alain B. Francoeur Regarding Debtors' Application for Entry of an Order Authorizing the Debtors to (I) Employ and Retain M-III Partners to Provide Interim Management Services nune pro tune to the Petition Date, and (II) Designate Colin Adams as Chief Restructuring Officer and Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Winston & Strawn LLP as Attorneys for the Debtors and Debtors in Possession nune pro tune to the Petition Date* (related document(s)[228](#), [227](#)) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 06/07/2018) |
| 06/08/2018 | [239](#)<br>(32 pgs) | Opposition *to Debtors' Motion to Post Petition Financing* (related document(s)[17](#)) filed by Minyao Wang on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS. (Wang, Minyao) (Entered: 06/08/2018) |
| 06/08/2018 | [240](#)<br>(4 pgs) | Notice of Agenda */ NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 12, 2018 AT 2:00 PM (ET)* filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 6/12/2018 at 02:00 PM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 06/08/2018) |
| 06/08/2018 | [241](#)<br>(4 pgs) | Notice of Agenda */ Notice of Corrected Agenda of Matters Schedules for Hearing on June 12, 2018 at 11:00 AM (ET)* (related document(s)[240](#), [17](#)) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 6/12/2018 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 06/08/2018) |
| 06/11/2018 | [242](#)<br>(44 pgs; 9 docs) | Objection to Motion *// Objection of Netflix, Inc. to the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Winston & Strawn LLP as Attorneys for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date* (related document(s)[228](#)) filed by Robert J. Pfister on behalf of Netflix, Inc.. with hearing to be held on 6/28/2018 at 11:00 AM at Courtroom 617 (MEW) (Attachments: # [1](#) Exhibit 1 # [2](#) Exhibit 2 # [3](#) Exhibit 3 # [4](#) Exhibit 4 # [5](#) Exhibit 5 # [6](#) Exhibit 6 # [7](#) Exhibit 7 # [8](#) Exhibit 8) (Pfister, Robert) (Entered: 06/11/2018) |
| 06/11/2018 | [243](#)<br>(15 pgs) | Affidavit of Service *of Paul Pullo Regarding Notice of Corrected Agenda of Matters Scheduled for Hearing on June 12, 2018 at 11:00 a.m. (ET)* (related document(s)[241](#)) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 06/11/2018) |
| 06/11/2018 | [244](#)<br>(4 pgs) | Notice of Agenda */ Notice of Amended Agenda of Matters Scheduled for Hearing on June 12, 2018 at 11:00 AM (ET)* (related document(s)[240](#), [241](#), [17](#)) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 6/12/2018 at 11:00 AM at Courtroom 617 (Hardman, Carrie) (Entered: *06/11/2018)* |
| 06/11/2018 | [245](#) | Notice of Proposed Order */ NOTICE OF FILING OF PROPOSED* |

| | | |
|---|---|---|
| | (18 pgs; 3 docs) | *SECOND INTERIM BRIDGE ORDER: (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POST-PETITION FINANCING AND (B) USE CASH COLLATERAL; (II) GRANTING ADEQUATE PROTECTION; (III) MODIFYING THE AUTOMATIC STAY; (IV) SCHEDULING A FINAL HEARING; AND (V) GRANTING RELATED RELIEF* (related document(s)217, 17, 56) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 6/12/2018 at 11:00 AM at Courtroom 617 (MEW) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2)(Hardman, Carrie) (Entered: 06/11/2018) |
| 06/12/2018 | 246 (6 pgs) | Second Interim Bridge Order signed on 6/12/2018 Authorizing the Debtors to (A) Obtain Post-Petition Financing and (B) Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing **for June 28, 2018 at 11:00 am**; and (V) Granting Related Relief.(related document(s)217, 17, 56) (McCaffrey, Dawn) Modified on 6/22/2018 (Richards, Beverly). (Entered: 06/12/2018) |
| 06/12/2018 | 247 (3 pgs) | Affidavit of Service *(Supplemental) of Nuno Cardoso Regarding Debtors' Debtors Motion for an Order Authorizing the Debtors to Obtain Tail Insurance to Continue Prepetition Insurance Coverage and Pay Obligations Relating Thereto* (related document(s)54) filed by Prime Clerk, LLC.(Malo, David) (Entered: 06/12/2018) |
| 06/12/2018 | 248 (38 pgs) | Transcript regarding Hearing Held on 06/11/2018 at 11:06 am RE: Conference Re: Discovery dispute. Remote electronic access to the transcript is restricted until 9/10/2018. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 6/19/2018. Statement of Redaction Request Due By 7/3/2018. Redacted Transcript Submission Due By 7/13/2018. Transcript access will be restricted through 9/10/2018. (Lewis, Tenille) (Entered: 06/13/2018) |
| 06/12/2018 | 256 (14 pgs) | Transcript regarding Hearing Held on 06/12/2018 at 11:28 am RE: Further Interim DIP hearing. Doc# 245 Notice of proposed order / Notice of filing of proposed second interim bridge order: (I) Authorizing the debtors to (A) obtain post-petition financing and (b) use cash collateral: (II) Granting adequate protection; (III) Modifying the automatic stay; (IV) Scheduling a final hearing: and (V) Granting related relief (related document(s) 217, 17, 56). Remote electronic access to the transcript is restricted until 9/10/2018. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 245). Notice of Intent to Request Redaction Deadline Due By 6/19/2018. Statement of Redaction Request Due By 7/3/2018. Redacted Transcript Submission Due By 7/13/2018. Transcript access will be restricted through 9/10/2018. (Lewis, Tenille) (Entered: 06/18/2018) |
| 06/13/2018 | 249 (17 pgs; 2 docs) | Motion to Authorize / *DEBTORS MOTION PURSUANT TO 11 U.S.C. §§ 105(a), 330, AND 331, FED. R. BANKR. P. 2016, AND LOCAL RULE 2016-1, FOR ENTRY OF AN ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS* filed by Daniel J. McGuire on behalf of Relativity Media, LLC with hearing to be held on 6/28/2018 at 11:00 AM at Courtroom 617 Responses due by 6/21/2018,. (Attachments: # 1 Exhibit A - Proposed Order) (McGuire, Daniel) (Entered: 06/13/2018) |

| | | |
|---|---|---|
| 06/13/2018 | [250](#)<br>(2 pgs) | Notice of Hearing / *NOTICE OF OMNIBUS HEARING ON JUNE 28, 2018 AT 11:00 AM (ET)* filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 6/28/2018 at 11:00 AM at Courtroom 617 Objections due by 6/21/2018, (Hardman, Carrie) (Entered: 06/13/2018) |
| 06/14/2018 | [251](#)<br>(14 pgs) | Affidavit of Service *of Kadeem Champagnie Regarding Notice of Filing of Proposed Second Interim Bridge Order: (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing and (B) Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* (related document(s)[245](#)) filed by Prime Clerk, LLC.(Steele, Benjamin) (Entered: 06/14/2018) |
| 06/14/2018 | [252](#)<br>(15 pgs) | Affidavit of Service *of Paul Pullo Regarding Notice of Amended Agenda of Matters Scheduled for Hearing on June 12, 2018 at 11:00 a.m. (ET)* (related document(s)[244](#)) filed by Prime Clerk, LLC.(Malo, David) (Entered: 06/14/2018) |
| 06/14/2018 | [253](#)<br>(223 pgs; 6 docs) | Notice of Hearing *Notice of Filing of Joinder of Netflix, Inc. to Motion of United States Trustee for an Order Converting the Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code* filed by David M. Guess on behalf of Netflix, Inc.. with hearing to be held on 6/28/2018 at 11:00 AM at Courtroom 617 (MEW) (Attachments: # [1](#) Exhibit A (Part 1) # [2](#) Exhibit A (Part 2) # [3](#) Exhibit A (Part 3) # [4](#) Exhibit A (Part 4) # [5](#) Exhibit A (Part 5))(Guess, David) (Entered: 06/14/2018) |
| 06/15/2018 | [254](#)<br>(2 pgs) | Certificate of Service *re Notice of Filing of Joinder of Netflix, Inc. to Motion of United States Trustee for an Order Converting the Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code [Dkt No. 253]* (related document(s)[253](#)) Filed by David M. Guess on behalf of Netflix, Inc.. (Guess, David) (Entered: 06/15/2018) |
| 06/15/2018 | [255](#)<br>(14 pgs) | Affidavit of Service *of Kadeem Champagnie Regarding Second Interim Bridge Order: (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing and (B) Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* (related document(s)[246](#)) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 06/15/2018) |
| 06/18/2018 | [257](#)<br>(88 pgs; 9 docs) | Notice to Produce Documents *// Netflix, Inc.'s Notice of Service of Sale Motion-Related Discovery on the Debtors and UltraV and Notice of Issuance of Third-Party Subpoenas to UltraV Affiliates* (related document(s)[77](#)) filed by Robert J. Pfister on behalf of Netflix, Inc.. (Attachments: # [1](#) Exhibit A - Netflix, Inc.'s First Set of Requests to the Debtors for Production of Documents Regarding the Debtors Sale Motion # [2](#) Exhibit B - Netflix, Inc.s First Set of Requests to UltraV Holdings LLC for Production of Documents Regarding the Debtors Sale Motion # [3](#) Exhibit C - Subpoena to AWN Holdings II LLC # [4](#) Exhibit D - Subpoena to RMRM Holdings, LLC # [5](#) Exhibit E - Sound Point Capital Management, LP # [6](#) Exhibit F - Subpoena to David Robbins # [7](#) Exhibit G - Subpoena to Lex Miron # [8](#) Exhibit H - Subpoena to Larry Robbins)(Pfister, Robert) (Entered: 06/18/2018) |
| 06/18/2018 | [258](#)<br>(17 pgs) | Affidavit of Service *Of Kadeem Champagnie Regarding Debtors Motion for Entry of an Order Establishing Procedures for Interim Compensation* |

| | | |
|---|---|---|
| | | *and Reimbursement of Expenses of Professionals and Notice of Omnibus Hearing on June 28, 2018 at 11:00 a.m. (ET)* (related document(s)[249](#), [250](#)) filed by Prime Clerk, LLC.(Steele, Benjamin) (Entered: 06/18/2018) |
| 06/19/2018 | [259](#)<br>(3 pgs) | Notice of Appearance *and Request for Service of Notices and Papers* filed by Hamid R. Rafatjoo on behalf of Carol Genis. (Rafatjoo, Hamid) (Entered: 06/19/2018) |
| 06/20/2018 | [260](#)<br>(5 pgs) | Letter / *NOTICE OF FILING OF MONTHLY STAFFING REPORT BY M-III PARTNERS FOR THE PERIOD OF MAY 3, 2018 THROUGH MAY 31, 2018* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. Objections due by 7/5/2018, (Hardman, Carrie) (Entered: 06/20/2018) |
| 06/21/2018 | [261](#)<br>(2 pgs) | Certificate of Service *of Carrie V. Hardman regarding Notice of Filing of Monthly Staffing Report by M-III Partners For the Period of May 3, 2018 through May 31, 2018* (related document(s)[260](#)) filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 06/21/2018) |
| 06/21/2018 | [262](#)<br>(6 pgs; 2 docs) | Notice of Hearing *Notice of Filing of Supplement to Joinder of Netflix, Inc. to Motion of United States Trustee for an Order Converting the Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code* (related document(s)[253](#)) filed by Robert J. Pfister on behalf of Netflix, Inc.. with hearing to be held on 6/28/2018 at 11:00 AM at Courtroom 617 (MEW) (Attachments: # [1](#) Exhibit A)(Pfister, Robert) (Entered: 06/21/2018) |
| 06/21/2018 | [263](#)<br>(4 pgs) | Notice of Appearance *and Request for Service of Papers* filed by Stephan E. Hornung on behalf of Paramount Pictures Corporation, Viacom International Inc.. (Hornung, Stephan) (Entered: 06/21/2018) |
| 06/21/2018 | [264](#)<br>(4 pgs) | Objection to Motion *Limited Objection and Reservation of Rights of Paramount Pictures Corporation to the Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing and (B) Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* (related document(s)[17](#)) filed by Stephan E. Hornung on behalf of Paramount Pictures Corporation. with hearing to be held on 6/28/2018 at 11:00 AM at Courtroom 617 (MEW) (Hornung, Stephan) (Entered: 06/21/2018) |
| 06/21/2018 | [265](#)<br>(6 pgs) | Objection to Motion *-- and Reservation of Rights* (related document(s)[17](#)) filed by Melissa S. Woods on behalf of Directors Guild of America, Inc., Directors Guild of America, Inc.-Producer Pension and Health Plans, Motion Picture Industry Pension and Health Plans, Screen Actors Guild - American Federation of Television and Radio Artists, Screen Actors Guild-Producers Pension & Health Plans, Writers Guild Pension Plan and Industry Health Fund, Writers Guild of America, West, Inc.. (Woods, Melissa) (Entered: 06/21/2018) |
| 06/22/2018 | [266](#)<br>(3 pgs) | Affidavit of Service *(Supplemental) of Nuno Cardoso Regarding Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Notice of Omnibus Hearing on June 28, 2018 at 11:00 a.m. (ET)* (related document(s)[249](#), [250](#)) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 06/22/2018) |

| 06/22/2018 | 267<br>(1 pg) | Certificate of Service (related document(s)264) Filed by Stephan E. Hornung on behalf of Paramount Pictures Corporation. (Hornung, Stephan) (Entered: 06/22/2018) |
|---|---|---|
| 06/22/2018 | 268<br>(9 pgs) | Declaration / *SUPPLEMENTAL DECLARATION OF COLIN M. ADAMS IN SUPPORT OF DEBTORS MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS: (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POST-PETITION FINANCING AND (B) USE CASH COLLATERAL; (II) GRANTING ADEQUATE PROTECTION; (III) MODIFYING THE AUTOMATIC STAY; (IV) SCHEDULING A FINAL HEARING; AND (V) GRANTING RELATED RELIEF (related document(s) 56 217 246)* (related document(s)17) filed by Daniel J. McGuire on behalf of Relativity Media, LLC. with hearing to be held on 6/28/2018 at 11:00 AM at Courtroom 617 (McGuire, Daniel) (Entered: 06/22/2018) |
| 06/22/2018 | 269<br>(74 pgs; 5 docs) | Motion to Assume Leases or Executory Contracts / *NOTICE OF MOTION FOR ENTRY OF AN ORDER AUTHORIZING RML OCULUS FILMS, LLC TO: (A) ENTER INTO SETTLEMENT AGREEMENT WITH WWE STUDIOS, INC.; AND (B) ENTER INTO AMENDMENT AND ASSUME ASSOCIATED AGREEMENT* filed by Daniel J. McGuire on behalf of Relativity Media, LLC with hearing to be held on 7/24/2018 at 02:00 PM at Courtroom 617 Responses due by 7/17/2018,. (Attachments: # 1 Pleading Motion # 2 Exhibit A - Settlement Agreement # 3 Exhibit B - Agreement # 4 Proposed Order) (McGuire, Daniel) (Entered: 06/22/2018) |
| 06/25/2018 | 270<br>(3 pgs; 2 docs) | Application for Pro Hac Vice Admission filed by Cynthia M. Cohen on behalf of Patricia L. Glaser. (Attachments: # 1 Proposed Order Granting Admission to Practice, Pro Hac Vice) (Cohen, Cynthia) (Entered: 06/25/2018) |
| 06/25/2018 | | Receipt of Application for Pro Hac Vice Admission(18-11358-mew) [motion,122] ( 200.00) Filing Fee. Receipt number 12643008. Fee amount 200.00. (Re: Doc # 270) (U.S. Treasury) (Entered: 06/25/2018) |
| 06/25/2018 | 271<br>(3 pgs; 2 docs) | Application for Pro Hac Vice Admission filed by Cynthia M. Cohen on behalf of G. Jill Basinger. (Attachments: # 1 Proposed Order Granting Admission to Practice, Pro Hac Vice) (Cohen, Cynthia) (Entered: 06/25/2018) |
| 06/25/2018 | | Receipt of Application for Pro Hac Vice Admission(18-11358-mew) [motion,122] ( 200.00) Filing Fee. Receipt number 12643020. Fee amount 200.00. (Re: Doc # 271) (U.S. Treasury) (Entered: 06/25/2018) |
| 06/26/2018 | 272<br>(2 pgs) | Notice of Appearance filed by Daniel A. Lowenthal on behalf of Winston & Strawn LLP. (Lowenthal, Daniel) (Entered: 06/26/2018) |
| 06/26/2018 | 273<br>(39 pgs; 8 docs) | Reply to Motion (related document(s)228) filed by Daniel A. Lowenthal on behalf of Winston & Strawn LLP. (Attachments: # 1 Exhbit 1 - Declaration of Katherine Vidal # 2 Exhibit 1 to Vidal Declaration # 3 Exhibit 2 to Vidal Declaration # 4 Exhibit 2 - Declaration of Elizabeth Soldan # 5 Exhibit 1 to Soldan Declaration # 6 Exhibit 2 to Soldan Declaration # 7 Exhibit 3 to Soldan Declaration) (Lowenthal, Daniel) (Entered: 06/26/2018) |
| 06/26/2018 | 274 | Notice of Agenda / *NOTICE OF AGENDA OF MATTERS SCHEDULED* |

| | | |
|---|---|---|
| | (8 pgs) | *FOR HEARING ON JUNE 28, 2018 AT 11:00 AM (ET)* filed by Daniel J. McGuire on behalf of Relativity Media, LLC. with hearing to be held on 6/28/2018 at 11:00 AM at Courtroom 617 (McGuire, Daniel) (Entered: 06/26/2018) |
| 06/26/2018 | [275](#) (1 pg) | Order signed on 6/26/2018 admitting Patricia L. Glaser, Esq. to practice pro hac vice in this Court (Related Doc # [270](#)). (DePierola, Jacqueline) (Entered: 06/26/2018) |
| 06/26/2018 | [276](#) (1 pg) | Order signed on 6/26/2018 admitting G. Jill Basinger, Esq. to practice pro hac vice in this Court (Related Doc # [271](#)). (DePierola, Jacqueline) (Entered: 06/26/2018) |
| 06/26/2018 | [277](#) (73 pgs; 4 docs) | Application to Employ Robins Kaplan LLP as counsel to the Committee *The Official Committee of Unsecured Creditors Application to Retain Robins Kaplan LLP as Counsel* filed by Minyao Wang on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS. (Attachments: # [1](#) Exhibit Exhibit A-Proposed Order # [2](#) Exhibit Exhibit B-Thomas Fitzgerald Declaration # [3](#) Exhibit Exhibit C--Scott Gautier Declaration) (Wang, Minyao) (Entered: 06/26/2018) |
| 06/26/2018 | [278](#) (18 pgs) | Notice of Proposed Order */Notice of Filing of Proposed Third Interim Bridge Order: (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing and (B) Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* filed by Daniel J. McGuire on behalf of Relativity Media, LLC. with hearing to be held on 6/28/2018 at 11:00 AM at Courtroom 617 (MEW) (McGuire, Daniel) (Entered: 06/26/2018) |
| 06/27/2018 | [279](#) (161 pgs; 4 docs) | Statement *Notice of Filing of Certain Complete and Unredacted Materials Relating to the Winston & Strawn LLP Employment Application* (related document(s)[228](#), [273](#), [242](#)) filed by Robert J. Pfister on behalf of Netflix, Inc.. (Attachments: # [1](#) Exhibit A # [2](#) Exhibit B # [3](#) Exhibit C) (Pfister, Robert) (Entered: 06/27/2018) |
| 06/27/2018 | [280](#) (15 pgs) | Affidavit of Service *of Kadeem Champagnie Regarding Supplemental Declaration of Colin M. Adams in Support of Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing and (B) Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief and Notice of Motion for Entry of an Order Authorizing RML Oculus Films, LLC to: (A) Enter into Settlement Agreement with WWE Studios, Inc.; and (B) Enter into Amendment and Assume Associated Agreement* (related document(s)[269](#), [268](#)) filed by Prime Clerk, LLC.(Steele, Benjamin) (Entered: 06/27/2018) |
| 06/27/2018 | [281](#) (5 pgs) | Notice of Proposed Order */ NOTICE OF FILING OF EXHIBIT A TO PROPOSED THIRD INTERIM BRIDGE ORDER: (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POST-PETITION FINANCING AND (B) USE CASH COLLATERAL; (II) GRANTING ADEQUATE PROTECTION; (III) MODIFYING THE AUTOMATIC STAY; (IV) SCHEDULING A FINAL HEARING; AND (V) GRANTING RELATED RELIEF* (related document(s)[278](#)) filed by Daniel J. McGuire on behalf of Relativity Media, LLC. with hearing to be held on 6/28/2018 at 11:00 AM at Courtroom 617 (MEW) (McGuire, Daniel) (Entered: 06/27/2018) |

| 06/27/2018 | 282<br>(28 pgs) | Notice of Proposed Order / *NOTICE OF PROPOSED SCHEDULING ORDER IN CONNECTION WITH DEBTORS MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING (A) THE DEBTORS ENTRY INTO THE ASSET PURCHASE AGREEMENT FOR THE SALE OF SUBSTANTIALLY ALL THEIR ASSETS, (B) THE SALE OF SUBSTANTIALLY ALL THE DEBTORS ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES (OTHER THAN ASSUMED LIABILITIES) PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE AND (C) THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE, AND (II) GRANTING RELATED RELIEF* (related document(s)77) filed by Daniel J. McGuire on behalf of Relativity Media, LLC. with hearing to be held on 6/28/2018 at 11:00 AM at Courtroom 617 (MEW) (McGuire, Daniel) (Entered: 06/27/2018) |
| --- | --- | --- |
| 06/27/2018 | 283<br>(8 pgs) | Notice of Agenda / *Notice of Amended Agenda of Matters Scheduled for Hearing on June 28, 2018 at 11:00 AM (ET)* (related document(s)274, 228, 249, 77, 213, 17, 227) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 6/28/2018 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 06/27/2018) |
| 06/27/2018 | 284<br>(3 pgs) | Statement // *Statement of Netflix, Inc. Regarding Adjournment of Hearing on Winston & Strawn LLP Employment Application* (related document(s)283) filed by Robert J. Pfister on behalf of Netflix, Inc.. with hearing to be held on 6/28/2018 at 11:00 AM at Courtroom 617 (MEW) (Pfister, Robert) (Entered: 06/27/2018) |
| 06/28/2018 | 285<br>(5 pgs; 2 docs) | Statement *Verified Statement of the Official Committee of Unsecured Creditors of Relativity Media, LLC et al., Pursuant to Bankruptcy Rule 2019* filed by Minyao Wang on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS. (Attachments: # 1 Exhibit A) (Wang, Minyao) (Entered: 06/28/2018) |
| 06/28/2018 | 286<br>(24 pgs) | Affidavit of Service *of Kadeem Champagnie Regarding Debtors' Motion for Entry of an Order (I) Authorizing and Approving (A) the Debtor's Entry into the Asset Purchase Agreement for the Sale of Substantially all their Assets, (B) the Sale of Substantially all the Debtors' Assets Free and Clear of Liens, Claims and Encumbrances (Other than Assumed Liabilities) and (C) the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (II) Granting Related Relief, Notice of Proposed Exhibit A to Third Bridge Order, Notice of Proposed Scheduling Order in Connection with Debtors' Motion for Entry of an Order (I) Authorizing and Approving (A) the Debtors' Entry into the Asset Purchase Agreement for the Sale of Substantially all their Assets, (B) the Sale of Substantially all the Debtors' Assets Free and Clear of Liens, Claims and Encumbrances (Other than Assumed Liabilities) and (C) the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (II) Granting Related Relief and Notice of Amended Agenda of Matters Scheduled for Hearing on June 28, 2018 at 11:00 a.m. (ET)* (related document(s)283, 281, 282, 77) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 06/28/2018) |
| 06/29/2018 | 287<br>(9 pgs) | Third Interim Bridge Order signed on 6/29/2018 authorizing the Debtors to obtain post-petition financing and use cash collateral; granting adequate protection; modifying the automatic stay; scheduling a final hearing; and granting related relief (related document(s)246, 217, 17, |

| | | |
|---|---|---|
| | [56]). Final hearing to be held on 7/20/2018 at 10:00 AM at Courtroom 617 (MEW). (DePierola, Jacqueline) (Entered: 06/29/2018) | |
| 06/29/2018 | [288](6 pgs) | Order signed on 6/29/2018 establishing procedures for interim compensation and reimbursement of expenses of professionals (Related Doc # [249]). (DePierola, Jacqueline) (Entered: 06/29/2018) |
| 06/29/2018 | [289](15 pgs) | Affidavit of Service *of Kadeem Champagnie Regarding Notice of Filing Proposed Third Interim Bridge Order: (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing and (B) Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* (related document(s)[278]) filed by Prime Clerk, LLC.(Steele, Benjamin) (Entered: 06/29/2018) |
| 06/29/2018 | [290](2 pgs) | Notice of Hearing *on Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Winston & Strawn LLP as Attorneys for the Debtors and Debtors in Possession nunc pro tunc to the Petition Date* (related document(s)[228]) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 7/3/2018 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 06/29/2018) |
| 06/29/2018 | [291](4 pgs) | Notice of Agenda *of Matters Scheduled for Hearing on July 3, 2018 at 11:00 AM (ET)* (related document(s)[228]) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 7/3/2018 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 06/29/2018) |
| 06/29/2018 | [292](2 pgs) | Notice of Withdrawal *of Appearance of David M. Guess* filed by David M. Guess on behalf of Netflix, Inc.. (Guess, David) (Entered: 06/29/2018) |
| 06/29/2018 | [293](34 pgs; 3 docs) | Statement - *Winston & Strawn's Supplemental Statement regarding the Debtors' Application for an Order Authorizing the Retention and Employment of Winston & Strawn LLP* (related document(s)[228]) filed by Daniel A. Lowenthal on behalf of Winston & Strawn LLP. (Attachments: # [1] Exhibit 1 # [2] Exhibit 2) (Lowenthal, Daniel) (Entered: 06/29/2018) |
| 06/29/2018 | [294](3 pgs) | Supplemental Declaration *of Colin M. Adams in Support of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Winston & Strawn LLP as Attorneys for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date* filed by Daniel A. Lowenthal on behalf of Winston & Strawn LLP. (Lowenthal, Daniel) (Entered: 06/29/2018) |
| 06/29/2018 | [295](47 pgs; 2 docs) | Motion to Set Last Day to File Proofs of Claim */ DEBTORS MOTION PURSUANT TO SECTIONS 502(b) AND 105(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2002 AND 3003, AND LOCAL BANKRUPTCY RULE 3003-1 FOR AN ORDER ESTABLISHING DEADLINES FOR FILING PROOFS OF CLAIM AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF (Objections Due by 7/17/2018 at 4:00 PM (ET))* filed by Daniel J. McGuire on behalf of Relativity Media, LLC with hearing to be held on 7/24/2018 at 02:00 PM at Courtroom 617 Responses due by 7/17/2018,. (Attachments: # [1] Exhibit A - Proposed Bar Date Order) (McGuire, Daniel) (Entered: 06/29/2018) |

| Date | Doc | Description |
|---|---|---|
| 07/01/2018 | [307](#)<br>(67 pgs) | Transcript regarding Hearing Held on 06/28/2018 at 11:06 am RE: Final DIP hearing; Application to employ and retain M-III Partners to provide interim management services nunc pro tunc to the petition date, and designate Colin Adams as chief restructuring officer Motion seeking entry of order establishing procedures for interim compensation and reimbursement of expenses of professionals.. Remote electronic access to the transcript is restricted until 10/1/2018. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 7/9/2018. Statement of Redaction Request Due By 7/23/2018. Redacted Transcript Submission Due By 8/1/2018. Transcript access will be restricted through 10/1/2018. (Lewis, Tenille) (Entered: 07/06/2018) |
| 07/02/2018 | [296](#)<br>(18 pgs) | Objection to Motion / *Objection of the United States Trustee to the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Winston & Strawn LLP as Attorneys for the Debtors and Debtors In Possession nunc Pro Tunc to the Petition Date* (related document(s)[228](#)) filed by Benjamin J. Higgins on behalf of United States Trustee. with hearing to be held on 7/3/2018 at 11:00 AM at Courtroom 617 (MEW) (Higgins, Benjamin) (Entered: 07/02/2018) |
| 07/02/2018 | [297](#)<br>(3 pgs) | Notice of Agenda / *Notice of Amended Agenda of Matters Scheduled for Hearing on July 3, 2018 at 11:00 AM (ET)* (related document(s)[228](#), [213](#)) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 7/3/2018 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 07/02/2018) |
| 07/02/2018 | [298](#)<br>(4 pgs; 2 docs) | Declaration *of John C. Phillips, Jr. in Support of the Debtors Application for Entry of an Order Authorizing the Retention and Employment of Winston & Strawn LLP as Attorneys for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date* (related document(s)[228](#)) filed by Daniel A. Lowenthal on behalf of Winston & Strawn LLP. (Attachments: # [1](#) Exhibit A) (Lowenthal, Daniel) (Entered: 07/02/2018) |
| 07/02/2018 | [299](#)<br>(4 pgs) | Notice of Agenda / *Notice of Second Amended Agenda of Matters Scheduled for Hearing on July 3, 2018 at 11:00 AM (ET)* (related document(s)[213](#), [218](#)) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 7/3/2018 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 07/02/2018) |
| 07/02/2018 | 300 | **(Entered In Error)** Certificate of Mailing of Claims Agent *of Paul Pullo Regarding Third Bridge Order, Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, Notice of Hearing on Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Winston & Strawn LLP as Attorneys for the Debtors and Debtors in Possession nunc pro tunc to the Petition Date, Notice of Agenda of Matters Scheduled for Hearing on July 3, 2018 at 11:00 a.m. (ET), and Debtors' Motion for an Order Establishing Deadlines for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* (related document(s)[295](#), [291](#), [287](#), [290](#), [288](#)) filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) Modified on 7/6/2018 (Richards, Beverly). (Entered: 07/02/2018) |
| 07/03/2018 | [301](#)<br>(73 pgs; 10 docs) | Statement *Response Of Netflix, Inc. To Supplemental Filings In Connection With The Application To Employ Winston & Strawn LLP* |

| | | |
|---|---|---|
| | | (related document(s)228) filed by Robert J. Pfister on behalf of Netflix, Inc.. (Attachments: # 1 Exhibit Exhibit A # 2 Exhibit Exhibit B # 3 Exhibit Exhibit C # 4 Exhibit Exhibit D # 5 Exhibit Exhibit E # 6 Exhibit Exhibit F # 7 Exhibit Exhibit G # 8 Exhibit Exhibit H # 9 Exhibit Exhibit I) (Pfister, Robert) (Entered: 07/03/2018) |
| 07/03/2018 | 302 (55 pgs; 4 docs) | Application to Employ Duff & Phelps Securities, LLC as Financial advisor *to the UCC* filed by Minyao Wang on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS. (Attachments: # 1 Exhibit A: Proposed Order # 2 Exhibit B: Fitzgerald Declaration # 3 Exhibit C: Cullen Declaration) (Wang, Minyao) (Entered: 07/03/2018) |
| 07/03/2018 | 303 (1 pg) | Affidavit of Service *(Supplemental) of Nuno Cardoso Regarding Notice of Chapter 11 Bankruptcy Case* (related document(s)39) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 07/03/2018) |
| 07/05/2018 | 304 (24 pgs) | Scheduling Order signed on 7/5/2018 in connection with Debtors' motion authorizing and approving the Debtors' entry into the asset purchase agreement for the sale of substantially all their assets, the sale of substantially all the Debtors' assets free and clear of liens, claims and encumbrances (other than assume liabilities) and the assumption and assignment of executory contracts and unexpired leases and granting related relief (related document(s)77). Sale hearing to be held on 7/25/2018 at 11:00 AM at Courtroom 617 (MEW) (DePierola, Jacqueline). (Entered: 07/05/2018) |
| 07/05/2018 | 308 (146 pgs) | Transcript regarding Hearing Held on 07/03/2018 11:06 am RE: Application to retain Winston & Strawn LLP as attorneys for the Debtors nunc pro tunc to the petition date.. Remote electronic access to the transcript is restricted until 10/3/2018. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 7/12/2018. Statement of Redaction Request Due By 7/26/2018. Redacted Transcript Submission Due By 8/6/2018. Transcript access will be restricted through 10/3/2018. (Lewis, Tenille) (Entered: 07/06/2018) |
| 07/06/2018 | 305 (13 pgs; 2 docs) | Letter *addressed to Judge Wiles* Filed by Daniel A. Lowenthal on behalf of Winston & Strawn LLP. (Attachments: # 1 Exhibit 1 - Proposed Revised Order)(Lowenthal, Daniel) (Entered: 07/06/2018) |
| 07/06/2018 | 306 (5 pgs) | Order signed on 7/6/2018 authorizing the Debtors to employ and retain M-III Partners to provide interim management services nunc pro tunc to the petition date, and designate Colin Adams as chief restructuring officer (Related Doc # 227). (DePierola, Jacqueline) (Entered: 07/06/2018) |
| 07/06/2018 | 309 (15 pgs) | Affidavit of Service *of Paul Pullo Regarding Third Bridge Order, Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, Notice of Hearing on Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Winston & Strawn LLP as Attorneys for the Debtors and Debtors in Possession nunc pro tunc to the Petition Date, Notice of Agenda of Matters Scheduled for Hearing on July 3, 2018 at 11:00 a.m. (ET) and Debtors' Motion for an Order Establishing Deadlines for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* (related |

| | | document(s)[300](#), [295](#), [291](#), [287](#), [290](#), [288](#)) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 07/06/2018) |
|---|---|---|
| 07/06/2018 | 310 | **(DISREGARD. SEE CORRECTED ENTRY, DOCUMENT NO. 312)** Bench Decision signed on 7/6/2018 regarding application for permission to retain Winston & Strawn LLP and objections thereto (related document(s)[228](#)). (DePierola, Jacqueline) Modified on 7/6/2018 (Gomez, Jessica). (Entered: 07/06/2018) |
| 07/06/2018 | 311 | **(DISREGARD. SEE CORRECTED ENTRY DOCUMENT NO. 313)** Order signed on 7/6/2018 authorizing the retention and employment of Winston & Strawn LLP as attorneys for the Debtors and Debtors In Possession nunc pro tunc to the petition date (Related Doc [228](#) and [310](#)). (DePierola, Jacqueline) Modified on 7/6/2018 (Gomez, Jessica). (Entered: 07/06/2018) |
| 07/06/2018 | [312](#) (14 pgs) | Bench Decision signed on 7/6/2018 regarding application for permission to retain Winston & Strawn LLP and objections thereto (related document(s)[228](#)). (DePierola, Jacqueline) (Entered: 07/06/2018) |
| 07/06/2018 | [313](#) (4 pgs) | Order signed on 7/6/2018 authorizing the retention and employment of Winston & Strawn LLP as attorneys for the Debtors and Debtors In Possession nunc pro tunc to the petition date (related document(s)[312](#), [228](#)). (DePierola, Jacqueline) (Entered: 07/06/2018) |
| 07/06/2018 | [314](#) (10 pgs) | Affidavit of Service *of Paul Pullo Regarding Notice of Amended Agenda of Matters Scheduled for Hearing on July 3, 2018 at 11:00 a.m. (ET), Declaration of John C. Phillips, Jr. in Support of the Debtors Application for Entry of an Order Authorizing the Retention and Employment of Winston & Strawn LLP as Attorneys for the Debtors and Debtors in Possession nunc pro tunc to the Petition Date, and Notice of Second Amended Agenda of Matters Scheduled for Hearing on July 3, 2018 at 11:00 a.m. (ET)* (related document(s)[299](#), [297](#), [298](#)) filed by Prime Clerk, LLC.(Steele, Benjamin) (Entered: 07/06/2018) |
| 07/06/2018 | [315](#) (14 pgs) | */ Notice of Filing of Monthly Compensation Statement by M-III Partners for the Period of May 3, 2018 Through May 31, 2018* Filed by Carrie V Hardman on behalf of M-III Partners. Objections due by 7/20/2018, (Hardman, Carrie) **Docket Text Modified on 7/10/2018 (Bush, Brent)** (Entered: 07/06/2018) |
| 07/06/2018 | [316](#) (15 pgs) | */ Notice of Filing of Combined Monthly Staffing Report and Compensation Statement by M-III Partners for the Period of June 1, 2018 Through June 30, 2018* Filed by Carrie V Hardman on behalf of M-III Partners. Objections due by 7/20/2018, (Hardman, Carrie) **Modified on 7/10/2018 (Bush, Brent)** (Entered: 07/06/2018) |
| 07/09/2018 | [317](#) (27 pgs; 3 docs) | Motion for Relief from Stay *Netflix, Inc.'s Motion for Relief from the Automatic Stay to Exercise Certain Rights of Setoff* filed by Robert J. Pfister on behalf of Netflix, Inc.. (Attachments: # [1](#) Exhibit Exhibit A # [2](#) Exhibit Exhibit B) (Pfister, Robert) (Entered: 07/09/2018) |
| 07/09/2018 | | Receipt of Motion for Relief from Stay (fee)(18-11358-mew) [motion,185] ( 181.00) Filing Fee. Receipt number 12663385. Fee amount 181.00. (Re: Doc # [317](#)) (U.S. Treasury) (Entered: 07/09/2018) |
| 07/10/2018 | [318](#) | Certificate of Service *re Netflix, Inc.'s Motion for Relief from the* |

| | | |
|---|---|---|
| | (2 pgs) | *Automatic Stay to Exercise Certain Rights of Setoff* (related document(s)317) Filed by Robert J. Pfister on behalf of Netflix, Inc.. (Pfister, Robert) (Entered: 07/10/2018) |
| 07/10/2018 | 319 (87 pgs) | Letter / *Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs* (related document(s)77, 304) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 07/10/2018) |
| 07/10/2018 | 320 (21 pgs; 2 docs) | Motion to Authorize *Motion of the Official Committee of Unsecured Creditors of Relativity Media LLC, et al., for Entry of an Order (I) Clarifying the Requirement to Provide Access to Confidential or Privileged Information and Approving a Protocol Regarding Creditor Requests for Information, and (II) Authorizing The Committee to Utilize Prime Clerk LLC as Information Agent in Connection Therewith* filed by Minyao Wang on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS Responses due by 7/17/2018,. (Attachments: # 1 Exhibit A: Proposed Order) (Wang, Minyao) (Entered: 07/10/2018) |
| 07/11/2018 | 321 (4 pgs) | Notice of Certification of Publication *of Georgia L. Faust Regarding Notice of Sale Motion and Opportunity to Submit a Competing Offer, published on July 20, 2018 in Variety* filed by Prime Clerk, LLC.(Steele, Benjamin) (Entered: 07/11/2018) |
| 07/11/2018 | 322 (53 pgs) | Application to Employ Willkie Farr & Gallagher LLP as Special Litigation Counsel *to Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code Nunc Pro Tunc to July 6, 2018* filed by John Longmire on behalf of Relativity Media, LLC Responses due by 7/18/2018, with presentment to be held on 7/18/2018 at 12:00 PM at Courtroom 617 (MEW). (Longmire, John) (Entered: 07/11/2018) |
| 07/11/2018 | 323 (3 pgs) | Notice of Presentment *of Application to Employ and Retain Willkie Farr & Gallagher LLP as Special Litigation Counsel to Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code Nunc Pro Tunc to July 6, 2018* (related document(s)322) filed by John Longmire on behalf of Relativity Media, LLC. with presentment to be held on 7/18/2018 at 12:00 PM at Courtroom 617 (MEW) Objections due by 7/18/2018, (Longmire, John) (Entered: 07/11/2018) |
| 07/11/2018 | 324 (1 pg) | Affidavit of Service *of Nuno Cardoso Regarding Notice of Filing of Monthly Compensation Statement by M-III Partners for the Period of May 3, 2018 through May 31, 2018 and Notice of Filing of Combined Monthly Staffing Report and Compensation Statement by M-III Partners for the Period of June 1, 2018 through June 30, 2018* (related document(s)316, 315) filed by Prime Clerk, LLC.(Malo, David) (Entered: 07/11/2018) |
| 07/11/2018 | 325 (3 pgs) | Notice of Appearance filed by John P. Campo on behalf of Vector Media Holding Corp.. (Campo, John) (Entered: 07/11/2018) |
| 07/11/2018 | 326 (9 pgs) | Objection to Motion *Preliminary Objection of Netflix, Inc. to Debtors' Motion Pursuant to 11 U.S.C. 105 and 365 and Fed. R. Bankr. P. 6006 for Entry of an Order Approving Assumption of Executory Contracts with Netflix, Inc.* (related document(s)213) filed by Robert J. Pfister on behalf of Netflix, Inc.. (Pfister, Robert) (Entered: 07/11/2018) |

| 07/12/2018 | [327](#)<br>(2 pgs; 2 docs) | Application for Pro Hac Vice Admission filed by Mark Meir Sharf on behalf of Film Musicians Secondary Markets Fund. (Attachments: # [1](#) Order) (Sharf, Mark) (Entered: 07/12/2018) |
| 07/12/2018 | | Receipt of Application for Pro Hac Vice Admission(18-11358-mew) [motion,122] ( 200.00) Filing Fee. Receipt number 12668226. Fee amount 200.00. (Re: Doc # [327](#)) (U.S. Treasury) (Entered: 07/12/2018) |
| 07/12/2018 | [328](#)<br>(2 pgs; 2 docs) | Application for Pro Hac Vice Admission /Motion for Admission to Practice, Pro Hac Vice filed by Jane K. Springwater on behalf of Universal Music Enterprises, a division of UMG Recordings, Inc.. (Attachments: # [1](#) Proposed Order Granting Admission to Practice, Pro Hac Vice) (Springwater, Jane) (Entered: 07/12/2018) |
| 07/12/2018 | | Receipt of Application for Pro Hac Vice Admission(18-11358-mew) [motion,122] ( 200.00) Filing Fee. Receipt number 12668509. Fee amount 200.00. (Re: Doc # [328](#)) (U.S. Treasury) (Entered: 07/12/2018) |
| 07/12/2018 | [329](#)<br>(2 pgs) | Certificate of Service regarding Notice of Filing of Monthly Staffing Report by M-III Partners For the Period of May 3, 2018 through May 31, 2018 and Notice of Filing of Combined Monthly Staffing Report and Compensation Statement by M-III Partners For the Period of June 1, 2018 through June 30, 2018 (related document(s)[316](#), [315](#)) filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 07/12/2018) |
| 07/12/2018 | [330](#)<br>(2 pgs) | Certificate of Service re Preliminary Objection of Netflix, Inc. to Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 365 and Fed. R. Bankr. P. 6006 for Entry of an Order Approving Assumption of Executory Contracts with Netflix, Inc. (related document(s)[326](#)) Filed by Robert J. Pfister on behalf of Netflix, Inc.. (Pfister, Robert) (Entered: 07/12/2018) |
| 07/13/2018 | [331](#)<br>(2 pgs) | Notice of Adjournment of Hearing / NOTICE OF ADJOURMENT OF HEARING ON DEBTORS MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS: (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POST-PETITION FINANCING AND (B) USE CASH COLLATERAL; (II) GRANTING ADEQUATE PROTECTION; (III) MODIFYING THE AUTOMATIC STAY; (IV) SCHEDULING A FINAL HEARING; AND (V) GRANTING RELATED RELIEF (Objections due by July 19, 2018 at 4:00 PM (ET)) (related document(s)[17](#)) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 7/24/2018 at 02:00 PM at Courtroom 617 Objections due by 7/19/2018, (Hardman, Carrie) (Entered: 07/13/2018) |
| 07/13/2018 | [332](#)<br>(10 pgs) | Affidavit of Service Of Nuno Cardoso regarding Application to Employ and Retain Willkie Farr & Gallagher LLP as Special Litigation Counsel to Debtors and Debtors in Possession nunc pro tunc to July 6, 2018 and Notice of Presentment of Application to Employ and Retain Willkie Farr & Gallagher LLP as Special Litigation Counsel to Debtors and Debtors in Possession nunc pro tunc to July 6, 2018 (related document(s)[322](#), [323](#)) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 07/13/2018) |
| 07/13/2018 | [333](#)<br>(535 pgs) | Affidavit of Service of Paul Pullo Regarding Sale Notice and Notice of Proposed Contracts and Leases (related document(s)[319](#)) filed by Prime Clerk, LLC.(Steele, Benjamin) (Entered: 07/13/2018) |

| 07/15/2018 | [334](#)<br>(6 pgs; 2 docs) | Notice to Produce Documents / *Netflix, Inc.'s Notice of Issuance of Third-Party Subpoena* filed by Robert J. Pfister on behalf of Netflix, Inc.. (Attachments: # [1](#) Exhibit A - Subpoena to M-III Advisory Partners, LP) (Pfister, Robert) (Entered: 07/15/2018) |
|---|---|---|
| 07/16/2018 | [335](#)<br>(1 pg) | Order signed on 7/16/2018 admitting Mark M. Sharf, Esq. to practice pro hac vice in this Court (Related Doc # [327](#)). (DePierola, Jacqueline) (Entered: 07/16/2018) |
| 07/16/2018 | [336](#)<br>(1 pg) | Order signed on 7/16/2018 admitting Jane K. Springwater, Esq. to practice pro hac vice in this Court (Related Doc # [328](#)). (DePierola, Jacqueline) (Entered: 07/16/2018) |
| 07/16/2018 | [337](#)<br>(26 pgs) | Operating Report *for the Month of May 3-31, 2018* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 07/16/2018) |
| 07/16/2018 | [338](#)<br>(26 pgs) | Operating Report *for the Month of June 1-30, 2018* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 07/16/2018) |
| 07/17/2018 | [339](#)<br>(6 pgs) | Statement *and Reservation of Rights by the Union Entities* (related document(s)[269](#)) filed by Melissa S. Woods on behalf of Directors Guild of America, Inc., Directors Guild of America, Inc.-Producer Pension and Health Plans, Motion Picture Industry Pension and Health Plans, Screen Actors Guild - American Federation of Television and Radio Artists, Screen Actors Guild-Producers Pension & Health Plans, Writers Guild Pension Plan and Industry Health Fund, Writers Guild of America, West, Inc.. (Woods, Melissa) (Entered: 07/17/2018) |
| 07/18/2018 | [340](#)<br>(3 pgs) | Order signed on 7/18/2018 authorizing employment and retention of Willkie Farr & Gallagher LLP as special litigation counsel to Debtors nunc pro tunc to July 6, 2018 (Related Doc # [322](#)). (DePierola, Jacqueline) (Entered: 07/18/2018) |
| 07/18/2018 | [341](#)<br>(1 pg) | Affidavit of Service *(Supplemental) of Nuno Cardoso Regarding Notice of Filing of Exhibit A to Proposed Third Interim Bridge Order: (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing and (B) Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* (related document(s)[281](#)) filed by Prime Clerk, LLC. (Steele, Benjamin) (Entered: 07/18/2018) |
| 07/18/2018 | [342](#)<br>(9 pgs) | Letter (related document(s)[77](#), [213](#)) Filed by Alan R. Glickman on behalf of UltraV Holdings LLC. (Glickman, Alan) (Entered: 07/18/2018) |
| 07/18/2018 | [343](#)<br>(9 pgs) | Affidavit of Service *(Supplemental) of Asir U. Ashraf Regarding Notice of Sale Motion and Opportunity to Submit a Competing Offer* filed by Prime Clerk, LLC.(Steele, Benjamin) (Entered: 07/18/2018) |
| 07/18/2018 | [344](#)<br>(5 pgs) | Statement / *Reservation of Rights* (related document(s)[77](#)) filed by Christopher J. Clark on behalf of RKA Film Financing, LLC. (Clark, Christopher) (Entered: 07/18/2018) |
| 07/18/2018 | [345](#)<br>(14 pgs) | Affidavit of Service *of Kadeem Champagnie Regarding Notice of Adjournment of Hearing on Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing the Debtors to (A) Obtain Post-Petition* |

| | | |
|---|---|---|
| | | *Financing and (B) Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* (related document(s)331) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 07/18/2018) |
| 07/19/2018 | 346 (20 pgs) | Notice of Presentment *of Proposed Confidentiality Stipulation and Protective Order* filed by Antonio Yanez Jr. on behalf of Relativity Media, LLC. with presentment to be held on 7/24/2018 at 12:00 PM at Courtroom 617 (MEW) Objections due by 7/24/2018, (Yanez, Antonio) (Entered: 07/19/2018) |
| 07/19/2018 | 347 (2 pgs) | Motion to Join - *Joinder Of UltraV Holdings LLC To Debtors Motion Pursuant To 11 U.S.C. §§ 105 And 365 And Fed. R. Bankr. P. 6006 For Entry Of An Order Approving Assumption Of Executory Contracts With Netflix, Inc.* (related document(s)213) filed by Adam Craig Harris on behalf of UltraV Holdings LLC. (Harris, Adam) (Entered: 07/19/2018) |
| 07/19/2018 | 348 (87 pgs; 2 docs) | Motion to Approve Compromise / *Debtors Motion for Entry of an Order Authorizing the Debtors and Certain Non-Debtor Affiliates to Enter Into Settlement Agreement With the Official Committee of Unsecured Creditors and UltraV Holdings LLC* filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (Attachments: # 1 Exhibit A - Proposed Order) (McGuire, Daniel) (Entered: 07/19/2018) |
| 07/19/2018 | 349 (4 pgs) | Declaration *of Colin M. Adams in Support of Debtors Motion for Entry of an Order Authorizing the Debtors and Certain Non-Debtor Affiliates to Enter Into Settlement Agreement With the Official Committee of Unsecured Creditors and UltraV Holdings LLC* (related document(s)348) filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 07/19/2018) |
| 07/19/2018 | 350 (26 pgs) | Motion to Shorten Time / *Debtors' Motion for an Order Shortening Time With Respect to the Debtors Motion for Entry of an Order Authorizing the Debtors and Certain Non-Debtor Affiliates to Enter Into Settlement Agreement With the Official Committee of Unsecured Creditors and UltraV Holdings LLC* (related document(s)349, 348) filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 07/19/2018) |
| 07/19/2018 | 351 (10 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Corporate Monthly Operating Report for the Period from May 3, 2018 through May 31, 2018 and Corporate Monthly Operating Report for the Period from June 1, 2018 through June 30, 2018* (related document(s)338, 337) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 07/19/2018) |
| 07/20/2018 | 352 (20 pgs) | Notice of Proposed Order *Amending Pertinent Dates and Deadlines Set Forth in the (A) Sale Scheduling Order and (B) Related Bidding Procedures* (related document(s)304) filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 07/20/2018) |
| 07/20/2018 | 353 (3 pgs) | Notice of Appearance filed by Ronald M. Tucker on behalf of Simon Property Group, L.P.. (Tucker, Ronald) (Entered: 07/20/2018) |
| 07/20/2018 | 354 | Order signed on 7/20/2018 shortening time with respect to the Debtors' |

| | | |
|---|---|---|
| | (2 pgs) | motion authorizing the debtors and certain non-debtor affiliates to enter into settlement agreement with the Official Committee of Unsecured Creditors and Ultrav Holdings LLC (related document(s)348, 350). With hearing to be held on 7/31/2018 at 02:00 PM at Courtroom 617 (MEW). (DePierola, Jacqueline) (Entered: 07/20/2018) |
| 07/20/2018 | 355 (8 pgs) | Notice of Agenda (related document(s)295, 320, 213, 269, 277, 302, 17) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 7/24/2018 at 02:00 PM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 07/20/2018) |
| 07/20/2018 | 356 (18 pgs) | Order signed on 7/20/2018 amending pertinent dates and deadlines set forth in the sale scheduling order and related bid procedures (related document(s)77, 304). Sale hearing to be held on 8/3/2018 at 04:00 PM at Courtroom 617 (MEW). (DePierola, Jacqueline) (Entered: 07/20/2018) |
| 07/20/2018 | 357 (20 pgs; 3 docs) | Notice of Proposed Order / Notice of Filing of Proposed Fourth Interim Bridge Order: (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing and (B) Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief (related document(s)17) filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Attachments: # 1 Exhibit A # 2 Exhibit B)(Hardman, Carrie) (Entered: 07/20/2018) |
| 07/20/2018 | 358 (10 pgs; 2 docs) | Objection Of Cinedigm Digital Funding I, LLC And Access Digital Cinema Phase 2, Corp. To Debtors' Proposed Cure Amounts filed by James S. Carr on behalf of Cinedigm Corp.. with hearing to be held on 7/25/2018 at 11:00 AM at Courtroom 617 (MEW) Objections due by 7/23/2018, (Attachments: # 1 Certificate of Service) (Carr, James) (Entered: 07/20/2018) |
| 07/20/2018 | 359 (2 pgs; 2 docs) | Application for Pro Hac Vice Admission of Roye Zur filed by Michael I. Gottfried on behalf of BlackWhite LLC. (Attachments: # 1 Order) (Gottfried, Michael) (Entered: 07/20/2018) |
| 07/20/2018 | | Receipt of Application for Pro Hac Vice Admission(18-11358-mew) [motion,122] ( 200.00) Filing Fee. Receipt number 12683617. Fee amount 200.00. (Re: Doc # 359) (U.S. Treasury) (Entered: 07/20/2018) |
| 07/20/2018 | 360 (10 pgs; 2 docs) | Fourth Interim Bridge Order signed on 7/20/2018 authorizing Debtors to obtain post-petition financing and use cash collateral; granting adequate protection' modifying the automatic stay; scheduling a final hearing; and granting related relief (related document(s)287, 246, 217, 17, 56). Final hearing to be held on 7/31/2018 at 2:00 PM at Courtroom 617 (MEW). (DePierola, Jacqueline) **Docket Text Hearing Time Modified on 7/23/2018 (Bush, Brent)** (Entered: 07/20/2018) |
| 07/20/2018 | 361 (1 pg) | Order signed on 7/20/2018 admitting Roye Zur, Esq. to practice pro hac vice in this Court (Related Doc # 359). (DePierola, Jacqueline) (Entered: 07/20/2018) |
| 07/20/2018 | 362 (6 pgs) | Statement / Reservsation of Rights Regarding WWE Studios, Inc.'s Cure Amount (related document(s)319) filed by Harley J. Goldstein on behalf of WWE Studios, Inc.. (Goldstein, Harley) (Entered: 07/20/2018) |
| 07/20/2018 | 363 (4 pgs) | Statement of Reservation of Rights of IATM, LLC with Respect to Sale Motion Filed by the Debtors filed by Carol Chow on behalf of IATM, |

| | | LLC. (Chow, Carol) (Entered: 07/20/2018) |
|---|---|---|
| 07/20/2018 | [364](#)<br>(46 pgs; 4 docs) | Objection to Motion / *Limited Objection and Reservation of Rights of Crystal Screens Media Inc. to Debtors' Motion to Authorize and Approve the Sale of Substantially All of Debtors' Assets* (related document(s)[77](#)) filed by Eric J. Wise on behalf of Crystal Screens Media Inc., Macquarie US Trading LLC. (Attachments: # [1](#) Exhibit A - Beyond the Lights # [2](#) Exhibit B - Woman in Black 2 # [3](#) Exhibit C - Lazarus Effect) (Wise, Eric) (Entered: 07/20/2018) |
| 07/20/2018 | [365](#)<br>(8 pgs) | Amended Notice of Agenda / *Notice of Amended Agenda of Matters Schedules for Hearing on July 24, 2018 at 2:00 PM (ET)* (related document(s)[295](#), [320](#), [355](#), [213](#), [269](#), [277](#), [302](#), [17](#)) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 7/24/2018 at 02:00 PM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 07/20/2018) |
| 07/23/2018 | [366](#)<br>(13 pgs) | Affidavit of Service (related document(s)[347](#)) Filed by Adam Craig Harris on behalf of UltraV Holdings LLC. (Harris, Adam) (Entered: 07/23/2018) |
| 07/23/2018 | [367](#)<br>(10 pgs; 2 docs) | Objection to Motion *Objection of Kevin Costner, BlackWhite, LLC, and Tig Films, Inc., to:(A) Proposed Cure Amount and (B) Assumption of Executory Contracts; and Reservation of Rights Concerning the Motion Picture Black or White* (related document(s)[77](#)) filed by Roye Zur on behalf of BlackWhite LLC. (Attachments: # [1](#) Certificate of Service) (Zur, Roye) (Entered: 07/23/2018) |
| 07/23/2018 | [368](#)<br>(9 pgs; 2 docs) | Certificate of No Objection Pursuant to LR 9075-2 *to Motion of The Official Committee of Unsecured Creditors for an Order (I) Clarifying the Requirement to Provide Access to Confidential or Privileged Information and Approving a Protocol Regarding Creditor Requests for Information, and (II) Authorizing the Committee to Utilize Prime Clerk LLC as Information Agent in Connection Therewith* (related document(s)[320](#)) Filed by Minyao Wang on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS. (Attachments: # [1](#) Exhibit A)(Wang, Minyao) (Entered: 07/23/2018) |
| 07/23/2018 | [369](#)<br>(11 pgs; 3 docs) | Certificate of No Objection Pursuant to LR 9075-2 *to Application of The Official Committee of Unsecured Creditors for an Order Approving the Employment and Retention of Robins Kaplan LLP as Counsel Nunc Pro Tunc to May 18, 2018* (related document(s)[277](#)) Filed by Minyao Wang on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS. (Attachments: # [1](#) Exhibit A # [2](#) Exhibit B)(Wang, Minyao) (Entered: 07/23/2018) |
| 07/23/2018 | [370](#)<br>(15 pgs; 3 docs) | Certificate of No Objection Pursuant to LR 9075-2 *to Application of The Official Committee of Unsecured Creditors for an Order Approving the Employment and Retention of Duff & Phelps Securities, LLC as Financial Advsior Nunc Pro Tunc to May 23, 2018* (related document(s)[302](#)) Filed by Minyao Wang on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS. (Attachments: # [1](#) Exhibit A # [2](#) Exhibit B)(Wang, Minyao) (Entered: 07/23/2018) |
| 07/23/2018 | [371](#)<br>(33 pgs; 3 docs) | Letter / *Notice of Revised Exhibit A to Motion for Entry of an Order Authorizing RML Oculus Films, LLC to: (A) Enter Into Settlement Agreement With WWE Studios, Inc.; and (B) Enter Into Amendment and Assume Associated Agreement* (related document(s)[269](#)) Filed by Daniel |

| | | |
|---|---|---|
| | | J. McGuire on behalf of Relativity Media, LLC. with hearing to be held on 7/24/2018 at 02:00 PM at Courtroom 617 (MEW) (Attachments: # 1 Exhibit A # 2 Exhibit B)(McGuire, Daniel) (Entered: 07/23/2018) |
| 07/24/2018 | 372 (3 pgs) | Affidavit of Service (related document(s)364) Filed by Eric J. Wise on behalf of Crystal Screens Media Inc., Macquarie US Trading LLC. (Wise, Eric) (Entered: 07/24/2018) |
| 07/24/2018 | 373 (5 pgs) | Order signed on 7/24/2018 clarifying the requirement to provide access to confidential or privileged information and approving a protocol regarding creditor requests for information, and authorizing the committee to utilize Prime Clerk, LLC as information agent in connection therewith (Related Doc # 320). (DePierola, Jacqueline) (Entered: 07/24/2018) |
| 07/24/2018 | 374 (10 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Debtors' Motion for Entry of an Order Authorizing the Debtors and Certain Non-Debtor Affiliates to Enter into Settlement Agreement with the Official Committee of Unsecured Creditors and UltraV Holdings LLC, Declaration of Colin M. Adams in Support of Debtors' Motion for Entry of an Order Authorizing the Debtors and Certain Non-Debtor Affiliates to Enter into Settlement Agreement with the Official Committee of Unsecured Creditors and UltraV Holdings LLC, Debtors' Motion for an Order Shortening Time with Respect to the Debtors' Motion for Entry of an Order Authorizing the Debtors and Certain Non-Debtor Affiliates to Enter into Settlement Agreement with the Official Committee of Unsecured Creditors and UltraV Holdings LLC* (related document(s)349, 348, 350) filed by Prime Clerk, LLC.(Steele, Benjamin) (Entered: 07/24/2018) |
| 07/24/2018 | 375 (8 pgs) | Affidavit of Service *Of Nuno Cardoso Regarding NOTICE OF REVISED EXHIBIT A TO MOTION FOR ENTRY OF AN ORDER AUTHORIZING RML OCULUS FILMS, LLC TO: (A) ENTER INTO SETTLEMENT AGREEMENT WITH WWE STUDIOS, INC.; AND (B) ENTER INTO AMENDMENT AND ASSUME ASSOCIATED AGREEMENT* (related document(s)371) filed by Prime Clerk, LLC.(Steele, Benjamin) (Entered: 07/24/2018) |
| 07/24/2018 | 376 (4 pgs) | Notice of Appearance */Notice of Appearance and Request for Service of Documents* filed by Jane K. Springwater on behalf of Universal Music Enterprises, a division of UMG Recordings, Inc.. (Springwater, Jane) (Entered: 07/24/2018) |
| 07/24/2018 | 377 (9 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Notice of Presentment of Proposed Confidentiality Stipulation and Protective Order* (related document(s)346) filed by Prime Clerk, LLC.(Steele, Benjamin) (Entered: 07/24/2018) |
| 07/24/2018 | 378 (20 pgs) | Amended Operating Report *for the Period May 3-31, 2018* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 07/24/2018) |
| 07/24/2018 | 379 (20 pgs) | Amended Operating Report *for the Period June 1-30, 2018* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 07/24/2018) |
| 07/25/2018 | 380 | Affidavit of Service *(Supplemental) of Nuno Cardoso Regarding Notice* |

| | | |
|---|---|---|
| | (8 pgs) | of (I) *Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs* (related document(s)319) filed by Prime Clerk, LLC.(Malo, David) (Entered: 07/25/2018) |
| 07/25/2018 | 381 (3 pgs) | Notice of Hearing / *Notice of Scheduled Trial Dates* (related document(s)317, 213) filed by John Longmire on behalf of Relativity Media, LLC. (Longmire, John) (Entered: 07/25/2018) |
| 07/25/2018 | 382 (381 pgs) | Affidavit of Service *of Rafael Stitt Regarding Debtors Motion for Entry of an Order Authorizing the Debtors and Certain Non-Debtor Affiliates to Enter into Settlement Agreement with the Official Committee of Unsecured Creditors and UltraV Holdings LLC, Debtors Motion for an Order Shortening Time with Respect to the Debtors Motion for Entry of an Order Authorizing the Debtors and Certain Non-Debtor Affiliates to Enter into Settlement Agreement with the Official Committee of Unsecured Creditors and UltraV Holdings LLC, Order Shortening Time with Respect to the Debtors Motion for Entry of an Order Authorizing the Debtors and Certain Non-Debtor Affiliates to Enter into Settlement Agreement with the Official Committee of Unsecured Creditors and UltraV Holdings LLC, Notice of Agenda of Matters Scheduled for Hearing on July 24, 2018 at 2:00 pm (ET), and Order Amending Pertinent Dates and Deadlines set forth in the (A) Sale Scheduling Order and (B) Related Bid Procedures, Fourth Interim Bridge Order, Amended Notice of Agenda, Amended Cure Notice, and Amended Sale Motion Notice* (related document(s)355, 360, 354, 356, 348, 365, 350) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 07/25/2018) |
| 07/26/2018 | 383 (3 pgs) | Order signed on 7/26/2018 authorizing Debtors to: enter into settlement agreement with WWE Studios, Inc.; and enter into amendment and assume associated agreement (Related Doc # 269). (DePierola, Jacqueline) (Entered: 07/26/2018) |
| 07/26/2018 | 384 (18 pgs) | Confidentiality Stipulation and Protective Order signed on 7/26/2018 (related document(s)346). (DePierola, Jacqueline) (Entered: 07/26/2018) |
| 07/26/2018 | 385 (3 pgs; 2 docs) | Application for Pro Hac Vice Admission *of Keith C. Owens* filed by Keith C. Owens on behalf of Scott Kroopf, Many Rivers Productions, Inc., Mark Wahlberg, Music For The People, Inc., Leslie Dixon, Boy of the Year, Inc.. (Attachments: # 1 Proposed Order) (Owens, Keith) (Entered: 07/26/2018) |
| 07/26/2018 | | Receipt of Application for Pro Hac Vice Admission(18-11358-mew) [motion,122] ( 200.00) Filing Fee. Receipt number 12692111. Fee amount 200.00. (Re: Doc # 385) (U.S. Treasury) (Entered: 07/26/2018) |
| 07/26/2018 | 386 (3 pgs) | Notice of Appearance *and Request for Services of Papers* filed by Keith C. Owens on behalf of Boy of the Year, Inc., Leslie Dixon, Scott Kroopf, Many Rivers Productions, Inc.. (Owens, Keith) (Entered: 07/26/2018) |
| 07/26/2018 | 387 (3 pgs) | Notice of Appearance *and Request for Services of Papers* filed by Keith C. Owens on behalf of Music For The People, Inc., Mark Wahlberg. (Owens, Keith) (Entered: 07/26/2018) |
| 07/26/2018 | 388 (4 pgs) | Statement *Verified Statement of Venable LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure for Certain Counter Parties* |

| | | |
|---|---|---|
| | | *to Contracts with the Debtors* filed by Keith C. Owens on behalf of Boy of the Year, Inc., Leslie Dixon, Scott Kroopf, Many Rivers Productions, Inc.. (Owens, Keith) (Entered: 07/26/2018) |
| 07/26/2018 | [439](#)<br>(18 pgs) | Transcript regarding Hearing Held on 07/24/2018 at 2:07 pm RE: Application of the Official Committee of Unsecured Creditors approving the retention and employment of Duff & Phelps Securities, LLC as financial advisor nunc pro tunc to May 23, 2018; Application of the Official Committee of Unsecured Creditors approving the employment and retention of Robins Kaplan LLP as counsel nunc pro tunc to May 18, 2018; Motion of the Official Committee of Unsecured Creditors clarifying the requirement to provide access to confidential or privileged information and approving a protocol regarding creditor requests for information, and authorizing the committee to utilize Prime Clerk, LLC as information agent in connection therewith Motion authorizing RML Oculus Films, LLC to enter into settlement agreement with WWE Studios, Inc., and enter into amendment and assume associated agreement Motion establishing deadlines for filing proofs of claim and approving the form and manner of notice thereof. Remote electronic access to the transcript is restricted until 10/24/2018. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/2/2018. Statement of Redaction Request Due By 8/16/2018. Redacted Transcript Submission Due By 8/27/2018. Transcript access will be restricted through 10/24/2018. (Lewis, Tenille) (Entered: 08/01/2018) |
| 07/27/2018 | [389](#)<br>(6 pgs) | Notice of Agenda *of Matters Scheduled for Hearing on July 31, 2018 at 2:00 PM (ET)* (related document(s)[348](#), [17](#)) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 7/31/2018 at 02:00 PM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 07/27/2018) |
| 07/27/2018 | [390](#)<br>(10 pgs) | Objection to Motion *LIMITED OBJECTION AND RESERVATION OF RIGHTS OF MUSIC FOR THE PEOPLE, INC. AND MARK WAHLBERG TO DEBTORS MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING (A) THE DEBTORS ENTRY INTO THE ASSET PURCHASE AGREEMENT FOR THE SALE OF SUBSTANTIALLY ALL THEIR ASSETS, (B) THE SALE OF SUBSTANTIALLY ALL THE DEBTORS ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES (OTHER THAN ASSUMED LIABILITIES) PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE AND (C) THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY* (related document(s)[77](#)) filed by Keith C. Owens on behalf of Music For The People, Inc., Mark Wahlberg. (Owens, Keith) (Entered: 07/27/2018) |
| 07/27/2018 | [391](#)<br>(8 pgs) | Objection to Motion *To Authorize And Approve The Sale Of Substantially All Of Debtors Assets And (B) Assumption Of Executory Contracts And Reservation Of Rights* filed by Lillian Stenfeldt on behalf of Pure Flix Entertainment LLC. (Stenfeldt, Lillian) (Entered: 07/27/2018) |
| 07/27/2018 | [392](#)<br>(8 pgs; 2 docs) | Objection to Motion */ Limited Objection of the United States Trustee to the Debtors' Motion for Entry of an Order Authorizing and Approving Sale and For Other Relief* (related document(s)[77](#)) filed by Benjamin J. Higgins on behalf of United States Trustee. with hearing to be held on 8/3/2018 at 04:00 PM at Courtroom 617 (MEW) (Attachments: # [1](#) Exhibit A) (Higgins, Benjamin) (Entered: 07/27/2018) |

| | | |
|---|---|---|
| 07/27/2018 | [393](#)<br>(249 pgs; 9 docs) | Objection to Motion *Objection of Netflix, Inc. to Debtors' Sale Motion* (related document(s)[77](#)) filed by Robert J. Pfister on behalf of Netflix, Inc.. with hearing to be held on 8/3/2018 at 04:00 PM at Courtroom 617 (MEW) Objections due by 7/27/2018, (Attachments: # [1](#) Exhibit A # [2](#) Exhibit B # [3](#) Exhibit C # [4](#) Exhibit D # [5](#) Exhibit E # [6](#) Exhibit F # [7](#) Exhibit G # [8](#) Exhibit H) (Pfister, Robert) (Entered: 07/27/2018) |
| 07/27/2018 | [394](#)<br>(10 pgs) | Objection to Motion (related document(s)[77](#)) filed by George R. Mesires on behalf of Technicolor, Inc.. (Mesires, George) (Entered: 07/27/2018) |
| 07/27/2018 | [395](#)<br>(5 pgs) | Objection to Motion *Limited Objection and Reservation of Rights of Vine Library Company L.P. to Debtors' Motion to Authorize and Approve the Sale of Substantially All of Debtors' Assets* (related document(s)[77](#)) filed by Joshua Dorchak on behalf of Vine Library Company L.P.. (Dorchak, Joshua) (Entered: 07/27/2018) |
| 07/27/2018 | [396](#)<br>(2 pgs) | Certificate of Service *re Objection of Netflix, Inc. to Debtors' Sale Motion* (related document(s)[393](#)) Filed by Robert J. Pfister on behalf of Netflix, Inc.. (Pfister, Robert) (Entered: 07/27/2018) |
| 07/27/2018 | [397](#)<br>(1 pg) | Order signed on 7/27/2018 admitting Keith C. Owens, Esq. to practice pro hac vice in this Court (Related Doc # [385](#)). (DePierola, Jacqueline) (Entered: 07/27/2018) |
| 07/27/2018 | [398](#)<br>(258 pgs; 3 docs) | Motion to File Under Seal *Netflix, Inc.'s Ex Parte Motion to File Partially Redacted Sale Objection* (related document(s)[384](#), [393](#)) filed by Robert J. Pfister on behalf of Netflix, Inc. with hearing to be held on 8/3/2018 at 04:00 PM at Courtroom 617 (MEW). (Attachments: # [1](#) Exhibit A # [2](#) Exhibit B) (Pfister, Robert) (Entered: 07/27/2018) |
| 07/27/2018 | [399](#)<br>(33 pgs) | Order signed on 7/27/2018 establishing September 12, 2018 as the deadline for filing proofs of claim and approving the form and manner of notice thereof (related document(s)[295](#)). October 30, 2018 is the deadline to file claims from governmental units. (DePierola, Jacqueline) (Entered: 07/27/2018) |
| 07/27/2018 | [400](#)<br>(6 pgs) | Statement *and Reservation of Rights of The Official Committee of Unsecured Creditors to the Debtors' Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs* (related document(s)[77](#)) filed by Scott F. Gautier on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS. (Gautier, Scott) (Entered: 07/27/2018) |
| 07/27/2018 | [401](#)<br>(2 pgs) | Certificate of Service *re Netflix, Inc.'s Ex Parte Motion to File Partially Redacted Sale Objection* (related document(s)[398](#)) Filed by Robert J. Pfister on behalf of Netflix, Inc.. (Pfister, Robert) (Entered: 07/27/2018) |
| 07/28/2018 | [402](#)<br>(2 pgs) | Notice of Sale / *Notice of No Auction and Designation of UltraV Holdings LLC as Successful Purchaser* (related document(s)[77](#)) filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 07/28/2018) |
| 07/30/2018 | [403](#)<br>(2 pgs) | Notice of Withdrawal / *Withdrawal of Appearance and Request to be Removed from ECF and All Service Lists* filed by Carey D. Schreiber on |

behalf of Relativity Media, LLC. (Schreiber, Carey) (Entered: 07/30/2018)

| | | |
|---|---|---|
| 07/30/2018 | 404<br>(2 pgs) | Order signed on 7/30/2018 granting Netflix, Inc.'s ex parte motion to file partially redacted sale objection (Related Doc # 398 and 393). (DePierola, Jacqueline) (Entered: 07/30/2018) |
| 07/30/2018 | 405<br>(3 pgs) | Statement / *Response of Netflix, Inc. to Debtors' Motion for Entry of an Order Authorizing the Debtors and Certain Non-Debtor Affiliates to Enter into Settlement Agreement with the Official Committee of Unsecured Creditors and Ultra V Holdings* (related document(s)348) filed by Robert J. Pfister on behalf of Netflix, Inc.. (Pfister, Robert) (Entered: 07/30/2018) |
| 07/30/2018 | 406<br>(5 pgs) | Objection to Motion / *Limited Objection of the United States Trustee to the Debtor's Motion for Entry of an Order Authorizing the Debtors and Certain Non-Debtor Affiliates to Enter into Settlement Agreement* (related document(s)348) filed by Benjamin J. Higgins on behalf of United States Trustee. with hearing to be held on 7/31/2018 at 02:00 PM at Courtroom 617 (MEW) (Higgins, Benjamin) (Entered: 07/30/2018) |
| 07/30/2018 | 407<br>(3 pgs) | Objection to Motion / *Netflix, Inc.'s Objection to Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs* (related document(s)77) filed by Robert J. Pfister on behalf of Netflix, Inc.. (Pfister, Robert) (Entered: 07/30/2018) |
| 07/30/2018 | 408<br>(45 pgs) | Memorandum of Law / *Relativity Media, LLC and RML Distribution Domestic, LLC's Pretrial Brief* filed by Antonio Yanez Jr. on behalf of Relativity Media, LLC. (Yanez, Antonio) (Entered: 07/30/2018) |
| 07/30/2018 | 409<br>(56 pgs) | Ex Parte Motion to File Under Seal *Partially Redacted Pretrial Brief* (related document(s)408) filed by Antonio Yanez Jr. on behalf of Relativity Media, LLC. (Yanez, Antonio) (Entered: 07/30/2018) |
| 07/30/2018 | 410<br>(7 pgs; 2 docs) | Statement *Statement and Reservation of Rights of Steven Soderbergh and Populist Pictures, Inc., in Connection with: (A) Proposed Cure Amount and (B) Assumption of Executory Contracts* (related document(s)77) filed by Roye Zur on behalf of Populist Pictures, Inc.. (Attachments: # 1 Certificate of Service) (Zur, Roye) (Entered: 07/30/2018) |
| 07/30/2018 | 411<br>(5 pgs) | Order signed on 7/30/2018 authorizing the Official Committee of Unsecured Creditors to retain and employ Duff & Phelps Securities, LLC as financial advisor nunc pro tunc to May 23, 2018 (Related Doc # 302). (DePierola, Jacqueline) (Entered: 07/30/2018) |
| 07/30/2018 | 412<br>(3 pgs) | Order signed on 7/30/2018 authorizing the Official Committee of Unsecured Creditors to employ Robins Kaplan LLP as bankruptcy counsel nunc pro tunc to May 18, 2018 (Related Doc # 277). (DePierola, Jacqueline) (Entered: 07/30/2018) |
| 07/30/2018 | 413<br>(8 pgs; 2 docs) | Objection to Motion *Objection and Reservation of Rights of Tarsem Singh and Oedipus Productions, Inc. in Connection with: (A) Proposed Cure Amount and (B) Assumption of Executory Contracts* (related document(s)77) filed by Roye Zur on behalf of Oedipus Productions, Inc.. (Attachments: # 1 Certificate of Service) (Zur, Roye) (Entered: 07/30/2018) |

| | 414<br>(9 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Notice of Scheduled Trial Dates* (related document(s)381) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 07/30/2018) |
|---|---|---|
| 07/30/2018 | | |
| 07/30/2018 | 415<br>(20 pgs) | Affidavit of Service *(Supplemental) of Asir U. Ashraf Regarding Amended Sale Notice, Amended Cure Notice and Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs* (related document(s)319) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 07/30/2018) |
| 07/30/2018 | 416<br>(42 pgs) | Memorandum of Law */ Netflix, Inc.'s Pre-Trial Brief* filed by Robert J. Pfister on behalf of Netflix, Inc.. (Pfister, Robert) (Entered: 07/30/2018) |
| 07/30/2018 | 417<br>(3 pgs) | Order signed on 7/30/2018 authorizing the Debtors to file partially redacted pretrial brief (Related Doc # 409). (DePierola, Jacqueline) (Entered: 07/30/2018) |
| 07/30/2018 | 418<br>(15 pgs) | Declaration *of Alexis Miron in Support of the Joinder of UltraV Holdings LLC to the Debtors Motion Pursuant to 11 U.S.C. §§ 105 and 365 and Fed. R. Bankr. P. 6006 for Entry of an Order Approving Assumption of Executory Contracts with Nexflix, Inc. filed by Adam Craig Harris on behalf of UltraV Holdings LLC. (Harris, Adam)* (related document(s)347) filed by Adam Craig Harris on behalf of UltraV Holdings LLC. (Harris, Adam) (Entered: 07/30/2018) |
| 07/30/2018 | 419<br>(26 pgs) | Application for Ex Parte Relief *of UltraV Holdings LLC pursuant to section 107(b) of title 11 of the United States Code to file portions of the Declaration of Alexis Miron in Support of the Joinder of UltraV Holdings LLC to the Debtors Motion Pursuant to 11 U.S.C. §§ 105 and 365 and Fed. R. Bankr. P. 6006 for Entry of an Order Approving Assumption of Executory Contracts with Netflix, Inc.* filed by Adam Craig Harris on behalf of UltraV Holdings LLC. (Harris, Adam) (Entered: 07/30/2018) |
| 07/30/2018 | 420<br>(52 pgs; 3 docs) | Motion to Seal */ Netflix, Inc.'s Ex Parte Motion to File Partially Redacted Pre-Trial Brief* (related document(s)416) filed by Robert J. Pfister on behalf of Netflix, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Pfister, Robert) (Entered: 07/30/2018) |
| 07/30/2018 | 421<br>(8 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Notice of Agenda of Matters Scheduled for Hearing on July 31, 2018 at 2:00 PM* (related document(s)389) filed by Prime Clerk, LLC.(Malo, David) (Entered: 07/30/2018) |
| 07/30/2018 | 422<br>(2 pgs) | Notice of Adjournment of Hearing *of Matters Scheduled for Hearing on July 31, 2018 at 2:00 PM (ET) to August 3, 2018 at 4:00 PM (ET)* (related document(s)348, 17) filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 07/30/2018) |
| 07/30/2018 | 423<br>(21 pgs; 4 docs) | Objection (related document(s)77) filed by Jane K. Springwater on behalf of Universal Music Enterprises, a division of UMG Recordings, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Certificate of Service) (Springwater, Jane) (Entered: 07/30/2018) |
| 07/30/2018 | 424<br>(2 pgs) | Certificate of Service *re Docket No. 405* (related document(s)405) Filed by Robert J. Pfister on behalf of Netflix, Inc.. (Pfister, Robert) (Entered: |

| | | 07/30/2018) |
|---|---|---|
| 07/30/2018 | [425](#)<br>(3 pgs) | Certificate of Service *re Docket Nos. 407, 416, and 420* (related document(s)[420](#), [416](#), [407](#)) Filed by Robert J. Pfister on behalf of Netflix, Inc.. (Pfister, Robert) (Entered: 07/30/2018) |
| 07/31/2018 | [426](#)<br>(14 pgs) | Affidavit of Service (related document(s)[419](#), [418](#)) Filed by Adam Craig Harris on behalf of UltraV Holdings LLC. (Harris, Adam) (Entered: 07/31/2018) |
| 07/31/2018 | [427](#)<br>(3 pgs) | Order signed on 7/31/2018 granting Netflix, Inc.'s ex parte motion to file partially redacted pre-trial brief (Related Doc # [420](#)). (DePierola, Jacqueline) (Entered: 07/31/2018) |
| 07/31/2018 | [428](#)<br>(3 pgs) | Order signed on 7/31/2018 granting ex-parte motion of UltraV Holdings LLC to file under seal portions of the declaration of Alexis Mironin support of the joinder of UltraV Holdings LLC to the Debtors' motion approving assumption of executor contracts with Netflix, Inc. (Related Doc # [419](#)). (DePierola, Jacqueline) (Entered: 07/31/2018) |
| 07/31/2018 | [429](#)<br>(26 pgs) | Objection to Motion (related document(s)[77](#)) filed by Mark Meir Sharf on behalf of Film Musicians Secondary Markets Fund. with hearing to be held on 8/3/2018 at 04:00 PM at Courtroom 617 (MEW) Objections due by 7/31/2018, (Sharf, Mark) (Entered: 07/31/2018) |
| 07/31/2018 | [430](#)<br>(2 pgs) | Letter / *United States Trustee's Request for a Status Conference* Filed by Benjamin J. Higgins on behalf of United States Trustee. (Higgins, Benjamin) (Entered: 07/31/2018) |
| 07/31/2018 | [431](#)<br>(3 pgs) | Certificate of Service (related document(s)[429](#)) filed by Mark Meir Sharf on behalf of Film Musicians Secondary Markets Fund. with hearing to be held on 8/3/2018 at 04:00 PM at Courtroom 617 (MEW) (Sharf, Mark) (Entered: 07/31/2018) |
| 07/31/2018 | [432](#)<br>(11 pgs) | Objection to Motion *LIMITED OBJECTION AND RESERVATION OF RIGHTS OF BOY OF THE YEAR, INC., LESLIE DIXON, MANY RIVERS PRODUCTIONS, INC. AND SCOTT KROOPF TO DEBTORS MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING (A) THE DEBTORS ENTRY INTO THE ASSET PURCHASEAGREEMENT FOR THE SALE OF SUBSTANTIALLY ALL THEIR ASSETS, (B) THE SALE OF SUBSTANTIALLY ALL THE DEBTORS ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES (OTHER THAN ASSUMED LIABILITIES) PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE AND (C) THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE AND (II) GRANTING RELATED RELIEF* (related document(s)[77](#)) filed by Keith C. Owens on behalf of Boy of the Year, Inc., Leslie Dixon, Scott Kroopf, Many Rivers Productions, Inc.. (Owens, Keith) (Entered: 07/31/2018) |
| 07/31/2018 | [433](#)<br>(9 pgs) | Objection to Motion *Limited Objection and Reservation of Rights to the Debtors Motion for Entry of an Order (I) Authorizing and Approving (A) the Debtors Entry into the Asset Purchase Agreement for the Sale of Substantially all Their Assets, (B) the Sale of Substantially all the Debtors Assets Free and Clear of Liens, Claims and Encumbrances (other than Assumed Liabilities) Pursuant to Section 363 of the* |

| | | *Bankruptcy Code and (C) the Assumption and Assignment of Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code, and (II) Granting Related Relief* (related document(s)77) filed by Stephan E. Hornung on behalf of Paramount Pictures Corporation, Viacom International Inc.. (Hornung, Stephan) (Entered: 07/31/2018) |
|---|---|---|
| 07/31/2018 | 434 (1 pg) | Certificate of Service *of Limited Objection and Reservation of Rights to the Debtors Motion for Entry of an Order (I) Authorizing and Approving (A) the Debtors Entry into the Asset Purchase Agreement for the Sale of Substantially all Their Assets, (B) the Sale of Substantially all the Debtors Assets Free and Clear of Liens, Claims and Encumbrances (other than Assumed Liabilities) Pursuant to Section 363 of the Bankruptcy Code and (C) the Assumption and Assignment of Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code, and (II) Granting Related Relief* (related document(s)433) filed by Stephan E. Hornung on behalf of Paramount Pictures Corporation, Viacom International Inc.. (Hornung, Stephan) (Entered: 07/31/2018) |
| 07/31/2018 | 435 (4 pgs) | Declaration *of Thomas G. Fitzgerald in Support of Debtors' Motion for Entry of an Order Authorizing the Debtors and Certain Non-Debtor Affiliates to Enter into Settlement Agreement with The Official Committee of Unsecured Creditors and UltraV Holdings LLC* (related document(s)348) filed by Scott F. Gautier on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS. (Gautier, Scott) (Entered: 07/31/2018) |
| 07/31/2018 | 436 (8 pgs) | Affidavit of Service *Of Nuno Cardoso regarding Relativity Media, LLC and RML Distribution Domestic, LLC's Pretrial Brief and Debtors Ex Parte Motion for Order, Authorizing the Debtors to File Partially Redacted Pretrial Brief* (related document(s)409, 408) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 07/31/2018) |
| 07/31/2018 | 437 (2 pgs) | Notice of Adjournment of Hearing *of Certain Matters Scheduled for Hearing on August 3, 2018 at 4:00 PM (ET) to August 8, 2018 at 2:00 PM (ET)* (related document(s)77, 348, 17) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 8/8/2018 at 02:00 PM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 07/31/2018) |
| 07/31/2018 | 471 | **Document Under Seal Per Court Order**. Declaration of Alexis Miron in support of the joinder of UltraV Holdings LLC to the Debtors' Motion approving assumption of executory contracts with Netflix, Inc. Filed by Adam Harris. (related document(s)428) (Lopez, Mary). (Entered: 08/10/2018) |
| 08/01/2018 | 438 (11 pgs) | Letter *Notice of Filing of First Amendment to Settlement Agreement Relating to Debtors Motion for Entry of an Order Authorizing the Debtors and Certain Non-Debtor Affiliates to Enter Into Settlement Agreement With the Official Committee of Unsecured Creditors and UltraV Holdings LLC* (related document(s)348) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 8/8/2018 at 02:00 PM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 08/01/2018) |
| 08/01/2018 | 475 | **Document Under Seal Per Court Order**. Netflix, Inc.'s Pre-Trial Brief |

| | | Filed by Robert J. Pfister. (related document(s)427) (Lopez, Mary). (Entered: 08/10/2018) |
|---|---|---|
| 08/01/2018 | 476 | **Document Under Seal Per Court Order**. Objection of Netflix, Inc. to Debtor's Sale Motion Filed by Robert J. Pfister. (related document(s)404) (Lopez, Mary). (Entered: 08/10/2018) |
| 08/02/2018 | 440<br>(3 pgs) | Notice of Appearance *Notice of Appearance and Request for Service of Papers* filed by Jeffrey Mispagel on behalf of RKA Film Financing, LLC. (Mispagel, Jeffrey) (Entered: 08/02/2018) |
| 08/02/2018 | 441<br>(9 pgs) | Affidavit of Service *Of Nuno Cardoso regarding Order Establishing Deadlines for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof. General Bar Date on September 12, 2018 at 5:00 p.m. (ET). Governmental Bar Date on October 30, 2018 at 5:00 p.m. (ET), Notice of No Auction and Designation of UltraV Holdings LLC as Successful Purchaser and Notice of Adjournment of Hearing of Matters Scheduled for Hearing on July 31, 2018 at 2:00 p.m. (ET) to August 3, 2018 at 4:00 p.m. (ET)* (related document(s)402, 422, 399) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 08/02/2018) |
| 08/03/2018 | 442<br>(21 pgs) | Notice of Proposed Order */ Notice of Filing of Proposed Fifth Interim Bridge Order: (I) Authorizing the Debtors to Obtain (A) Post-Petition Financing and (B) Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* (related document(s)17) filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 08/03/2018) |
| 08/03/2018 | 443<br>(12 pgs) | Notice of Proposed Order *Notice of Corrected Exhibit B to Notice of Filing of Proposed Fifth Interim Bridge Order: (I) Authorizing the Debtors to Obtain (A) Post-Petition Financing and (B) Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* (related document(s)442) filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 08/03/2018) |
| 08/03/2018 | 444<br>(9 pgs) | Fifth Interim Bridge Order signed on 8/3/2018 authorizing Debtors to obtain post-petition financing and use cash collateral; granting adequate protection modifying the automatic stay; scheduling a final hearing; and granting related relief (related document(s)287, 246, 217, 17, 56) (related document(s)360, 287, 246, 217, 17, 56). Final hearing to be held on 8/8/2018 at 02:00 PM at Courtroom 617 (MEW). (DePierola, Jacqueline) (Entered: 08/03/2018) |
| 08/03/2018 | 445<br>(8 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Notice of Adjournment of Hearing of Certain Matters Scheduled for Hearing on August 3, 2018 at 4:00 p.m. (ET) to August 8, 2018 at 2:00 p.m. (ET)* (related document(s)437) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 08/03/2018) |
| 08/03/2018 | 446<br>(255 pgs) | Affidavit of Service *of Rafael Stitt regarding Notice of No Auction and Designation of UltraV Holdings LLC as Successful Purchaser* (related document(s)402) filed by Prime Clerk, LLC.(Steele, Benjamin) (Entered: 08/03/2018) |

New York Southern Live Database

| | | |
|---|---|---|
| 08/03/2018 | 447<br>(27 pgs) | Affidavit of Service *Of Nuno Cardoso Regarding Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs, Amended Cure Notice and Amended Sale Motion Notice* (related document(s)319) filed by Prime Clerk, LLC.(Steele, Benjamin) (Entered: 08/03/2018) |
| 08/06/2018 | 448<br>(2 pgs) | Notice of Adjournment of Hearing *on Sale Motion from August 8, 2018 at 2:00 PM (ET) to August 9, 2018 at 2:00 PM (ET)* (related document(s)77) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 8/9/2018 at 02:00 PM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 08/06/2018) |
| 08/06/2018 | 449<br>(8 pgs) | Notice of Agenda *of Matters Scheduled for Hearing on August 8, 2018 at 2:00 PM (ET)* (related document(s)213, 348, 17) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 8/8/2018 at 02:00 PM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 08/06/2018) |
| 08/06/2018 | 450<br>(19 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs, Amended Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs, Amended Notice of Sale Motion and Opportunity to Submit a Competing Offer and Notice of No Auction and Designation of UltraV Holdings LLC as Successful Purchaser* (related document(s)402, 319) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 08/06/2018) |
| 08/06/2018 | 451<br>(8 pgs) | Declaration *of Colin M. Adams in Further Support of (A) Global Settlement Motion, (B) DIP Motion, and (C) Sale Motion* (related document(s)77, 348, 17) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 8/8/2018 at 02:00 PM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 08/06/2018) |
| 08/06/2018 | 452<br>(12 pgs) | Declaration *Of David Robbins In Support Of The Debtors (I) Motion To Obtain Post-Petition Financing And Related Relief And (II) Sale Motion* (related document(s)77, 17) filed by Adam Craig Harris on behalf of UltraV Holdings LLC. (Harris, Adam) (Entered: 08/06/2018) |
| 08/06/2018 | 453<br>(20 pgs) | Monthly Fee Statement */ Notice of Filing of Combined Monthly Staffing Report and Compensation Statement by M-III Partners for the Period of July 1, 2018 Through July 31, 2018* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 08/06/2018) |
| 08/07/2018 | 454<br>(2 pgs) | Notice of Adjournment of Hearing *on Certain Matters From August 8, 2018 at 2:00 PM (ET) to August 9, 2018 at 2:00 PM (ET)* (related document(s)348, 17) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 8/9/2018 at 02:00 PM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 08/07/2018) |
| 08/07/2018 | 455<br>(2 pgs) | Notice of Adjournment of Hearing *on the Sale Motion from August 9, 2018 to August 14, 2018 at 11:00 AM (ET)* (related document(s)77) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 8/14/2018 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 08/07/2018) |

| 08/07/2018 | [456](#)<br>(8 pgs) | Notice of Agenda of Matters Scheduled for Hearing on August 9, 2018 at 2:00 PM ET (related document(s)[348](#), [17](#)) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 8/9/2018 at 02:00 PM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 08/07/2018) |
|---|---|---|
| 08/07/2018 | [457](#)<br>(14 pgs) | Affidavit of Service (related document(s)[452](#)) filed by Adam Craig Harris on behalf of UltraV Holdings LLC. (Harris, Adam) (Entered: 08/07/2018) |
| 08/07/2018 | [458](#)<br>(9 pgs) | Affidavit of Service of Nuno Cardoso Regarding Notice of Adjournment of Hearing on Sale Motion from August 8, 2018 at 2:00 p.m. (ET) to August 9, 2018 at 2:00 p.m. (ET), Notice of Agenda of Matters Scheduled for Hearing on August 8, 2018 at 2:00 p.m. (ET), and Declaration of Colin M. Adams in Further Support of (A) Global Settlement Motion, (B) DIP Motion, and (C) Sale Motion (related document(s)[451](#), [449](#), [448](#)) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 08/07/2018) |
| 08/07/2018 | [459](#)<br>(2 pgs) | Notice of Adjournment of Hearing on Certain Matters From August 8, 2018 at 2:00 PM (ET) to August 9, 2018 at 2:00 PM (ET) and Cancellation of August 8, 2018 Hearing (related document(s)[213](#)) filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 08/07/2018) |
| 08/08/2018 | [460](#)<br>(66 pgs; 3 docs) | Notice of Proposed Order / Notice of Filing of Proposed Final Order: (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing and (B) Used Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief (related document(s)[17](#)) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 8/9/2018 at 02:00 PM at Courtroom 617 (MEW) (Attachments: # [1](#) Exhibit A # [2](#) Exhibit B) (Hardman, Carrie) (Entered: 08/08/2018) |
| 08/08/2018 | [461](#)<br>(10 pgs) | Affidavit of Service of Nuno Cardoso Regarding Notice of Adjournment of Hearing on Certain Matters from August 8, 2018 at 2:00 p.m. (ET) to August 9, 2018 at 2:00 p.m. (ET), Notice of Adjournment of Hearing on the Sale Motion from August 9, 2018 to August 14, 2018 at 11:00 a.m. (ET), Notice of Agenda of Matters Scheduled for Hearing on August 9, 2018 at 2:00 p.m. (ET), and Notice of Adjournment of Hearing on Certain Matters from August 8, 2018 at 2:00 p.m. (ET) to August 9, 2018 at 2:00 p.m. (ET) and Cancellation of August 8, 2018 Hearing (related document(s)[456](#), [455](#), [459](#), [454](#)) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 08/08/2018) |
| 08/08/2018 | [462](#)<br>(23 pgs) | Affidavit of Service (Supplemental) Of Asir U. Ashraf regarding Amended Notice of Sale Motion and Opportunity to Submit a Competing Offer, Notice of No Auction and Designation of Ultrav Holdings LLC as Successful Purchaser, Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs, and Amended Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs (related document(s)[402](#), [319](#)) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 08/08/2018) |
| 08/08/2018 | [463](#)<br>(14 pgs) | Affidavit of Service of Nuno Cardoso Regarding Notice of Filing of Proposed Fifth Interim Bridge Order: (I) Authorizing the Debtors to (A) |

| | | |
|---|---|---|
| | | *Obtain Post-Petition Financing and (B) Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief, Notice of Corrected Exhibit B to Notice of Filing of Proposed Fifth Interim Bridge Order: (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing and (B) Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief, and Fifth Interim Bridge Order: (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing and (B) Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* (related document(s)444, 442, 443) filed by Prime Clerk, LLC.(Steele, Benjamin) (Entered: 08/08/2018) |
| 08/08/2018 | 464 (3 pgs) | Declaration - *Supplemental Declaration of David Robbins in Support of The Debtors' (I) Motion to Obtain Post-Petition Financing and Related Relief and (II) Sale Motion* (related document(s)77, 452, 17) filed by Adam Craig Harris on behalf of UltraV Holdings LLC. (Harris, Adam) (Entered: 08/08/2018) |
| 08/08/2018 | 465 (9 pgs) | Notice of Agenda / *Notice of Amended Agenda of Matters Scheduled for Hearing on August 9, 2018 at 2:00 PM (ET)* (related document(s)213, 348, 17) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 8/9/2018 at 02:00 PM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 08/08/2018) |
| 08/08/2018 | 466 (276 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Bar Date Notice and Proof of Claim Form* filed by Prime Clerk, LLC.(Steele, Benjamin) (Entered: 08/08/2018) |
| 08/09/2018 | 467 (7 pgs) | Notice of Certification of Publication *of Kadeem Champagnie Regarding Notice of Deadlines for the Filing of Proofs of Claim and Rejection Damages Claims* (related document(s)399) filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 08/09/2018) |
| 08/09/2018 | 468 (14 pgs) | Affidavit of Service (related document(s)464) Filed by Adam Craig Harris on behalf of UltraV Holdings LLC. (Harris, Adam) (Entered: 08/09/2018) |
| 08/10/2018 | 469 (15 pgs) | Reply to Motion /*Debtors' Omnibus Reply in Support of Debtors' Sale Motion* (related document(s)77) filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 08/10/2018) |
| 08/10/2018 | 470 (6 pgs) | Notice of Agenda (related document(s)77) filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 08/10/2018) |
| 08/10/2018 | 472 (17 pgs; 2 docs) | Notice of Proposed Order / *Notice of Proposed Stipulation and Order Among Debtors, UltraV Holdings LLC and Netflix, Inc.* filed by John Longmire on behalf of Relativity Media, LLC. with hearing to be held on 8/14/2018 at 11:00 AM at Courtroom 617 (MEW) Objections due by 8/14/2018, (Attachments: # 1 Stipulation)(Longmire, John) (Entered: 08/10/2018) |
| 08/10/2018 | 473 (9 pgs) | Motion to Shorten Time *With Respect to Approval of Stipulation and Order Among Debtors, UltraV Holdings LLC and Netflix, Inc.* (related |

| | | |
|---|---|---|
| | | document(s)472) filed by John Longmire on behalf of Relativity Media, LLC. (Longmire, John) (Entered: 08/10/2018) |
| 08/10/2018 | 474<br>(2 pgs) | Order signed on 8/10/2018 Shortening Time with Respect to Approval of Stipulation and Order Among Debtors, UltraV Holdings LLC and Netflix, Inc. (Related Doc # 473) with hearing to be held on 8/14/2018 at 11:00 AM at Courtroom 617 (MEW) (Lopez, Mary) (Entered: 08/10/2018) |
| 08/10/2018 | 477 | **(The Wrong PDF File Was Entered, See Document No. 478)** Order signed on 8/10/2018 Authorizing Settlement Agreement With Debtors and Certain Non-Debtor Affiliates, The Official Committee of Unsecured Creditors and UltraV Holding, LLC. (Related Doc 348). (Lopez, Mary) **Modified on 8/10/2018 (Bush, Brent)** (Entered: 08/10/2018) |
| 08/10/2018 | 478<br>(81 pgs; 3 docs) | Order signed on 8/10/2018 Authorizing Settlement Agreement With Debtors and Certain Non-Debtor Affiliates, The Official Committee of Unsecured Creditors and UltraV Holding, LLC. (Related Doc # 348) (Lopez, Mary) (Entered: 08/10/2018) |
| 08/10/2018 | 479<br>(52 pgs; 2 docs) | Final Order signed on 8/10/2018 (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing and (B) Use Case Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief (Related Doc # 17) . (Rouzeau, Anatin) (Entered: 08/10/2018) |
| 08/13/2018 | 480<br>(13 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Notice of Filing of Proposed Final Order and Notice of Amended Agenda of Matters Scheduled for Hearing on August 9, 2018 at 2:00 p.m. (ET)* (related document(s)460, 465) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 08/13/2018) |
| 08/13/2018 | 481<br>(2 pgs) | Notice of Adjournment of Hearing *on the Sale Motion from August 14, 2018 to August 16, 2018 at 11:00 AM (ET)* (related document(s)77) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 8/16/2018 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 08/13/2018) |
| 08/13/2018 | 482<br>(7 pgs) | Notice of Agenda / *Notice of Amended Agenda of Matters Scheduled for Hearing on August 14, 2018 at 11:00 AM (ET)* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 8/14/2018 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 08/13/2018) |
| 08/13/2018 | 483<br>(14 pgs) | Affidavit of Service *of Kadeem Champagnie Regarding Debtors' Omnibus Reply in Support of Debtors' Sale Motion, Notice of Agenda of Matters Scheduled for Hearing on August 14, 2018 at 11:00 a.m., Notice of Proposed, Stipulation and Order Among Debtors, UltraV Holdings LLC and Netflix, Inc., Order Shortening Time with Respect to Approval of Stipulation and Order Among Debtors, UltraV Holdings LLC and Netflix, Inc.* (related document(s)469, 470, 474, 472) filed by Prime Clerk, LLC.(Malo, David) (Entered: 08/13/2018) |
| 08/13/2018 | 484<br>(37 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Amended and Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs, Amended Notice of Sale Motion and Opportunity to Submit a* |

| | | |
|---|---|---|
| | | *Competing Offer, No Auction and Designation of UltraV Holdings LLC as Successful Purchaser Notice, Bar Date Notice, and Proof of Claim Form* (related document(s)402, 319) filed by Prime Clerk LLC Claims Agent.(Steele, Benjamin) (Entered: 08/13/2018) |
| 08/13/2018 | 485 (133 pgs; 3 docs) | Letter / *Notice of Filing of Revised Asset Purchase Agreement* (related document(s)77) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 8/16/2018 at 11:00 AM at Courtroom 617 (MEW) (Attachments: # 1 Exhibit A # 2 Exhibit B) (Hardman, Carrie) (Entered: 08/13/2018) |
| 08/13/2018 | 489 (132 pgs) | Transcript regarding Hearing Held on 08/09/2018 at 2:13 pm RE: Final hearing re: DIP; Hearing re: motion authorizing the debtors and certain nondebtor affiliates to enter into settlement agreement with the Official Committee of Unsecured Creditors and Ultra V Holdings LLC Sale Hearing. Remote electronic access to the transcript is restricted until 11/13/2018. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/20/2018. Statement of Redaction Request Due By 9/4/2018. Redacted Transcript Submission Due By 9/13/2018. Transcript access will be restricted through 11/13/2018. (Lewis, Tenille) (Entered: 08/14/2018) |
| 08/14/2018 | 486 (3 pgs) | Letter / *Notice of Continued Hearing on Certain Cure and Assumption and Assignment Objections* (related document(s)77) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 8/29/2018 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 08/14/2018) |
| 08/14/2018 | 487 (6 pgs) | Notice of Agenda *of Matters Scheduled for Hearing on August 16, 2018 at 11:00 AM (ET)* (related document(s)77) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 8/16/2018 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 08/14/2018) |
| 08/14/2018 | 488 (15 pgs; 2 docs) | So Ordered Stipulation signed on 8/14/2018 Among Debtors, Ultrav Holdings LLC and Netflix, Inc. (related document(s)472). (Gomez, Jessica) (Entered: 08/14/2018) |
| 08/14/2018 | 490 (9 pgs; 2 docs) | Objection to Motion *Objection and Reservation of Rights of Pioneer Pictures, LLC, Robert Kravis, and Karl Herrmann in Connection with Assumption of Executory Contracts* (related document(s)77) filed by Roye Zur on behalf of Pioneer Pictures, LLC. (Attachments: # 1 Certificate of Service) (Zur, Roye) (Entered: 08/14/2018) |
| 08/15/2018 | 491 (41 pgs; 2 docs) | Letter / *Notice of Filing of Schedules to Asset Purchase Agreement* (related document(s)485, 77) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 8/16/2018 at 11:00 AM at Courtroom 617 (MEW) (Attachments: # 1 Exhibit A - Schedules) (Hardman, Carrie) (Entered: 08/15/2018) |
| 08/15/2018 | 492 (26 pgs) | Operating Report *for the Period July 1-31, 2018* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 08/15/2018) |
| 08/15/2018 | 493 | Notice of Proposed Order / *Notice of Filing of Revised Proposed Sale* |

| | | |
|---|---|---|
| | (108 pgs; 3 docs) | *Order* (related document(s)77) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 8/16/2018 at 11:00 AM at Courtroom 617 (MEW) (Attachments: # 1 Exhibit A - Revised Proposed Sale Order # 2 Exhibit B - Blackline to Original Proposed Sale Order)(Hardman, Carrie) (Entered: 08/15/2018) |
| 08/15/2018 | 494 (13 pgs) | Affidavit of Service *of Paul Pullo Regarding Notice of Continued Hearing on Certain Cure and Assumption and Assignment Objections and Notice of Agenda of Matters Scheduled for Hearing on August 16, 2018 at 11:00 a.m.(ET)* (related document(s)486, 487) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 08/15/2018) |
| 08/16/2018 | 495 (92 pgs) | Letter / *Notice of Filing of Additional Schedules to Asset Purchase Agreement* (related document(s)491, 485, 77) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 8/16/2018 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 08/16/2018) |
| 08/16/2018 | 496 (7 pgs) | Notice of Agenda / *Notice of Amended Agenda of Matters Schedule for Hearing on August 16, 2018 at 11:00 AM (ET)* (related document(s)77) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 8/16/2018 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 08/16/2018) |
| 08/16/2018 | 497 (3 pgs) | Letter / *Amended Notice of Continued Hearing on Certain Cure and Assumption and Assignment Objections* (related document(s)486, 77) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 8/29/2018 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 08/16/2018) |
| 08/16/2018 | 498 (11 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Notice of Adjournment of Hearing on the Sale Motion from August 14, 2018 to August 16, 2018 at 11:00 a.m. (ET), Notice of Amended Agenda of Matters Scheduled for Hearing on August 14, 2018 at 11:00 a.m. (ET), and Notice of Filing of Revised Asset Purchase Agreement* (related document(s)485, 481, 482) filed by Prime Clerk LLC Claims Agent.(Malo, David) (Entered: 08/16/2018) |
| 08/17/2018 | | Adversary Case 1:18-ap-1552 Closed. This Adversary Proceeding is Closed Subject to the Filing of a Notice of Appeal Within Fourteen (14) Days of the Entry of the Order Terminating this Adversary Proceeding. (DePierola, Jacqueline) (Entered: 08/17/2018) |
| 08/17/2018 | 499 (40 pgs) | Affidavit of Service *(Supplemental) Of Nuno Cardoso regarding Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs, Amended Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs, Amended Notice of Sale Motion and Opportunity to Submit a Competing Offer, Notice of Adjournment of Hearing on the Sale Motion from August 14, 2018 to August 16, 2018 at 11:00 a.m. (ET), Notice of Deadlines for the Filing of Proofs of Claim and Rejection Damages Claims, and proof of claim form* (related document(s)319, 481) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 08/17/2018) |
| 08/20/2018 | 500 | Affidavit of Service *of Joudeleen C. Frans Regarding Notice of Filing of* |

| | | |
|---|---|---|
| | (3 pgs) | *Schedules to Asset Purchase Agreement, Corporate Monthly Operating Report for the Period July 1-31, 2018 and Notice of Filing of Revised Proposed Sale Order* (related document(s)492, 493, 491) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 08/20/2018) |
| 08/21/2018 | 501 (13 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Notice of Filing of Additional Schedules to Asset Purchase Agreement and Amended Notice of Continued Hearing on Certain Cure and Assumption and Assignment Objections* (related document(s)495, 497) filed by Prime Clerk LLC Claims Agent.(Steele, Benjamin) (Entered: 08/21/2018) |
| 08/21/2018 | 502 (109 pgs; 2 docs) | Order signed on 8/21/2018 approving asset purchase agreement; approving sale of certain assets free and clear of all liens, claims, interests, and encumbrances (other than as set forth in the asset purchase agreement and herein) to the extent permitted; approving the assumption and assignment of certain executor contracts and unexpired leases; authorizing the Debtors to consummate transactions related to the above; and granting other relief (Related Doc # 77). (DePierola, Jacqueline) (Entered: 08/21/2018) |
| 08/21/2018 | 503 (8 pgs) | Affidavit of Service *(Amended) of Joudeleen C. Frans Regarding Notice of Filing of Schedules to Asset Purchase Agreement, Corporate Monthly Operating Report for the Period July 1-31, 2018, and Notice of Filing of Revised Proposed Sale Order* (related document(s)492, 493, 491, 500) filed by Prime Clerk LLC Claims Agent.(Steele, Benjamin) (Entered: 08/21/2018) |
| 08/22/2018 | 504 (33 pgs) | Affidavit of Service *(Supplemental) of Asir U. Ashraf Regarding Amended Notice of Sale Motion and Opportunity to Submit a Competing Offer, Notice of Sale, Notice of Deadline Requiring Submission of Proofs of Claim on or Before September 12, 2018, and Related Procedures for Submitting Proofs of Claim in the Above-Captioned Chapter 11 Cases and A proof of claim form* (related document(s)402) filed by Prime Clerk LLC Claims Agent.(Steele, Benjamin) (Entered: 08/22/2018) |
| 08/23/2018 | 505 (22 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs, Amended Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs and Schedule G* (related document(s)319) filed by Prime Clerk, LLC.(Steele, Benjamin) (Entered: 08/23/2018) |
| 08/23/2018 | 506 (2 pgs) | Notice of Adjournment of Hearing */ Notice of Adjournment of Hearing of Continued Hearing on Certain Cure and Assumption and Assignment Objections* (related document(s)77) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 9/20/2018 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 08/23/2018) |
| 08/24/2018 | 507 (1 pg) | Letter */Notice of Cancellation of Hearing on August 29, 2018 at 11:00 a.m.* (related document(s)506) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 08/24/2018) |
| 08/24/2018 | 508 (10 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Order (I) Approving Asset Purchase Agreement; (II) Approving Sale of Certain Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances (Other Than as Set Forth in the Asset Purchase Agreement and herein) to the* |

| | | |
|---|---|---|
| | | *Extent Permitted; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (IV) Authorizing the Debtors to Consummate Transactions Related to the Above; and (V) Granting Other Relief* (related document(s)502) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 08/24/2018) |
| 08/28/2018 | 509 (10 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Notice of Adjournment of Continued Hearing on Certain Cure and Assumption and Assignment Objections* (related document(s)506) filed by Prime Clerk LLC Claims Agent.(Malo, David) (Entered: 08/28/2018) |
| 08/28/2018 | 510 (11 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs and Amended Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs* (related document(s)319) filed by Prime Clerk LLC Claims Agent.(Steele, Benjamin) (Entered: 08/28/2018) |
| 08/31/2018 | 511 (5 pgs; 2 docs) | Notice of Appearance *and Demand for Service of Papers Pursuant to Bankruptcy Rule 2002* filed by Ronald M. Terenzi on behalf of Canal Productions, Inc.. (Attachments: # 1 Affidavit of Service)(Terenzi, Ronald) (Entered: 08/31/2018) |
| 08/31/2018 | 512 (2 pgs) | Letter *Notice of Extension of Stated Maturity Date Pursuant to Final Order: (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief* (related document(s)479, 17) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 08/31/2018) |
| 08/31/2018 | 513 (42 pgs) | Application to Employ Prime Clerk as Administrative Advisor */Notice of Presentment of Debtor's Application for an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date* filed by Carrie V Hardman on behalf of Relativity Media, LLC Responses due by 9/17/2018, with presentment to be held on 9/18/2018 at 12:00 PM at Courtroom 617 (MEW). (Hardman, Carrie) (Entered: 08/31/2018) |
| 09/04/2018 | 514 (19 pgs) | Affidavit of Service *(Supplemental) of Karon Thompson Regarding Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs, Amended Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs, and Amended Notice of Sale Motion and Opportunity to Submit a Competing Offer* (related document(s)319) filed by Prime Clerk LLC Claims Agent.(Malo, David) (Entered: 09/04/2018) |
| 09/05/2018 | 515 (9 pgs; 2 docs) | Notice of Presentment *of Stipulation and Agreed Order* filed by Melissa S. Woods on behalf of Directors Guild of America, Inc., Directors Guild of America, Inc.-Producer Pension and Health Plans, Motion Picture Industry Pension and Health Plans, Screen Actors Guild - American Federation of Television and Radio Artists, Screen Actors Guild-Producers Pension & Health Plans, Writers Guild Pension Plan and Industry Health Fund, Writers Guild of America, West, Inc.. with presentment to be held on 9/12/2018 at 12:00 PM at Courtroom 617 |

| | | (MEW) Objections due by 9/9/2018, (Attachments: # 1 Stipulation and Agreed Order)(Woods, Melissa) (Entered: 09/05/2018) |
|---|---|---|
| 09/06/2018 | 516 (9 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Debtors' Application for an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor nunc pro tunc to the Petition Date* (related document(s)513) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 09/06/2018) |
| 09/06/2018 | 517 (18 pgs) | Monthly Fee Statement / *Notice of Filing of Combined Monthly Staffing Report and Compensation Statement by M-III Partners for the Period of August 1, 2018 Through August 31, 2018* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 09/06/2018) |
| 09/06/2018 | 518 (9 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Notice of Extension of Stated Maturity Date Pursuant to Final Order: (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief* (related document(s)512) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 09/06/2018) |
| 09/10/2018 | 519 (6 pgs) | So Ordered Stipulation and Agreed Order signed on 9/10/2018 by and among the Creditors Committee, the Debtors and the Union Entities to implement certain agreements negotiated among the parties (related document(s)515). (DePierola, Jacqueline) (Entered: 09/10/2018) |
| 09/10/2018 | 520 (11 pgs) | Affidavit of Service *(Supplemental) of Nuno Cardoso Regarding Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs and Amended Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs* (related document(s)319) filed by Prime Clerk LLC Claims Agent.(Steele, Benjamin) (Entered: 09/10/2018) |
| 09/13/2018 | 521 (2 pgs) | Letter *Notice of Further Extension of Stated Maturity Date Pursuant to Final Order: (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief* (related document(s)479, 512) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 09/13/2018) |
| 09/13/2018 | 522 (70 pgs; 6 docs) | First Application for Interim Professional Compensation / *First Interim Fee Application of M-III Partners as Provider of Interim Management Services for the Debtors and Debtors in Possession for the Period from May 3, 2018 Through July 31, 2018* for M-III Partners, Other Professional, period: 5/3/2018 to 7/31/2018, fee:$771,130.00, expenses: $22,859.18. filed by M-III Partners with hearing to be held on 10/18/2018 at 11:00 AM at Courtroom 617 (MEW) Responses due by 10/11/2018,. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) (Hardman, Carrie) (Entered: 09/13/2018) |
| 09/14/2018 | 523 (32 pgs) | Affidavit of Service *of Asir U. Ashraf Regarding Amended Notice of Sale Motion and Opportunity to Submit a Competing Offer, Notice of Sale, Notice of Deadline Requiring Submission of Proofs of Claim on or Before September 12, 2018, and Related Procedures for Submitting* |

| | | |
|---|---|---|
| | | *Proofs of Claim in the Above-Captioned Chapter 11 Cases, and Proof of Claim Form* (related document(s)402) filed by Prime Clerk, LLC.(Steele, Benjamin) (Entered: 09/14/2018) |
| 09/17/2018 | 524 (26 pgs) | Operating Report *for the Month of August 1-31, 2018* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 09/17/2018) |
| 09/17/2018 | 525 (2 pgs) | Notice of Adjournment of Hearing */Notice of Adjournment of Continued Hearing on Certain Cure and Assumption and Assignment Objections [related to Doc. 506]* filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 10/18/2018 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 09/17/2018) |
| 09/17/2018 | 526 (2 pgs) | Letter */Notice of Cancellation of September 20, 2018 Hearing* (related document(s)525) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 9/20/2018 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 09/17/2018) |
| 09/18/2018 | 527 (13 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Notice of Further Extension of Stated Maturity Date Pursuant to Final Order: (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief* (related document(s)521) filed by Prime Clerk LLC Claims Agent.(Steele, Benjamin) (Entered: 09/18/2018) |
| 09/18/2018 | 528 (3 pgs) | Affidavit of Service *of Nuno Cardoso Regarding First Interim Fee Application of M-III Partners as Provider of Interim Management Services for the Debtors and Debtors in Possession for the Period from May 3, 2018 through July 31, 2018* (related document(s)522) filed by Prime Clerk, LLC.(Malo, David) (Entered: 09/18/2018) |
| 09/20/2018 | 529 (17 pgs) | Affidavit of Service *(Suppl) of Karon Thompson Regarding Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs, Amended Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs, and Amended Notice of Sale Motion and Opportunity to Submit a Competing Offer* (related document(s)319) filed by Prime Clerk, LLC.(Malo, David) (Entered: 09/20/2018) |
| 09/20/2018 | 530 (11 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Notice of Adjournment of Continued Hearing on Certain Cure and Assumption and Assignment Objections and Notice of Cancellation of September 20, 2018 Hearing* (related document(s)525, 526) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 09/20/2018) |
| 09/21/2018 | 531 (282 pgs) | First Application for Interim Professional Compensation for Winston & Strawn LLP, Debtor's Attorney, period: 5/3/2018 to 7/31/2018, fee:$1103535.90, expenses: $31329.97. filed by Carrie V Hardman with hearing to be held on 10/18/2018 at 11:00 AM at Courtroom 617 (MEW) Responses due by 10/11/2018,. (Hardman, Carrie) (Entered: 09/21/2018) |
| 09/21/2018 | 532 (2 pgs) | Letter */NOTICE OF FURTHER EXTENSION OF STATED MATURITY DATE PURSUANT TO FINAL ORDER: (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POSTPETITION FINANCING AND (B) USE* |

| | | |
|---|---|---|
| | | *CASH COLLATERAL; (II) GRANTING ADEQUATE PROTECTION; (III) MODIFYING THE AUTOMATIC STAY; AND (IV) GRANTING RELATED RELIEF* (related document(s)502, 479, 521, 512) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 09/21/2018) |
| 09/21/2018 | 533 (77 pgs) | Monthly Fee Statement - *Consolidated Monthly Fee Statement of Robins Kaplan LLP for the Period of May 18, 2018 through July 31, 2018* Filed by Scott F. Gautier on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS. (Gautier, Scott) (Entered: 09/21/2018) |
| 09/24/2018 | 534 (11 pgs) | Motion to Authorize */Motion for Approval and Entry of an Order Clarifying the Sale Order* (related document(s)502) filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 09/24/2018) |
| 09/24/2018 | 535 (8 pgs) | Motion to Shorten Time (related document(s)534) filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 09/24/2018) |
| 09/25/2018 | 536 (129 pgs) | Application for Final Professional Compensation for Willkie Farr & Gallagher LLP, Debtor's Attorney, period: 7/6/2018 to 9/21/2018, fee:$1,895,826.90, expenses: $154,173.10. filed by Willkie Farr & Gallagher LLP with hearing to be held on 10/18/2018 at 10:00 AM at Courtroom 617 (MEW) Responses due by 10/11/2018,. (Longmire, John) (Entered: 09/25/2018) |
| 09/25/2018 | 537 (2 pgs) | Order signed on 9/25/2018 shortening time with respect to the Debtors' motion for entry of an order clarifying the sale order (related document(s)534, 535). With hearing to be held on 10/1/2018 at 11:00 AM at Courtroom 617 (MEW). (DePierola, Jacqueline) (Entered: 09/25/2018) |
| 09/26/2018 | 538 (16 pgs) | Affidavit of Service *of Paul Pullo regarding First Application of Winston Strawn LLP, as Counsel to the Debtors, for Interim Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses for the Period May 3, 2018 through and Including July 31, 2018 and Notice of Further Extension of Stated Maturity Date Pursuant to Final Order: (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief* (related document(s)531, 532) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 09/26/2018) |
| 09/26/2018 | 539 (3 pgs) | Letter */ Notice of Hearing on First Interim and Certain Final Applications for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* (related document(s)522, 531, 536) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 10/18/2018 at 11:00 AM at Courtroom 617 (MEW) Objections due by 10/11/2018, (Hardman, Carrie) (Entered: 09/26/2018) |
| 09/27/2018 | 540 (11 pgs) | Affidavit of Service *of Paul Pullo Regarding Debtors' Motion Entry of an Order Clarifying the Sale Order and Debtors' Motion for Entry of an Order Shortening Time Regarding Debtors' Motion for Entry of an Order Clarifying the Sale Order* (related document(s)534, 535) filed by Prime Clerk LLC Claims Agent.(Malo, David) (Entered: 09/27/2018) |

| | | |
|---|---|---|
| 09/27/2018 | [541](#) (146 pgs) | First Application for Interim Professional Compensation for Robins Kaplan LLP, Creditor Comm. Aty, period: 5/18/2018 to 7/31/2018, fee:$487765, expenses: $13938.82.(related document(s)539) filed by Scott F. Gautier with hearing to be held on 10/18/2018 at 10:00 AM at Courtroom 617 (MEW) Responses due by 10/11/2018,. (Gautier, Scott) (Entered: 09/27/2018) |
| 09/28/2018 | [542](#) (12 pgs) | Affidavit of Service *of Paul Pullo Regarding Final Application of Willkie Farr & Gallagher LLP, Special Litigation Counsel for Debtors and Debtors in Possession, for Final Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from July 6, 2018 through September 21, 2018 and Order Shortening Time with Respect to the Debtors' Motion for Entry of an Order Clarifying the Sale Order* (related document(s)537, 536) filed by Prime Clerk, LLC.(Malo, David) (Entered: 09/28/2018) |
| 10/01/2018 | [543](#) (3 pgs) | Order signed on 10/1/2018 clarifying the sale order (Related Doc # 534). (DePierola, Jacqueline) (Entered: 10/01/2018) |
| 10/01/2018 | [544](#) (3 pgs) | Affidavit of Service *of Paul Pullo Regarding Notice of Hearing on First Interim and Certain Final Applications for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* (related document(s)539) filed by Prime Clerk LLC Claims Agent.(Malo, David) (Entered: 10/01/2018) |
| 10/02/2018 | [545](#) (19 pgs) | Affidavit of Service *(Supplemental) of Nabeela Ahmad Regarding Notice of Deadlines for the filing of Proofs of Claim and Rejection Damages Claims and a proof of claim form* (related document(s)399) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 10/02/2018) |
| 10/04/2018 | [546](#) (23 pgs) | Monthly Fee Statement */Notice of Filing of Combined Monthly Staffing Report and Compensation Statement by M-III Partners for the Period September 1, 2018 Through September 30, 2018* Filed by Carrie V Hardman on behalf of M-III Partners. (Hardman, Carrie) (Entered: 10/04/2018) |
| 10/04/2018 | [547](#) (19 pgs) | Affidavit of Service *of Charles J. McCracken Regarding Notice Of (I) Proposed Assumption And Assignment Of Executory Contracts And Unexpired Leases In Connection With Sale And (II) Associated Cure Costs, Amended Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs, and Amended Notice of Sale Motion and Opportunity to Submit a Competing Offer* (related document(s)319) filed by Prime Clerk LLC Claims Agent.(Malo, David) (Entered: 10/04/2018) |
| 10/09/2018 | [548](#) (12 pgs) | Notice of Presentment *of Proposed Stipulation and Order Among Debtors, UltraV Holdings LLC, DGA, SAG-AFTRA, WGA and MPIPHP* filed by Carrie V Hardman on behalf of Relativity Media, LLC. with presentment to be held on 10/19/2018 at 12:00 PM at Courtroom 617 (MEW) Objections due by 10/16/2018, (Hardman, Carrie) (Entered: 10/09/2018) |
| 10/11/2018 | [549](#) (3 pgs) | Letter */Notice of Status and/or Adjournment of Continued Hearing on Certain Cure and Assumption and Assignment Objections* (related document(s)525) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 10/11/2018) |

| | | |
|---|---|---|
| 10/12/2018 | 550<br>(11 pgs) | Affidavit of Service *of Kadeem Champagnie Regarding Notice of Presentment of Proposed Stipulation and Order Among Debtors, UltraV Holdings LLC, DGA, SAG-AFTRA, WGA and MPIPHP* (related document(s)548) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 10/12/2018) |
| 10/12/2018 | 551<br>(17 pgs) | Affidavit of Service *(Supplemental) of Nuno Cardoso Regarding Notice of Proposed Contracts and Leases, Amended Sale Notice and Amended Cure Notice* (related document(s)319) filed by Prime Clerk LLC Claims Agent.(Malo, David) (Entered: 10/12/2018) |
| 10/12/2018 | 552<br>(11 pgs) | Affidavit of Service *Re: First Application Of Robins Kaplan LLP, As Counsel To The Official Committee Of Unsecured Creditors, For Interim Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses For The Period Of May 18, 2018 Through And Including July 31, 2018* (related document(s)541) filed by Scott F. Gautier on behalf of Robins Kaplan LLP. (Gautier, Scott) (Entered: 10/12/2018) |
| 10/15/2018 | 553<br>(202 pgs) | Letter / *Notice of Closing of Sale of Certain Assets Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances to the Extent Permitted by Section 363(f) of the Bankruptcy Code* (related document(s)502) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 10/15/2018) |
| 10/15/2018 | 554<br>(26 pgs) | Operating Report *for the Period September 1-30, 2018* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 10/15/2018) |
| 10/16/2018 | 555<br>(5 pgs) | Notice of Agenda filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 10/18/2018 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 10/16/2018) |
| 10/16/2018 | 556<br>(11 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Notice of Status and/or Adjournment of Continued Hearing on Certain Cure and Assumption and Assignment Objections* (related document(s)549) filed by Prime Clerk LLC Claims Agent.(Malo, David) (Entered: 10/16/2018) |
| 10/16/2018 | 557<br>(6 pgs) | Supplemental Declaration /*SUPPLEMENTAL DECLARATION OF BENJAMIN J. STEELE IN SUPPORT OF (A) DEBTORS APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF PRIME CLERK LLC AS ADMINISTRATIVE ADVISOR NUNC PRO TUNC TO THE PETITION DATE AND (B) DEBTORS APPLICATION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN PRIME CLERK LLC AS CLAIMS AND NOTICING AGENT, EFFECTIVE NUNC PRO TUNC TO THE PETITION DATE AND (II) GRANTING RELATED RELIEF* (related document(s)513, 11) filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 10/16/2018) |
| 10/16/2018 | 558<br>(2 pgs) | Affidavit *of Thomas G. Fitzgerald In Support of First Application of Robins Kaplan LLP, as Counsel to the Official Committee of Unsecured Creditors, for Interim Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses for the Period of May 18, 2018 Through and Including July 31, 2018* (related |

| | | documents(s)541) Filed by Scott F. Gautier on behalf of Robins Kaplan LLP. (Gautier, Scott) (Entered: 10/16/2018) |
|---|---|---|
| 10/17/2018 | 559 (6 pgs) | Notice of Proposed Order *Granting First Interim and Certain Final Applications for Allowance of Compensation for Professional Services and Reimbursement of Expenses* filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 10/18/2018 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 10/17/2018) |
| 10/17/2018 | 560 (12 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Notice of Agenda, Notice of Closing of Sale and Supplemental Declaration of Benjamin J. Steele in Support of (A) Debtors' Application for an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor nunc pro tunc to the Petition Date and (B) Debtors' Application for Entry of An Order (I) Authorizing the Debtors to Employ and Retain Prime Clerk LLC as Claims and Noticing Agent, Effective nunc pro tunc to the Petition Date and (II) Granting Related Relief* (related document(s)553, 555, 557) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 10/17/2018) |
| 10/17/2018 | 561 (2 pgs) | Notice of Withdrawal *Withdrawal By Netflix, Inc. of Netflix Pleadings in Chapter 11 Cases and Adversary Proceeding* (related document(s)326, 317, 393, 405, 232, 407) filed by Robert J. Pfister on behalf of Netflix, Inc.. (Pfister, Robert) (Entered: 10/17/2018) |
| 10/18/2018 | 562 (4 pgs) | Order signed on 10/18/2018 Granting First Interim and Certain Final Applications For Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses. Related Doc # 522)For M-III Partners, fees awarded: $616,904.00, expense awarded: $22,859.18, Granting Application for Interim Professional Compensation (Related Doc # 531)For Winston & Strawn LLP, fees awarded: $882,828.72, expense awarded: $31,329.97, Granting Application for Final Professional Compensation (Related Doc # 536)For Willkie Farr & Gallagher LLP, fees awarded: $1,895,826.90, expense awarded: $154,173.10, Granting Application for Interim Professional Compensation (Related Doc # 541)For Robins Kaplan LLP, fees awarded: $390,212.00, expense awarded: $13,938.82. (McCaffrey, Dawn) (Entered: 10/18/2018) |
| 10/22/2018 | 563 (46 pgs) | Joint Chapter 11 Plan */Debtors' and Creditors' Committee's Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code* filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 10/22/2018) |
| 10/23/2018 | 564 (10 pgs) | So Ordered Stipulation signed on 10/23/2018 among Debtors, Ultrav Holdings LLC, DGA, SAG-AFTRA, WGA and MPIPHP (related document(s)548). (DePierola, Jacqueline) (Entered: 10/23/2018) |
| 10/25/2018 | 565 (17 pgs) | Affidavit of Service *(Supplemental) of Charles J. McCracken Regarding Notice of Proposed Contracts and Leases* (related document(s)319) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 10/25/2018) |
| 10/25/2018 | 566 (2 pgs) | Notice of Withdrawal *of Relativity Media, LLC and RML Distribution Domestic, LLC Pleadings in Adversary Proceeding* filed by John Longmire on behalf of Relativity Media, LLC. (Longmire, John) (Entered: 10/25/2018) |

| | | |
|---|---|---|
| 10/25/2018 | 567 (8 pgs) | Affidavit of Service *of Paul Pullo Regarding Debtors' and the Creditors' Committee's Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code* (related document(s)563) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 10/25/2018) |
| 10/26/2018 | 568 (2 pgs) | Notice of Appearance filed by Andrew John Finn on behalf of Steven Mnuchin. (Finn, Andrew) (Entered: 10/26/2018) |
| 10/26/2018 | 569 (2 pgs) | Notice of Hearing *on Motion to Modify Automatic Stay* filed by Andrew John Finn on behalf of Steven Mnuchin. with hearing to be held on 11/14/2018 at 11:00 AM at Courtroom 617 (MEW) Objections due by 11/7/2018, (Finn, Andrew) (Entered: 10/26/2018) |
| 10/26/2018 | 570 (613 pgs; 6 docs) | Motion for Relief from Stay (related document(s)569) filed by Andrew John Finn on behalf of Steven Mnuchin with hearing to be held on 11/14/2018 at 11:00 AM at Courtroom 617 (MEW) Responses due by 11/7/2018,. (Attachments: # 1 Exhibit Proposed Order # 2 Exhibit Bankruptcy Orders in 15-11989 # 3 Exhibit Insurance Policy # 4 Exhibit Trial Court Judgment # 5 Exhibit First Department Opinion) (Finn, Andrew) (Entered: 10/26/2018) |
| 10/26/2018 | | Receipt of Motion for Relief from Stay (fee)( 18-11358-mew) [motion,185] ( 181.00) Filing Fee. Receipt number A12841777. Fee amount 181.00. (Re: Doc # 570) (U.S. Treasury) (Entered: 10/26/2018) |
| 10/26/2018 | 571 (119 pgs; 2 docs) | Disclosure Statement */DISCLOSURE STATEMENT FOR DEBTORS' AND THE CREDITORS' COMMITTEE'S JOINT LIQUIDATING PLAN UNDER CHAPTER 11 OF THE BANKRUPTCY CODE* (related document(s)563) filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (Attachments: # 1 Exhibit A)(McGuire, Daniel) (Entered: 10/26/2018) |
| 10/26/2018 | 572 (83 pgs; 2 docs) | Motion to Approve */DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE ADEQUACY OF THE DISCLOSURE STATEMENT, (II) APPROVING THE SOLICITATION AND NOTICE PROCEDURES WITH RESPECT TO CONFIRMATION OF DEBTORS' AND THE CREDITORS' COMMITTEE'S JOINT PLAN OF LIQUIDATION, (III) APPROVING THE FORMS OF BALLOTS AND NOTICES IN CONNECTION THEREWITH, (IV) SCHEDULING CERTAIN DATES WITH RESPECT THERETO AND (V) GRANTING RELATED RELIEF* (related document(s)571) filed by Daniel J. McGuire on behalf of Relativity Media, LLC with hearing to be held on 11/29/2018 at 11:00 AM at Courtroom 617 (MEW) Responses due by 11/19/2018,. (Attachments: # 1 Exhibit A) (McGuire, Daniel) (Entered: 10/26/2018) |
| 10/30/2018 | 573 (9 pgs) | Affidavit of Service *of Paul Pullo Regarding Disclosure Statement for Debtors' and The Creditors' Committee's Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code and Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of Debtors' and the Creditors' Committee's Joint Plan of Liquidation, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto and (V) Granting Related Relief* (related document(s)572, 571) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 10/30/2018) |

| | | |
|---|---|---|
| 10/30/2018 | 574<br>(8 pgs) | Affidavit of Service *of Robert J. Rubel Regarding Notice of Withdrawal of Relativity Media, LLC and RML Distribution Domestic, LLC Pleadings in Adversary Proceeding* (related document(s)566) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 10/30/2018) |
| 10/31/2018 | 575<br>(4 pgs) | Order signed on 10/31/2018 authorizing employment and retention of Prime Clerk LLC as administrative advisor nunc pro tunc to the petition date (Related Doc # 513). (DePierola, Jacqueline) (Entered: 10/31/2018) |
| 10/31/2018 | 576<br>(2 pgs) | Certificate of Service *of Notice of Hearing on Motion and Motion to Modify Stay* (related document(s)570, 569) filed by Andrew John Finn on behalf of Steven Mnuchin. (Finn, Andrew) (Entered: 10/31/2018) |
| 10/31/2018 | 577<br>(33 pgs; 3 docs) | Motion for Relief from Stay filed by Hamid R. Rafatjoo on behalf of Carol Genis with hearing to be held on 11/14/2018 at 11:00 AM at Courtroom 617 Responses due by 11/7/2018,. (Attachments: # 1 Exhibit A - Proofs of Claim # 2 Exhibit B - Proposed Order) (Rafatjoo, Hamid) (Entered: 10/31/2018) |
| 10/31/2018 | | Receipt of Motion for Relief from Stay (fee)( 18-11358-mew) [motion,185] ( 181.00) Filing Fee. Receipt number A12851470. Fee amount 181.00. (Re: Doc # 577) (U.S. Treasury) (Entered: 10/31/2018) |
| 10/31/2018 | 578<br>(2 pgs) | Notice of Hearing *on Motion for Relief from Automatic Stay* filed by Hamid R. Rafatjoo on behalf of Carol Genis. with hearing to be held on 11/14/2018 at 11:00 AM at Courtroom 617 Objections due by 11/7/2018, (Rafatjoo, Hamid) (Entered: 10/31/2018) |
| 10/31/2018 | 579<br>(2 pgs) | Certificate of Service (related document(s)578, 577) filed by Hamid R. Rafatjoo on behalf of Carol Genis. with hearing to be held on 11/14/2018 at 11:00 AM at Courtroom 617 Objections due by 11/7/2018, (Rafatjoo, Hamid) (Entered: 10/31/2018) |
| 10/31/2018 | 580<br>(2 pgs) | Amended Certificate of Service (related document(s)578, 577) filed by Hamid R. Rafatjoo on behalf of Carol Genis. with hearing to be held on 11/14/2018 at 11:00 AM at Courtroom 617 Objections due by 11/7/2018, (Rafatjoo, Hamid) (Entered: 10/31/2018) |
| 11/01/2018 | 581<br>(313 pgs) | Affidavit of Service *of Kadeem Champagnie Regarding Notice of Debtors Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of Debtors and the Creditors Committees Joint Plan of Liquidation, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto and (V) Granting Related Relief* filed by Prime Clerk LLC Claims Agent.(Steele, Benjamin) (Entered: 11/01/2018) |
| 11/02/2018 | 582<br>(1 pg) | Affidavit of Service *(Supplemental) of Charles J. McCracken Regarding Notice of Closing of Sale of Certain Assets Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances to the Extent Permitted by Section 363(f) of the Bankruptcy Code* (related document(s)553) filed by Prime Clerk LLC Claims Agent.(Steele, Benjamin) (Entered: 11/02/2018) |

| | | |
|---|---|---|
| 11/05/2018 | [583](#)<br>(3 pgs) | Declaration *SUPPLEMENTAL DECLARATION OF DANIEL J. MCGUIRE REGARDING THE RETENTION AND EMPLOYMENT OF WINSTON & STRAWN LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION* (related document(s)[228](#)) filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 11/05/2018) |
| 11/06/2018 | [584](#)<br>(2 pgs) | Notice of Hearing *Notice of Rescheduling of Hearing* (related document(s)[367](#), [423](#), [410](#), [413](#), [363](#), [577](#), [570](#), [433](#)) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 11/16/2018 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 11/06/2018) |
| 11/08/2018 | [585](#)<br>(2 pgs) | Statement *Notice of Change of Address* filed by Victor A. Sahn on behalf of SulmeyerKupetz, APC. (Sahn, Victor) (Entered: 11/08/2018) |
| 11/08/2018 | [586](#)<br>(8 pgs) | Affidavit of Service *of Paul Pullo Regarding Supplemental Declaration of Daniel J. McGuire Regarding the Retention and Employment of Winston & Strawn LLP as Attorneys for the Debtors and Debtors In Possession* (related document(s)[583](#)) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 11/08/2018) |
| 11/09/2018 | [587](#)<br>(15 pgs) | Opposition *of Official Committee of Unsecured Creditors to Motion for Relief From Stay Filed by Carol Genis* (related document(s)[577](#)) filed by Scott F. Gautier on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS. (Gautier, Scott) (Entered: 11/09/2018) |
| 11/09/2018 | [588](#)<br>(7 pgs) | Opposition *of Official Committee of Unsecured Creditors to Motion for Entry of An Order Modifying the Automatic Stay, To Extent Applicable, To Permit Payment of Defense Costs Under the Directors and Officer Policy Filed By Steven Mnuchin* (related document(s)[570](#)) filed by Scott F. Gautier on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS. (Gautier, Scott) (Entered: 11/09/2018) |
| 11/09/2018 | [589](#)<br>(244 pgs; 4 docs) | Declaration *of Scott F. Gautier in Support of Opposition Of Official Committee For Unsecured Creditors To: (1) Motion For Relief From Stay Filed By Carol Genis; And (2) Motion For Entry Of An Order Modifying The Automatic Stay, To The Extent Applicable, To Permit Payment Of Defense Costs Under The Directors & Officer Policy Filed By Steven Mnuchin* filed by Scott F. Gautier on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS. (Attachments: # [1](#) Exhibit Ex. A - Great American Policy # [2](#) Exhibit Ex. B - XL Policy # [3](#) Exhibit Ex. C - National Union Policy) (Gautier, Scott) (Entered: 11/09/2018) |
| 11/09/2018 | [590](#)<br>(2 pgs) | Certificate of Service filed by Scott F. Gautier on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS. (Gautier, Scott) (Entered: 11/09/2018) |
| 11/12/2018 | [591](#)<br>(11 pgs) | Affidavit of Service *of Paul Pullo Regarding Notice of Rescheduling of November 14, 2018 Hearing to November 16, 2018 at 11:00a.m. (ET)* (related document(s)[584](#)) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 11/12/2018) |
| 11/13/2018 | [592](#)<br>(16 pgs) | Affidavit of Service *(Supplemental) Of Asir U. Ashraf regarding Notice of (I) Proposed Assumption and Assignment of Executory Contracts and* |

| | | |
|---|---|---|
| | | *Unexpired Leases in Connection with Sale and (II) Associated Cure Costs, Amended Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs, Notice of No Auction and Designation of UltraV Holdings LLC as Successful Purchaser and Notice of Debtors Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of Debtors and the Creditors Committees Joint Plan of Liquidation, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto and (V) Granting Related Relief* (related document(s)402, 319) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 11/13/2018) |
| 11/13/2018 | 593 (5 pgs) | Reply to Motion *for Entry of Order Modifying the Automatic Stay* (related document(s)570) filed by Andrew John Finn on behalf of Steven Mnuchin. (Finn, Andrew) (Entered: 11/13/2018) |
| 11/13/2018 | 594 (10 pgs) | Reply to Motion *Reply in Support of Motion for Relief from Stay* (related document(s)577) filed by Hamid R. Rafatjoo on behalf of Carol Genis. (Rafatjoo, Hamid) (Entered: 11/13/2018) |
| 11/13/2018 | 595 (2 pgs) | Certificate of Service (related document(s)594) Filed by Hamid R. Rafatjoo on behalf of Carol Genis. (Rafatjoo, Hamid) (Entered: 11/13/2018) |
| 11/14/2018 | 596 (5 pgs) | Notice of Agenda filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 11/16/2018 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 11/14/2018) |
| 11/14/2018 | 597 (16 pgs) | Monthly Fee Statement *Notice of Filing of Combined Monthly Staffing Report and Compensation Statement for the Period of October 1, 2018 Through October 31, 2018* Filed by Carrie V Hardman on behalf of M-III Partners. (Hardman, Carrie) (Entered: 11/14/2018) |
| 11/14/2018 | 598 (5 pgs) | Notice of Agenda *Notice of Amended Agenda* (related document(s)596) filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 11/14/2018) |
| 11/15/2018 | 599 (2 pgs) | Certificate of Service (related document(s)597) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 11/15/2018) |
| 11/15/2018 | 600 (2 pgs) | Certificate of Service *of Reply in Support of Motion to Modify Stay* (related document(s)593) Filed by Andrew John Finn on behalf of Steven Mnuchin. (Finn, Andrew) (Entered: 11/15/2018) |
| 11/15/2018 | 601 (11 pgs) | Affidavit of Service *of Jesse Offenhartz Regarding Notice of Amended Agenda of Matters Scheduled for Hearing on November 16, 2018 at 11:00 a.m. (prevailing Eastern Time)* (related document(s)598) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 11/15/2018) |
| 11/15/2018 | 602 (27 pgs) | Operating Report *for the Period of October 1 - October 31, 2018* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 11/15/2018) |

| 11/16/2018 | [603](#) (13 pgs) | Affidavit of Service *(Supplemental) of Nuno Cardoso Regarding Amended Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs, Notice of Debtors Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of Debtors and the Creditors Committees Joint Plan of Liquidation, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto and (V) Granting Related Relief, Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired* (related document(s)[553](#), [319](#)) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 11/16/2018) |
|---|---|---|
| 11/19/2018 | [604](#) (2 pgs) | Order signed on 11/19/2018 modifying the automatic stay with respect to Steven Mnuchin, to the extent applicable, to permit payment of defense costs under the directors & officers policy (Related Doc # [570](#)). (DePierola, Jacqueline) (Entered: 11/19/2018) |
| 11/20/2018 | [605](#) (6 pgs) | Affidavit of Service *(Supplemental) of Steven Gilbert Regarding Notice of Debtors Motion For Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of Debtors and the Creditors Committees Joint Plan of Liquidation, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto and (V) Granting Related Relief* Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 11/20/2018) |
| 11/20/2018 | [606](#) (84 pgs; 5 docs) | Second Application for Interim Professional Compensation */ Second Interim Fee Application of M-III Partners as Provider of Interim Management Services for the Debtors and Debtors in Possession for the Period from August 1, 2018 Through October 31, 2018* for M-III Partners, Other Professional, period: 8/1/2018 to 10/31/2018, fee:$505862.50, expenses: $642.65. filed by M-III Partners with hearing to be held on 12/18/2018 at 11:00 AM at Courtroom 617 (MEW) Responses due by 12/11/2018,. (Attachments: # [1](#) Exhibit A # [2](#) Exhibit B # [3](#) Exhibit C # [4](#) Exhibit D) (Hardman, Carrie) (Entered: 11/20/2018) |
| 11/21/2018 | [607](#) (14 pgs) | Objection to Motion */ United States Trustee's Objection to the Debtors' Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement and Granting Other Relief* (related document(s)[572](#)) filed by Benjamin J. Higgins on behalf of United States Trustee. with hearing to be held on 11/29/2018 at 11:00 AM at Courtroom 617 (MEW) (Higgins, Benjamin) (Entered: 11/21/2018) |
| 11/21/2018 | [608](#) (30 pgs) | Monthly Fee Statement *of Robins Kaplan LLP for the Month of August 2018* Filed by Scott F. Gautier on behalf of Robins Kaplan LLP. (Gautier, Scott) (Entered: 11/21/2018) |
| 11/21/2018 | [609](#) (31 pgs) | Monthly Fee Statement *of Robins Kaplan LLP for the Month of September 2018* Filed by Scott F. Gautier on behalf of Robins Kaplan LLP. (Gautier, Scott) (Entered: 11/21/2018) |
| 11/21/2018 | [610](#) (114 pgs) | Second Application for Interim Professional Compensation for Robins Kaplan LLP, Creditor Comm. Aty, period: 8/1/2018 to 9/30/2018, fee:$198,107, expenses: $8938.32. filed by Scott F. Gautier with hearing to be held on 12/18/2018 at 11:00 AM at Courtroom 617 |

| | | | |
|---|---|---|---|
| | | | (MEW) Responses due by 12/11/2018,. (Gautier, Scott) (Entered: 11/21/2018) |
| 11/23/2018 | | 611<br>(161 pgs; 2 docs) | Second Application for Interim Professional Compensation / *Second Application of Winston & Strawn LLP, as Counsel to the Debtors, for Interim Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses for the Period August 1, 2018 Through and Including October 31, 2018* for Winston & Strawn LLP, Debtor's Attorney, period: 8/1/2018 to 10/31/2018, fee:$620,714.00, expenses: $24,325.71. filed by Winston & Strawn LLP with hearing to be held on 12/18/2018 at 11:00 AM at Courtroom 617 (MEW) Responses due by 12/11/2018,. (Attachments: # 1 Exhibit - All Exhibits) (Hardman, Carrie) (Entered: 11/23/2018) |
| 11/23/2018 | | 612<br>(3 pgs) | Letter / *Notice of Hearing on Second Interim Applications for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* (related document(s)606, 610, 611) Filed by Carrie V Hardman on behalf of Winston & Strawn LLP. with hearing to be held on 12/18/2018 at 11:00 AM at Courtroom 617 (MEW) Objections due by 12/11/2018, (Hardman, Carrie) (Entered: 11/23/2018) |
| 11/26/2018 | | 613<br>(6 pgs) | Affidavit of Service *of Steven Gilbert Regarding Notice of Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of Debtors' and the Creditors' Committee's Joint Plan of Liquidation, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto and (V) Granting Related Relief* Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 11/26/2018) |
| 11/27/2018 | | 614<br>(3 pgs) | Letter / *Notice of Agenda of Matters Scheduled for Hearing on November 29, 2018 at 11:00 A.M. (ET)* (related document(s)572) Filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 11/29/2018 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 11/27/2018) |
| 11/27/2018 | | 615<br>(5 pgs) | Affidavit of Service *(Supplemental) Of Charles McCracken regarding Notice of Closing of Sale of Certain Assets Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances to the Extent Permitted by Section 363(f) of the Bankruptcy Code and Notice of Debtors Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of Debtors and the Creditors Committees Joint Plan of Liquidation, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto and (V) Granting Related Relief* (related document(s)553) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 11/27/2018) |
| 11/28/2018 | | 616<br>(4 pgs) | Affidavit of Service *of Paul Pullo Regarding Second Interim Fee Application of M-III Partners as Provider of Interim Management Services for the Debtors and Debtors in Possession for the Period from August 1, 2018 through October 31, 2018, Second Application of Winston & Strawn LLP, as Counsel to the Debtors, for Interim Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses for the Period August 1, 2018 through and including October 31, 2018 and Notice of Hearing on* |

| | | |
|---|---|---|
| | | *Second Interim Applications for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* (related document(s)606, 612, 611) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 11/28/2018) |
| 11/28/2018 | 617 (255 pgs; 5 docs) | Statement */Notice of Filing of First Amended Plan and Related Disclosure Statement* (related document(s)572) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 11/29/2018 at 11:00 AM at Courtroom 617 (MEW) (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Hardman, Carrie) (Entered: 11/28/2018) |
| 11/28/2018 | 618 (3 pgs) | Notice of Agenda */Notice of Amended Agenda of Matters Scheduled for Hearing on November 29, 2018 at 11:00 A.M. (ET)* (related document(s)614) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 11/29/2018 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 11/28/2018) |
| 11/28/2018 | 619 (8 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Notice of Agenda of Matters Scheduled for Hearing on November 29, 2018 at 11:00 a.m. (ET)* (related document(s)614) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 11/28/2018) |
| 11/29/2018 | 620 (13 pgs) | Affidavit of Service *(Supplemental) of Nuno Cardoso Regarding Amended Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs, Notice of Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of Debtors and the Creditors' Committees Joint Plan of Liquidation, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto and (V) Granting Related Relief, Notice of (I) Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale and (II) Associated Cure Costs, Notice of Closing of Sale of Certain Assets Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances to the Extent Permitted by Section 363(f) of the Bankruptcy Code, Disclosure Statement for Debtor's and The Creditors' Committee's Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code, Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of Debtors' and the Creditors Committee's Joint Plan of Liquidation, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto and (V) Granting Related Relief and Supplemental Declaration of Benjamin J. Steele In Support of (A) Debtors' Application for An Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor nunc pro tunc to the Petition Date and (B) Debtors' Application for Entry of An Order (I) Authorizing the Debtors to Employ and Retain Prime Clerk LLC as Claims and Noticing Agent, Effective nunc pro tunc to the Petition Date (II) Granting Related Relief* (related document(s)553, 572, 571, 557, 319) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 11/29/2018) |
| 11/29/2018 | 621 | Declaration *Of Thomas G. Fitzgerald In Support Of Second Application* |

| | | |
|---|---|---|
| | (2 pgs) | *Of Robins Kaplan LLP, As Counsel To The Official Committee Of Unsecured Creditors, For Interim Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses For The Period Of August 1, 2018 Through And Including September 30, 2018* (related document(s)[610]) filed by Scott F. Gautier on behalf of Robins Kaplan LLP. (Gautier, Scott) (Entered: 11/29/2018) |
| 11/29/2018 | [622]<br>(12 pgs) | Affidavit of Service *Re: (1) Second Application Of Robins Kaplan LLP, As Counsel To The Official Committee Of Unsecured Creditors, For Interim Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses For The Period Of August 1, 2018 Through And Including September 30, 2018; And (2) Declaration Of Thomas G. Fitzgerald In Support Of Second Application Of Robins Kaplan LLP, As Counsel To The Official Committee Of Unsecured Creditors, For Interim Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses For The Period Of August 1, 2018 Through And Including September 30, 2018* (related document(s)[610]) Filed by Scott F. Gautier on behalf of Robins Kaplan LLP. (Gautier, Scott) (Entered: 11/29/2018) |
| 11/30/2018 | [623]<br>(26 pgs) | Monthly Fee Statement / *Combined Monthly Fee Statement of Prime Clerk LLC, as Administrative Advisor to the Debtors, for the Period from (I) May 3, 2018 through May 31, 2018; and (II) July 1, 2018 through October 31, 2018* Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 11/30/2018) |
| 12/03/2018 | [624]<br>(6 pgs) | Affidavit of Service *of Rafael Stitt Regarding Notice of Filing of First Amended Plan and Related Disclosure Statement and Notice of Amended Agenda of Matters Scheduled for Hearing on November 29, 2018 at 11:00 a.m. (ET)* (related document(s)[618], [617]) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 12/03/2018) |
| 12/05/2018 | [625]<br>(16 pgs) | Monthly Fee Statement /*Notice of Filing of Combined Monthly Staffing Report and Compensation Statement for the Period of November 1, 2018 Through November 30, 2018* Filed by Carrie V Hardman on behalf of M-III Partners. (Hardman, Carrie) (Entered: 12/05/2018) |
| 12/05/2018 | [626]<br>(3 pgs) | Affidavit of Service *of Paul Pullo Regarding Combined Monthly Fee Statement of Prime Clerk LLC, as Administrative Advisor to the Debtors, for the Period from (I) May 3, 2018 through May 31, 2018; and (II) July 1, 2018 through October 31, 2018* (related document(s)[623]) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 12/05/2018) |
| 12/06/2018 | [627]<br>(30 pgs; 3 docs) | Supplemental Motion to Stay *Supplemental Brief in Support of Motion for Relief from Stay* (related document(s)[577]) filed by Hamid R. Rafatjoo on behalf of Carol Genis with hearing to be held on 12/18/2018 at 11:00 AM at Courtroom 617 (MEW) Responses due by 12/13/2018,. (Attachments: # [1] Exhibit A - Insurance Chart # [2] Exhibit B - Redacted Employment Agreement) (Rafatjoo, Hamid) (Entered: 12/06/2018) |
| 12/06/2018 | [628]<br>(378 pgs; 12 docs) | Declaration *of Hamid R. Rafatjoo in Support of Supplemental Brief in Support of Motion for Relief from Stay* (related document(s)[627], [577]) filed by Hamid R. Rafatjoo on behalf of Carol Genis. with hearing to be held on 12/18/2018 at 11:00 AM at Courtroom 617 (MEW) Reply due by 12/13/2018, (Attachments: # [1] Ex. A - National Union Policy # [2] Ex. |

| | | |
|---|---|---|
| | | B - Great American Policy # 3 Exhibit C - Endurance Policy # 4 Exhibit D - Argo Policy # 5 Exhibit E - Wesco Policy # 6 Exhibit F - RLI Policy # 7 Exhibit G - Allied World Policy # 8 Exhibit H - Berkley Policy # 9 Exhibit I - ANV Policy # 10 Exhibit J - XL Policy # 11 Exhibit K - Hiscox Endorsement) (Rafatjoo, Hamid) (Entered: 12/06/2018) |
| 12/06/2018 | 629 (2 pgs) | Certificate of Service filed by Hamid R. Rafatjoo on behalf of Carol Genis. (Rafatjoo, Hamid) (Entered: 12/06/2018) |
| 12/13/2018 | 630 (8 pgs) | Supplemental Opposition *of the Official Committee of Unsecured Creditors to Motion for Relief From Stay and Supplemental Brief in Support of Motion for Relief From Stay* (related document(s)627) filed by Scott F. Gautier on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS. (Gautier, Scott) (Entered: 12/13/2018) |
| 12/13/2018 | 631 (2 pgs) | Certificate of Service re: *Supplemental Opposition Of The Official Committee Of Unsecured Creditors To Motion For Relief From Stay And Supplemental Brief In Support Of Motion For Relief From Stay* (related document(s)630) filed by Scott F. Gautier on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS. (Gautier, Scott) (Entered: 12/13/2018) |
| 12/13/2018 | 632 (6 pgs) | Certificate of No Objection Pursuant to LR 9075-2 (related document(s)606, 610, 611) Filed by Carrie V Hardman on behalf of Winston & Strawn LLP. (Hardman, Carrie) (Entered: 12/13/2018) |
| 12/13/2018 | 633 (45 pgs) | Second Amended Plan / *Debtors and the Creditors Committees Second Amended Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code* filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 12/13/2018) |
| 12/13/2018 | 634 (125 pgs; 4 docs) | Amended Disclosure Statement / *Disclosure Statement for Debtors and the Creditors Committees Second Amended Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code* (related document(s)633) filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C)(Hardman, Carrie) (Entered: 12/13/2018) |
| 12/13/2018 | 635 (127 pgs; 3 docs) | Statement / *Notice of Filing of Second Amended Plan and Related Disclosure Statement* (related document(s)633, 634) filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Hardman, Carrie) (Entered: 12/13/2018) |
| 12/14/2018 | 636 (54 pgs) | Order signed on 12/14/2018 (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures With Respect to Confirmation of Debtors' and the Creditors' Committee's Joint Plan of Liquidation, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto and (V) Granting Related Relief (Related Doc 572, 633 , 634). Confirmation hearing to be held on 1/29/2019 at 10:00 AM at Courtroom 617 (MEW). (Gomez, Jessica). (Entered: 12/14/2018) |
| 12/14/2018 | 637 (3 pgs) | Notice of Hearing *to Consider Confirmation of Debtors' and Creditors' Committee's Second Amended Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code* (related document(s)633, 634) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held |

| | | |
|---|---|---|
| | | on 1/29/2019 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 12/14/2018) |
| 12/14/2018 | [638](#)<br>(6 pgs) | Notice of Agenda *of Matters Scheduled for Hearing on December 18, 2018 at 11:00 AM (ET)* (related document(s)[606](#), [610](#), [611](#), [577](#)) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 12/18/2018 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 12/14/2018) |
| 12/17/2018 | [639](#)<br>(3 pgs) | Order signed on 12/17/2018 Granting Second Interim Application for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses. (Related Doc [606](#))for M-III Partners, fees awarded: $455,276.25 **$532,389.25**, expense awarded: $642.65, (Related Doc [610](#))for Robins Kaplan LLP, fees awarded: $178,296.30 **$278,637.06**, expense awarded: $8,938.32, (Related Doc [611](#))for Winston & Strawn LLP, fees awarded: $558,642.60 **$668,996.19**, expense awarded: $24,325.71. (McCaffrey, Dawn) Modified on 1/9/2019 (Richards, Beverly). (Entered: 12/17/2018) |
| 12/17/2018 | [640](#)<br>(7 pgs) | Notice of Agenda */Notice of Amended Agenda of Matters Scheduled for Hearing on December 18, 2018 at 11:00 a.m. (ET)* (related document(s)[638](#)) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 12/18/2018 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 12/17/2018) |
| 12/17/2018 | [641](#)<br>(368 pgs; 3 docs) | Statement */Notice of Purchaser's (I) List of Designated Rights Contracts Subject to Assumption and/or Purchase and (II) List of Additional Designation Rights Contracts* (related document(s)[495](#), [502](#)) filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Attachments: # [1](#) Exhibit A # [2](#) Exhibit B) (Hardman, Carrie) (Entered: 12/17/2018) |
| 12/17/2018 | [642](#)<br>(27 pgs) | Operating Report *for Period November 1, 2018 through November 30, 2018* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 12/17/2018) |
| 12/17/2018 | [643](#)<br>(41 pgs) | Monthly Fee Statement *of Duff & Phelps Securities, LLC for the Period of May 23, 2018 Through October 31, 2018 (Consolidated Statement)* Filed by Scott F. Gautier on behalf of Duff & Phelps Securities, LLC. (Gautier, Scott) (Entered: 12/17/2018) |
| 12/19/2018 | [644](#)<br>(9 pgs) | Affidavit of Service *of Robert J Rubel Regarding Certificate of No Objection Regarding Interim Fee Applications, Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of Debtors' and the Creditors' Committee's Joint Plan of Liquidation, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto and (V) Granting Related Relief, Notice of Agenda of Matters Scheduled for Hearing on December 18, 2018 at 11:00 a.m.(ET)* (related document(s)[636](#), [638](#), [632](#)) filed by Prime Clerk LLC Claims Agent.(Steele, Benjamin) (Entered: 12/19/2018) |
| 12/20/2018 | [645](#)<br>(6 pgs) | Affidavit of Service *Of Nuno Cardoso regarding Notice of Amended Agenda of Matters Scheduled for Hearing on December 18, 2018 at 11:00 a.m. (ET)* (related document(s)[640](#)) filed by Prime Clerk LLC Claims Agent.(Steele, Benjamin) (Entered: 12/20/2018) |

| 12/20/2018 | [646](#) (415 pgs) | Affidavit of Service *of James Daloia Regarding Disclosure Statement Flash Drive, Confirmation Hearing Notice, Notice of Non-Voting Status, Debtors Cover Letter, Class 4 Ballot and Return Envelope* (related document(s)[636](#), [633](#), [637](#), [634](#)) filed by Prime Clerk, LLC. (Steele, Benjamin) (Entered: 12/20/2018) |
|---|---|---|
| 12/20/2018 | [647](#) (53 pgs) | Transcript regarding Hearing Held on 11/29/2018 at 11:08 am RE: Motion approving adequacy of the disclosure statement.. Remote electronic access to the transcript is restricted until 3/20/2019. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 12/27/2018. Statement of Redaction Request Due By 1/10/2019. Redacted Transcript Submission Due By 1/22/2019. Transcript access will be restricted through 3/20/2019. (Lewis, Tenille) (Entered: 12/21/2018) |
| 12/21/2018 | [648](#) (30 pgs; 3 docs) | Chapter 11 Plan */Notice of Plan Supplement* (related document(s)[634](#)) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 1/29/2019 at 11:00 AM at Courtroom 617 (MEW) (Attachments: # [1](#) Exhibit A # [2](#) Exhibit B # [3](#) Exhibit C)(Hardman, Carrie) (Entered: 12/21/2018) |
| 12/21/2018 | 649 | **(Incorrect PDF File Submitted. See Document #[650](#) For The Correct Entry)** Statement */Notice of Filing of Correctes Exhibit B to Plan Supplement* (related document(s)[648](#)) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 1/29/2019 at 11:00 AM at Courtroom 617 (MEW) (Attachments: # [1](#) Exhibit B) (Hardman, Carrie) Modified on 12/26/2018 (Richards, Beverly). (Entered: 12/21/2018) |
| 12/21/2018 | [650](#) (3 pgs; 2 docs) | Statement */Notice of Corrected Exhibit B to Plan Supplement* **(related document(s)[648](#)** filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 1/29/2019 at 11:00 AM at Courtroom 617 (MEW) (Attachments: # [1](#) Exhibit B) (Hardman, Carrie) Modified on 12/26/2018 (Richards, Beverly). (Entered: 12/21/2018) |
| 12/21/2018 | [651](#) (28 pgs) | Monthly Monthly Fee Statement *of Robins Kaplan LLP for the Month of October 2018* Filed by Scott F. Gautier on behalf of Robins Kaplan LLP. (Gautier, Scott) (Entered: 12/21/2018) |
| 12/21/2018 | [652](#) (33 pgs) | Monthly Fee Statement *of Robins Kaplan LLP for the Month of November 2018* Filed by Scott F. Gautier on behalf of Robins Kaplan LLP. (Gautier, Scott) (Entered: 12/21/2018) |
| 12/27/2018 | [653](#) (72 pgs) | Affidavit of Service *of Daniel Kounin Regarding Notice of Purchaser's (I) List of Designated Rights Contracts Subject to Assumption and/or Purchase and (II) List of Additional Designation Rights Contracts, Notice of Plan Supplement, Notice of Filing of Corrected Exhibit B to Plan Supplement, Notice of Filing of Corrected Exhibit B to Plan and Notice of (A) Executory Contracts and Unexpired Leases to be Assumed and Assigned by the Debtors Pursuant to the Plan, (B) Cure Amounts, if any, and (C) Related Procedures in Connection Therewith* (related document(s)[641](#), [649](#), [648](#), [650](#)) filed by Prime Clerk LLC Claims Agent.(Steele, Benjamin) (Entered: 12/27/2018) |
| 12/28/2018 | [654](#) (23 pgs) | Notice of Presentment *of Debtors' Motion for Entry of Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 3007 and 9019(b)* |

| | | |
|---|---|---|
| | | *Authorizing the Debtors to (I) File Omnibus Claims Objections and (II) Establish Procedures for Settling Certain Claims* filed by Carrie V Hardman on behalf of Relativity Media, LLC. with presentment to be held on 1/14/2019 at 11:00 AM at Courtroom 617 (MEW) Objections due by 1/11/2019, (Hardman, Carrie) (Entered: 12/28/2018) |
| 12/28/2018 | 655 (15 pgs) | Motion for Omnibus Objection to Claim(s) Number: 3, 4, 11, 13, 14, 33, 58, 72, 73, 961, 1392, and 1395 / *Debtors' First Omnibus Objection to Certain Claims (Books and Records)* filed by Carrie V Hardman on behalf of Relativity Media, LLC with hearing to be held on 1/29/2019 at 11:00 AM at Courtroom 617 (MEW) Responses due by 1/22/2019,. (Hardman, Carrie) (Entered: 12/28/2018) |
| 12/28/2018 | 656 (16 pgs) | Motion for Omnibus Objection to Claim(s) Number: 10, 59, 60, 61, 62, 204, 218, 227, 236, 337, 338, 890, 901, and 1374 / *Debtors' Second Omnibus Objection to Certain Claims (Late Filed Trade Claims; Trade Claims for Reclassification)* filed by Carrie V Hardman on behalf of Relativity Media, LLC with hearing to be held on 1/29/2019 at 11:00 AM at Courtroom 617 (MEW) Responses due by 1/22/2019,. (Hardman, Carrie) (Entered: 12/28/2018) |
| 12/28/2018 | 657 (19 pgs) | Motion for Omnibus Objection to Claim(s) Number: 430, 448, 474, 477, 480, 481, 487, 490, 491, 494, 495, 497, 499, 501, 503, 505, 506, 510-519, 522-524, 527-530, 535-539, 542-546, 553, 554, 558, 559, 570, 577, 589, 594, 601-603, 606, 607, 613, 617, 620, 628, 666, and 745 / *Debtors' Third Omnibus Objection to Certain Claims (Claims of RM Bidder LLC)* filed by Carrie V Hardman on behalf of Relativity Media, LLC with hearing to be held on 1/29/2019 at 11:00 AM at Courtroom 617 (MEW) Responses due by 1/22/2019,. (Hardman, Carrie) (Entered: 12/28/2018) |
| 01/02/2019 | 658 (8 pgs) | Affidavit of Service *of Ryan Vyskocil Regarding Notice of Hearing to Consider Confirmation of Debtors and the Creditors Committees Second Amended Joint Liquidation Plan Under Chapter 11 of the Bankruptcy Code* filed by Prime Clerk LLC Claims Agent.(Steele, Benjamin) (Entered: 01/02/2019) |
| 01/03/2019 | 659 (13 pgs) | Affidavit of Service *of Rafael Stitt Regarding Notice of Presentment of Debtors Motion for Entry of Order Authorizing the Debtors to (I) File Omnibus Claims Objections and (II) Establish Procedures for Settling Certain Claims, Debtors First Omnibus Objection to Certain Claims (Books and Records), Debtors Second Omnibus Objection to Certain Claims (Late Filed Trade Claims; Trade Claims for Reclassification) and Debtors Third Omnibus Objection to Certain Claims (Claims of RM Bidder LLC)* (related document(s)654, 657, 655, 656) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 01/03/2019) |
| 01/04/2019 | 660 (14 pgs) | Monthly Fee Statement / *Combined Monthly Staffing Report and Compensation Statement by M-III Partners for the Period of December 1, 2018 Through December 31, 2018* Filed by Carrie V Hardman on behalf of M-III Partners. (Hardman, Carrie) (Entered: 01/04/2019) |
| 01/07/2019 | 661 (3 pgs) | Affidavit of Service *(Supplemental) of Nuno Cardoso Regarding Notice of Purchaser's (I) List of Designated Rights Contracts Subject to Assumption and/or Purchase and (II) List of Additional Designation Rights Contracts* (related document(s)641) filed by Prime Clerk LLC Claims Agent.(Steele, Benjamin) (Entered: 01/07/2019) |

| | | |
|---|---|---|
| 01/10/2019 | [662](#)<br>(4 pgs) | Affidavit of Service *(Supplemental) of Nuno Cardoso Regarding Notice of Purchaser's (I) List of Designated Rights Contracts Subject to Assumption and/or Purchase and (II) List of Additional Designation Rights Contracts* (related document(s)[641](#)) filed by Prime Clerk LLC Claims Agent.(Steele, Benjamin) (Entered: 01/10/2019) |
| 01/10/2019 | [663](#)<br>(21 pgs; 2 docs) | Declaration / *Notice of Filing of Proposed Liquidating Trustee's Declaration in Support of Plan and Plan Supplement* (related document(s)[633](#), [634](#), [648](#), [650](#)) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 1/29/2019 at 11:00 AM at Courtroom 617 (MEW) (Attachments: # [1](#) Exhibit A - Daileader Declaration) (Hardman, Carrie) (Entered: 01/10/2019) |
| 01/14/2019 | [664](#)<br>(5 pgs) | Affidavit of Service *(Supplemental) of Steven Gilbert Regarding Notice of Hearing to Consider Confirmation of Debtors' and the Creditors' Committee's Second Amended Joint Liquidating Plan under Chapter 11 of the Bankruptcy Code.* (related document(s)[637](#)) filed by Prime Clerk, LLC.(Steele, Benjamin) (Entered: 01/14/2019) |
| 01/14/2019 | [665](#)<br>(7 pgs; 3 docs) | Objection to Motion *(Objection to Claim)* (related document(s)[655](#)) filed by James D. Newbold on behalf of Illinois Department of Revenue. (Attachments: # [1](#) Exhibit A # [2](#) Exhibit B) (Newbold, James) (Entered: 01/14/2019) |
| 01/15/2019 | [666](#)<br>(6 pgs) | Affidavit of Service *of Paul Pullo Regarding Notice of Filing of Proposed Liquidating Trustee's Declaration in Support of Plan and Plan Supplement* (related document(s)[663](#)) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 01/15/2019) |
| 01/15/2019 | [667](#)<br>(27 pgs) | Monthly Operating Report *for the Period of December 1-31, 2018* Filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 01/15/2019) |
| 01/16/2019 | [668](#)<br>(4 pgs) | Affidavit of Service *(Supplemental) of Nuno Cardoso Regarding Notice of Purchaser's (I) List of Designated Rights Contracts Subject to Assumption and/or Purchase and (II) List of Additional Designation Rights Contracts, Notice of Plan Supplement, Notice of Filing of Corrected Exhibit B to the Plan Supplement and Notice of (A) Executory Contracts and Unexpired Leases to be Assumed and Assigned by the Debtors Pursuant to the Plan, (B) Cure Amounts, if any, and (C) Related Procedures in Connection Therewith* (related document(s)[641](#), [648](#), [650](#)) filed by Prime Clerk LLC Claims Agent. (Steele, Benjamin) (Entered: 01/16/2019) |
| 01/18/2019 | [669](#)<br>(2 pgs; 2 docs) | Application for Pro Hac Vice Admission filed by Helena G. Tseregounis on behalf of Entertainment One Ltd.. (Attachments: # [1](#) Proposed Order) (Tseregounis, Helena) (Entered: 01/18/2019) |
| 01/18/2019 | | Receipt of Application for Pro Hac Vice Admission( [18-11358-mew](#)) [motion,122] ( 200.00) Filing Fee. Receipt number A12986006. Fee amount 200.00. (Re: Doc # [669](#)) (U.S. Treasury) (Entered: 01/18/2019) |
| 01/18/2019 | [670](#)<br>(11 pgs; 2 docs) | Objection to Motion *Limited Objection and Conditional Notice of Election Under Section 365(N) of the Bankruptcy Code of Entertainment One Ltd.* filed by Helena G. Tseregounis on behalf of |

New York Southern Live Database

| | | |
|---|---|---|
| | | Entertainment One Ltd.. (Attachments: # 1 Exhibit A) (Tseregounis, Helena) (Entered: 01/18/2019) |
| 01/18/2019 | 671 (44 pgs) | Memorandum of Law /Debtors' Memorandum of Law in Support of Confirmation of the Debtors' and Creditors' Committee's Second Amended Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code (related document(s)633) filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 01/18/2019) |
| 01/18/2019 | 672 (16 pgs) | Declaration /Colin M. Adams Declaration in Support of Confirmation of the Debtors' and Creditors' Committee's Second Amended Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code (related document(s)671) filed by Daniel J. McGuire on behalf of Relativity Media, LLC. (McGuire, Daniel) (Entered: 01/18/2019) |
| 01/18/2019 | 673 (5 pgs) | Certificate of Service of Megan Dran (related document(s)670) Filed by Helena G. Tseregounis on behalf of Entertainment One Ltd.. (Tseregounis, Helena) (Entered: 01/18/2019) |
| 01/18/2019 | 675 (4 pgs) | Response of Grand Slam Music, Inc. to Second Omnibus Objection to Certain Claims [Dkt. 656] in Defense of Claims No. 59, 60, & 62 (related document(s)656) filed by Lisa Wasiak. (Lopez, Mary) (Entered: 01/22/2019) |
| 01/22/2019 | 674 (1 pg) | Order signed on 1/22/2019 denying motion by Carol Genis for relief from stay (Related Docs # 577 and 627). A hearing to determine further proceedings will be held on March 6, 2019 at 11:00 am. (DePierola, Jacqueline) (Entered: 01/22/2019) |
| 01/22/2019 | 676 (8 pgs) | Declaration of James Daloia of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Debtors' and Creditors' Committee's Second Amended Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code (related document(s)633) filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 01/22/2019) |
| 01/23/2019 | 677 (1 pg) | Order signed on 1/23/2019 admitting Helena G. Tseregounis, Esq. to practice pro hac vice in this Court (Related Doc # 669). (DePierola, Jacqueline) (Entered: 01/23/2019) |
| 01/23/2019 | 678 (4 pgs) | Order signed on 1/23/2019 authorizing the Debtors to file omnibus claims objections and establish procedures for settling certain claims (related document(s)654). (DePierola, Jacqueline) (Entered: 01/23/2019) |
| 01/23/2019 | 679 (7 pgs) | Affidavit of Service of Nuno Cardoso Regarding Debtors' Memorandum of Law in Support of Confirmation of the Debtors' and Creditors' Committee's Second Amended Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code and Declaration of Colin M. Adams in Support of Confirmation of the Debtors' and Creditors' Committee's Second Amended Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code (related document(s)672, 671) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 01/23/2019) |
| 01/24/2019 | 680 (2 pgs; 2 docs) | Application for Pro Hac Vice Admission of Robert O. Lynch filed by James D. Newbold on behalf of Illinois Department of Revenue. (Attachments: # 1 Proposed Order) (Newbold, James) (Entered: 01/24/2019) |

| | | |
|---|---|---|
| 01/24/2019 | | Receipt of Application for Pro Hac Vice Admission( 18-11358-mew) [motion,122] ( 200.00) Filing Fee. Receipt number A12995723. Fee amount 200.00. (Re: Doc # 680) (U.S. Treasury) (Entered: 01/24/2019) |
| 01/25/2019 | 681 (6 pgs) | Notice of Agenda *of Matters Scheduled for Hearing on January 29, 2019 at 11:00 A.M. (ET)* filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 1/29/2019 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 01/25/2019) |
| 01/25/2019 | 682 (1 pg) | Order signed on 1/25/2019 admitting Robert O. Lynch, Esq. to practice pro hac vice in this Court (Related Doc # 680). (DePierola, Jacqueline) (Entered: 01/25/2019) |
| 01/25/2019 | 683 (6 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Declaration of James Daloia of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Debtors' and Creditors' Committee's Second Amended Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code* (related document(s)676) filed by Prime Clerk LLC Claims Agent.(Steele, Benjamin) (Entered: 01/25/2019) |
| 01/25/2019 | 684 (30 pgs; 2 docs) | Notice of Proposed Order */ Notice of Filing of Proposed Order Confirming Debtors' and the Creditors' Committee's Second Amended Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code* (related document(s)633) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 1/29/2019 at 11:00 AM at Courtroom 617 (MEW) (Attachments: # 1 Exhibit A - Proposed Confirmation Order)(Hardman, Carrie) (Entered: 01/25/2019) |
| 01/25/2019 | 685 | **(Incorrect Event Code Selected. See Document #688 For The Correct Entry)** Motion to Stay *Motion For Entry Of An Order Modifying The Automatic Stay, To The Extent Applicable, To Permit Payment Of Defense Costs Under The Debtors' Directors & Officers Policies* filed by Shana Elberg on behalf of Ryan Kavanaugh. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F) (Elberg, Shana) Modified on 1/29/2019 (Richards, Beverly). (Entered: 01/25/2019) |
| 01/25/2019 | 686 (11 pgs) | Affidavit of Service *of Craig Kaufman Regarding Notice to Hand Baldachin & Amburgey LLP, Notice to Messengers, Inc and Notice to Univision Interactive Media* filed by Prime Clerk, LLC.(Steele, Benjamin) (Entered: 01/25/2019) |
| 01/28/2019 | 687 (9 pgs) | Affidavit of Service *of Gerhald R. Pasabangi regarding Notice of Agenda of Matters Scheduled for Hearing on January 29, 2019 at 11:00 a.m. (ET) and Notice of Filing of Proposed Order Confirming Debtors' and the Creditors' Committee's Second Amended Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code* (related document(s)684, 681) filed by Prime Clerk LLC Claims Agent.(Steele, Benjamin) (Entered: 01/28/2019) |
| 01/28/2019 | 688 (117 pgs; 7 docs) | Motion for Relief from Stay *Motion For Entry Of An Order Modifying The Automatic Stay, To The Extent Applicable, To Permit Payment Of Defense Costs Under The Debtors' Directors & Officers Policies* filed by Shana Elberg on behalf of Ryan Kavanaugh. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F) (Elberg, Shana) (Entered: 01/28/2019) |

| | | |
|---|---|---|
| 01/28/2019 | | Receipt of Motion for Relief from Stay (fee)( 18-11358-mew) [motion,185] ( 181.00) Filing Fee. Receipt number A13002066. Fee amount 181.00. (Re: Doc # 688) (U.S. Treasury) (Entered: 01/28/2019) |
| 01/31/2019 | 689 (75 pgs; 2 docs) | Findings of fact, conclusions of law, and order signed on 1/31/2019 confirming Debtors' and Creditors' Committee's second amended plan of liquidation under chapter 11 of the Bankruptcy code (related document(s)633). (DePierola, Jacqueline) (Entered: 01/31/2019) |
| 01/31/2019 | 690 (3 pgs) | Statement /NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF DEBTORS' AND THE CREDITORS' COMMITTEE'S SECOND AMENDED JOINT LIQUIDATING PLAN UNDER CHAPTER 11 OF THE BANKRUPTCY CODE (related document(s)689) filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 01/31/2019) |
| 02/04/2019 | 691 (12 pgs) | Monthly Fee Statement / Notice of Filing of Combined Monthly Staffing Report and Compensation Statement by M-III Partners for the Period of January 1, 2019 Through January 31, 2019 Filed by Carrie V Hardman on behalf of M-III Partners. (Hardman, Carrie) (Entered: 02/04/2019) |
| 02/04/2019 | 692 (4 pgs) | Affidavit of Service of Asir U. Ashraf Regarding Notice of Purchaser's (I) List of Designated Rights Contracts Subject to Assumption and/or Purchase and (II) List of Additional Designation Rights Contracts (related document(s)641) filed by Prime Clerk LLC Claims Agent. (Steele, Benjamin) (Entered: 02/04/2019) |
| 02/06/2019 | 693 (46 pgs) | Transcript regarding Hearing Held on 01/29/2019 at 11:07 am RE: Confirmation hearing; Motion re: Debtors' First Omnibus Objection to Claims: Number: 3, 4, 11, 13, 14, 33, 58, 72, 73, 961, 1392, and 1395 (Books and Records). Motion re: Debtors' Third Omnibus Objection to Claims Number: 430, 448, 474, 477, 480, 481, 487, 490, 491, 494, 495, 497, 499, 501, 503, 505, 506, 510-519, 522-524, 527-530, 535-539, 542-546, 553, 554, 558, 559, 570, 577, 589, 594, 601-603, 606,.. et al. Remote electronic access to the transcript is restricted until 5/7/2019. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 2/13/2019. Statement of Redaction Request Due By 2/27/2019. Redacted Transcript Submission Due By 3/11/2019. Transcript access will be restricted through 5/7/2019. (Lewis, Tenille) (Entered: 02/06/2019) |
| 02/07/2019 | 694 (89 pgs) | Affidavit of Service of Kadeem Champagnie Regarding Notice of Occurrence of Effective Date of Debtors' and the Creditors' Committee's Second Amended Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code (related document(s)690) filed by Prime Clerk LLC Claims Agent.(Steele, Benjamin) (Entered: 02/07/2019) |
| 02/13/2019 | 695 (1 pg) | Notice of Withdrawal of Objection to Claim No. 58 (related document(s)655) filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 02/13/2019) |
| 02/13/2019 | 696 (3 pgs) | Order signed on 2/13/2019 Granting First Omnibus Objection to Certain Claims (Books and Records) (Related Doc # 655). (Gomez, Jessica) (Entered: 02/13/2019) |

| | | |
|---|---|---|
| 02/13/2019 | [697](#) (3 pgs) | Order signed on 2/13/2019 Granting Second Omnibus Objection to Certain Claims (Late Filed Trade Claims; Trade Claims for Reclassification) (Related Doc # [656](#)). (Gomez, Jessica) (Entered: 02/13/2019) |
| 02/14/2019 | [698](#) (6 pgs) | Notice of Presentment *of Order Pursuant to Local Bankruptcy Rule 3021-1(a) Approving Timetable For Substantial Consummation of Second Amended Chapter 11 Plan of Liquidation and Entry of Final Decree* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with presentment to be held on 2/25/2019 at 12:00 PM at Courtroom 617 (MEW) Objections due by 2/20/2019, (Gautier, Scott) (Entered: 02/14/2019) |
| 02/15/2019 | [699](#) (78 pgs; 4 docs) | Application for Final Professional Compensation */THIRD INTERIM AND FINAL FEE APPLICATION OF M-III PARTNERS AS PROVIDER OF INTERIM MANAGEMENT SERVICES* for Relativity Media, LLC, Other Professional, period: 11/1/2018 to 1/31/2019, fee:~~$1,487,232.50~~ $210,240.00 , expenses: ~~$26,933.44~~ $3,431.61 . filed by Relativity Media, LLC with hearing to be held on 3/19/2019 at 11:00 AM at Courtroom 617 (MEW) Responses due by 3/12/2019,. (Attachments: # [1](#) Exhibit D-1 # [2](#) Exhibit D-2 # [3](#) Exhibit D-3) (Hardman, Carrie) Modified on 3/20/2019 (Rouzeau, Anatin). (Entered: 02/15/2019) |
| 02/18/2019 | [700](#) (6 pgs) | Affidavit of Service *Of Nuno Cardoso regarding Notice of Withdrawal of Objection to Claim No. 58* (related document(s)[695](#)) filed by Prime Clerk LLC Claims Agent.(Steele, Benjamin) (Entered: 02/18/2019) |
| 02/19/2019 | [701](#) (6 pgs) | Affidavit of Service *of Asir U. Ashraf Regarding Notice of Presentment of (Proposed) Order Approving Timetable for Substantial Consummation of Second Amended Chapter 11 Plan of Liquidation and Entry of Final Decree* (related document(s)[698](#)) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 02/19/2019) |
| 02/20/2019 | [702](#) (3 pgs) | Affidavit of Service *(Supplemental) of Asir U. Ashraf Regarding Notice of Purchaser's (I) List of Designated Rights Contracts Subject to Assumption and/or Purchase and (II) List of Additional Designation Rights Contracts* (related document(s)[641](#)) filed by Prime Clerk LLC Claims Agent.(Malo, David) (Entered: 02/20/2019) |
| 02/21/2019 | [703](#) (2 pgs) | Statement */Notice of Change in Hourly Rates of Winston & Strawn LLP, As Counsel to Debtors and Debtors in Possession* filed by Carrie V Hardman on behalf of Relativity Media, LLC. (Hardman, Carrie) (Entered: 02/21/2019) |
| 02/21/2019 | [704](#) (8 pgs) | Affidavit of Service *of Joudeleen C. Frans Regarding Third Interim and Final Fee Application of M-III Partners as Provider of Interim Management Services for the Debtors and Debtors in Possession for the Period from May 3, 2018 Through January 31, 2019* (related document(s)[699](#)) filed by Prime Clerk LLC Claims Agent.(Steele, Benjamin) (Entered: 02/21/2019) |
| 02/22/2019 | [705](#) (3 pgs) | Statement */Notice of Change in Hourly Rates of Robins Kaplan LLP, as Counsel to the Official Committee of Unsecured Creditors* filed by Scott F. Gautier on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS. (Gautier, Scott) (Entered: 02/22/2019) |
| 02/22/2019 | [706](#) | Final Application for Final Professional Compensation *of Robins Kaplan* |

| | | |
|---|---|---|
| | (129 pgs) | *LLP, as Counsel to the Official Committee of Unsecured Creditors* for Robins Kaplan LLP, Creditor Comm. Aty, period: 5/18/2018 to 1/31/2019, fee:$1032932.50, expenses: $33679.83. filed by Scott F. Gautier with hearing to be held on 3/19/2019 at 11:00 AM at Courtroom 617 (MEW) Responses due by 3/12/2019,. (Gautier, Scott) (Entered: 02/22/2019) |
| 02/22/2019 | [707](#) (77 pgs) | Final Application for Final Professional Compensation *of Duff & Phelps Securities, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors* for Duff & Phelps Securities, LLC, Accountant, period: 5/23/2018 to 1/31/2019, fee:$200954.80, expenses: $0. filed by Scott F. Gautier with hearing to be held on 3/19/2019 at 11:00 AM at Courtroom 617 (MEW) Responses due by 3/12/2019,. (Gautier, Scott) (Entered: 02/22/2019) |
| 02/22/2019 | [708](#) (135 pgs; 6 docs) | Application for Final Professional Compensation */THIRD INTERIM AND FINAL APPLICATION FOR ALLOWANCE OF AND COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND ALLOWANCE AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES* for Winston & Strawn LLP, Debtor's Attorney, period: 11/1/2018 to 1/31/2019, fee:~~$2,029,760.90~~ $305,511.00 , expenses: ~~$64,422.34~~ $8,766.66. filed by Winston & Strawn LLP with hearing to be held on 3/19/2019 at 11:00 AM at Courtroom 617 (MEW) Responses due by 3/12/2019,. (Attachments: # [1](#) Exhibit A # [2](#) Exhibit B # [3](#) Exhibit C # [4](#) Exhibit D # [5](#) Exhibit E) (Hardman, Carrie) Modified on 3/20/2019 (Rouzeau, Anatin). (Entered: 02/22/2019) |
| 02/22/2019 | [709](#) (3 pgs) | Notice of Hearing */NOTICE OF HEARING ON FINAL APPLICATIONS FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES* (related document(s)[708](#), [707](#), [699](#), [706](#)) filed by Carrie V Hardman on behalf of Relativity Media, LLC. with hearing to be held on 3/19/2019 at 11:00 AM at Courtroom 617 (MEW) Objections due by 3/12/2019, (Hardman, Carrie) (Entered: 02/22/2019) |
| 02/26/2019 | [710](#) (3 pgs) | Affidavit of Service *of Exmelihn Reyes Regarding Notice of Occurrence of Effective Date of Debtors' and the Creditors' Committee's Second Amended Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code* (related document(s)[690](#)) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 02/26/2019) |
| 02/26/2019 | [711](#) (78 pgs) | Motion for Payment of Administrative Expenses */ Application of Crystal Screens Media Inc. for Allowance and Payment of Administrative Priority Expenses* for Crystal Screens Media Inc., Other Professional, period: 5/3/2018 to 1/31/2019, fee:$123,074.55, expenses: $3,493.96. filed by Crystal Screens Media Inc. with hearing to be held on 3/19/2019 at 11:00 AM at Courtroom 617 (MEW) Responses due by 3/12/2019,. (Kelsey, Matthew) (Entered: 02/26/2019) |
| 02/26/2019 | [712](#) (59 pgs) | Declaration *of Thomas Fitzgerald in Support of the Application of Crystal Screens Media Inc. for Allowance and Payment of Administrative Priority Expenses* (related document(s)[711](#)) filed by Matthew K. Kelsey on behalf of Crystal Screens Media Inc.. (Kelsey, Matthew) (Entered: 02/26/2019) |
| 02/26/2019 | [713](#) (3 pgs) | Declaration *of Scott Gautier in Support of the Application of Crystal Screens Media Inc. for Allowance and Payment of Administrative Priority Expenses* (related document(s)[711](#)) filed by Matthew K. Kelsey |

| | | on behalf of Crystal Screens Media Inc.. (Kelsey, Matthew) (Entered: 02/26/2019) |
|---|---|---|
| 02/27/2019 | [714](#)<br>(3 pgs) | Order signed on 2/27/2019 approving timetable for substantial consummation of second amended chapter 11 plan of liquidation and entry of final decree (related document(s)[698](#)). (DePierola, Jacqueline) (Entered: 02/27/2019) |
| 02/27/2019 | [715](#)<br>(6 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Notice of Filing of the Third Interim and Final Application of Winston & Strawn LLP, as Counsel to the Debtors, for Allowance of and Compensation for Professional Services Rendered and Allowance and Reimbursement of Actual and Necessary Expenses for the Period May 3, 2018 through and Including January 31, 2019 and Notice of Hearing on Final Applications for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* (related document(s)[708](#), [709](#)) filed by Prime Clerk LLC Claims Agent.(Steele, Benjamin) (Entered: 02/27/2019) |
| 02/28/2019 | [716](#)<br>(53 pgs) | Motion for Objection to Claim(s) Number: 568, 572 *Notice of Objection and Objection of Relativity Liquidating Trust to Allowance of Claim Nos. 568 and 572 Filed by Carol Genis* with hearing to be held on 4/10/2019 at 11:00 AM at Courtroom 617 (MEW) Responses due by 4/3/2019, filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. (Gautier, Scott) (Entered: 02/28/2019) |
| 02/28/2019 | [717](#)<br>(3 pgs) | Amended Notice of Hearing *re: Objection of Relativity Liquidating Trust to Allowance of Claim Nos. 568 and 572 Filed by Carol Genis* (related document(s)[716](#)) filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 4/10/2019 at 11:00 AM at Courtroom 617 (MEW) Objections due by 4/3/2019, (Gautier, Scott) (Entered: 02/28/2019) |
| 03/01/2019 | [718](#)<br>(10 pgs) | Motion for Payment of Administrative Expenses . filed by Film Musicians Secondary Markets Fund. (Sharf, Mark) (Entered: 03/01/2019) |
| 03/01/2019 | [719](#)<br>(3 pgs) | Certificate of Service (related document(s)[718](#)) Filed by Mark Meir Sharf on behalf of Film Musicians Secondary Markets Fund. (Sharf, Mark) (Entered: 03/01/2019) |
| 03/01/2019 | [720](#)<br>(2 pgs) | Notice of Withdrawal *of Motion for Entry of an Order Modifying the Automatic Stay, to the Extent Applicable, to Permit Payment of Defense Costs Under the Debtors' Directors & Officers Policies* (related document(s)[688](#)) filed by Shana Elberg on behalf of Ryan Kavanaugh. (Elberg, Shana) (Entered: 03/01/2019) |
| 03/01/2019 | [721](#)<br>(57 pgs) | Final Application for Final Professional Compensation / *Combined Monthly, Interim and Final Fee Application of Prime Clerk LLC, as Administrative Advisor to the Debtors, for Services Rendered and Reimbursement of Expenses for (i) the Combined Monthly Period from November 1, 2018 through January 31, 2019; (ii) the Interim Period from May 3, 2018 through October 31, 2018; and (iii) the Final Period from May 3, 2018 through January 31, 2019* for Prime Clerk LLC Claims Agent, Other Professional, period: 5/3/2018 to 1/31/2019, fee: ~~$68,708.11~~ $50,396.85 , expenses: ~~$1,474.64~~ 1,318.23 . filed by Prime Clerk LLC Claims Agent with hearing to be held on 3/19/2019 at 11:00 AM at Courtroom 617 (MEW) Responses due by 3/15/2019,. |

(Adler, Adam) Modified on 3/20/2019 (Rouzeau, Anatin). (Entered: 03/01/2019)

| 03/05/2019 | 722 (8 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Notice of Objection and Amended Notice of Objection of Relativity Liquidating Trust to Allowance of Claim Nos. 568 and 572 Filed by Carol Genis* (related document(s)717, 716) filed by Prime Clerk LLC Claims Agent.(Steele, Benjamin) (Entered: 03/05/2019) |
| --- | --- | --- |
| 03/06/2019 | 723 (6 pgs) | Affidavit of Service *of Paul Pullo Regarding Notice of Filing Combined Monthly, Interim and Final Fee Application of Prime Clerk LLC, as Administrative Advisor to the Debtors, for Services Rendered and Reimbursement of Expenses for (I) the Combined Monthly Period from November 1, 2018 through January 31, 2019; (II) the Interim Period from May 3, 2018 through October 31, 2018; and (III) the Final Period from May 3, 2018 through January 31, 2019* (related document(s)721) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 03/06/2019) |
| 03/06/2019 | 724 (3 pgs) | Affidavit of Service *(Supplemental) of Exmelihn Reyes Regarding Notice of Occurrence of Effective Date of Debtors' and the Creditors' Committee's Second Amended Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code* (related document(s)690) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 03/06/2019) |
| 03/08/2019 | 725 (13 pgs) | Transcript regarding Hearing Held on 10/18/2018 at 10:57 am RE: Hearing RE: applications for compensation by: M-III Partners Winston & Strawn LLP Willkie Farr & Gallagher LLP Robins Kaplan LLP. Remote electronic access to the transcript is restricted until 6/6/2019. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 3/15/2019. Statement of Redaction Request Due By 3/29/2019. Redacted Transcript Submission Due By 4/8/2019. Transcript access will be restricted through 6/6/2019. (Lewis, Tenille) (Entered: 03/11/2019) |
| 03/11/2019 | 726 (16 pgs; 2 docs) | Objection to Motion */ Final Fee Applications of: (1) Robins Kaplan LLP (As Counsel to Official Committee of Unsecured Creditors); and (2) Crystal Screens Media Inc. (As Co-Chair of Official Committee of Unsecured Creditors)* (related document(s)711, 706) filed by Harley J. Goldstein on behalf of WWE Studios, Inc.. (Attachments: # 1 Exhibit A) (Goldstein, Harley) (Entered: 03/11/2019) |
| 03/11/2019 | 727 (2 pgs) | Certificate of Service */ Notice of Filing* (related document(s)726) filed by Harley J. Goldstein on behalf of WWE Studios, Inc.. (Goldstein, Harley) (Entered: 03/11/2019) |
| 03/11/2019 | 728 (12 pgs) | Affidavit of Service *re: (1) Third Interim And Final Application Of Robins Kaplan LLP, As Counsel To The Official Committee Of Unsecured Creditors, For Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses; And (2) First Interim And Final Application Of Duff & Phelps Securities LLC, As Financial Advisor To The Official Committee Of Unsecured Creditors, For Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses* (related document(s)707, 706) Filed by Scott F. Gautier on behalf of OFFICIAL |

| | | COMMITTEE OF UNSECURED CREDITORS. (Gautier, Scott) (Entered: 03/11/2019) |
|---|---|---|
| 03/14/2019 | 729 (2 pgs; 2 docs) | Application for Pro Hac Vice Admission filed by Nathaniel Ku on behalf of Universal Music Enterprises, a division of UMG Recordings, Inc.. (Attachments: # 1 Proposed Order) (Ku, Nathaniel) . (Entered: 03/14/2019) |
| 03/14/2019 | 730 (13 pgs) | Objection to Motion *for administrative claim under Section 503 of the Bankruptcy Code* (related document(s)711) filed by Greg M. Zipes on behalf of United States Trustee. with hearing to be held on 3/19/2019 at 11:00 AM at Courtroom 617 (MEW) (Zipes, Greg) (Entered: 03/14/2019) |
| 03/15/2019 | 731 (1 pg) | Order signed on 3/15/2019 admitting Nathaniel Ku, Esq. to practice pro hac vice in this Court (Related Doc # 729). (DePierola, Jacqueline) (Entered: 03/15/2019) |
| 03/15/2019 | 732 (13 pgs) | Reply to Motion *Reply of Robins Kaplan LLP to WWE Studios, Inc.'s Objection to Final Fee Applications of: (1) Robins Kaplan LLP (as Counsel to Official Committee of Unsecured Creditors); and (2) Crystal Screens Media Inc. (as Co-chair of Official Committee of Unsecured Creditors)* (related document(s)706) filed by Scott F. Gautier on behalf of Robins Kaplan LLP. (Gautier, Scott) (Entered: 03/15/2019) |
| 03/15/2019 | 733 (8 pgs) | Objection *Evidentiary Objections of Robins Kaplan LLP to Declaration of Matthew A. Rivela in Support of WWE Studios, Inc.'s Objection to Final Fee Applications of: (1) Robins Kaplan LLP (as Counsel to Official Committee of Unsecured Creditors); and (2) Crystal Screens Media Inc. (as Co-chair of Official Committee of Unsecured Creditors)* (related document(s)726) filed by Scott F. Gautier on behalf of Robins Kaplan LLP. (Gautier, Scott) (Entered: 03/15/2019) |
| 03/15/2019 | 734 (5 pgs) | Notice of Agenda *of Matters Scheduled for Hearing on March 19, 2019 at 11:00 a.m. (ET)* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 3/19/2019 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 03/15/2019) |
| 03/15/2019 | 735 (5 pgs) | Amended Notice of Agenda *of Matters Scheduled for Hearing on March 19, 2019 at 11:00 a.m. (ET)* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 3/19/2019 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 03/15/2019) |
| 03/18/2019 | 736 (7 pgs) | Notice of Proposed Order *Approving Third Interim and Final Applications for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* (related document(s)708, 707, 699, 706, 721) filed by Carrie V Hardman on behalf of Winston & Strawn LLP. with hearing to be held on 3/19/2019 at 11:00 AM at Courtroom 617 (MEW) (Hardman, Carrie) (Entered: 03/18/2019) |
| 03/18/2019 | 737 (8 pgs) | Amended Notice of Agenda *Notice of Second Amended Agenda of Matters Scheduled for Hearing on March 19, 2019 at 11:00 a.m. (ET)* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 3/19/2019 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 03/18/2019) |

| 03/18/2019 | 738 (7 pgs) | Affidavit of Service of Asir U. Ashraf Regarding Reply of Robins Kaplan LLP to WWE Studios, Inc.'s Objection to Final Fee Applications of: (1) Robins Kaplan LLP (as Counsel to Official Committee of Unsecured Creditors); and (2) Crystal Screens Media Inc. (as Co-Chair of Official Committee of Unsecured Creditors), Evidentiary Objections of Robins Kaplan LLP to Declaration of Matthew A. Rivela in Support of WWE Studios, Inc.'s Objection to Final Fee Application of: (1) Robins Kaplan LLP (as Counsel to Official Committee of Unsecured Creditors); and (2) Crystal Screens Media Inc. (as Co-Chair of Official Committee of Unsecured Creditors), Notice of Agenda, and Amended Notice of Agenda (related document(s)734, 733, 732, 735) filed by Prime Clerk LLC Claims Agent.(Steele, Benjamin) (Entered: 03/18/2019) |
| 03/20/2019 | 739 (1 pg) | Order signed on 3/20/2019 denying application of Crystal Screen Media Inc. for allowance and payment of administrative priority expenses (Related Doc # 711). (DePierola, Jacqueline) (Entered: 03/20/2019) |
| 03/20/2019 | 740 (4 pgs) | Order signed on 3/20/2019 Granting Third Interim and Final Application for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses (Related Doc # 699)for M-III Partners, fees awarded: $169747.25, expense awarded: $3431.61, Granting Application for Final Professional Compensation (Related Doc # 707)for Duff & Phelps Securities, LLC, fees awarded: $40190.96, expense awarded: $0.00, Granting Application for Final Professional Compensation (Related Doc # 708)for Winston & Strawn LLP, fees awarded: $233527.19, expense awarded: $8766.66, Granting Application for Final Professional Compensation (Related Doc # 721)for Prime Clerk LLC Claims Agent, fees awarded: $10079.37, expense awarded: $1318.23 . (Rouzeau, Anatin) (Entered: 03/20/2019) |
| 03/21/2019 | 741 (8 pgs) | Affidavit of Service of Nuno Cardoso Regarding Notice of Second Amended Agenda of Matters Scheduled For Hearing on March 19, 2019 (related document(s)737) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 03/21/2019) |
| 03/25/2019 | 742 (45 pgs) | Transcript regarding Hearing Held on 03/19/2019 at 11:12 am RE: Application of Crystal Screens Media Inc. for allowance and payment of administrative priority expenses Objection Filed by UST Objection filed by WWE Studios Motion re: Debtors' Third Omnibus Objection to Claims Number: Claims of RM Bidder LLC)...et al. Remote electronic access to the transcript is restricted until 6/24/2019. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 708, 736, 707, 706, 721). Notice of Intent to Request Redaction Deadline Due By 4/1/2019. Statement of Redaction Request Due By 4/15/2019. Redacted Transcript Submission Due By 4/25/2019. Transcript access will be restricted through 6/24/2019. (Lewis, Tenille) (Entered: 03/29/2019) |
| 03/29/2019 | 743 (4 pgs) | Supplemental Declaration of Scott F. Gautier in Support of Third Interim and Final Application of Robins Kaplan LLP, as Counsel to the Official Committee of Unsecured Creditors, for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses (related document(s)706) filed by Scott F. Gautier on behalf of Robins Kaplan LLP. (Gautier, Scott) (Entered: 03/29/2019) |
| 03/29/2019 | 744 (2 pgs) | Notice of Withdrawal of Objection of WWE Studios, Inc. To Final Fee Application of Robins Kaplan LLP (as Counsel to the Official Committee |

| | | |
|---|---|---|
| | | *of Unsecured Creditors)* (related document(s)726) filed by Harley J. Goldstein on behalf of WWE Studios, Inc.. (Goldstein, Harley) (Entered: 03/29/2019) |
| 03/29/2019 | 745 (4 pgs) | Notice of Agenda filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 4/2/2019 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 03/29/2019) |
| 04/01/2019 | 746 (50 pgs; 2 docs) | Statement / *Reservation of Rights of the United States Trustee in Connection with the Fee Application of Robins Kaplan LLP* (related document(s)726, 743, 706) filed by Benjamin J. Higgins on behalf of United States Trustee. (Attachments: # 1 Exhibit A - Transcript of March 19, 2019 Hearing) (Higgins, Benjamin) (Entered: 04/01/2019) |
| 04/01/2019 | 747 (4 pgs) | Amended Notice of Agenda filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 4/2/2019 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 04/01/2019) |
| 04/01/2019 | 748 (8 pgs) | Affidavit of Service *of Paul Pullo Regarding Notice of Agenda of Matters Scheduled for Hearing on April 2, 2019 at 11:00 a.m. (ET)* (related document(s)745) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 04/01/2019) |
| 04/02/2019 | 749 (7 pgs) | Notice of Presentment *of Stipulation and Agreed Order regarding Claims of RM Bidder LLC* (related document(s)657) filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with presentment to be held on 4/11/2019 at 12:00 PM at Courtroom 617 (MEW) Objections due by 4/8/2019, (Gautier, Scott) (Entered: 04/02/2019) |
| 04/04/2019 | 750 (8 pgs) | Affidavit of Service *of Paul Pullo Regarding Amended Notice of Agenda of Matters Scheduled for Hearing on* (related document(s)747) filed by Prime Clerk LLC Claims Agent.(Malo, David) (Entered: 04/04/2019) |
| 04/05/2019 | 751 (8 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Notice of Presentment of Stipulation and Agreed Order Regarding Claims of RM Bidder LLC* (related document(s)749) filed by Prime Clerk LLC Claims Agent. (Steele, Benjamin) (Entered: 04/05/2019) |
| 04/08/2019 | 752 (3 pgs) | Notice of Agenda *of Matters Scheduled for Hearing on April 10, 2019 at 11:00 a.m. (ET)* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 4/10/2019 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 04/08/2019) |
| 04/09/2019 | 753 (8 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Notice of Agenda of Matters Scheduled for Hearing on April 10, 2019 at 11 :00 a.m.* (related document(s)752) filed by Prime Clerk LLC Claims Agent.(Malo, David) (Entered: 04/09/2019) |
| 04/11/2019 | 754 (5 pgs) | So Ordered Stipulation and Agreed Order signed on 4/11/2019 regarding claims of RM Bidder LLC (related document(s)749). (DePierola, Jacqueline) (Entered: 04/11/2019) |
| 04/12/2019 | 755 (42 pgs) | Motion to Disallow Claims *First Omnibus Objection of Relativity Liquidating Trust to Certain Claims (Claims of Heatherden Securities LLC)* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust with hearing to be held on 5/14/2019 at 11:00 AM at Courtroom 617 |

| | | (MEW) Responses due by 5/7/2019,. (Gautier, Scott) (Entered: 04/12/2019) |
|---|---|---|
| 04/12/2019 | 756 (29 pgs) | Motion to Disallow Claims *Second Omnibus Objection of Relativity Liquidating Trust to Certain Claims (Claims of Manchester Securities Corp.)* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust with hearing to be held on 5/14/2019 at 11:00 AM at Courtroom 617 (MEW) Responses due by 5/7/2019,. (Gautier, Scott) (Entered: 04/12/2019) |
| 04/16/2019 | 758 (29 pgs) | Transcript regarding Hearing Held on 12/18/2018 at 11:11 am RE: Hearing RE: Applications for compensation by: Winston & Strawn LLP (Counsel to the Debtors) Robins Kaplan LLP (Creditor Comm. Aty) M-III Partners (Interim Management Services) Motion by Carol Genis for relief from stay. Remote electronic access to the transcript is restricted until 7/15/2019. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 4/23/2019. Statement of Redaction Request Due By 5/7/2019. Redacted Transcript Submission Due By 5/17/2019. Transcript access will be restricted through 7/15/2019. (Lewis, Tenille) (Entered: 04/18/2019) |
| 04/17/2019 | 757 (11 pgs) | Affidavit of Service *of Stephanie Jordan Regarding First Omnibus Objection of Relativity Liquidating Trust to Certain Claims (Claims of Heatherden Securities LLC) and Second Omnibus Objection of Relativity Liquidating Trust to Certain Claims (Claims of Manchester Securities Corp.)* (related document(s)755, 756) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 04/17/2019) |
| 04/19/2019 | 759 (4 pgs) | Notice of Agenda *of Matters Scheduled for Hearing on April 23, 2019 at 11:00 a.m. (ET)* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 4/23/2019 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 04/19/2019) |
| 04/19/2019 | 760 (4 pgs) | Post-Confirmation Report. *Relativity Liquidating Trust's Post-Confirmation Quarterly Operating Report for the Period from January 31, 2019 to March 31, 2019* Filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. (Gautier, Scott) (Entered: 04/19/2019) |
| 04/22/2019 | 761 (9 pgs) | Affidavit of Service *of James Mapplethorpe Regarding Notice of Agenda and Relativity Liquidating Trust's Post-Confirmation Quarterly Operating Report for the Period from January 31, 2019 to March 31, 2019* (related document(s)759, 760) filed by Prime Clerk, LLC.(Steele, Benjamin) (Entered: 04/22/2019) |
| 04/23/2019 | 762 (4 pgs; 2 docs) | Notice of Withdrawal *of Objection of Tarsem Singh and Oedipus Productions, Inc.* (related document(s)413) filed by Michael I. Gottfried on behalf of Oedipus Productions, Inc.. (Attachments: # 1 Certificate of Service)(Gottfried, Michael) (Entered: 04/23/2019) |
| 04/23/2019 | 763 (4 pgs; 2 docs) | Notice of Withdrawal *of Statement of Steven Soderbergh and Populist Pictures, Inc.* (related document(s)410) filed by Michael I. Gottfried on behalf of Populist Pictures, Inc.. (Attachments: # 1 Certificate of Service) (Gottfried, Michael) (Entered: 04/23/2019) |
| 04/23/2019 | 764 | Notice of Change of Address of Creditor *s* filed by Michael I. Gottfried |

| | | |
|---|---|---|
| | | on behalf of BlackWhite LLC, Oedipus Productions, Inc., Pioneer Pictures, LLC, Populist Pictures, Inc.. (Gottfried, Michael) (Entered: 04/23/2019) |
| 04/26/2019 | 765 (9 pgs) | Notice of Presentment *of Stipulation and Order regarding the Film Musicians Fund's Request for Allowance and Payment of Administrative Claim* (related document(s)718) filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with presentment to be held on 4/29/2019 at 12:00 PM at Courtroom 617 (MEW) Objections due by 4/29/2019, (Gautier, Scott) (Entered: 04/26/2019) |
| 04/26/2019 | 766 (9 pgs) | Motion to Shorten Time *with respect to Approval of Stipulation and Order regarding the Film Musicians Fund's Request for Allowance and Payment of Administrative Claim* (related document(s)765) filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. (Gautier, Scott) (Entered: 04/26/2019) |
| 04/26/2019 | 767 (2 pgs) | Notice of Change of Address of Debtor *Notice of Change of Address for Trustee of the Relativity Liquidating Trust* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. (Gautier, Scott) (Entered: 04/26/2019) |
| 04/29/2019 | 768 (6 pgs) | Notice of Proposed Order *Notice of Presentment of Order Granting Relief from the Automatic Stay and Referring Matter to Arbitration* (related document(s)577) filed by Hamid R. Rafatjoo on behalf of Carol Genis. (Rafatjoo, Hamid) (Entered: 04/29/2019) |
| 04/29/2019 | 769 (2 pgs) | Certificate of Service (related document(s)768) filed by Hamid R. Rafatjoo on behalf of Carol Genis. (Rafatjoo, Hamid) (Entered: 04/29/2019) |
| 04/29/2019 | 770 (8 pgs) | Notice of Counter-Proposed Order *Notice of Alternate Proposed Order Granting Relief from Stay and Referring Matter to Arbitration* (related document(s)768) filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. (Gautier, Scott) (Entered: 04/29/2019) |
| 04/29/2019 | 771 (2 pgs) | Order April 29, 2019 shortening time with respect to approval of stipulation and order regarding the Film Musicians Fund's request for allowance and payment of administrative claim (related document(s)766). Stipulation to be presented for signature on May 2, 2019 at 12:00 PM. (DePierola, Jacqueline) (Entered: 04/29/2019) |
| 05/01/2019 | 772 (7 pgs) | Affidavit of Service *of James Mapplethorpe Regarding (Proposed) Stipulation and Order regarding the Film Musicians Fund's Request for Allowance and Payment of Administrative Claim and Relativity Liquidating Trusts Motion for an Order Shortening Time with respect to Approval of Stipulation and Order regarding the Film Musicians Fund's Request for Allowance and Payment of Administrative Claim* (related document(s)765, 766) filed by Prime Clerk LLC Claims Agent.(Steele, Benjamin) (Entered: 05/01/2019) |
| 05/01/2019 | 773 (7 pgs) | Order signed on 5/1/2019 granting partial relief from the automatic stay and referring matter to arbitration for liquidation of claims RE: Carol Genis(related document(s)770, 768, 577). (DePierola, Jacqueline) (Entered: 05/01/2019) |
| 05/02/2019 | 774 | Affidavit of Service *Of James Mapplethorpe Regarding Notice of Change* |

| | | |
|---|---|---|
| | (6 pgs) | *of Address for DriveTrain, LLC* (related document(s)767) filed by Prime Clerk, LLC.(Steele, Benjamin) (Entered: 05/02/2019) |
| 05/02/2019 | 775 (6 pgs) | So Ordered Stipulation signed on 5/2/2019 regarding the Film Musicians Fund's request for allowance and payment of administrative claim (related document(s)765). (DePierola, Jacqueline) (Entered: 05/02/2019) |
| 05/02/2019 | 776 (9 pgs) | Affidavit of Service *of Asir U. Ashraf Regarding Notice of Alternate Proposed Order Granting Relief from Stay and Referring Matter to Arbitration and Order Shortening Time with Respect to Approval of Stipulation and Order regarding the Film Musicians Fund's Request for Allowance and Payment of Administrative Claim* (related document(s)771, 770) filed by Prime Clerk, LLC.(Steele, Benjamin) (Entered: 05/02/2019) |
| 05/02/2019 | 777 (25 pgs) | Notice of Presentment *of Stipulation and Order regarding Certain Claims of Sheppard Mullin Richter & Hampton LLP* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with presentment to be held on 5/16/2019 at 12:00 PM at Courtroom 617 (MEW) Objections due by 5/13/2019, (Gautier, Scott) (Entered: 05/02/2019) |
| 05/03/2019 | 778 (31 pgs) | Notice of Presentment *of Stipulation and Order regarding Certain Claims of Motion Picture Industry Pension Plan and Motion Picture Industry Health Plan* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with presentment to be held on 5/17/2019 at 12:00 PM at Courtroom 617 (MEW) Objections due by 5/14/2019, (Gautier, Scott) (Entered: 05/03/2019) |
| 05/03/2019 | 779 (39 pgs) | Notice of Presentment *of Stipulation and Order regarding Certain Claims of Producer-Writers Guild of America Pension Plan and Writers' Guild-Industry Health Fund* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with presentment to be held on 5/17/2019 at 12:00 PM at Courtroom 617 (MEW) Objections due by 5/14/2019, (Gautier, Scott) (Entered: 05/03/2019) |
| 05/03/2019 | 780 (39 pgs) | Notice of Presentment *of Stipulation and Order regarding Certain Claims of SAG-AFTRA Health Plan and SAG-Producers Pension Plan* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with presentment to be held on 5/17/2019 at 12:00 PM at Courtroom 617 (MEW) Objections due by 5/14/2019, (Gautier, Scott) (Entered: 05/03/2019) |
| 05/03/2019 | 781 (67 pgs) | Notice of Presentment *of Stipulation and Order regarding Certain Claims of Writers Guild of America West, Inc.* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with presentment to be held on 5/17/2019 at 12:00 PM at Courtroom 617 (MEW) Objections due by 5/14/2019, (Gautier, Scott) (Entered: 05/03/2019) |
| 05/03/2019 | 782 (68 pgs; 2 docs) | Notice of Presentment *of Stipulation and Order regarding Certain Claims of Screen Actors Guild-American Federation of Television and Radio Artists* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with presentment to be held on 5/17/2019 at 12:00 PM at Courtroom 617 (MEW) Objections due by 5/14/2019, (Attachments: # 1 Exhibit)(Gautier, Scott) (Entered: 05/03/2019) |
| 05/07/2019 | 783 (6 pgs) | Affidavit of Service *of Stephanie Jordan Regarding Notice of Presentment of Stipulation and Order Regarding Certain Claims of Sheppard Mullin Richter & Hampton LLP* (related document(s)777) Filed by Adam M. |

| | | Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 05/07/2019) |
|---|---|---|
| 05/08/2019 | [784](#)<br>(7 pgs) | Affidavit of Service *of Nuno Cardoso Regarding (Proposed) Stipulation and Order regarding Certain Claims of Motion Picture Industry Pension Plan and Motion Picture Industry Health Plan, (Proposed) Stipulation and Order regarding Certain Claims of Producer-Writers Guild of America Pension Plan and Writers' Guild-Industry Health Fund, (Proposed) Stipulation and Order regarding Certain Claims of SAG-AFTRA Health Plan and SAG-Producers Pension Plan, (Proposed) Stipulation and Order regarding Certain Claims of Writers Guild of America West, Inc. and (Proposed) Stipulation and Order regarding Certain Claims of Screen Actors Guild-American Federation of Television and Radio Artists* (related document(s)[781](#), [780](#), [782](#), [778](#), [779](#)) Filed by Adam M. Adler on behalf of Prime Clerk LLC Claims Agent. (Adler, Adam) (Entered: 05/08/2019) |
| 05/08/2019 | [785](#)<br>(17 pgs) | Notice of Presentment *of Stipulation and Order regarding Certain Claims of Kasowitz Benson Torres & Friedman LLP* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with presentment to be held on 5/23/2019 at 12:00 PM at Courtroom 617 (MEW) Objections due by 5/20/2019, (Gautier, Scott) (Entered: 05/08/2019) |
| 05/10/2019 | [786](#)<br>(8 pgs) | Certificate of No Objection Pursuant to LR 9075-2 *Certificate of No Objection under 28 U.S.C. § 1746 regarding First and Second Omnibus Objections to Certain Claims* (related document(s)[755](#), [756](#)) Filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. (Gautier, Scott) (Entered: 05/10/2019) |
| 05/10/2019 | [787](#)<br>(6 pgs) | Notice of Agenda *of Matters Scheduled for Hearing on May 14, 2019 at 11:00 a.m. (ET)* Filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 5/14/2019 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 05/10/2019) |
| 05/13/2019 | [788](#)<br>(8 pgs) | Affidavit of Service *of Gerhald R. Pasabangi Regarding Certificate of No Objection Regarding First and Second Omnibus Objections to Certain Claims and Notice of Agenda of Matters Scheduled for Hearing on May 14, 2019 at 11:00 a.m. (ET)* (related document(s)[786](#), [787](#)) filed by Prime Clerk, LLC.(Steele, Benjamin) (Entered: 05/13/2019) |
| 05/13/2019 | [789](#)<br>(6 pgs) | Affidavit of Service *of Nuno Cardoso Regarding (Proposed) Stipulation and Order Regarding Certain Claims of Kasowitz Benson Torres & Friedman LLP* (related document(s)[785](#)) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 05/13/2019) |
| 05/16/2019 | [790](#)<br>(2 pgs) | Order signed on 5/16/2019 granting second omnibus objection of Relativity Liquidating Trust to certain claims (claims of Manchester Securities Corp.) (Related Doc # [756](#)). (DePierola, Jacqueline) (Entered: 05/16/2019) |
| 05/16/2019 | [791](#)<br>(2 pgs) | Order signed on 5/16/2019 granting first omnibus objection of Relativity Liquidating Trust to certain claims (claims of Heatherden Securities LLC) (Related Doc # [755](#)). (DePierola, Jacqueline) (Entered: 05/16/2019) |
| 05/16/2019 | [792](#)<br>(23 pgs; 2 docs) | So Ordered Stipulation signed on 5/16/2019 regarding certain claims of Sheppard Mullin Richter & Hampton LLP (related document(s)[777](#)). (DePierola, Jacqueline) (Entered: 05/16/2019) |

| 05/19/2019 | 793<br>(3 pgs) | Notice of Agenda *of Matters Scheduled for Hearing on May 21, 2019 at 10:00 a.m. ET* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 5/21/2019 at 10:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 05/19/2019) |
| --- | --- | --- |
| 05/20/2019 | 794<br>(65 pgs; 2 docs) | So Ordered Stipulation signed on 5/20/2019 regarding certain claims of Writers Guild of America West, Inc. (related document(s)781). (DePierola, Jacqueline) (Entered: 05/20/2019) |
| 05/20/2019 | 795<br>(37 pgs; 2 docs) | So Ordered Stipulation signed on 5/20/2019 regarding certain claims of SAG-Aftra Health Plan and SAG-Producers Pension Plan (related document(s)780). (DePierola, Jacqueline) (Entered: 05/20/2019) |
| 05/20/2019 | 796<br>(29 pgs; 2 docs) | So Ordered Stipulation signed on 5/20/2019 regarding certain claims of motion Picture Industry Pension Plan and Motion Picture Industry Health Plan (related document(s)778). (DePierola, Jacqueline) (Entered: 05/20/2019) |
| 05/20/2019 | 797<br>(37 pgs; 2 docs) | So Ordered Stipulation signed on 5/20/2019 regarding certain claims of Producer-Writers Guild of America Pension Plan and Writers' Guild-Industry Health Fund (related document(s)779). (DePierola, Jacqueline) (Entered: 05/20/2019) |
| 05/20/2019 | 798<br>(37 pgs; 2 docs) | So Ordered Stipulation signed on 5/20/2019 regarding certain claims of Screen Actors Guild-American Federation of Television and Radio Artists (related document(s)782). (DePierola, Jacqueline) (Entered: 05/20/2019) |
| 05/22/2019 | 799<br>(6 pgs) | Affidavit of Service *of James Mapplethorpe Regarding Notice of Agenda of Matters Scheduled for Hearing on May 21, 2019 at 10:00 a.m. (ET)* (related document(s)793) Filed by Adam M. Adler on behalf of Prime Clerk, LLC. (Adler, Adam) (Entered: 05/22/2019) |
| 05/23/2019 | 800<br>(16 pgs; 2 docs) | So Ordered Stipulation signed on 5/23/2019 regarding certain claims of Kasowitz Benson Torres & Friedman LLP (related document(s)785). (DePierola, Jacqueline) (Entered: 05/23/2019) |
| 05/24/2019 | 801<br>(5 pgs) | Order signed on 5/23/2019 Granting Third Interim and Final Application of Robins Kaplan LLP for Compensation for Professional Services Rendered and Reimbursement of Expenses(Related Doc # 706)for Robins Kaplan LLP, fees awarded: $255296.44, expense awarded: $6671.94 . (Rouzeau, Anatin) (Entered: 05/24/2019) |
| 06/03/2019 | 802<br>(11 pgs) | Transcript regarding Hearing Held on 05/21/2019 10:13 am RE: Status re: Robins Kaplan fee application. Reservation of rights filed by the UST.. Remote electronic access to the transcript is restricted until 9/3/2019. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: eScribers, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 6/10/2019. Statement of Redaction Request Due By 6/24/2019. Redacted Transcript Submission Due By 7/8/2019. Transcript access will be restricted through 9/3/2019. (Lewis, Tenille) (Entered: 06/05/2019) |
| 06/07/2019 | 803<br>(4 pgs) | Notice of Agenda *of Matters Scheduled for Hearing on June 11, 2019 at 11:00 a.m. (ET)* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 6/11/2019 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 06/07/2019) |

| | | |
|---|---|---|
| 06/10/2019 | [804](#)<br>(7 pgs) | Affidavit of Service *of Asir U. Ashraf Regarding Notice of Agenda of Matters Scheduled for Hearing on June 11, 2019 at 11:00 a.m. (ET)* (related document(s)[803](#)) Filed by Adam M. Adler on behalf of Prime Clerk LLC. (Adler, Adam) (Entered: 06/10/2019) |
| 06/14/2019 | [805](#)<br>(2 pgs) | Notice of Agenda *of Matters Scheduled for Hearing on June 18, 2019 at 11:00 a.m. (ET)* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 6/18/2019 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 06/14/2019) |
| 06/14/2019 | [806](#)<br>(4 pgs) | Notice of Adjournment of Hearing *Notice of Adjournment of Matters Scheduled for Hearing on July 9, 2019 at 11:00 a.m. (ET)* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 7/9/2019 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 06/14/2019) |
| 06/19/2019 | [807](#)<br>(7 pgs) | Affidavit of Service *Of James Mapplethorpe Regarding Notice of Agenda of Matters Schedule for Hearing on June 18, 2019 at 11:00 a.m. (ET) and Notice of Adjournment of Matters Scheduled for Hearing on July 9, 2019 at 11:00 a.m. (ET)* (related document(s)[805](#), [806](#)) filed by Prime Clerk LLC.(Steele, Benjamin) (Entered: 06/19/2019) |
| 06/25/2019 | [808](#)<br>(45 pgs) | Application for FRBP 2004 Examination *Motion of Relativity Liquidating Trust for an Order Authorizing the Examination of Ryan Kavanaugh and Production of Documents pursuant to Bankruptcy Rule 2004* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust with hearing to be held on 7/16/2019 at 11:00 AM at Courtroom 617 (MEW) Responses due by 7/9/2019,. (Gautier, Scott) (Entered: 06/25/2019) |
| 06/25/2019 | [809](#)<br>(45 pgs) | Application for FRBP 2004 Examination *Motion of Relativity Liquidating Trust for an Order Authorizing the Examination of Kenneth Lynch and Production of Documents pursuant to Bankruptcy Rule 2004* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust with hearing to be held on 7/16/2019 at 11:00 AM at Courtroom 617 (MEW) Responses due by 7/9/2019,. (Gautier, Scott) (Entered: 06/25/2019) |
| 06/25/2019 | [810](#)<br>(44 pgs) | Application for FRBP 2004 Examination *Motion of Relativity Liquidating Trust for an Order Authorizing the Examination of Kenneth Halsband and Production of Documents pursuant to Bankruptcy Rule 2004* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust with hearing to be held on 7/16/2019 at 11:00 AM at Courtroom 617 (MEW) Responses due by 7/9/2019,. (Gautier, Scott) (Entered: 06/25/2019) |
| 06/25/2019 | [811](#)<br>(44 pgs) | Application for FRBP 2004 Examination *Motion of Relativity Liquidating Trust for an Order Authorizing the Examination of Carol Genis and Production of Documents pursuant to Bankruptcy Rule 2004* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust with hearing to be held on 7/16/2019 at 11:00 AM at Courtroom 617 (MEW) Responses due by 7/9/2019,. (Gautier, Scott) (Entered: 06/25/2019) |
| 06/25/2019 | [812](#)<br>(4 pgs) | Declaration *of David Mack in Support of the Motions of Relativity Liquidating Trust for Order Authorizing the Examination of Certain Individuals and Production of Documents Pursuant to Bankruptcy Rule 2004* (related document(s)[810](#), [809](#), [811](#), [808](#)) filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 7/16/2019 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 06/25/2019) |

| | | |
|---|---|---|
| 06/28/2019 | 813<br>(9 pgs) | Affidavit of Service *of Kadeem Champagnie Regarding Motion of Relativity Liquidating Trust for an Order Authorizing the Examination of Ryan Kavanaugh and Production of Documents, Motion of Relativity Liquidating Trust for an Order Authorizing the Examination of Kenneth Lynch and Production of Documents, Motion of Relativity Liquidating Trust for an Order Authorizing the Examination of Kenneth Halsband and Production of Documents, Motion of Relativity Liquidating Trust for an Order Authorizing the Examination of Carol Genis and Production of Documents and Declaration of David Mack in Support of the Motions of Relativity Liquidating Trust for Orders Authorizing the Examination of Certain Individuals and Production of Documents* (related document(s)810, 809, 811, 808, 812) filed by Prime Clerk LLC.(Steele, Benjamin) (Entered: 06/28/2019) |
| 07/09/2019 | 814<br>(13 pgs) | Objection to Motion *for Order Authorizing Rule 2004 Examination* (related document(s)808) filed by Patrick Collins on behalf of Ryan Kavanaugh. (Collins, Patrick) (Entered: 07/09/2019) |
| 07/09/2019 | 815<br>(6 pgs; 2 docs) | Response to Motion */Response and Limited Objection of Kenneth Halsband to Motion of Relativity Liquidating Trust for an Order Authorizing the Examination of Kenneth Halsband and Production of Documents Pursuant to Bankruptcy Rule 2004* (related document(s)810) filed by Victor A. Sahn on behalf of Kenneth Halsband. (Attachments: # 1 Certificate of Service) (Sahn, Victor) (Entered: 07/09/2019) |
| 07/09/2019 | 816<br>(2 pgs; 2 docs) | Application for Pro Hac Vice Admission filed by Victor A. Sahn on behalf of Kenneth Halsband. (Attachments: # 1 Proposed Order) (Sahn, Victor) (Entered: 07/09/2019) |
| 07/09/2019 | | Receipt of Application for Pro Hac Vice Admission( 18-11358-mew) [motion,122] ( 200.00) Filing Fee. Receipt number A13305485. Fee amount 200.00. (Re: Doc # 816) (U.S. Treasury) (Entered: 07/09/2019) |
| 07/10/2019 | 817<br>(1 pg) | Order signed on 7/10/2019 admitting Victor a. Sahn, Esq. to practice pro hac vice in this Court (Related Doc # 816). (DePierola, Jacqueline) (Entered: 07/10/2019) |
| 07/12/2019 | 818<br>(5 pgs) | Notice of Agenda *Notice of Continued Hearing and Agenda of Matters Scheduled for Hearing on July 16, 2019 at 11:00 a.m. (ET)* (related document(s)810, 809, 811, 808, 716) Filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 7/16/2019 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 07/12/2019) |
| 07/15/2019 | 819<br>(6 pgs) | Certificate of No Objection Pursuant to LR 9075-2 *regarding Motion of Relativity Liquidating Trust for an Order Authorizing the Examination of Kenneth Lynch and Production of Documents pursuant to Bankruptcy Rule 2004* (related document(s)809) Filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. (Gautier, Scott) (Entered: 07/15/2019) |
| 07/16/2019 | 820<br>(2 pgs) | Order signed on 7/16/2019 granting motion of Relativity Liquidating Trust authorizing the examination of Kenneth Lynch and production of documents under rule 2004 (Related Doc # 809). (DePierola, Jacqueline) (Entered: 07/16/2019) |
| 07/16/2019 | 821<br>(3 pgs) | Joint Order signed on 7/16/2019 granting in part motion of Relativity Liquidating Trust authorizing the examination of Kenneth Halsband and |

| | | production of documents under rule 2004 (Related Doc # 810). (DePierola, Jacqueline) (Entered: 07/16/2019) |
|---|---|---|
| 07/16/2019 | 822 (15 pgs) | Motion to Extend Time *Motion of Relativity Liquidating Trust to Extend the Deadline to Object to Claims* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust with hearing to be held on 7/30/2019 at 11:00 AM at Courtroom 617 (MEW) Responses due by 7/23/2019,. (Gautier, Scott) (Entered: 07/16/2019) |
| 07/16/2019 | 823 (3 pgs) | Declaration *of David Mack in Support of the Motion of Relativity Liquidating Trust to Extend the Deadline to Object to Claims* (related document(s)822) filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 7/30/2019 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 07/16/2019) |
| 07/17/2019 | 824 (6 pgs) | Affidavit of Service *of James Mapplethorpe Regarding Notice of Continued Hearing and Agenda of Matters Scheduled for Hearing on July 16, 2019 at 11:00 a.m. (ET)* (related document(s)818) Filed by Adam M. Adler on behalf of Prime Clerk LLC. (Adler, Adam) (Entered: 07/17/2019) |
| 07/17/2019 | 825 (6 pgs) | Certificate of Service (related document(s)814) Filed by Patrick Collins on behalf of Ryan Kavanaugh. (Collins, Patrick) (Entered: 07/17/2019) |
| 07/19/2019 | 826 (2 pgs; 2 docs) | Application for Pro Hac Vice Admission filed by Farhad Novian on behalf of Ryan Kavanaugh. (Attachments: # 1 Proposed Order) (Novian, Farhad) (Entered: 07/19/2019) |
| 07/19/2019 | | Receipt of Application for Pro Hac Vice Admission( 18-11358-mew) [motion,122] ( 200.00) Filing Fee. Receipt number A13323832. Fee amount 200.00. (Re: Doc # 826) (U.S. Treasury) (Entered: 07/19/2019) |
| 07/19/2019 | 827 (2 pgs; 2 docs) | Application for Pro Hac Vice Admission filed by Nicolas Anwandter on behalf of Ryan Kavanaugh. (Attachments: # 1 Proposed Order) (Anwandter, Nicolas) (Entered: 07/19/2019) |
| 07/19/2019 | 828 (7 pgs) | Affidavit of Service *of James Mapplethorpe Regarding CNO regarding Examination of Kenneth Lynch, Order Authorizing Examination of Kenneth Lynch, Order Authorizing Examination of Kenneth Halsband, Motion to Extend Objection Deadline and Declaration in Support of the Motion to Extend Objection Deadline* (related document(s)819, 820, 823, 822, 821) filed by Prime Clerk LLC.(Steele, Benjamin) (Entered: 07/19/2019) |
| 07/22/2019 | 829 (1 pg) | Order signed on 7/22/2019 admitting Farhad Novian, Esq. to practice pro hac vice in this Court (Related Doc # 826). (DePierola, Jacqueline) (Entered: 07/22/2019) |
| 07/22/2019 | 830 (1 pg) | Order signed on 7/22/2019 admitting J. Nicolas Anwandter, Esq. to practice pro hac vice in this Court (Related Doc # 827). (DePierola, Jacqueline) (Entered: 07/22/2019) |
| 07/24/2019 | 831 (4 pgs) | Post-Confirmation Report. *Relativity Liquidating Trust's Post Confirmation Quarterly Operating Report for the Period from April 1, 2019 to June 30, 2019* Filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. (Gautier, Scott) (Entered: 07/24/2019) |

| 07/25/2019 | 832<br>(5 pgs) | Certificate of No Objection Pursuant to LR 9075-2 *regarding Motion of Relativity Liquidating Trust to Extend the Deadline to Object to Claims* (related document(s)822) Filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. (Gautier, Scott) (Entered: 07/25/2019) |
|---|---|---|
| 07/26/2019 | 833<br>(2 pgs) | Order signed on 7/26/2019 Granting Motion of Relativity Liquidating Trust to Extend the Deadline to Object to Claims (Related Doc # 822). The Claims Objection Deadline is extended 180 days, from July 30, 2019 to and including January 26, 2020. (Gomez, Jessica) (Entered: 07/26/2019) |
| 07/26/2019 | 834<br>(2 pgs) | Notice of Agenda *of Matters Scheduled for Hearing on July 30, 2019 at 11:00 a.m. (ET)* (related document(s)822) filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 7/30/2019 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 07/26/2019) |
| 07/26/2019 | | Receipt of Application for Pro Hac Vice Admission( 18-11358-mew) [motion,122] ( 200.00) Filing Fee. Receipt number 204604. Fee amount 200.00. (Re: Doc # 827) (Lewis) (Entered: 07/26/2019) |
| 07/29/2019 | 835<br>(6 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Relativity Liquidating Trust's Post Confirmation Quarterly Operating Report for the Period from April 1, 2019 to June 30, 2019* (related document(s)831) filed by Prime Clerk LLC.(Steele, Benjamin) (Entered: 07/29/2019) |
| 07/29/2019 | 836<br>(6 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Notice of Agenda of Matters Scheduled for Hearing on July 30, 2019 at 11:00 a.m. (ET)* (related document(s)834) filed by Prime Clerk LLC.(Steele, Benjamin) (Entered: 07/29/2019) |
| 07/29/2019 | 837<br>(6 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Certificate of No Objection Motion of Relativity Liquidating Trust to Extend the Deadline to Object to Claims* (related document(s)832) filed by Prime Clerk LLC. (Steele, Benjamin) (Entered: 07/29/2019) |
| 08/09/2019 | 838<br>(4 pgs) | Notice of Agenda *of Matters Scheduled for Hearing on August 13, 2019 at 11:00 a.m. (ET)* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 8/13/2019 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 08/09/2019) |
| 08/12/2019 | 839<br>(8 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Notice of Agenda of Matters Scheduled for Hearing on August 13, 2019 at 11:00 a.m. (ET)* (related document(s)838) Filed by Adam M. Adler on behalf of Prime Clerk LLC. (Adler, Adam) (Entered: 08/12/2019) |
| 08/16/2019 | 840<br>(3 pgs) | Joint Order signed on 8/16/2019 Granting in Part Motion of Relativity Liquidating Trust For an Order Authorizing the Examination of Ryan Kavanaugh and Production of Documents pursuant to Bankruptcy Rule 2004 (Related Doc # 808). (Gomez, Jessica) (Entered: 08/16/2019) |
| 08/16/2019 | 841<br>(3 pgs) | Joint Order signed on 8/16/2019 Granting in Part Motion of Relativity Liquidating Trust for an Order Authorizing the Examination of Carol Genis and Production of Documents pursuant to Bankruptcy Rule 2004 (Related Doc # 811). (Gomez, Jessica) (Entered: 08/16/2019) |

| | | |
|---|---|---|
| 08/16/2019 | **842**<br>(3 pgs) | Notice of Agenda *of Matters Scheduled for Hearing on August 20, 2019 at 11:00 a.m. (ET)* (related document(s)811, 808) filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 8/20/2019 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 08/16/2019) |
| 08/19/2019 | **843**<br>(12 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Joint Order Granting in Part Motion of Relativity Liquidating Trust for an Order Authorizing the Examination of Ryan Kavanaugh and Production of Documents Pursuant to Bankruptcy Rule 2004, Joint Order Granting in Part Motion of Relativity Liquidating Trust for an Order Authorizing the Examination of Carol Genis and Production of Documents Pursuant to Bankruptcy Rule 2004 and Notice of Agenda of Matters Scheduled for Hearing on August 20, 2019 at 11:00 a.m. (ET)* (related document(s)842, 840, 841) Filed by Adam M. Adler on behalf of Prime Clerk LLC. (Adler, Adam) (Entered: 08/19/2019) |
| 09/04/2019 | **844**<br>(5 pgs) | Post-Confirmation Report. *Amended Post Confirmation Quarterly Operating Report for the Periods from January 1, 2019 to March 31, 2019 and April 1, 2019 to June 30, 2019* Filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. (Gautier, Scott) (Entered: 09/04/2019) |
| 09/06/2019 | **845**<br>(3 pgs) | Notice of Agenda *of Matters Scheduled for Hearing on September 10, 2019 at 11:00 a.m. (ET)* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 9/10/2019 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 09/06/2019) |
| 09/09/2019 | **846**<br>(6 pgs) | Affidavit of Service *of Asir U. Ashraf Regarding Debtors' Amended Post Confim1ation Quarterly Operating Report for the Periods from January 1, 2019 to March 31, 2019 and April 1, 2019 to June 30, 2019* (related document(s)844) Filed by Adam M. Adler on behalf of Prime Clerk LLC. (Adler, Adam) (Entered: 09/09/2019) |
| 09/10/2019 | **847**<br>(6 pgs) | Affidavit of Service *of Jamie B. Herszaft Regarding Notice of Agenda of Matters Scheduled for Hearing on September 10, 2019 at 11:00 a.m. (ET)* (related document(s)845) Filed by Adam M. Adler on behalf of Prime Clerk LLC. (Adler, Adam) (Entered: 09/10/2019) |
| 09/13/2019 | **848**<br>(2 pgs) | Notice of Agenda *of Matters Scheduled for Hearing on September 17, 2019 at 11:00 a.m. (ET)* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 9/17/2019 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 09/13/2019) |
| 09/18/2019 | **849**<br>(6 pgs) | Affidavit of Service *of Jamie B. Herszaft Regarding Notice of Agenda of Matters Scheduled for Hearing on September 17, 2019 at 11:00 a.m. (ET)* (related document(s)848) filed by Prime Clerk LLC.(Steele, Benjamin) (Entered: 09/18/2019) |
| 10/11/2019 | **850**<br>(3 pgs) | Notice of Agenda *of Matters Scheduled for Hearing on October 15, 2019, at 11:00 a.m. (ET)* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 10/15/2019 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 10/11/2019) |
| 10/14/2019 | **851**<br>(6 pgs) | Affidavit of Service *of Nora Hafez Regarding Notice of Agenda of Matters Scheduled for Hearing on October 15, 2019, at 11:00 a.m. (ET)* (related document(s)850) filed by Prime Clerk LLC.(Steele, Benjamin) (Entered: 10/14/2019) |

| 10/18/2019 | [852](#) (4 pgs) | Status Report *Post-Confirmation Status Report of the Relativity Liquidating Trust* Filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. (Gautier, Scott) (Entered: 10/18/2019) |
|---|---|---|
| 10/18/2019 | [853](#) (6 pgs) | Status Report *Post-Confirmation Quarterly Operating Report for the Period from July 1, 2019 to September 30, 2019* Filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. (Gautier, Scott) (Entered: 10/18/2019) |
| 10/23/2019 | [854](#) (6 pgs) | Affidavit of Service *of Nuno Cardoso Regarding Post-Confirmation Status Report of the Relativity Liquidating Trust, Debtor's Post-Confirmation Quarterly Operating Report for the Period from July 1, 2019 to September 30, 2019* (related document(s)[852](#), [853](#)) Filed by Adam M. Adler on behalf of Prime Clerk LLC. (Adler, Adam) (Entered: 10/23/2019) |
| 11/04/2019 | [855](#) (3 pgs) | Notice of Agenda *of Matters Scheduled for Hearing on November 6, 2019 at 11:00 a.m. (ET)* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 11/6/2019 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 11/04/2019) |
| 11/07/2019 | [856](#) (6 pgs) | Affidavit of Service *of Kelsey L. Gordon Regarding Notice of Agenda of Matters Scheduled for Hearing on November 6, 2019 at 11:00 a.m. (ET)* (related document(s)[855](#)) Filed by Adam M. Adler on behalf of Prime Clerk LLC. (Adler, Adam) (Entered: 11/07/2019) |
| 11/19/2019 | [857](#) (21 pgs) | Application for Final Decree *Motion of the Relativity Liquidating Trust for Entry of Final Decree Closing Substantively Consolidated Chapter 11 Cases* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust Responses due by 12/3/2019,. (Gautier, Scott) (Entered: 11/19/2019) |
| 11/19/2019 | [858](#) (3 pgs) | Declaration *of David Mack in Support of the Motion of the Relativity Liquidating Trust for Entry of Final Decree Closing Substantively Consolidated Chapter 11 Cases* (related document(s)[857](#)) filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 12/10/2019 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 11/19/2019) |
| 11/22/2019 | [859](#) (7 pgs) | Affidavit of Service *of Kelsey L. Gordon Regarding Motion of the Relativity Liquidating Trust for Entry of Final Decree Closing Substantively Consolidated Chapter 11 Cases and Declaration of David Mack in Support of the Motion of the Relativity Liquidating Trust for Entry of Final Decree Closing Substantively Consolidated Chapter 11 Cases* (related document(s)[857](#), [858](#)) filed by Prime Clerk LLC.(Steele, Benjamin) (Entered: 11/22/2019) |
| 12/02/2019 | [860](#) (2 pgs) | Notice of Agenda *of Matters Scheduled for Hearing on December 4, 2019 at 11:00 a.m. (ET)* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 12/4/2019 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 12/02/2019) |
| 12/04/2019 | [861](#) (6 pgs) | Affidavit of Service *of James Mapplethorpe Regarding Notice of Agenda of Matters Scheduled for Hearing on December 4, 2019 at 11:00 a.m. (ET)* (related document(s)[860](#)) Filed by Adam M. Adler on behalf of Prime Clerk LLC. (Adler, Adam) (Entered: 12/04/2019) |
| 12/06/2019 | [862](#) (3 pgs) | Notice of Agenda *of Matters Scheduled for Hearing on December 10, 2019 at 11:00 a.m. ET* filed by Scott F. Gautier on behalf of Relativity |

| | | |
|---|---|---|
| | | Liquidating Trust. with hearing to be held on 12/10/2019 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 12/06/2019) |
| 12/09/2019 | 863 (8 pgs) | Certificate of No Objection Pursuant to LR 9075-2 *regarding Motion of the Relativity Liquidating Trust for Entry of Final Decree Closing Substantively Consolidated Chapter 11 Cases* (related document(s)857) Filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. (Gautier, Scott) (Entered: 12/09/2019) |
| 12/10/2019 | 864 (8 pgs) | Affidavit of Service *of James Mapplethorpe Regarding Notice of Agenda of Matters Scheduled for Hearing on December 10, 2019 at 11:00 a.m. (ET)* (related document(s)862) Filed by Adam M. Adler on behalf of Prime Clerk LLC. (Adler, Adam) (Entered: 12/10/2019) |
| 12/10/2019 | 865 (5 pgs) | Order signed on 12/10/2019 granting motion of the Relativity Liquidating Trust for entry of final decree closing substantively consolidated chapter 11 cases (Related Doc # 857). (DePierola, Jacqueline) (Entered: 12/10/2019) |
| 12/12/2019 | 866 (7 pgs) | Affidavit of Service *of Nora Hafez regarding Certificate of No Objection Regarding Motion of the Relativity Liquidating Trust for Entry of Final Decree Closing Substantively Consolidated Chapter 11 Cases* (related document(s)863) filed by Prime Clerk LLC.(Malo, David) (Entered: 12/12/2019) |
| 01/07/2020 | 867 (15 pgs) | Motion to Extend Time *Second Motion of Relativity Liquidating Trust to Extend the Deadline to Object to Claims* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust with hearing to be held on 1/22/2020 at 11:00 AM at Courtroom 617 (MEW) Responses due by 1/15/2020,. (Gautier, Scott) (Entered: 01/07/2020) |
| 01/07/2020 | 868 (3 pgs) | Declaration *of David Mack in Support of the Second Motion of Relativity Liquidating Trust to Extend the Deadline to Object to Claims* (related document(s)867) filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 1/22/2020 at 11:00 AM at Courtroom 617 (MEW) Objections due by 1/15/2020, (Gautier, Scott) (Entered: 01/07/2020) |
| 01/10/2020 | 869 (7 pgs) | Affidavit of Service *of Asir U. Ashraf Regarding Second Motion of Relativity Liquidating Trust to Extend the Deadline to Object to Claims and Declaration of David Mack in Support of the Second Motion of Relativity Liquidating Trust to Extend the Deadline to Object to Claims* (related document(s)867, 868) filed by Prime Clerk LLC.(Steele, Benjamin) (Entered: 01/10/2020) |
| 01/17/2020 | 870 (2 pgs) | Notice of Agenda *of Matters Scheduled for Hearing on January 22, 2020 at 11:00 a.m. (ET)* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 1/22/2020 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 01/17/2020) |
| 01/17/2020 | 871 (5 pgs) | Certificate of No Objection Pursuant to LR 9075-2 *regarding Second Motion of the Relativity Liquidating Trust to Extend the Deadline to Object to Claims* (related document(s)867) Filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. (Gautier, Scott) (Entered: 01/17/2020) |
| 01/17/2020 | 872 | Post-Confirmation Report. *Relativity Liquidating Trust's Post-* |

| | | |
|---|---|---|
| | (7 pgs) | *Confirmation Quarterly Operating Report for the Period from October 1, 2019 to December 31, 2019* Filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. (Gautier, Scott) (Entered: 01/17/2020) |
| 01/21/2020 | [873](#) (2 pgs) | Order signed on 1/21/2020 granting second motion of Relativity Liquidating Trust to extend the deadline to object to claims (Related Doc # [867](#)). (DePierola, Jacqueline) (Entered: 01/21/2020) |
| 01/23/2020 | [874](#) (6 pgs) | Affidavit of Service *of Asir U Ashraf regarding Notice of Agenda of Matters Scheduled for Hearing on January 22, 2020 at 11:00 a.m. (ET), Certificate of No Objection regarding Second Motion of the Relativity Liquidating Trust to Extend the Deadline to Object to Claims and Debtors' Post Confirmation Quarterly Operating Report for the Period from October 1, 2019 to December 31, 2019* (related document(s)[871](#), [870](#), [872](#)) Filed by Adam M. Adler on behalf of Prime Clerk LLC. (Adler, Adam) (Entered: 01/23/2020) |
| 01/24/2020 | [875](#) (3 pgs) | Notice of Agenda *of Matters Scheduled for Hearing on January 28, 2020 at 11:00 a.m. (ET)* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 1/28/2020 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 01/24/2020) |
| 01/29/2020 | [876](#) (6 pgs) | Affidavit of Service *of Asir U. Ashraf regarding Notice of Agenda of Matters Scheduled for Hearing on January 28, 2020 at 11:00 a.m. (ET)* (related document(s)[875](#)) Filed by Adam M. Adler on behalf of Prime Clerk LLC. (Adler, Adam) (Entered: 01/29/2020) |
| 02/11/2020 | [877](#) (24 pgs) | Application for FRBP 2004 Examination *Notice of Motion and Motion of Relativity Liquidating Trust for An Order Authorizing the Examination of American Express Company and Production of Documents Pursuant to Bankruptcy Rule 2004* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust with hearing to be held on 2/25/2020 at 11:00 AM at Courtroom 617 (MEW) Responses due by 2/18/2020,. (Gautier, Scott) (Entered: 02/11/2020) |
| 02/11/2020 | [878](#) (24 pgs) | Application for FRBP 2004 Examination *Notice of Motion and Motion of Relativity Liquidating Trust for An Order Authorizing the Examination of City National Bank and Production of Documents Pursuant to Bankruptcy Rule 2004* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust with hearing to be held on 2/25/2020 at 11:00 AM at Courtroom 617 (MEW) Responses due by 2/18/2020,. (Gautier, Scott) (Entered: 02/11/2020) |
| 02/11/2020 | [879](#) (24 pgs) | Application for FRBP 2004 Examination *Notice of Motion and Motion of Relativity Liquidating Trust for An Order Authorizing the Examination of Comerica Bank and Production of Documents Pursuant to Bankruptcy Rule 2004* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust with hearing to be held on 2/25/2020 at 11:00 AM at Courtroom 617 (MEW) Responses due by 2/18/2020,. (Gautier, Scott) (Entered: 02/11/2020) |
| 02/11/2020 | [880](#) (24 pgs) | Application for FRBP 2004 Examination *Notice of Motion and Motion of Relativity Liquidating Trust for An Order Authorizing the Examination of Onewest Bank and Production of Documents Pursuant to Bankruptcy Rule 2004* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust with hearing to be held on 2/25/2020 at 11:00 AM at Courtroom 617 (MEW) Responses due by 2/18/2020,. (Gautier, Scott) (Entered: 02/11/2020) |

| | | |
|---|---|---|
| 02/11/2020 | 881 | Motion to Reconsider FRCP 60 or FRBP 3008 *Motion of the Relativity Liquidating Trust for Entry of Order Staying Arbitration* (related document(s)773) filed by Scott F. Gautier on behalf of Relativity Liquidating Trust with hearing to be held on 2/25/2020 at 11:00 AM at Courtroom 617 (MEW) Responses due by 2/18/2020,. (Gautier, Scott) (Entered: 02/11/2020) |
| 02/11/2020 | 882 (4 pgs) | Declaration *of David Mack in Support of the Motion of Relativity Liquidating Trust for Entry of Order Staying Arbitration* (related document(s)881) filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 2/25/2020 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 02/11/2020) |
| 02/11/2020 | 883 (5 pgs) | Declaration *of Michael T. Delaney in Support of the Motion of the Relativity Liquidating Trust for Entry of Order Staying Arbitration* (related document(s)881) filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 2/25/2020 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 02/11/2020) |
| 02/12/2020 | 884 (10 pgs) | Motion to Shorten Time *Motion of the Relativity Liquidation Trust for an Order Shortening Time with Respect to the Motions Authorizing Examination and Production of Documents* (related document(s)879, 877, 878, 880) filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. (Gautier, Scott) (Entered: 02/12/2020) |
| 02/13/2020 | 885 (2 pgs) | Order signed on 2/13/2020 shortening time with respect to the motions authorizing examination and production of documents (related document(s)879, 884, 877, 878, 880). Hearing to be held on 2/25/2020 at 11:00 AM at Courtroom 617 (MEW). (DePierola, Jacqueline) (Entered: 02/13/2020) |
| 02/13/2020 | 886 (10 pgs) | Affidavit of Service *of Jamie B. Herszaft Regarding Motion of the Relativity Liquidating Trust for Entry of Order Staying Arbitration, Declaration of David Mack in Support of the Motion of Relativity Liquidating Trust for Entry of Order Staying Arbitration, Declaration of Michael T. Delaney in Support of the Motion of the Relativity Liquidating Trust for Entry of Order Staying Arbitration, Motion of Relativity Liquidating Trust for an Order Authorizing the Examination of American Express Company and Production of Documents, Motion of Relativity Liquidating Trust for an Order Authorizing the Examination of City National Bank and Production of Documents, Motion of Relativity Liquidating Trust for an Order Authorizing the Examination of Comerica Bank and Production of Documents, Motion of Relativity Liquidating Trust for an Order Authorizing the Examination of Onewest Bank and Production of Documents, and Motion of the Relativity Liquidation Trust for an Order Shortening Time with Respect to the Motions Authorizing Examination and Production of Documents* (related document(s)883, 879, 882, 884, 877, 881, 878, 880) filed by Prime Clerk LLC.(Steele, Benjamin) (Entered: 02/13/2020) |
| 02/14/2020 | 887 (9 pgs) | Motion to File Under Seal *Motion of the Relativity Liquidating Trust for Entry of Order Authorizing the Filing under Seal of the Motion Staying Arbitration and Exhibits thereto* (related document(s)881) filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. (Gautier, Scott) (Entered: 02/14/2020) |
| 02/14/2020 | 888 | Amended Motion to File Under Seal *Amended Motion of the Relativity |

| | | |
|---|---|---|
| | (40 pgs) | *Liquidating Trust for Entry of Order Authorizing the Filing under Seal of Exhibit B to the Motion Staying Arbitration* (related document(s)887, 881) filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. (Gautier, Scott) (Entered: 02/14/2020) |
| 02/16/2020 | 889 (6 pgs) | Objection to Motion *to seal* (related document(s)888) filed by Greg M. Zipes on behalf of United States Trustee. (Zipes, Greg) (Entered: 02/16/2020) |
| 02/18/2020 | 890 (47 pgs; 3 docs) | Opposition *Carol Genis's Opposition to Motion of Relativity Liquidating Trust for Entry of an Order Staying Arbitration* (related document(s)881) filed by Hamid R. Rafatjoo on behalf of Carol Genis. with hearing to be held on 2/25/2020 (check with court for location) (Attachments: # 1 Exhibit A # 2 Exhibit B) (Rafatjoo, Hamid) (Entered: 02/18/2020) |
| 02/19/2020 | 891 (6 pgs) | Affidavit of Service *of Andrew G. Vignali Regarding Amended Motion of the Relativity Liquidating Trust for Entry of Order Authorizing the Filing Under Seal of Exhibit B to the Motion Staying Arbitration* (related document(s)888) filed by Prime Clerk LLC.(Steele, Benjamin) (Entered: 02/19/2020) |
| 02/19/2020 | 892 (6 pgs) | Affidavit of Service *of Andrew G. Vignali Regarding Motion of the Relativity Liquidating Trust for Entry of Order Authorizing the Filing Under Seal of the Motion Staying Arbitration and Exhibits Thereto* (related document(s)887) Filed by Adam M. Adler on behalf of Prime Clerk LLC. (Adler, Adam) (Entered: 02/19/2020) |
| 02/21/2020 | 893 (10 pgs) | Reply to Motion *Reply of the Relativity Liquidating Trust in Support of the Motion for Entry of Order Staying Arbitration* (related document(s)881) filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. (Gautier, Scott) (Entered: 02/21/2020) |
| 02/21/2020 | 894 (4 pgs) | Notice of Agenda *Notice of Rescheduled Hearing and Agenda of Matters Scheduled for Hearing on February 25, 2020 at 11:00 a.m. (ET)* Filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with hearing to be held on 2/25/2020 at 11:00 AM at Courtroom 617 (MEW) (Gautier, Scott) (Entered: 02/21/2020) |
| 02/21/2020 | 895 (32 pgs) | Amended Motion to File Under Seal *Second Amended Motion of the Relativity Liquidating Trust for Entry of Order Authorizing the Filing under Seal of Exhibit B to the Motion Staying Arbitration* (related document(s)887, 888) filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. (Gautier, Scott) (Entered: 02/21/2020) |
| 02/21/2020 | 896 (8 pgs) | Affidavit of Service *of Jamie B. Herszaft regarding Order Shortening Time with Respect to the Motions Authorizing Examination and Production of Documents* (related document(s)885) Filed by Adam M. Adler on behalf of Prime Clerk LLC. (Adler, Adam) (Entered: 02/21/2020) |
| 02/24/2020 | 897 (19 pgs) | Certificate of No Objection Pursuant to LR 9075-2 *Certificate of No Objection Under 28 U.S.C. s 1746 Regarding Motions For Orders Authorizing Examination and Production of Documents Pursuant to Fed. R. Bankr. P. 2004* (related document(s)879, 877, 878, 880) Filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. (Gautier, Scott) (Entered: 02/24/2020) |

| 02/24/2020 | 898<br>(44 pgs) | *Notice of Filing Amended Exhibit to the Second Amended Motion of the Relativity Liquidating Trust for Entry of Order Authorizing the Filing under Seal of Exhibit B to the Motion Staying Arbitration* (related document(s)895) filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. (Gautier, Scott) **Docket Text Modified on 2/25/2020 (Bush, Brent)** (Entered: 02/24/2020) |
|---|---|---|
| 02/25/2020 | 899<br>(14 pgs) | Order signed on 2/25/2020 granting second amended motion of the Relativity Liquidating Trust authorizing the filing under seal of limited portions of exhibit B to the motion staying arbitration (Related Doc # 895). (DePierola, Jacqueline) (Entered: 02/25/2020) |
| 02/25/2020 | 900<br>(3 pgs) | Order signed on 2/25/2020 granting motion authorizing the examination of American Express company and production of documents pursuant to rule 2004 (Related Doc # 877). (DePierola, Jacqueline) (Entered: 02/25/2020) |
| 02/25/2020 | 901<br>(3 pgs) | Order signed on 2/25/2020 granting motion authorizing the examination of City National Bank and production of documents pursuant to rule 2004 (Related Doc # 878). (DePierola, Jacqueline) (Entered: 02/25/2020) |
| 02/25/2020 | 902<br>(3 pgs) | Order signed on 2/25/2020 granting motion authorizing the examination of Comerica Bank and production of documents under rule 2004 (Related Doc # 879). (DePierola, Jacqueline) (Entered: 02/25/2020) |
| 02/25/2020 | 903<br>(3 pgs) | Order signed on 2/25/2020 granting motion authorizing the examination of Onewest Bank and production of documents pursuant to rule 2004 (Related Doc # 880). (DePierola, Jacqueline) (Entered: 02/25/2020) |
| 02/26/2020 | 904<br>(7 pgs) | Affidavit of Service *of Nora Hafez Regarding Reply of the Relativity Liquidating Trust in Support of the Motion for Entry of Order Staying Arbitration, Notice of Rescheduled Hearing and Agenda of Matters Scheduled for Hearing on February 25, 2020 at 11:00 a.m. (ET), and Second Amended Motion of the Relativity Liquidating Trust for Entry of Order Authorizing the Filing under Seal of Exhibit B to the Motion Staying Arbitration* (related document(s)893, 894, 895) filed by Prime Clerk LLC.(Steele, Benjamin) (Entered: 02/26/2020) |
| 02/27/2020 | 905<br>(9 pgs) | Affidavit of Service *of Asir U. Ashraf Regarding Certificate of No Objection Regarding Motions for Orders Authorizing Examination and Production of Documents and Notice of Filing Amended Exhibit to the Second Amended Motion of the Relativity Liquidating Trust for Entry of Order Authorizing the Filing Under Seal of Exhibit B to the Motion Staying Arbitration* (related document(s)898, 897) Filed by Adam M. Adler on behalf of Prime Clerk LLC. (Adler, Adam) (Entered: 02/27/2020) |
| 03/04/2020 | 906<br>(2 pgs) | Order signed on 3/4/2020 Denying Motion of the Relativity Liquidating Trust for Entry of Order Staying Arbitration (Related Doc # 881, 898). (Gomez, Jessica) (Entered: 03/04/2020) |
| 03/13/2020 | 907<br>(3 pgs) | Notice of Adjournment of Hearing *Notice of Adjournment and Agenda of Matters Scheduled for Hearing on March 17, 2020 at 11:00 a.m. (ET)* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. (Gautier, Scott) (Entered: 03/13/2020) |
| 03/19/2020 | 908<br>(6 pgs) | Affidavit of Service *of Nathan Chien Regarding Notice of Adjournment and Agenda of Matters Scheduled for Hearing on March 17, 2020at 11:00* |

| | | *a.m. (ET)* (related document(s)907) Filed by Adam M. Adler on behalf of Prime Clerk LLC. (Adler, Adam) (Entered: 03/19/2020) |
|---|---|---|
| 04/01/2020 | 909 (13 pgs) | Notice of Presentment *Notice Of Presentment Of Stipulation And Order Regarding Objection Of Kevin Costner, Blackwhite LLC, And TIG Films, Inc. To: (A) Proposed Cure Amount And (B) Assumption Of Executory Contracts; And Reservation Of Rights Concerning The Motion Picture Black Or White* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with presentment to be held on 4/15/2020 at 12:00 PM at Courtroom 617 (MEW) Objections due by 4/11/2020, (Gautier, Scott) (Entered: 04/01/2020) |
| 04/01/2020 | 910 (10 pgs) | Notice of Presentment *Notice Of Presentment Of Stipulation And Order Regarding Objection Of Universal Music Enterprises To Assumption And Assignment To UltraV Holdings LLC Of Certain Executory Contracts* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with presentment to be held on 4/15/2020 at 12:00 PM at Courtroom 617 (MEW) Objections due by 4/11/2020, (Gautier, Scott) (Entered: 04/01/2020) |
| 04/01/2020 | 911 (23 pgs) | Amended Notice of Presentment *of Stipulation and Order regarding Objection of Universal Music Enterprises to Assumption and Assignment to UltraV Holdings LLC of Certain Executory Contracts* filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. with presentment to be held on 4/15/2020 at 12:00 PM at Courtroom 617 (MEW) Objections due by 4/11/2020, (Gautier, Scott) (Entered: 04/01/2020) |
| 04/06/2020 | 912 (16 pgs) | Affidavit of Service *of Brian Li Regarding Notice of Presentment of (Proposed) Stipulation and Order regarding Objection of Kevin Costner, Black white LLC, and TIG Films, Inc. to: (A) Proposed Cure Amount and (B) Assumption of Executory Contracts; and Reservation of Rights Concerning the Motion Picture Black or White, Notice of Presentment of (Proposed) Stipulation and Order regarding Objection of Universal Music Enterprises to Assumption and Assignment to UltraV Holdings LLC of Certain Executory Contracts, and Amended Notice of Presentment of (Proposed) Stipulation and Order regarding Objection of Universal Music Enterprises to Assumption and Assignment to UltraV Holdings LLC of Certain Executory Contracts* (related document(s)911, 910, 909) filed by Prime Clerk LLC.(Steele, Benjamin) (Entered: 04/06/2020) |
| 04/15/2020 | 913 (4 pgs) | Post-Confirmation Report. *Relativity Liquidating Trust's Post-Confirmation Quarterly Operating Report for the Period from January 1, 2020 to March 31, 2020* Filed by Scott F. Gautier on behalf of Relativity Liquidating Trust. (Gautier, Scott) (Entered: 04/15/2020) |
| 04/15/2020 | 914 (19 pgs; 2 docs) | So Ordered Stipulation signed on 4/15/2020 regarding objection of Universal Music Enterprises to assumption and assignment to Ultrav Holdings LLC of certain executory contracts (related document(s)911, 910). (DePierola, Jacqueline) (Entered: 04/15/2020) |
| 04/15/2020 | 915 (8 pgs) | So Ordered Stipulation signed on 4/15/2020 regarding objection of Kevin Costner, Blackwhite LLC, TIG Films, Inc, to proposed cure amount and assumption of executory contracts; and reservation of rights concerning the motion picture black or white (related document(s)909). (DePierola, Jacqueline) (Entered: 04/15/2020) |

# EXHIBIT DD

New York Southern Live System

MEGA, JtAdm, CLMAGT, CLOSED

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Bankruptcy Petition #: 18-11328-mew

*Date filed:* 05/03/2018
*Date terminated:* 12/13/2019

*Assigned to:* Judge Michael E. Wiles
Chapter 11
Voluntary
Asset

*Debtor disposition:* Discharge Not Applicable

| | |
|---|---|
| **Debtor** | represented by **Carrie V Hardman** |
| **Relativity Rogue, LLC** | Winston & Strawn, LLP |
| c/o Relativity Media, LLC | 200 Park Avenue |
| 9242 Beverly Boulevard | New York, NY 10166 |
| Suite 300 | 212-294-6700 |
| Beverly Hills, CA 90210 | Email: chardman@winston.com |
| LOS ANGELES-CA | |
| Tax ID / EIN: 26-3873333 | **Carey D. Schreiber** |
| | Winston & Strawn LLP |
| | 200 Park Avenue |
| | New York, NY 10166 |
| | (212) 294-3547 |
| | Fax : (212) 294-4700 |
| | Email: cschreiber@winston.com |

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
(212) 510-0500

*Claims and Noticing Agent*
**Prime Clerk LLC Claims Agent**
One Grand Central Place
60 East 42nd Street, Suite 1440
www.primeclerk.com
New York, NY 10165
(212) 257-5450

| Filing Date | # | Docket Text |
|---|---|---|
| 05/03/2018 | 1 (13 pgs) | Chapter 11 Voluntary Petition for Non-Individual. Order for Relief Entered. Schedule A/B due 05/17/2018. Schedule C due 05/17/2018. Schedule D due 05/17/2018. Schedule E/F due 05/17/2018. Schedule G due 05/17/2018. Schedule |

| | | H due 05/17/2018. Summary of Assets and Liabilities due 05/17/2018. Statement of Financial Affairs due 05/17/2018. Local Rule 1007-2 Affidavit due by: 05/17/2018. Incomplete Filings due by 05/17/2018, Filed by Carey D. Schreiber of Winston & Strawn LLP on behalf of Relativity Rogue, LLC. (Schreiber, Carey) (Entered: 05/03/2018) |
|---|---|---|
| 05/03/2018 | | Receipt of Voluntary Petition (Chapter 11)(18-11328) [misc,824] (1717.00) Filing Fee. Receipt number 12560550. Fee amount 1717.00. (Re: Doc # 1) (U.S. Treasury) (Entered: 05/03/2018) |
| 05/04/2018 | | Judge Michael E. Wiles added to the case. (Porter, Minnie). (Entered: 05/04/2018) |
| 05/07/2018 | 2 (41 pgs) | Motion for Joint Administration filed by Carrie V Hardman on behalf of Relativity Rogue, LLC. (Hardman, Carrie) (Entered: 05/07/2018) |
| 05/07/2018 | 3 (13 pgs) | Order signed on 5/7/2018 authorizing the joint administration of their chapter 11 cases under 18-11358 (Relativity Media, LLC, et al). (DePierola, Jacqueline). (Entered: 05/07/2018) |
| 05/08/2018 | | Case Joint Administration. An order has been entered in this case under rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of Relativity Holdings LLC and Relativity Media, LLC and their direct and indirect debtor subsidiaries. **All further pleadings and other papers shall be filed in, and all further docket entries shall be made in the docket of Relativity Media, LLC, Case No. 18-11358 (MEW) and such docket should be consulted for all matters affecting this case.** (Lopez, Mary) (Entered: 05/08/2018) |
| 05/10/2018 | | Claims and Noticing Agent, Prime Clerk LLC Claims Agent, added to the case. (Richards, Beverly). (Entered: 05/10/2018) |
| 05/22/2018 | | Pending Deadlines Terminated: Schedules A-H, Summary of Schedules, Statement of Financial Affairs, Local Rule 1007-2 Form. (McCaffrey, Dawn). (Entered: 05/22/2018) |
| 12/10/2019 | 4 (5 pgs) | Order signed on 12/10/2019 granting motion of the Relativity Liquidating Trust for entry of final decree closing substantively consolidated chapter 11 cases. (DePierola, Jacqueline). (Entered: 12/10/2019) |
| 12/13/2019 | | Case Closed. (Rouzeau, Anatin). (Entered: 12/13/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/27/2021 16:49:57 | | | |
| PACER Login: | lnbyb1700 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 18-11328-mew Fil or Ent: filed From: 9/13/2000 To: 9/27/2021 Doc From: 0 Doc To: 99999999 Headers: |

| | | | New York Southern Live System Included Format: html Page counts for documents: included |
|---|---|---|---|
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# EXHIBIT EE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| RELATIVITY MEDIA, LLC, *et al.*,[1] | Case No. 18-11358 (MEW) |
| Debtors. | (Jointly Administered) |

# SCHEDULE OF ASSETS AND LIABILITIES FOR
## RELATIVITY ROGUE, LLC
### (CASE NO. 18-11328)

---

[1] Each of the Debtors in the above-captioned jointly administered chapter 11 cases and their respective tax identification numbers are set forth (a) in the *Order (A) Authorizing the Joint Administration of their Chapter 11 Cases and (B) Waiving Requirements of Section 342(C)(1) of the Bankruptcy Code and Bankruptcy Rule 2002(n)* [Docket No. 5] and (b) at https://cases.primeclerk.com/relativity. The location of Relativity Media, LLC's corporate headquarters and the Debtors' service address is: 9242 Beverly Blvd #300, Beverly Hills, CA 90210.

Justin E. Rawlins (admitted *pro hac vice*)
Daniel J. McGuire (admitted *pro hac vice*)
Carrie V. Hardman
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RELATIVITY MEDIA, LLC, *et al.*,[1] | Case No. 18-11358 (MEW) |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES REGARDING THE DEBTORS' SCHEDULES**
**OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") are filing their respective Schedules of Assets and Liabilities (each, a "**Schedule**" and, collectively, the "**Schedules**") and Statements of Financial Affairs (each, a "**SOFA**" and, collectively, the "**Statements**") pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**").

The Debtors' management prepared the Schedules and Statements with the assistance of their advisors and other professionals. The Schedules and Statements are unaudited. The Debtors' management and advisors have made reasonable efforts to ensure that the Schedules and

---

[1] Each of the Debtors in the above-captioned jointly administered chapter 11 cases and their respective tax identification numbers are set forth (a) in the *Order (A) Authorizing the Joint Administration of their Chapter 11 Cases and (B) Waiving Requirements of Section 342(C)(1) of the Bankruptcy Code and Bankruptcy Rule 2002(n)* [Docket No. 5] and (b) at https://cases.primeclerk.com/relativity. The location of Relativity Media, LLC's corporate headquarters and the Debtors' service address is: 9242 Beverly Blvd #300, Beverly Hills, CA 90210.

Statements are accurate and as complete as possible under the circumstances based on information that was available to them at the time of preparation; however, subsequent information or discovery may result in material changes to the Schedules and Statements and inadvertent errors or omissions may exist. The Debtors may, but shall not be required to, update the Schedules and Statements as a result of the discovery of such errors or omission or new information.

The Debtors reserve all rights to amend the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offset or defenses to any claim reflected on the Schedules and Statements as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases and specifically with respect to any issues involving any causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

**The Schedules, Statements and Notes (as defined below) should not be relied upon by any person for information relating to current or future financial conditions, events, or performance of any of the Debtors.**

1. **Description of the Cases.** On May 3, 2018 (the "**Petition Date**"), each of the Debtors commenced voluntary cases under chapter 11 of the Bankruptcy Code. The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On May 7, 2018, the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") entered an order jointly administering these cases pursuant to Bankruptcy Rule 1015(b). On May 18, 2018 the United State Trustee appointed an official committee of unsecured creditors in these chapter 11 cases.

2. **Purpose of Global Notes.** These Global Notes Regarding the Debtors' Schedules and Statements (the "**Global Notes**") are in addition to the specific notes set forth below with respect to the Schedules and Statements (the "**Specific Notes**" and, together with the Global Notes, the "**Notes**"). These Notes are incorporated by reference in and comprise an integral

part of the Schedules and Statements and should be referred to and reviewed in connection with any review of the Schedules and Statements.

3. **Methodology and Limitations**.

    a. **Basis of Presentation**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor.  Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

    b. **Debtors' Consolidated Cash Management System**.  The Debtors use a centralized cash management system to streamline collection, transfer, and disbursement of funds generated by the Debtors' business operations.  The cash management system is operated and maintained by Debtor Relativity Media, LLC as described in *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Continued Use of Existing Cash Management System, Bank Accounts and Business Forms, and Payment of Related Prepetition Obligations, (B) Waiving Certain Investment and Deposit Requirements on a Limited Basis, (C) Authorizing Continued Engagement in Intercompany Transactions, and (D) According Administrative Expense Priority Status to all Postpetition Intercompany Claims* [Docket No. 16].

    c. **Confidential Information**.  In certain limited instances in the Schedules and Statements, the Debtors have deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts.  The Debtors have generally used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality, or concerns for the privacy of an individual.  The Debtors will provide copies of the unredacted information to the U.S. Trustee, the Committee and any parties in interest who have a reasonable basis for review of such information.

    d. **Net Book Value of Assets**.  The Debtors do not have current market valuations for their assets.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for their assets.  Wherever possible, unaudited net book values as of the Petition Date are presented.  When necessary, the Debtors have indicated that the value of certain assets is "Unknown" or "Undetermined."  Amounts ultimately realized may vary materially from net book value (or whatever value was or may be ascribed).  Accordingly, the Debtors reserve all rights to amend, supplement, or adjust the asset values set forth in the Schedules and Statements.

    e. **Liabilities**.  Unless otherwise indicated, all liabilities are listed as of the Petition Date.

    f. **Currency**.  All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

g. **Payment of Prepetition Claims Pursuant to First Day Orders**.  The Court has entered orders authorizing, but not directing, the Debtors to, among other things, (a) pay prepetition employee wages and related items, including employee benefit programs and independent contractor obligations; (b) pay insurance obligations; and (c) pay prepetition residuals and participations.  Accordingly, many of the Debtors' prepetition obligations to employees, independent contractors, or residual/participation beneficiaries have been or are in the process of being satisfied and are, thus, not reflected in the Schedules and Statements.  The Debtors reserve the right to update the Schedules and Statements to reflect further payments made pursuant to the above referenced orders.

h. **Intercompany Transfers**.  The net balance of intercompany transactions between the Debtors, if any, is reflected on Schedule A/B, Item 10 or Schedule A/B Items 3-5, as applicable.  Certain intercompany transfers between Debtors are also captured on SOFA 3(c).  The listing in the Schedules or Statements by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records, and does not reflect any admission or conclusion of the Debtors regarding whether such amount should be allowed as a claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

i. **Insiders**.  For purposes of the Schedules and Statements, the Debtors define insiders (in accordance with in section 101(31) of the Bankruptcy Code) as the Debtors' (a) current and former directors; (b) current and former senior level officers; (c) persons in control of the Debtors; (d) relatives of each of the foregoing; (e) affiliates of the Debtors, including equity holders holding 20% or more of the Debtors' voting securities and corporations of which the Debtors (or their major equity holders) hold 20% or more of voting securities; and (f) insiders of such affiliates, all to the extent known to the Debtors (each, an "**Insider**").

4. **Debtors' Reservation of Rights**.  Nothing contained in the Schedules, Statements, or the Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including, but not limited to, issues involving equitable subordination, characterization or recharacterization of contracts, assumption or rejection of executory contracts under the provisions of chapter 3 of the Bankruptcy Code and causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any applicable nonbankruptcy laws to recover assets or avoid transfers.

a. Any failure to designate a claim listed on the  Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated."  The Debtors reserve the right to dispute, or to assert setoff rights, counterclaims, or defenses to any claim reflected on its Schedules as to amount, liability, or classification, or to amend the Schedules and Statements to subsequently designate any claim as "disputed," "contingent," or "unliquidated."

b. Listing a claim on the' Schedules as "secured" does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to

reclassify such claim or contract. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken. The Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

c. Listing a claim on the Schedules as "unsecured priority" does not constitute an admission by the Debtors of the legal rights of the claimant. The Debtors expressly reserve the right to assert that any claim listed as an unsecured priority claim does not constitute an unsecured priority claim under section 507 of the Bankruptcy Code and thus constitutes an unsecured nonpriority claim.

d. Although the Debtors have made reasonable efforts to ensure the accuracy of their Schedules and Statements, inadvertent errors, omissions, or inclusions may have occurred. The Debtors reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth on the Schedules and Statements and to amend further or supplement the Schedules and Statements as necessary.

e. The Debtors further reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules and Statements, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim. The placing of a contract or lease onto the Schedules shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid, and enforceable contract. The Debtors expressly reserve the right to assert that any contract listed on the Debtors' Schedules does not constitute an executory contract within the meaning of section 365 of the Bankruptcy Code.

f. The Debtors used their reasonable efforts to locate and identify guarantees and other secondary liability claims (the "**Guarantees**") in their executory contracts, unexpired leases, secured financings, debt instruments and other agreements. Where such Guarantees have been identified, they are included in the relevant Schedules. The Debtors placed Guaranty obligations on Schedule H for both the primary obligor and the guarantor of the relevant obligation. Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other agreements may have been inadvertently omitted. Thus, the Debtors reserve their rights to amend or supplement the Schedules to the extent that additional Guarantees are identified. In addition, the Debtors reserve the right to amend the Schedules and statements to recharacterize or reclassify any such contract or claim.

**Specific Notes Regarding the Debtors' Schedules of Assets and Liabilities**

1. **Schedule A/B**.

   a. **Generally**. To the extent a line item pertaining to the Debtors' assets indicates a value of "$0.00," Debtors note that such amount is either "unknown" or "undetermined" and such "$0.00" designation does not constitute an admission that assets are, in fact, valued at "$0.00." Furthermore, because certain assets or liabilities are noted as "$0.00," summary line items in the Debtors' schedules reflect totals that may be less than the ultimate value of such assets or liabilities.

   b. **Schedule A/B, Items 1-9**. Unless otherwise noted, the amounts shown are based on closing account balances or amounts on deposit/prepaid as of the Petition Date. Furthermore, the Debtors maintain certain insurance policies which include payments made on account of policy premiums, which are described in further detail in Schedule A/B, Item 73.

   c. **Schedule A/B, Items 10-12**. The accounts receivable includes intercompany receivables, which are accounting allocations performed as part of the Debtors' centralized cash management system. To the extent that amounts are collected on account of pay TV receivables, only net amounts owed to the Debtors are reflected in the Debtors' Schedule A/B, Item 10.

   d. **Schedule A/B, Item 15**. Ownership interests in subsidiaries, to the extent applicable, have been listed in Schedule A/B, Item 15 as an undetermined amount because the fair market value of such ownership is dependent on numerous variables and factors, and likely differs significantly from their net book value. In addition, the Debtors have interests in various joint ventures that are incorporated and/or unincorporated businesses. Where possible, interests in such joint ventures are also identified on Schedule A/B, Item 15.

   e. **Schedule A/B, Items 60 and 64**. The omission of any patent, trademark, copyright, or trade secret from Schedule A/B Items 60 and/or 64 does not constitute a waiver of any such patent, trademark, copyright, or trade secret. The Debtors have not assigned value to, or identified the expiration date for, all of the trademarks, patents, copyrights and other intellectual property identified on Schedule A/B, Items 60 and 64. The fair market value of such intellectual property is dependent on numerous variables and factors, and likely differs significantly from its net book value.

   f. **Schedule A/B, Item 62**. The Debtors have not assigned value to the permits and licenses identified on Schedule A/B, Item 62. The fair market value of such permits and licenses is dependent on numerous variables and factors, and likely differs significantly from their net book value.

   g. **Schedule A/B, Item 72**. The omission of any tax refund or net operating loss from Schedule A/B Item 72 does not constitute a waiver of any tax refund or net operating loss.

h. **Schedule A/B, Item 73**. The Debtors maintain certain insurance policies. Additional information regarding the insurance policies listed on Schedule A/B, Item 73 is available in (a) *Debtors' Motion for an Order (A) Authorizing, but not Directing, the Debtors to Continue Prepetition Insurance Coverage and Pay Prepetition Obligations Relating Thereto and (B) Authorizing, but not Directing, all Financial Institutions to Honor all Related Payment Requests* [Docket No. 15] and (b) *Debtors Motion for an Order Authorizing the Debtors to Obtain Tail Insurance to Continue Prepetition Insurance Coverage and Pay Obligations Relating Thereto* [Docket No. 54].

i. **Schedule A/B, Items 74 and 75**. The omission of any counterclaim, claim, or cause of action from Schedule A/B Items 74 and 75 does not constitute a waiver of any such counterclaim, claim, or cause of action. As previously described, to the extent a line item pertaining to the Debtors' assets indicates a value of "$0.00," Debtors note that such amount is either "unknown" or "undetermined" and such "$0.00" designation does not constitute an admission that assets are, in fact, valued at "$0.00."

2. **Schedule D**.

a. The claims listed on Schedule D arose or were incurred on various dates. A determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. To the best of the Debtors' knowledge, all claims listed on Schedule D appear to have arisen or to have been incurred before the Petition Date.

b. Except as otherwise agreed or ordered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. The descriptions provided in Schedule D are solely intended to be a summary, and not an admission, of liability.

c. Reference to the applicable loan agreements and/or security agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of liens. Except as specifically stated herein, real property lessors, utility companies and other parties that may hold security deposits may not have been listed on Schedule D.

d. The Debtors reserve all of their rights to amend Schedule D to the extent that the Debtors determine that any claims associated with such agreement should be reported on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant, deemed a modification or interpretation

-

of the terms of such agreements, or considered a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

e. Moreover, the Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

3. **Schedule E/F**.

a. The Debtors have used reasonable efforts to report all unsecured claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records as of the Petition Date. The claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each claim, determination of the date that each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive. Therefore, while the Debtors do not list a date for each claim listed on Schedule E/F, to the best of the Debtors' knowledge, all claims listed on Schedule E/F appear to have arisen or to have been incurred before the Petition Date.

b. The Debtors reserve the right to assert any such claims are contingent, unliquidated and/or disputed, as applicable. The Debtors have not listed on Schedule E/F any priority employee wage and/or benefit claims for which the Debtors have been granted authority (but not direction) to pay pursuant to an order from the Bankruptcy Court. The Debtors believe that all such claims have been satisfied during these chapter 11 cases pursuant to the authority granted in the relevant order(s).

c. The Debtors reserve the right to assert that any claim listed on Schedule E/F does not constitute a priority claim under section 507 of the Bankruptcy Code and thus constitutes an unsecured nonpriority claim.

d. Schedule E/F does not include certain balances including deferred liabilities, accruals, or general reserves. Such accruals primarily represent general estimates of liabilities and do not represent specific claims as of the Petition Date. The Debtors have made reasonable efforts to include as contingent, unliquidated and/or disputed the claim of any party not included on the Debtors' open accounts payable that is associated with an account that has accrual or receipt not invoiced.

e. The claims of individual creditors may not reflect credits and/or allowances due from creditors to the applicable Debtor. The Debtors reserve all of their rights with respect to any such credits and/or allowances, including the right to assert objections and/or setoffs with respect to same.

f. The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain nonpriority unsecured claims pursuant to Bankruptcy Court orders. To the extent practicable, each Debtor's Schedule E/F is intended to reflect the balance as of the Petition Date, as adjusted by any subsequent payment or satisfaction. To the extent

an unsecured claim has been paid or may be paid, it is possible such claim is not included on Schedule E/F. Certain Debtors may pay additional claims listed on Schedule E/F during these chapter 11 cases pursuant to existing and/or further orders of the Bankruptcy Court and the Debtors reserve all of their rights to update Schedule E/F to reflect such payments or to modify the claims register to account for the satisfaction of such claims. Certain claims listed on Schedule E/F may include amounts entitled to administrative priority pursuant to section 503(b)(9) of the Bankruptcy Code.

g. Schedule E/F contains information regarding pending litigation involving the Debtors. In certain instances, the amount that is the subject of the litigation is uncertain or undetermined. The dollar amount of potential claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. The inclusion of any litigation in Schedule E/F or otherwise does not constitute an admission of liability alleged in such litigation.

h. In addition, although the Debtors have made reasonable efforts to attribute the Schedule E/F debt to the rightful Debtor entity, in certain instances, the Schedule E/F debt in fact, may properly be against another Debtor entity. Accordingly, the Debtors reserve all of their rights with respect to the attribution of the liabilities and reserve the right to amend the Schedules and Statements.

i. To the extent they are known, Schedule E/F represents the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or the assumption and assignment of an executory contract or unexpired lease. Additionally, Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

j. To the extent a claim is listed under Schedule E/F as owed to a professional, particularly as to a professional or professionals who rendered services during the Debtors' first chapter 11 case, though such claims may constitute an obligation of one or more other Debtors' estates, for the sake of clarity, such amounts are reflected as claims against the Debtor Relativity Media, LLC.

4. **Schedule G**.

a. Although the Debtors' existing records and information systems have been relied upon to identify and schedule executory contracts and unexpired leases and reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtors reserve all rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement Schedule G as necessary. The contracts, agreements and leases listed therein may have expired or been modified, amended, or supplemented from time to time by various amendments,

restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements which may not be listed therein.

b.  The presence of a contract or agreement on Schedule G does not constitute an admission as to the existence, validity or enforceability of the contract or agreement, or that such contract or agreement is an executory contract or unexpired lease, and the omission of a contract or agreement from Schedule G does not constitute an admission that a contract or agreement does not exist. The presence of a contract or agreement on Schedule G does not constitute an admission. The Debtors reserve all rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the rights to dispute or challenge the characterization or the structure of any transaction document or instrument. Certain executory agreements may not have been memorialized in writing and could be subject to dispute.

5.  **Schedule H**.

a.  For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition secured credit facilities are listed as Co- Debtors on Schedule H. The Debtors may not have identified certain Guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional Guarantees are identified or such Guarantees are discovered to have expired or be unenforceable.

b.  In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because all such claims are contingent, disputed and/or unliquidated, such claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule E/F.

### **Specific Notes Regarding the Debtors' Statements of Financial Affairs ("SOFA")**

1.  **SOFA Item 29**. As is set forth in Item 29 of each of the Debtors' SOFAs regarding certain of the Debtors' former officers, members or managers, because the dates of installment for each of those individuals varies from Debtor to Debtor, and are not readily confirmed by the Debtors' books and records, the Debtors note in SOFA Item 29 that each such former officer, member, or manager served for at least the period in question (*i.e.*, the year prior to the Petition Date) even though their terms began on dates much earlier in time.

**Fill in this information to identify the case:**

Debtor name **Relativity Rogue, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **18-11328**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

| Part 1: | Summary of Assets |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................   $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................   $ _____0.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................   $ _____0.00

| Part 2: | Summary of Liabilities |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................   $ _____119,013,263.61

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................   $ _____0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$ _____0.00

4.  **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b   $ _____119,013,263.61

**Fill in this information to identify the case:**

Debtor name   **Relativity Rogue, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **18-11328**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

   ■ No.  Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. Does the debtor own any investments?

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. Does the debtor own any inventory (excluding agriculture assets)?

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

   ■ No.  Go to Part 7.

| Debtor | **Relativity Rogue, LLC** | | Case number *(If known)* | **18-11328** |
|---|---|---|---|---|
| | Name | | | |

☐ Yes Fill in the information below.

**Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No. Go to Part 8.
   ☐ Yes Fill in the information below.

**Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No. Go to Part 9.
   ☐ Yes Fill in the information below.

**Real property**

54. **Does the debtor own or lease any real property?**

   ■ No. Go to Part 10.
   ☐ Yes Fill in the information below.

**Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **See SOAL Part 10, Question 60 Attachment** | **$0.00** | | **$0.00** |

| | | |
|---|---|---|
| 61. | **Internet domain names and websites** | |
| 62. | **Licenses, franchises, and royalties** | |
| 63. | **Customer lists, mailing lists, or other compilations** | |
| 64. | **Other intangibles, or intellectual property** | |
| 65. | **Goodwill** | |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   | **$0.00** |
   |---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

| Debtor | **Relativity Rogue, LLC** | Case number *(if known)* **18-11328** |
|---|---|---|
| | Name | |

---

| **Part 11:** | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|

| 71. | **Notes receivable**<br>Description (include name of obligor) | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Possible action; Relativity Roge LLC claim against Black Monday Film Services, LLC; Breach of agreement dated 5/17/10 re film Skyline; failed to honor Relativity's first and last match right.** | **Unknown** |

| Nature of claim | Breach of agreement dated 5/17/10 re film Skyline |
|---|---|
| Amount requested | $0.00 |

---

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

| 78. | **Total of Part 11.** | **$0.00** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

| Debtor | **Relativity Rogue, LLC** | Case number *(if known)* | **18-11328** |
|--------|---------------------------|--------------------------|--------------|
|        | Name                      |                          |              |

---

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|--------------------------------|

80. **Cash, cash equivalents, and financial assets.**
*Copy line 5, Part 1*  ............................................................  $0.00

81. **Deposits and prepayments.** *Copy line 9, Part 2.*  ..........  $0.00

82. **Accounts receivable.** *Copy line 12, Part 3.*  ..............  $0.00

83. **Investments.** *Copy line 17, Part 4.*  ......................  $0.00

84. **Inventory.** *Copy line 23, Part 5.*  ........................  $0.00

85. **Farming and fishing-related assets.** *Copy line 33, Part 6.*  ..  $0.00

86. **Office furniture, fixtures, and equipment; and collectibles.**
*Copy line 43, Part 7.*  ..........................................  $0.00

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.*  ..  $0.00

88. **Real property.** *Copy line 56, Part 9*.........................................................................>  |  | $0.00 |

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.*  ..  $0.00

90. **All other assets.** *Copy line 78, Part 11.*  ...............  +  $0.00

91. **Total.** Add lines 80 through 90 for each column  .......  $0.00  + 91b.  | $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92  |  | $0.00 |

18-11358-mew   Doc 166   Filed 05/22/2018   Entered 05/22/2018 21:18:17   Main Document

SOAL A/B: P10, O60, Patents, copyrights, trademarks, and trade secrets

| Specific Information | Description | Current Value |
|---|---|---|
| ROGUE PICTURES TRADEMARK APPLICATION (HONG KONG) | 009 - AUDIO RECORDINGS FEATURING MUSIC; CINEMATOGRAPHIC FILMS FEATURING A WIDE VARIETY OF THEMES; COMPACT DISCS FEATURING MUSIC; COMPUTER GAME SOFTWARE; COMPUTER PROGRAMS FOR VIDEO AND COMPUTER GAMES; COMPUTER SOFTWARE ... | UNDETERMINED |
| ROGUE PICTURES TRADEMARK APPLICATION (HONG KONG) | 041 - ENTERTAINMENT SERVICES, NAMELY, PRODUCTION AND DISTRIBUTION OF AUDIOVISUAL WORKS, NAMELY, FULL LENGTH MOTION PICTURE FILMS, PRODUCTION AND DISTRIBUTION OF AUDIOVISUAL WORKS, NAMELY, FULL LENGTH MOTION PICTURE FILMS, FOR TELEVISION, CABLE AND THEATRICAL RELEASE; 2,531,913 | UNDETERMINED |
| ROGUE PICTURES TRADEMARK APPLICATION (UNITED STATES) | 041 - ANIMATION PRODUCTION SERVICES; AUDIO AND VIDEO RECORDING SERVICES; AUDIO RECORDING AND PRODUCTION; CINEMA THEATERS; CINEMATOGRAPHIC ADAPTATION AND EDITING; DIGITAL VIDEO, AUDIO, AND MULTIMEDIA ... | UNDETERMINED |
| ROGUE PICTURES TRADEMARK APPLICATION (UNITED STATES) | 009 - CINEMATOGRAPHIC FILMS FEATURING A WIDE VARIETY OF THEMES, NAMELY, ACTION, ADVENTURE, FAMILY, MYSTERY, NEWS, WAR, FILM NOIR, COMEDY, DRAMA, WESTERNS, WAR, DANCE, CRIME, HISTORICAL, BIOGRAPHICAL, SUSPENSE, THRILLER ... | UNDETERMINED |

Total:

1 of 1

**Fill in this information to identify the case:**

Debtor name    **Relativity Rogue, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **18-11328**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

     ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

     ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **See Schedule D Attachment**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **$119,013,263.61** | **$0.00** |

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$119,013,263.61**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

18-11358-mew   Doc 166   Filed 05/20/18   Entered 05/20/18 21:18:17   Main Document

In re Relativity Media, LLC

Case No. 18-11328 (MEW)

Schedule D: Part 1 - Creditors Who Have Claims Secured by Property

| Creditor | Insider or Related Party? | CoDebtor | If Multiple Creditors Have Interest in the Same Property, Specify Each Creditor and Its Relative Priority | Date Debt was Incurred, Description of Debtor's Property Subject to the Lien and the Nature of Lien | Contingent | Unliquidated | Disputed | Amount of Claim (Do not deduct the value of the collateral) | Value of Collateral that Supports this Claim |
|---|---|---|---|---|---|---|---|---|---|
| Directors Guild of America (DGA) Joe Kohanski c/o Bush Gottlieb 801 N. Brand Blvd, Suite 950 Glendale CA 91203 | | | | Residuals | | | | $310,466.00 | Unknown |
| Relativity Secured Lender (Joseph Nicholas) 10 South Riverside Plaza Suite 700 Chicago IL 60606 | X | X | Subordinate to Midcap as to certain Debtors' assets (i.e., the film library); subordinate to UltraV as to all assets | Promissory note dated April 12, 2016 (maturing April 12, 2021) granted blanket lien on all assets subject to specified priority. UCC lien filed. | | | | $44,795,331.61 | Unknown |
| UltraV Holdings c/o Schulte Roth & Zabel LLP Attn: Adam C. Harris and Kristine Manoukian 919 Third Avenue New York NY 10022 | | X | Subordinate to Midcap's security interest in certain Debtors' assets (i.e., the film library) | Promissory noted dated April 12, 2016 (matured April 12, 2018) assigned to UltraV Holdings granted blanket lien on all assets subject to specified priority. UCC lien filed. | | | | $73,597,000.00 | Unknown |
| Writers Guild of America (WGA) Joe Kohanski c/o Bush Gottlieb 801 N. Brand Blvd, Suite 950 Glendale CA 91203 | | | | Residuals | | | | $310,466.00 | Unknown |
| | | | | | | | Total: | $119,013,263.61 | |

1 of 1

| Fill in this information to identify the case: |
|---|
| Debtor name **Relativity Rogue, LLC** |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) **18-11328** |

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | Date or dates debt was incurred ____ | ☐ Disputed |
| | Last 4 digits of account number ____ | Basis for the claim: _____ |
| | | Is the claim subject to offset? ☐ No  ☐ Yes |

### Part 3:     List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 0.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 0.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Relativity Rogue, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **18-11328** |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **See Schedule G Attachment** |

In re Relativity Media, LLC
Case No. 18-11328 (MEW)
Schedule G: Executory Contracts and Unexpired Leases

| CONTRACT COUNTERPARTY | ADDRESS | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST; STATE THE REMAINING TERM. LIST CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. | FILM / TV SHOW CONTRACT RELATES TO |
|---|---|---|---|
| 7786 HOLDINGS, LLC | 23679 CALABASAS ROAD SUITE 980 CALABAS CA 92302 | SETTLEMENT AND RELEASE AGREEMENT DATED OR EFFECTIVE AS OF 6/28/2012 | |
| CATFISH PICTURE COMPANY, LLC | ATTN: ANDREW JARECKI AND MARC SMERLING 741 MADISON AVENUE NEW YORK NY 10065 | CATFISH - EXCLUSIVE LICENSE AGREEMENT DATED OR EFFECTIVE AS OF 2/3/2010 | CATFISH |
| CIT BANK, N.A. | ATTN: JAMES K. SIMONS AND DAISY STALL 2450 BROADWAY AVENUE 4TH FLOOR SANTA MONICA CA 90404 | INTERCREDITOR AGREEMENT DATED OR EFFECTIVE AS OF 4/12/2016 | |
| EVERGREEN PICTURES LLC | 30 ROCKEFELLER PLZ NEW YORK NY 10112-0015 | CONFIDENTIAL SETTLEMENT AGREEMENT AND MUTUAL RELEASE  DATED OR EFFECTIVE AS OF 1/31/2012 | |
| FOCUS FEATURES | ATTN: AMY ESCHENASY 100 UNIVERSAL CITY PLAZA UNIVERSAL CITY CA 91608 | ASSUMPTION AND AMENDMENT OF CO-FINANCING AND DISTRIBUTION AGREEMENT DATED OR EFFECTIVE AS OF 12/23/2008 | WIRELESS |
| FOCUS FEATURES | 100 UNIVERSAL CITY PLAZA UNIVERSAL CITY CA 91608 | CONFIDENTIAL SETTLEMENT AGREEMENT AND MUTUAL RELEASE  DATED OR EFFECTIVE AS OF 1/31/2012 | |
| LAVA FILMS LLC | 3201B SOUTH LA CIENEGA BLVD LOS ANGELES CA 90016 | CONFIDENTIAL SETTLEMENT AGREEMENT AND MUTUAL RELEASE  DATED OR EFFECTIVE AS OF 1/31/2012 | |
| LUCKY CRICKET PRODUCTIONS LLC | 76 PROGRESS DR #200 STAMFORD CT 06902 | CONFIDENTIAL SETTLEMENT AGREEMENT AND MUTUAL RELEASE  DATED OR EFFECTIVE AS OF 1/31/2012 | |
| MACQUARIE US TRADING LLC | ATTN: GENERAL COUNSEL 125 WEST 55TH STREET NEW YORK NY 10019 | INTERCREDITOR AGREEMENT DATED OR EFFECTIVE AS OF 4/12/2016 | |
| MANCHESTER LIBRARY COMPANY LLC | ATTN: JOHANNES WEBER 40 WEST 57TH STREET NEW YORK NY 10019 | INTERCREDITOR AGREEMENT DATED OR EFFECTIVE AS OF 4/12/2016 | |

18-11358-mew   Doc 166   Filed 05/20/18   Entered 05/20/18 21:18:17   Main Document

In re Relativity Media, LLC

Case No. 18-11328 (MEW)

Schedule G: Executory Contracts and Unexpired Leases

| CONTRACT COUNTERPARTY | ADDRESS | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST; STATE THE REMAINING TERM. LIST CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. | FILM / TV SHOW CONTRACT RELATES TO |
|---|---|---|---|
| MANCHESTER SECURITIES CORP. | ATTN: GENERAL COUNSEL 40 WEST 57TH STREET 4TH FLOOR NEW YORK NY 10019 | RELEASE OF DOCUMENTS DATED OR EFFECTIVE AS OF 06/01/2017 | |
| MIDCAP FINANCIAL TRUST | C/O MIDCAP FINANCIAL SERVICES, LLC, AS SERVICER ATTN: ACCOUNT MANAGER FOR RELATIVITY TRANSACTION 7255 WOODMONT AVENUE SUITE 200 BETHESDA MD 20814 | INTERCREDITOR AGREEMENT DATED OR EFFECTIVE AS OF 4/12/2016 | |
| RELATIVITY JACKSON,LLC | 9242 BEVERLY BLVD SUITE 300 BEVERLY HILLS CA 90210 | CONFIDENTIAL SETTLEMENT AGREEMENT AND MUTUAL RELEASE DATED OR EFFECTIVE AS OF 1/31/2012 | |
| RELATIVITY SECURED LENDER, LLC | ATTN: JOSEPH NICHOLAS, MANAGER 17001 COLLINS AVE., SUITE 4305 NORTH MIAMI FL 33160 | SUBORDINATION AGREEMENT DATED OR EFFECTIVE AS OF 4/12/2016 | |
| RELATIVITY SECURED LENDER, LLC | ATTN: GENERAL COUNSEL 17001 COLLINS AVE., SUITE 4305 NORTH MIAMI FL 33160 | TRADEMARK SECURITY AGREEMENT DATED OR EFFECTIVE AS OF 4/12/2016 | |
| RIDER PRODUCTIONS LLC | 260 MOUNTAIN ROAD NORTH GRANBY CT 06060 | CONFIDENTIAL SETTLEMENT AGREEMENT AND MUTUAL RELEASE DATED OR EFFECTIVE AS OF 1/31/2012 | |
| RKA FILM FINANCING, LLC | ATTN: CHAIRMAN 510 LAGUARDIA PLACE 5TH FLOOR NEW YORK NY 10012 | INTERCREDITOR AGREEMENT DATED OR EFFECTIVE AS OF 4/12/2016 | |
| RKA FILM FINANCING, LLC | ATTN: CHAIRMAN 510 LAGUARDIA PLACE 5TH FLOOR NEW YORK NY 10012 | THEATRICAL ACCOUNTS INTERCREDITOR AGREEMENT | |
| RM BIDDER, LLC | ATTN: BOB SOLOMON 1083 N. LAS PALMAS AVENUE, BUILDING 40 LOS ANGELES CA 90081 | INTERCREDITOR AGREEMENT DATED OR EFFECTIVE AS OF 4/12/2016 | |

18-11358-mew   Doc 166   Filed 05/20/18   Entered 05/20/18 21:18:17   Main Document
In re Relativity Media, LLC
Pg 482 of 494
Case No. 18-11328 (MEW)
Schedule G: Executory Contracts and Unexpired Leases

| CONTRACT COUNTERPARTY | ADDRESS | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST; STATE THE REMAINING TERM. LIST CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. | FILM / TV SHOW CONTRACT RELATES TO |
|---|---|---|---|
| RM BIDDER, LLC | ATTN: GENERAL COUNSEL 1074 N. LAS PALMAS AVENUE, BUILDING 40 LOS ANGELES CA 90072 | PLEDGE AND SECURITY AGREEMENT DATED OR EFFECTIVE AS OF 4/12/2016 | |
| RM BIDDER, LLC | ATTN: BOB SOLOMON 1080 N. LAS PALMAS AVENUE, BUILDING 40 LOS ANGELES CA 90078 | SUBORDINATION AGREEMENT DATED OR EFFECTIVE AS OF 4/12/2016 | |
| RM BIDDER, LLC | ATTN: GENERAL COUNSEL 750 N. SAN VICENTE BLVD. RED EAST TOWER 12TH FLOOR WEST HOLLYWOOD CA 90069 | TRADEMARK SECURITY AGREEMENT DATED OR EFFECTIVE AS OF 4/12/2016 | |
| ROGUE PICTURES | ATTN: AMY ESCHENASY 100 UNIVERSAL CITY PLAZA UNIVERSAL CITY CA 91608 | ASSUMPTION AND AMENDMENT OF CO-FINANCING AND DISTRIBUTION AGREEMENT DATED OR EFFECTIVE AS OF 12/23/2008 | WIRELESS |
| ROSEY FILM PRODUCTIONS LLC | 515 GREENWICH ST NEW YORK NY 10013 | CONFIDENTIAL SETTLEMENT AGREEMENT AND MUTUAL RELEASE  DATED OR EFFECTIVE AS OF 1/31/2012 | |
| THE FYZZ FACILITY FILM 7 LIMITED | ATTN: WAYNE MARC GODFREY/ROBERT JONES 77 FORTRESS ROAD, 2ND FLOOR LONDON NW5 1AG UNITED KINGDOM | PURCHASE AGREEMENT DATED OR EFFECTIVE AS OF 05/03/2017 | |
| UNIVERSAL CITY STUDIOS LLC | 100 UNIVERSAL CITY PLAZA UNIVERSAL CITY CA 91608-1002 | CONFIDENTIAL SETTLEMENT AGREEMENT AND MUTUAL RELEASE  DATED OR EFFECTIVE AS OF 1/31/2012 | |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP | 100 UNIVERSAL CITY PLAZA UNIVERSAL CITY CA 91608-1002 | CONFIDENTIAL SETTLEMENT AGREEMENT AND MUTUAL RELEASE  DATED OR EFFECTIVE AS OF 1/31/2012 | |
| UNIVERSAL PICTURES, A DIVISION OF UNIVERSAL CITY STUDIOS LLP | ATTN: FEATURE LAW DEPARTMENT 100 UNIVERSAL CITY PLAZA 1320I 3W UNIVERSAL CITY CA 91608 | ASSUMPTION AND AMENDMENT OF CO-FINANCING AND DISTRIBUTION AGREEMENT DATED OR EFFECTIVE AS OF 12/23/2008 | WIRELESS |

3 of 5

18-11358-mew    Doc 166    Filed 05/20/18    Entered 05/20/18 21:18:17    Main Document
In re Relativity Fashion, LLC
Pg 490 of 500
Case No. 18-11328 (MEW)

Schedule G: Executory Contracts and Unexpired Leases

| CONTRACT COUNTERPARTY | ADDRESS | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST; STATE THE REMAINING TERM. LIST CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. | FILM / TV SHOW CONTRACT RELATES TO |
|---|---|---|---|
| VARESE SARABANDE RECORDS INC | 11846 VENTURA BOULEVARD SUITE 130 STUDIO CITY CA 91604 | SOUNDTRACK LICENSE AGREEMENT DATED OR EFFECTIVE AS OF 10/13/2010 | SKYLINE |
| VIRGIN MANAGEMENT USA, INC | 65 BLEECKER ST #6 NEW YORK NY 10012 | VIRGIN PRODUCED, LLC LIMITED LIABILITY COMPANY AGREEMENT JOINDER | |
| VIRGIN MANAGEMENT USA, INC. | 65 BLEECKER ST., #6 NEW YORK NY 10012 | SETTLEMENT AND RELEASE AGREEMENT DATED OR EFFECTIVE AS OF 6/28/2012 | |
| VIRGIN PRODUCED LLC | C/O EISNER, FRANK & KAHAN ATTN: DARIN FRAKN, ESQ. 9601 WILSHIRE BOULEVARD SUITE 700 BEVERLY HILLS CA 90210 | MEDORANDUM OF AGREEMENT DATED OR EFFECTIVE AS OF 6/28/2010 | |
| VIRGIN PRODUCED LLC | JASON FELTS 9601 WILSHIRE BOULEVARD SUITE 700 BEVERLY HILLS CA 90210 | MEMORANDUM OF AGREEMENT, AS AMENDED 06/28/2010 DATED OR EFFECTIVE AS OF 6/28/2010 | |
| VIRGIN PRODUCED LLC | C/O EISNER, FRANK & KAHAN 9601 WILSHIRE BOULEVARD SUITE 700 BEVERLY HILLS CA 90210 | VIRGIN PRODUCED, LLC LIMITED LIABILITY COMPANY AGREEMENT JOINDER | |
| VIRGIN PRODUCED, LLC | C/O EISNER FRANK & KAHAN ATTN: DARIN FRANK, ESQ. 9601 WILSHIRE BLVD SUITE 700 BEVERLY HILLS CA 90210 | MEMORANDUM OF AGREEMENT, AMENDMENT DATED OR EFFECTIVE AS OF 4/26/2011 | |
| VIRGIN PRODUCED, LLC | C/O DMF LAW ATTN: DARIN FRANK, ESQ. 9454 WILSHIRE BOULEVARD SUITE 300 BEVERLY HILLS CA 90212 | OVERALL AGREEMENT DATED OR EFFECTIVE AS OF 6/28/2010 | COLUMBUS |
| VIRGIN PRODUCED, LLC | ATTN: JASON FELTS 23679 CALABASAS ROAD SUITE 980 CALABASAS CA 91302 | SETTLEMENT AND RELEASE AGREEMENT DATED OR EFFECTIVE AS OF 6/28/2012 | |

4 of 5

18-11358-mew   Doc 166   Filed 05/20/18   Entered 05/20/18 21:18:17   Main Document

In re Relativity Media, LLC
Pg 484 of 494
Case No. 18-11328 (MEW)

Schedule G: Executory Contracts and Unexpired Leases

| CONTRACT COUNTERPARTY | ADDRESS | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST; STATE THE REMAINING TERM. LIST CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. | FILM / TV SHOW CONTRACT RELATES TO |
|---|---|---|---|
| WINSTON & STRAWN LLP | ATTN: GENERAL COUNSEL 333 S. GRAND AVENUE, 38TH FLOOR LOS ANGELES CA 90071 | LETTER RE: MARCH 19, 2018 ENGAGEMENT LETTER DATED OR EFFECTIVE AS OF 04/21/2017 | |

**Fill in this information to identify the case:**

Debtor name    **Relativity Rogue, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **18-11328**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **See Schedule H Attachment** | | | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

18-11358-mew   Doc 166   Filed 05/20/18   Entered 05/20/18 21:18:17   Main Document
Pg 28 of 30
In re Relativity Rogue, LLC
Case No. 18-11328 (MEW)
Schedule H - Codebtors

| Debtor | RKA Film Financing, LLC (First Lien; Treasury Rate plus 1.5% per annum; Date entered April 12, 2016; Matures on February 1, 2019) | UltraV Holdings (First Lien; 12% on the first $30 million; 15.5% on remaining balance, per annum; Date entered April 12, 2016; Matures on April 12, 2018) | Relativity Secured Lender (Joseph Nicholas) (Second Lien; 12% per annum; Date entered April 12, 2016; Matures on April 12, 2021) | MidCap Financial (ABL LIBOR plus 15%, per annum; Date entered April 12, 2016; Matures on July 12, 2018) | Fireman's Fund Insurance Company (UCC Lien) | International Film Guarantors, LLC (UCC Lien) | Aperture Media Participations, LLC (UCC Lien) |
|---|---|---|---|---|---|---|---|
| 21 & Over Productions, LLC | | | | X | | | |
| 3 Days To Kill Productions, LLC | | | | X | | | |
| Armored Car Productions, LLC | X | | | | | | X |
| Best of Me Productions, LLC | | | X | X | | | |
| Black or White Films, LLC | | | X | X | | | |
| Blackbird Productions, LLC | | | X | | | | |
| Brick Mansions Acquisitions, LLC | | | X | X | | | |
| Don Jon Acquisitions, LLC | | | X | X | X | X | |
| DR Productions, LLC | X | | | | | | |
| Furnace Films, LLC | | X | X | X | X | X | |
| Malavita Productions, LLC | | X | X | X | X | X | |
| Movie Productions, LLC | | X | X | X | | | |
| Paranoia Acquisitions, LLC | | X | X | | | | |
| Phantom Acquisitions, LLC | | X | X | | | | |
| Relative Motion Music, LLC | | X | X | | | | |
| Relative Velocity Music, LLC | | X | X | | | | |
| Relativity Development, LLC | | X | X | | | | |
| Relativity Fashion, LLC | | X | X | | | | |
| Relativity Films, LLC | | X | X | | | | |
| Relativity Foreign, LLC | | X | X | | | | |
| Relativity Holdings LLC | | X | X | | | | |
| Relativity Jackson, LLC | | X | X | | | | |
| Relativity Media Distribution, LLC | | X | X | | | | X |
| Relativity Media Films, LLC | | X | X | | | | |
| Relativity Media LLC | | X | X | | | | |
| Relativity Music Group, LLC | | X | X | | | | |
| Relativity Production LLC | | X | X | | | | |
| Relativity Rogue, LLC | | X | X | | | | |
| RML Acquisitions I, LLC | | X | X | X | | | |
| RML Acquisitions II, LLC | | X | X | X | | | |
| RML Acquisitions III, LLC | | X | X | X | | | |
| RML Acquisitions IV, LLC | | X | X | X | X | X | |
| RML Acquisitions IX, LLC | | X | X | X | | | |
| RML Acquisitions V, LLC | | X | X | X | | | |
| RML Acquisitions VI, LLC | | X | X | X | | | |
| RML Acquisitions VIII, LLC | | X | X | X | | | |
| RML Acquisitions X, LLC | | X | X | X | | | |
| RML Acquisitions XI, LLC | | X | X | X | | | |
| RML Acquisitions XIII, LLC | | X | X | X | | | |
| RML Acquisitions VII, LLC | | X | X | | | | |
| RML Desert Films, LLC | | X | X | X | X | X | X |
| RML Distribution Domestic, LLC | | X | X | | | | |
| RML Distribution International, LLC | | X | X | X | | | |
| RML Echo Films, LLC | | X | X | | | | |
| RML Film Development, LLC | | X | X | X | | | |
| RML Hector Films, LLC | | X | X | | | | |
| RML International Assets, LLC | | X | X | X | | | |
| RML November Films, LLC | | X | X | X | | | |
| RML Oculus Films, LLC | | X | X | | | | |

18-11358-mew   Doc 166   Filed 05/20/18   Entered 05/20/18 21:18:17   Main Document
Pg 29 of 30
In re Relativity Rogue, LLC
Case No. 18-11328 (MEW)
Schedule H - Codebtors

| Debtor | RKA Film Financing, LLC (First Lien; Treasury Rate plus 1.5% per annum; Date entered April 12, 2016; Matures on February 1, 2019) | UltraV Holdings (First Lien; 12% on the first $30 million; 15.5% on remaining balance, per annum; Date entered April 12, 2016; Matures on April 12, 2018) | Relativity Secured Lender (Joseph Nicholas) (Second Lien; 12% per annum; Date entered April 12, 2016; Matures on April 12, 2021) | MidCap Financial (ABL; LIBOR plus 15%, per annum; Date entered April 12, 2016; Matures on July 12, 2018) | Fireman's Fund Insurance Company (UCC Lien) | International Film Guarantors, LLC (UCC Lien) | Aperture Media Participations, LLC (UCC Lien) |
|---|---|---|---|---|---|---|---|
| RML Romeo and Juliet Films, LLC | | X | X | | | | |
| RML Turkeys Films, LLC | | X | X | X | | | |
| RML WIB Films, LLC | | X | X | | | | |
| RMLDD Financing, LLC | | X | X | | | | X |
| Rogue Digital, LLC | | X | X | | | | |
| Rogue Games, LLC | | X | X | | | | |
| Roguelife LLC (dba Relativity Digital) | | X | X | X | X | | |
| Safe Haven Productions, LLC | | X | X | X | | X | |
| Snow White Productions, LLC | | X | X | X | | | |

2 of 2

| Fill in this information to identify the case: |
| --- |
| Debtor name **Relativity Rogue, LLC** |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) **18-11328** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 20, 2018**          X **/s/ Colin M. Adams**
                                            Signature of individual signing on behalf of debtor

                                            **Colin M. Adams**
                                            Printed name

                                            **Chief Restructuring Officer / Authorized Representative**
                                            Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# EXHIBIT GG

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                       :

In re:                           :        Chapter 11
                                     :

RELATIVITY MEDIA, LLC, et al.,[1]    :        Case No. 18-11358 (MEW)

        Debtors.            :        (Jointly Administered)
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ORDER GRANTING MOTION OF THE RELATIVITY LIQUIDATING TRUST**
**FOR ENTRY OF FINAL DECREE CLOSING SUBSTANTIVELY**
**CONSOLIDATED CHAPTER 11 CASES**

Upon consideration of the *Motion of the Relativity Liquidating Trust for Entry of Final*

*Decree Closing Substantively Consolidated Chapter 11 Cases* (the "**Motion**")[2] [Docket No. 857]

filed by Drivetrain LLC, the duly appointed, qualified and acting trustee of the Relativity

Liquidating Trust, pursuant to section 350 of the Bankruptcy Code, Rule 3022 of the Bankruptcy

Rules, and Rule 3022-1 of the Local Bankruptcy Rules, seeking entry of a final decree and order

closing the Consolidated Cases, which are identified on **Appendix A** hereto; and finding due and

proper notice of the Motion having been provided, and it appearing that no further or additional

notice need be provided; and there being no objection or opposition to the Motion or the relief

therein requested; and finding that the Court has jurisdiction to consider and enter a final order

with respect to the Motion and the relief therein requested in accordance with 28 U.S.C. §§ 157

and 1334 and the *Amended Standing Order of Reference M-431* dated January 31, 2012 (Preska,

C.J.); and finding that the consideration of the Motion and the relief therein requested are core

---

[1] The Relativity Liquidating Trust EIN is 83-6683053.  Each of the debtors in the above-captioned chapter 11 cases
and their respective tax identification numbers are set forth (a) in the *Order (A) Authorizing the Joint Administration
of their Chapter 11 Cases and (B) Waiving Requirements of Section 342(c)(1) of the Bankruptcy Code and Bankruptcy
Rule 2002(n)* [Docket No. 5] and (b) at https://cases.primeclerk.com/relativity.

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

61589525.1

proceedings pursuant to 28 U.S.C. § 157(b); and finding that venue in this district and before this

Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and upon consideration of the record of

all the proceedings before the Court with respect to the Motion and these Chapter 11 Cases; and

finding that the Consolidated Estates have been "fully administered" within the meaning of section

350(a) of the Bankruptcy Code and Rule 3022 of the Bankruptcy Rules; and finding that the

Consolidated Cases have been substantially consummated within the meaning of section 1101(2)

of the Bankruptcy Code; and finding that the Consolidated Estates have been substantively

consolidated with the bankruptcy estate of Relativity Media, LLC, and the assets of the foregoing

have been vested in the Trust under the terms of the Plan and Confirmation Order; and, after due

deliberation, finding good and sufficient cause therefor,

      **IT IS HEREBY ORDERED** that the Motion is GRANTED as provided herein;

      **IT IS FURTHER ORDERED** that, pursuant to section 350(a) of the Bankruptcy Code

and Rule 3022 of the Bankruptcy Rules, the Court hereby enters this final decree and orders the

Consolidated Cases identified on **Appendix A**, annexed hereto, closed effective January 31, 2019;

      **IT IS FURTHER ORDERED** that the closure of the Consolidated Cases or entry of this

final decree shall not divest, limit or otherwise affect the rights or interests of the Trust to the assets

of the Consolidated Estates, which were irrevocably transferred to and vested in the Trust pursuant

to the Plan and Confirmation Order on the Effective Date, or alter or affect the substantive

consolidation of the Consolidated Estates pursuant to the Plan and Confirmation Order;

      **IT IS FURTHER ORDERED** that the Court waives the requirement to file a final report

pursuant to Rule 3022-1 of the Local Bankruptcy Rules with respect to the Consolidated Cases at

this time; *provided, however,* the Trust shall file a final report in accordance with Rule 3022-1 of

the Local Bankruptcy Rules as to all Chapter 11 Cases, including the Consolidated Cases, upon

61589525.1

the full and final administration of the Trust and closure of the final Chapter 11 Case;

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over any and all assets and liabilities of the Consolidated Estates vested in the Trust and any and all disputes pertaining to this Order, the entry of a final decree in the Consolidated Cases, and closure of the Consolidated Cases;

**IT IS FURTHER ORDERED** that the Trustee is authorized to take any and all actions necessary to effectuate this Order; and

**IT IS FURTHER ORDERED** that notwithstanding Rules 6004(g), 7062, or 9014 of the Bankruptcy Rules, or any other potentially applicable analogous rule or law, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: December 10, 2019
New York, New York

         **s/Michael E. Wiles**
         HONORABLE MICHAEL E. WILES
         UNITED STATES BANKRUPTCY JUDGE

61589525.1

### Appendix A

1. *Relativity Fashion, LLC*, case no. 18-11291-mew
2. *Rogue Digital, LLC*, case no. 18-11301-mew
3. *3 Days to Kill Productions, LLC*, case no. 18-11302-mew
4. *21 & Over Productions, LLC*, case no. 18-11304-mew
5. *Best of Me Productions, LLC*, case no. 18-11306-mew
6. *Black or White Films, LLC*, case no. 18-11307-mew
7. *Blackbird Productions, LLC*, case no. 18-11308-mew
8. *Brick Mansions Acquisitions, LLC*, case no. 18-11309-mew
9. *Don Jon Acquisitions, LLC*, case no. 18-11310-mew
10. *Furnace Films, LLC*, case no. 18-11312-mew
11. *Malavita Productions, LLC*, case no. 18-11313-mew
12. *Movie Productions, LLC*, case no. 18-11314-mew
13. *Paranoia Acquisitions, LLC*, case no. 18-11315-mew
14. *Phantom Acquisitions, LLC*, case no. 18-11316-mew
15. *Relative Motion Music, LLC*, case no. 18-11317-mew
16. *Relative Velocity Music, LLC*, case no. 18-11318-mew
17. *Relativity Development, LLC*, case no. 18-11319-mew
18. *Relativity Films, LLC*, case no. 18-11320-mew
19. *Relativity Foreign, LLC*, case no. 18-11321-mew
20. *Relativity Holdings LLC*, case no. 18-11322-mew
21. *Relativity Jackson, LLC*, case no. 18-11323-mew
22. *Relativity Media Distribution, LLC*, case no. 18-11324-mew
23. *Relativity Media Films, LLC*, case no. 18-11325-mew
24. *Relativity Music Group, LLC*, case no. 18-11326-mew
25. *Relativity Production LLC*, case no. 18-11327-mew
26. *Relativity Rogue, LLC*, case no. 18-11328-mew
27. *RML Acquisitions I, LLC*, case no. 18-11329-mew
28. *RML Acquisitions II, LLC*, case no. 18-11330-mew
29. *RML Acquisitions III, LLC*, case no. 18-11331-mew
30. *RML Acquisitions IV, LLC*, case no. 18-11332-mew
31. *RML Acquisitions IX, LLC*, case no. 18-11333-mew
32. *RML Acquisitions V, LLC*, case no. 18-11334-mew
33. *RML Acquisitions VI, LLC*, case no. 18-11335-mew
34. *RML Acquisitions VII, LLC*, case no. 18-11336-mew
35. *RML Acquisitions VIII, LLC*, case no. 18-11337-mew
36. *RML Acquisitions X, LLC*, case no. 18-11338-mew
37. *RML Acquisitions XI, LLC*, case no. 18-11339-mew
38. *RML Acquisitions XIII, LLC*, case no. 18-11340-mew
39. *RML Desert Films, LLC*, case no. 18-11341-mew
40. *RML Distribution International, LLC*, case no. 18-11342-mew
41. *RML Echo Films, LLC*, case no. 18-11343-mew
42. *RML Film Development, LLC*, case no. 18-11344-mew
43. *RML Hector Films, LLC*, case no. 18-11345-mew
44. *RML International Assets, LLC*, case no. 18-11346-mew
45. *RML November Films, LLC*, case no. 18-11347-mew

-4-

46.  *RML Oculus Films, LLC*, case no. 18-11348-mew
47.  *RML Romeo and Juliet Films, LLC*, case no. 18-11350-mew
48.  *RML Turkeys Films, LLC*, case no. 18-11351-mew
49.  *RML WIB Films, LLC*, case no. 18-11352-mew
50.  *Rogue Games, LLC*, case no. 18-11354-mew
51.  *Roguelife LLC*, case no. 18-11355-mew
52.  *Safe Haven Productions, LLC*, case no. 18-11356-mew
53.  *Snow White Productions, LLC*, case no. 18-11357-mew