# EXHIBIT HH

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re **Relativity Media, LLC,** *et al.* | Case No. **18-11358 (MEW)** |
| **Debtor** | Reporting Period: **May 3 - 31, 2018** |
| | Federal Tax I.D. # **See Note 1** |

### CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Filed 7/16/18; Amended 7/24/18 | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | Filed 7/16/18; Amended 7/24/18 | |
| Copies of bank statements | | | Available Upon Request |
| Cash disbursements journals | | | Available Upon Request |
| Statement of Operations | MOR-2 | Filed 7/16/18 | Filed 7/16/18 |
| Balance Sheet | MOR-3 | | Filed 7/16/18 |
| Status of Post-petition Taxes | MOR-4 | Filed 7/16/18 | |
| Copies of IRS Form 6123 or payment receipt | | | Available Upon Request |
| Copies of tax returns filed during reporting period | | | N/A |
| Summary of Unpaid Post-petition Debts | MOR-4 | | Filed 7/16/18 |
| Listing of Aged Accounts Payable | | | Filed 7/16/18 |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Filed 7/16/18 | Filed 7/16/18 |
| Taxes Reconciliation and Aging | MOR-5 | Filed 7/16/18 | |
| Payments to Insiders and Professional | MOR-6 | Filed 7/16/18 | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | Filed 7/16/18 | |
| Debtor Questionnaire | MOR-7 | Filed 7/16/18 | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

| | |
|---|---|
| */s/ Colin M. Adams* | 7/24/2018 |
| Signature of Authorized Individual* | Date |
| | |
| Colin M. Adams | Chief Restructuring Officer/Authorized Representative |
| Printed Name of Authorized Individual | Title of Authorized Individual |

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a
partnership; a manager or member if debtor is a limited liability company.

In re **Relativity Media, LLC, *et al.***

**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** May 3 - 31, 2018
**MOR 1**
*(in US Dollars)*

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS (a)(b)

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of all Debtor columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| DEBTOR ENTITIES | Relativity Media, LLC | 21 & Over Productions, LLC (c) | 3 Days To Kill Productions, LLC (c) | Armored Car Productions, LLC | Best of Me Productions, LLC |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11358 | 18-11304 | 18-11302 | 18-11305 | 18-11306 |
| **CASH BEGINNING OF MONTH** | $354,583 | - | - | $1,025,728 | - |
| **RECEIPTS** | | | | | |
| CASH SALES | $13,297 | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | 330,000 | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | 236,675 | - | - | 247,904 | - |
| **TOTAL RECEIPTS** | $579,972 | - | - | $247,904 | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | ($132,515) | - | - | - | - |
| PAYROLL TAXES | (4,089) | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | (5,000) | - | - | - | - |
| INSURANCE | (371,152) | - | - | - | - |
| ADMINISTRATIVE | (4,022) | - | - | - | - |
| SELLING | (22,730) | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| OWNER DRAW (e) | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | (180,800) | - | - | (14,651) | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | ($720,309) | - | - | ($14,651) | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | ($140,337) | - | - | $233,253 | - |
| | | | | | |
| **CASH – END OF MONTH** | $214,246 | - | - | $1,258,982 | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) The beginning cash for two of the debtors (Relativity Fashion, LLC 18-11291 and RML Distribution Domestic, LLC 18-11292) which filed earlier in the day is as of May 3, 2018 (the petition date). The other 56 debtors which filed starting at 21:37 (end of day) beginning cash balances are as of May 4, 2018.
(c) Debtor does not have a bank account.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Compensation to sole proprietors for services rendered to Bankruptcy Estate.

**In re Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** <u>18-11358 (MEW)</u>
**Reporting Period:** <u>May 3 - 31, 2018</u>
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Black or White Films, LLC (c) | Relativity Fashion, LLC (c) | RML Distribution Domestic, LLC | Rogue Digital, LLC | Blackbird Productions, LLC |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11307 | 18-11291 | 18-11292 | 18-11301 | 18-11308 |
| **CASH BEGINNING OF MONTH** | - | - | $100 | $48 | $14,999 |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | 977,338 | - | - |
| **TOTAL RECEIPTS** | - | - | $977,338 | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | (100) | - | - |
| SELLING | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| OWNER DRAW (e) | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | (977,338) | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | ($977,438) | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | ($100) | - | - |
| | | | | | |
| **CASH – END OF MONTH** | - | - | - | $48 | $14,999 |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) The beginning cash for two of the debtors (Relativity Fashion, LLC 18-11291 and RML Distribution Domestic, LLC 18-11292) which filed earlier in the day is as of May 3, 2018 (the petition date). The other 56 debtors which filed starting at 21:37 (end of day) beginning cash balances are as of May 4, 2018.
(c) Debtor does not have a bank account.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Compensation to sole proprietors for services rendered to Bankruptcy Estate.

In re **Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** <u>18-11358 (MEW)</u>
**Reporting Period:** <u>May 3 - 31, 2018</u>
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Brick Mansions Acquisitions, LLC (c) | Don Jon Acquisitions, LLC (c) | DR Productions, LLC | Malavita Productions, LLC | Movie Productions, LLC (c) |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11309 | 18-11310 | 18-11311 | 18-11313 | 18-11314 |
| **CASH BEGINNING OF MONTH** | - | - | $384,932 | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| OWNER DRAW (e) | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | (2,308) | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | ($2,308) | - | - |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | - | ($2,308) | - | - |
| | | | | | |
| **CASH – END OF MONTH** | - | - | $382,624 | - | - |

**Footnote(s):**
(a) The amounts reported are from each of
the debtor's bank statements as the company
does not maintain a general ledger.
(b) The beginning cash for two of the debtors
(Relativity Fashion, LLC 18-11291 and RML
Distribution Domestic, LLC 18-11292) which filed
earlier in the day is as of May 3, 2018 (the petition
date). The other 56 debtors which filed starting at
21:37 (end of day) beginning cash balances are as
of May 4, 2018.
(c) Debtor does not have a bank account.
(d) Transfers (From DIP Accts) includes funds
received from third parties that relate to other
debtor and non-debtor accounts. The funds were
transferred to the appropriate accounts and
then booked as cash sales.
(e) Compensation to sole proprietors for
services rendered to Bankruptcy Estate.

**In re Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** <u>18-11358 (MEW)</u>
**Reporting Period:** <u>May 3 - 31, 2018</u>
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Paranoia Acquisitions, LLC | Phantom Acquisitions, LLC (c) | Relative Motion Music, LLC (c) | Relative Velocity Music, LLC (c) | Relativity Development, LLC |
|---|---|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11315 | 18-11316 | 18-11317 | 18-11318 | 18-11319 |
| **CASH BEGINNING OF MONTH** | $767,716 | - | - | - | $907 |
| **RECEIPTS** | | | | | |
| CASH SALES | $1,995 | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | $1,995 | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | (2,447) | - | - | - | - |
| SELLING | (24,615) | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| OWNER DRAW (e) | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | (634,491) | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | ($661,554) | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | ($659,559) | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | $108,158 | - | - | - | $907 |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) The beginning cash for two of the debtors (Relativity Fashion, LLC 18-11291 and RML Distribution Domestic, LLC 18-11292) which filed earlier in the day is as of May 3, 2018 (the petition date). The other 56 debtors which filed starting at 21:37 (end of day) beginning cash balances are as of May 4, 2018.
(c) Debtor does not have a bank account.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Compensation to sole proprietors for services rendered to Bankruptcy Estate.

In re **Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** May 3 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Relativity Films, LLC (c) | Relativity Foreign, LLC (c) | Relativity Jackson, LLC (c) | Relativity Media Distribution, LLC (c) | Relativity Media Films, LLC (c) |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11320 | 18-11321 | 18-11323 | 18-11324 | 18-11325 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| OWNER DRAW (e) | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) The beginning cash for two of the debtors (Relativity Fashion, LLC 18-11291 and RML Distribution Domestic, LLC 18-11292) which filed earlier in the day is as of May 3, 2018 (the petition date). The other 56 debtors which filed starting at 21:37 (end of day) beginning cash balances are as of May 4, 2018.
(c) Debtor does not have a bank account.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Compensation to sole proprietors for services rendered to Bankruptcy Estate.

In re **Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** May 3 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Relativity Music Group, LLC (c) | Relativity Production LLC (c) | Relativity Rogue, LLC (c) | RML Acquisitions I, LLC (c) | RML Acquisitions II, LLC |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11326 | 18-11327 | 18-11328 | 18-11329 | 18-11330 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| OWNER DRAW (e) | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of
the debtor's bank statements as the company
does not maintain a general ledger.
(b) The beginning cash for two of the debtors
(Relativity Fashion, LLC 18-11291 and RML
Distribution Domestic, LLC 18-11292) which filed
earlier in the day is as of May 3, 2018 (the petition
date). The other 56 debtors which filed starting at
21:37 (end of day) beginning cash balances are as
of May 4, 2018.
(c) Debtor does not have a bank account.
(d) Transfers (From DIP Accts) includes funds
received from third parties that relate to other
debtor and non-debtor accounts. The funds were
transferred to the appropriate accounts and
then booked as cash sales.
(e) Compensation to sole proprietors for
services rendered to Bankruptcy Estate.

In re  Relativity Media, LLC, *et al.*
**Debtor**
**Case No.** <u>18-11358 (MEW)</u>
**Reporting Period:** <u>May 3 - 31, 2018</u>
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | RML Acquisitions III, LLC (c) | RML Acquisitions IV, LLC (c) | RML Acquisitions IX, LLC (c) | RML Acquisitions V, LLC (c) | RML Acquisitions VI, LLC (c) |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11331 | 18-11332 | 18-11333 | 18-11334 | 18-11335 |
| **CASH BEGINNING  OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH  SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE  OF  ASSETS | - | - | - | - | - |
| OTHER  *(ATTACH  LIST)* | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL  RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING | - | - | - | - | - |
| OTHER  *(ATTACH  LIST)* | - | - | - | - | - |
| OWNER DRAW (e) | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE  QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of
the debtor's bank statements as the company
does not maintain a general ledger.
(b) The beginning cash for two of the debtors
(Relativity Fashion, LLC 18-11291 and RML
Distribution Domestic, LLC 18-11292) which filed
earlier in the day is as of May 3, 2018 (the petition
date).  The other 56 debtors which filed starting at
21:37 (end of day) beginning cash balances are as
of May 4, 2018.
(c) Debtor does not have a bank account.
(d) Transfers (From DIP Accts) includes funds
received from third parties that relate to other
debtor and non-debtor accounts.  The funds were
transferred to the appropriate accounts and
then booked as cash sales.
(e) Compensation to sole proprietors for
services rendered to Bankruptcy Estate.

**In re Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** May 3 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | RML Acquisitions VIII, LLC (c) | RML Acquisitions X, LLC (c) | RML Acquisitions XI, LLC (c) | RML Acquisitions XIII, LLC (c) | RML Acquisitions VII, LLC (c) |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11337 | 18-11338 | 18-11339 | 18-11340 | 18-11336 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| OWNER DRAW (e) | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of
the debtor's bank statements as the company
does not maintain a general ledger.
(b) The beginning cash for two of the debtors
(Relativity Fashion, LLC 18-11291 and RML
Distribution Domestic, LLC 18-11292) which filed
earlier in the day is as of May 3, 2018 (the petition
date). The other 56 debtors which filed starting at
21:37 (end of day) beginning cash balances are as
of May 4, 2018.
(c) Debtor does not have a bank account.
(d) Transfers (From DIP Accts) includes funds
received from third parties that relate to other
debtor and non-debtor accounts. The funds were
transferred to the appropriate accounts and
then booked as cash sales.
(e) Compensation to sole proprietors for
services rendered to Bankruptcy Estate.

In re Relativity Media, LLC, *et al.*
**Debtor**
**Case No.** <u>18-11358 (MEW)</u>
**Reporting Period:** <u>May 3 - 31, 2018</u>
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | RML Desert Films, LLC (c) | RML Distribution International, LLC (c) | RML Film Development, LLC (c) | RML Hector Films, LLC (c) | RML International Assets, LLC (c) |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11341 | 18-11342 | 18-11344 | 18-11345 | 18-11346 |
| **CASH BEGINNING  OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH  SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE  OF  ASSETS | - | - | - | - | - |
| OTHER  *(ATTACH LIST)* | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL  RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING | - | - | - | - | - |
| OTHER  *(ATTACH  LIST)* | - | - | - | - | - |
| OWNER DRAW (e) | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE  QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| **NET CASH FLOW** **(RECEIPTS LESS DISBURSEMENTS)** | - | - | - | - | - |
| | | | | | |
| **CASH – END OF MONTH** | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of
the debtor's bank statements as the company
does not maintain a general ledger.
(b) The beginning cash for two of the debtors
(Relativity Fashion, LLC 18-11291 and RML
Distribution Domestic, LLC 18-11292) which filed
earlier in the day is as of May 3, 2018 (the petition
date).  The other 56 debtors which filed starting at
21:37 (end of day) beginning cash balances are as
of May 4, 2018.
(c) Debtor does not have a bank account.
(d) Transfers (From DIP Accts) includes funds
received from third parties that relate to other
debtor and non-debtor accounts.  The funds were
transferred to the appropriate accounts and
then booked as cash sales.
(e) Compensation to sole proprietors for
services rendered to Bankruptcy Estate.

*In re* **Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** May 3 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | RML November Films, LLC (c) | RML Oculus Films, LLC (c) | RML Romeo and Juliet Films, LLC (c) | RML Turkeys Films, LLC (c) | RML WIB Films, LLC (c) |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11347 | 18-11348 | 18-11350 | 18-11351 | 18-11352 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| OWNER DRAW (e) | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) The beginning cash for two of the debtors (Relativity Fashion, LLC 18-11291 and RML Distribution Domestic, LLC 18-11292) which filed earlier in the day is as of May 3, 2018 (the petition date). The other 56 debtors which filed starting at 21:37 (end of day) beginning cash balances are as of May 4, 2018.
(c) Debtor does not have a bank account.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Compensation to sole proprietors for services rendered to Bankruptcy Estate.

**In re Relativity Media, LLC, *et al.***
**Debtor**
**Case No.** <u>18-11358 (MEW)</u>
**Reporting Period:** <u>May 3 - 31, 2018</u>
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | RMLDD Financing, LLC | Rogue Games, LLC (c) | Safe Haven Productions, LLC (c) | Snow White Productions, LLC (c) | Furnace Films, LLC |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11353 | 18-11354 | 18-11356 | 18-11357 | 18-11312 |
| **CASH BEGINNING OF MONTH** | $3,529,352 | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | $1,960,869 | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | 748,051 | - | - | - | - |
| **TOTAL RECEIPTS** | $2,708,919 | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING | (2,187,778) | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| OWNER DRAW (e) | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | (383,450) | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | ($2,571,228) | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $137,691 | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | $3,667,044 | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) The beginning cash for two of the debtors (Relativity Fashion, LLC 18-11291 and RML Distribution Domestic, LLC 18-11292) which filed earlier in the day is as of May 3, 2018 (the petition date). The other 56 debtors which filed starting at 21:37 (end of day) beginning cash balances are as of May 4, 2018.
(c) Debtor does not have a bank account.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Compensation to sole proprietors for services rendered to Bankruptcy Estate.

**In re Relativity Media, LLC, et al.**
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** May 3 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Relativity Holdings LLC (c) | RML Echo Films, LLC | Roguelife LLC (dba Relativity Digital) (c) | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11322 | 18-11343 | 18-11355 | |
| **CASH BEGINNING OF MONTH** | - | - | - | $6,078,365 |
| **RECEIPTS** | | | | |
| CASH SALES | - | - | - | $1,976,161 |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | 330,000 |
| SALE OF ASSETS | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | 2,209,968 |
| **TOTAL RECEIPTS** | - | - | - | $4,516,129 |
| **DISBURSEMENTS** | | | | |
| NET PAYROLL | - | - | - | ($132,515) |
| PAYROLL TAXES | - | - | - | (4,089) |
| SALES, USE, & OTHER TAXES | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | (5,000) |
| INSURANCE | - | - | - | (371,152) |
| ADMINISTRATIVE | - | - | - | (6,570) |
| SELLING | - | - | - | (2,235,124) |
| OTHER *(ATTACH LIST)* | - | - | - | - |
| OWNER DRAW (e) | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | (2,193,038) |
| PROFESSIONAL FEES | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - |
| COURT COSTS | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | ($4,947,488) |
| | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | - | - | ($431,359) |
| | | | | |
| **CASH – END OF MONTH** | - | - | - | $5,647,006 |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) The beginning cash for two of the debtors (Relativity Fashion, LLC 18-11291 and RML Distribution Domestic, LLC 18-11292) which filed earlier in the day is as of May 3, 2018 (the petition date). The other 56 debtors which filed starting at 21:37 (end of day) beginning cash balances are as of May 4, 2018.
(c) Debtor does not have a bank account.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Compensation to sole proprietors for services rendered to Bankruptcy Estate.

**In re Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** <u>18-11358 (MEW)</u>
**Reporting Period:** <u>May 3 - 31, 2018</u>
**MOR-1**
*(in US Dollars)*

### THE FOLLOWING SECTION MUST BE COMPLETED

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---:|
| **TOTAL DISBURSEMENTS** | ($4,947,488) |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 2,193,038 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | ($2,754,450) |

In re: Relativity Media, LLC, *et al.*                                                          Case No. **18-11358 (MEW)**

**(Jointly Administered)**                                                          Reporting Period: **May 3 - 31, 2018**

*(in US Dollars)*

**Summary of Disbursements By Debtor**
(Unaudited)

| DEBTOR | BANKRUPTCY CASE NUMBER | PAID DIRECTLY BY DEBTORS - CURRENT PERIOD | PAID BY NON-DEBTOR AFFILIATES ON BEHALF OF DEBTORS - CURRENT PERIOD | TOTAL DISBURSEMENTS - CURRENT PERIOD | CUMULATIVE FILING TO DATE - DISBURSEMENTS MAY 3 - 31, 2018 |
|---|---|---|---|---|---|
| Relativity Media, LLC | 18-11358 | ($720,309) | - | ($720,309) | ($720,309) |
| 21 & Over Productions, LLC | 18-11304 | - | - | - | - |
| 3 Days To Kill Productions, LLC | 18-11302 | - | - | - | - |
| Armored Car Productions, LLC | 18-11305 | (14,651) | - | (14,651) | (14,651) |
| Best of Me Productions, LLC | 18-11306 | - | - | - | - |
| Black or White Films, LLC | 18-11307 | - | - | - | - |
| Relativity Fashion, LLC | 18-11291 | - | - | - | - |
| RML Distribution Domestic, LLC | 18-11292 | (977,438) | - | (977,438) | (977,438) |
| Rogue Digital, LLC | 18-11301 | - | - | - | - |
| Blackbird Productions, LLC | 18-11308 | - | - | - | - |
| Brick Mansions Acquisitions, LLC | 18-11309 | - | - | - | - |
| Don Jon Acquisitions, LLC | 18-11310 | - | - | - | - |
| DR Productions, LLC | 18-11311 | (2,308) | - | (2,308) | (2,308) |
| Malavita Productions, LLC | 18-11313 | - | - | - | - |
| Movie Productions, LLC | 18-11314 | - | - | - | - |
| Paranoia Acquisitions, LLC | 18-11315 | (661,554) | - | (661,554) | (661,554) |
| Phantom Acquisitions, LLC | 18-11316 | - | - | - | - |
| Relative Motion Music, LLC | 18-11317 | - | - | - | - |
| Relative Velocity Music, LLC | 18-11318 | - | - | - | - |
| Relativity Development, LLC | 18-11319 | - | - | - | - |
| Relativity Films, LLC | 18-11320 | - | - | - | - |
| Relativity Foreign, LLC | 18-11321 | - | - | - | - |
| Relativity Jackson, LLC | 18-11323 | - | - | - | - |
| Relativity Media Distribution, LLC | 18-11324 | - | - | - | - |
| Relativity Media Films, LLC | 18-11325 | - | - | - | - |
| Relativity Music Group, LLC | 18-11326 | - | - | - | - |
| Relativity Production LLC | 18-11327 | - | - | - | - |
| Relativity Rogue, LLC | 18-11328 | - | - | - | - |
| RML Acquisitions I, LLC | 18-11329 | - | - | - | - |
| RML Acquisitions II, LLC | 18-11330 | - | - | - | - |
| RML Acquisitions III, LLC | 18-11331 | - | - | - | - |
| RML Acquisitions IV, LLC | 18-11332 | - | - | - | - |
| RML Acquisitions IX, LLC | 18-11333 | - | - | - | - |
| RML Acquisitions V, LLC | 18-11334 | - | - | - | - |
| RML Acquisitions VI, LLC | 18-11335 | - | - | - | - |
| RML Acquisitions VIII, LLC | 18-11337 | - | - | - | - |
| RML Acquisitions X, LLC | 18-11338 | - | - | - | - |
| RML Acquisitions XI, LLC | 18-11339 | - | - | - | - |
| RML Acquisitions XIII, LLC | 18-11340 | - | - | - | - |
| RML Acquisitions VII, LLC | 18-11336 | - | - | - | - |
| RML Desert Films, LLC | 18-11341 | - | - | - | - |
| RML Distribution International, LLC | 18-11342 | - | - | - | - |
| RML Film Development, LLC | 18-11344 | - | - | - | - |
| RML Hector Films, LLC | 18-11345 | - | - | - | - |
| RML International Assets, LLC | 18-11346 | - | - | - | - |
| RML November Films, LLC | 18-11347 | - | - | - | - |
| RML Oculus Films, LLC | 18-11348 | - | - | - | - |
| RML Romeo and Juliet Films, LLC | 18-11350 | - | - | - | - |

**In re: Relativity Media, LLC,** *et al.*

**(Jointly Administered)**

*(in US Dollars)*

**Case No. 18-11358 (MEW)**

**Reporting Period:** **May 3 - 31, 2018**

**Summary of Disbursements By Debtor**
(Unaudited)

| DEBTOR | BANKRUPTCY CASE NUMBER | PAID DIRECTLY BY DEBTORS - CURRENT PERIOD | PAID BY NON-DEBTOR AFFILIATES ON BEHALF OF DEBTORS - CURRENT PERIOD | TOTAL DISBURSEMENTS - CURRENT PERIOD | CUMULATIVE FILING TO DATE - DISBURSEMENTS MAY 3 - 31, 2018 |
|---|---|---|---|---|---|
| RML Turkeys Films, LLC | 18-11351 | - | - | - | - |
| RML WIB Films, LLC | 18-11352 | - | - | - | - |
| RMLDD Financing, LLC | 18-11353 | (2,571,228) | - | (2,571,228) | (2,571,228) |
| Rogue Games, LLC | 18-11354 | - | - | - | - |
| Safe Haven Productions, LLC | 18-11356 | - | - | - | - |
| Snow White Productions, LLC | 18-11357 | - | - | - | - |
| Furnace Films, LLC | 18-11312 | - | - | - | - |
| Relativity Holdings LLC | 18-11322 | - | - | - | - |
| RML Echo Films, LLC | 18-11343 | - | - | - | - |
| Roguelife LLC (dba Relativity Digital) | 18-11355 | - | - | - | - |
| **Total Disbursements By Legal Entity** | | **($4,947,488)** | **-** | **($4,947,488)** | **($4,947,488)** |

*Note: See Notes to Monthly Operating Report.*

**In re: Relativity Media, LLC,** *et al.*                                                    **Case No. 18-11358 (MEW)**

**(Jointly Administered)**                                                                     **Reporting Period: May 3 - 31, 2018**

**MOR-1 (CON'T)**

*(in US Dollars)*

**Bank Reconciliations - Summary**

(Unaudited)

| Bank Name | Bank Account # | Debtor | Case # | Balance per Banks at 5/31/18 | Outstanding Checks at 5/31/18 | Outstanding Deposits at 5/31/18 | Balance per Banks at 5/31/18 | Footnote(s) |
|---|---|---|---|---|---|---|---|---|
| City National | xxxx2146 | Relativity Media, LLC | 18-11358 | $182,959 | - | - | $182,959 | (a) |
| City National | xxxx2154 | Relativity Media, LLC | 18-11358 | 8,522 | - | - | 8,522 | |
| City National | xxxx9985 | Relativity Development, LLC | 18-11319 | 907 | - | - | 907 | (a) |
| City National | xxxx1693 | Rogue Digital, LLC | 18-11301 | 48 | - | - | 48 | (a)(b) |
| City National | xxxx5912 | Relativity Media, LLC | 18-11358 | - | - | - | - | (a)(b) |
| City National | xxxx6851 | RML Distribution Domestic, LLC | 18-11292 | - | - | - | - | (a) |
| City National | xxxx3442 | RML Acquisitions II, LLC | 18-11330 | - | - | - | - | (b) |
| City National | xxxx9305 | Paranoia Acquisitions, LLC | 18-11315 | 108,158 | - | - | 108,158 | (a) |
| City National | xxxx0008 | Relativity Media, LLC | 18-11358 | - | - | - | - | (c) |
| City National | xxxx2227 | Armored Car Productions, LLC | 18-11305 | - | - | - | - | (c) |
| City National | xxxx2286 | DR Productions, LLC | 18-11311 | - | - | - | - | (c) |
| Onewest/CIT | xxxx0429 | Relativity Media, LLC | 18-11358 | 779 | - | - | 779 | |
| Onewest/CIT | xxxx3501 | Safe Haven Productions, LLC | 18-11356 | - | - | - | - | (a) |
| Onewest/CIT | xxxx0518 | Relativity Media, LLC | 18-11358 | 21,985 | - | - | 21,985 | |
| Onewest/CIT | xxxx0526 | RMLDD Financing, LLC | 18-11353 | - | - | - | - | |
| Onewest/CIT | xxxx0534 | RMLDD Financing, LLC | 18-11353 | 342,931 | - | - | 342,931 | (a) |
| Onewest/CIT | xxxx0588 | RMLDD Financing, LLC | 18-11353 | 23,550 | - | - | 23,550 | |
| Onewest/CIT | xxxx0596 | RMLDD Financing, LLC | 18-11353 | 113,997 | - | - | 113,997 | (a) |
| Onewest/CIT | xxxx0083 | RMLDD Financing, LLC | 18-11353 | 286,582 | - | - | 286,582 | (a) |
| Onewest/CIT | xxxx0091 | RMLDD Financing, LLC | 18-11353 | 2,899,983 | - | - | 2,899,983 | (a) |
| Onewest/CIT | xxxx0212 | Armored Car Productions, LLC | 18-11305 | 1,008,834 | - | - | 1,008,834 | (a) |
| Onewest/CIT | xxxx0672 | Malavita Productions, LLC | 18-11313 | - | - | - | - | |
| Onewest/CIT | xxxx0431 | RML Echo Films, LLC | 18-11343 | - | - | - | - | (a) |
| Onewest/CIT | xxxx0220 | Armored Car Productions, LLC | 18-11305 | 250,147 | - | - | 250,147 | (a) |
| Onewest/CIT | xxxx0480 | Blackbird Productions, LLC | 18-11308 | - | - | - | - | (a) |
| Onewest/CIT | xxxx0472 | Blackbird Productions, LLC | 18-11308 | 14,999 | - | - | 14,999 | (a) |
| Onewest/CIT | xxxx3435 | Furnace Films, LLC | 18-11312 | - | - | - | - | |
| Onewest/CIT | xxxx0804 | Best of Me Productions, LLC | 18-11306 | - | - | - | - | (a) |
| Onewest/CIT | xxxx1603 | DR Productions, LLC | 18-11311 | 382,624 | - | - | 382,624 | (a) |
| Onewest/CIT | xxxx1725 | DR Productions, LLC | 18-11311 | - | - | - | - | (a) |
| Onewest/CIT | xxxx1103 | Best of Me Productions, LLC | 18-11306 | - | - | - | - | (a) |
| Comerica | xxxx0251 | RML Distribution Domestic, LLC | 18-11292 | - | - | - | - | (a) |
| | | | | | | | | |
| **Total** | | | | **$5,647,006** | **-** | **-** | **$5,647,006** | |

**Footnote(s):**

(a) Bank accounts with DACA.

(b) Inactive bank accounts that the Debtors, beginning before the Petition Date, are seeking to close.

(c) Upon information and belief these bank accounts have been closed.

| In re: Relativity Media, LLC, *et al.* | Case No. 18-11358 (MEW) |
|---|---|
| **Debtor** | **Reporting Period: May 3 – 31, 2018** |

*Note 1*

On May 3, 2018 Relativity Media, LLC ("Relativity Media" or "RML") and its affiliated Debtors and Debtors-in-Possession (collectively, the "Debtors") commenced voluntary cases under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

The accompanying unaudited financial information included in this Monthly Operating Report ("MOR") represent the financial activity of the Debtors identified in the table.

*Note 2*

In the "DECLARATION OF COLIN M. ADAMS IN SUPPORT OF CHAPTER 11 PETITIONS AND FIRST DAY PLEADINGS" paragraph 15 states:

> *"I am informed and believe that the Debtors have not prepared audited financials on a GAAP basis since May 30, 2014.[1] In addition, I am aware that certain General Ledger entries that would customarily be made on a timely basis have either been delayed or not made at all."*

Debtor-in-Possession Financial Information – The accompanying MOR-1 through MOR-7 and the supplemental exhibits contained herein are unaudited, preliminary, and do not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects. In addition, the financial information and the supplemental information contained herein represent the financial information for the Debtors only.

*Note 3*

The MOR is limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly operating requirements of the Bankruptcy Court and the United States Trustee. The unaudited financial information has been derived from the books and records of the Debtors. The information presented herein has not been subject to all procedures that would typically be applied to financial information presented in accordance with GAAP. Upon the application of such procedures the Debtors believe that the financial information could be subject to changes, and these changes could be material. The information furnished in this MOR does not include normal recurring adjustments, and also does not include all of the adjustments that would typically be made for interim financial statements in accordance with GAAP.

*Note 4*

The results of operations herein are not necessarily indicative of results that are expected from any other period or for the full year and may not necessarily reflect the combined results of operations, financial position or cash flows of the Debtors in the future.

---

[1] The last audit related to the period ended December 31, 2013.

| In re: Relativity Media, LLC, *et al.* | Case No. 18-11358 (MEW) |
|---|---|
| Debtor | Reporting Period: May 3 – 31, 2018 |

### Note 5

On January 12, 2018, RMLDD Financing, LLC, ("RMLDD"), RML Distribution Domestic, LLC, ("RDD"), RML Distribution International, LLC, ("RDI"), and certain special purpose entities,[2] in each case as borrowers, Relativity Media, LLC ("Servicer"), entered into the Fourth Amendment and Seventh Extension with Midcap Funding X Trust ("MFT"), Apollo Moultrie Credit Fund, L.P., ("Apollo Moultrie") and Apollo Tactical Value SPN Investments, L.P., ("Apollo Tactical") (jointly the "Lenders") and MidCap Funding X Trust as Agent for the Lenders.

The applicable margin means (i) with respect to LIBOR Rate, 15%, and (ii) with respect to Base Rate, 12.5%.

The termination date has been extended to July 12, 2018.

As of May 31, 2018, principal of $16,155,556 plus an estimated accrued interest of $53,236 totaling an estimated outstanding balance of $16,208,792.

### Note 6

On May 15, 2018, Relativity Media as borrower and Relativity Holdings LLC ("Relativity Holdings") as guarantor and together with each of its subsidiaries that is from time to time a guarantor of and signatory to the note, entered into a Debtor in Possession Revolving Loan Promissory Note with UltraV Holdings LLC ("UltraV" or the "Lender") with maximum borrowings of four million dollars ($4,000,000). Relativity Media has requested that UltraV make loans from time to time on the terms, and subject to the conditions, in the note and the Interim Order or Final Order (as applicable). Relativity Media intends to utilize such loans to fund working capital requirements, costs and expenses of administration of the Chapter 11 Cases, and fees and expenses relating to the DIP facility during the pendency of the Chapter 11 Cases. Until the maturity date, Relativity Media shall only be permitted to borrow (i) to pay professional fees as set forth in the Approved Budget, (ii) an amount equal to the succeeding two (2) week projected cash requirement contained in the Approved Budget in any one borrowing, and (iii) once per week; provided that UltraV may in its sole discretion lend more often than once per-week.

The interest on the unpaid principal amount is ten percent (10%) per annum, to be paid in kind, with such interest being added to the principal amount of the obligations, on each applicable

---

[2] The special purpose entities which are borrowers under the Midcap Library Facility are 21 & Over Productions, LLC, 3 Days to Kill Productions, LLC, RML Acquisitions IV, LLC, RML Acquisitions IX, LLC, RML Acquisitions III, LLC, Best of Me Productions, LLC, Black or White Films, LLC, Brick Mansions Acquisitions, LLC, RML Desert Films, LLC, Don Jon Acquisitions, LLC, RML Echo Films, LLC, RML Acquisitions V, LLC, RML Turkeys Films, LLC, RML Hector Films, LLC, RML Acquisitions II, LLC, RML Acquisitions VI, LLC, RML Acquisitions II, LLC, Snow White Productions, LLC, Movie Productions, LLC, RML Acquisitions V, LLC, RML November Films, LLC, RML Oculus Films, LLC, Furnace Films, LLC, Paranoia Acquisitions, LLC, Safe Haven Productions, LLC, Malavita Productions, LLC, RML Acquisitions XI, LLC, RML Acquisitions I, LLC.

**In re: Relativity Media, LLC,** *et al.*                                    **Case No. 18-11358 (MEW)**
**Debtor**                                                    **Reporting Period: May 3 – 31, 2018**

interest payment date commencing on the first interest payment date occurring after the execution of the Note.

The maturity date is August 1, 2018, or an earlier date if agreed to by the Lender.

### Note 7

Debtors have made fee advance payments to retained professionals. The fee advances were made by Relativity Media, LLC on behalf of all the Debtors. For purposes of these interim MORs, no allocation has been made to reflect the fee advance balances on each of the Debtors' books.

### Note 8

Taxes Reconciliation and Aging

Relativity Holdings is a pass-through entity taxed as a partnership for income tax purposes, and substantially all federal and state income taxes are recorded by its members. Accordingly, Relativity Holdings does not provide for income taxes.

Relativity Holdings may incur certain state taxes imposed by states in which it conducts business.

Relativity Holdings periodically evaluates its tax positions with respect to all open years, as defined by the statute of limitations, to evaluate whether it is "more-likely-than-not" that such positions would be sustained upon examination by a tax authority based on its technical merits. For federal income tax purposes, Relativity Holdings remains open to examination for fiscal years 2014 and after. For state income tax purposes, Relativity Holdings remains open to examination for fiscal years 2013 and after.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re **Relativity Media, LLC,** *et al.* | Case No. 18-11358 (MEW) |
| **Debtor** | Reporting Period: **June 1 - 30, 2018** |
| | Federal Tax I.D. # **See Note 1** |

**CORPORATE MONTHLY OPERATING REPORT**

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Filed 7/16/18; Amended 7/24/18 | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | Filed 7/16/18; Amended 7/24/18 | |
| Copies of bank statements | | | Available Upon Request |
| Cash disbursements journals | | | Available Upon Request |
| Statement of Operations | MOR-2 | Filed 7/16/18 | Filed 7/16/18 |
| Balance Sheet | MOR-3 | | Filed 7/16/18 |
| Status of Post-petition Taxes | MOR-4 | Filed 7/16/18 | |
| Copies of IRS Form 6123 or payment receipt | | | Available Upon Request |
| Copies of tax returns filed during reporting period | | | N/A |
| Summary of Unpaid Post-petition Debts | MOR-4 | | Filed 7/16/18 |
| Listing of Aged Accounts Payable | | | Filed 7/16/18 |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Filed 7/16/18 | Filed 7/16/18 |
| Taxes Reconciliation and Aging | MOR-5 | Filed 7/16/18 | |
| Payments to Insiders and Professional | MOR-6 | Filed 7/16/18 | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | Filed 7/16/18 | |
| Debtor Questionnaire | MOR-7 | Filed 7/16/18 | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

*/s/ Colin M. Adams*                                           7/24/2018
Signature of Authorized Individual*                    Date

Colin M. Adams                                                   Chief Restructuring Officer/Authorized Representative
Printed Name of Authorized Individual              Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**In re Relativity Media, LLC,** *et al.*

**Debtor**

**Case No.** 18-11358 (MEW)

**Reporting Period:** June 1 - 30, 2018

**MOR 1**

*(in US Dollars)*

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS (a)(b)

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of all Debtor columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| DEBTOR ENTITIES | Relativity Media, LLC | 21 & Over Productions, LLC (c) | 3 Days To Kill Productions, LLC (c) | Armored Car Productions, LLC | Best of Me Productions, LLC |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11358 | 18-11304 | 18-11302 | 18-11305 | 18-11306 |
| **CASH BEGINNING OF MONTH** | $214,246 | - | - | $1,258,982 | - |
| **RECEIPTS** | | | | | |
| CASH SALES | $85,700 | - | - | $2,124,975 | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | 122,000 | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | 303,776 | - | - | 115,876 | - |
| **TOTAL RECEIPTS** | $511,476 | - | - | $2,240,851 | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | ($129,221) | - | - | - | - |
| PAYROLL TAXES | (3,401) | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | (5,000) | - | - | - | - |
| INSURANCE | (76,641) | - | - | - | - |
| ADMINISTRATIVE | (28,862) | - | - | - | - |
| SELLING | (16,872) | - | - | (993,292) | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| OWNER DRAW (e) | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | (316,084) | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | ($576,080) | - | - | ($993,292) | - |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | ($64,604) | - | - | $1,247,559 | - |
| | | | | | |
| **CASH – END OF MONTH** | $149,642 | - | - | $2,506,541 | - |

**Footnote(s):**

(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.

(b) The beginning cash for two of the debtors (Relativity Fashion, LLC 18-11291 and RML Distribution Domestic, LLC 18-11292) which filed earlier in the day is as of May 3, 2018 (the petition date). The other 56 debtors which filed starting at 21:37 (end of day) beginning cash balances are as of May 4, 2018.

(c) Debtor does not have a bank account.

(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.

(e) Compensation to sole proprietors for services rendered to Bankruptcy Estate.

In re **Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** <u>18-11358 (MEW)</u>
**Reporting Period:** <u>June 1 - 30, 2018</u>
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Black or White Films, LLC (c) | Relativity Fashion, LLC (c) | RML Distribution Domestic, LLC | Rogue Digital, LLC | Blackbird Productions, LLC |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11307 | 18-11291 | 18-11292 | 18-11301 | 18-11308 |
| **CASH BEGINNING OF MONTH** | - | - | - | $48 | $14,999 |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | $28,309 | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | 897,882 | - | - |
| TOTAL RECEIPTS | - | - | $926,191 | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | (100) | - | - |
| SELLING | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| OWNER DRAW (e) | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | (913,565) | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | ($913,665) | - | - |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | - | $12,526 | - | - |
| | | | | | |
| **CASH – END OF MONTH** | - | - | $12,526 | $48 | $14,999 |

**Footnote(s):**
(a) The amounts reported are from each of
the debtor's bank statements as the company
does not maintain a general ledger.
(b) The beginning cash for two of the debtors
(Relativity Fashion, LLC 18-11291 and RML
Distribution Domestic, LLC 18-11292) which filed
earlier in the day is as of May 3, 2018 (the petition
date). The other 56 debtors which filed starting at
21:37 (end of day) beginning cash balances are as
of May 4, 2018.
(c) Debtor does not have a bank account.
(d) Transfers (From DIP Accts) includes funds
received from third parties that relate to other
debtor and non-debtor accounts. The funds were
transferred to the appropriate accounts and
then booked as cash sales.
(e) Compensation to sole proprietors for
services rendered to Bankruptcy Estate.

In re **Relativity Media, LLC,** *et al.*

**Debtor**

**Case No.** 18-11358 (MEW)

**Reporting Period:** June 1 - 30, 2018

**MOR 1**

*(in US Dollars)*

| DEBTOR ENTITIES | Brick Mansions Acquisitions, LLC (c) | Don Jon Acquisitions, LLC (c) | DR Productions, LLC | Malavita Productions, LLC | Movie Productions, LLC (c) |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11309 | 18-11310 | 18-11311 | 18-11313 | 18-11314 |
| **CASH BEGINNING OF MONTH** | - | - | $382,624 | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| OWNER DRAW (e) | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| **CASH – END OF MONTH** | - | - | $382,624 | - | - |

**Footnote(s):**

(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.

(b) The beginning cash for two of the debtors (Relativity Fashion, LLC 18-11291 and RML Distribution Domestic, LLC 18-11292) which filed earlier in the day is as of May 3, 2018 (the petition date). The other 56 debtors which filed starting at 21:37 (end of day) beginning cash balances are as of May 4, 2018.

(c) Debtor does not have a bank account.

(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.

(e) Compensation to sole proprietors for services rendered to Bankruptcy Estate.

**In re Relativity Media, LLC, *et al.***
**Debtor**
**Case No.** <u>18-11358 (MEW)</u>
**Reporting Period:** <u>June 1 - 30, 2018</u>
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Paranoia Acquisitions, LLC | Phantom Acquisitions, LLC (c) | Relative Motion Music, LLC (c) | Relative Velocity Music, LLC (c) | Relativity Development, LLC |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11315 | 18-11316 | 18-11317 | 18-11318 | 18-11319 |
| **CASH BEGINNING OF MONTH** | $108,158 | - | - | - | $907 |
| **RECEIPTS** | | | | | |
| CASH SALES | $1,200 | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | $1,200 | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| OWNER DRAW (e) | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $1,200 | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | $109,357 | - | - | - | $907 |

**Footnote(s):**
(a) The amounts reported are from each of
the debtor's bank statements as the company
does not maintain a general ledger.
(b) The beginning cash for two of the debtors
(Relativity Fashion, LLC 18-11291 and RML
Distribution Domestic, LLC 18-11292) which filed
earlier in the day is as of May 3, 2018 (the petition
date).  The other 56 debtors which filed starting at
21:37 (end of day) beginning cash balances are as
of May 4, 2018.
(c) Debtor does not have a bank account.
(d) Transfers (From DIP Accts) includes funds
received from third parties that relate to other
debtor and non-debtor accounts.  The funds were
transferred to the appropriate accounts and
then booked as cash sales.
(e) Compensation to sole proprietors for
services rendered to Bankruptcy Estate.

**In re Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** <u>18-11358 (MEW)</u>
**Reporting Period:** <u>June 1 - 30, 2018</u>
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Relativity Films, LLC (c) | Relativity Foreign, LLC (c) | Relativity Jackson, LLC (c) | Relativity Media Distribution, LLC (c) | Relativity Media Films, LLC (c) |
|---|---|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11320 | 18-11321 | 18-11323 | 18-11324 | 18-11325 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| OWNER DRAW (e) | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) The beginning cash for two of the debtors (Relativity Fashion, LLC 18-11291 and RML Distribution Domestic, LLC 18-11292) which filed earlier in the day is as of May 3, 2018 (the petition date). The other 56 debtors which filed starting at 21:37 (end of day) beginning cash balances are as of May 4, 2018.
(c) Debtor does not have a bank account.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Compensation to sole proprietors for services rendered to Bankruptcy Estate.

**In re Relativity Media, LLC, *et al.***
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** June 1 - 30, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Relativity Music Group, LLC (c) | Relativity Production LLC (c) | Relativity Rogue, LLC (c) | RML Acquisitions I, LLC (c) | RML Acquisitions II, LLC |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11326 | 18-11327 | 18-11328 | 18-11329 | 18-11330 |
| CASH BEGINNING OF MONTH | - | - | - | - | - |
| RECEIPTS | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| TOTAL RECEIPTS | - | - | - | - | - |
| DISBURSEMENTS | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| OWNER DRAW (e) | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| TOTAL DISBURSEMENTS | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of
the debtor's bank statements as the company
does not maintain a general ledger.
(b) The beginning cash for two of the debtors
(Relativity Fashion, LLC 18-11291 and RML
Distribution Domestic, LLC 18-11292) which filed
earlier in the day is as of May 3, 2018 (the petition
date).  The other 56 debtors which filed starting at
21:37 (end of day) beginning cash balances are as
of May 4, 2018.
(c) Debtor does not have a bank account.
(d) Transfers (From DIP Accts) includes funds
received from third parties that relate to other
debtor and non-debtor accounts.  The funds were
transferred to the appropriate accounts and
then booked as cash sales.
(e) Compensation to sole proprietors for
services rendered to Bankruptcy Estate.

In re **Relativity Media, LLC,** *et al.*
**Debtor**
Case No. 18-11358 (MEW)
**Reporting Period:** June 1 - 30, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | RML Acquisitions III, LLC (c) | RML Acquisitions IV, LLC (c) | RML Acquisitions IX, LLC (c) | RML Acquisitions V, LLC (c) | RML Acquisitions VI, LLC (c) |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11331 | 18-11332 | 18-11333 | 18-11334 | 18-11335 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| OWNER DRAW (e) | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of
the debtor's bank statements as the company
does not maintain a general ledger.
(b) The beginning cash for two of the debtors
(Relativity Fashion, LLC 18-11291 and RML
Distribution Domestic, LLC 18-11292) which filed
earlier in the day is as of May 3, 2018 (the petition
date). The other 56 debtors which filed starting at
21:37 (end of day) beginning cash balances are as
of May 4, 2018.
(c) Debtor does not have a bank account.
(d) Transfers (From DIP Accts) includes funds
received from third parties that relate to other
debtor and non-debtor accounts. The funds were
transferred to the appropriate accounts and
then booked as cash sales.
(e) Compensation to sole proprietors for
services rendered to Bankruptcy Estate.

**In re Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** <u>18-11358 (MEW)</u>
**Reporting Period:** <u>June 1 - 30, 2018</u>
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | RML Acquisitions VIII, LLC (c) | RML Acquisitions X, LLC (c) | RML Acquisitions XI, LLC (c) | RML Acquisitions XIII, LLC (c) | RML Acquisitions VII, LLC (c) |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11337 | 18-11338 | 18-11339 | 18-11340 | 18-11336 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| OWNER DRAW (e) | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of
the debtor's bank statements as the company
does not maintain a general ledger.
(b) The beginning cash for two of the debtors
(Relativity Fashion, LLC 18-11291 and RML
Distribution Domestic, LLC 18-11292) which filed
earlier in the day is as of May 3, 2018 (the petition
date).  The other 56 debtors which filed starting at
21:37 (end of day) beginning cash balances are as
of May 4, 2018.
(c) Debtor does not have a bank account.
(d) Transfers (From DIP Accts) includes funds
received from third parties that relate to other
debtor and non-debtor accounts.  The funds were
transferred to the appropriate accounts and
then booked as cash sales.
(e) Compensation to sole proprietors for
services rendered to Bankruptcy Estate.

In re Relativity Media, LLC, *et al.*
**Debtor**
**Case No.** <u>18-11358 (MEW)</u>
**Reporting Period:** <u>June 1 - 30, 2018</u>
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | RML Desert Films, LLC (c) | RML Distribution International, LLC (c) | RML Film Development, LLC (c) | RML Hector Films, LLC (c) | RML International Assets, LLC (c) |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11341 | 18-11342 | 18-11344 | 18-11345 | 18-11346 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| OWNER DRAW (e) | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) The beginning cash for two of the debtors (Relativity Fashion, LLC 18-11291 and RML Distribution Domestic, LLC 18-11292) which filed earlier in the day is as of May 3, 2018 (the petition date). The other 56 debtors which filed starting at 21:37 (end of day) beginning cash balances are as of May 4, 2018.
(c) Debtor does not have a bank account.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Compensation to sole proprietors for services rendered to Bankruptcy Estate.

**In re Relativity Media, LLC**, *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** June 1 - 30, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | RML November Films, LLC (c) | RML Oculus Films, LLC (c) | RML Romeo and Juliet Films, LLC (c) | RML Turkeys Films, LLC (c) | RML WIB Films, LLC (c) |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11347 | 18-11348 | 18-11350 | 18-11351 | 18-11352 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| OWNER DRAW (e) | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of
the debtor's bank statements as the company
does not maintain a general ledger.
(b) The beginning cash for two of the debtors
(Relativity Fashion, LLC 18-11291 and RML
Distribution Domestic, LLC 18-11292) which filed
earlier in the day is as of May 3, 2018 (the petition
date). The other 56 debtors which filed starting at
21:37 (end of day) beginning cash balances are as
of May 4, 2018.
(c) Debtor does not have a bank account.
(d) Transfers (From DIP Accts) includes funds
received from third parties that relate to other
debtor and non-debtor accounts. The funds were
transferred to the appropriate accounts and
then booked as cash sales.
(e) Compensation to sole proprietors for
services rendered to Bankruptcy Estate.

**In re Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** June 1 - 30, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | RMLDD Financing, LLC | Rogue Games, LLC (c) | Safe Haven Productions, LLC (c) | Snow White Productions, LLC (c) | Furnace Films, LLC |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11353 | 18-11354 | 18-11356 | 18-11357 | 18-11312 |
| **CASH BEGINNING OF MONTH** | $3,667,044 | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | $1,365,838 | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | 320,529 | - | - | - | - |
| **TOTAL RECEIPTS** | $1,686,367 | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING | (2,423,308) | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| OWNER DRAW (e) | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | (423,371) | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | ($2,846,679) | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | ($1,160,312) | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | $2,506,731 | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of
the debtor's bank statements as the company
does not maintain a general ledger.
(b) The beginning cash for two of the debtors
(Relativity Fashion, LLC 18-11291 and RML
Distribution Domestic, LLC 18-11292) which filed
earlier in the day is as of May 3, 2018 (the petition
date).  The other 56 debtors which filed starting at
21:37 (end of day) beginning cash balances are as
of May 4, 2018.
(c) Debtor does not have a bank account.
(d) Transfers (From DIP Accts) includes funds
received from third parties that relate to other
debtor and non-debtor accounts.  The funds were
transferred to the appropriate accounts and
then booked as cash sales.
(e) Compensation to sole proprietors for
services rendered to Bankruptcy Estate.

**In re Relativity Media, LLC, *et al.***

**Debtor**

**Case No.** 18-11358 (MEW)

**Reporting Period:** June 1 - 30, 2018

**MOR 1**

*(in US Dollars)*

| DEBTOR ENTITIES | Relativity Holdings LLC (c) | RML Echo Films, LLC | Roguelife LLC (dba Relativity Digital) (c) | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11322 | 18-11343 | 18-11355 | |
| **CASH BEGINNING OF MONTH** | - | - | - | $5,647,006 |
| **RECEIPTS** | | | | |
| CASH SALES | - | - | - | $3,606,022 |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | 122,000 |
| SALE OF ASSETS | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | 1,638,063 |
| **TOTAL RECEIPTS** | - | - | - | $5,366,085 |
| **DISBURSEMENTS** | | | | |
| NET PAYROLL | - | - | - | ($129,221) |
| PAYROLL TAXES | - | - | - | (3,401) |
| SALES, USE, & OTHER TAXES | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | (5,000) |
| INSURANCE | - | - | - | (76,641) |
| ADMINISTRATIVE | - | - | - | (28,962) |
| SELLING | - | - | - | (3,433,472) |
| OTHER *(ATTACH LIST)* | - | - | - | - |
| OWNER DRAW (e) | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | (1,653,020) |
| PROFESSIONAL FEES | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - |
| COURT COSTS | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | ($5,329,716) |
| | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | $36,369 |
| | | | | |
| CASH – END OF MONTH | - | - | - | $5,683,375 |

**Footnote(s):**

(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.

(b) The beginning cash for two of the debtors (Relativity Fashion, LLC 18-11291 and RML Distribution Domestic, LLC 18-11292) which filed earlier in the day is as of May 3, 2018 (the petition date). The other 56 debtors which filed starting at 21:37 (end of day) beginning cash balances are as of May 4, 2018.

(c) Debtor does not have a bank account.

(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.

(e) Compensation to sole proprietors for services rendered to Bankruptcy Estate.

In re **Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** <u>18-11358 (MEW)</u>
**Reporting Period:** <u>June 1 - 30, 2018</u>
**MOR-1**
*(in US Dollars)*

## THE FOLLOWING SECTION MUST BE COMPLETED

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---:|
| **TOTAL DISBURSEMENTS** | ($5,329,716) |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 1,653,020 |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | ($3,676,696) |

In re: Relativity Media, LLC, *et al.*　　　　　　　　　　　　　　　　**Case No. 18-11358 (MEW)**

**(Jointly Administered)**　　　　　　　　　　　　　　　　　　　**Reporting Period: June 1 - 30, 2018**

*(in US Dollars)*

**Summary of Disbursements By Debtor**
(Unaudited)

| DEBTOR | BANKRUPTCY CASE NUMBER | PAID DIRECTLY BY DEBTORS - CURRENT PERIOD | PAID BY NON-DEBTOR AFFILIATES ON BEHALF OF DEBTORS - CURRENT PERIOD | TOTAL DISBURSEMENTS - CURRENT PERIOD | CUMULATIVE FILING TO DATE - DISBURSEMENTS MAY 3 - JUNE 30, 2018 |
|---|---|---|---|---|---|
| Relativity Media, LLC | 18-11358 | ($576,080) | - | ($576,080) | ($1,296,389) |
| 21 & Over Productions, LLC | 18-11304 | - | - | - | - |
| 3 Days To Kill Productions, LLC | 18-11302 | - | - | - | - |
| Armored Car Productions, LLC | 18-11305 | (993,292) | - | (993,292) | (1,007,943) |
| Best of Me Productions, LLC | 18-11306 | - | - | - | - |
| Black or White Films, LLC | 18-11307 | - | - | - | - |
| Relativity Fashion, LLC | 18-11291 | - | - | - | - |
| RML Distribution Domestic, LLC | 18-11292 | (913,665) | - | (913,665) | (1,891,103) |
| Rogue Digital, LLC | 18-11301 | - | - | - | - |
| Blackbird Productions, LLC | 18-11308 | - | - | - | - |
| Brick Mansions Acquisitions, LLC | 18-11309 | - | - | - | - |
| Don Jon Acquisitions, LLC | 18-11310 | - | - | - | - |
| DR Productions, LLC | 18-11311 | - | - | - | (2,308) |
| Malavita Productions, LLC | 18-11313 | - | - | - | - |
| Movie Productions, LLC | 18-11314 | - | - | - | - |
| Paranoia Acquisitions, LLC | 18-11315 | - | - | - | (661,554) |
| Phantom Acquisitions, LLC | 18-11316 | - | - | - | - |
| Relative Motion Music, LLC | 18-11317 | - | - | - | - |
| Relative Velocity Music, LLC | 18-11318 | - | - | - | - |
| Relativity Development, LLC | 18-11319 | - | - | - | - |
| Relativity Films, LLC | 18-11320 | - | - | - | - |
| Relativity Foreign, LLC | 18-11321 | - | - | - | - |
| Relativity Jackson, LLC | 18-11323 | - | - | - | - |
| Relativity Media Distribution, LLC | 18-11324 | - | - | - | - |
| Relativity Media Films, LLC | 18-11325 | - | - | - | - |
| Relativity Music Group, LLC | 18-11326 | - | - | - | - |
| Relativity Production LLC | 18-11327 | - | - | - | - |
| Relativity Rogue, LLC | 18-11328 | - | - | - | - |
| RML Acquisitions I, LLC | 18-11329 | - | - | - | - |
| RML Acquisitions II, LLC | 18-11330 | - | - | - | - |
| RML Acquisitions III, LLC | 18-11331 | - | - | - | - |
| RML Acquisitions IV, LLC | 18-11332 | - | - | - | - |
| RML Acquisitions IX, LLC | 18-11333 | - | - | - | - |
| RML Acquisitions V, LLC | 18-11334 | - | - | - | - |
| RML Acquisitions VI, LLC | 18-11335 | - | - | - | - |
| RML Acquisitions VIII, LLC | 18-11337 | - | - | - | - |
| RML Acquisitions X, LLC | 18-11338 | - | - | - | - |
| RML Acquisitions XI, LLC | 18-11339 | - | - | - | - |
| RML Acquisitions XIII, LLC | 18-11340 | - | - | - | - |
| RML Acquisitions VII, LLC | 18-11336 | - | - | - | - |
| RML Desert Films, LLC | 18-11341 | - | - | - | - |
| RML Distribution International, LLC | 18-11342 | - | - | - | - |
| RML Film Development, LLC | 18-11344 | - | - | - | - |
| RML Hector Films, LLC | 18-11345 | - | - | - | - |
| RML International Assets, LLC | 18-11346 | - | - | - | - |
| RML November Films, LLC | 18-11347 | - | - | - | - |
| RML Oculus Films, LLC | 18-11348 | - | - | - | - |
| RML Romeo and Juliet Films, LLC | 18-11350 | - | - | - | - |

1Case 281-cv-04913-VAB-AS    Document 40-6    Filed 09/20/21    Page 37 of 524    Page ID #: 2611

**In re: Relativity Media, LLC, *et al.***

**(Jointly Administered)**

*(in US Dollars)*

Case No. **18-11358 (MEW)**

Reporting Period: **June 1 - 30, 2018**

**Summary of Disbursements By Debtor**
(Unaudited)

| DEBTOR | BANKRUPTCY CASE NUMBER | PAID DIRECTLY BY DEBTORS - CURRENT PERIOD | PAID BY NON-DEBTOR AFFILIATES ON BEHALF OF DEBTORS - CURRENT PERIOD | TOTAL DISBURSEMENTS - CURRENT PERIOD | CUMULATIVE FILING TO DATE - DISBURSEMENTS MAY 3 - JUNE 30, 2018 |
|---|---|---|---|---|---|
| RML Turkeys Films, LLC | 18-11351 | - | - | - | - |
| RML WIB Films, LLC | 18-11352 | - | - | - | - |
| RMLDD Financing, LLC | 18-11353 | (2,846,679) | - | (2,846,679) | (5,417,907) |
| Rogue Games, LLC | 18-11354 | - | - | - | - |
| Safe Haven Productions, LLC | 18-11356 | - | - | - | - |
| Snow White Productions, LLC | 18-11357 | - | - | - | - |
| Furnace Films, LLC | 18-11312 | - | - | - | - |
| Relativity Holdings LLC | 18-11322 | - | - | - | - |
| RML Echo Films, LLC | 18-11343 | - | - | - | - |
| Roguelife LLC (dba Relativity Digital) | 18-11355 | - | - | - | - |
| **Total Disbursements By Legal Entity** | | **($5,329,716)** | **-** | **($5,329,716)** | **($10,277,205)** |

*Note: See Notes to Monthly Operating Report.*

In re: Relativity Media, LLC, *et al.*                      Case No. <u>18-11358 (MEW)</u>
**(Jointly Administered)**               Reporting Period: <u>June 1 - 30, 2018</u>
**MOR-1 (CON'T)**
*(in US Dollars)*
**Bank Reconciliations - Summary**
(Unaudited)

| Bank Name | Bank Account # | Debtor | Case # | Balance per Banks at 6/30/18 | Outstanding Checks at 6/30/18 | Outstanding Deposits at 6/30/18 | Balance per Banks at 6/30/18 | Footnote(s) |
|---|---|---|---|---|---|---|---|---|
| City National | xxxx2146 | Relativity Media, LLC | 18-11358 | $123,084 | - | - | $123,084 | (a) |
| City National | xxxx2154 | Relativity Media, LLC | 18-11358 | 25,779 | - | - | 25,779 | |
| City National | xxxx9985 | Relativity Development, LLC | 18-11319 | 907 | - | - | 907 | (a) |
| City National | xxxx1693 | Rogue Digital, LLC | 18-11301 | 48 | - | - | 48 | (a)(b) |
| City National | xxxx5912 | Relativity Media, LLC | 18-11358 | - | - | - | - | (a)(b) |
| City National | xxxx6851 | RML Distribution Domestic, LLC | 18-11292 | 12,526 | - | - | 12,526 | (a) |
| City National | xxxx3442 | RML Acquisitions II, LLC | 18-11330 | - | - | - | - | (b) |
| City National | xxxx9305 | Paranoia Acquisitions, LLC | 18-11315 | 109,357 | - | - | 109,357 | (a) |
| City National | xxxx0008 | Relativity Media, LLC | 18-11358 | - | - | - | - | (c) |
| City National | xxxx2227 | Armored Car Productions, LLC | 18-11305 | - | - | - | - | (c) |
| City National | xxxx2286 | DR Productions, LLC | 18-11311 | - | - | - | - | (c) |
| Onewest/CIT | xxxx0429 | Relativity Media, LLC | 18-11358 | 779 | - | - | 779 | |
| Onewest/CIT | xxxx3501 | Safe Haven Productions, LLC | 18-11356 | - | - | - | - | (a) |
| Onewest/CIT | xxxx0518 | Relativity Media, LLC | 18-11358 | - | - | - | - | |
| Onewest/CIT | xxxx0526 | RMLDD Financing, LLC | 18-11353 | - | - | - | - | |
| Onewest/CIT | xxxx0534 | RMLDD Financing, LLC | 18-11353 | 410,623 | - | - | 410,623 | (a) |
| Onewest/CIT | xxxx0588 | RMLDD Financing, LLC | 18-11353 | 24,225 | - | - | 24,225 | |
| Onewest/CIT | xxxx0596 | RMLDD Financing, LLC | 18-11353 | 170,924 | - | - | 170,924 | (a) |
| Onewest/CIT | xxxx0083 | RMLDD Financing, LLC | 18-11353 | 286,629 | - | - | 286,629 | (a) |
| Onewest/CIT | xxxx0091 | RMLDD Financing, LLC | 18-11353 | 1,614,331 | - | - | 1,614,331 | (a) |
| Onewest/CIT | xxxx0212 | Armored Car Productions, LLC | 18-11305 | 2,140,518 | - | - | 2,140,518 | (a) |
| Onewest/CIT | xxxx0672 | Malavita Productions, LLC | 18-11313 | - | - | - | - | |
| Onewest/CIT | xxxx0431 | RML Echo Films, LLC | 18-11343 | - | - | - | - | (a) |
| Onewest/CIT | xxxx0220 | Armored Car Productions, LLC | 18-11305 | 366,023 | - | - | 366,023 | (a) |
| Onewest/CIT | xxxx0480 | Blackbird Productions, LLC | 18-11308 | - | - | - | - | (a) |
| Onewest/CIT | xxxx0472 | Blackbird Productions, LLC | 18-11308 | 14,999 | - | - | 14,999 | (a) |
| Onewest/CIT | xxxx3435 | Furnace Films, LLC | 18-11312 | - | - | - | - | |
| Onewest/CIT | xxxx0804 | Best of Me Productions, LLC | 18-11306 | - | - | - | - | (a) |
| Onewest/CIT | xxxx1603 | DR Productions, LLC | 18-11311 | 382,624 | - | - | 382,624 | (a) |
| Onewest/CIT | xxxx1725 | DR Productions, LLC | 18-11311 | - | - | - | - | (a) |
| Onewest/CIT | xxxx1103 | Best of Me Productions, LLC | 18-11306 | - | - | - | - | (a) |
| Comerica | xxxx0251 | RML Distribution Domestic, LLC | 18-11292 | - | - | - | - | (a) |
| | | | | | | | | |
| **Total** | | | | **$5,683,375** | **-** | **-** | **$5,683,375** | |

**Footnote(s):**
(a) Bank accounts with DACA.
(b) Inactive bank accounts that the Debtors, beginning before the Petition Date, are seeking to close.
(c) Upon information and belief these bank accounts have been closed.

| In re: Relativity Media, LLC, *et al.* | Case No. 18-11358 (MEW) |
|---|---|
| Debtor | Reporting Period: June 1 – 30, 2018 |

### Note 1

On May 3, 2018 Relativity Media, LLC ("Relativity Media" or "RML") and its affiliated Debtors and Debtors-in-Possession (collectively, the "Debtors") commenced voluntary cases under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

The accompanying unaudited financial information included in this Monthly Operating Report ("MOR") represent the financial activity of the Debtors identified in the table.

### Note 2

In the "DECLARATION OF COLIN M. ADAMS IN SUPPORT OF CHAPTER 11 PETITIONS AND FIRST DAY PLEADINGS" paragraph 15 states:

> "I am informed and believe that the Debtors have not prepared audited financials on a GAAP basis since May 30, 2014.[1] In addition, I am aware that certain General Ledger entries that would customarily be made on a timely basis have either been delayed or not made at all."

Debtor-in-Possession Financial Information – The accompanying MOR-1 through MOR-7 and the supplemental exhibits contained herein are unaudited, preliminary, and do not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects. In addition, the financial information and the supplemental information contained herein represent the financial information for the Debtors only.

### Note 3

The MOR is limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly operating requirements of the Bankruptcy Court and the United States Trustee. The unaudited financial information has been derived from the books and records of the Debtors. The information presented herein has not been subject to all procedures that would typically be applied to financial information presented in accordance with GAAP. Upon the application of such procedures the Debtors believe that the financial information could be subject to changes, and these changes could be material. The information furnished in this MOR does not include normal recurring adjustments, and also does not include all of the adjustments that would typically be made for interim financial statements in accordance with GAAP.

### Note 4

The results of operations herein are not necessarily indicative of results that are expected from any other period or for the full year and may not necessarily reflect the combined results of operations, financial position or cash flows of the Debtors in the future.

---

[1] The last audit related to the period ended December 31, 2013.

### Note 5

On January 12, 2018, RMLDD Financing, LLC, ("RMLDD"), RML Distribution Domestic, LLC, ("RDD"), RML Distribution International, LLC, ("RDI"), and certain special purpose entities,[2] in each case as borrowers, Relativity Media, LLC ("Servicer"), entered into the Fourth Amendment and Seventh Extension with Midcap Funding X Trust ("MFT"), Apollo Moultrie Credit Fund, L.P., ("Apollo Moultrie") and Apollo Tactical Value SPN Investments, L.P., ("Apollo Tactical") (jointly the "Lenders") and MidCap Funding X Trust as Agent for the Lenders.

The applicable margin means (i) with respect to LIBOR Rate, 15%, and (ii) with respect to Base Rate, 12.5%.

The termination date has been extended to July 12, 2018.

As of June 30, 2018, principal of $14,679,454 plus an estimated accrued interest of $55,679 totaling an estimated outstanding balance of $14,735,133.

### Note 6

On May 15, 2018, Relativity Media as borrower and Relativity Holdings LLC ("Relativity Holdings") as guarantor and together with each of its subsidiaries that is from time to time a guarantor of and signatory to the note, entered into a Debtor in Possession Revolving Loan Promissory Note with UltraV Holdings LLC ("UltraV" or the "Lender") with maximum borrowings of four million dollars ($4,000,000). Relativity Media has requested that UltraV make loans from time to time on the terms, and subject to the conditions, in the note and the Interim Order or Final Order (as applicable). Relativity Media intends to utilize such loans to fund working capital requirements, costs and expenses of administration of the Chapter 11 Cases, and fees and expenses relating to the DIP facility during the pendency of the Chapter 11 Cases. Until the maturity date, Relativity Media shall only be permitted to borrow (i) to pay professional fees as set forth in the Approved Budget, (ii) an amount equal to the succeeding two (2) week projected cash requirement contained in the Approved Budget in any one borrowing, and (iii) once per week; provided that UltraV may in its sole discretion lend more often than once per-week.

The interest on the unpaid principal amount is ten percent (10%) per annum, to be paid in kind, with such interest being added to the principal amount of the obligations, on each applicable

---

[2] The special purpose entities which are borrowers under the Midcap Library Facility are 21 & Over Productions, LLC, 3 Days to Kill Productions, LLC, RML Acquisitions IV, LLC, RML Acquisitions IX, LLC, RML Acquisitions III, LLC, Best of Me Productions, LLC, Black or White Films, LLC, Brick Mansions Acquisitions, LLC, RML Desert Films, LLC, Don Jon Acquisitions, LLC, RML Echo Films, LLC, RML Acquisitions V, LLC, RML Turkeys Films, LLC, RML Hector Films, LLC, RML Acquisitions II, LLC, RML Acquisitions VI, LLC, RML Acquisitions II, LLC, Snow White Productions, LLC, Movie Productions, LLC, RML Acquisitions V, LLC, RML November Films, LLC, RML Oculus Films, LLC, Furnace Films, LLC, Paranoia Acquisitions, LLC, Safe Haven Productions, LLC, Malavita Productions, LLC, RML Acquisitions XI, LLC, RML Acquisitions I, LLC.

**In re: Relativity Media, LLC,** *et al.*                    **Case No. 18-11358 (MEW)**
**Debtor**                                          **Reporting Period: June 1 – 30, 2018**

interest payment date commencing on the first interest payment date occurring after the execution of the Note.

The maturity date is August 1, 2018, or an earlier date if agreed to by the Lender.

### Note 7

Debtors have made fee advance payments to retained professionals. The fee advances were made by Relativity Media, LLC on behalf of all the Debtors. For purposes of these interim MORs, no allocation has been made to reflect the fee advance balances on each of the Debtors' books.

### Note 8

Taxes Reconciliation and Aging

Relativity Holdings is a pass-through entity taxed as a partnership for income tax purposes, and substantially all federal and state income taxes are recorded by its members. Accordingly, Relativity Holdings does not provide for income taxes.

Relativity Holdings may incur certain state taxes imposed by states in which it conducts business.

Relativity Holdings periodically evaluates its tax positions with respect to all open years, as defined by the statute of limitations, to evaluate whether it is "more-likely-than-not" that such positions would be sustained upon examination by a tax authority based on its technical merits. For federal income tax purposes, Relativity Holdings remains open to examination for fiscal years 2014 and after. For state income tax purposes, Relativity Holdings remains open to examination for fiscal years 2013 and after.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re **Relativity Media, LLC,** *et al.*                    Case No. **18-11358 (MEW)**

**Debtor**                                            Reporting Period: **July 1 - 31, 2018**

                                                     Federal Tax I.D. # **See Note 1**

## CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
|    Copies of bank statements | | | Available Upon Request |
|    Cash disbursements journals | | | Available Upon Request |
| Statement of Operations | MOR-2 | X | X |
| Balance Sheet | MOR-3 | | X |
| Status of Post-petition Taxes | MOR-4 | X | |
|    Copies of IRS Form 6123 or payment receipt | | | Available Upon Request |
|    Copies of tax returns filed during reporting period | | | N/A |
| Summary of Unpaid Post-petition Debts | MOR-4 | | X |
|    Listing of Aged Accounts Payable | | | X |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | X |
| Taxes Reconciliation and Aging | MOR-5 | X | |
| Payments to Insiders and Professional | MOR-6 | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.


*/s/ Colin M. Adams*                                    8/15/18
Signature of Authorized Individual*                      Date


Colin M. Adams                                          Chief Restructuring Officer/Authorized Representative
Printed Name of Authorized Individual                    Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a
partnership; a manager or member if debtor is a limited liability company.

In re: Relativity Media, LLC, *et al.*  
(Jointly Administered)

Case No. 18-11358 (MEW)  
Reporting Period: **July 1 - 31, 2018**

**NOTES TO MONTHLY OPERATING REPORT**  
*Note 1*  
The Monthly Operating Report ("MOR") includes activity for the following Debtors:

| # | DEBTOR | FILING DATE | BANKRUPTCY CASE NUMBER | COMPLETE EIN OR OTHER TAXPAYER I.D. |
|---|--------|-------------|------------------------|-------------------------------------|
| 1. | Relativity Media, LLC | May 3, 2018 | 18-11358 | 25-1910844 |
| 2. | 21 & Over Productions, LLC | May 3, 2018 | 18-11304 | 27-2717796 |
| 3. | 3 Days To Kill Productions, LLC | May 3, 2018 | 18-11302 | 45-5455747 |
| 4. | Armored Car Productions, LLC | May 3, 2018 | 18-11305 | 46-1492750 |
| 5. | Best of Me Productions, LLC | May 3, 2018 | 18-11306 | 46-3731490 |
| 6. | Black or White Films, LLC | May 3, 2018 | 18-11307 | 47-2086718 |
| 7. | Relativity Fashion, LLC | May 3, 2018 | 18-11291 | 46-3448721 |
| 8. | RML Distribution Domestic, LLC | May 3, 2018 | 18-11292 | 27-3506528 |
| 9. | Rogue Digital, LLC | May 3, 2018 | 18-11301 | 35-2375578 |
| 10. | Blackbird Productions, LLC | May 3, 2018 | 18-11308 | 80-0908037 |
| 11. | Brick Mansions Acquisitions, LLC | May 3, 2018 | 18-11309 | 46-2403910 |
| 12. | Don Jon Acquisitions, LLC | May 3, 2018 | 18-11310 | 46-1887951 |
| 13. | DR Productions, LLC | May 3, 2018 | 18-11311 | 46-5767803 |
| 14. | Malavita Productions, LLC | May 3, 2018 | 18-11313 | 45-5458636 |
| 15. | Movie Productions, LLC | May 3, 2018 | 18-11314 | 01-0939860 |
| 16. | Paranoia Acquisitions, LLC | May 3, 2018 | 18-11315 | 45-5248747 |
| 17. | Phantom Acquisitions, LLC | May 3, 2018 | 18-11316 | 46-2766381 |
| 18. | Relative Motion Music, LLC | May 3, 2018 | 18-11317 | 90-0488016 |
| 19. | Relative Velocity Music, LLC | May 3, 2018 | 18-11318 | 80-0357169 |
| 20. | Relativity Development, LLC | May 3, 2018 | 18-11319 | 26-3215296 |
| 21. | Relativity Films, LLC | May 3, 2018 | 18-11320 | 36-4615464 |
| 22. | Relativity Foreign, LLC | May 3, 2018 | 18-11321 | 46-1178993 |
| 23. | Relativity Jackson, LLC | May 3, 2018 | 18-11323 | 26-3766116 |
| 24. | Relativity Media Distribution, LLC | May 3, 2018 | 18-11324 | 26-2620264 |
| 25. | Relativity Media Films, LLC | May 3, 2018 | 18-11325 | 26-4061574 |
| 26. | Relativity Music Group, LLC | May 3, 2018 | 18-11326 | 45-2489540 |
| 27. | Relativity Production LLC | May 3, 2018 | 18-11327 | 20-8217891 |
| 28. | Relativity Rogue, LLC | May 3, 2018 | 18-11328 | 26-3873333 |
| 29. | RML Acquisitions I, LLC | May 3, 2018 | 18-11329 | 45-1349406 |
| 30. | RML Acquisitions II, LLC | May 3, 2018 | 18-11330 | 45-1539810 |
| 31. | RML Acquisitions III, LLC | May 3, 2018 | 18-11331 | 45-2749116 |
| 32. | RML Acquisitions IV, LLC | May 3, 2018 | 18-11332 | 45-2994997 |
| 33. | RML Acquisitions IX, LLC | May 3, 2018 | 18-11333 | 46-5114410 |
| 34. | RML Acquisitions V, LLC | May 3, 2018 | 18-11334 | 45-5619532 |
| 35. | RML Acquisitions VI, LLC | May 3, 2018 | 18-11335 | 46-1269640 |
| 36. | RML Acquisitions VIII, LLC | May 3, 2018 | 18-11337 | 46-1687459 |
| 37. | RML Acquisitions X, LLC | May 3, 2018 | 18-11338 | 47-1401009 |
| 38. | RML Acquisitions XI, LLC | May 3, 2018 | 18-11339 | 47-1622651 |
| 39. | RML Acquisitions XIII, LLC | May 3, 2018 | 18-11340 | 47-2279614 |
| 40. | RML Acquisitions VII, LLC | May 3, 2018 | 18-11336 | 46-1407747 |
| 41. | RML Desert Films, LLC | May 3, 2018 | 18-11341 | 46-5024564 |
| 42. | RML Distribution International, LLC | May 3, 2018 | 18-11342 | 27-3506749 |
| 43. | RML Film Development, LLC | May 3, 2018 | 18-11344 | 27-2473567 |
| 44. | RML Hector Films, LLC | May 3, 2018 | 18-11345 | 46-5066054 |
| 45. | RML International Assets, LLC | May 3, 2018 | 18-11346 | 27-4661910 |
| 46. | RML November Films, LLC | May 3, 2018 | 18-11347 | 46-5079701 |
| 47. | RML Oculus Films, LLC | May 3, 2018 | 18-11348 | 46-3682596 |
| 48. | RML Romeo and Juliet Films, LLC | May 3, 2018 | 18-11350 | 46-2869509 |
| 49. | RML Turkeys Films, LLC | May 3, 2018 | 18-11351 | 45-5248898 |
| 50. | RML WIB Films, LLC | May 3, 2018 | 18-11352 | 47-1780102 |
| 51. | RMLDD Financing, LLC | May 3, 2018 | 18-11353 | 61-1689114 |
| 52. | Rogue Games, LLC | May 3, 2018 | 18-11354 | 45-3744812 |
| 53. | Safe Haven Productions, LLC | May 3, 2018 | 18-11356 | 45-3326550 |
| 54. | Snow White Productions, LLC | May 3, 2018 | 18-11357 | 27-3833175 |
| 55. | Furnace Films, LLC | May 3, 2018 | 18-11312 | 45-2563558 |
| 56. | Relativity Holdings LLC | May 3, 2018 | 18-11322 | 26-3867052 |
| 57. | RML Echo Films, LLC | May 3, 2018 | 18-11343 | 46-3144656 |
| 58. | Roguelife LLC (dba Relativity Digital) | May 3, 2018 | 18-11355 | 27-1733442 |

In re: **Relativity Media, LLC, et al.**
**Debtor**
Case No. 18-11358 (MEW)
Reporting Period: July 1 - 31, 2018
**MOR 1**
*(in US Dollars)*

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS (a)

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of all Debtor columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. See MOR-1 (CON'T).

| DEBTOR ENTITIES | Relativity Media, LLC | 21 & Over Productions, LLC (b) | 3 Days To Kill Productions, LLC (b) | Armored Car Productions, LLC | Best of Me Productions, LLC |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11358 | 18-11304 | 18-11302 | 18-11305 | 18-11306 |
| **CASH BEGINNING OF MONTH** | $149,642 | - | - | $2,506,541 | - |
| **RECEIPTS** | | | | | |
| CASH SALES | $344,260 | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | 850,000 | - | - | - | - |
| SALE OF ASSETS | 2,390 | - | - | - | - |
| OTHER (ATTACH LIST) (c) | 0 | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | 201,726 | - | - | 3,595 | - |
| **TOTAL RECEIPTS** | $1,398,376 | | | $3,595 | |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | ($139,482) | - | - | - | - |
| PAYROLL TAXES | (5,620) | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | (5,000) | - | - | - | - |
| INSURANCE | (55,487) | - | - | - | - |
| ADMINISTRATIVE | (52,819) | - | - | (80,000) | - |
| SELLING (e) | (100,818) | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | (186,736) | - | - | - | - |
| PROFESSIONAL FEES | (540,488) | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | ($1,086,450) | - | - | ($80,000) | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $311,926 | | | ($76,405) | |
| | | | | | |
| CASH – END OF MONTH | $461,568 | - | - | $2,430,135 | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Selling includes payments for participation & residuals.

In re: **Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** July 1 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Black or White Films, LLC (b) | Relativity Fashion, LLC (b) | RML Distribution Domestic, LLC | Rogue Digital, LLC | Blackbird Productions, LLC |
|---|---|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11307 | 18-11291 | 18-11292 | 18-11301 | 18-11308 |
| **CASH BEGINNING OF MONTH** | - | - | $12,526 | $48 | $14,999 |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | 625,154 | - | - |
| **TOTAL RECEIPTS** | - | - | $625,154 | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | (100) | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | (625,843) | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | ($625,943) | - | - |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | - | ($790) | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | $11,736 | $48 | $14,999 |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Selling includes payments for participation & residuals.

In re: **Relativity Media, LLC**, *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** July 1 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Brick Mansions Acquisitions, LLC (b) | Don Jon Acquisitions, LLC (b) | DR Productions, LLC | Malavita Productions, LLC | Movie Productions, LLC (b) |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11309 | 18-11310 | 18-11311 | 18-11313 | 18-11314 |
| **CASH BEGINNING OF MONTH** | - | - | $382,624 | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | $382,624 | - | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Selling includes payments for participation & residuals.

In re: **Relativity Media, LLC**, *et al.*
**Debtor**

Case No. 18-11358 (MEW)
**Reporting Period:** July 1 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Paranoia Acquisitions, LLC | Phantom Acquisitions, LLC (b) | Relative Motion Music, LLC (b) | Relative Velocity Music, LLC (b) | Relativity Development, LLC |
|---|---|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11315 | 18-11316 | 18-11317 | 18-11318 | 18-11319 |
| **CASH BEGINNING OF MONTH** | $109,357 | - | - | - | $907 |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | 611 | - | - | - | - |
| **TOTAL RECEIPTS** | $611 | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | (8,520) | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | ($8,520) | - | - | - | - |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | ($7,909) | - | - | - | - |
| | | | | | |
| **CASH – END OF MONTH** | $101,448 | - | - | - | $907 |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Selling includes payments for participation & residuals.

In re: **Relativity Media, LLC,** *et al.*
**Debtor**
Case No. 18-11358 (MEW)
**Reporting Period:** July 1 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Relativity Films, LLC (b) | Relativity Foreign, LLC (b) | Relativity Jackson, LLC (b) | Relativity Media Distribution, LLC (b) | Relativity Media Films, LLC (b) |
|---|---|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11320 | 18-11321 | 18-11323 | 18-11324 | 18-11325 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Selling includes payments for participation & residuals.

Case 2:21-cv-04913-VAP-AS Document 40-6 Filed 09/30/21 Page 49 of 524 Page ID #:2423

**In re:** **Relativity Media, LLC,** *et al.*

**Debtor**

**Case No.** 18-11358 (MEW)

**Reporting Period:** July 1 - 31, 2018

**MOR 1**

*(in US Dollars)*

| DEBTOR ENTITIES | Relativity Music Group, LLC (b) | Relativity Production LLC (b) | Relativity Rogue, LLC (b) | RML Acquisitions I, LLC (b) | RML Acquisitions II, LLC |
|---|---|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11326 | 18-11327 | 18-11328 | 18-11329 | 18-11330 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
|    TOTAL RECEIPTS | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**

(a) The amounts reported are from each of
the debtor's bank statements as the company
does not maintain a general ledger.

(b) Debtor does not have a bank account.

(c) Other - see MOR-1.1 SCHEDULE OF CASH
RECEIPTS AND DISBURSEMENTS - OTHER.

(d) Transfers (From DIP Accts) includes funds
received from third parties that relate to other
debtor and non-debtor accounts.  The funds were
transferred to the appropriate accounts and
then booked as cash sales.

(e) Selling includes payments for participation &
residuals.

**In re: Relativity Media, LLC,** *et al.*

**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** July 1 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | RML Acquisitions III, LLC (b) | RML Acquisitions IV, LLC (b) | RML Acquisitions IX, LLC (b) | RML Acquisitions V, LLC (b) | RML Acquisitions VI, LLC (b) |
|---|---|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11331 | 18-11332 | 18-11333 | 18-11334 | 18-11335 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Selling includes payments for participation & residuals.

In re: **Relativity Media, LLC,** *et al.*

**Debtor**

**Case No.** 18-11358 (MEW)

**Reporting Period:** July 1 - 31, 2018

**MOR 1**

*(in US Dollars)*

| DEBTOR ENTITIES | RML Acquisitions VIII, LLC (b) | RML Acquisitions X, LLC (b) | RML Acquisitions XI, LLC (b) | RML Acquisitions XIII, LLC (b) | RML Acquisitions VII, LLC (b) |
|---|---|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11337 | 18-11338 | 18-11339 | 18-11340 | 18-11336 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**

(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.

(b) Debtor does not have a bank account.

(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.

(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.

(e) Selling includes payments for participation & residuals.

In re: **Relativity Media, LLC,** *et al.*
**Debtor**
Case No. 18-11358 (MEW)
**Reporting Period:** July 1 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | RML Desert Films, LLC (b) | RML Distribution International, LLC (b) | RML Film Development, LLC (b) | RML Hector Films, LLC (b) | RML International Assets, LLC (b) |
|---|---|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11341 | 18-11342 | 18-11344 | 18-11345 | 18-11346 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Selling includes payments for participation & residuals.

In re: <u>Relativity Media, LLC</u>, *et al.*
**Debtor**
**Case No.** <u>18-11358 (MEW)</u>
**Reporting Period:** <u>July 1 - 31, 2018</u>
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | RML November Films, LLC (b) | RML Oculus Films, LLC (b) | RML Romeo and Juliet Films, LLC (b) | RML Turkeys Films, LLC (b) | RML WIB Films, LLC (b) |
|---|---|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11347 | 18-11348 | 18-11350 | 18-11351 | 18-11352 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | | | | | |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Selling includes payments for participation & residuals.

In re: **Relativity Media, LLC,** *et al.*

**Debtor**

**Case No.** 18-11358 (MEW)

**Reporting Period:** July 1 - 31, 2018

**MOR 1**

*(in US Dollars)*

| DEBTOR ENTITIES | RMLDD Financing, LLC | Rogue Games, LLC (b) | Safe Haven Productions, LLC (b) | Snow White Productions, LLC (b) | Furnace Films, LLC |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11353 | 18-11354 | 18-11356 | 18-11357 | 18-11312 |
| **CASH BEGINNING OF MONTH** | $2,506,731 | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | $1,460,788 | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | 288,700 | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | 139,224 | - | - | - | - |
| **TOTAL RECEIPTS** | $1,888,713 | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | (40,166) | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | (1,259,820) | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | (158,110) | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | ($1,458,095) | - | - | - | - |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | $430,617 | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | $2,937,349 | - | - | - | - |

**Footnote(s):**

(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.

(b) Debtor does not have a bank account.

(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.

(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.

(e) Selling includes payments for participation & residuals.

**In re: Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** July 1 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Relativity Holdings LLC (b) | RML Echo Films, LLC | Roguelife LLC (dba Relativity Digital) (b) | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11322 | 18-11343 | 18-11355 | |
| **CASH BEGINNING OF MONTH** | - | - | - | $5,683,375 |
| **RECEIPTS** | | | | |
| CASH SALES | - | - | - | $1,805,048 |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | 850,000 |
| SALE OF ASSETS | - | - | - | 2,390 |
| OTHER (ATTACH LIST) (c) | - | - | - | 288,700 |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | 970,309 |
| **TOTAL RECEIPTS** | - | - | - | $3,916,448 |
| **DISBURSEMENTS** | | | | |
| NET PAYROLL | - | - | - | ($139,482) |
| PAYROLL TAXES | - | - | - | (5,620) |
| SALES, USE, & OTHER TAXES | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | (5,000) |
| INSURANCE | - | - | - | (55,487) |
| ADMINISTRATIVE | - | - | - | (132,919) |
| SELLING (e) | - | - | - | (149,504) |
| OTHER *(ATTACH LIST)* (c) | - | - | - | (1,259,820) |
| OWNER DRAW | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | (970,689) |
| PROFESSIONAL FEES | - | - | - | (540,488) |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - |
| COURT COSTS | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | ($3,259,008) |
| | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | - | - | $657,440 |
| | | | | |
| CASH – END OF MONTH | - | - | - | $6,340,814 |

**Footnote(s):**
(a) The amounts reported are from each of
the debtor's bank statements as the company
does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH
RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds
received from third parties that relate to other
debtor and non-debtor accounts.  The funds were
transferred to the appropriate accounts and
then booked as cash sales.
(e) Selling includes payments for participation &
residuals.

1:18-cv-04813-VEC-AS Document 40-6 Filed 09/30/21 Page 56 of 524 Page ID #:2436

**In re: Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** July 1 - 31, 2018
**MOR 1.1**
*(in US Dollars)*

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER

| DEBTOR ENTITIES | Relativity Media, LLC | RMLDD Financing, LLC | Total |
|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11358 | 18-11353 | |
| **RECEIPTS - OTHER** | | | |
| MANCHESTER TITLE | - | $288,358 | $288,358 |
| INTEREST | 0 | 342 | 342 |
| | | | |
| **TOTAL RECEIPTS - OTHER** | $0 | $288,700 | $288,700 |
| | | | |
| **DISBURSEMENTS - OTHER** | | | |
| MIDCAP FUNDING X TRUST | - | ($672,520) | ($672,520) |
| MANCHESTER TITLE | - | (288,358) | (288,358) |
| FINTAGE COLLECTION ACCOUNT MANAGEMENT | - | (193,901) | (193,901) |
| MACQUARIE US TRADING LLC (a) | - | (105,040) | (105,040) |
| | | | |
| **TOTAL DISBURSEMENTS - OTHER** | - | ($1,259,820) | ($1,259,820) |

**Footnote(s):**

(a) Macquarie US Trading LLC: Macquarie foreclosed on the collateral securing the post release P&A loan prior to the Chapter 11 filing. RMLDD Financing, LLC continues to receive payments on Macquarie titles which are categorized as cash sales. These payments are sent to Macquarie and categorized as other disbursements.

**In re:** **Relativity Media, LLC,** *et al.*

**Debtor**

**Case No.** 18-11358 (MEW)

**Reporting Period:** July 1 - 31, 2018

**MOR 1.2**

*(in US Dollars)*

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---:|
| **TOTAL DISBURSEMENTS** | ($3,259,008) |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 970,689 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | ($2,288,319) |

In re: Relativity Media, LLC, *et al.*  Case No. 18-11358 (MEW)
**(Jointly Administered)**  Reporting Period: July 1 - 31, 2018
*(in US Dollars)*
**MOR 1.3**
**Summary of Disbursements By Debtor**
(Unaudited)

| DEBTOR | BANKRUPTCY CASE NUMBER | PAID DIRECTLY BY DEBTORS | PAID BY NON-DEBTOR AFFILIATES ON BEHALF OF DEBTORS | TOTAL DISBURSEMENTS | TRANSFERS (TO DIP ACCTS) | TOTAL DISBURSEMENTS EXCLUDING TRANSFERS (TO DIP ACCTS) | Q3'18 YTD DISBURSEMENTS NET OF TRANSFERS (TO DIP ACCTS) JULY 1 - JULY 31, 2018 |
|---|---|---|---|---|---|---|---|
| Relativity Media, LLC | 18-11358 | ($1,086,450) | - | ($1,086,450) | $186,736 | ($899,714) | ($899,714) |
| 21 & Over Productions, LLC | 18-11304 | - | - | - | - | - | - |
| 3 Days To Kill Productions, LLC | 18-11302 | - | - | - | - | - | - |
| Armored Car Productions, LLC | 18-11305 | (80,000) | - | (80,000) | - | (80,000) | (80,000) |
| Best of Me Productions, LLC | 18-11306 | - | - | - | - | - | - |
| Black or White Films, LLC | 18-11307 | - | - | - | - | - | - |
| Relativity Fashion, LLC | 18-11291 | - | - | - | - | - | - |
| RML Distribution Domestic, LLC | 18-11292 | (625,943) | - | (625,943) | 625,843 | (100) | (100) |
| Rogue Digital, LLC | 18-11301 | - | - | - | - | - | - |
| Blackbird Productions, LLC | 18-11308 | - | - | - | - | - | - |
| Brick Mansions Acquisitions, LLC | 18-11309 | - | - | - | - | - | - |
| Don Jon Acquisitions, LLC | 18-11310 | - | - | - | - | - | - |
| DR Productions, LLC | 18-11311 | - | - | - | - | - | - |
| Malavita Productions, LLC | 18-11313 | - | - | - | - | - | - |
| Movie Productions, LLC | 18-11314 | - | - | - | - | - | - |
| Paranoia Acquisitions, LLC | 18-11315 | (8,520) | - | (8,520) | - | (8,520) | (8,520) |
| Phantom Acquisitions, LLC | 18-11316 | - | - | - | - | - | - |
| Relative Motion Music, LLC | 18-11317 | - | - | - | - | - | - |
| Relative Velocity Music, LLC | 18-11318 | - | - | - | - | - | - |
| Relativity Development, LLC | 18-11319 | - | - | - | - | - | - |
| Relativity Films, LLC | 18-11320 | - | - | - | - | - | - |
| Relativity Foreign, LLC | 18-11321 | - | - | - | - | - | - |
| Relativity Jackson, LLC | 18-11323 | - | - | - | - | - | - |
| Relativity Media Distribution, LLC | 18-11324 | - | - | - | - | - | - |
| Relativity Media Films, LLC | 18-11325 | - | - | - | - | - | - |
| Relativity Music Group, LLC | 18-11326 | - | - | - | - | - | - |
| Relativity Production LLC | 18-11327 | - | - | - | - | - | - |
| Relativity Rogue, LLC | 18-11328 | - | - | - | - | - | - |
| RML Acquisitions I, LLC | 18-11329 | - | - | - | - | - | - |
| RML Acquisitions II, LLC | 18-11330 | - | - | - | - | - | - |
| RML Acquisitions III, LLC | 18-11331 | - | - | - | - | - | - |
| RML Acquisitions IV, LLC | 18-11332 | - | - | - | - | - | - |
| RML Acquisitions IX, LLC | 18-11333 | - | - | - | - | - | - |
| RML Acquisitions V, LLC | 18-11334 | - | - | - | - | - | - |
| RML Acquisitions VI, LLC | 18-11335 | - | - | - | - | - | - |
| RML Acquisitions VIII, LLC | 18-11337 | - | - | - | - | - | - |
| RML Acquisitions X, LLC | 18-11338 | - | - | - | - | - | - |
| RML Acquisitions XI, LLC | 18-11339 | - | - | - | - | - | - |
| RML Acquisitions XIII, LLC | 18-11340 | - | - | - | - | - | - |
| RML Acquisitions VII, LLC | 18-11336 | - | - | - | - | - | - |
| RML Desert Films, LLC | 18-11341 | - | - | - | - | - | - |
| RML Distribution International, LLC | 18-11342 | - | - | - | - | - | - |
| RML Film Development, LLC | 18-11344 | - | - | - | - | - | - |
| RML Hector Films, LLC | 18-11345 | - | - | - | - | - | - |
| RML International Assets, LLC | 18-11346 | - | - | - | - | - | - |
| RML November Films, LLC | 18-11347 | - | - | - | - | - | - |
| RML Oculus Films, LLC | 18-11348 | - | - | - | - | - | - |
| RML Romeo and Juliet Films, LLC | 18-11350 | - | - | - | - | - | - |
| RML Turkeys Films, LLC | 18-11351 | - | - | - | - | - | - |
| RML WIB Films, LLC | 18-11352 | - | - | - | - | - | - |
| RMLDD Financing, LLC | 18-11353 | (1,458,095) | - | (1,458,095) | 158,110 | (1,299,986) | (1,299,986) |
| Rogue Games, LLC | 18-11354 | - | - | - | - | - | - |
| Safe Haven Productions, LLC | 18-11356 | - | - | - | - | - | - |
| Snow White Productions, LLC | 18-11357 | - | - | - | - | - | - |
| Furnace Films, LLC | 18-11312 | - | - | - | - | - | - |
| Relativity Holdings LLC | 18-11322 | - | - | - | - | - | - |
| RML Echo Films, LLC | 18-11343 | - | - | - | - | - | - |
| Roguelife LLC (dba Relativity Digital) | 18-11355 | - | - | - | - | - | - |
| **Total** | | **($3,259,008)** | **-** | **($3,259,008)** | **$970,689** | **($2,288,319)** | **($2,288,319)** |

*Note: See Notes to Monthly Operating Report.*

In re: Relativity Media, LLC, *et al.*      Case No. **18-11358 (MEW)**

**(Jointly Administered)**      Reporting Period: **July 1 - 31, 2018**

**MOR-1 (CON'T)**

*(in US Dollars)*

**Bank Reconciliations - Summary**

(Unaudited)

| Bank Name | Bank Account # | Debtor | Case # | Balance per Banks | Outstanding Checks | Outstanding Deposits | Adjusted Balance per Banks | Footnote(s) |
|---|---|---|---|---|---|---|---|---|
| City National | xxxx2146 | Relativity Media, LLC | 18-11358 | $390,195 | ($74,061) | - | $316,134 | (a) |
| City National | xxxx2154 | Relativity Media, LLC | 18-11358 | 55,914 | - | - | 55,914 | |
| City National | xxxx9985 | Relativity Development, LLC | 18-11319 | 907 | - | - | 907 | (a) |
| City National | xxxx1693 | Rogue Digital, LLC | 18-11301 | 48 | - | - | 48 | (a)(b) |
| City National | xxxx5912 | Relativity Media, LLC | 18-11358 | - | - | - | - | (a)(b) |
| City National | xxxx6851 | RML Distribution Domestic, LLC | 18-11292 | 11,736 | - | - | 11,736 | (a) |
| City National | xxxx3442 | RML Acquisitions II, LLC | 18-11330 | - | - | - | - | (b) |
| City National | xxxx9305 | Paranoia Acquisitions, LLC | 18-11315 | 101,448 | - | - | 101,448 | (a) |
| City National | xxxx0008 | Relativity Media, LLC | 18-11358 | - | - | - | - | (c) |
| City National | xxxx2227 | Armored Car Productions, LLC | 18-11305 | - | - | - | - | (c) |
| City National | xxxx2286 | DR Productions, LLC | 18-11311 | - | - | - | - | (c) |
| Onewest/CIT | xxxx0429 | Relativity Media, LLC | 18-11358 | 779 | - | - | 779 | |
| Onewest/CIT | xxxx3501 | Safe Haven Productions, LLC | 18-11356 | - | - | - | - | (a) |
| Onewest/CIT | xxxx0518 | Relativity Media, LLC | 18-11358 | 14,680 | - | - | 14,680 | |
| Onewest/CIT | xxxx0526 | RMLDD Financing, LLC | 18-11353 | - | - | - | - | |
| Onewest/CIT | xxxx0534 | RMLDD Financing, LLC | 18-11353 | 529,209 | - | - | 529,209 | (a) |
| Onewest/CIT | xxxx0588 | RMLDD Financing, LLC | 18-11353 | 32,734 | - | - | 32,734 | |
| Onewest/CIT | xxxx0596 | RMLDD Financing, LLC | 18-11353 | 171,003 | - | - | 171,003 | (a) |
| Onewest/CIT | xxxx0083 | RMLDD Financing, LLC | 18-11353 | 286,678 | - | - | 286,678 | (a) |
| Onewest/CIT | xxxx0091 | RMLDD Financing, LLC | 18-11353 | 1,917,725 | - | - | 1,917,725 | (a) |
| Onewest/CIT | xxxx0212 | Armored Car Productions, LLC | 18-11305 | 2,060,518 | - | - | 2,060,518 | (a) |
| Onewest/CIT | xxxx0672 | Malavita Productions, LLC | 18-11313 | - | - | - | - | |
| Onewest/CIT | xxxx0431 | RML Echo Films, LLC | 18-11343 | - | - | - | - | (a) |
| Onewest/CIT | xxxx0220 | Armored Car Productions, LLC | 18-11305 | 369,618 | - | - | 369,618 | (a) |
| Onewest/CIT | xxxx0480 | Blackbird Productions, LLC | 18-11308 | - | - | - | - | (a) |
| Onewest/CIT | xxxx0472 | Blackbird Productions, LLC | 18-11308 | 14,999 | - | - | 14,999 | (a) |
| Onewest/CIT | xxxx3435 | Furnace Films, LLC | 18-11312 | - | - | - | - | |
| Onewest/CIT | xxxx0804 | Best of Me Productions, LLC | 18-11306 | - | - | - | - | (a) |
| Onewest/CIT | xxxx1603 | DR Productions, LLC | 18-11311 | 382,624 | - | - | 382,624 | (a) |
| Onewest/CIT | xxxx1725 | DR Productions, LLC | 18-11311 | - | - | - | - | (a) |
| Onewest/CIT | xxxx1103 | Best of Me Productions, LLC | 18-11306 | - | - | - | - | (a) |
| Comerica | xxxx0251 | RML Distribution Domestic, LLC | 18-11292 | - | - | - | - | (a) |
| | | | | | | | | |
| **Total** | | | | **$6,340,814** | **($74,061)** | **-** | **$6,266,753** | |

**Footnote(s):**

(a) Bank accounts with DACA.

(b) Inactive bank accounts that the Debtors, beginning before the Petition Date, are seeking to close.

(c) Upon information and belief these bank accounts have been closed.

In re: Relativity Media, LLC, *et al.*                              Case No. 18-11358 (MEW)
**(Jointly Administered)**                                  **Reporting Period:** July 1 - 31, 2018
**MOR 2**
*(in US Dollars)*
**Schedule of Professional Fee Disbursements**
(Unaudited)

| PROFESSIONAL | 2018 | | | |
| --- | --- | --- | --- | --- |
| | **MAY** | **JUNE** | **JULY** | **CUMULATIVE** |
| | | | | |
| *Estate Retained Professionals* | | | | |
| Winston & Strawn LLP | - | - | - | - |
| Willkie Farr & Gallagher LLP | - | - | - | - |
| M-III Partners, LP | - | - | 388,011 | 388,011 |
| Prime Clerk LLC | - | - | 152,477 | 152,477 |
| Total Estate Retained Professionals | - | - | 540,488 | 540,488 |
| | | | | |
| *DIP Lender Professional* | | | | |
| Schulte Roth & Zabel LLP | - | - | - | - |
| Total DIP Lender Retained Professional | - | - | - | - |
| | | | | |
| *Committee Retained Professionals* | | | | |
| Robins Kaplan LLP | - | - | - | - |
| Duff & Phelps LLC | - | - | - | - |
| Total Committee Retained Professionals | - | - | - | - |
| | | | | |
| Total Non-Ordinary Course Professionals | - | - | 540,488 | 540,488 |
| | | | | |
| US Trustee Quarterly Fees (a) | - | - | - | - |
| | | | | |
| **Total Professional and US Trustee Fees** | **-** | **-** | **$540,488** | **$540,488** |

**Footnote(s):**

(a) US Trustee quarterly fees check for Q2'18 in the amount of $74,060.86 was mailed by July 31, 2018 and cleared the bank August 2, 2018.  The amount will show as paid in August, the month the check cleared the bank, in the above schedule.

In re: **Relativity Media, LLC,** *et al.*

**Debtor**

**MOR 4**

*(in US Dollars)*

**Case No. 18-11358 (MEW)**

**Reporting Period:** July 1 - 31, 2018

### STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid (a) | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | - | $26,069 | ($26,069) | 7/13/18 & 7/27/18 | EFT | - |
| FICA-Employee | - | 5,574 | (5,574) | 7/13/18 & 7/27/18 | EFT | - |
| FICA-Employer | - | 5,574 | (5,574) | 7/13/18 & 7/27/18 | EFT | - |
| Unemployment | - | 4 | (4) | 7/13/18 & 7/27/18 | EFT | - |
| Income | - | - | - | N/A | | - |
| Other: Medicare Surtax | - | 623 | (623) | 7/13/18 & 7/27/18 | EFT | - |
| Total Federal Taxes | - | $37,844 | ($37,844) | 7/13/18 & 7/27/18 | EFT | - |
| **State and Local** | | | | | | |
| Withholding | - | $9,731 | ($9,731) | 7/13/18 & 7/27/18 | EFT | - |
| Sales | - | - | - | N/A | | - |
| Excise | - | - | - | N/A | | - |
| Unemployment | - | 42 | (42) | 7/13/18 & 7/27/18 | EFT | - |
| Real Property | - | - | - | N/A | | - |
| Personal Property | - | - | - | N/A | | - |
| Other: CA SDI - Disability | - | 597 | (597) | 7/13/18 & 7/27/18 | EFT | - |
| Total State and Local | - | $10,370 | ($10,370) | 7/13/18 & 7/27/18 | EFT | - |
| | | | | | | |
| **Total Taxes** | - | $48,214 | ($48,214) | | | - |

### SUMMARY OF UNPAID POST-PETITION DEBTS (a)

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| **Total Post-petition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

**Footnote(s):**

(a) Summary of unpaid post-petition debts, see Notes to the Monthly Operating Report.

| In re: **Relativity Media, LLC,** *et al.* | Case No. **18-11358 (MEW)** |
|---|---|
| **Debtor** | **Reporting Period:** **July 1 - 31, 2018** |
| **MOR 5** | |
| *(in US Dollars)* | |

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | Debtors |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period (a) | $37,463,718 | RML Distribution Domestic, LLC, |
| Plus:  Amounts billed during the period | - | Armored Car Productions, LLC, and |
| Less:  Amounts collected during the period (b) | (1,305,554) | DR Productions, LLC |
| Total Accounts Receivable at the end of the reporting period | $36,158,164 | |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| RML Distribution Domestic, LLC (c) | $29,449,211 | $2,113,415 | $622,049 | $1,000,313 | $33,184,988 |
| Armored Car Productions, LLC | 229,815 | 153,131 | - | 1,063,000 | 1,445,945 |
| DR Productions, LLC | 100,609 | - | - | 1,426,622 | 1,527,231 |
| | | | | | |
| Total Accounts Receivable | $29,779,634 | $2,266,545 | $622,049 | $3,489,935 | $36,158,164 |
| | | | | | |
| Less:  Bad Debts (Amount considered uncollectible) | - | - | - | - | - |
| | | | | | |
| Net Accounts Receivable | $29,779,634 | $2,266,545 | $622,049 | $3,489,935 | $36,158,164 |

**Footnote(s):**
(a) Total accounts receivable at the beginning of the reporting period, July 1, 2018, includes $27,018,988 for all future contracted Free TV and Cable TV receipts contracted under license agreements, $7,471,554 for past due and future receipts under the distribution agreement with Netflix for three films that have been delivered and have no restrictions, and $2,973,176 for past due and future International receipts contracted under license and distribution agreements.
(b) Amounts collected during the period are receipts from the contracted Free TV and Cable TV.
(c) RML Distribution Domestic, LLC, week ended August 5, 2018, Netflix paid $3,928,897.

## TAXES RECONCILIATION AND AGING (a)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | - | - | - | - | - |
| 31 - 60 days old | - | - | - | - | - |
| 61 - 90 days old | - | - | - | - | - |
| 91+ days old | - | - | - | - | - |
| Total Taxes Payable | - | - | - | - | - |
| Total Accounts Payable | - | - | - | - | - |

**Footnote(s):**
(a) Taxes reconciliation and aging, see Notes to the Monthly Operating Report.

In re: Relativity Media, LLC, *et al.*

**Debtor**

**MOR 6**

*(in US Dollars)*

Case No. 18-11358 (MEW)

Reporting Period: July 1 - 31, 2018

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID (a) | TOTAL PAID TO DATE |
| Insider 1 | Salary | $103,846 | $242,308 |
| Insider 2 | Salary | 13,846 | 32,308 |
| TOTAL PAYMENTS TO INSIDERS | | $117,692 | $274,615 |

**Footnote(s):**

(a) Amount paid July 1 - 31, 2018 includes three pay periods due to timing of the wire for payment scheduled on June 29, 2018 clearing on July 2, 2018.

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT (a) | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID |
| M-III Partners, LP (b) | 7/6/18 | $388,011 | $388,011 | $388,011 | $92,396 |
| Prime Clerk LLC (c) | 5/10/18 | 152,477 | 152,477 | 152,477 | - |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | $540,488 | $540,488 | $540,488 | $92,396 |

**Footnote(s):**

(a) Date of court order authorizing payment refers to the dates of orders authorizing retention of the respective professional.

(b) M-III Partners, LP are paid 80% of fees and 100% of expenses; total incurred and unpaid of $92,396 relates to the 20% holdback for May and June fees.

(c) Prime Clerk LLC fees and expenses of $152,477 relate to Claims and Noticing Agent Services and are paid at 100%.

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| MidCap Financial (Film Library Term Loan) | (a) | $672,520 | - |
| Aperture (Masterminds Mezzanine Loan) | (b) | 3,595 | - |
| Senior Secured Loan (RM Bidder/UltraV) | (c) | - | - |
| Subordinated Convertible Note (Relativity Secured Lender) | (d) | - | - |
| Heatherden Fee Claims | (e) | - | - |
| RKA Pre-Release P&A Loan (Masterminds) | (f) | - | - |
| RKA Pre-Release P&A Loan (Disappointments Room) | (f) | - | - |
| Technicolor | (g) | - | - |
| LiveStyle Rent (9242 Beverly Blvd. Ste. 300, Beverly Hills, CA 90210) | 5,000 | 5,000 | - |
| TOTAL PAYMENTS | | $681,115 | - |

**Footnote(s):**

(a) Net receipts from bi-weekly film library receipts settlements used to pay down interest and principal, interest at LIBOR plus 15%, and $33,333 paid each month as an administrative fee.

(b) Net receipts from bi-weekly film library settlements used to pay down interest and principal. Interest at the greater of LIBOR plus 12.5% calculated for an 18 month period and the actual amount of interest incurred on all loans.

(c) Accrues interest monthly at 10.0% on the first $30MM of principal and 13.5% on remaining principal.

(d) Accrues interest monthly at 12.0%.

(e) Accrues annual interest at 1.0%.

(f) Accrues interest annually at 1-Year Treasury Rate plus 1.5%.

(g) Accrues interest monthly at 10.5%.

| In re: | **Relativity Media, LLC,** *et al.* | **Case No. 18-11358 (MEW)** |
|---|---|---|
| | **Debtor** | **Reporting Period:** <u>July 1 - 31, 2018</u> |
| | **MOR 7** | |

# DEBTOR QUESTIONNAIRE

| | **Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary.** | **Yes** | **No** |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business this reporting period? | X (a) | |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3. | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4. | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5. | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7. | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8. | Are any post petition payroll taxes past due? | | X |
| 9. | Are any post petition State or Federal income taxes past due? | | X |
| 10. | Are any post petition real estate taxes past due? | | X |
| 11. | Are any other post petition taxes past due? | | X |
| 12. | Have any pre-petition taxes been paid during this reporting period? | | X |
| 13. | Are any amounts owed to post petition creditors delinquent? | | X |
| 14. | Are any wage payments past due? | | X |
| 15. | Have any post petition loans been received by the Debtor from any party? | | X |
| 16. | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X (b) |
| 17. | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18. | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

<u>**Footnote(s):**</u>

(a) Relativity Media sold furniture totaling $2,390 in April 2018 and collected the proceeds in July 2018.

(b) Amounts may be owed to the US Trustee under the prior cases fashioned In re Relativity Fashion, et al. (Ch. 11 Case. No. 15-11989-MEW), but amounts owed in these cases are not delinquent.

| In re: Relativity Media, LLC, *et al.* | Case No. 18-11358 (MEW) |
|---|---|
| **Debtor** | **Reporting Period: July 1 – 31, 2018** |

### Note 1

On May 3, 2018 Relativity Media, LLC ("Relativity Media" or "RML") and its affiliated Debtors and Debtors-in-Possession (collectively, the "Debtors") commenced voluntary cases under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

The accompanying unaudited financial information included in this Monthly Operating Report ("MOR") represent the financial activity of the Debtors identified in the table.

### Note 2

In the "DECLARATION OF COLIN M. ADAMS IN SUPPORT OF CHAPTER 11 PETITIONS AND FIRST DAY PLEADINGS" paragraph 15 states:

> *"I am informed and believe that the Debtors have not prepared audited financials on a GAAP basis since May 30, 2014.[1] In addition, I am aware that certain General Ledger entries that would customarily be made on a timely basis have either been delayed or not made at all."*

Debtor-in-Possession Financial Information – The accompanying MOR-1 through MOR-7 and the supplemental exhibits contained herein are unaudited, preliminary, and do not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects. In addition, the financial information and the supplemental information contained herein represent the financial information for the Debtors only.

### Note 3

The MOR is limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly operating requirements of the Bankruptcy Court and the United States Trustee. The unaudited financial information has been derived from the books and records of the Debtors. The information presented herein has not been subject to all procedures that would typically be applied to financial information presented in accordance with GAAP. Upon the application of such procedures the Debtors believe that the financial information could be subject to changes, and these changes could be material. The information furnished in this MOR does not include normal recurring adjustments, and also does not include all of the adjustments that would typically be made for interim financial statements in accordance with GAAP.

### Note 4

The results of operations herein are not necessarily indicative of results that are expected from any other period or for the full year and may not necessarily reflect the combined results of operations, financial position or cash flows of the Debtors in the future.

---

[1] The last audit related to the period ended December 31, 2013.

*Note 5*

On January 12, 2018, RMLDD Financing, LLC, ("RMLDD"), RML Distribution  Domestic, LLC, ("RDD"), RML Distribution International, LLC, ("RDI"), and certain special purpose entities,[2] in each case as borrowers, Relativity Media, LLC ("Servicer"), entered into the Fourth Amendment and Seventh Extension with MidCap Funding X Trust ("MFT"), Apollo Moultrie Credit Fund, L.P., ("Apollo Moultrie") and Apollo Tactical Value SPN Investments, L.P., ("Apollo Tactical")  (jointly the "Lenders") and MidCap Funding X Trust as Agent for the Lenders.

The applicable margin means (i) with respect to LIBOR Rate, 15%, and (ii) with respect to Base Rate, 12.5%.

The loan matured on July 13, 2018. The estate has continued to meet its obligations under the loan in the ordinary course. On information and belief, UltraV will assume all obligations under the loan.

As of July 31, 2018, principal of $14,303,519 plus an estimated accrued interest of $47,281 totaling an estimated outstanding balance of $14,350,800.

*Note 6*

On May 15, 2018, Relativity Media as borrower and Relativity Holdings LLC ("Relativity Holdings") as guarantor and together with each of its subsidiaries that is from time to time a guarantor of and signatory to the note, entered into a Debtor in Possession Revolving Loan Promissory Note with UltraV Holdings LLC ("UltraV" or the "Lender") with maximum borrowings of four million dollars ($4,000,000). Relativity Media has requested that UltraV make loans from time to time on the terms, and subject to the conditions, in the note and the Interim Order or Final Order (as applicable). Relativity Media intends to utilize such loans to fund working capital requirements, costs and expenses of administration of the Chapter 11 Cases, and fees and expenses relating to the DIP facility during the pendency of the Chapter 11 Cases. Until the maturity date, Relativity Media shall only be permitted to borrow (i) to pay professional fees as set forth in the Approved Budget, (ii) an amount equal to the succeeding two (2) week projected cash requirement contained in the Approved Budget in any one borrowing, and (iii) once per week; provided that UltraV may in its sole discretion lend more often than once per-week.

The interest on the unpaid principal amount is ten percent (10%) per annum, to be paid in kind, with such interest being added to the principal amount of the obligations, on each applicable

---

[2] The special purpose entities which are borrowers under the Midcap Library Facility are 21 & Over Productions, LLC, 3 Days to Kill Productions, LLC, RML Acquisitions IV, LLC, RML Acquisitions IX, LLC, RML Acquisitions III, LLC, Best of Me Productions, LLC, Black or White Films, LLC, Brick Mansions Acquisitions, LLC, RML Desert Films, LLC, Don Jon Acquisitions, LLC, RML Echo Films, LLC, RML Acquisitions V, LLC, RML Turkeys Films, LLC, RML Hector Films, LLC, RML Acquisitions II, LLC, RML Acquisitions VI, LLC, RML Acquisitions II, LLC, Snow White Productions, LLC, Movie Productions, LLC, RML Acquisitions V, LLC, RML November Films, LLC, RML Oculus Films, LLC, Furnace Films, LLC, Paranoia Acquisitions, LLC, Safe Haven Productions, LLC, Malavita Productions, LLC, RML Acquisitions XI, LLC, RML Acquisitions I, LLC.

**In re: Relativity Media, LLC,** *et al.*       **Case No. 18-11358 (MEW)**
**Debtor**           **Reporting Period: July 1 – 31, 2018**

interest payment date commencing on the first interest payment date occurring after the execution of the Note.

The maturity date is August 31, 2018.

### Note 7

Debtors have made fee advance payments to retained professionals. The fee advances were made by Relativity Media, LLC on behalf of all the Debtors. For purposes of these interim MORs, no allocation has been made to reflect the fee advance balances on each of the Debtors' books.

### Note 8

Taxes Reconciliation and Aging

Relativity Holdings is a pass-through entity taxed as a partnership for income tax purposes, and substantially all federal and state income taxes are recorded by its members. Accordingly, Relativity Holdings does not provide for income taxes.

The Debtors may incur certain state taxes imposed by states in which it conducts business.

Relativity Holdings periodically evaluates its tax positions with respect to all open years, as defined by the statute of limitations, to evaluate whether it is "more-likely-than-not" that such positions would be sustained upon examination by a tax authority based on its technical merits. For federal income tax purposes, Relativity Holdings remains open to examination for fiscal years 2014 and after. For state income tax purposes, Relativity Holdings remains open to examination for fiscal years 2013 and after.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re **Relativity Media, LLC,** *et al.* | Case No. **18-11358 (MEW)** |
|---|---|
| **Debtor** | **Reporting Period:** Aug. 1 - 31, 2018 |
| | **Federal Tax I.D. #** See Note 1 |

## CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**

*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
|    Copies of bank statements | | | Available Upon Request |
|    Cash disbursements journals | | | Available Upon Request |
| Statement of Operations | MOR-2 | X | X |
| Balance Sheet | MOR-3 | | X |
| Status of Post-petition Taxes | MOR-4 | X | |
|    Copies of IRS Form 6123 or payment receipt | | | Available Upon Request |
|    Copies of tax returns filed during reporting period | | | N/A |
| Summary of Unpaid Post-petition Debts | MOR-4 | | X |
|    Listing of Aged Accounts Payable | | | X |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | X |
| Taxes Reconciliation and Aging | MOR-5 | X | |
| Payments to Insiders and Professional | MOR-6 | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

*/s/ Colin M. Adams*                                              9/17/18
Signature of Authorized Individual*                    Date

Colin M. Adams                                              Chief Restructuring Officer/Authorized Representative
Printed Name of Authorized Individual                  Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re: Relativity Media, LLC, *et al.*      Case No. 18-11358 (MEW)

**(Jointly Administered)**     **Reporting Period: Aug. 1 - 31, 2018**

**NOTES TO MONTHLY OPERATING REPORT**
*Note 1*
The Monthly Operating Report (**"MOR"**) includes activity for the following Debtors:

| # | DEBTOR | FILING DATE | BANKRUPTCY CASE NUMBER | COMPLETE EIN OR OTHER TAXPAYER I.D. |
|---|--------|-------------|------------------------|-------------------------------------|
| 1. | Relativity Media, LLC | May 3, 2018 | 18-11358 | 25-1910844 |
| 2. | 21 & Over Productions, LLC | May 3, 2018 | 18-11304 | 27-2717796 |
| 3. | 3 Days To Kill Productions, LLC | May 3, 2018 | 18-11302 | 45-5455747 |
| 4. | Armored Car Productions, LLC | May 3, 2018 | 18-11305 | 46-1492750 |
| 5. | Best of Me Productions, LLC | May 3, 2018 | 18-11306 | 46-3731490 |
| 6. | Black or White Films, LLC | May 3, 2018 | 18-11307 | 47-2086718 |
| 7. | Relativity Fashion, LLC | May 3, 2018 | 18-11291 | 46-3448721 |
| 8. | RML Distribution Domestic, LLC | May 3, 2018 | 18-11292 | 27-3506528 |
| 9. | Rogue Digital, LLC | May 3, 2018 | 18-11301 | 35-2375578 |
| 10. | Blackbird Productions, LLC | May 3, 2018 | 18-11308 | 80-0908037 |
| 11. | Brick Mansions Acquisitions, LLC | May 3, 2018 | 18-11309 | 46-2403910 |
| 12. | Don Jon Acquisitions, LLC | May 3, 2018 | 18-11310 | 46-1887951 |
| 13. | DR Productions, LLC | May 3, 2018 | 18-11311 | 46-5767803 |
| 14. | Malavita Productions, LLC | May 3, 2018 | 18-11313 | 45-5458636 |
| 15. | Movie Productions, LLC | May 3, 2018 | 18-11314 | 01-0939860 |
| 16. | Paranoia Acquisitions, LLC | May 3, 2018 | 18-11315 | 45-5248747 |
| 17. | Phantom Acquisitions, LLC | May 3, 2018 | 18-11316 | 46-2766381 |
| 18. | Relative Motion Music, LLC | May 3, 2018 | 18-11317 | 90-0488016 |
| 19. | Relative Velocity Music, LLC | May 3, 2018 | 18-11318 | 80-0357169 |
| 20. | Relativity Development, LLC | May 3, 2018 | 18-11319 | 26-3215296 |
| 21. | Relativity Films, LLC | May 3, 2018 | 18-11320 | 36-4615464 |
| 22. | Relativity Foreign, LLC | May 3, 2018 | 18-11321 | 46-1178993 |
| 23. | Relativity Jackson, LLC | May 3, 2018 | 18-11323 | 26-3766116 |
| 24. | Relativity Media Distribution, LLC | May 3, 2018 | 18-11324 | 26-2620264 |
| 25. | Relativity Media Films, LLC | May 3, 2018 | 18-11325 | 26-4061574 |
| 26. | Relativity Music Group, LLC | May 3, 2018 | 18-11326 | 45-2489540 |
| 27. | Relativity Production LLC | May 3, 2018 | 18-11327 | 20-8217891 |
| 28. | Relativity Rogue, LLC | May 3, 2018 | 18-11328 | 26-3873333 |
| 29. | RML Acquisitions I, LLC | May 3, 2018 | 18-11329 | 45-1349406 |
| 30. | RML Acquisitions II, LLC | May 3, 2018 | 18-11330 | 45-1539810 |
| 31. | RML Acquisitions III, LLC | May 3, 2018 | 18-11331 | 45-2749116 |
| 32. | RML Acquisitions IV, LLC | May 3, 2018 | 18-11332 | 45-2994997 |
| 33. | RML Acquisitions IX, LLC | May 3, 2018 | 18-11333 | 46-5114410 |
| 34. | RML Acquisitions V, LLC | May 3, 2018 | 18-11334 | 45-5619532 |
| 35. | RML Acquisitions VI, LLC | May 3, 2018 | 18-11335 | 46-1269640 |
| 36. | RML Acquisitions VIII, LLC | May 3, 2018 | 18-11337 | 46-1687459 |
| 37. | RML Acquisitions X, LLC | May 3, 2018 | 18-11338 | 47-1401009 |
| 38. | RML Acquisitions XI, LLC | May 3, 2018 | 18-11339 | 47-1622651 |
| 39. | RML Acquisitions XIII, LLC | May 3, 2018 | 18-11340 | 47-2279614 |
| 40. | RML Acquisitions VII, LLC | May 3, 2018 | 18-11336 | 46-1407747 |
| 41. | RML Desert Films, LLC | May 3, 2018 | 18-11341 | 46-5024564 |
| 42. | RML Distribution International, LLC | May 3, 2018 | 18-11342 | 27-3506749 |
| 43. | RML Film Development, LLC | May 3, 2018 | 18-11344 | 27-2473567 |
| 44. | RML Hector Films, LLC | May 3, 2018 | 18-11345 | 46-5066054 |
| 45. | RML International Assets, LLC | May 3, 2018 | 18-11346 | 27-4661910 |
| 46. | RML November Films, LLC | May 3, 2018 | 18-11347 | 46-5079701 |
| 47. | RML Oculus Films, LLC | May 3, 2018 | 18-11348 | 46-3682596 |
| 48. | RML Romeo and Juliet Films, LLC | May 3, 2018 | 18-11350 | 46-2869509 |
| 49. | RML Turkeys Films, LLC | May 3, 2018 | 18-11351 | 45-5248898 |
| 50. | RML WIB Films, LLC | May 3, 2018 | 18-11352 | 47-1780102 |
| 51. | RMLDD Financing, LLC | May 3, 2018 | 18-11353 | 61-1689114 |
| 52. | Rogue Games, LLC | May 3, 2018 | 18-11354 | 45-3744812 |
| 53. | Safe Haven Productions, LLC | May 3, 2018 | 18-11356 | 45-3326550 |
| 54. | Snow White Productions, LLC | May 3, 2018 | 18-11357 | 27-3833175 |
| 55. | Furnace Films, LLC | May 3, 2018 | 18-11312 | 45-2563558 |
| 56. | Relativity Holdings LLC | May 3, 2018 | 18-11322 | 26-3867052 |
| 57. | RML Echo Films, LLC | May 3, 2018 | 18-11343 | 46-3144656 |
| 58. | Roguelife LLC (dba Relativity Digital) | May 3, 2018 | 18-11355 | 27-1733442 |

In re: Relativity Media, LLC, *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** Aug. 1 - 31, 2018
**MOR 1**
*(in US Dollars)*

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS (a)

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of all Debtor columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. See MOR-1 (CON'T).

| DEBTOR ENTITIES | Relativity Media, LLC | 21 & Over Productions, LLC (b) | 3 Days To Kill Productions, LLC (b) | Armored Car Productions, LLC | Best of Me Productions, LLC |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11358 | 18-11304 | 18-11302 | 18-11305 | 18-11306 |
| **CASH BEGINNING OF MONTH** | $461,568 | - | - | $2,430,135 | - |
| **RECEIPTS** | | | | | |
| CASH SALES | $3,941,560 | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | 860,000 | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | 4,682 | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | 203,430 | - | - | 103,357 | - |
| **TOTAL RECEIPTS** | $5,009,672 | - | - | $103,357 | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | ($94,689) | - | - | - | - |
| PAYROLL TAXES | (5,234) | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | (5,000) | - | - | - | - |
| INSURANCE | (23,031) | - | - | - | - |
| ADMINISTRATIVE | (23,999) | - | - | (10,122) | - |
| SELLING (e) | (2,998,663) | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | (300,094) | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | (165,165) | - | - | - | - |
| PROFESSIONAL FEES | (1,084,003) | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | (74,061) | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | ($4,773,938) | - | - | ($10,122) | - |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | $235,734 | - | - | $93,236 | - |
| | | | | | |
| **CASH – END OF MONTH** | $697,302 | - | - | $2,523,371 | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Selling includes payments for participation & residuals.

In re: **Relativity Media, LLC**, *et al.*

**Debtor**

**Case No.** 18-11358 (MEW)

**Reporting Period:** Aug. 1 - 31, 2018

**MOR 1**

*(in US Dollars)*

| DEBTOR ENTITIES | Black or White Films, LLC (b) | Relativity Fashion, LLC (b) | RML Distribution Domestic, LLC | Rogue Digital, LLC | Blackbird Productions, LLC |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11307 | 18-11291 | 18-11292 | 18-11301 | 18-11308 |
| **CASH BEGINNING OF MONTH** | - | - | $11,736 | $48 | $14,999 |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | 349,950 | - | - |
| **TOTAL RECEIPTS** | - | - | $349,950 | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | (100) | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | (361,586) | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | ($361,686) | - | - |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | - | ($11,736) | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | $0 | $48 | $14,999 |

**Footnote(s):**

(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.

(b) Debtor does not have a bank account.

(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.

(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts.  The funds were transferred to the appropriate accounts and then booked as cash sales.

(e) Selling includes payments for participation & residuals.

In re: **Relativity Media, LLC,** *et al.*

**Debtor**

**Case No.** 18-11358 (MEW)

**Reporting Period:** Aug. 1 - 31, 2018

**MOR 1**

*(in US Dollars)*

| DEBTOR ENTITIES | Brick Mansions Acquisitions, LLC (b) | Don Jon Acquisitions, LLC (b) | DR Productions, LLC | Malavita Productions, LLC | Movie Productions, LLC (b) |
|---|---|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11309 | 18-11310 | 18-11311 | 18-11313 | 18-11314 |
| **CASH BEGINNING OF MONTH** | - | - | $382,624 | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | $382,624 | - | - |

**Footnote(s):**

(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.

(b) Debtor does not have a bank account.

(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.

(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.

(e) Selling includes payments for participation & residuals.

**In re:** **Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** Aug. 1 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Paranoia Acquisitions, LLC | Phantom Acquisitions, LLC (b) | Relative Motion Music, LLC (b) | Relative Velocity Music, LLC (b) | Relativity Development, LLC |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11315 | 18-11316 | 18-11317 | 18-11318 | 18-11319 |
| **CASH BEGINNING OF MONTH** | $101,448 | - | - | - | $907 |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | 759 | - | - | - | - |
| **TOTAL RECEIPTS** | $759 | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | $759 | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | $102,208 | - | - | - | $907 |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Selling includes payments for participation & residuals.

In re: **Relativity Media, LLC**, *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** Aug. 1 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Relativity Films, LLC (b) | Relativity Foreign, LLC (b) | Relativity Jackson, LLC (b) | Relativity Media Distribution, LLC (b) | Relativity Media Films, LLC (b) |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11320 | 18-11321 | 18-11323 | 18-11324 | 18-11325 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts.  The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Selling includes payments for participation & residuals.

**In re: Relativity Media, LLC,** *et al.*

**Debtor**

**Case No.** 18-11358 (MEW)

**Reporting Period:** Aug. 1 - 31, 2018

**MOR 1**

*(in US Dollars)*

| DEBTOR ENTITIES | Relativity Music Group, LLC (b) | Relativity Production LLC (b) | Relativity Rogue, LLC (b) | RML Acquisitions I, LLC (b) | RML Acquisitions II, LLC |
|---|---|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11326 | 18-11327 | 18-11328 | 18-11329 | 18-11330 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**

(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.

(b) Debtor does not have a bank account.

(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.

(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.

(e) Selling includes payments for participation & residuals.

Case 3:21-cv-04913-VAP-AS    Document 40-6    Filed 09/30/21    Page 76 of 524   Page ID
#:2450

In re: **Relativity Media, LLC,** *et al.*

**Debtor**

Case No. 18-11358 (MEW)

**Reporting Period:** Aug. 1 - 31, 2018

**MOR 1**

*(in US Dollars)*

| DEBTOR ENTITIES | RML Acquisitions III, LLC (b) | RML Acquisitions IV, LLC (b) | RML Acquisitions IX, LLC (b) | RML Acquisitions V, LLC (b) | RML Acquisitions VI, LLC (b) |
|---|---|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11331 | 18-11332 | 18-11333 | 18-11334 | 18-11335 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | | | | | |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**

(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.

(b) Debtor does not have a bank account.

(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.

(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.

(e) Selling includes payments for participation & residuals.

In re: **Relativity Media, LLC,** *et al.*

**Debtor**

**Case No.** 18-11358 (MEW)

**Reporting Period:** Aug. 1 - 31, 2018

**MOR 1**

*(in US Dollars)*

| DEBTOR ENTITIES | RML Acquisitions VIII, LLC (b) | RML Acquisitions X, LLC (b) | RML Acquisitions XI, LLC (b) | RML Acquisitions XIII, LLC (b) | RML Acquisitions VII, LLC (b) |
|---|---|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11337 | 18-11338 | 18-11339 | 18-11340 | 18-11336 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**

(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.

(b) Debtor does not have a bank account.

(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.

(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.

(e) Selling includes payments for participation & residuals.

In re: **Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** Aug. 1 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | RML Desert Films, LLC (b) | RML Distribution International, LLC (b) | RML Film Development, LLC (b) | RML Hector Films, LLC (b) | RML International Assets, LLC (b) |
|---|---|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11341 | 18-11342 | 18-11344 | 18-11345 | 18-11346 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Selling includes payments for participation & residuals.

In re: **Relativity Media, LLC,** *et al.*

**Debtor**

**Case No.** 18-11358 (MEW)
**Reporting Period:** Aug. 1 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | RML November Films, LLC (b) | RML Oculus Films, LLC (b) | RML Romeo and Juliet Films, LLC (b) | RML Turkeys Films, LLC (b) | RML WIB Films, LLC (b) |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11347 | 18-11348 | 18-11350 | 18-11351 | 18-11352 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**

(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.

(b) Debtor does not have a bank account.

(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.

(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.

(e) Selling includes payments for participation & residuals.

In re: **Relativity Media, LLC**, *et al.*

**Debtor**

**Case No.** 18-11358 (MEW)

**Reporting Period:** Aug. 1 - 31, 2018

**MOR 1**

*(in US Dollars)*

| DEBTOR ENTITIES | RMLDD Financing, LLC | Rogue Games, LLC (b) | Safe Haven Productions, LLC (b) | Snow White Productions, LLC (b) | Furnace Films, LLC |
|---|---|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11353 | 18-11354 | 18-11356 | 18-11357 | 18-11312 |
| **CASH BEGINNING OF MONTH** | $2,937,349 | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | $2,470,970 | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | 51,036 | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | 309,471 | - | - | - | - |
| TOTAL RECEIPTS | $2,831,477 | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | (103,809) | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | (1,248,838) | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | (451,705) | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | ($1,804,352) | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $1,027,125 | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | $3,964,474 | - | - | - | - |

**Footnote(s):**

(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.

(b) Debtor does not have a bank account.

(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.

(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.

(e) Selling includes payments for participation & residuals.

**In re:** Relativity Media, LLC, *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** Aug. 1 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Relativity Holdings LLC (b) | RML Echo Films, LLC | Roguelife LLC (dba Relativity Digital) (b) | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11322 | 18-11343 | 18-11355 | |
| **CASH BEGINNING OF MONTH** | - | - | - | $6,340,814 |
| **RECEIPTS** | | | | |
| CASH SALES | - | - | - | $6,412,530 |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | 860,000 |
| SALE OF ASSETS | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | 55,718 |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | 966,967 |
| **TOTAL RECEIPTS** | - | - | - | $8,295,215 |
| **DISBURSEMENTS** | | | | |
| NET PAYROLL | - | - | - | ($94,689) |
| PAYROLL TAXES | - | - | - | (5,234) |
| SALES, USE, & OTHER TAXES | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | (5,000) |
| INSURANCE | - | - | - | (23,031) |
| ADMINISTRATIVE | - | - | - | (34,220) |
| SELLING (e) | - | - | - | (3,102,472) |
| OTHER *(ATTACH LIST)* (c) | - | - | - | (1,548,931) |
| OWNER DRAW | - | - | - | |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | (978,456) |
| PROFESSIONAL FEES | - | - | - | (1,084,003) |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | (74,061) |
| COURT COSTS | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | ($6,950,098) |
| | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | - | - | $1,345,118 |
| | | | | |
| CASH – END OF MONTH | - | - | - | $7,685,932 |

Footnote(s):
(a) The amounts reported are from each of
the debtor's bank statements as the company
does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH
RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds
received from third parties that relate to other
debtor and non-debtor accounts. The funds were
transferred to the appropriate accounts and
then booked as cash sales.
(e) Selling includes payments for participation &
residuals.

In re: **Relativity Media, LLC,** *et al.*

**Debtor**

**Case No.** 18-11358 (MEW)

**Reporting Period:** Aug. 1 - 31, 2018

**MOR 1.1**

*(in US Dollars)*

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER

| DEBTOR ENTITIES | Relativity Media, LLC | RMLDD Financing, LLC | Total |
|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11358 | 18-11353 | |
| **RECEIPTS - OTHER** | | | |
| COBRA PREMIUM REIMBURSEMENTS | $4,682 | - | $4,682 |
| MANCHESTER TITLE | - | 50,597 | 50,597 |
| INTEREST | 0 | 439 | 439 |
| | | | |
| **TOTAL RECEIPTS - OTHER** | $4,682 | $51,036 | $55,718 |
| | | | |
| **DISBURSEMENTS - OTHER** | | | |
| ULTRAV LOAN PAYMENT | ($300,094) | - | ($300,094) |
| MIDCAP FUNDING X TRUST | - | (1,183,057) | (1,183,057) |
| MANCHESTER TITLE | - | (50,597) | (50,597) |
| FINTAGE COLLECTION ACCOUNT MANAGEMENT | - | (13,914) | (13,914) |
| MACQUARIE US TRADING LLC (a) | - | (1,269) | (1,269) |
| | | | |
| **TOTAL DISBURSEMENTS - OTHER** | ($300,094) | ($1,248,838) | ($1,548,931) |

**Footnote(s):**

(a) Macquarie US Trading LLC: Macquarie foreclosed on the collateral securing the post release P&A loan prior to the Chapter 11 filing. RMLDD Financing, LLC continues to receive payments on Macquarie titles which are categorized as cash sales. These payments are sent to Macquarie and categorized as other disbursements.

**In re:** **Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** Aug. 1 - 31, 2018
**MOR 1.2**
*(in US Dollars)*

<div align="center">

**THE FOLLOWING SECTION MUST BE COMPLETED**

</div>

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---:|
| **TOTAL DISBURSEMENTS** | ($6,950,098) |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 978,456 |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | ($5,971,642) |

In re: Relativity Media, LLC, *et al.*  
(Jointly Administered)  
*(in US Dollars)*  
**MOR 1.3**

Case No. 18-11358 (MEW)  
Reporting Period: Aug. 1 - 31, 2018

**Summary of Disbursements By Debtor**  
(Unaudited)

| DEBTOR | BANKRUPTCY CASE NUMBER | CURRENT PERIOD | | | | | Q3'18 YTD DISBURSEMENTS NET OF TRANSFERS (TO DIP ACCTS) JULY 1 - AUG. 31, 2018 |
|---|---|---|---|---|---|---|---|
| | | PAID DIRECTLY BY DEBTORS | PAID BY NON-DEBTOR AFFILIATES ON BEHALF OF DEBTORS | TOTAL DISBURSEMENTS | TRANSFERS (TO DIP ACCTS) | TOTAL DISBURSEMENTS EXCLUDING TRANSFERS (TO DIP ACCTS) | |
| Relativity Media, LLC | 18-11358 | ($4,773,938) | - | ($4,773,938) | $165,165 | ($4,608,774) | ($5,508,487) |
| 21 & Over Productions, LLC | 18-11304 | - | - | - | - | - | - |
| 3 Days To Kill Productions, LLC | 18-11302 | - | - | - | - | - | - |
| Armored Car Productions, LLC | 18-11305 | (10,122) | - | (10,122) | - | (10,122) | (90,122) |
| Best of Me Productions, LLC | 18-11306 | - | - | - | - | - | - |
| Black or White Films, LLC | 18-11307 | - | - | - | - | - | - |
| Relativity Fashion, LLC | 18-11291 | - | - | - | - | - | - |
| RML Distribution Domestic, LLC | 18-11292 | (361,686) | - | (361,686) | 361,586 | (100) | (200) |
| Rogue Digital, LLC | 18-11301 | - | - | - | - | - | - |
| Blackbird Productions, LLC | 18-11308 | - | - | - | - | - | - |
| Brick Mansions Acquisitions, LLC | 18-11309 | - | - | - | - | - | - |
| Don Jon Acquisitions, LLC | 18-11310 | - | - | - | - | - | - |
| DR Productions, LLC | 18-11311 | - | - | - | - | - | - |
| Malavita Productions, LLC | 18-11313 | - | - | - | - | - | - |
| Movie Productions, LLC | 18-11314 | - | - | - | - | - | - |
| Paranoia Acquisitions, LLC | 18-11315 | - | - | - | - | - | (8,520) |
| Phantom Acquisitions, LLC | 18-11316 | - | - | - | - | - | - |
| Relative Motion Music, LLC | 18-11317 | - | - | - | - | - | - |
| Relative Velocity Music, LLC | 18-11318 | - | - | - | - | - | - |
| Relativity Development, LLC | 18-11319 | - | - | - | - | - | - |
| Relativity Films, LLC | 18-11320 | - | - | - | - | - | - |
| Relativity Foreign, LLC | 18-11321 | - | - | - | - | - | - |
| Relativity Jackson, LLC | 18-11323 | - | - | - | - | - | - |
| Relativity Media Distribution, LLC | 18-11324 | - | - | - | - | - | - |
| Relativity Media Films, LLC | 18-11325 | - | - | - | - | - | - |
| Relativity Music Group, LLC | 18-11326 | - | - | - | - | - | - |
| Relativity Production LLC | 18-11327 | - | - | - | - | - | - |
| Relativity Rogue, LLC | 18-11328 | - | - | - | - | - | - |
| RML Acquisitions I, LLC | 18-11329 | - | - | - | - | - | - |
| RML Acquisitions II, LLC | 18-11330 | - | - | - | - | - | - |
| RML Acquisitions III, LLC | 18-11331 | - | - | - | - | - | - |
| RML Acquisitions IV, LLC | 18-11332 | - | - | - | - | - | - |
| RML Acquisitions IX, LLC | 18-11333 | - | - | - | - | - | - |
| RML Acquisitions V, LLC | 18-11334 | - | - | - | - | - | - |
| RML Acquisitions VI, LLC | 18-11335 | - | - | - | - | - | - |
| RML Acquisitions VIII, LLC | 18-11337 | - | - | - | - | - | - |
| RML Acquisitions X, LLC | 18-11338 | - | - | - | - | - | - |
| RML Acquisitions XI, LLC | 18-11339 | - | - | - | - | - | - |
| RML Acquisitions XIII, LLC | 18-11340 | - | - | - | - | - | - |
| RML Acquisitions VII, LLC | 18-11336 | - | - | - | - | - | - |
| RML Desert Films, LLC | 18-11341 | - | - | - | - | - | - |
| RML Distribution International, LLC | 18-11342 | - | - | - | - | - | - |
| RML Film Development, LLC | 18-11344 | - | - | - | - | - | - |
| RML Hector Films, LLC | 18-11345 | - | - | - | - | - | - |
| RML International Assets, LLC | 18-11346 | - | - | - | - | - | - |
| RML November Films, LLC | 18-11347 | - | - | - | - | - | - |
| RML Oculus Films, LLC | 18-11348 | - | - | - | - | - | - |
| RML Romeo and Juliet Films, LLC | 18-11350 | - | - | - | - | - | - |
| RML Turkeys Films, LLC | 18-11351 | - | - | - | - | - | - |
| RML WIB Films, LLC | 18-11352 | - | - | - | - | - | - |
| RMLDD Financing, LLC | 18-11353 | (1,804,352) | - | (1,804,352) | 451,705 | (1,352,647) | (2,652,632) |
| Rogue Games, LLC | 18-11354 | - | - | - | - | - | - |
| Safe Haven Productions, LLC | 18-11356 | - | - | - | - | - | - |
| Snow White Productions, LLC | 18-11357 | - | - | - | - | - | - |
| Furnace Films, LLC | 18-11312 | - | - | - | - | - | - |
| Relativity Holdings LLC | 18-11322 | - | - | - | - | - | - |
| RML Echo Films, LLC | 18-11343 | - | - | - | - | - | - |
| Roguelife LLC (dba Relativity Digital) | 18-11355 | - | - | - | - | - | - |
| **Total** | | **($6,950,098)** | **-** | **($6,950,098)** | **$978,456** | **($5,971,642)** | **($8,259,961)** |

*Note: See Notes to Monthly Operating Report.*

In re: Relativity Media, LLC, *et al.*   Case No. **18-11358 (MEW)**
**(Jointly Administered)**
**MOR-1 (CON'T)**   Reporting Period: **Aug. 1 - 31, 2018**
*(in US Dollars)*
**Bank Reconciliations - Summary**
(Unaudited)

| Bank Name | Bank Account # | Debtor | Case # | Balance per Banks | Outstanding Checks | Outstanding Deposits | Adjusted Balance per Banks | Footnote(s) |
|---|---|---|---|---|---|---|---|---|
| | | | | **August 31, 2018** | | | | |
| City National | xxxx2146 | Relativity Media, LLC | 18-11358 | $640,224 | ($1,731) | - | $638,493 | (a) |
| City National | xxxx2154 | Relativity Media, LLC | 18-11358 | 56,299 | - | - | 56,299 | |
| City National | xxxx9985 | Relativity Development, LLC | 18-11319 | 907 | - | - | 907 | (a) |
| City National | xxxx1693 | Rogue Digital, LLC | 18-11301 | 48 | - | - | 48 | (a)(b) |
| City National | xxxx5912 | Relativity Media, LLC | 18-11358 | - | - | - | - | (a)(b) |
| City National | xxxx6851 | RML Distribution Domestic, LLC | 18-11292 | - | - | - | - | (a) |
| City National | xxxx3442 | RML Acquisitions II, LLC | 18-11330 | - | - | - | - | (b) |
| City National | xxxx9305 | Paranoia Acquisitions, LLC | 18-11315 | 102,208 | - | - | 102,208 | (a) |
| City National | xxxx0008 | Relativity Media, LLC | 18-11358 | - | - | - | - | (c) |
| City National | xxxx2227 | Armored Car Productions, LLC | 18-11305 | - | - | - | - | (c) |
| City National | xxxx2286 | DR Productions, LLC | 18-11311 | - | - | - | - | (c) |
| Onewest/CIT | xxxx0429 | Relativity Media, LLC | 18-11358 | 779 | - | - | 779 | |
| Onewest/CIT | xxxx3501 | Safe Haven Productions, LLC | 18-11356 | - | - | - | - | (a) |
| Onewest/CIT | xxxx0518 | Relativity Media, LLC | 18-11358 | - | - | - | - | |
| Onewest/CIT | xxxx0526 | RMLDD Financing, LLC | 18-11353 | - | - | - | - | |
| Onewest/CIT | xxxx0534 | RMLDD Financing, LLC | 18-11353 | 670,008 | - | - | 670,008 | |
| Onewest/CIT | xxxx0588 | RMLDD Financing, LLC | 18-11353 | 133,302 | - | - | 133,302 | |
| Onewest/CIT | xxxx0596 | RMLDD Financing, LLC | 18-11353 | 171,107 | - | - | 171,107 | (a) |
| Onewest/CIT | xxxx0083 | RMLDD Financing, LLC | 18-11353 | 286,726 | - | - | 286,726 | (a) |
| Onewest/CIT | xxxx0091 | RMLDD Financing, LLC | 18-11353 | 2,703,331 | - | - | 2,703,331 | (a) |
| Onewest/CIT | xxxx0212 | Armored Car Productions, LLC | 18-11305 | 2,050,396 | - | - | 2,050,396 | (a) |
| Onewest/CIT | xxxx0672 | Malavita Productions, LLC | 18-11313 | - | - | - | - | |
| Onewest/CIT | xxxx0431 | RML Echo Films, LLC | 18-11343 | - | - | - | - | (a) |
| Onewest/CIT | xxxx0220 | Armored Car Productions, LLC | 18-11305 | 472,975 | - | - | 472,975 | (a) |
| Onewest/CIT | xxxx0480 | Blackbird Productions, LLC | 18-11308 | - | - | - | - | (a) |
| Onewest/CIT | xxxx0472 | Blackbird Productions, LLC | 18-11308 | 14,999 | - | - | 14,999 | (a) |
| Onewest/CIT | xxxx3435 | Furnace Films, LLC | 18-11312 | - | - | - | - | |
| Onewest/CIT | xxxx0804 | Best of Me Productions, LLC | 18-11306 | - | - | - | - | (a) |
| Onewest/CIT | xxxx1603 | DR Productions, LLC | 18-11311 | 382,624 | - | - | 382,624 | (a) |
| Onewest/CIT | xxxx1725 | DR Productions, LLC | 18-11311 | - | - | - | - | (a) |
| Onewest/CIT | xxxx1103 | Best of Me Productions, LLC | 18-11306 | - | - | - | - | (a) |
| Comerica | xxxx0251 | RML Distribution Domestic, LLC | 18-11292 | - | - | - | - | (a) |
| TD Bank | xxxx1524 | Relativity Media, LLC | 18-11358 | - | - | - | - | (d) |
| | | | | | | | | |
| **Total** | | | | **$7,685,932** | **($1,731)** | **-** | **$7,684,201** | |

**Footnote(s):**
(a) Bank accounts with DACA.
(b) Inactive bank accounts that the Debtors, beginning before the Petition Date, are seeking to close.
(c) Upon information and belief these bank accounts have been closed.
(d) TD Bank xxxx1524 is the Wind-Down Operating Account for Relativity Media, LLC.

In re: Relativity Media, LLC, *et al.*                                    Case No. **18-11358 (MEW)**
**(Jointly Administered)**                                    Reporting Period: **Aug. 1 - 31, 2018**
**MOR 2**
*(in US Dollars)*
**Schedule of Professional Fee Disbursements**
(Unaudited)

| PROFESSIONAL | 2018 | | | | |
|---|---|---|---|---|---|
|  | MAY | JUNE | JULY | AUG. | CUMULATIVE |
|  |  |  |  |  |  |
| *Estate Retained Professionals* |  |  |  |  |  |
| Winston & Strawn LLP | - | - | - | $672,318 | $672,318 |
| Willkie Farr & Gallagher LLP | - | - | - | - | - |
| M-III Partners, LP | - | - | 388,011 | 251,752 | 639,763 |
| Prime Clerk LLC | - | - | 152,477 | 159,933 | 312,410 |
| Total Estate Retained Professionals | - | - | 540,488 | 1,084,003 | 1,624,491 |
|  |  |  |  |  |  |
| *DIP Lender Professional* |  |  |  |  |  |
| Schulte Roth & Zabel LLP | - | - | - | - | - |
| Total DIP Lender Retained Professional | - | - | - | - | - |
|  |  |  |  |  |  |
| *Committee Retained Professionals* |  |  |  |  |  |
| Robins Kaplan LLP | - | - | - | - | - |
| Duff & Phelps LLC | - | - | - | - | - |
| Total Committee Retained Professionals | - | - | - | - | - |
|  |  |  |  |  |  |
| Total Non-Ordinary Course Professionals | - | - | 540,488 | 1,084,003 | 1,624,491 |
|  |  |  |  |  |  |
| US Trustee Quarterly Fees (a) | - | - | - | 74,061 | 74,061 |
|  |  |  |  |  |  |
| **Total Professional and US Trustee Fees** | **-** | **-** | **$540,488** | **$1,158,064** | **$1,698,552** |

**Footnote(s):**

(a) US Trustee quarterly fees check for Q2'18 in the amount of $74,060.86 was mailed by July 31, 2018 and cleared the bank August 2, 2018.  In the above schedule, the amount is shown as paid in August, the month the check cleared the bank.

In re: **Relativity Media, LLC**, *et al.*                    **Case No. 18-11358 (MEW)**

**Debtor**                                                          **Reporting Period: Aug. 1 - 31, 2018**

**MOR 4**

*(in US Dollars)*

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid (a) | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | - | $17,351 | ($17,351) | 08/10/18 & 08/24/18 | EFT | - |
| FICA-Employee | - | 5,221 | (5,221) | 08/10/18 & 08/24/18 | EFT | - |
| FICA-Employer | - | 5,221 | (5,221) | 08/10/18 & 08/24/18 | EFT | - |
| Unemployment | - | 1 | (1) | 08/10/18 & 08/24/18 | EFT | - |
| Income | - | - | - | N/A | | - |
| Other: Medicare Surtax | - | 312 | (312) | 08/10/18 & 08/24/18 | EFT | - |
| Total Federal Taxes | - | $28,107 | ($28,107) | 08/10/18 & 08/24/18 | EFT | - |
| **State and Local** | | | | | | |
| Withholding | - | $6,604 | ($6,604) | 08/10/18 & 08/24/18 | EFT | - |
| Sales | - | - | - | N/A | | - |
| Excise | - | - | - | N/A | | - |
| Unemployment | - | 11 | (11) | 08/10/18 & 08/24/18 | EFT | - |
| Real Property | - | - | - | N/A | | - |
| Personal Property | - | - | - | N/A | | - |
| Other: CA SDI - Disability | - | 594 | (594) | 08/10/18 & 08/24/18 | EFT | - |
| Total State and Local | - | $7,209 | ($7,209) | 08/10/18 & 08/24/18 | EFT | - |
| | | | | | | |
| **Total Taxes** | - | $35,316 | ($35,316) | | | - |

## SUMMARY OF UNPAID POST-PETITION DEBTS (a)

Attach aged listing of accounts payable.

**Number of Days Past Due**

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| **Total Post-petition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

**Footnote(s):**

(a) Summary of unpaid post-petition debts, see Notes to the Monthly Operating Report.

| In re: **Relativity Media, LLC**, *et al.* | Case No. **18-11358 (MEW)** |
|---|---|

| **Debtor** | **Reporting Period:** Aug. 1 - 31, 2018 |
|---|---|

**MOR 5**

*(in US Dollars)*

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | Debtors |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period (a) | $36,158,164 | RML Distribution Domestic, LLC, Armored Car Productions, LLC, and DR Productions, LLC |
| Plus: Amounts billed during the period | - | |
| Less: Amounts collected during the period | (5,431,944) | |
| Total Accounts Receivable at the end of the reporting period | $30,726,220 | |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| RML Distribution Domestic, LLC | $27,946,164 | - | - | - | $27,946,164 |
| Armored Car Productions, LLC | 229,815 | - | - | 1,063,000 | 1,292,815 |
| DR Productions, LLC | 60,619 | - | - | 1,426,622 | 1,487,241 |
| | | | | | |
| Total Accounts Receivable | $28,236,598 | - | - | $2,489,622 | $30,726,220 |
| | | | | | |
| Less: Bad Debts (Amount considered uncollectible) | - | - | - | - | |
| | | | | | |
| Net Accounts Receivable | $28,236,598 | - | - | $2,489,622 | $30,726,220 |

**Footnote(s):**

(a) Total accounts receivable at the beginning of the reporting period, August 1, 2018, includes $25,713,434 for all future contracted Free TV and Cable TV receipts contracted under license agreements, $7,471,554 for past due and future receipts under the distribution agreement with Netflix for three films that have been delivered and have no restrictions, and $2,973,176 for past due and future International receipts contracted under license and distribution agreements.

## TAXES RECONCILIATION AND AGING (a)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | - | - | - | - | - |
| 31 - 60 days old | - | - | - | - | - |
| 61 - 90 days old | - | - | - | - | - |
| 91+ days old | - | - | - | - | - |
| Total Taxes Payable | - | - | - | - | - |
| Total Accounts Payable | - | - | - | - | - |

**Footnote(s):**

(a) Taxes reconciliation and aging, see Notes to the Monthly Operating Report.

**In re:** Relativity Media, LLC, *et al.*

**Debtor**

**MOR 6**

*(in US Dollars)*

**Case No. 18-11358 (MEW)**

**Reporting Period:** Aug. 1 - 31, 2018

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| Insider 1 | Salary | $34,615 | $276,923 |
| Insider 2 | Salary | 9,231 | 41,539 |
| TOTAL PAYMENTS TO INSIDERS | | $43,846 | $318,461 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT (a) | AMOUNT APPROVED | AMOUNT PAID (b) | TOTAL PAID TO DATE (b) | TOTAL INCURRED & UNPAID |
| Winston & Strawn LLP (c) | 7/6/18 | - | $672,318 | $672,318 | $162,104 |
| M-III Partners, LP (d) | 7/6/18 | - | 251,752 | 639,763 | 154,226 |
| Prime Clerk LLC (e) | 5/10/18 | - | 159,933 | 312,410 | - |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | - | $1,084,003 | $1,624,491 | $316,330 |

**Footnote(s):**

(a) Date of court order authorizing payment refers to the dates of orders authorizing retention of the respective professional.

(b) Amount paid and total paid to date have been made on a monthly basis pursuant to that certain order [Docket No. 288] regarding interim compensation procedures, and remain subject to interim and final approval as set forth therein.

(c) Winston & Strawn LLP are paid 80% of fees and 100% of expenses; total incurred and unpaid of $162,104 relates to the 20% holdback for May and June fees.

(d) M-III Partners, LP are paid 80% of fees and 100% of expenses; total incurred and unpaid of $154,226 relates to the 20% holdback for May, June and July fees.

(e) Prime Clerk LLC fees and expenses of $312,410 relates to Claims and Noticing Agent Services and are paid at 100%.

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| MidCap Financial (Film Library Term Loan) | (a) | $1,183,057 | - |
| Aperture (Masterminds Mezzanine Loan) | (b) | 103,357 | - |
| Senior Secured Loan (RM Bidder/UltraV) | (c) | - | - |
| Subordinated Convertible Note (Relativity Secured Lender) | (d) | - | - |
| Heatherden Fee Claims | (e) | - | - |
| RKA Pre-Release P&A Loan (Masterminds) | (f) | - | - |
| RKA Pre-Release P&A Loan (Disappointments Room) | (f) | - | - |
| Technicolor | (g) | - | - |
| LiveStyle Rent (9242 Beverly Blvd. Ste. 300, Beverly Hills, CA 90210) | 5,000 | 5,000 | - |
| TOTAL PAYMENTS | | $1,291,415 | - |

**Footnote(s):**

(a) Net receipts from bi-weekly film library receipts settlements used to pay down interest and principal, interest at LIBOR plus 15%, and $33,333 paid each month as an administrative fee.

(b) Net receipts from bi-weekly film library settlements used to pay down interest and principal. Interest at the greater of LIBOR plus 12.5% calculated for an 18 month period and the actual amount of interest incurred on all loans.

(c) Accrues interest monthly at 10.0% on the first $30MM of principal and 13.5% on remaining principal.

(d) Accrues interest monthly at 12.0%.

(e) Accrues annual interest at 1.0%.

(f) Accrues interest annually at 1-Year Treasury Rate plus 1.5%.

(g) Accrues interest monthly at 10.5%.

| In re: Relativity Media, LLC, *et al.* | Case No. 18-11358 (MEW) |
|---|---|
| Debtor | Reporting Period: Aug. 1 - 31, 2018 |
| MOR 7 | |

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3. | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4. | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5. | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7. | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8. | Are any post petition payroll taxes past due? | | X |
| 9. | Are any post petition State or Federal income taxes past due? | | X |
| 10. | Are any post petition real estate taxes past due? | | X |
| 11. | Are any other post petition taxes past due? | | X |
| 12. | Have any pre-petition taxes been paid during this reporting period? | | X |
| 13. | Are any amounts owed to post petition creditors delinquent? | | X |
| 14. | Are any wage payments past due? | | X |
| 15. | Have any post petition loans been received by the Debtor from any party? | | X |
| 16. | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X (a) |
| 17. | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18. | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

**Footnote(s):**

(a) Amounts may be owed to the US Trustee under the prior cases fashioned In re Relativity Fashion, et al.
(Ch. 11 Case. No. 15-11989-MEW), but amounts owed in these cases are not delinquent.

| In re: Relativity Media, LLC, *et al.* | Case No. 18-11358 (MEW) |
|---|---|
| **Debtor** | **Reporting Period: August 1 – 31, 2018** |

### Note 1

On May 3, 2018 Relativity Media, LLC ("Relativity Media" or "RML") and its affiliated Debtors and Debtors-in-Possession (collectively, the "Debtors") commenced voluntary cases under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

The accompanying unaudited financial information included in this Monthly Operating Report ("MOR") represent the financial activity of the Debtors identified in the table.

### Note 2

In the "DECLARATION OF COLIN M. ADAMS IN SUPPORT OF CHAPTER 11 PETITIONS AND FIRST DAY PLEADINGS" paragraph 15 states:

> *"I am informed and believe that the Debtors have not prepared audited financials on a GAAP basis since May 30, 2014.[1] In addition, I am aware that certain General Ledger entries that would customarily be made on a timely basis have either been delayed or not made at all."*

Debtor-in-Possession Financial Information – The accompanying MOR-1 through MOR-7 and the supplemental exhibits contained herein are unaudited, preliminary, and do not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects. In addition, the financial information and the supplemental information contained herein represent the financial information for the Debtors only.

### Note 3

The MOR is limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly operating requirements of the Bankruptcy Court and the United States Trustee. The unaudited financial information has been derived from the books and records of the Debtors. The information presented herein has not been subject to all procedures that would typically be applied to financial information presented in accordance with GAAP. Upon the application of such procedures the Debtors believe that the financial information could be subject to changes, and these changes could be material. The information furnished in this MOR does not include normal recurring adjustments, and also does not include all of the adjustments that would typically be made for interim financial statements in accordance with GAAP.

### Note 4

The results of operations herein are not necessarily indicative of results that are expected from any other period or for the full year and may not necessarily reflect the combined results of operations, financial position or cash flows of the Debtors in the future.

---

[1] The last audit related to the period ended December 31, 2013.

In re: Relativity Media, LLC, *et al.*                              Case No. 18-11358 (MEW)
Debtor                                               Reporting Period: August 1 – 31, 2018

*Note 5*

On January 12, 2018, RMLDD Financing, LLC, ("RMLDD"), RML Distribution Domestic, LLC, ("RDD"), RML Distribution International, LLC, ("RDI"), and certain special purpose entities,[2] in each case as borrowers, Relativity Media, LLC ("Servicer"), entered into the Fourth Amendment and Seventh Extension with MidCap Funding X Trust ("MFT"), Apollo Moultrie Credit Fund, L.P., ("Apollo Moultrie") and Apollo Tactical Value SPN Investments, L.P., ("Apollo Tactical") (jointly the "Lenders") and MidCap Funding X Trust as Agent for the Lenders.

The applicable margin means (i) with respect to LIBOR Rate, 15%, and (ii) with respect to Base Rate, 12.5%.

The loan matured on July 13, 2018. The estate has continued to meet its obligations under the loan in the ordinary course. On information and belief, UltraV will assume all obligations under the loan.

As of August 22, 2018, principal of $13,683,432 plus an estimated accrued interest of $54,734 totaling an estimated outstanding balance of $13,738,166 as of August 31, 2018.

*Note 6*

On May 15, 2018, Relativity Media as borrower and Relativity Holdings LLC ("Relativity Holdings") as guarantor and together with each of its subsidiaries that is from time to time a guarantor of and signatory to the note, entered into a Debtor in Possession Revolving Loan Promissory Note with UltraV Holdings LLC ("UltraV" or the "Lender") with maximum borrowings of four million dollars ($4,000,000). Relativity Media has requested that UltraV make loans from time to time on the terms, and subject to the conditions, in the note and the Interim Order or Final Order (as applicable). Relativity Media intends to utilize such loans to fund working capital requirements, costs and expenses of administration of the Chapter 11 Cases, and fees and expenses relating to the DIP facility during the pendency of the Chapter 11 Cases. Until the maturity date, Relativity Media shall only be permitted to borrow (i) to pay professional fees as set forth in the Approved Budget, (ii) an amount equal to the succeeding two (2) week projected cash requirement contained in the Approved Budget in any one borrowing, and (iii) once per week; provided that UltraV may in its sole discretion lend more often than once per-week.

The interest on the unpaid principal amount is ten percent (10%) per annum, to be paid in kind, with such interest being added to the principal amount of the obligations, on each applicable

---

[2] The special purpose entities which are borrowers under the Midcap Library Facility are 21 & Over Productions, LLC, 3 Days to Kill Productions, LLC, RML Acquisitions IV, LLC, RML Acquisitions IX, LLC, RML Acquisitions III, LLC, Best of Me Productions, LLC, Black or White Films, LLC, Brick Mansions Acquisitions, LLC, RML Desert Films, LLC, Don Jon Acquisitions, LLC, RML Echo Films, LLC, RML Acquisitions V, LLC, RML Turkeys Films, LLC, RML Hector Films, LLC, RML Acquisitions II, LLC, RML Acquisitions VI, LLC, RML Acquisitions II, LLC, Snow White Productions, LLC, Movie Productions, LLC, RML Acquisitions V, LLC, RML November Films, LLC, RML Oculus Films, LLC, Furnace Films, LLC, Paranoia Acquisitions, LLC, Safe Haven Productions, LLC, Malavita Productions, LLC, RML Acquisitions XI, LLC, RML Acquisitions I, LLC.

**In re: Relativity Media, LLC,** *et al.*                    **Case No. 18-11358 (MEW)**
**Debtor**                                   **Reporting Period: August 1 – 31, 2018**

interest payment date commencing on the first interest payment date occurring after the execution of the Note.

The loan matured on August 31, 2018.

### Note 7

Debtors have made fee advance payments to retained professionals. The fee advances were made by Relativity Media, LLC on behalf of all the Debtors. For purposes of these interim MORs, no allocation has been made to reflect the fee advance balances on each of the Debtors' books.

### Note 8

Taxes Reconciliation and Aging

Relativity Holdings is a pass-through entity taxed as a partnership for income tax purposes, and substantially all federal and state income taxes are recorded by its members. Accordingly, Relativity Holdings does not provide for income taxes.

The Debtors may incur certain state taxes imposed by states in which it conducts business.

Relativity Holdings periodically evaluates its tax positions with respect to all open years, as defined by the statute of limitations, to evaluate whether it is "more-likely-than-not" that such positions would be sustained upon examination by a tax authority based on its technical merits. For federal income tax purposes, Relativity Holdings remains open to examination for fiscal years 2014 and after. For state income tax purposes, Relativity Holdings remains open to examination for fiscal years 2013 and after.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re **Relativity Media, LLC,** *et al.* | Case No. **18-11358 (MEW)** |
| **Debtor** | Reporting Period: **Sept. 1 - 30, 2018** |
| | Federal Tax I.D. # **See Note 1** |

## CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**

*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
| Copies of bank statements | | | Available Upon Request |
| Cash disbursements journals | | | Available Upon Request |
| Statement of Operations | MOR-2 | X | X |
| Balance Sheet | MOR-3 | | X |
| Status of Post-petition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | | Available Upon Request |
| Copies of tax returns filed during reporting period | | | N/A |
| Summary of Unpaid Post-petition Debts | MOR-4 | | X |
| Listing of Aged Accounts Payable | | | X |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | X |
| Taxes Reconciliation and Aging | MOR-5 | X | |
| Payments to Insiders and Professional | MOR-6 | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

| | |
|---|---|
| */s/ Colin M. Adams* | 10/15/18 |
| Signature of Authorized Individual* | Date |
| | |
| Colin M. Adams | Chief Restructuring Officer/Authorized Representative |
| Printed Name of Authorized Individual | Title of Authorized Individual |

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re: Relativity Media, LLC, *et al.*  
(Jointly Administered)

Case No. 18-11358 (MEW)  
Reporting Period: Sept. 1 - 30, 2018

**NOTES TO MONTHLY OPERATING REPORT**  
*Note 1*  
The Monthly Operating Report ("MOR") includes activity for the following Debtors:

| # | DEBTOR | FILING DATE | BANKRUPTCY CASE NUMBER | COMPLETE EIN OR OTHER TAXPAYER I.D. |
|---|--------|-------------|------------------------|--------------------------------------|
| 1. | Relativity Media, LLC | May 3, 2018 | 18-11358 | 25-1910844 |
| 2. | 21 & Over Productions, LLC | May 3, 2018 | 18-11304 | 27-2717796 |
| 3. | 3 Days To Kill Productions, LLC | May 3, 2018 | 18-11302 | 45-5455747 |
| 4. | Armored Car Productions, LLC | May 3, 2018 | 18-11305 | 46-1492750 |
| 5. | Best of Me Productions, LLC | May 3, 2018 | 18-11306 | 46-3731490 |
| 6. | Black or White Films, LLC | May 3, 2018 | 18-11307 | 47-2086718 |
| 7. | Relativity Fashion, LLC | May 3, 2018 | 18-11291 | 46-3448721 |
| 8. | RML Distribution Domestic, LLC | May 3, 2018 | 18-11292 | 27-3506528 |
| 9. | Rogue Digital, LLC | May 3, 2018 | 18-11301 | 35-2375578 |
| 10. | Blackbird Productions, LLC | May 3, 2018 | 18-11308 | 80-0908037 |
| 11. | Brick Mansions Acquisitions, LLC | May 3, 2018 | 18-11309 | 46-2403910 |
| 12. | Don Jon Acquisitions, LLC | May 3, 2018 | 18-11310 | 46-1887951 |
| 13. | DR Productions, LLC | May 3, 2018 | 18-11311 | 46-5767803 |
| 14. | Malavita Productions, LLC | May 3, 2018 | 18-11313 | 45-5458636 |
| 15. | Movie Productions, LLC | May 3, 2018 | 18-11314 | 01-0939860 |
| 16. | Paranoia Acquisitions, LLC | May 3, 2018 | 18-11315 | 45-5248747 |
| 17. | Phantom Acquisitions, LLC | May 3, 2018 | 18-11316 | 46-2766381 |
| 18. | Relative Motion Music, LLC | May 3, 2018 | 18-11317 | 90-0488016 |
| 19. | Relative Velocity Music, LLC | May 3, 2018 | 18-11318 | 80-0357169 |
| 20. | Relativity Development, LLC | May 3, 2018 | 18-11319 | 26-3215296 |
| 21. | Relativity Films, LLC | May 3, 2018 | 18-11320 | 36-4615464 |
| 22. | Relativity Foreign, LLC | May 3, 2018 | 18-11321 | 46-1178993 |
| 23. | Relativity Jackson, LLC | May 3, 2018 | 18-11323 | 26-3766116 |
| 24. | Relativity Media Distribution, LLC | May 3, 2018 | 18-11324 | 26-2620264 |
| 25. | Relativity Media Films, LLC | May 3, 2018 | 18-11325 | 26-4061574 |
| 26. | Relativity Music Group, LLC | May 3, 2018 | 18-11326 | 45-2489540 |
| 27. | Relativity Production LLC | May 3, 2018 | 18-11327 | 20-8217891 |
| 28. | Relativity Rogue, LLC | May 3, 2018 | 18-11328 | 26-3873333 |
| 29. | RML Acquisitions I, LLC | May 3, 2018 | 18-11329 | 45-1349406 |
| 30. | RML Acquisitions II, LLC | May 3, 2018 | 18-11330 | 45-1539810 |
| 31. | RML Acquisitions III, LLC | May 3, 2018 | 18-11331 | 45-2749116 |
| 32. | RML Acquisitions IV, LLC | May 3, 2018 | 18-11332 | 45-2994997 |
| 33. | RML Acquisitions IX, LLC | May 3, 2018 | 18-11333 | 46-5114410 |
| 34. | RML Acquisitions V, LLC | May 3, 2018 | 18-11334 | 45-5619532 |
| 35. | RML Acquisitions VI, LLC | May 3, 2018 | 18-11335 | 46-1269640 |
| 36. | RML Acquisitions VIII, LLC | May 3, 2018 | 18-11337 | 46-1687459 |
| 37. | RML Acquisitions X, LLC | May 3, 2018 | 18-11338 | 47-1401009 |
| 38. | RML Acquisitions XI, LLC | May 3, 2018 | 18-11339 | 47-1622651 |
| 39. | RML Acquisitions XIII, LLC | May 3, 2018 | 18-11340 | 47-2279614 |
| 40. | RML Acquisitions VII, LLC | May 3, 2018 | 18-11336 | 46-1407747 |
| 41. | RML Desert Films, LLC | May 3, 2018 | 18-11341 | 46-5024564 |
| 42. | RML Distribution International, LLC | May 3, 2018 | 18-11342 | 27-3506749 |
| 43. | RML Film Development, LLC | May 3, 2018 | 18-11344 | 27-2473567 |
| 44. | RML Hector Films, LLC | May 3, 2018 | 18-11345 | 46-5066054 |
| 45. | RML International Assets, LLC | May 3, 2018 | 18-11346 | 27-4661910 |
| 46. | RML November Films, LLC | May 3, 2018 | 18-11347 | 46-5079701 |
| 47. | RML Oculus Films, LLC | May 3, 2018 | 18-11348 | 46-3682596 |
| 48. | RML Romeo and Juliet Films, LLC | May 3, 2018 | 18-11350 | 46-2869509 |
| 49. | RML Turkeys Films, LLC | May 3, 2018 | 18-11351 | 45-5248898 |
| 50. | RML WIB Films, LLC | May 3, 2018 | 18-11352 | 47-1780102 |
| 51. | RMLDD Financing, LLC | May 3, 2018 | 18-11353 | 61-1689114 |
| 52. | Rogue Games, LLC | May 3, 2018 | 18-11354 | 45-3744812 |
| 53. | Safe Haven Productions, LLC | May 3, 2018 | 18-11356 | 45-3326550 |
| 54. | Snow White Productions, LLC | May 3, 2018 | 18-11357 | 27-3833175 |
| 55. | Furnace Films, LLC | May 3, 2018 | 18-11312 | 45-2563558 |
| 56. | Relativity Holdings LLC | May 3, 2018 | 18-11322 | 26-3867052 |
| 57. | RML Echo Films, LLC | May 3, 2018 | 18-11343 | 46-3144656 |
| 58. | Roguelife LLC (dba Relativity Digital) | May 3, 2018 | 18-11355 | 27-1733442 |

In re: **Relativity Media, LLC, _et al._**
**Debtor**
Case No. 18-11358 (MEW)
Reporting Period: Sept. 1 - 30, 2018
**MOR 1**
_(in US Dollars)_

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS (a)

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash
should be the ending cash from the prior month or, if this is the first report, the amount should be the
balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL"
column must equal the sum of all Debtor columns. Attach copies of the bank statements and the cash
disbursements journal. The total disbursements listed in the disbursements journal must equal the total
disbursements reported on this page. A bank reconciliation must be attached for each account. See
MOR-1 (CON'T).

| DEBTOR ENTITIES | Relativity Media, LLC | 21 & Over Productions, LLC (b) | 3 Days To Kill Productions, LLC (b) | Armored Car Productions, LLC | Best of Me Productions, LLC |
|---|---|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11358 | 18-11304 | 18-11302 | 18-11305 | 18-11306 |
| **CASH BEGINNING OF MONTH** | $697,302 | - | - | $2,523,371 | - |
| **RECEIPTS** | | | | | |
| CASH SALES | $214,684 | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | 1,770,300 | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | 9,907 | - | - | - | - |
| TRANSFERS _(FROM DIP ACCTS)_ (d) | 269,561 | - | - | 91,117 | - |
| **TOTAL RECEIPTS** | $2,264,453 | | | $91,117 | |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | ($103,839) | - | - | - | - |
| PAYROLL TAXES | (4,791) | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | (5,000) | - | - | - | - |
| INSURANCE | (105,912) | - | - | - | - |
| ADMINISTRATIVE | (36,520) | - | - | - | - |
| SELLING (e) | (2,820) | - | - | - | - |
| OTHER _(ATTACH LIST)_ (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS _(TO DIP ACCTS)_ | (214,520) | - | - | - | - |
| PROFESSIONAL FEES | (324,277) | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | (325) | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | ($798,005) | - | - | - | - |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | $1,466,448 | - | - | $91,117 | - |
| | | | | | |
| **CASH – END OF MONTH** | $2,163,750 | - | - | $2,614,488 | - |

**Footnote(s):**
(a) The amounts reported are from each of
the debtor's bank statements as the company
does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH
RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds
received from third parties that relate to other
debtor and non-debtor accounts. The funds were
transferred to the appropriate accounts and
then booked as cash sales.
(e) Selling includes payments for participation &
residuals.

In re: **Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** Sept. 1 - 30, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Black or White Films, LLC (b) | Relativity Fashion, LLC (b) | RML Distribution Domestic, LLC | Rogue Digital, LLC | Blackbird Productions, LLC |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11307 | 18-11291 | 18-11292 | 18-11301 | 18-11308 |
| CASH BEGINNING OF MONTH | - | - | $0 | $48 | $14,999 |
| RECEIPTS | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | 282,245 | - | - |
| TOTAL RECEIPTS | - | - | $282,245 | - | - |
| DISBURSEMENTS | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | (100) | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | (269,896) | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| TOTAL DISBURSEMENTS | - | - | ($269,996) | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | $12,250 | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | $12,250 | $48 | $14,999 |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Selling includes payments for participation & residuals.

In re: **Relativity Media, LLC**, *et al.*

**Debtor**

**Case No.** 18-11358 (MEW)

**Reporting Period:** Sept. 1 - 30, 2018

**MOR 1**

*(in US Dollars)*

| DEBTOR ENTITIES | Brick Mansions Acquisitions, LLC (b) | Don Jon Acquisitions, LLC (b) | DR Productions, LLC | Malavita Productions, LLC | Movie Productions, LLC (b) |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11309 | 18-11310 | 18-11311 | 18-11313 | 18-11314 |
| **CASH BEGINNING OF MONTH** | - | - | $382,624 | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | $382,624 | - | - |

**Footnote(s):**

(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.

(b) Debtor does not have a bank account.

(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.

(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.

(e) Selling includes payments for participation & residuals.

In re: **Relativity Media, LLC,** *et al.*
**Debtor**
Case No. 18-11358 (MEW)
**Reporting Period:** Sept. 1 - 30, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Paranoia Acquisitions, LLC | Phantom Acquisitions, LLC (b) | Relative Motion Music, LLC (b) | Relative Velocity Music, LLC (b) | Relativity Development, LLC |
|---|---|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11315 | 18-11316 | 18-11317 | 18-11318 | 18-11319 |
| **CASH BEGINNING OF MONTH** | $102,208 | - | - | - | $907 |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | 22,234 | - | - | - | - |
| **TOTAL RECEIPTS** | $22,234 | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | $22,234 | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | $124,442 | - | - | - | $907 |

**Footnote(s):**
(a) The amounts reported are from each of
the debtor's bank statements as the company
does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH
RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds
received from third parties that relate to other
debtor and non-debtor accounts.  The funds were
transferred to the appropriate accounts and
then booked as cash sales.
(e) Selling includes payments for participation &
residuals.

In re: **Relativity Media, LLC**, *et al.*

**Debtor**

**Case No.** 18-11358 (MEW)

**Reporting Period:** Sept. 1 - 30, 2018

**MOR 1**

*(in US Dollars)*

| DEBTOR ENTITIES | Relativity Films, LLC (b) | Relativity Foreign, LLC (b) | Relativity Jackson, LLC (b) | Relativity Media Distribution, LLC (b) | Relativity Media Films, LLC (b) |
|---|---|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11320 | 18-11321 | 18-11323 | 18-11324 | 18-11325 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | | | | | |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**

(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.

(b) Debtor does not have a bank account.

(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.

(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.

(e) Selling includes payments for participation & residuals.

In re: **Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** Sept. 1 - 30, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Relativity Music Group, LLC (b) | Relativity Production LLC (b) | Relativity Rogue, LLC (b) | RML Acquisitions I, LLC (b) | RML Acquisitions II, LLC |
|---|---|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11326 | 18-11327 | 18-11328 | 18-11329 | 18-11330 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | | | | | |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Selling includes payments for participation & residuals.

In re: **Relativity Media, LLC**, *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** Sept. 1 - 30, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | RML Acquisitions III, LLC (b) | RML Acquisitions IV, LLC (b) | RML Acquisitions IX, LLC (b) | RML Acquisitions V, LLC (b) | RML Acquisitions VI, LLC (b) |
|---|---|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11331 | 18-11332 | 18-11333 | 18-11334 | 18-11335 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
|   TOTAL RECEIPTS | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Selling includes payments for participation & residuals.

In re: **Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** Sept. 1 - 30, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | RML Acquisitions VIII, LLC (b) | RML Acquisitions X, LLC (b) | RML Acquisitions XI, LLC (b) | RML Acquisitions XIII, LLC (b) | RML Acquisitions VII, LLC (b) |
|---|---|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11337 | 18-11338 | 18-11339 | 18-11340 | 18-11336 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of
the debtor's bank statements as the company
does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH
RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds
received from third parties that relate to other
debtor and non-debtor accounts. The funds were
transferred to the appropriate accounts and
then booked as cash sales.
(e) Selling includes payments for participation &
residuals.

Case 2:21-cv-04913-VAP-AS    Document 40-6    Filed 09/30/21    Page 104 of 524    Page ID
#:2478

In re: **Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** Sept. 1 - 30, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | RML Desert Films, LLC (b) | RML Distribution International, LLC (b) | RML Film Development, LLC (b) | RML Hector Films, LLC (b) | RML International Assets, LLC (b) |
|---|---|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11341 | 18-11342 | 18-11344 | 18-11345 | 18-11346 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
|   TOTAL RECEIPTS | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts.  The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Selling includes payments for participation & residuals.

In re: Relativity Media, LLC, *et al.*

**Debtor**

**Case No.** 18-11358 (MEW)

**Reporting Period:** Sept. 1 - 30, 2018

**MOR 1**

*(in US Dollars)*

| DEBTOR ENTITIES | RML November Films, LLC (b) | RML Oculus Films, LLC (b) | RML Romeo and Juliet Films, LLC (b) | RML Turkeys Films, LLC (b) | RML WIB Films, LLC (b) |
|---|---|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11347 | 18-11348 | 18-11350 | 18-11351 | 18-11352 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**

(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.

(b) Debtor does not have a bank account.

(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.

(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.

(e) Selling includes payments for participation & residuals.

**In re: Relativity Media, LLC, _et al._**
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** Sept. 1 - 30, 2018
**MOR 1**
_(in US Dollars)_

| DEBTOR ENTITIES | RMLDD Financing, LLC | Rogue Games, LLC (b) | Safe Haven Productions, LLC (b) | Snow White Productions, LLC (b) | Furnace Films, LLC |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11353 | 18-11354 | 18-11356 | 18-11357 | 18-11312 |
| **CASH BEGINNING OF MONTH** | $3,964,474 | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | $908,922 | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | 69,633 | - | - | - | - |
| TRANSFERS _(FROM DIP ACCTS)_ (d) | 124,883 | - | - | - | - |
| **TOTAL RECEIPTS** | $1,103,438 | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | (49,357) | - | - | - | - |
| OTHER _(ATTACH LIST)_ (c) | (2,181,936) | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS _(TO DIP ACCTS)_ | (306,795) | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | ($2,538,088) | - | - | - | - |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | ($1,434,650) | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | $2,529,824 | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of
the debtor's bank statements as the company
does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH
RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds
received from third parties that relate to other
debtor and non-debtor accounts. The funds were
transferred to the appropriate accounts and
then booked as cash sales.
(e) Selling includes payments for participation &
residuals.

In re: **Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** Sept. 1 - 30, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Relativity Holdings LLC (b) | RML Echo Films, LLC | Roguelife LLC (dba Relativity Digital) (b) | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11322 | 18-11343 | 18-11355 | |
| **CASH BEGINNING OF MONTH** | - | - | - | $7,685,932 |
| **RECEIPTS** | | | | |
| CASH SALES | - | - | - | $1,123,607 |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | 1,770,300 |
| SALE OF ASSETS | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | 79,540 |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | 790,040 |
| **TOTAL RECEIPTS** | - | - | - | $3,763,487 |
| **DISBURSEMENTS** | | | | |
| NET PAYROLL | - | - | - | ($103,839) |
| PAYROLL TAXES | - | - | - | (4,791) |
| SALES, USE, & OTHER TAXES | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | (5,000) |
| INSURANCE | - | - | - | (105,912) |
| ADMINISTRATIVE | - | - | - | (36,620) |
| SELLING (e) | - | - | - | (52,177) |
| OTHER *(ATTACH LIST)* (c) | - | - | - | (2,181,936) |
| OWNER DRAW | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | (791,211) |
| PROFESSIONAL FEES | - | - | - | (324,277) |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | (325) |
| COURT COSTS | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | ($3,606,088) |
| | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | - | - | $157,399 |
| | | | | |
| CASH – END OF MONTH | - | - | - | $7,843,331 |

**Footnote(s):**
(a) The amounts reported are from each of
the debtor's bank statements as the company
does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH
RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds
received from third parties that relate to other
debtor and non-debtor accounts. The funds were
transferred to the appropriate accounts and
then booked as cash sales.
(e) Selling includes payments for participation &
residuals.

**In re: Relativity Media, LLC, *et al.***
**Debtor**
**Case No.** <u>18-11358 (MEW)</u>
**Reporting Period:** <u>Sept. 1 - 30, 2018</u>
**MOR 1.1**
*(in US Dollars)*

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER

| DEBTOR ENTITIES | Relativity Media, LLC | RMLDD Financing, LLC | Total |
|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11358 | 18-11353 | |
| **RECEIPTS - OTHER** | | | |
| COBRA PREMIUM REIMBURSEMENTS | $9,907 | - | $9,907 |
| MANCHESTER TITLE | - | 69,250 | 69,250 |
| INTEREST | 0 | 382 | 382 |
| | | | |
| **TOTAL RECEIPTS - OTHER** | $9,907 | $69,633 | $79,540 |
| | | | |
| **DISBURSEMENTS - OTHER** | | | |
| MIDCAP FUNDING X TRUST | - | (2,079,723) | (2,079,723) |
| MANCHESTER TITLE | - | (69,250) | (69,250) |
| FINTAGE COLLECTION ACCOUNT MANAGEMENT | - | (30,721) | (30,721) |
| MACQUARIE US TRADING LLC (a) | - | (2,242) | (2,242) |
| | | | |
| **TOTAL DISBURSEMENTS - OTHER** | - | ($2,181,936) | ($2,181,936) |

**Footnote(s):**

(a) Macquarie US Trading LLC: Macquarie foreclosed on the collateral securing the post release P&A loan prior to the Chapter 11 filing. RMLDD Financing, LLC continues to receive payments on Macquarie titles which are categorized as cash sales. These payments are sent to Macquarie and categorized as other disbursements.

**In re:** Relativity Media, LLC, *et al.*
**Debtor**
**Case No.** <u>18-11358 (MEW)</u>
**Reporting Period:** <u>Sept. 1 - 30, 2018</u>
**MOR 1.2**
*(in US Dollars)*

### THE FOLLOWING SECTION MUST BE COMPLETED

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---:|
| **TOTAL DISBURSEMENTS** | ($3,606,088) |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 791,211 |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | ($2,814,877) |

In re: Relativity Media, LLC, *et al.*  
**(Jointly Administered)**  
*(in US Dollars)*  
**MOR 1.3**  

Case No. 18-11358 (MEW)  
Reporting Period: Sept. 1 - 30, 2018  

**Summary of Disbursements By Debtor**  
(Unaudited)

| DEBTOR | BANKRUPTCY CASE NUMBER | CURRENT PERIOD | | | | | Q3'18 YTD DISBURSEMENTS NET OF TRANSFERS (TO DIP ACCTS) JULY 1 – SEPT. 30, 2018 |
|---|---|---|---|---|---|---|---|
| | | PAID DIRECTLY BY DEBTORS | PAID BY NON-DEBTOR AFFILIATES ON BEHALF OF DEBTORS | TOTAL DISBURSEMENTS | TRANSFERS (TO DIP ACCTS) | TOTAL DISBURSEMENTS EXCLUDING TRANSFERS (TO DIP ACCTS) | |
| Relativity Media, LLC | 18-11358 | ($798,005) | - | ($798,005) | $214,520 | ($583,484) | ($6,091,971) |
| 21 & Over Productions, LLC | 18-11304 | - | - | - | - | - | - |
| 3 Days To Kill Productions, LLC | 18-11302 | - | - | - | - | - | - |
| Armored Car Productions, LLC | 18-11305 | - | - | - | - | - | (90,122) |
| Best of Me Productions, LLC | 18-11306 | - | - | - | - | - | - |
| Black or White Films, LLC | 18-11307 | - | - | - | - | - | - |
| Relativity Fashion, LLC | 18-11291 | - | - | - | - | - | - |
| RML Distribution Domestic, LLC | 18-11292 | (269,996) | - | (269,996) | 269,896 | (100) | (300) |
| Rogue Digital, LLC | 18-11301 | - | - | - | - | - | - |
| Blackbird Productions, LLC | 18-11308 | - | - | - | - | - | - |
| Brick Mansions Acquisitions, LLC | 18-11309 | - | - | - | - | - | - |
| Don Jon Acquisitions, LLC | 18-11310 | - | - | - | - | - | - |
| DR Productions, LLC | 18-11311 | - | - | - | - | - | - |
| Malavita Productions, LLC | 18-11313 | - | - | - | - | - | - |
| Movie Productions, LLC | 18-11314 | - | - | - | - | - | - |
| Paranoia Acquisitions, LLC | 18-11315 | - | - | - | - | - | (8,520) |
| Phantom Acquisitions, LLC | 18-11316 | - | - | - | - | - | - |
| Relative Motion Music, LLC | 18-11317 | - | - | - | - | - | - |
| Relative Velocity Music, LLC | 18-11318 | - | - | - | - | - | - |
| Relativity Development, LLC | 18-11319 | - | - | - | - | - | - |
| Relativity Films, LLC | 18-11320 | - | - | - | - | - | - |
| Relativity Foreign, LLC | 18-11321 | - | - | - | - | - | - |
| Relativity Jackson, LLC | 18-11323 | - | - | - | - | - | - |
| Relativity Media Distribution, LLC | 18-11324 | - | - | - | - | - | - |
| Relativity Media Films, LLC | 18-11325 | - | - | - | - | - | - |
| Relativity Music Group, LLC | 18-11326 | - | - | - | - | - | - |
| Relativity Production LLC | 18-11327 | - | - | - | - | - | - |
| Relativity Rogue, LLC | 18-11328 | - | - | - | - | - | - |
| RML Acquisitions I, LLC | 18-11329 | - | - | - | - | - | - |
| RML Acquisitions II, LLC | 18-11330 | - | - | - | - | - | - |
| RML Acquisitions III, LLC | 18-11331 | - | - | - | - | - | - |
| RML Acquisitions IV, LLC | 18-11332 | - | - | - | - | - | - |
| RML Acquisitions IX, LLC | 18-11333 | - | - | - | - | - | - |
| RML Acquisitions V, LLC | 18-11334 | - | - | - | - | - | - |
| RML Acquisitions VI, LLC | 18-11335 | - | - | - | - | - | - |
| RML Acquisitions VIII, LLC | 18-11337 | - | - | - | - | - | - |
| RML Acquisitions X, LLC | 18-11338 | - | - | - | - | - | - |
| RML Acquisitions XI, LLC | 18-11339 | - | - | - | - | - | - |
| RML Acquisitions XIII, LLC | 18-11340 | - | - | - | - | - | - |
| RML Acquisitions VII, LLC | 18-11336 | - | - | - | - | - | - |
| RML Desert Films, LLC | 18-11341 | - | - | - | - | - | - |
| RML Distribution International, LLC | 18-11342 | - | - | - | - | - | - |
| RML Film Development, LLC | 18-11344 | - | - | - | - | - | - |
| RML Hector Films, LLC | 18-11345 | - | - | - | - | - | - |
| RML International Assets, LLC | 18-11346 | - | - | - | - | - | - |
| RML November Films, LLC | 18-11347 | - | - | - | - | - | - |
| RML Oculus Films, LLC | 18-11348 | - | - | - | - | - | - |
| RML Romeo and Juliet Films, LLC | 18-11350 | - | - | - | - | - | - |
| RML Turkeys Films, LLC | 18-11351 | - | - | - | - | - | - |
| RML WIB Films, LLC | 18-11352 | - | - | - | - | - | - |
| RMLDD Financing, LLC | 18-11353 | (2,538,088) | - | (2,538,088) | 306,795 | (2,231,293) | (4,883,925) |
| Rogue Games, LLC | 18-11354 | - | - | - | - | - | - |
| Safe Haven Productions, LLC | 18-11356 | - | - | - | - | - | - |
| Snow White Productions, LLC | 18-11357 | - | - | - | - | - | - |
| Furnace Films, LLC | 18-11312 | - | - | - | - | - | - |
| Relativity Holdings LLC | 18-11322 | - | - | - | - | - | - |
| RML Echo Films, LLC | 18-11343 | - | - | - | - | - | - |
| Roguelife LLC (dba Relativity Digital) | 18-11355 | - | - | - | - | - | - |
| **Total** | | **($3,606,088)** | **-** | **($3,606,088)** | **$791,211** | **($2,814,877)** | **($11,074,838)** |

*Note: See Notes to Monthly Operating Report.*

In re: Relativity Media, LLC, *et al.*    Case No. 18-11358 (MEW)
**(Jointly Administered)**    Reporting Period: Sept. 1 - 30, 2018
**MOR-1 (CON'T)**
*(in US Dollars)*
**Bank Reconciliations - Summary**
(Unaudited)

| Bank Name | Bank Account # | Debtor | Case # | September 30, 2018 | | | | Footnote(s) |
|---|---|---|---|---|---|---|---|---|
| | | | | Balance per Banks | Outstanding Checks | Outstanding Deposits | Adjusted Balance per Banks | |
| City National | xxxx2146 | Relativity Media, LLC | 18-11358 | $1,944,702 | - | - | $1,944,702 | (a) |
| City National | xxxx2154 | Relativity Media, LLC | 18-11358 | 149,521 | - | - | 149,521 | |
| City National | xxxx9985 | Relativity Development, LLC | 18-11319 | 907 | - | - | 907 | (a) |
| City National | xxxx1693 | Rogue Digital, LLC | 18-11301 | 48 | - | - | 48 | (a)(b) |
| City National | xxxx5912 | Relativity Media, LLC | 18-11358 | - | - | - | - | (a)(b) |
| City National | xxxx6851 | RML Distribution Domestic, LLC | 18-11292 | 12,250 | - | - | 12,250 | (a) |
| City National | xxxx3442 | RML Acquisitions II, LLC | 18-11330 | - | - | - | - | (b) |
| City National | xxxx9305 | Paranoia Acquisitions, LLC | 18-11315 | 124,442 | - | - | 124,442 | (a) |
| City National | xxxx0008 | Relativity Media, LLC | 18-11358 | - | - | - | - | (c) |
| City National | xxxx2227 | Armored Car Productions, LLC | 18-11305 | - | - | - | - | (c) |
| City National | xxxx2286 | DR Productions, LLC | 18-11311 | - | - | - | - | (c) |
| Onewest/CIT | xxxx0429 | Relativity Media, LLC | 18-11358 | 779 | - | - | 779 | |
| Onewest/CIT | xxxx3501 | Safe Haven Productions, LLC | 18-11358 | - | - | - | - | (a) |
| Onewest/CIT | xxxx0518 | Relativity Media, LLC | 18-11358 | 67,748 | - | - | 67,748 | |
| Onewest/CIT | xxxx0526 | RMLDD Financing, LLC | 18-11353 | - | - | - | | |
| Onewest/CIT | xxxx0534 | RMLDD Financing, LLC | 18-11353 | 726,543 | - | - | 726,543 | (a) |
| Onewest/CIT | xxxx0588 | RMLDD Financing, LLC | 18-11353 | 201,515 | - | - | 201,515 | |
| Onewest/CIT | xxxx0596 | RMLDD Financing, LLC | 18-11353 | 171,241 | - | - | 171,241 | (a) |
| Onewest/CIT | xxxx0083 | RMLDD Financing, LLC | 18-11353 | 286,773 | - | - | 286,773 | (a) |
| Onewest/CIT | xxxx0091 | RMLDD Financing, LLC | 18-11353 | 1,143,751 | - | - | 1,143,751 | (a) |
| Onewest/CIT | xxxx0212 | Armored Car Productions, LLC | 18-11305 | 2,050,396 | - | - | 2,050,396 | (a) |
| Onewest/CIT | xxxx0672 | Malavita Productions, LLC | 18-11313 | - | - | - | - | |
| Onewest/CIT | xxxx0431 | RML Echo Films, LLC | 18-11343 | - | - | - | - | (a) |
| Onewest/CIT | xxxx0220 | Armored Car Productions, LLC | 18-11305 | 564,092 | - | - | 564,092 | (a) |
| Onewest/CIT | xxxx0480 | Blackbird Productions, LLC | 18-11308 | - | - | - | - | (a) |
| Onewest/CIT | xxxx0472 | Blackbird Productions, LLC | 18-11308 | 14,999 | - | - | 14,999 | (a) |
| Onewest/CIT | xxxx3435 | Furnace Films, LLC | 18-11312 | - | - | - | - | |
| Onewest/CIT | xxxx0804 | Best of Me Productions, LLC | 18-11306 | - | - | - | - | (a) |
| Onewest/CIT | xxxx1603 | DR Productions, LLC | 18-11311 | 382,624 | - | - | 382,624 | (a) |
| Onewest/CIT | xxxx1725 | DR Productions, LLC | 18-11311 | - | - | - | - | (a) |
| Onewest/CIT | xxxx1103 | Best of Me Productions, LLC | 18-11306 | - | - | - | - | (a) |
| Comerica | xxxx0251 | RML Distribution Domestic, LLC | 18-11292 | - | - | - | - | (a) |
| TD Bank | xxxx1524 | Relativity Media, LLC | 18-11358 | 1,000 | - | - | 1,000 | (d) |
| **Total** | | | | **$7,843,331** | **-** | **-** | **$7,843,331** | |

**Footnote(s):**
(a) Bank accounts with DACA.
(b) Inactive bank accounts that the Debtors, beginning before the Petition Date, are seeking to close.
(c) Upon information and belief these bank accounts have been closed.
(d) TD Bank xxxx1524 is the Wind-Down Operating Account for Relativity Media, LLC.

In re: Relativity Media, LLC, *et al.*

(Jointly Administered)

**MOR 2**

*(in US Dollars)*

**Schedule of Professional Fee Disbursements**

(Unaudited)

Case No. 18-11358 (MEW)

Reporting Period:  Sept. 1 - 30, 2018

| PROFESSIONAL | 2018 | | | | | |
|---|---|---|---|---|---|---|
| | MAY | JUNE | JULY | AUG. | SEPT. | CUMULATIVE |
| | | | | | | |
| *Estate Retained Professionals* | | | | | | |
| Winston & Strawn LLP | - | - | - | $672,318 | - | $672,318 |
| Willkie Farr & Gallagher LLP | - | - | - | - | - | - |
| M-III Partners, LP | - | - | 388,011 | 251,752 | 193,053 | 832,816 |
| Prime Clerk LLC | - | - | 152,477 | 159,933 | 131,224 | 443,634 |
| Total Estate Retained Professionals | - | - | 540,488 | 1,084,003 | 324,277 | 1,948,768 |
| | | | | | | |
| *DIP Lender Professional* | | | | | | |
| Schulte Roth & Zabel LLP | - | - | - | - | - | - |
| Total DIP Lender Retained Professional | - | - | - | - | - | - |
| | | | | | | |
| *Committee Retained Professionals* | | | | | | |
| Robins Kaplan LLP | - | - | - | - | - | - |
| Duff & Phelps LLC | - | - | - | - | - | - |
| Total Committee Retained Professionals | - | - | - | - | - | - |
| | | | | | | |
| Total Non-Ordinary Course Professionals | - | - | 540,488 | 1,084,003 | 324,277 | 1,948,768 |
| | | | | | | |
| US Trustee Quarterly Fees (a) | - | - | - | 74,061 | 325 | 74,386 |
| | | | | | | |
| **Total Professional and US Trustee Fees** | **-** | **-** | **$540,488** | **$1,158,064** | **$324,602** | **$2,023,154** |

**Footnote(s):**

(a) US Trustee quarterly fees check for Q2'18 in the amount of $74,060.86 was mailed by July 31, 2018 and cleared the bank August 2, 2018.  In the above schedule, the amount is shown as paid in August, the month the check cleared the bank.

In re: **Relativity Media, LLC**, *et al.*  **Case No. 18-11358 (MEW)**

**Debtor**  **Reporting Period: Sept. 1 - 30, 2018**

**MOR 4**

*(in US Dollars)*

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid (a) | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | - | $14,785 | ($14,785) | 9/7/18 & 9/21/18 | EFT | - |
| FICA-Employee | - | 4,791 | (4,791) | 9/7/18 & 9/21/18 | EFT | - |
| FICA-Employer | - | 4,791 | (4,791) | 9/7/18 & 9/21/18 | EFT | - |
| Unemployment | - | - | - | N/A | EFT | - |
| Income | - | - | - | N/A | | - |
| Other: Medicare Surtax | - | 264 | (264) | 9/7/18 & 9/21/18 | EFT | - |
| Total Federal Taxes | - | $24,631 | ($24,631) | 9/7/18 & 9/21/18 | EFT | - |
| **State and Local** | | | | | | |
| Withholding | - | $5,742 | ($5,742) | 9/7/18 & 9/21/18 | EFT | - |
| Sales | - | - | - | N/A | | - |
| Excise | - | - | - | N/A | | - |
| Unemployment | - | - | - | N/A | EFT | - |
| Real Property | - | - | - | N/A | | - |
| Personal Property | - | - | - | N/A | | - |
| Other: CA SDI - Disability | - | 419 | (419) | 9/7/18 & 9/21/18 | EFT | - |
| Total State and Local | - | $6,161 | ($6,161) | 9/7/18 & 9/21/18 | EFT | - |
| | | | | | | |
| **Total Taxes** | - | $30,793 | ($30,793) | | | - |

## SUMMARY OF UNPAID POST-PETITION DEBTS (a)

Attach aged listing of accounts payable.

**Number of Days Past Due**

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| **Total Post-petition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

**Footnote(s):**

(a) Summary of unpaid post-petition debts, see Notes to the Monthly Operating Report.

| In re: **Relativity Media, LLC**, *et al.* | **Case No. 18-11358 (MEW)** |
|---|---|
| **Debtor** | **Reporting Period:** Sept. 1 - 30, 2018 |
| **MOR 5** | |
| *(in US Dollars)* | |

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | Debtors |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period (a) | $30,726,220 | RML Distribution Domestic, LLC, |
| Plus: Amounts billed during the period | - | Armored Car Productions, LLC, and |
| Less: Amounts collected during the period | (787,167) | DR Productions, LLC |
| Total Accounts Receivable at the end of the reporting period | $29,939,053 | |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| RML Distribution Domestic, LLC | $27,312,128 | - | - | - | $27,312,128 |
| Armored Car Productions, LLC | 76,684 | - | - | 1,063,000 | 1,139,684 |
| DR Productions, LLC | 60,619 | - | - | 1,426,622 | 1,487,241 |
| | | | | | |
| Total Accounts Receivable | $27,449,431 | - | | $2,489,622 | $29,939,053 |
| | | | | | |
| Less: Bad Debts (Amount considered uncollectible) | - | - | - | - | - |
| | | | | | |
| Net Accounts Receivable | $27,449,431 | - | - | $2,489,622 | $29,939,053 |

**Footnote(s):**

(a) Total accounts receivable at the beginning of the reporting period, September 1, 2018, includes $24,210,387 for all future contracted Free TV and Cable TV receipts contracted under license agreements, $3,735,777 for past due and future receipts under the distribution agreement with Netflix for three films that have been delivered and have no restrictions, and $2,780,056 for past due and future International receipts contracted under license and distribution agreements.

## TAXES RECONCILIATION AND AGING (a)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | - | - | - | - | - |
| 31 - 60 days old | - | - | - | - | - |
| 61 - 90 days old | - | - | - | - | - |
| 91+ days old | - | - | - | - | - |
| Total Taxes Payable | - | - | - | - | - |
| Total Accounts Payable | - | - | - | - | - |

**Footnote(s):**

(a) Taxes reconciliation and aging, see Notes to the Monthly Operating Report.

In re: **Relativity Media, LLC,** *et al.*                            **Case No.** 18-11358 (MEW)

**Debtor**                                            **Reporting Period:** Sept. 1 - 30, 2018

**MOR 6**

*(in US Dollars)*

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| Insider 1 | Salary | $29,317 | $306,240 |
| Insider 2 | Salary | 9,231 | 50,770 |
| TOTAL PAYMENTS TO INSIDERS | | $38,548 | $357,010 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT (a) | AMOUNT APPROVED | AMOUNT PAID (b) | TOTAL PAID TO DATE (b) | TOTAL INCURRED & UNPAID |
| Winston & Strawn LLP (c) | 7/6/18 | - | - | $672,318 | $162,104 |
| M-III Partners, LP (d) | 7/6/18 | - | 193,053 | 832,816 | 202,358 |
| Prime Clerk LLC (e) | 5/10/18 | - | 131,224 | 443,634 | - |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | - | $324,277 | $1,948,768 | $364,462 |

**Footnote(s):**

(a) Date of court order authorizing payment refers to the dates of orders authorizing retention of the respective professional.

(b) Amount paid and total paid to date have been made on a monthly basis pursuant to that certain order [Docket No. 288] regarding interim compensation procedures, and remain subject to interim and final approval as set forth therein.

(c) Winston & Strawn LLP are paid 80% of fees and 100% of expenses; total incurred and unpaid of $162,104 relates to the 20% holdback for May and June fees.

(d) M-III Partners, LP are paid 80% of fees and 100% of expenses; total incurred and unpaid of $202,358 relates to the 20% holdback for May through August fees.

(e) Prime Clerk LLC fees and expenses of $443,634 relates to Claims and Noticing Agent Services and are paid at 100%.

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| MidCap Financial (Film Library Term Loan) | (a) | $2,079,723 | - |
| Aperture (Masterminds Mezzanine Loan) | (b) | 91,117 | - |
| Senior Secured Loan (RM Bidder/UltraV) | (c) | - | - |
| Subordinated Convertible Note (Relativity Secured Lender) | (d) | - | - |
| Heatherden Fee Claims | (e) | - | - |
| RKA Pre-Release P&A Loan (Masterminds) | (f) | - | - |
| RKA Pre-Release P&A Loan (Disappointments Room) | (f) | - | - |
| Technicolor | (g) | - | - |
| LiveStyle Rent (9242 Beverly Blvd. Ste. 300, Beverly Hills, CA 90210) | 5,000 | 5,000 | - |
| TOTAL PAYMENTS | | $2,175,840 | - |

**Footnote(s):**

(a) Net receipts from bi-weekly film library receipts settlements used to pay down interest and principal, interest at LIBOR plus 15%, and $33,333 paid each month as an administrative fee.

(b) Net receipts from bi-weekly film library settlements used to pay down interest and principal. Interest at the greater of LIBOR plus 12.5% calculated for an 18 month period and the actual amount of interest incurred on all loans.

(c) Accrues interest monthly at 10.0% on the first $30MM of principal and 13.5% on remaining principal.

(d) Accrues interest monthly at 12.0%.

(e) Accrues annual interest at 1.0%.

(f) Accrues interest annually at 1-Year Treasury Rate plus 1.5%.

(g) Accrues interest monthly at 10.5%.

| In re: **Relativity Media, LLC,** *et al.* | **Case No. 18-11358 (MEW)** |
|---|---|
| **Debtor** | **Reporting Period:** Sept. 1 - 30, 2018 |
| **MOR 7** | |

# DEBTOR QUESTIONNAIRE

| | **Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary.** | **Yes** | **No** |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3. | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | X (a) | |
| 4. | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5. | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7. | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8. | Are any post petition payroll taxes past due? | | X |
| 9. | Are any post petition State or Federal income taxes past due? | | X |
| 10. | Are any post petition real estate taxes past due? | | X |
| 11. | Are any other post petition taxes past due? | | X |
| 12. | Have any pre-petition taxes been paid during this reporting period? | | X |
| 13. | Are any amounts owed to post petition creditors delinquent? | | X |
| 14. | Are any wage payments past due? | | X |
| 15. | Have any post petition loans been received by the Debtor from any party? | | X |
| 16. | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X (b) |
| 17. | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18. | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

**Footnote(s):**

(a) The 2017 federal tax return was not filed by September 15, 2018

(b) Amounts may be owed to the US Trustee under the prior cases fashioned In re Relativity Fashion, et al.

(Ch. 11 Case. No. 15-11989-MEW), but amounts owed in these cases are not delinquent.

| In re: Relativity Media, LLC, *et al.* | Case No. 18-11358 (MEW) |
|---|---|
| Debtor | Reporting Period: September 1 – 30, 2018 |

*Note 1*

On May 3, 2018 Relativity Media, LLC ("Relativity Media" or "RML") and its affiliated
Debtors and Debtors-in-Possession (collectively, the "Debtors") commenced voluntary cases
under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United
States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

The accompanying unaudited financial information included in this Monthly Operating Report
("MOR") represent the financial activity of the Debtors identified in the table.

*Note 2*

In the "DECLARATION OF COLIN M. ADAMS IN SUPPORT OF CHAPTER 11
PETITIONS AND FIRST DAY PLEADINGS" paragraph 15 states:

> "I am informed and believe that the Debtors have not prepared audited financials on a
> GAAP basis since May 30, 2014.[1] In addition, I am aware that certain General Ledger
> entries that would customarily be made on a timely basis have either been delayed or not
> made at all."

Debtor-in-Possession Financial Information – The accompanying MOR-1 through MOR-7 and
the supplemental exhibits contained herein are unaudited, preliminary, and do not comply with
generally accepted accounting principles in the United States of America ("U.S. GAAP") in all
material respects. In addition, the financial information and the supplemental information
contained herein represent the financial information for the Debtors only.

*Note 3*

The MOR is limited in scope, covers a limited time period, and has been prepared solely for the
purpose of complying with the monthly operating requirements of the Bankruptcy Court and the
United States Trustee. The unaudited financial information has been derived from the books and
records of the Debtors. The information presented herein has not been subject to all procedures
that would typically be applied to financial information presented in accordance with GAAP.
Upon the application of such procedures the Debtors believe that the financial information could
be subject to changes, and these changes could be material. The information furnished in this
MOR does not include normal recurring adjustments, and also does not include all of the
adjustments that would typically be made for interim financial statements in accordance with
GAAP.

*Note 4*

The results of operations herein are not necessarily indicative of results that are expected from
any other period or for the full year and may not necessarily reflect the combined results of
operations, financial position or cash flows of the Debtors in the future.

---

[1] The last audit related to the period ended December 31, 2013.

| In re: Relativity Media, LLC, *et al.* | Case No. 18-11358 (MEW) |
|---|---|
| Debtor | Reporting Period: September 1 – 30, 2018 |

*Note 5*

On January 12, 2018, RMLDD Financing, LLC, ("RMLDD"), RML Distribution Domestic, LLC, ("RDD"), RML Distribution International, LLC, ("RDI"), and certain special purpose entities,[2] in each case as borrowers, Relativity Media, LLC ("Servicer"), entered into the Fourth Amendment and Seventh Extension with MidCap Funding X Trust ("MFT"), Apollo Moultrie Credit Fund, L.P., ("Apollo Moultrie") and Apollo Tactical Value SPN Investments, L.P., ("Apollo Tactical")  (jointly the "Lenders") and MidCap Funding X Trust as Agent for the Lenders.

The applicable margin means (i) with respect to LIBOR Rate, 15%, and (ii) with respect to Base Rate, 12.5%.

The loan matured on July 13, 2018. The estate has continued to meet its obligations under the loan in the ordinary course.  On information and belief, UltraV will assume all obligations under the loan.

As of September 30, 2018, principal of $11,891,550 plus an estimated accrued interest of $34,037 totaling an estimated outstanding balance of $11,925,587 as of September 30, 2018.

*Note 6*

On May 15, 2018, Relativity Media as borrower and Relativity Holdings LLC ("Relativity Holdings") as guarantor and together with each of its subsidiaries that is from time to time a guarantor of and signatory to the note, entered into a Debtor in Possession Revolving Loan Promissory Note with UltraV Holdings LLC ("UltraV" or the "Lender") with maximum borrowings of four million dollars ($4,000,000).  Relativity Media has requested that UltraV make loans from time to time on the terms, and subject to the conditions, in the note and the Interim Order or Final Order (as applicable).  Relativity Media intends to utilize such loans to fund working capital requirements, costs and expenses of administration of the Chapter 11 Cases, and fees and expenses relating to the DIP facility during the pendency of the Chapter 11 Cases.  Until the maturity date, Relativity Media shall only be permitted to borrow (i) to pay professional fees as set forth in the Approved Budget, (ii) an amount equal to the succeeding two (2) week projected cash requirement contained in the Approved Budget in any one borrowing, and (iii) once per week; provided that UltraV may in its sole discretion lend more often than once per-week.

The interest on the unpaid principal amount is ten percent (10%) per annum, to be paid in kind, with such interest being added to the principal amount of the obligations, on each applicable

---

[2] The special purpose entities which are borrowers under the Midcap Library Facility are 21 & Over Productions, LLC, 3 Days to Kill Productions, LLC, RML Acquisitions IV, LLC, RML Acquisitions IX, LLC, RML Acquisitions III, LLC, Best of Me Productions, LLC, Black or White Films, LLC, Brick Mansions Acquisitions, LLC, RML Desert Films, LLC, Don Jon Acquisitions, LLC, RML Echo Films, LLC, RML Acquisitions V, LLC, RML Turkeys Films, LLC, RML Hector Films, LLC, RML Acquisitions II, LLC, RML Acquisitions VI, LLC, RML Acquisitions II, LLC, Snow White Productions, LLC, Movie Productions, LLC, RML Acquisitions V, LLC, RML November Films, LLC, RML Oculus Films, LLC, Furnace Films, LLC, Paranoia Acquisitions, LLC, Safe Haven Productions, LLC, Malavita Productions, LLC, RML Acquisitions XI, LLC, RML Acquisitions I, LLC.

Case 2:21-cv-04913-VAP-AS    Document 40-6    Filed 09/20/21    Page 119 of 524    Page ID
#:2493

**In re: Relativity Media, LLC,** *et al.*                                    **Case No. 18-11358 (MEW)**
**Debtor**                                            **Reporting Period: September 1 – 30, 2018**

interest payment date commencing on the first interest payment date occurring after the execution of the Note.

The loan matured on August 31, 2018.

### Note 7

Debtors have made fee advance payments to retained professionals. The fee advances were made by Relativity Media, LLC on behalf of all the Debtors. For purposes of these interim MORs, no allocation has been made to reflect the fee advance balances on each of the Debtors' books.

### Note 8

Taxes Reconciliation and Aging

Relativity Holdings is a pass-through entity taxed as a partnership for income tax purposes, and substantially all federal and state income taxes are recorded by its members. Accordingly, Relativity Holdings does not provide for income taxes.

The Debtors may incur certain state taxes imposed by states in which it conducts business.

Relativity Holdings periodically evaluates its tax positions with respect to all open years, as defined by the statute of limitations, to evaluate whether it is "more-likely-than-not" that such positions would be sustained upon examination by a tax authority based on its technical merits. For federal income tax purposes, Relativity Holdings remains open to examination for fiscal years 2014 and after. For state income tax purposes, Relativity Holdings remains open to examination for fiscal years 2013 and after.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re **Relativity Media, LLC,** *et al.* | Case No. **18-11358 (MEW)** |
| **Debtor** | Reporting Period: **Oct. 1 - 31, 2018** |
| | Federal Tax I.D. # **See Note 1** |

**CORPORATE MONTHLY OPERATING REPORT**

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
| Copies of bank statements | | | Available Upon Request |
| Cash disbursements journals | | | Available Upon Request |
| Statement of Operations | MOR-2 | X | X |
| Balance Sheet | MOR-3 | | X |
| Status of Post-petition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | | Available Upon Request |
| Copies of tax returns filed during reporting period | | | N/A |
| Summary of Unpaid Post-petition Debts | MOR-4 | | X |
| Listing of Aged Accounts Payable | | | X |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | X |
| Taxes Reconciliation and Aging | MOR-5 | X | |
| Payments to Insiders and Professional | MOR-6 | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

| /s/ Colin M. Adams | 11/15/18 |
|---|---|
| Signature of Authorized Individual* | Date |

| Colin M. Adams | Chief Restructuring Officer/Authorized Representative |
|---|---|
| Printed Name of Authorized Individual | Title of Authorized Individual |

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re: Relativity Media, LLC, *et al.*  
(Jointly Administered)

Case No. 18-11358 (MEW)  
Reporting Period: Oct. 1 - 31, 2018

**NOTES TO MONTHLY OPERATING REPORT**
*Note 1*
The Monthly Operating Report (**"MOR"**) includes activity for the following Debtors:

| # | DEBTOR | FILING DATE | BANKRUPTCY CASE NUMBER | COMPLETE EIN OR OTHER TAXPAYER I.D. |
|---|--------|-------------|------------------------|-------------------------------------|
| 1. | Relativity Media, LLC | May 3, 2018 | 18-11358 | 25-1910844 |
| 2. | 21 & Over Productions, LLC | May 3, 2018 | 18-11304 | 27-2717796 |
| 3. | 3 Days To Kill Productions, LLC | May 3, 2018 | 18-11302 | 45-5455747 |
| 4. | Armored Car Productions, LLC | May 3, 2018 | 18-11305 | 46-1492750 |
| 5. | Best of Me Productions, LLC | May 3, 2018 | 18-11306 | 46-3731490 |
| 6. | Black or White Films, LLC | May 3, 2018 | 18-11307 | 47-2086718 |
| 7. | Relativity Fashion, LLC | May 3, 2018 | 18-11291 | 46-3448721 |
| 8. | RML Distribution Domestic, LLC | May 3, 2018 | 18-11292 | 27-3506528 |
| 9. | Rogue Digital, LLC | May 3, 2018 | 18-11301 | 35-2375578 |
| 10. | Blackbird Productions, LLC | May 3, 2018 | 18-11308 | 80-0908037 |
| 11. | Brick Mansions Acquisitions, LLC | May 3, 2018 | 18-11309 | 46-2403910 |
| 12. | Don Jon Acquisitions, LLC | May 3, 2018 | 18-11310 | 46-1887951 |
| 13. | DR Productions, LLC | May 3, 2018 | 18-11311 | 46-5767803 |
| 14. | Malavita Productions, LLC | May 3, 2018 | 18-11313 | 45-5458636 |
| 15. | Movie Productions, LLC | May 3, 2018 | 18-11314 | 01-0939860 |
| 16. | Paranoia Acquisitions, LLC | May 3, 2018 | 18-11315 | 45-5248747 |
| 17. | Phantom Acquisitions, LLC | May 3, 2018 | 18-11316 | 46-2766381 |
| 18. | Relative Motion Music, LLC | May 3, 2018 | 18-11317 | 90-0488016 |
| 19. | Relative Velocity Music, LLC | May 3, 2018 | 18-11318 | 80-0357169 |
| 20. | Relativity Development, LLC | May 3, 2018 | 18-11319 | 26-3215296 |
| 21. | Relativity Films, LLC | May 3, 2018 | 18-11320 | 36-4615464 |
| 22. | Relativity Foreign, LLC | May 3, 2018 | 18-11321 | 46-1178993 |
| 23. | Relativity Jackson, LLC | May 3, 2018 | 18-11323 | 26-3766116 |
| 24. | Relativity Media Distribution, LLC | May 3, 2018 | 18-11324 | 26-2620264 |
| 25. | Relativity Media Films, LLC | May 3, 2018 | 18-11325 | 26-4061574 |
| 26. | Relativity Music Group, LLC | May 3, 2018 | 18-11326 | 45-2489540 |
| 27. | Relativity Production LLC | May 3, 2018 | 18-11327 | 20-8217891 |
| 28. | Relativity Rogue, LLC | May 3, 2018 | 18-11328 | 26-3873333 |
| 29. | RML Acquisitions I, LLC | May 3, 2018 | 18-11329 | 45-1349406 |
| 30. | RML Acquisitions II, LLC | May 3, 2018 | 18-11330 | 45-1539810 |
| 31. | RML Acquisitions III, LLC | May 3, 2018 | 18-11331 | 45-2749116 |
| 32. | RML Acquisitions IV, LLC | May 3, 2018 | 18-11332 | 45-2994997 |
| 33. | RML Acquisitions IX, LLC | May 3, 2018 | 18-11333 | 46-5114410 |
| 34. | RML Acquisitions V, LLC | May 3, 2018 | 18-11334 | 45-5619532 |
| 35. | RML Acquisitions VI, LLC | May 3, 2018 | 18-11335 | 46-1269640 |
| 36. | RML Acquisitions VIII, LLC | May 3, 2018 | 18-11337 | 46-1687459 |
| 37. | RML Acquisitions X, LLC | May 3, 2018 | 18-11338 | 47-1401009 |
| 38. | RML Acquisitions XI, LLC | May 3, 2018 | 18-11339 | 47-1622651 |
| 39. | RML Acquisitions XIII, LLC | May 3, 2018 | 18-11340 | 47-2279614 |
| 40. | RML Acquisitions VII, LLC | May 3, 2018 | 18-11336 | 46-1407747 |
| 41. | RML Desert Films, LLC | May 3, 2018 | 18-11341 | 46-5024564 |
| 42. | RML Distribution International, LLC | May 3, 2018 | 18-11342 | 27-3506749 |
| 43. | RML Film Development, LLC | May 3, 2018 | 18-11344 | 27-2473567 |
| 44. | RML Hector Films, LLC | May 3, 2018 | 18-11345 | 46-5066054 |
| 45. | RML International Assets, LLC | May 3, 2018 | 18-11346 | 27-4661910 |
| 46. | RML November Films, LLC | May 3, 2018 | 18-11347 | 46-5079701 |
| 47. | RML Oculus Films, LLC | May 3, 2018 | 18-11348 | 46-3682596 |
| 48. | RML Romeo and Juliet Films, LLC | May 3, 2018 | 18-11350 | 46-2869509 |
| 49. | RML Turkeys Films, LLC | May 3, 2018 | 18-11351 | 45-5248898 |
| 50. | RML WIB Films, LLC | May 3, 2018 | 18-11352 | 47-1780102 |
| 51. | RMLDD Financing, LLC | May 3, 2018 | 18-11353 | 61-1689114 |
| 52. | Rogue Games, LLC | May 3, 2018 | 18-11354 | 45-3744812 |
| 53. | Safe Haven Productions, LLC | May 3, 2018 | 18-11356 | 45-3326550 |
| 54. | Snow White Productions, LLC | May 3, 2018 | 18-11357 | 27-3833175 |
| 55. | Furnace Films, LLC | May 3, 2018 | 18-11312 | 45-2563558 |
| 56. | Relativity Holdings LLC | May 3, 2018 | 18-11322 | 26-3867052 |
| 57. | RML Echo Films, LLC | May 3, 2018 | 18-11343 | 46-3144656 |
| 58. | Roguelife LLC (dba Relativity Digital) | May 3, 2018 | 18-11355 | 27-1733442 |

In re: **Relativity Media, LLC**, *et al.*

**Debtor**
Case No. 18-11358 (MEW)
Reporting Period: Oct. 1 - 31, 2018
**MOR 1**
*(in US Dollars)*

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS (a)

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of all Debtor columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. See MOR-1 (CON'T).

| DEBTOR ENTITIES | Relativity Media, LLC | 21 & Over Productions, LLC (b) | 3 Days To Kill Productions, LLC (b) | Armored Car Productions, LLC | Best of Me Productions, LLC |
|---|---|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11358 | 18-11304 | 18-11302 | 18-11305 | 18-11306 |
| **CASH BEGINNING OF MONTH** | $2,163,750 | - | - | $2,614,488 | - |
| **RECEIPTS** | | | | | |
| CASH SALES | $226,214 | - | - | $1,165,000 | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | 3,250,000 | - | - | - | - |
| TRANSFERS *(FROM ACCTS)* (d) | 8,119,506 | - | - | 143,387 | - |
| **TOTAL RECEIPTS** | $11,595,720 | - | - | $1,308,387 | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | ($115,611) | - | - | - | - |
| PAYROLL TAXES | (3,612) | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | (5,000) | - | - | - | - |
| INSURANCE | (106,768) | - | - | - | - |
| ADMINISTRATIVE | (141,422) | - | - | (40,000) | - |
| SELLING (e) | (146,011) | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | (5,279,649) | - | - | (3,791,734) | - |
| PROFESSIONAL FEES | (2,932,110) | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | (128,934) | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | ($8,859,117) | - | - | ($3,831,734) | - |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | $2,736,603 | - | - | ($2,523,347) | - |
| | | | | | |
| CASH – END OF MONTH | $4,900,353 | - | - | $91,140 | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Selling includes payments for participation & residuals.

In re: **Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** Oct. 1 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Black or White Films, LLC (b) | Relativity Fashion, LLC (b) | RML Distribution Domestic, LLC | Rogue Digital, LLC | Blackbird Productions, LLC |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11307 | 18-11291 | 18-11292 | 18-11301 | 18-11308 |
| **CASH BEGINNING OF MONTH** | - | - | $12,250 | $48 | $14,999 |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | 196,395 | - | - |
| **TOTAL RECEIPTS** | - | - | $196,395 | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | (100) | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | (208,545) | (48) | (14,999) |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | ($208,645) | ($48) | ($14,999) |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | - | ($12,250) | ($48) | ($14,999) |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Selling includes payments for participation & residuals.

**In re:** Relativity Media, LLC, *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** Oct. 1 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Brick Mansions Acquisitions, LLC (b) | Don Jon Acquisitions, LLC (b) | DR Productions, LLC | Malavita Productions, LLC | Movie Productions, LLC (b) |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11309 | 18-11310 | 18-11311 | 18-11313 | 18-11314 |
| **CASH BEGINNING OF MONTH** | - | - | $382,624 | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | 143,387 | - | - |
| **TOTAL RECEIPTS** | - | - | $143,387 | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | (382,624) | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | (143,363) | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | ($525,987) | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | ($382,600) | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | $24 | - | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Selling includes payments for participation & residuals.

In re: Relativity Media, LLC, *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** Oct. 1 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Paranoia Acquisitions, LLC | Phantom Acquisitions, LLC (b) | Relative Motion Music, LLC (b) | Relative Velocity Music, LLC (b) | Relativity Development, LLC |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11315 | 18-11316 | 18-11317 | 18-11318 | 18-11319 |
| **CASH BEGINNING OF MONTH** | $124,442 | - | - | - | $907 |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | (124,442) | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | (907) |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | ($124,442) | - | - | - | ($907) |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | ($124,442) | - | - | - | ($907) |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Selling includes payments for participation & residuals.

In re: **Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** Oct. 1 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Relativity Films, LLC (b) | Relativity Foreign, LLC (b) | Relativity Jackson, LLC (b) | Relativity Media Distribution, LLC (b) | Relativity Media Films, LLC (b) |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11320 | 18-11321 | 18-11323 | 18-11324 | 18-11325 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of
the debtor's bank statements as the company
does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH
RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds
received from third parties that relate to other
debtor and non-debtor accounts.  The funds were
transferred to the appropriate accounts and
then booked as cash sales.
(e) Selling includes payments for participation &
residuals.

In re: **Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** Oct. 1 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Relativity Music Group, LLC (b) | Relativity Production LLC (b) | Relativity Rogue, LLC (b) | RML Acquisitions I, LLC (b) | RML Acquisitions II, LLC |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11326 | 18-11327 | 18-11328 | 18-11329 | 18-11330 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Selling includes payments for participation & residuals.

In re: **Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** Oct. 1 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | RML Acquisitions III, LLC (b) | RML Acquisitions IV, LLC (b) | RML Acquisitions IX, LLC (b) | RML Acquisitions V, LLC (b) | RML Acquisitions VI, LLC (b) |
|---|---|---|---|---|---|
| **BANKRUPTCY CASE NUMBER** | 18-11331 | 18-11332 | 18-11333 | 18-11334 | 18-11335 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts.  The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Selling includes payments for participation & residuals.

In re: **Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** <u>18-11358 (MEW)</u>
**Reporting Period:** <u>Oct. 1 - 31, 2018</u>
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | RML Acquisitions VIII, LLC (b) | RML Acquisitions X, LLC (b) | RML Acquisitions XI, LLC (b) | RML Acquisitions XIII, LLC (b) | RML Acquisitions VII, LLC (b) |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11337 | 18-11338 | 18-11339 | 18-11340 | 18-11336 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of
the debtor's bank statements as the company
does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH
RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds
received from third parties that relate to other
debtor and non-debtor accounts.  The funds were
transferred to the appropriate accounts and
then booked as cash sales.
(e) Selling includes payments for participation &
residuals.

In re: **Relativity Media, LLC**, *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** Oct. 1 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | RML Desert Films, LLC (b) | RML Distribution International, LLC (b) | RML Film Development, LLC (b) | RML Hector Films, LLC (b) | RML International Assets, LLC (b) |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11341 | 18-11342 | 18-11344 | 18-11345 | 18-11346 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Selling includes payments for participation & residuals.

In re: **Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** Oct. 1 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | RML November Films, LLC (b) | RML Oculus Films, LLC (b) | RML Romeo and Juliet Films, LLC (b) | RML Turkeys Films, LLC (b) | RML WIB Films, LLC (b) |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11347 | 18-11348 | 18-11350 | 18-11351 | 18-11352 |
| **CASH BEGINNING OF MONTH** | - | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | - | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | - | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | - | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Selling includes payments for participation & residuals.

**In re:** Relativity Media, LLC, *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** Oct. 1 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | RMLDD Financing, LLC | Rogue Games, LLC (b) | Safe Haven Productions, LLC (b) | Snow White Productions, LLC (b) | Furnace Films, LLC |
|---|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11353 | 18-11354 | 18-11356 | 18-11357 | 18-11312 |
| **CASH BEGINNING OF MONTH** | $2,529,824 | - | - | - | - |
| **RECEIPTS** | | | | | |
| CASH SALES | $745,250 | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) (c) | 305 | - | - | - | - |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | - | - |
| **TOTAL RECEIPTS** | $745,555 | - | - | - | - |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | - | - |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING (e) | (13,587) | - | - | - | - |
| OTHER *(ATTACH LIST)* (c) | - | - | - | - | - |
| OWNER DRAW | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | (1,838,503) | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | ($1,852,091) | - | - | - | - |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | ($1,106,536) | - | - | - | - |
| | | | | | |
| CASH – END OF MONTH | $1,423,288 | - | - | - | - |

**Footnote(s):**
(a) The amounts reported are from each of the debtor's bank statements as the company does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds received from third parties that relate to other debtor and non-debtor accounts. The funds were transferred to the appropriate accounts and then booked as cash sales.
(e) Selling includes payments for participation & residuals.

In re: **Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** Oct. 1 - 31, 2018
**MOR 1**
*(in US Dollars)*

| DEBTOR ENTITIES | Relativity Holdings LLC (b) | RML Echo Films, LLC | Roguelife LLC (dba Relativity Digital) (b) | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11322 | 18-11343 | 18-11355 | |
| **CASH BEGINNING OF MONTH** | - | - | - | $7,843,331 |
| **RECEIPTS** | | | | |
| CASH SALES | - | - | - | $2,136,464 |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - |
| SALE OF ASSETS | - | - | - | - |
| OTHER (ATTACH LIST) (c) | - | - | - | 3,250,305 |
| TRANSFERS *(FROM DIP ACCTS)* (d) | - | - | - | 8,602,674 |
| **TOTAL RECEIPTS** | - | - | - | $13,989,444 |
| **DISBURSEMENTS** | | | | |
| NET PAYROLL | - | - | - | ($115,611) |
| PAYROLL TAXES | - | - | - | (3,612) |
| SALES, USE, & OTHER TAXES | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | (5,000) |
| INSURANCE | - | - | - | (106,768) |
| ADMINISTRATIVE | - | - | - | (181,522) |
| SELLING (e) | - | - | - | (542,222) |
| OTHER *(ATTACH LIST)* (c) | - | - | - | (124,442) |
| OWNER DRAW | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | (11,277,748) |
| PROFESSIONAL FEES | - | - | - | (2,932,110) |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | (128,934) |
| COURT COSTS | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | ($15,417,969) |
| | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | ($1,428,525) |
| | | | | |
| CASH – END OF MONTH | - | - | - | $6,414,806 |

**Footnote(s):**
(a) The amounts reported are from each of
the debtor's bank statements as the company
does not maintain a general ledger.
(b) Debtor does not have a bank account.
(c) Other - see MOR-1.1 SCHEDULE OF CASH
RECEIPTS AND DISBURSEMENTS - OTHER.
(d) Transfers (From DIP Accts) includes funds
received from third parties that relate to other
debtor and non-debtor accounts. The funds were
transferred to the appropriate accounts and
then booked as cash sales.
(e) Selling includes payments for participation &
residuals.

**In re:** **Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** Oct. 1 - 31, 2018
**MOR 1.1**
*(in US Dollars)*

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS - OTHER

| DEBTOR ENTITIES | Relativity Media, LLC | Paranoia Acquisitions, LLC | RMLDD Financing, LLC | Total |
|---|---|---|---|---|
| BANKRUPTCY CASE NUMBER | 18-11358 | 18-11315 | 18-11353 | |
| **RECEIPTS - OTHER** | | | | |
| NETFLIX SETTLEMENT | $3,250,000 | - | - | $3,250,000 |
| INTEREST | - | - | 305 | 305 |
| | | | | |
| **TOTAL RECEIPTS - OTHER** | $3,250,000 | - | $305 | $3,250,305 |
| | | | | |
| **DISBURSEMENTS - OTHER** | | | | |
| TRANSFER TO FINTAGE COLLECTION ACCOUNT | - | ($124,442) | - | (124,442) |
| | | | | |
| **TOTAL DISBURSEMENTS - OTHER** | - | ($124,442) | - | ($124,442) |

**In re:** **Relativity Media, LLC,** *et al.*
**Debtor**
**Case No.** 18-11358 (MEW)
**Reporting Period:** Oct. 1 - 31, 2018
**MOR 1.2**
*(in US Dollars)*

## THE FOLLOWING SECTION MUST BE COMPLETED

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---:|
| **TOTAL DISBURSEMENTS** | ($15,417,969) |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 11,277,748 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | ($4,140,220) |

In re: Relativity Media, LLC, *et al.*       Case No. 18-11358 (MEW)
**(Jointly Administered)**       Reporting Period: <u>Oct. 1 - 31, 2018</u>
*(in US Dollars)*
**MOR 1.3**
**Summary of Disbursements By Debtor**
(Unaudited)

| DEBTOR | BANKRUPTCY CASE NUMBER | CURRENT PERIOD | | | | | Q4'18 YTD DISBURSEMENTS NET OF TRANSFERS (TO DIP ACCTS) OCT. 1 - OCT. 31, 2018 |
| | | PAID DIRECTLY BY DEBTORS | PAID BY NON-DEBTOR AFFILIATES ON BEHALF OF DEBTORS | TOTAL DISBURSEMENTS | TRANSFERS (TO DIP ACCTS) | TOTAL DISBURSEMENTS EXCLUDING TRANSFERS (TO DIP ACCTS) | |
|---|---|---|---|---|---|---|---|
| Relativity Media, LLC | 18-11358 | ($8,859,117) | - | ($8,859,117) | $5,279,649 | ($3,579,468) | ($3,579,468) |
| 21 & Over Productions, LLC | 18-11304 | - | - | - | - | - | - |
| 3 Days To Kill Productions, LLC | 18-11302 | - | - | - | - | - | - |
| Armored Car Productions, LLC | 18-11305 | (3,831,734) | - | (3,831,734) | 3,791,734 | (40,000) | (40,000) |
| Best of Me Productions, LLC | 18-11306 | - | - | - | - | - | - |
| Black or White Films, LLC | 18-11307 | - | - | - | - | - | - |
| Relativity Fashion, LLC | 18-11291 | - | - | - | - | - | - |
| RML Distribution Domestic, LLC | 18-11292 | (208,645) | - | (208,645) | 208,545 | (100) | (100) |
| Rogue Digital, LLC | 18-11301 | (48) | - | (48) | 48 | - | - |
| Blackbird Productions, LLC | 18-11308 | (14,999) | - | (14,999) | 14,999 | - | - |
| Brick Mansions Acquisitions, LLC | 18-11309 | - | - | - | - | - | - |
| Don Jon Acquisitions, LLC | 18-11310 | - | - | - | - | - | - |
| DR Productions, LLC | 18-11311 | (525,987) | - | (525,987) | 143,363 | (382,624) | (382,624) |
| Malavita Productions, LLC | 18-11313 | - | - | - | - | - | - |
| Movie Productions, LLC | 18-11314 | - | - | - | - | - | - |
| Paranoia Acquisitions, LLC | 18-11315 | (124,442) | - | (124,442) | - | (124,442) | (124,442) |
| Phantom Acquisitions, LLC | 18-11316 | - | - | - | - | - | - |
| Relative Motion Music, LLC | 18-11317 | - | - | - | - | - | - |
| Relative Velocity Music, LLC | 18-11318 | - | - | - | - | - | - |
| Relativity Development, LLC | 18-11319 | (907) | - | (907) | 907 | - | - |
| Relativity Films, LLC | 18-11320 | - | - | - | - | - | - |
| Relativity Foreign, LLC | 18-11321 | - | - | - | - | - | - |
| Relativity Jackson, LLC | 18-11323 | - | - | - | - | - | - |
| Relativity Media Distribution, LLC | 18-11324 | - | - | - | - | - | - |
| Relativity Media Films, LLC | 18-11325 | - | - | - | - | - | - |
| Relativity Music Group, LLC | 18-11326 | - | - | - | - | - | - |
| Relativity Production LLC | 18-11327 | - | - | - | - | - | - |
| Relativity Rogue, LLC | 18-11328 | - | - | - | - | - | - |
| RML Acquisitions I, LLC | 18-11329 | - | - | - | - | - | - |
| RML Acquisitions II, LLC | 18-11330 | - | - | - | - | - | - |
| RML Acquisitions III, LLC | 18-11331 | - | - | - | - | - | - |
| RML Acquisitions IV, LLC | 18-11332 | - | - | - | - | - | - |
| RML Acquisitions IX, LLC | 18-11333 | - | - | - | - | - | - |
| RML Acquisitions V, LLC | 18-11334 | - | - | - | - | - | - |
| RML Acquisitions VI, LLC | 18-11335 | - | - | - | - | - | - |
| RML Acquisitions VIII, LLC | 18-11337 | - | - | - | - | - | - |
| RML Acquisitions X, LLC | 18-11338 | - | - | - | - | - | - |
| RML Acquisitions XI, LLC | 18-11339 | - | - | - | - | - | - |
| RML Acquisitions XIII, LLC | 18-11340 | - | - | - | - | - | - |
| RML Acquisitions VII, LLC | 18-11336 | - | - | - | - | - | - |
| RML Desert Films, LLC | 18-11341 | - | - | - | - | - | - |
| RML Distribution International, LLC | 18-11342 | - | - | - | - | - | - |
| RML Film Development, LLC | 18-11344 | - | - | - | - | - | - |
| RML Hector Films, LLC | 18-11345 | - | - | - | - | - | - |
| RML International Assets, LLC | 18-11346 | - | - | - | - | - | - |
| RML November Films, LLC | 18-11347 | - | - | - | - | - | - |
| RML Oculus Films, LLC | 18-11348 | - | - | - | - | - | - |
| RML Romeo and Juliet Films, LLC | 18-11350 | - | - | - | - | - | - |
| RML Turkeys Films, LLC | 18-11351 | - | - | - | - | - | - |
| RML WIB Films, LLC | 18-11352 | - | - | - | - | - | - |
| RMLDD Financing, LLC | 18-11353 | (1,852,091) | - | (1,852,091) | 1,838,503 | (13,587) | (13,587) |
| Rogue Games, LLC | 18-11354 | - | - | - | - | - | - |
| Safe Haven Productions, LLC | 18-11356 | - | - | - | - | - | - |
| Snow White Productions, LLC | 18-11357 | - | - | - | - | - | - |
| Furnace Films, LLC | 18-11312 | - | - | - | - | - | - |
| Relativity Holdings LLC | 18-11322 | - | - | - | - | - | - |
| RML Echo Films, LLC | 18-11343 | - | - | - | - | - | - |
| Roguelife LLC (dba Relativity Digital) | 18-11355 | - | - | - | - | - | - |
| **Total** | | **($15,417,969)** | **-** | **($15,417,969)** | **$11,277,748** | **($4,140,220)** | **($4,140,220)** |

*Note: See Notes to Monthly Operating Report.*

In re: Relativity Media, LLC, *et al.*

Case No. **18-11358 (MEW)**

**(Jointly Administered)**

Reporting Period: **Oct. 1 - 31, 2018**

**MOR-1 (CON'T)**

*(in US Dollars)*

**Bank Reconciliations - Summary**

(Unaudited)

| Bank Name | Bank Account # | Debtor | Case # | Balance per Banks | Outstanding Checks | Outstanding Deposits | Adjusted Balance per Banks | Footnote(s) |
|---|---|---|---|---|---|---|---|---|
| | | | | October 31, 2018 | | | | |
| City National | xxxx2146 | Relativity Media, LLC | 18-11358 | $39,932 | - | - | $39,932 | (a) |
| City National | xxxx2154 | Relativity Media, LLC | 18-11358 | 27,929 | - | - | 27,929 | |
| City National | xxxx9985 | Relativity Development, LLC | 18-11319 | - | - | - | - | (a) |
| City National | xxxx1693 | Rogue Digital, LLC | 18-11301 | - | - | - | - | (a)(b) |
| City National | xxxx5912 | Relativity Media, LLC | 18-11358 | - | - | - | - | (a)(b) |
| City National | xxxx6851 | RML Distribution Domestic, LLC | 18-11292 | - | - | - | - | (a) |
| City National | xxxx3442 | RML Acquisitions II, LLC | 18-11330 | - | - | - | - | (b) |
| City National | xxxx9305 | Paranoia Acquisitions, LLC | 18-11315 | - | - | - | - | (a) |
| City National | xxxx0008 | Relativity Media, LLC | 18-11358 | - | - | - | - | (c) |
| City National | xxxx2227 | Armored Car Productions, LLC | 18-11305 | - | - | - | - | (c) |
| City National | xxxx2286 | DR Productions, LLC | 18-11311 | - | - | - | - | (c) |
| Onewest/CIT | xxxx0429 | Relativity Media, LLC | 18-11358 | 0 | - | - | 0 | |
| Onewest/CIT | xxxx3501 | Safe Haven Productions, LLC | 18-11356 | - | - | - | - | (a) |
| Onewest/CIT | xxxx0518 | Relativity Media, LLC | 18-11358 | - | - | - | - | |
| Onewest/CIT | xxxx0526 | RMLDD Financing, LLC | 18-11353 | - | - | - | - | |
| Onewest/CIT | xxxx0534 | RMLDD Financing, LLC | 18-11353 | - | - | - | - | (a) |
| Onewest/CIT | xxxx0588 | RMLDD Financing, LLC | 18-11353 | - | - | - | - | |
| Onewest/CIT | xxxx0596 | RMLDD Financing, LLC | 18-11353 | - | - | - | - | (a) |
| Onewest/CIT | xxxx0083 | RMLDD Financing, LLC | 18-11353 | 15 | - | - | 15 | (a) |
| Onewest/CIT | xxxx0091 | RMLDD Financing, LLC | 18-11353 | 1,423,273 | - | - | 1,423,273 | (a) |
| Onewest/CIT | xxxx0212 | Armored Car Productions, LLC | 18-11305 | 9,663 | - | - | 9,663 | (a) |
| Onewest/CIT | xxxx0672 | Malavita Productions, LLC | 18-11313 | - | - | - | - | |
| Onewest/CIT | xxxx0431 | RML Echo Films, LLC | 18-11343 | - | - | - | - | (a) |
| Onewest/CIT | xxxx0220 | Armored Car Productions, LLC | 18-11305 | 81,477 | - | - | 81,477 | (a) |
| Onewest/CIT | xxxx0480 | Blackbird Productions, LLC | 18-11308 | - | - | - | - | (a) |
| Onewest/CIT | xxxx0472 | Blackbird Productions, LLC | 18-11308 | - | - | - | - | (a) |
| Onewest/CIT | xxxx3435 | Furnace Films, LLC | 18-11312 | - | - | - | - | |
| Onewest/CIT | xxxx0804 | Best of Me Productions, LLC | 18-11306 | - | - | - | - | (a) |
| Onewest/CIT | xxxx1603 | DR Productions, LLC | 18-11311 | - | - | - | - | (a) |
| Onewest/CIT | xxxx1725 | DR Productions, LLC | 18-11311 | 24 | - | - | 24 | (a) |
| Onewest/CIT | xxxx1103 | Best of Me Productions, LLC | 18-11306 | - | - | - | - | (a) |
| Comerica | xxxx0251 | RML Distribution Domestic, LLC | 18-11292 | - | - | - | - | (a)(c) |
| TD Bank | xxxx1524 | Relativity Media, LLC | 18-11358 | 4,832,492 | - | - | 4,832,492 | (d) |
| | | | | | | | | |
| **Total** | | | | **$6,414,806** | **-** | **-** | **$6,414,806** | |

**Footnote(s):**

(a) Bank accounts with DACA.

(b) Inactive bank accounts that the Debtors, beginning before the Petition Date, are seeking to close.

(c) Upon information and belief these bank accounts have been closed.

(d) TD Bank xxxx1524 is the Wind-Down Operating Account for Relativity Media, LLC.

In re: Relativity Media, LLC, *et al.*      Case No. 18-11358 (MEW)

**(Jointly Administered)**      Reporting Period: <u>Oct. 1 - 31, 2018</u>

**MOR 2**

*(in US Dollars)*

**Schedule of Professional Fee Disbursements**

(Unaudited)

| PROFESSIONAL | Q2 | JULY | AUG. | SEPT. | OCT. | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | **2018** | | | |
| | | | | | | |
| *Estate Retained Professionals* | | | | | | |
| Winston & Strawn LLP | - | - | $672,318 | - | $241,841 | $914,159 |
| Willkie Farr & Gallagher LLP | - | - | - | - | 2,050,000 | 2,050,000 |
| M-III Partners, LP | - | 388,011 | 251,752 | 193,053 | 136,732 | 969,548 |
| Prime Clerk LLC | - | 152,477 | 159,933 | 131,224 | 99,386 | 543,021 |
| Total Estate Retained Professionals | - | 540,488 | 1,084,003 | 324,277 | 2,527,959 | 4,476,728 |
| | | | | | | |
| *DIP Lender Professional* | | | | | | |
| Schulte Roth & Zabel LLP | - | - | - | - | - | - |
| Total DIP Lender Retained Professional | - | - | - | - | - | - |
| | | | | | | |
| *Committee Retained Professionals* | | | | | | |
| Robins Kaplan LLP | - | - | - | - | 404,151 | 404,151 |
| Duff & Phelps LLC | - | - | - | - | - | - |
| Total Committee Retained Professionals | - | - | - | - | 404,151 | 404,151 |
| | | | | | | |
| Total Non-Ordinary Course Professionals | - | 540,488 | 1,084,003 | 324,277 | 2,932,110 | 4,880,878 |
| | | | | | | |
| US Trustee Quarterly Fees (a) | - | - | 74,061 | 325 | 128,934 | 203,320 |
| | | | | | | |
| **Total Professional and US Trustee Fees** | **-** | **$540,488** | **$1,158,064** | **$324,602** | **$3,061,044** | **$5,084,198** |

<u>Footnote(s):</u>

(a) US Trustee quarterly fees check for Q2'18 in the amount of $74,060.86 was mailed by July 31, 2018 and cleared the bank August 2, 2018. In the above schedule, the amount is shown as paid in August, the month the check cleared the bank.

In re: **Relativity Media, LLC, *et al.***      **Case No. 18-11358 (MEW)**

**Debtor**      **Reporting Period: Oct. 1 - 31, 2018**

**MOR 4**

*(in US Dollars)*

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid (a) | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | - | $7,875 | ($7,875) | 10/5/18 & 10/19/18 | EFT | - |
| FICA-Employee | - | 3,612 | (3,612) | 10/5/18 & 10/19/18 | EFT | - |
| FICA-Employer | - | 3,612 | (3,612) | 10/5/18 & 10/19/18 | EFT | - |
| Unemployment | - | - | - | N/A | | - |
| Income | - | - | - | N/A | | - |
| Other: Medicare Surtax | - | - | - | N/A | | - |
| Total Federal Taxes | - | $15,098 | ($15,098) | 10/5/18 & 10/19/18 | EFT | - |
| **State and Local** | | | | | | |
| Withholding | - | $3,139 | ($3,139) | 10/5/18 & 10/19/18 | EFT | - |
| Sales | - | - | - | N/A | | - |
| Excise | - | - | - | N/A | | - |
| Unemployment | - | - | - | N/A | | - |
| Real Property | - | - | - | N/A | | - |
| Personal Property | - | - | - | N/A | | - |
| Other: CA SDI - Disability | - | 353 | (353) | 10/5/18 & 10/19/18 | EFT | - |
| Total State and Local | - | $3,493 | ($3,493) | 10/5/18 & 10/19/18 | EFT | - |
| | | | | | | |
| **Total Taxes** | - | $18,591 | ($18,591) | | | - |

## SUMMARY OF UNPAID POST-PETITION DEBTS (a)

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other:_____ | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

**Footnote(s):**

(a) Summary of unpaid post-petition debts, see Notes to the Monthly Operating Report.

**In re: Relativity Media, LLC,** *et al.*

| | |
|---|---|
| **Debtor** | **Case No. 18-11358 (MEW)** |
| **MOR 5** | **Reporting Period:** Oct. 1 - 31, 2018 |
| *(in US Dollars)* | |

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | Debtors |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period (a) | $29,939,053 | RML Distribution Domestic, LLC, |
| Plus: Amounts billed during the period | - | Armored Car Productions, LLC, and |
| Less: Amounts transferred to UltraV (a) | (29,939,053) | DR Productions, LLC |
| Total Accounts Receivable at the end of the reporting period | - | |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| | - | - | - | - | - |
| | - | - | - | - | - |
| | - | - | - | - | - |
| | | | | | |
| Total Accounts Receivable | - | - | - | - | - |
| | | | | | |
| Less: Bad Debts (Amount considered uncollectible) | - | - | - | - | - |
| | | | | | |
| Net Accounts Receivable | - | - | - | - | - |

**Footnote(s):**
(a) Pursuant to Docket 502-1, paragraph II.2.1(b)(iii), "The term "Purchased Assets" means all of Sellers' business, assets, properties, contractual rights, goodwill, going concern value, rights and claims used or held for use in the Business (other than the Excluded Assets) as of the Closing, including:...
(iii) accounts receivable to the extent related to the Business...", therefore, the accounts receivable balance is, as of the date of this report, no longer property of the Debtors.

## TAXES RECONCILIATION AND AGING (a)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | - | - | - | - | - |
| 31 - 60 days old | - | - | - | - | - |
| 61 - 90 days old | - | - | - | - | - |
| 91+ days old | - | - | - | - | - |
| Total Taxes Payable | - | - | - | - | - |
| Total Accounts Payable | - | - | - | - | - |

**Footnote(s):**
(a) Taxes reconciliation and aging, see Notes to the Monthly Operating Report.

In re: **Relativity Media, LLC,** *et al.*                    Case No. **18-11358 (MEW)**

| **Debtor** | |
|---|---|
| **MOR 6** | Reporting Period: **Oct. 1 - 31, 2018** |
| *(in US Dollars)* | |

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| Insider 1 | Salary | - | $306,240 |
| Insider 2 | Salary | 9,231 | 60,000 |
| TOTAL PAYMENTS TO INSIDERS | | $9,231 | $366,240 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT (a) | AMOUNT APPROVED (b) | AMOUNT PAID (c) | TOTAL PAID TO DATE (c) | TOTAL INCURRED & UNPAID |
| Winston & Strawn LLP (d) | 10/18/18 | $1,134,866 | $241,841 | $914,159 | $220,707 |
| Willkie Farr & Gallagher LLP | 10/18/18 | 2,050,000 | 2,050,000 | 2,050,000 | - |
| M-III Partners, LP (e) | 10/18/18 | 793,989 | 136,732 | 969,548 | 236,531 |
| Prime Clerk LLC (f) | 5/10/18 | N/A | 99,386 | 543,021 | - |
| Robins Kaplan LLP (g) | 10/18/18 | 501,704 | 404,151 | 404,151 | 97,553 |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | $4,480,559 | $2,932,110 | $4,880,878 | $554,791 |

**Footnote(s):**

(a) Date of court order authorizing payment have been paid pursuant to that certain order [Docket No. 562] regarding First Interim Fee Applications.

(b) Approved amounts were allowed pursuant to that certain order [Docket No. 562].

(c) Amount paid and total paid to date have been made on a monthly basis pursuant to that certain order [Docket No. 288] regarding interim compensation procedures, and remain subject to either interim and/or final approval (as applicable) as set forth therein.

(d) Winston & Strawn LLP are paid 80% of fees and 100% of expenses; total incurred and unpaid of $220,707 relates to the 20% holdback for May through July fees.

(e) M-III Partners, LP are paid 80% of fees and 100% of expenses; total incurred and unpaid of $236,531 relates to the 20% holdback for May through September fees.

(f) Prime Clerk LLC fees and expenses of $543,021 relates to Claims and Noticing Agent Services and are paid at 100%.

(g) Robins Kaplan LLP are paid 80% of fees and 100% of expenses; total incurred and unpaid of $97,553 relates to the 20% holdback for May through July fees.

In re: **Relativity Media, LLC,** *et al.*                                    Case No. **18-11358 (MEW)**

| **Debtor** | Reporting Period: **Oct. 1 - 31, 2018** |

**MOR 6**

*(in US Dollars)*

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
### AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| MidCap Financial (Film Library Term Loan) | (a) | - | - |
| Aperture (Masterminds Mezzanine Loan) | (b) | - | - |
| Senior Secured Loan (RM Bidder/UltraV) | (c) | - | - |
| Subordinated Convertible Note (Relativity Secured Lender) | (d) | - | - |
| Heatherden Fee Claims | (e) | - | - |
| RKA Pre-Release P&A Loan (Masterminds) | (f) | - | - |
| RKA Pre-Release P&A Loan (Disappointments Room) | (f) | - | - |
| Technicolor | (g) | - | - |
| LiveStyle Rent (9242 Beverly Blvd. Ste. 300, Beverly Hills, CA 90210) | 5,000 | 5,000 | - |
| TOTAL PAYMENTS | | $5,000 | - |

**Footnote(s):**

(a) Net receipts from bi-weekly film library receipts settlements used to pay down interest and principal, interest at LIBOR plus 15%, and $33,333 paid each month as an adequate fee.

(b) Net receipts from bi-weekly film library settlements used to pay down interest and principal. Interest at the greater of LIBOR plus 12.5% calculated for an 18 month period and the actual amount of interest incurred on all loans.

(c) Accrues interest monthly at 10.0% on the first $30MM of principal and 13.5% on remaining principal.

(d) Accrues interest monthly at 12.0%.

(e) Accrues annual interest at 1.0%.

(f) Accrues interest annually at 1-Year Treasury Rate plus 1.5%.

(g) Accrues interest monthly at 10.5%.

| In re: | **Relativity Media, LLC**, *et al.* | **Case No. 18-11358 (MEW)** |
|---|---|---|
| | **Debtor** | **Reporting Period:** <u>Oct. 1 - 31, 2018</u> |
| | **MOR 7** | |

# DEBTOR QUESTIONNAIRE

| | **Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary.** | **Yes** | **No** |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3. | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | X (a) | |
| 4. | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5. | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7. | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8. | Are any post petition payroll taxes past due? | | X |
| 9. | Are any post petition State or Federal income taxes past due? | | X |
| 10. | Are any post petition real estate taxes past due? | | X |
| 11. | Are any other post petition taxes past due? | | X |
| 12. | Have any pre-petition taxes been paid during this reporting period? | | X |
| 13. | Are any amounts owed to post petition creditors delinquent? | | X |
| 14. | Are any wage payments past due? | | X |
| 15. | Have any post petition loans been received by the Debtor from any party? | | X |
| 16. | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X (b) |
| 17. | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18. | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

**Footnote(s):**

(a) The 2017 federal tax return was not filed by September 15, 2018
(b) Amounts may be owed to the US Trustee under the prior cases fashioned In re Relativity Fashion, et al.
(Ch. 11 Case. No. 15-11989-MEW), but amounts owed in these cases are not delinquent.

| In re: Relativity Media, LLC, *et al.* | Case No. 18-11358 (MEW) |
| Debtor | Reporting Period: October 1 – 31, 2018 |

*Note 1*

On May 3, 2018 Relativity Media, LLC ("Relativity Media" or "RML") and its affiliated Debtors and Debtors-in-Possession (collectively, the "Debtors") commenced voluntary cases under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

The accompanying unaudited financial information included in this Monthly Operating Report ("MOR") represent the financial activity of the Debtors identified in the table.

*Note 2*

In the "DECLARATION OF COLIN M. ADAMS IN SUPPORT OF CHAPTER 11 PETITIONS AND FIRST DAY PLEADINGS" paragraph 15 states:

> *"I am informed and believe that the Debtors have not prepared audited financials on a GAAP basis since May 30, 2014.[1] In addition, I am aware that certain General Ledger entries that would customarily be made on a timely basis have either been delayed or not made at all."*

Debtor-in-Possession Financial Information – The accompanying MOR-1 through MOR-7 and the supplemental exhibits contained herein are unaudited, preliminary, and do not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects. In addition, the financial information and the supplemental information contained herein represent the financial information for the Debtors only.

*Note 3*

The MOR is limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly operating requirements of the Bankruptcy Court and the United States Trustee. The unaudited financial information has been derived from the books and records of the Debtors. The information presented herein has not been subject to all procedures that would typically be applied to financial information presented in accordance with GAAP. Upon the application of such procedures the Debtors believe that the financial information could be subject to changes, and these changes could be material. The information furnished in this MOR does not include normal recurring adjustments, and also does not include all of the adjustments that would typically be made for interim financial statements in accordance with GAAP.

*Note 4*

The results of operations herein are not necessarily indicative of results that are expected from any other period or for the full year and may not necessarily reflect the combined results of operations, financial position or cash flows of the Debtors in the future.

---

[1] The last audit related to the period ended December 31, 2013.

| In re: Relativity Media, LLC, *et al.* | Case No. 18-11358 (MEW) |
|---|---|
| Debtor | Reporting Period: October 1 – 31, 2018 |

### Note 5

On January 12, 2018, RMLDD Financing, LLC, ("RMLDD"), RML Distribution Domestic, LLC, ("RDD"), RML Distribution International, LLC, ("RDI"), and certain special purpose entities,[2] in each case as borrowers, Relativity Media, LLC ("Servicer"), entered into the Fourth Amendment and Seventh Extension with MidCap Funding X Trust ("MFT"), Apollo Moultrie Credit Fund, L.P., ("Apollo Moultrie") and Apollo Tactical Value SPN Investments, L.P., ("Apollo Tactical") (jointly the "Lenders") and MidCap Funding X Trust as Agent for the Lenders.

The applicable margin means (i) with respect to LIBOR Rate, 15%, and (ii) with respect to Base Rate, 12.5%.

The loan matured on July 13, 2018. The estate has continued to meet its obligations under the loan in the ordinary course. On information and belief, UltraV will assume all obligations under the loan.

### Note 6

On May 15, 2018, Relativity Media as borrower and Relativity Holdings LLC ("Relativity Holdings") as guarantor and together with each of its subsidiaries that is from time to time a guarantor of and signatory to the note, entered into a Debtor in Possession Revolving Loan Promissory Note with UltraV Holdings LLC ("UltraV" or the "Lender") with maximum borrowings of four million dollars ($4,000,000). Relativity Media has requested that UltraV make loans from time to time on the terms, and subject to the conditions, in the note and the Interim Order or Final Order (as applicable). Relativity Media intends to utilize such loans to fund working capital requirements, costs and expenses of administration of the Chapter 11 Cases, and fees and expenses relating to the DIP facility during the pendency of the Chapter 11 Cases. Until the maturity date, Relativity Media shall only be permitted to borrow (i) to pay professional fees as set forth in the Approved Budget, (ii) an amount equal to the succeeding two (2) week projected cash requirement contained in the Approved Budget in any one borrowing, and (iii) once per week; provided that UltraV may in its sole discretion lend more often than once per-week.

The interest on the unpaid principal amount is ten percent (10%) per annum, to be paid in kind, with such interest being added to the principal amount of the obligations, on each applicable interest payment date commencing on the first interest payment date occurring after the execution of the Note.

---

[2] The special purpose entities which are borrowers under the Midcap Library Facility are 21 & Over Productions, LLC, 3 Days to Kill Productions, LLC, RML Acquisitions IV, LLC, RML Acquisitions IX, LLC, RML Acquisitions III, LLC, Best of Me Productions, LLC, Black or White Films, LLC, Brick Mansions Acquisitions, LLC, RML Desert Films, LLC, Don Jon Acquisitions, LLC, RML Echo Films, LLC, RML Acquisitions V, LLC, RML Turkeys Films, LLC, RML Hector Films, LLC, RML Acquisitions II, LLC, RML Acquisitions VI, LLC, RML Acquisitions II, LLC, Snow White Productions, LLC, Movie Productions, LLC, RML Acquisitions V, LLC, RML November Films, LLC, RML Oculus Films, LLC, Furnace Films, LLC, Paranoia Acquisitions, LLC, Safe Haven Productions, LLC, Malavita Productions, LLC, RML Acquisitions XI, LLC, RML Acquisitions I, LLC.

In re: Relativity Media, LLC, *et al.*                                    Case No. 18-11358 (MEW)
Debtor                                                    Reporting Period: October 1 – 31, 2018

The loan matured on August 31, 2018.

### Note 7

Debtors have made fee advance payments to retained professionals.  The fee advances were made by Relativity Media, LLC on behalf of all the Debtors.  For purposes of these interim MORs, no allocation has been made to reflect the fee advance balances on each of the Debtors' books.

### Note 8

Taxes Reconciliation and Aging

Relativity Holdings is a pass-through entity taxed as a partnership for income tax purposes, and substantially all federal and state income taxes are recorded by its members.  Accordingly, Relativity Holdings does not provide for income taxes.

The Debtors may incur certain state taxes imposed by states in which it conducts business.

Relativity Holdings periodically evaluates its tax positions with respect to all open years, as defined by the statute of limitations, to evaluate whether it is "more-likely-than-not" that such positions would be sustained upon examination by a tax authority based on its technical merits. For federal income tax purposes, Relativity Holdings remains open to examination for fiscal years 2014 and after.  For state income tax purposes, Relativity Holdings remains open to examination for fiscal years 2013 and after.

### Note 9

On August 21, 2018, the Court entered the Order (I) Approving Asset Purchase Agreement; (II) Approving Sale of Certain Assets Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances (Other Than as Set Forth in the Asset Purchase Agreement) to the Extent Permitted by Section 363(F) of the Bankruptcy Code; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code; (IV) Authorizing the Debtors to Consummate Transactions Related to the Above; and (V) Granting Other Relief [Docket No. 502] (the "Sale Order"), approving, inter alia, the sale (the "Sale") of certain assets of RELATIVITY MEDIA, LLC, *et al.* (collectively, the "Debtors") to UltraV Holdings LLC (the "Purchaser") pursuant to the Sale Order and that certain Asset Purchase Agreement (the "APA").

Pursuant to the terms of the Sale Order and APA (as amended), the Closing, and thus the Closing Date, occurred on October 10, 2018 [Docket 553].

# EXHIBIT II

Case 2:21-cv-04913-VAP-AS    Document 40    Filed 09/20/21    Page 148 of 524    Page ID
#:2523

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RELATIVITY MEDIA, LLC, *et al.*,[1] | Case No. 18-11358 (MEW) |
| Debtors. | (Jointly Administered) |
| | **Ref. No. 17, 56, 217, 246, 287, 360 & 444** |

### FINAL ORDER: (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POST-PETITION FINANCING AND (B) USE CASH COLLATERAL; (II) GRANTING ADEQUATE PROTECTION; (III) MODIFYING THE AUTOMATIC STAY; AND (IV) GRANTING RELATED RELIEF

Upon the motion dated May 8, 2018 [Docket No. 17] (the "**Motion**")[2] of the above-referenced debtors and debtors in possession (collectively, the "**Debtors**") seeking, among other things:

(a)      approval, on a final basis, of the Debtor-in-Possession Revolving Loan Promissory Note among the Borrower, Relativity Holdings and each of its subsidiaries that are Debtors, as guarantors (collectively, the "**Guarantors**"), and UltraV Holdings LLC, a Delaware limited liability company, as lender (in such capacity, together with its successors and assigns in such capacities, collectively, the "**DIP Lender**") (as amended, modified or supplemented from time to time, the "**DIP Note**"[3] and,

---

[1]      Each of the Debtors in the above-captioned jointly administered chapter 11 cases and their respective tax identification numbers are set forth (a) in the *Order (A) Authorizing the Joint Administration of their Chapter 11 Cases and (B) Waiving Requirements of Section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rule 2002 (n)* [Docket No. 5] and (b) at www.cases.primeclerk.com/relativity. The location of Relativity Media, LLC's corporate headquarters and the Debtors' service address is: 9242 Beverly Blvd #300, Beverly Hills, CA 90210.

[2]      Capitalized terms used but not otherwise defined in this Final Order (as defined herein) shall have the meanings ascribed to such terms in the Motion or the DIP Note (as defined herein), as applicable.

[3]      For purposes of the Interim Period (as defined in the in Interim Orders (as defined herein)), the DIP Note shall be the DIP Note dated as of May 15, 2018, a form of which was filed with the Motion, and as modified by the Interim Orders. Hereafter, the DIP Note shall be the DIP Note dated as of May 15, 2018, and as modified by the Interim Orders and this Final Order.

Error! Unknown document property name.

together with this Final Order, the Interim Orders and the other Loan Documents, in each case as hereafter amended, supplemented, or otherwise modified from time to time in accordance with the terms hereof, collectively, the "**DIP Loan Documents**"), under which the DIP Lender has agreed to loan to the Borrower pursuant to the Approved Budget, and the Borrower has agreed to repay, pursuant to the terms of the DIP Note, senior secured revolving debtor-in-possession financing loans (the "**DIP Loans**") up to an aggregate principal amount of $4,000,000 (the "**DIP Loan Commitment**") and under which the Guarantors have agreed to jointly and severally guaranty all obligations owed under the DIP Loan Documents, including the Obligations (as defined in the DIP Note) (collectively, the "**DIP Obligations**"), which DIP Obligations are to be secured by:

(i)     pursuant to section 364(c)(1) of the Bankruptcy Code, allowed claims against each of the Debtors in the amount of the DIP Obligations with priority over any and all administrative expenses of the kinds specified or ordered pursuant to any provision of the Bankruptcy Code, including, without limitation, sections 105, 326, 328, 330, 331, 503(a), 503(b), 506(c), 507(a), 507(b), 546(c), 546(d), 726, 1113 and 1114 of the Bankruptcy Code, or otherwise, subject only to the Carve-Out (as defined in this Final Order);

(ii)    pursuant to section 364(c)(2) of the Bankruptcy Code and the DIP Loan Documents, first priority liens on and security interests in all DIP Collateral (as defined in this Final Order) that was not encumbered by a Permitted Third Party Lien (as defined herein), subject only to the Carve-Out; and

(iii)   pursuant to sections 364(c)(3) and 364(d) of the Bankruptcy Code and the DIP Loan Documents, liens on and security interests in all other DIP Collateral, which liens and security interests shall in each case be (x) junior only to (1) the Carve-Out and (2) any pre-existing liens of a third party (*i.e.*, not the Prepetition Secured Note Lender (as defined herein)) (a "**Third Party Lienholder**") on the DIP Collateral, but solely to the extent that the liens and security interests of such Third Party Lienholder were, as of the Petition Date, existing, valid, enforceable, perfected and non-avoidable liens or were existing as of and perfected subsequent to the Petition Date as permitted by section 546(b) of the Bankruptcy Code (each, a "**Permitted Third Party Lien**" and collectively, the "**Permitted Third Party Liens**"),

and (y) senior to all other liens on and security interests in the DIP Collateral
of any Third Party Lienholder to the extent permitted under any applicable
intercreditor or subordination agreement or otherwise consented to by such
Third Party Lienholder;

(b)     authorization for the Debtors that have not executed the DIP Note prior to the entry

of this Final Order (the "**Remaining Guarantors**") to (i) execute and deliver

joinder(s) to the DIP Note, (ii) jointly and severally guarantee the DIP Obligations,

and (iii) grant the liens and security interests to the DIP Lender and the Prepetition

Secured Lender as set forth in this Final Order;

(c)     authorization for the Debtors to perform any and all of their obligations under this

Final Order, and such other and further acts as may be necessary or appropriate in

connection therewith;

(d)     authorization for the Debtors to provide adequate protection, pursuant to

section 361 of the Bankruptcy Code, to the Prepetition Secured Note Lender as set

forth herein;

(e)     entry of this final order (this final order, together with all annexes, schedules and

exhibits hereto, as the same may be amended, supplemented, or otherwise modified

from time to time in form and substance acceptable to the DIP Lender and the

Prepetition Secured Note Lender in their respective sole discretion, the "**Final**

**Order**") authorizing the Debtors:  (i) to borrow, pursuant to section 364(c) and

364(d) of the Bankruptcy Code, on a final basis up to an aggregate principal amount

of $4,000,000 (inclusive of the amounts that the Debtors were authorized to borrow

under the Interim Orders) at any time outstanding; and (ii) to use Cash Collateral,

in each case subject to the Approved Budget (subject to any Permitted Variance)

and the terms and conditions of this Final Order and the other DIP Loan Documents

until the occurrence of a Termination Date (as defined in this Final Order);

(f)      except to the extent of the Carve-Out, the waiver of (i) any right to surcharge the

DIP Collateral or the Prepetition Secured Note Collateral (as defined herein)

pursuant to section 506(c) of the Bankruptcy Code and (ii) any rights under the

"equities of the case" exception in section 552 of the Bankruptcy Code;

(g)      modification of the automatic stay, as and to the extent set forth herein, to the extent

necessary to implement and effectuate the terms and provisions of this Final Order

and the other DIP Loan Documents, and the waiver of any applicable stay and

provision for immediate effectiveness of this Final Order; and

(h)      the granting of further related relief.

The Court having considered:  (a) the Motion, the exhibits thereto and the documents filed

in support thereof; (b) the terms of DIP Loan Documents; (c) the evidence (including the

declarations filed in support of the Motion) and arguments submitted and/or presented at or in

connection with the First Interim Hearing, the Second Interim Hearing, the Third Interim Hearing,

the Fourth Interim Hearing (as each such term is defined in the Interim Orders), and the final

hearing held before this Court on August 9, 2018 (the "**Final Hearing**") to consider the entry of

this Final Order; and (d) the responses or objections filed or raised in connection with the Interim

Hearings and/or the Final Hearing, as applicable; the Court having entered the (1) *Interim Order:*

*(I) Authorizing Debtors To Obtain Secured Post-Petition Financing And Use Cash Collateral; (II)*

*Granting Adequate Protection; (III) Modifying The Automatic Stay; (IV) Scheduling A Final*

*Hearing; And (V) Granting Related Relief* [Docket No. 56] (the "**First Interim Order**"), (2)

*Interim Bridge Order: (I) Authorizing Debtors To Obtain Secured Post-Petition Financing And*

*Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying The Automatic Stay; (IV) Scheduling A Final Hearing; And (V) Granting Related Relief* [Docket No. 217] (the "**Interim Bridge Order**"), (3) *Second Interim Bridge Order: (I) Authorizing The Debtors To (A) Obtain Post-Petition Financing And (B) Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying The Automatic Stay; (IV) Scheduling A Final Hearing; And (V) Granting Related Relief* [Docket No. 246] (the "**Second Interim Bridge Order**"), (4) *Third Interim Bridge Order: (I) Authorizing The Debtors To (A) Obtain Post-Petition Financing And (B) Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying The Automatic Stay; (IV) Scheduling A Final Hearing; And (V) Granting Related Relief* [Docket No. 287] (the "**Third Interim Bridge Order**"), (5) *Fourth Interim Bridge Order: (I) Authorizing The Debtors To (A) Obtain Post-Petition Financing And (B) Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying The Automatic Stay; (IV) Scheduling A Final Hearing; And (V) Granting Related Relief* [Docket No. 360], (the "**Fourth Interim Bridge Order**"), and (6) *Fifth Interim Bridge Order: (I) Authorizing The Debtors To (A) Obtain Post-Petition Financing And (B) Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying The Automatic Stay; (IV) Scheduling A Final Hearing; And (V) Granting Related Relief* [Docket No. 444] (the "**Fifth Interim Bridge Order**" and, together with the First Interim Order, the Interim Bridge Order, the Second Interim Bridge Order, the Third Interim Bridge Order, and the Fourth Interim Bridge Order, collectively, the "**Interim Orders**"); it appearing to this Court that due and appropriate notice of the Motion, the Interim Hearings, the Final Hearing and the material terms of this Final Order having been given; it appearing to the Court that the approval of the relief set forth herein is fair and reasonable and in the best interests of the Debtors, their estates and creditors and all parties-in-interest, and is a sound and prudent exercise of the Debtors' business judgment; the Court having determined that the relief requested

in the Motion is necessary to avoid immediate and irreparable harm; all objections, if any, to the

entry of this Final Order having been withdrawn, resolved or overruled by the Court; and after due

deliberation and consideration, and good and sufficient cause appearing therefor, the Court hereby

enters this Final Order.

### **Debtors' Stipulations**

Subject to paragraph 36 of this Final Order, as of the Petition Date, the Debtors stipulate,

agree and acknowledge as follows:

I.         on or about April 12, 2016, pursuant to the terms of that certain *Plan Proponents'*

*Fourth Amended Plan Of Reorganization Pursuant To Chapter 11 Of The Bankruptcy Code*

[Docket No. 1572] filed in the Debtors' prior chapter 11 cases, *In re* Relativity Fashion, LLC, *et*

*al*. (Case No. 15-11989 (MEW) (the "**Plan**") and the order confirming the Plan [Docket No. 1573]

entered on February 8, 2016, (a) Relativity Media, as maker, (b) the Guarantors (as defined therein,

collectively, the "**Prepetition Note Guarantors**"), and (c) RM Bidder, LLC, as payee (which has

assigned all of its right, title and interest in the Prepetition Secured Note to UltraV Holdings LLC,

together with its successors and assigns, collectively, the "**Prepetition Secured Note Lender**"),

entered into that certain Secured Promissory Note in the aggregate principal amount of

$60,000,000 (as amended, modified or supplemented, the "**Prepetition Secured Note**" and

together with all security agreements, pledge agreements and other documents executed and

delivered in connection therewith, including, without limitation, the other Note Documents (as

defined in the Prepetition Secured Note), each as amended, modified, or otherwise supplemented,

collectively, the "**Prepetition Secured Note Documents**");

II.        as of the Petition Date, after crediting payments made prior to the Petition Date by

the Debtors, the Debtors were jointly and severally liable to the Prepetition Secured Note Lender

in the aggregate principal amount outstanding under the Prepetition Secured Note of not less than $73,824,629.71 *plus* (to the extent arising after the Petition Date) all accrued and unpaid interest (including, without limitation, any default interest), fees, costs, expenses (including, without limitation, the reasonable and documented fees and expenses required to be paid under the Prepetition Secured Note Documents), payment-in-kind obligations, indemnities, costs, other charges or amounts owing under or in connection with the Prepetition Secured Note Documents and all other Obligations (as defined in the Prepetition Secured Note) (collectively, the "**Prepetition Secured Note Obligations**");

III.        pursuant to the Prepetition Secured Note, each Prepetition Note Guarantor has jointly and severally guaranteed payment of the Prepetition Secured Note Obligations;

IV.        as of the Petition Date, the Debtors were unconditionally indebted and liable to the Prepetition Secured Note Lender for the payment of the Prepetition Secured Note Obligations;

V.        the Prepetition Secured Note Obligations are secured by valid, duly properly perfected and enforceable liens (collectively, the "**Prepetition Secured Note Liens**") on, and security interest in, all or substantially all of the Debtors' assets, including, without limitation, the Collateral (as defined in the Prepetition Secured Note Documents) and all proceeds and products of any and all of the foregoing (collectively, the "**Prepetition Secured Note Collateral**"), which Prepetition Secured Note Liens, prior to giving effect to the Interim Orders and this Final Order, have the priorities set forth in the Prepetition Secured Note Documents and the Intercreditor Agreements;

VI.        (1) the Prepetition Secured Note Obligations constitute (x) legal, valid, binding, non-avoidable and enforceable obligations of the Debtors and (y) allowed secured claims against the Debtors' estates; (2) no offsets, rights of recoupment, defenses or counterclaims to the

Prepetition Secured Note Obligations exist; (3) no portion of the Prepetition Secured Note Obligations, the Prepetition Secured Note Documents and the transactions contemplated thereby, the liens and security interests of the Prepetition Secured Note Lender, including the Prepetition Secured Note Liens, or any amounts paid to the Prepetition Secured Note Lender or applied to the Prepetition Secured Note Obligations is subject to contest, attack, objection, recoupment, defense, avoidance, recharacterization, disallowance, reduction, reclassification, attachment, recovery, offset, counterclaim, cross-claims, surcharge, subordination (whether equitable, contractual or otherwise), impairment, challenge, reduction, disgorgement, or "claim" (as defined in section 101(5) of the Bankruptcy Code) of any kind pursuant to the Bankruptcy Code or applicable non-bankruptcy law; (4) the Prepetition Secured Note Documents are valid, binding and enforceable in accordance with their terms; (5) the Prepetition Secured Note Liens constitute valid, binding, non-avoidable, enforceable and properly perfected liens on, and security interests in, the Prepetition Collateral; and (6) no claim of or cause of action in favor of the Debtors or the Debtors estates exists against the Prepetition Secured Note Lender (or any of its agents, each in such capacity), whether arising under applicable state or federal law (including, without limitation, any "lender liability" causes of action or recharacterization, avoidance or other claims arising under or pursuant to sections 105, 510 or 542 through 553 of the Bankruptcy Code), or whether arising under or in connection with any of the Prepetition Secured Note Documents (or the transactions contemplated thereunder), Prepetition Secured Note Obligations or Prepetition Secured Note Liens, including, without limitation, any right to assert any claim for disgorgement or recovery;

VII.    the Debtors do not have any claims, challenges, counterclaims, causes of action, defenses, recoupment, disgorgement, or setoff rights related to the Prepetition Secured Note Obligations or the Prepetition Secured Note Documents, whether arising under the Bankruptcy

Code or applicable non-bankruptcy law, on or prior to the date hereof, against the Prepetition

Secured Note Lender and its affiliates, subsidiaries, agents, officers, directors, employees,

attorneys and advisors;

VIII.       the Debtors each irrevocably waive, for themselves, and their subsidiaries,

shareholders, and affiliates, any right to challenge, contest or avoid the perfection, validity, priority

and enforceability of the Prepetition Secured Note Obligations, Prepetition Secured Note Liens

and Prepetition Secured Note Documents; and

IX.       as of the date of this Final Order, the Debtors are not aware of any claims,

objections, challenges or causes of action against the Prepetition Secured Note Lender arising out

of or relating to the Prepetition Secured Note Obligations.

### Findings of Fact and Conclusions of Law[4]

A.       On May 3, 2018 (the "**Petition Date**"), the Debtors filed voluntary petitions for

relief under chapter 11 of the Bankruptcy Code thereby commencing their jointly administered

chapter 11 cases (the "**Chapter 11 Cases**").  As of the date hereof, no trustee or examiner has been

appointed in the Chapter 11 Cases.  On May 18, 2018, the U.S. Trustee appointed a creditors'

committee (the "**Committee**") comprised of five members.

B.       The Debtors are continuing in possession of their properties and are operating and

managing their businesses, as debtors in possession, pursuant to sections 1107 and 1108 of the

Bankruptcy Code.

---

[4]       Findings of fact shall be construed as conclusions of law, and conclusions of law be construed as findings of
fact, pursuant to Bankruptcy Rule 7052.

- 9 -

C.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157.

Consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  The venue

of the Debtors' Chapter 11 Cases is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

D.      Notice of the Final Hearing and the relief requested in the Motion has been provided

by the Debtors to (i) their fifty (50) largest unsecured creditors (on a consolidated basis), (ii) the

DIP Lender and counsel thereto, (iii) the Prepetition Secured Note Lender and counsel thereto, (iv)

the Office of the United States Trustee for the Southern District of New York (the "**U.S. Trustee**"),

(v) the Committee and counsel thereto, (vi) other known secured creditors and their counsel (if

known), (vii) the local office of the Internal Revenue Service, (viii) all parties that have requested

notice in the Chapter 11 Cases pursuant to Bankruptcy Rule 2002, and (ix) all parties entitled to

notice pursuant to Local Rule 9013-1(b).  Under the circumstances, such notice constitutes due

and sufficient notice thereof and complies with Bankruptcy Rules 2002 and 4001(b) and (c) and

Local Rule 9013-1, and the Court concludes that no further notice is necessary.

E.      Subject to paragraph 36 of this Final Order, effective as of the Petition Date, the

Debtors, on behalf of themselves and their respective estates, forever and irrevocably release,

discharge, and acquit the DIP Lender and the Prepetition Secured Note Lender, and each of their

respective former, current and future officers, employees, directors, agents, representatives,

owners, members, partners, financial advisors, legal advisors, shareholders, managers, consultants,

accountants, attorneys, affiliates, and the predecessors and successors in interest and assigns of the

DIP Lender and Prepetition Secured Note Lender and their respective affiliates (collectively, the

"**Releasees**")[5] of and from any and all claims, demands, liabilities, responsibilities, disputes,

---

[5]      For the avoidance of doubt, nothing contained herein shall constitute or be deemed to constitute a release of
Ryan Kavanaugh, who is not a Releasee.

remedies, causes of action, indebtedness, obligations, rights, assertions, allegations, actions, suits, controversies, proceedings, losses, damages, injuries, reasonable attorneys' fees, costs, expenses or judgments of every type, whether known, unknown, asserted, unasserted, suspected, unsuspected, accrued, unaccrued, fixed, contingent, pending or threatened, including, without limitation, all legal and equitable theories of recovery, arising under common law, statute or regulation or by contract, arising out of, in connection with, or relating to any aspect of the relationship between each of the DIP Lender and the Prepetition Secured Note Lender, on the one hand, and any of the Debtors and their respective affiliates, on the other hand, the DIP Loans, the DIP Liens, the DIP Claims, the DIP Obligations, the DIP Loan Documents and the transactions contemplated thereunder, the Prepetition Secured Note Obligations, the Prepetition Secured Note Liens, the Prepetition Secured Note Documents and the transactions contemplated thereunder (including (x) any so-called "lender liability" or equitable subordination claims or defenses and (y) any and all claims and causes of action (i) arising under the Bankruptcy Code or regarding the validity, priority, perfection or avoidability of the DIP Liens or DIP Claims and/or liens or claims of the Prepetition Secured Note Lender), in each case, arising out of, connected with or related to any and all acts, omissions or events occurring through the entry of this Final Order.  The Debtors, on behalf of themselves and their respective estates, further waive and releases any and all defenses (including offsets and counterclaims of any nature or kind) that the Debtors may have now or may claim to have against the Releasees (including with respect to the validity, perfection, priority, enforceability and non-avoidability of the DIP Obligations and the Prepetition Secured Note Obligations) arising out of, connected with or related to any and all acts, omissions or events occurring prior to the entry of this Final Order.

F.       Each Debtor has all requisite corporate power and authority to execute and deliver the DIP Loan Documents to which it is a party and to perform its obligations thereunder.

G.       Based upon the pleadings and proceedings of record in the Chapter 11 Cases, and given the Debtors' current financial condition, financing arrangements, and capital structure, the Debtors have an immediate and critical need to obtain the DIP Loan and to use Cash Collateral to permit the Debtors to, among other things, continue the orderly operation of their businesses, maximize and preserve their going concern value, make payroll and satisfy other working capital and general corporate purposes, and pay other costs, fees and expenses associated with administration of the Chapter 11 Cases.  In the absence of the authority of this Court to borrow under the DIP Loan Documents and use Cash Collateral, the Debtors and their estates would suffer immediate and irreparable harm.  The Debtors do not have sufficient available sources of working capital and financing to operate their businesses or maintain their properties in the ordinary course of business without access to the DIP Loans and the authorized use of Cash Collateral.

H.       Based upon the pleadings and proceedings of record in the Chapter 11 Cases, and the Debtors' current financial condition, financing arrangements and capital structure, the Debtors are unable to obtain (i) adequate unsecured credit allowable as an administrative expense under sections 364(b) and 503(b)(1) of the Bankruptcy Code, (ii) unsecured credit with administrative priority under section 364(c)(1) of the Bankruptcy Code, (iii) adequate credit secured by (x) a senior lien on unencumbered assets of their estates under section 364(c)(2) of the Bankruptcy Code and (y) a junior lien on encumbered assets under section 364(c)(3) of the Bankruptcy Code, or (iv) secured credit under section 364(d)(1) of the Bankruptcy Code, in each case from sources other than the DIP Lender and on terms more favorable than the terms of the DIP Loan Documents and the DIP Loans.  The only viable source of secured credit available to the Debtors, other than

the use of Cash Collateral, are the DIP Loans. The Debtors require both additional financing under the DIP Note and the continued use of Cash Collateral under the terms of this Final Order to satisfy their post-petition liquidity needs. The Debtors are unable to obtain the DIP Loans and the Prepetition Secured Note Lender's consent to the use of Cash Collateral without granting the liens and claims set forth in this Final Order. After considering all alternatives, the Debtors have concluded, in the exercise of their sound business judgment, that the DIP Loans represent the best financing available to the Debtors.

I.     The DIP Lender has indicated a willingness to provide financing to the Debtors subject to (a) entry of the Interim Orders and this Final Order, (b) approval of the terms and conditions of the DIP Loans and the DIP Loan Documents, (c) satisfaction of closing conditions set forth in the DIP Loan Documents, and (d) findings by this Court that such financing is essential to the Debtors' estates, the DIP Lender is providing the DIP Loans to the Debtors pursuant to the DIP Loan Documents in good faith, and the DIP Lender's claims, liens and security interests and other protections granted pursuant to the DIP Loan Documents will have the protections afforded by section 364(e) of the Bankruptcy Code and as set forth herein.

J.     The DIP Lender and the Prepetition Secured Note Lender have consented to the Debtors' proposed use of Cash Collateral on the terms and conditions set forth in this Final Order (including the protections afforded to parties acting in "good faith" under sections 363(m) and 364(e) of the Bankruptcy Code), and such consent is binding on the DIP Lender and the Prepetition Secured Note Lender. The priming of the Prepetition Secured Note Liens as contemplated by this Final Order will enable the Debtors to obtain the DIP Loans and to continue to operate their businesses to the benefit of their estates and creditors. The Prepetition Secured Note Lender has consented to such priming and the Debtors' use of Cash Collateral in accordance with the terms

and conditions set forth herein, and such consent is expressly limited to the post-petition financing being provided by the DIP Lender and the use of Cash Collateral as contemplated by this Final Order, the other DIP Loan Documents and the Approved Budget (subject to any Permitted Variance), and the provision of adequate protection as provided herein, and shall not extend to any other post-petition financing. The Prepetition Secured Note Lender is entitled to receive adequate protection as set forth in this Final Order.

K.    As a condition to entry into the DIP Note, the extension of DIP Loans and the authorization to use Prepetition Secured Note Collateral, including Cash Collateral, the DIP Lender and the Prepetition Secured Note Lender require, and the Debtors have agreed, that the DIP Loans and Prepetition Secured Note Collateral, including Cash Collateral, shall be used, in each case, in a manner consistent with the terms and conditions of this Final Order, the other DIP Loan Documents and in accordance with the Approved Budget (subject to any Permitted Variance). Attached to this Final Order as Exhibit A is a budget approved by the DIP Lender and the Prepetition Secured Note Lender (each in its sole discretion), which sets forth, among other things, the projected cash receipts, sales and cash disbursements through the Stated Maturity Date (as defined below). Commencing with the sixth week after the Petition Date, and continuing on every four (4)-week anniversary thereafter, the budget shall be updated by the Debtors and if such updated budget is in form and substance satisfactory to the DIP Lender and the Prepetition Secured Note Lender (each in its sole and absolute discretion), it shall become the "Approved Budget" for purposes of the DIP Loan Documents, without further notice, motion or application to, or order of, or hearing before, the Court; provided that a copy of an Approved Budget will be provided to the U.S. Trustee and counsel to the Committee and either the U.S. Trustee or the Committee shall have three (3) business days to lodge objections to the Approved Budget before it becomes effective. If

an updated budget is not in form and substance satisfactory to the DIP Lender and the Prepetition

Secured Note Lender (each in its sole and absolute discretion), then the existing Approved Budget

will remain in place as the Approved Budget under this Final Order and the other DIP Loan

Documents. For the avoidance of doubt, notwithstanding anything contained herein, the inclusion

of fees, expenses and disbursements of the estates' professionals in the Approved Budget does not,

and shall not be deemed to, constitute (a) the DIP Lender's consent to or approval of such fees,

expenses and/or disbursements (or any portion thereof), including the allowance or payment

thereof, or (b) a waiver of the DIP Lender's right to object, challenge or dispute any such fees,

expenses or disbursements on any ground. The DIP Lender's rights are fully reserved, including

the right to object to allowance of any such fees, expenses or disbursements.

## ORDER

Based on the foregoing, and upon the record made before this Court at the Interim Hearings

and the Final Hearing, and good and sufficient cause appearing therefor,

**IT IS ORDERED, ADJUDGED, AND DECREED** that:

1.      The Motion is GRANTED on a final basis on the terms set forth in this Final Order.

All responses and objections to the entry of this Final Order (if any), to the extent not withdrawn

or resolved, are overruled.

2.      The terms of the DIP Loans and the DIP Loan Documents, including the continued

use of the DIP Collateral and Cash Collateral, in accordance with the terms of this Final Order, are

fair and reasonable, reflect the Debtors' exercise of prudent business judgment consistent with

their fiduciary duties, and are supported by and constitute reasonably equivalent value and fair

consideration.

3.      The Remaining Guarantors are authorized to execute and deliver to the DIP Lender joinder(s) to the DIP Note and shall be bound by the terms thereof, and to grant liens, security interests and claims to the DIP Lender and the Prepetition Secured Note Lender as set forth in the DIP Note and this Final Order.  It shall be a condition to any borrowings under the DIP Note that the Remaining Guarantors shall have executed and delivered to the DIP Lender joinder(s) to the DIP Note and the other DIP Loan Documents.

4.      The Debtors are jointly and severally liable for the repayment of amounts due under the DIP Loan Documents.

5.      The DIP Loans and DIP Loan Documents, including the Guarantors' guarantees, and the use of Cash Collateral have been negotiated in good faith between the Debtors, the DIP Lender, and the Prepetition Secured Note Lender, and all of the Debtors' obligations, liabilities, and indebtedness arising under, in respect of or in connection with the DIP Loans and/or the DIP Loan Documents, including, without limitation, all loans made to the Debtors pursuant to the DIP Loan Documents, and the Prepetition Secured Note Lender's consent to the use of Cash Collateral shall be deemed to have been made in good faith as that term is used in section 364(e) of the Bankruptcy Code and in express reliance upon the protections offered by section 364(e) of the Bankruptcy Code, and shall be entitled to the full protection of section 364(e) of the Bankruptcy Code in the event that any of the Interim Orders or this Final Order, or any provision thereof or hereof, is vacated, reversed, or modified, on appeal or otherwise.

6.      The Debtors have requested immediate entry of this Final Order pursuant to Bankruptcy Rules 4001(b)(2) and (c)(2) and the Local Rules.  Absent the financing under the DIP Loan Documents, the use of Cash Collateral, and the entry of this Final Order, the Debtors' estates will be immediately and irreparably harmed.  This Court concludes that good cause has been shown

and that entry of this Final Order is in the best interest of the Debtors, their estates, creditors, and all other parties in interest

7.      The DIP Loans and the DIP Loan Documents, including the Guarantors' guarantees, are hereby approved as set forth in this Final Order and the Debtors are hereby authorized, on a final basis, to borrow up to an aggregate principal amount of $4,000,000 (inclusive of the amounts that the Debtors were authorized to borrow under the Interim Orders) and use Cash Collateral, in each case subject and pursuant to the DIP Loan Documents, the Approved Budget (subject to any Permitted Variance) and this Final Order.  Notwithstanding anything in the DIP Loan Documents to the contrary, the Debtors are only authorized and permitted to borrow, and the DIP Lender is only obligated to lend, pursuant to and in accordance with those line item expenses contained in the Approved Budget, subject to any Permitted Variance.  For the avoidance of doubt, the authorization to use Cash Collateral contained herein relates solely to the Cash Collateral of the Prepetition Secured Note Lender.  Nothing herein is intended to modify the Cash Management Order.

8.      In furtherance of the foregoing and without further approval of this Court, the Debtors are authorized (and the automatic stay under section 362 of the Bankruptcy Code is hereby modified to permit the Debtors) to perform all acts, to make, execute, and deliver all instruments and documents (including, without limitation, the execution or recordation of security agreements, mortgages, and financing statements) as may be necessary to implement the terms and conditions of this Final Order and the transactions contemplated hereby, including, without limitation:

(a)     the execution, delivery, and performance of the DIP Loan Documents;

(b)     the execution, delivery, and performance of one or more ministerial amendments to the DIP Loan Documents, in each case in such form as the Debtors and the DIP Lender may agree (it being understood that further approval of the Court shall be required for any non-ministerial amendments to

the DIP Loan Documents except for amendments to the Approved Budget and
any financial reporting requirements under the DIP Loan Documents for which
only the prior written consent of the DIP Lender and the Prepetition Secured
Note Lender shall be required);

(c)     the non-refundable payment in-kind to the DIP Lender of the Funding Fees
referred to in the DIP Note; and

(d)     the performance of all other acts required under or in connection with the DIP
Loan Documents.

9.      Notwithstanding anything in this Final Order to the contrary, the Debtors are

authorized and directed to pay in cash, on the terms set forth in this paragraph and pursuant to the

terms of the DIP Note, and subject to the Approved Budget, the reasonable and documented fees,

expenses and disbursements, whether incurred before or after the Petition Date, of counsel for the

DIP Lender.  Invoices supporting the payment of such fees, expenses and disbursements set forth

in this paragraph shall be submitted to counsel for the Debtors, the Committee, and the U.S. Trustee

(subject in all respects to applicable privilege or work product doctrines) by counsel for the DIP

Lender and without the necessity of filing formal fee applications or any Court approval.  Counsel

for the DIP Lender shall not be required to comply with the *Guidelines for Reviewing Applications*

*for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in*

*Larger Chapter 11 Cases Effective as of November 1, 2013*, issued by the Executive Office for

United States Trustees.  The U.S. Trustee, the Debtors and the Committee shall have ten (10) days

from the date of the submission of the applicable invoice during which to raise an objection to the

payment of any fees, expenses and disbursements contained therein.  If no objection is raised by

any of these parties within ten (10) days of receipt of the applicable invoice, the Debtors are

authorized and directed to pay the amounts reflected in such invoice immediately thereafter.  In

the event an objection is raised by one or more such parties to any portion of such fees, expenses

and/or disbursements, the Debtors are authorized and directed to immediately pay the undisputed

portion and, absent a consensual resolution, the Court shall resolve the dispute as to the remaining

portion.  Payment of any amounts under this paragraph shall not be subject to disgorgement or

recharacterization

10.    The DIP Lender is authorized to make, and the Borrower is authorized to borrow,

the DIP Loans available collectively to the Debtors in accordance with, and in the amounts sets

forth in, this Final Order, the other DIP Loan Documents and the Approved Budget (subject to any

Permitted Variance) until the occurrence of a Termination Date.

11.    The outstanding DIP Loans shall accrue interest at the rate of ten percent (10%) per

annum (the "**Applicable Rate**"), to be paid in kind, with such interest being added to the principal

amount of the Obligations, on each applicable Interest Payment Date commencing on the first

Interest Payment Date occurring after the execution of the DIP Note.  Interest on the DIP Loans

shall be calculated on the basis of a year of 360 days for actual days elapsed.

12.    **DIP Claims**.  Effective immediately upon the entry of (a) the First Interim Order

with respect to the Debtors other than the Remaining Guarantors and (b) this Final Order with

respect to the Remaining Guarantors, in each case subject to the Carve-Out, the DIP Lender was

granted, or is hereby granted, as applicable, pursuant to section 364(c)(1) of the Bankruptcy Code,

allowed secured claims in the amount of the DIP Obligations (all such claims, collectively, the

"**DIP Claims**"), which DIP Claims shall be, or shall continue to be, as applicable, payable from

and have recourse to all DIP Collateral and against each of the Debtors (jointly and severally),

with priority over any and all other administrative expenses and all other claims asserted against

the Debtors now existing or hereafter arising of any kind whatsoever, including all administrative

expenses or claims of the kind specified in or arising under sections 105(a), 326, 328, 330, 331,

363, 364, 365, 503, 507(a), 507(b), 726, 1113 or 1114 of the Bankruptcy Code, whether or not

such expenses or claims may become secured by a judgment lien or other non-consensual lien, levy, or attachment, which DIP Claims shall for purposes of section 1129(a)(9)(A) of the Bankruptcy Code be considered administrative expenses allowed under section 503(b) of the Bankruptcy Code, and shall be payable from and have recourse to all pre- and post-petition property, whether existing on the Petition Date or thereafter acquired, of the Debtors and all proceeds thereof (other than claims and causes of action under chapter 5 of the Bankruptcy Code and proceeds thereof (collectively, the "**Avoidance Actions**")). Other than the Carve-Out and as expressly provided herein, no costs or expenses of administration, including, without limitation, professional fees allowed and payable under sections 328, 330 and 331 of the Bankruptcy Code, or otherwise, that have been or may be incurred in these proceedings or in any Successor Cases (as defined in this Final Order), and no priority claims against any of the Debtors are, or will be, senior to, prior to, or *pari passu* with the DIP Liens, the DIP Claims, or any of the DIP Obligations, or with any other claims of the DIP Lender arising under the Interim Orders, this Final Order or the other DIP Loan Documents or otherwise in connection with the DIP Loans.

13. **DIP Liens**. Effective immediately upon the entry of (a) the First Interim Order with respect to the Debtors other than the Remaining Guarantors and (b) this Final Order with respect to the Remaining Guarantors, in each case subject to the Carve-Out, as security for the DIP Obligations (including accrued interest relating to the DIP Loan Commitment and DIP Lender Costs), the DIP Lender was granted, or is hereby granted, as applicable, the following security interests and liens (all such security interests and liens, collectively, the "**DIP Liens**"), which DIP Liens shall immediately be, or shall continue to be, as applicable, valid, binding, fully perfected, continuing, enforceable and non-avoidable:

    a.   pursuant to section 364(c)(2) of the Bankruptcy Code and the DIP Loan Documents, first priority liens on and security interests in all DIP Collateral that was not

encumbered by valid, enforceable, perfected and non-avoidable liens as of the Petition Date; and

b. pursuant to sections 364(c)(3) and 364(d) of the Bankruptcy Code and the DIP Loan Documents, liens on and security interests in all other DIP Collateral, which liens and security interests shall in each case be (x) junior only to (1) the Carve-Out and (2) any pre-existing liens of a Third Party Lienholder on the DIP Collateral, but solely to the extent that the liens and security interests of such Third Party Lienholder were, as of the Petition Date, existing, valid, enforceable, perfected and non-avoidable liens, or were existing as of and perfected subsequent to the Petition Date as permitted by section 546(b) of the Bankruptcy Code, and (y) senior to all other liens on and security interests in the DIP Collateral of any Third Party Lienholder to the extent permitted under any applicable intercreditor or subordination agreement or otherwise consented to by such Third Party Lienholder.

Effective immediately upon the entry of (a) the First Interim Order with respect to the Debtors other than the Remaining Guarantors and (b) this Final Order with respect to the Remaining Guarantors, the DIP Liens shall not be subject or subordinate to, or *pari passu* with, (1) any lien or security interest that was or is avoided and preserved for the benefit of the Debtors and their estates under section 551 of the Bankruptcy Code, (2) any lien or security interest (other than the Permitted Third Party Liens) existing on or arising on or after the Petition Date, including, without limitation, to the maximum extent permitted under the Bankruptcy Code, any lien or security interest granted in favor of any federal, state, municipal or other governmental unit, commission, board or court (but shall be subject to the Carve-Out), or (3) other than as expressly set forth herein, any other lien, claim or security interest under sections 363 or 364 of the Bankruptcy Code or otherwise.  For the avoidance of doubt, the DIP Liens shall be senior to the Adequate Protection Lien (as defined in this Final Order), the Prepetition Secured Note Liens, and the Prepetition Secured Note Obligations.  The DIP Liens shall be valid and enforceable against any trustee appointed in the Chapter 11 Cases, upon the conversion of any of the Chapter 11 Cases to a case under Chapter 7 of the Bankruptcy Code or in any other proceedings related to any of the

foregoing (such Chapter 11 Cases or proceedings, "**Successor Cases**"), and/or upon the dismissal

of any of the Chapter 11 Cases. The DIP Liens shall not be subject to section 510, the "equities

of the case" exception of section 552 or sections 549, 550 or 551 of the Bankruptcy Code, and the

Debtors have waived all rights to surcharge the DIP Collateral or the Prepetition Secured Note

Collateral pursuant to section 506(c).

14.     **DIP Collateral**.  As used herein, "**DIP Collateral**" shall include all Prepetition

Secured Note Collateral and all other prepetition and post-petition property, assets and interests in

property and assets of the Debtors and their respective estates, of any kind or nature, now existing

or hereafter acquired, arising or created, and wherever located, including all real and personal

property, tangible or intangible or mixed, accounts, goods (including inventory and equipment),

documents (including, if applicable, electronic documents), fixtures, instruments, promissory

notes, chattel paper (whether tangible or electronic), letters of credit, letter-of-credit rights

(whether or not the letter of credit is evidenced by a writing), equity interests, securities and all

other investment property, commercial tort claims, general intangibles (including all payment

intangibles), the Debtors' rights and interests under any permits or licenses issued by any

governmental entity (to the fullest extent allowed under applicable state and/or local law), money,

deposit accounts (and all amounts on deposit therein from time to time), patents, trademarks, other

intellectual property, licenses of any intellectual property, any other contract rights or rights to the

payment of money, books and records, all supporting obligations, any insurance, indemnity,

warranty or guaranty payable to any of the Debtors from time to time, any claims and causes of

action of the Debtors, and all proceeds, rents, products, accessions to, replacements for and

substitutions of any of the foregoing; provided, however, that DIP Collateral shall not include (i)

any property or assets expressly excluded in the DIP Loan Documents, (ii) to the extent the

granting of liens hereunder is contrary to any applicable law, requires the consent of any Person party thereto, or will result in a default thereunder, any contract rights, instruments, documents of title, chattel paper or licenses (provided that notwithstanding the foregoing, such grant shall be effective to the extent any such legal prohibition or term has been waived or would be rendered ineffective pursuant to section 9-406, 9-408 or 9-409 of the Uniform Commercial Code or other applicable law, and provided further that such liens shall in all cases include the proceeds thereof), and (iii) any Avoidance Actions.

15.      **Payments Free and Clear**.  Any and all payments or proceeds remitted to the DIP Lender or the Prepetition Secured Note Lender pursuant to the provisions of the Interim Orders or this Final Order shall be free and clear of any claim, charge, assessment, or other liability.

16.      **Budget Reporting/Testing**.

   a.      The Debtors shall make expenditures in accordance with the line items specified in the Approved Budget, subject to Permitted Variances.

   b.      Any unused fees and expenses of any professional of the DIP Lender and the Prepetition Secured Note Lender, and any Retained Professional (as defined in this Final Order) of the Debtors, that are specified in the Approved Budget for an Approved Budget period may be carried-forward and used during subsequent Approved Budget periods.

   c.      The Debtors will provide the DIP Lender with the following by no later than 5:00 p.m. (New York time) on each Wednesday, commencing on the first Wednesday following the first two full week period after the Petition Date: a comparison of actual results for the most recently ended Applicable Period (as defined in the DIP Note) to the Approved Budget for such Applicable Period and explaining in reasonable detail the changes between actual results and the Approved Budget for such Applicable Period and verifying whether or not such changes constitute Permitted Variances (which report shall be in form and substance satisfactory to the DIP Lender in its sole discretion, the "**Budget Variance Report**").  The Budget Variance Report will be in such form as to permit the DIP Lender to (i) determine all collections for the prior weekly period and cumulatively for the Applicable Period; (ii) determine amounts spent during the prior weekly period and cumulatively for the Applicable Period; (iii) identify amounts available to be spent in each of the categories set forth in the Approved Budget during

the remaining term of the Approved Budget; and (iv) address any changes that the Debtors believe to be needed in the Approved Budget.

d.   Approved Budget amounts shall not include, without prior Court approval: (i) purchases or sales of assets outside the ordinary course of business; (ii) the assumption of executory contracts; (iii) payment of pre-petition debt; or (iv) payments outside the ordinary course of business (including a prohibition of payments of pre-petition trade payables to pre-petition trade creditors, except for payments provided for in the Approved Budget that have been approved by the Court for the payment of pre-petition claims of essential creditors that are trade creditors).

e.   The Debtors are permitted to include line items in the Approved Budget for the funding of the fees and expenses of estate professionals retained under sections 327, 328, 363, and/or 1103 of the Bankruptcy Code (the "**Retained Professionals**") and allowed as administrative expenses under sections 330 and 503 of the Bankruptcy Code and for the payment of the fees of the United States Trustee pursuant to 28 U.S.C. §1930(a).  Notwithstanding the inclusion of professional fees and expenses in the Approved Budget, nothing in this paragraph, the Interim Orders or this Final Order generally, should be interpreted as the DIP Lender's consent, or prejudice the DIP Lender's rights to object, to the allowance, reasonableness and necessity of said Retained Professional fees and expenses and whether the incurrence of said fees and expenses benefitted the Debtors' estates.  All rights of the DIP Lender are reserved regarding the same.

17.   **Carve-Out.**   There shall be a carve-out (the "**Carve-Out**") for the benefit of

Retained Professionals, the U.S. Trustee and chapter 7 trustee (if any) from the respective

Prepetition Secured Note Liens, the DIP Claims, the DIP Liens, the Adequate Protection Claim,

and the Adequate Protection Lien for:  (i) the unpaid statutory fees payable in the Chapter 11 Cases

to the United States Trustee and the Clerk of the Court pursuant to 28 U.S.C. § 1930 as determined

by agreement of the United States Trustee or by final order of the Court (collectively, the **"U.S.**

**Trustee Fees"**); (ii) all reasonable and documented fees and expenses incurred by a trustee under

section 726(b) of the Bankruptcy Code not to exceed $25,000; (iii) subject to the aggregate

amount(s) allocated to each such professional in the Approved Budget and the terms and

conditions of the Interim Orders, this Final Order, the DIP Note and the other DIP Loan

Documents, to the extent allowed by the Court at any time, whether by interim order, procedural

order, or otherwise, all unpaid reasonable and documented fees and expenses (excluding any

success or similar fees), collectively, the "**Allowed Professional Fees**") incurred by professionals

retained by the Debtors pursuant to section 327, 328, or 363 of the Bankruptcy Code (collectively,

the "**Debtor Professionals**") and the Committee, pursuant to section 328 or 1103 of the

Bankruptcy Code (collectively, the "**Committee Professionals**" and, together with the Debtor

Professionals, the "**Professional Persons**"), in each case that are incurred prior to delivery by the

DIP Lender of a Carve-Out Trigger Notice (as defined in this Final Order) and remain unpaid after

application of any retainers being held by the applicable Professional Person; and (iv) subject to

the aggregate amount(s) allocated to each such professional in the Approved Budget and the terms

and conditions of the Interim Orders, this Final Order, the DIP Note and the other DIP Loan

Documents, Allowed Professional Fees of Professional Persons that are incurred after delivery by

the DIP Agent of the Carve-Out Trigger Notice, to the extent allowed by the Court at any time,

whether by interim order, procedural order, or otherwise, in an aggregate amount not to exceed

$100,000 (inclusive of any prepetition retainer held by the applicable Professional to the extent

not previously applied or returned pursuant to clause (iii) or otherwise) (the amounts set forth in

this clause (iv) being the "**Post-Carve-Out Trigger Notice Cap**"); provided that nothing herein

shall be construed to impair the ability of any party to object to the fees, expenses, reimbursement

or compensation described in clauses (iii) and (iv) above on any grounds.  For purposes of the

foregoing, "**Carve-Out Trigger Notice**" shall mean a written notice delivered by email (or other

electronic means) by the DIP Lender to counsel to the Debtors, the U.S. Trustee and counsel to the

Committee, which notice may be delivered following the occurrence of a Termination Event (as

defined in this Final Order), stating that the Post-Carve-Out Trigger Notice Cap has been invoked.

Any payment or reimbursement made for Allowed Professional Fees incurred prior to the delivery of a Carve-Out Trigger Notice shall not reduce the Carve-Out. Any payment or reimbursement made for Allowed Professional Fees on or after the delivery of a Carve-Out Trigger Notice shall permanently reduce the Carve-Out on a dollar-for-dollar basis. Nothing in the Interim Orders, this Final Order or otherwise shall be construed to obligate the DIP Lender or the Prepetition Secured Note Lender, in any way, to pay compensation to, or to reimburse expenses of, any Professional Person or to guarantee that the Debtors have sufficient funds to pay such compensation or reimbursement. Any funding of the Carve-Out shall be added to and be made a part of the DIP Obligations and secured by DIP Collateral and otherwise entitled to the protections granted under the DIP Loan Documents, the Bankruptcy Code and applicable law.

18.    **Adequate Protection for Prepetition Secured Note Lender.**  To the extent of, and in an aggregate amount equal to, the diminution in value of their interests in the Prepetition Secured Note Collateral, from and after the Petition Date, calculated in accordance with section 506(a) of the Bankruptcy Code, resulting from, among other things, the use, sale or lease by the Debtors of the Prepetition Secured Note Collateral (including the use of Cash Collateral), the granting of the DIP Liens, and the subordination of the Prepetition Secured Note Liens thereto and to the Carve-Out, and the imposition or enforcement of the automatic stay of section 362(a) of the Bankruptcy Code (collectively, "**Diminution in Value**"), the Prepetition Secured Note Lender shall have:

a.    *Adequate Protection Claim*.  Subject to the Carve-Out, an allowed administrative expense claim (the "**Adequate Protection Claim**") as provided for in section 507(b) of the Bankruptcy Code, payable from and having recourse to all DIP Collateral; provided that the Prepetition Secured Note Lender shall not receive or retain any

payments, property, distribution or other amounts in respect of the Adequate Protection

Claim unless and until the DIP Obligations and (without duplication) the DIP Claims

have indefeasibly been paid in full in cash; provided further that the Adequate

Protection Claim shall be immediately junior and subject to the DIP Claims but senior

to the Prepetition Secured Note Obligations.

     b.  ***Adequate Protection Lien***.  Subject to the Carve-Out, pursuant to sections 361,

363(e) and 364(d) of the Bankruptcy Code, additional or replacement security interests

in and liens upon (such security interests and liens, the "**Adequate Protection Lien**")

all of the DIP Collateral, which Adequate Protection Lien shall be junior and subject

only to the DIP Liens and any Permitted Third Party Liens.

For the avoidance of doubt, the Adequate Protection Lien shall not apply to Avoidance

Actions and proceeds thereof.

     19.  Effective immediately upon the entry of (a) the First Interim Order with respect to

the Debtors other than the Remaining Guarantors and (b) this Final Order with respect to the

Remaining Guarantors, the Adequate Protection Lien shall not be subject or subordinate to, or *pari*

*passu* with, (1) any lien or security interest that was or is avoided and preserved for the benefit of

the Debtors and their estates under section 551 of the Bankruptcy Code, (2) any lien or security

interest (other than the DIP Liens and Permitted Third Party Liens) existing on or arising on or

after the Petition Date, including, without limitation, to the maximum extent permitted under the

Bankruptcy Code, any lien or security interest granted in favor of any federal, state, municipal or

other governmental unit, commission, board or court (but shall be subject to the Carve-Out), or (3)

other than as expressly set forth herein, any other lien, claim or security interest under sections 363

or 364 of the Bankruptcy Code or otherwise.  For the avoidance of doubt, the Adequate Protection

- 27 -

Lien shall be senior to the Prepetition Secured Note Liens and the Prepetition Secured Note

Obligations.  The Adequate Protection Lien shall be valid and enforceable against any trustee

appointed in the Chapter 11 Cases, upon the conversion of any of the Chapter 11 Cases to a case

under Chapter 7 of the Bankruptcy Code or in any Successor Case, and/or upon the dismissal of

any of the Chapter 11 Cases.  The Adequate Protection Lien shall not be subject to section 510,

the "equities of the case" exception of section 552, or, subject to paragraph 36 of this Final Order,

sections 549, 550 or 551 of the Bankruptcy Code.

20.     This Final Order and the Interim Orders shall be sufficient and conclusive evidence

of the allowance, validity, perfection, enforceability, non-avoidability, effectiveness and priority

of the DIP Obligations, the DIP Liens and the Adequate Protection Lien (subject to their relative

priorities and, with respect to the Adequate Protection Lien, to paragraph 36 hereof) without any

further action by the Debtors, the DIP Lender or the Prepetition Secured Note Lender and without

the necessity of the execution, recordation or filing by the DIP Lender, the Prepetition Secured

Note Lender and/or the Debtors of any security agreement, control agreement, pledge agreement,

financing statement, assignment, mortgage, deed of trust, other applicable filing or registry, or any

other instrument or document in any jurisdiction or the taking of any other action.  If the DIP

Lender or the Prepetition Secured Note Lender hereafter requests that the Debtors execute and

deliver to the DIP Lender or the Prepetition Secured Note Lender (as applicable) financing

statements, security agreements, collateral assignments, mortgages, or other instruments and

documents considered by the DIP Lender or the Prepetition Secured Note Lender (as applicable)

to be reasonably necessary or desirable to further evidence the perfection of the DIP Liens or the

Adequate Protection Lien, the Debtors are hereby authorized to execute and deliver such financing

statements, security agreements, mortgages, collateral assignments, instruments, and documents

reasonably requested, and the DIP Lender and the Prepetition Secured Note Lender (as applicable)

are hereby authorized to file or record such documents in their discretion without seeking

modification of the automatic stay, in which event all such documents shall be deemed to have

been filed or recorded as of the Petition Date.  In lieu of optional recording or filing any perfection

documents, the DIP Lender and the Prepetition Secured Note Lender may, in each of its sole

discretion, choose to record or file a true and complete copy of the Interim Orders or this Final

Order in any place that any perfection document would or could be recorded or filed (which may

include a description of the collateral appropriate to be indicated in a recording or filing at such

place of recording or filing), and such recording or filing by the DIP Lender and the Prepetition

Secured Note Lender shall have the same effect as if such perfection document had been filed or

recorded as of the Petition Date.  To the extent that the Prepetition Secured Note Lender is the

secured party under any account control agreement, listed as additional insured, loss payee under

any of the Debtors' insurance policies or is the secured party under any loan document, financing

statement, deed of trust, mortgage or other instrument or document which may otherwise be

required under the law of any jurisdiction to validate, attach, perfect or prioritize liens (any such

instrument or document, a "**Security Document**"), effective as of the Petition Date, the DIP

Lender shall also deemed to be the secured party under such account control agreement, loss payee

under the Debtors' insurance policies and the secured party under each such Security Document

in the same matter as the Prepetition Secured Note Lender, and shall have all rights and powers

attendant to that position (including, without limitation, rights of enforcement) and shall act in that

capacity and distribute any proceeds recovered or received in accordance with the terms of this

Final Order and/or the Interim Orders, as applicable, and the other DIP Loan Documents. Effective

as of the Petition Date, the Prepetition Secured Note Lender shall serve as agent for the DIP Lender

for purposes of perfecting its security interests and liens on all DIP Collateral that is of a type such
that perfection of a security interest therein may be accomplished only by possession or control by
a secured party.

21.     Unless such disposition will result in the indefeasible payment in full in cash of the
DIP Loans, subject to the Intercreditor Agreements, the Debtors shall not sell, transfer, lease,
encumber or otherwise dispose of any portion of the DIP Collateral in any way inconsistent with
the terms and conditions of the Interim Orders, this Final Order and the other DIP Loan Documents
without the prior written consent of the DIP Lender (and no such consent shall be implied, from
any other action, inaction or acquiescence by the DIP Lender) and an order of this Court.  As a
condition to the execution and delivery of the DIP Loan Documents, the extension of the DIP
Loans, and the authorization to use Cash Collateral, the Debtors have agreed that as of and
commencing on the date of the First Interim Order, the Debtors shall apply all proceeds of DIP
Collateral in accordance with the Interim Orders, this Final Order, the other DIP Loan Documents,
the Approved Budget, and the Intercreditor Agreements.

22.     Until the indefeasible payment in full in cash of all DIP Obligations and the
termination of the DIP Lenders' obligation to extend credit under the DIP Loan Documents, the
Debtors shall (a) insure the DIP Collateral and (b) maintain a cash management system acceptable
to the DIP Lender and the Prepetition Secured Note Lender, each in its sole discretion.

23.     Upon reasonable notice, the Debtors shall permit employees, legal counsel,
financial advisors, representatives, agents, and other professionals of the DIP Lender or the
Prepetition Secured Note Lender to have reasonable access to the Debtors' premises, non-
privileged books and records, and the Debtors' management, employees, CRO, and/or
professionals during normal business hours for purposes of conducting due diligence with respect

to the Debtors' administration of the estate, and the Debtors and the Debtors' advisors and
representatives (including CRO) shall reasonably cooperate and consult with, and provide to such
persons all such non-privileged information as they may reasonably request.

24.     In consideration of the DIP Loans, the DIP Loan Commitment and the authorization
for the use of Cash Collateral, except to the extent of the Carve-Out, the Debtors have waived the
right to charge any expense of administration of the Chapter 11 Cases, any Successor Cases, or
any future proceeding that may result therefrom, including liquidation in bankruptcy or other
proceedings under the Bankruptcy Code, or costs of preservation, protection, enhancement,
realization or disposition of property that is subject to the DIP Liens against, or to recover from,
the DIP Collateral pursuant to section 506(c) of the Bankruptcy Code or any similar principle of
law, without the prior written consent of the DIP Lender and no such consent shall be implied from
any other actions, inaction or acquiescence by the DIP Lender.

25.     No rights, claims, liens, or the like of the DIP Lender with respect to the protections
provided to the DIP Lender under the Interim Orders and this Final Order can be modified in any
plan of reorganization or liquidation or subsequent financing without the prior written consent of
the DIP Lender.

26.     Nothing in the Interim Orders or this Final Order shall affect the DIP Lender's
and/or the Prepetition Secured Note Lender's claims against third parties.

27.     The DIP Lender may declare a termination of the DIP Note upon the occurrence of
and continuance of an Event of Default (a "**Termination Event**") and after the giving of five (5)
calendar days' (any such five calendar-day period of time, the "**Default Notice Period**") written
notice (the "**Termination Notice**") by the DIP Lender to the Debtors, the Committee, the U.S.
Trustee, and their respective counsel of the occurrence of a Termination Event and invocation of

the Carve-Out, and the automatic stay provisions of section 362 of the Bankruptcy Code are
modified to the extent necessary to enable the DIP Lender to give the Termination Notice, unless
such Termination Event is cured by the Debtors prior to the expiration of such Default Notice
Period; provided that to the extent the Default Notice Period ends on a day other than a Business
Day, such Default Notice Period shall be extended so as to end on the next succeeding Business
Day; provided further that during the Default Notice Period, the Debtors shall be entitled to
continue to use Cash Collateral in accordance with the terms of this Final Order and the Approved
Budget (subject to any Permitted Variance).  Notwithstanding the foregoing, any motion filed by
the DIP Lender seeking relief from the automatic stay upon the occurrence of a Termination Event
shall be deemed to constitute a Termination Notice.

28.    Notwithstanding anything in the Interim Orders or this Final Order to the contrary,
(a) the DIP Lender's commitments and obligations under the DIP Loan Documents will mature,
and together with all interest thereon and any other obligations accruing under the DIP Loan
Documents, become due and payable (unless such obligations become due and payable earlier
pursuant to the terms of this Final Order and the other DIP Loan Documents by way of acceleration
or otherwise), and (b) the Debtors' right to draw on the DIP Loans and use Cash Collateral as
herein authorized, shall terminate on the earliest to occur of (each, a "**Termination Date**"):  (i) the
Stated Maturity Date; (ii) the delivery of a Termination Notice upon the occurrence of a
Termination Event in accordance with the DIP Loan Documents and the expiration of the Default
Notice Period; (iii) the date on which the sale, transfer or other disposition of all or substantially
all of the Debtors' assets is consummated; (iv) the date on which the DIP Loans have been
indefeasibly paid in full in cash; (v) substantial consummation (as defined in section 1101 of the
Bankruptcy Code and which for purposes hereof shall be no later than the "effective date" thereof)

of a plan of reorganization or liquidation filed in the Chapter 11 Cases that is confirmed pursuant

to an order entered by the Court; (vi) the acceleration of any DIP Loans and termination of the DIP

Loan Commitment in accordance with the terms of this Final Order and the other DIP Loan

Documents; and (vii) as otherwise ordered by the Court.  The occurrence of a Termination Date

shall not affect the validity, priority or enforceability of any and all rights, remedies, benefits and

protections provided to the DIP Lender under the DIP Loan Documents and the DIP Lender and

the Prepetition Secured Note Lender under the Interim Orders, this Final Order and the other DIP

Loan Documents, which rights, remedies, benefits and protections shall survive such Termination

Date.

29.     The Debtors and the Committee may seek an emergency hearing during the Default

Notice Period for the sole purpose of determining whether an Event of Default has in fact occurred

and is continuing.  If the Debtors or the Committee do not contest the occurrence or continuance

of the Event of Default during the Default Notice Period or if the Debtors or the Committee do

timely contest the occurrence or continuance of an Event of Default, and the Court, after notice

and a hearing, rules against the Debtors or the Committee, as applicable, the Termination Date

shall be deemed to have occurred.

30.     The DIP Lender's or the Prepetition Secured Note Lender's failure to seek relief or

otherwise exercise their rights and remedies under the Interim Orders, this Final Order, the other

DIP Loan Documents, or otherwise, shall not constitute a waiver of the DIP Lender's or the

Prepetition Secured Note Lender's (as applicable) rights hereunder, thereunder, or otherwise.

31.     The DIP Lender and the Prepetition Secured Note Lender may seek expedited relief

from this Court upon motion by the DIP Lender or Prepetition Secured Note Lender, as applicable,

at any time following occurrence of a Termination Event, and neither the Debtors nor the

Committee shall oppose any such request for shortened time, but either or both may oppose the substantive relief sought.

32.     The DIP Lender shall have no obligations to provide any further DIP Loans following the occurrence of a Termination Event; provided, however, notwithstanding the occurrence of a Termination Event, the DIP Lender, in its sole and absolute discretion, may elect to continue to make DIP Loans available to the Debtors consistent with the Interim Orders, this Final Order and the other DIP Loan Documents, and any such DIP Loans, notwithstanding the Termination Event, shall be afforded the protections provided to the DIP Lender under the Interim Orders, this Final Order and the other DIP Loan Documents.

33.     So long as an Event of Default shall have occurred and be continuing, and at the election of the DIP Lender confirmed by written notice from the DIP Lender to the Debtors, the Applicable Rate shall be increased by two percentage points (2.00%) per annum (the "**Default Rate**"), and all outstanding obligations owed by the Debtors to the DIP Lender under the DIP Loan Documents shall bear interest at the Default Rate applicable to such obligations.  Interest at the Default Rate shall accrue from the date of occurrence of an Event of Default until such Event of Default is cured or waived and shall be payable upon demand.

34.     Upon the occurrence of a Termination Date (but subject, only in the case of the occurrence of the Termination Date resulting from an Event of Default, to the expiration of the Default Notice Period), the DIP Lender and the Prepetition Secured Note Lender (as applicable) shall have the right to  terminate the DIP Loan Commitment and the DIP Lender's obligation to make any further DIP Loans to the Debtors, to declare all obligations under the DIP Loan Documents to be immediately due and payable, and to terminate the DIP Lender's and the Prepetition Secured Note Lender's consent to the use of Cash Collateral.  The DIP Lender shall

have the right to seek expedited relief from the automatic stay to pursue other remedies that may

be appropriate and the Debtors and the Committee shall not oppose any such request for shortened

time, but either or both may oppose the substantive relief sought.

35.     Notwithstanding the foregoing, nothing herein shall preclude the DIP Lender from

taking actions to protect its interests and exercise its rights under the Bankruptcy Code or

otherwise; provided, however, that such action is not inconsistent with the Bankruptcy Code or

this Final Order.

36.     Upon entry of the First Interim Order and enforceable as of the Petition Date, the

Debtors' stipulations, admissions, agreements, acknowledgements and releases set forth in the

Interim Orders and this Final Order shall be binding upon the Debtors, any subsequent trustee,

responsible person, examiner with expanded powers, any other estate representative, all creditors

and parties-in-interest and all of their respective representatives, successors, and assigns in all

circumstances, unless, and solely to the extent, the Committee has timely commenced an adversary

proceeding or contested matter asserting, or a motion seeking standing to assert, a Challenge as set

forth herein.  The Committee shall have until the earlier of (i) August 13, 2018 and (ii) the entry

of an order approving that certain Settlement Agreement among the Debtors, the Committee and

UltraV, dated as of July 18, 2018 (as amended, supplemented or modified in accordance with its

terms) (each, a "**Challenge Period**," and the last day of any such Challenge Period, the "**Challenge**

**Termination Date**"), to commence an adversary proceeding or contested matter asserting any

Challenge, or to file a motion seeking standing to assert a Challenge.  The applicable Challenge

Period may only be extended with the written consent of the party against whom such Challenge

is to be asserted or by the Court for cause following notice and a hearing at which only the

Committee seeking the extension of the Challenge Period and the party against whom such

Challenge is to be asserted may be heard. If a Challenge is not filed by the Committee on or before

the Challenge Termination Date, then, effective as of the Petition Date: (a) the agreements,

acknowledgements, admissions, releases and stipulations contained in the Interim Orders and this

Final Order shall be irrevocably binding on the Debtors' estates and all parties-in-interest and any

and all successors-in-interest as to any of the foregoing (including, without limitation, any official

committee or trustee) without further action by any party or this Court, and any other party-in-

interest and any and all successors-in-interest as to any of the foregoing shall thereafter be forever

barred from bringing any Challenge; (b) the Prepetition Secured Note Liens shall be deemed to

constitute valid, binding, enforceable and perfected liens and security interests not subject to

avoidance or disallowance pursuant to the Bankruptcy Code or applicable non-bankruptcy law; (c)

the Prepetition Secured Note Obligations shall be deemed to be finally allowed claims, secured to

the extent of the value of the Prepetition Secured Note Lender's Liens in the Prepetition Secured

Note Collateral, for all purposes against the Debtors, and shall not be subject to challenge by any

party-in-interest as to amount, validity, priority or otherwise; and (d) the Debtors and the Debtors'

estates shall be deemed to have released, waived and discharged the Prepetition Secured Note

Lender, together with each of its respective affiliates, parents, subsidiaries, partners, controlling

persons, agents, attorneys, advisors, professionals, officers, directors and employees, each in such

capacity, from any and all claims and causes of action arising out of, based upon or related to, in

whole or in part, the Prepetition Secured Note Obligations, the Prepetition Secured Note

Documents, or any action or failure to act by the Prepetition Secured Note Lender in connection

therewith. Notwithstanding anything to the contrary herein: (x) if any Challenge is timely

commenced, the agreements, acknowledgements, stipulations, admissions, and releases contained

in the Interim Orders and this Final Order shall nonetheless remain binding and preclusive on all

parties-in-interest (other than the party that has timely brought (and only to the extent asserted) a Challenge in connection therewith) effective as of the Petition Date, except to the extent that such agreements, acknowledgements, stipulations, admissions, and releases are successfully challenged in such Challenge; (y) the Prepetition Secured Note Lender reserves all of its rights to contest on any grounds any Challenge; and (z) the Prepetition Secured Note Lender shall comply with any and all orders of the Court in connection with a successful Challenge; provided, however, that the Prepetition Secured Note Lender preserves any and all of its rights to appeal and seek a stay of any orders of the Court issued in connection with such successful Challenge.  For the avoidance of doubt, nothing in the Interim Orders or this Final Order vests or confers on any "person" (as defined in the Bankruptcy Code) standing or authority to bring, pursue or settle any cause of action belonging to the Debtors or their estates, or precludes or limits the authority of the Court to do so. "**Challenge**" means (A) a contested matter, adversary proceeding, or other action or "claim" (as defined in the Bankruptcy Code) challenging or otherwise objecting to the admissions, agreements, acknowledgements, stipulations or releases in the Interim Orders or this Final Order, or (B) a contested matter, adversary proceeding, or other action against the Prepetition Secured Note Lender in connection with or related to the Prepetition Secured Note Obligations, or the actions or inactions of the Prepetition Secured Note Lender arising out of or related to the Prepetition Secured Note or otherwise, including, without limitation, any claim against the Prepetition Secured Note Lender in the nature of a "lender liability" cause of action, setoff, counterclaim, or defense to the Prepetition Secured Note Obligations and any other claim or cause of action, including, without limitation, under sections 544, 547, 548, 549 and/or 550 of the Bankruptcy Code.

37.     No portion of the DIP Loans, the DIP Collateral (including Cash Collateral), the Prepetition Secured Note Collateral or the Carve-Out may be used, directly or indirectly, in

connection with: (a) preventing, hindering or delaying any of the DIP Lender's or Prepetition Secured Note Lender's enforcement or realization upon any of the DIP Collateral or the Prepetition Secured Note Collateral; (b) using or seeking to use Cash Collateral or selling or otherwise disposing of DIP Collateral without the prior written consent of the DIP Lender in its sole discretion, except as otherwise provided herein; (c) using or seeking to use any insurance proceeds constituting DIP Collateral without the prior written consent of the DIP Lender in its sole discretion; (d) incurring Indebtedness (as defined the DIP Note) without the prior written consent of the DIP Lender and the Prepetition Secured Note Lender, except to the extent permitted under the DIP Loan Documents; (e) objecting to, challenging, contesting or, other than the Investigation Budget (as defined herein), investigating any of the DIP Obligations, DIP Liens, DIP Claims, DIP Collateral, Prepetition Secured Note Obligations, Prepetition Secured Note Liens, Adequate Protection Claim, Adequate Protection Lien, or any other claims or liens held by or on behalf of the DIP Lender or the Prepetition Secured Note Lender, respectively; (f) asserting, commencing or prosecuting any Challenge or any other claims or causes of action whatsoever, including, without limitation, any actions under chapter 5 of the Bankruptcy Code or applicable state law equivalents or actions to recover or disgorge payments, against any of the DIP Lender, the Prepetition Secured Note Lender or their respective agents, affiliates, parents, subsidiaries, representatives, partners, controlling persons, attorneys, advisors, professionals, officers, directors or employees;[6] (g) litigating, objecting to, challenging or contesting in any manner, or raising any defenses to, the amount, validity, perfection, priority, extent or enforceability of the DIP Obligations, the DIP Liens, the DIP Claims, the Prepetition Secured Note Obligations, the

---

[6]     For the avoidance of doubt, nothing contained herein shall constitute or be deemed to constitute a release of Ryan Kavanaugh.

Prepetition Secured Note Liens, the Adequate Protection Lien, the Adequate Protection Claim, or any other rights or interests of any of the DIP Lender or the Prepetition Secured Note Lender, or any other liens or claims granted under the Interim Orders, this Final Order, the other DIP Loan Documents and/or the Prepetition Secured Note Documents; (h) seeking to modify or amend any of the rights granted to the DIP Lender or the Prepetition Secured Note Lender under the DIP Loan Documents and the Prepetition Secured Note Documents (as applicable); (i) seeking to subordinate, recharacterize, disallow, or avoid the DIP Obligations or the Prepetition Secured Note Obligations; or (j) paying any amount on account of any claims arising prior to the Petition Date unless in accordance with the Approved Budget (or if not included in the Approved Budget, with the prior written consent of the DIP Lender and the Prepetition Secured Note Lender, each in its sole discretion) and such payments are approved by an order of the Court, provided that notwithstanding anything to the contrary herein, no more than $100,000 (the "**Investigation Budget**") of the DIP Loans and the DIP Collateral in the aggregate may be used by the Committee to investigate (but not prosecute or challenge) the validity, enforceability, perfection, priority or extent of the Prepetition Secured Note Liens or Prepetition Secured Note Obligations.

38.  The DIP Liens, the DIP Claims, the Adequate Protection Claim, and the Adequate Protection Lien, and all the rights and remedies of the DIP Lender and the Prepetition Secured Note Lender granted by the Interim Orders, this Final Order and the other DIP Loan Documents shall survive, and shall not be modified, impaired, or discharged by (a) the entry of an order converting the Chapter 11 Cases of the Debtors to chapter 7, dismissing the Chapter 11 Cases or by any other act or omission, or (b) the entry of an order confirming a plan of reorganization or liquidation in any of the Debtors' Chapter 11 Cases and, pursuant to section 1141(d)(4) of the Bankruptcy Code, the Debtors have waived any discharge as to any remaining obligations owed

under the DIP Loans and the DIP Loan Documents.  The DIP Liens, the DIP Claims, the Adequate

Protection Claim, and the Adequate Protection Lien and all the rights and remedies of the DIP

Lender and the Prepetition Secured Note Lender granted by the Interim Orders, this Final Order

and the other DIP Loan Documents shall continue in full force and effect until the DIP Obligations

and the Prepetition Secured Note Obligations and any other obligations under the Interim Orders,

this Final Order, the other DIP Loan Documents and the Prepetition Secured Note Documents are

indefeasibly paid in full in cash.

39.    Except as otherwise specifically provided in this Final Order, nothing contained in

this Final Order shall be deemed a waiver or constitute a consent to the modification of any

provision contained in the Prepetition Secured Note Documents or the DIP Loan Documents by

the Prepetition Secured Note Lender or the DIP Lender (as applicable), including, but not limited

to, the incurrence of any lien in connection therewith or the making of any payment by any Debtor.

Further, except as may be expressly provided for in this Final Order, the entry of this Final Order

is without prejudice to, and does not constitute a waiver of, expressly or implicitly:  (a) the rights

of the Prepetition Secured Note Lender or the DIP Lender to seek any other or supplemental relief

in respect of the Debtors or their estates (including, with respect to the Prepetition Secured Note

Lender, any additional adequate protection); (b) the rights of the Prepetition Secured Note Lender

or the DIP Lender under the Prepetition Secured Note Documents, the DIP Loan Documents, the

Bankruptcy Code or other applicable law (as applicable), including the right to request

modification of the automatic stay of section 362 of the Bankruptcy Code; (c) the DIP Lender's or

the Prepetition Secured Note Lender's right to request dismissal of any of the Chapter 11 Cases or

Successor Cases, conversion of any of the Chapter 11 Cases to a case under chapter 7, or

appointment of a chapter 11 trustee or examiner with expanded powers; (d) propose, subject to the

provisions of section 1121 of the Bankruptcy Code, a chapter 11 plan; or (e) any other rights, claims or privileges (whether legal, equitable or otherwise) of the Prepetition Secured Note Lender or the DIP Lender.

40.     In the event of any inconsistency between this Final Order, on the one hand, and any of the other DIP Loan Documents, the Motion, the Prepetition Secured Note Documents, any other order of this Court, or any other agreement or document, in each case, without taking into account the amendments, supplements or modifications in this Final Order (as applicable), on the other hand, unless such term or provision herein is phrased in the terms of "defined in", this Final Order shall govern; *provided* that in the event of a conflict between the express terms of the Settlement Agreement and this Final Order with respect to litigation rights and amounts carved out for the Liquidating Trust, the terms of the Settlement Agreement with respect to such conflicting terms shall govern.

41.     The provisions of the Interim Orders, this Final Order and the other DIP Loan Documents, including all findings herein, shall be binding upon all parties in interest in the Chapter 11 Cases, including, without limitation, the DIP Lender, the Prepetition Secured Note Lender, the Committee, the Debtors and their respective successors and assigns, including any subsequently appointed or elected trustee (including any subsequently appointed chapter 7 or chapter 11 trustee), examiner or other fiduciary appointed for any of the estates of the Debtors in the Chapter 11 Cases, any Successor Cases or upon dismissal of any of the Chapter 11 Cases or Successor Case, and shall inure to the benefit of the DIP Lender and the Prepetition Secured Note Lender and the Debtors and each of their respective successors and assigns; provided, however, that the DIP Lender shall have no obligation to extend any financing or credit to any trustee or similar responsible person appointed or elected in any of the Debtors' Chapter 11 Cases.

42.     Neither the DIP Lender nor the Prepetition Secured Note Lender will be required to file any proofs of claim or requests for payment of administrative expenses on account of all or any portion of the DIP Obligations, Prepetition Secured Note Obligations, the DIP Claims, the Adequate Protection Claim or any other claim of the DIP Lender, the Prepetition Secured Note Lender allowed herein, in the Interim Orders or otherwise in any of the Chapter 11 Cases or in any Successor Case, and all rights, defenses, rights of offset or recoupment that the DIP Lender or the Prepetition Secured Note Lender (as applicable) may have are expressly preserved.  Any order entered by the Court in relation to the establishment of a bar date for filing any claim (including, without limitation, administrative claims) in any of the Chapter 11 Cases or Successor Cases shall not apply to any of the DIP Lender and/or Prepetition Secured Note Lender, including with respect to any of the DIP Obligations, DIP Liens, DIP Claims, the Prepetition Secured Note Obligations, the Adequate Protection Lien, the Adequate Protection Claim and/or any other claim allowed herein, in the Interim Orders or otherwise.  The DIP Liens, DIP Claims, Prepetition Secured Note Liens, Adequate Protection Lien, Adequate Protection Claim, and/or any other liens, interests, rights, priorities and protections granted to, or in favor of the DIP Lender and Prepetition Secured Note Lender (as applicable) as set forth in the Interim Orders, this Final Order, the other DIP Loan Documents, the Prepetition Secured Note Documents, and the Debtors' stipulations contained in the Interim Orders and this Final Order (as applicable) shall be deemed a timely filed and valid proof of claim (and/or request for payment of an administrative expense(s)) by and on behalf of the DIP Lender and the Prepetition Secured Note Lender (as applicable) in each of the Chapter 11 Cases and in any Successor Case, and the DIP Lender, the Prepetition Secured Note Lender and their respective professionals shall not be required to file any proofs of claim (and/or requests for

payment of administrative expense(s)) with respect thereto or otherwise in the Chapter 11 Cases
and in an Successor Case.

43.    Subject to sections 363(f) and 363(k) of the Bankruptcy Code, (a) the DIP Lender,
and (b) the Prepetition Secured Note Lender, shall have the right to "credit bid" the full amount of
each their respective claims, including the DIP Claims and Adequate Protection Claim,
respectively, and any unpaid amounts due and owing under the Interim Orders and this Final Order,
including the amounts set forth in paragraph 9, during any sale of all or any portion of the Debtors'
assets, including, without limitation, sales (x) occurring pursuant to section 363 of the Bankruptcy
Code, (y) occurring pursuant to a plan of reorganization or a plan of liquidation under section 1129
of the Bankruptcy Code, or (z) by a chapter 7 trustee for any Debtor under section 725 of the
Bankruptcy Code.  Any credit bid shall be treated as the equivalent of a cash bid.  The DIP Lender
or the Prepetition Secured Note Lender (as applicable) shall have the absolute right to assign, sell,
or otherwise dispose of its right to credit bid in connection with any credit bid by or on behalf of
the DIP Lender or the Prepetition Secured Note Lender (as applicable) or any acquisition entity or
joint venture formed in connection with such bid.

44.    In determining to make any loan under the DIP Loan Documents or permitting the
use of the Cash Collateral or in exercising any rights or remedies as and when permitted pursuant
to the Interim Orders, this Final Order or the other DIP Loan Documents, neither the DIP Lender
nor the Prepetition Secured Note Lender shall be deemed to be in control of the operations of the
Debtors or to be acting as a "responsible person" or "owner or operator" with respect to the
operation and management of the Debtors (as such terms, or any similar terms, are used in the
United States Comprehensive Environmental Response, Compensation and Liability Act 42
U.S.C. §§ 9601 *et. seq.* as amended, or any similar federal or state statute) solely by reason of

having made the loans contemplated by the Interim Orders and this Final Order and exercising the

monitoring rights granted herein, therein and in the DIP Note.  Furthermore, nothing in the Interim

Orders, this Final Order or the other DIP Loan Documents shall in any way be construed or

interpreted to impose or allow, or to preclude, the imposition upon the DIP Lender or the

Prepetition Secured Note Lender of any liability for any claims arising from the pre-petition or

post-petition activities of the Debtors and any of their Affiliates (as defined in the Bankruptcy

Code).

45.     The Prepetition Secured Note Lender shall be entitled to all of the rights and

benefits of section 552(b) of the Bankruptcy Code as set forth herein.  The "equities of the case"

exception under section 552(b) of the Bankruptcy Code shall not apply to the Prepetition Secured

Note Lender with respect to proceeds, product, offspring, or profits with respect to any of the

Prepetition Secured Note Collateral.

46.     Neither the DIP Lender nor the Prepetition Secured Note Lender shall be subject to

the equitable doctrine of "marshaling" or any other similar doctrine with respect to any of the DIP

Collateral or the Prepetition Secured Note Collateral, as applicable.  Without limiting the

generality of the immediately preceding sentence, no party (other than the DIP Lender and

Prepetition Secured Note Lender, as applicable) shall be entitled, directly or indirectly, to direct

the exercise of remedies or seek (whether by order of this Court or otherwise) to marshal or

otherwise control the disposition of the DIP Collateral or the Prepetition Secured Note Collateral

(as applicable) after a Termination Date.

47.     Nothing in the Interim Orders or this Final Order shall amend or otherwise modify

the terms and enforceability of the Intercreditor Agreements, which shall remain in full force and

effect. The rights of the DIP Lender and the Prepetition Secured Note Lender shall at all times remain subject to the Intercreditor Agreements.

48.     For the avoidance of doubt, and notwithstanding anything in the Interim Orders or this Final Order to the contrary, nothing in the Interim Orders or this Final Order primes, subordinates, or otherwise modifies the priority under applicable non-bankruptcy law (including, without limitation, California Commercial Code section 9404(a)) of any rights and claims that Netflix, Inc. ("**Netflix**") may have to setoff or recoupment against the Debtors. Nothing contained in the Interim Orders or this Final Order shall authorize Netflix to assert or exercise any such rights or claims, constitute a finding that Netflix had or has any such rights or claims, or be deemed as, or constitute a waiver of, the Debtors' or any other party's right to dispute, challenge or contest any rights or claims that Netflix may have or assert, including any setoff or recoupment rights or claims with respect to any amounts due to any of the Debtors by Netflix. All rights, claims and defenses of the Debtors, the DIP Lender, the Prepetition Secured Note Lender and the Committee relating to or in connection with Netflix are fully reserved notwithstanding anything to the contrary contained in the Interim Orders or this Final Order.

49.     **Deemed Modifications to the DIP Note**. The DIP Note is deemed amended as follows and all references in the DIP Note, the Interim Orders or this Final Order to the DIP Note or the Note (as defined in the DIP Note), including directly or indirectly by reference to the DIP Loan Documents shall constitute references to the DIP Note as so amended:

a.       Section 2(f) of the DIP Note[7] shall be deleted in its entirety and replaced with the following: "(f) the Final Order is stayed, vacated, reversed, modified or amended without the Lender's consent in its sole discretion;";

b.       Section 17(g)(1) of the DIP Note shall be deleted in its entirety and replaced with the following: "(1) [Reserved].";

c.       Section 17(g)(2) of the DIP Note shall be deleted in its entirety and replaced with the following: "(2) [Reserved].";

d.       Section 20 of the DIP Note shall be amended as follows:

    i.    clause (iii) in the definition of "Maturity Date" shall be deleted in its entirety and replaced with the following: "(iii) [reserved];"

    ii.    clause (vi) in the definition of "Maturity Date" shall be deleted in its entirety and replaced with the following: "(vi) substantial consummation (as defined in section 1101 of the Bankruptcy Code and which for purposes hereof shall be no later than the "effective date" thereof) of a plan of reorganization or liquidation filed in the Chapter 11 Cases that is confirmed pursuant to an order entered by the Court;";

    iii.    the definition of "Stated Maturity Date" shall be deleted in its entirety and replaced with the following: ""Stated Maturity Date" means August 31, 2018.";

e.       The former section 17(g)(5) in the form of the DIP Note that was filed with the Motion shall be reinstated as new section 17(g)(17), which shall provide

---

[7]      The references to the "DIP Note" in sections 49.a through 49.g of this Final Order are to the DIP Note executed on May 15, 2018.

as follows:  "The Bankruptcy Court does not enter the Sale Order on or

before August 17, 2018.";

f.          Adequate protection payments shall be provided only to the extent set forth

in the Interim Orders and this Final DIP Order. Any provision of the DIP

Note or the DIP Loan Documents that purports to require other adequate

protection payments, or that conditions the obligations of the DIP Lender

upon receipt of other adequate protection payments, or that purports to

declare a default in the event that other adequate protection payments are

not made, shall be of no force and effect; and

g.          If an event of default occurs and if the required notice and cure periods have

expired, the Lender may cease to advance further funds and may withdraw

its consent to the use of Cash Collateral, but the exercise of any other

remedy shall require relief from the automatic stay upon application to this

Court. Such application may be on shortened notice if the Court finds, at

the time, that the circumstances so warrant.

h.          Nothing in the DIP Loan Documents or the Orders issues by this Court with

respect to them shall be construed as granting any liens or security interests

or priority claims as to avoidance actions or the proceeds thereof.

50.      The Debtors and the DIP Lender, in accordance with the terms and conditions of

the DIP Loan Documents, may enter into ministerial amendments, consents, waivers or

modifications to the DIP Loan Documents without the need for further notice and hearing or any

order of this Court (it being understood that further approval of the Court shall be otherwise

required for any non-ministerial amendments to the DIP Loan Documents except for amendments

to the Approved Budget and any financial reporting requirements under the DIP Loan Documents for which only the prior written consent of the DIP Lender and the Prepetition Secured Note Lender shall be required); <u>provided</u> that a copy of any such amendments, consents, waivers or modifications shall be provided by the Debtors to the Prepetition Secured Note Lender, the U.S. Trustee, and counsel for the Committee.

51.     Nothing in the Interim Orders or this Final Order shall be construed to constitute a substantive consolidation of any of the Debtor's estates, it being understood, however, that the Debtors shall be jointly and severally liable for the obligations hereunder and all DIP Obligations in accordance with the terms hereof and of the other DIP Loan Documents.

52.     The Debtors are authorized and directed to remit to UltraV the amount of $300,093.93 representing proceeds of the account receivable that has been received by the Debtors from Netflix relating to the motion picture entitled "*A Question of Faith*" that was purchased by UltraV from the Debtors on or about April 3, 2018.

53.     As long as no default or event of default shall have occurred and be continuing, the Debtors are authorized, on the Maturity Date, to draw the DIP Loans for the purpose of paying accrued but unpaid administrative expenses in the Approved Budget to the extent such amounts have not been funded through the funding of the wind down budget in connection with the sale of substantially all the Debtors' assets, and the amount of any such draw shall be held by the Debtors until used for such purposes free and clear of any liens, claims or encumbrances.

54.     For the avoidance of doubt, the good faith findings contained herein do not extend to Ryan Kavanaugh and nothing contained herein is intended to nor shall (directly or indirectly) release or be construed to release of Ryan Kavanaugh.

55.     Notwithstanding Bankruptcy Rules 6004(h), 6006(d), 7062, or 9014, or any other

Bankruptcy Rule, any Local Rule, or Rule 62(a) of the Federal Rules of Civil Procedure, this Final

Order shall be immediately effective and enforceable upon its entry and there shall be no stay of

execution or effectiveness of this Final Order.

56.     The Court shall retain jurisdiction to hear and determine all matters arising from

the implementation of this Final Order.

Dated: New York, New York
            August 10, 2018


                                            /s/ **Michael E. Wiles**
                                            THE HONORABLE MICHAEL E. WILES
                                            UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT A**

**APPROVED BUDGET**

# Final DIP Budget

Period labels: Interim DIP Period (Actual) covers Wk-1 through Wk-13; Final DIP Period (Forecast) covers Wk-14 through Wk-18.

| ($'s in '000s) | Wk-1[A] 5/6 | Wk-2 5/13 | Wk-3 5/20 | Wk-4 5/27 | Wk-5 6/3 | Wk-6 6/10 | Wk-7 6/17 | Wk-8 6/24 | Wk-9 7/1 | Wk-10 7/8 | Wk-11 7/15 | Wk-12 7/22 | Wk-13 7/29 | Wk-14 8/5 | Wk-15 8/12 | Wk-16 8/19 | Wk-17 8/26 | Wk-18 9/2 | Act./Fcst. 5/4 - 9/2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Operating Receipts [B] | - | - | $2.3 | $32.5 | $81.8 | $2.7 | - | $2.0 | $2.0 | $6.9 | - | $3.6 | $19.3 | $4,176.0 | $3.0 | $3.8 | $0.8 | $1.0 | $4,337.6 |
| **Operating Disbursements** | | | | | | | | | | | | | | | | | | | |
| Payroll and Benefits | - | $0.2 | $74.6 | $0.2 | $77.2 | $0.2 | $67.5 | $0.0 | $64.0 | $10.3 | $69.1 | $9.6 | $71.1 | - | $72.6 | - | $72.6 | $179.1 | $768.3 |
| Insurance | - | - | 34.9[C] | 336.2[D] | 31.6 | - | - | 33.2 | - | 22.0 | 18.4 | - | - | - | 25.0 | - | - | - | 501.4 |
| Individual Consultants | - | - | - | - | 2.5 | 18.4 | 1.0 | 1.3 | - | 8.2 | 11.7 | 16.9 | - | 29.2 | 7.5 | - | 1.9 | 44.2 | 142.6 |
| Travel & Expenses | - | - | - | - | - | - | - | - | - | - | - | 0.2 | - | - | 12.0 | - | 12.0 | - | 24.2 |
| Office, Occupancy & IT | - | - | 5.0 | - | 2.1 | - | 5.0 | 0.6 | - | 6.9 | 5.0 | 4.1 | 1.2 | 9.1 | 1.1 | 14.1 | - | 9.1 | 63.1 |
| Banking Fees | - | - | - | 1.1 | 0.4 | - | - | 1.4 | 0.4 | - | - | - | 1.5 | - | 2.0 | - | 2.0 | - | 8.7 |
| Pure Flix [E] | - | - | - | - | - | - | - | - | - | - | - | - | - | 2,932.1 | - | - | - | - | 2,932.1 |
| Participation & Residuals [F] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 253.2 | - | - | - | 253.2 |
| UltraV Loan Repayment | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 300.1 | - | - | - | 300.1 |
| Other | - | - | 13.9 | 8.8 | - | 12.1 | 0.4 | 4.2 | 0.6 | 0.4 | 0.6 | 10.0 | 0.6 | 9.8 | - | 5.5 | - | 5.5 | 72.6 |
| Total Operating Disbursements | - | $0.2 | $128.5 | $346.4 | $113.8 | $30.8 | $74.0 | $40.6 | $65.0 | $47.8 | $104.7 | $40.8 | $74.4 | $2,992.1 | $661.5 | $19.6 | $88.5 | $237.8 | $5,066.3 |
| Total Operating Cash Flow | - | ($0.2) | ($126.1) | ($313.9) | ($32.0) | ($28.1) | ($74.0) | ($38.7) | ($62.9) | ($40.9) | ($104.7) | ($37.2) | ($55.0) | $1,183.9 | ($658.5) | ($15.8) | ($87.7) | ($236.8) | ($728.7) |
| Restructuring Disbursements [G] | - | - | - | - | - | - | - | - | - | - | 109.5 | 43.0 | 388.0 | 74.1 | - | 1,144.2 | 251.8 | 574.0 | 2,584.5 |
| Total Net Cash Flow | - | ($0.2) | ($126.1) | ($313.9) | ($32.0) | ($28.1) | ($74.0) | ($38.7) | ($62.9) | ($40.9) | ($214.2) | ($80.2) | ($443.0) | $1,109.8 | ($658.5) | ($1,160.0) | ($339.4) | ($810.8) | ($3,313.2) |
| Minimum Cash Balance | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | - | - |
| DIP Facility Draw [H] | - | - | - | 330.0 | - | - | - | 122.0 | - | 220.0 | - | 50.0 | 580.0 | 175.0 | - | 386.5 | 339.4 | 735.8 | 2,938.7 |
| Final DIP Facility Draw | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 992.1 | 992.1 |
| Total DIP Facility Draw | - | - | - | 330.0 | - | - | - | 122.0 | - | 220.0 | - | 50.0 | 580.0 | 175.0 | - | 386.5 | 339.4 | 1,728.0 | 3,930.8 |
| DIP Facility Balance | - | - | - | $330.0 | $330.0 | $330.0 | $330.0 | $452.0 | $452.0 | $672.0 | $672.0 | $722.0 | $1,302.0 | $1,477.0 | $1,477.0 | $1,863.5 | $2,202.9 | $3,930.8 | $3,930.8 |
| Accrued DIP PIK Interest & Fees  10% | - | - | - | 12.2[I] | 12.9 | 13.5 | 14.2 | 15.0 | 15.9 | 17.0 | 18.4 | 19.8 | 21.8 | 24.5 | 55.6[J] | 59.0 | 63.0 | 69.2 | 69.2 |
| DIP Facility incl. PIK Interest & Fees | - | - | - | $342.2 | $342.9 | $343.5 | $344.2 | $467.0 | $467.9 | $689.0 | $690.4 | $741.8 | $1,323.8 | $1,501.5 | $1,532.6 | $1,922.4 | $2,265.9 | $4,000.0 | $4,000.0 |
| Wind Down Operating Expenses [K] | | | | | | | | | | | | | | | | | | 13.0 | 13.0 |
| Priority Claims [L] | | | | | | | | | | | | | | | | | | 700.0 | 700.0 |
| Cash Administrative Contingency | | | | | | | | | | | | | | | | | | 150.0 | 150.0 |
| Restructuring Fees & Expenses [M] | | | | | | | | | | | | | | | | | | 5,953.9 | 5,953.9 |
| Restructuring Fees & Expenses Contingency [N] | | | | | | | | | | | | | | | | | | 345.2 | 345.2 |
| Less: Final DIP Facility Draw | | | | | | | | | | | | | | | | | | (992.1) | (992.1) |
| Less: Netflix Litigation Receipt | | | | | | | | | | | | | | | | | | (3,250.0) | (3,250.0) |
| Carve Out Funding for Accrued Fees & Expenses [O] | | | | | | | | | | | | | | | | | | | $1,467.5 |
| Funding for Wind Down Fees & Expenses [P] | | | | | | | | | | | | | | | | | | | $1,452.5 |
| Ending Cash Balance | 374.5 | 374.3 | 248.1 | 264.3 | 232.2 | 204.2 | 130.2 | 213.5 | 150.6 | 329.7 | 115.5 | 85.2 | 222.2 | 1,507.0 | 848.5 | 75.0 | 75.0 | 3,912.1 | 3,912.1 |
| UltraV Credit Line Availability for Administrative & Priority Claims [Q] | | | | | | | | | | | | | | | | | | 500.0 | 500.0 |

A) Week 1 includes receipts and disbursements beginning on May 4, 2018.
B) The week ending August 5, 2018 includes $247k from NBCUniversal and $3.9mm for amounts recovered from Netflix for *A Question of Faith*, *The Stray*, *Same Kind of Difference As Me*, Latin America *Masterminds*, and Latin America *The Disappointments Room*.
C) $34.9k (including $1.7k late fee) for D&O policy financed with First Insurance Funding.
D) $303k for D&O tail policy and $33.2k to stay current on D&O policy financed with First Insurance Funding.
E) Pure Flix includes $2.9mm in the week ending August 12, 2018 for amounts recovered from Netflix for *A Question of Faith*, *The Stray*, and *Same Kind of Difference As Me*.
F) Participation & residuals in the week ending August 12, 2018 includes approximately $193k in participation payments for Latin America *Masterminds* and Latin America *The Disappointments Room* recovered amounts from the Netflix adversary proceeding.
G) Restructuring disbursements will be paid after approval process in Interim Order, upon approval of the court or as set forth in applicable professional retention applications.
H) Final DIP facility draw to fully draw DIP facility to $4.0mm capacity.
I) Includes Interim Funding Fee of 1% of amount permitted for Interim Order.
J) Includes 1% Final Funding Fee to be paid upon approval of the Final Order by the court.
K) Wind Down operating expenses in forecast except for $13k for banking fees; UltraV has informed the estate that they will incur all costs and ongoing liabilities.
L) Priority claims of $700k represents an estimate; the General Bar Date of September 12, 2018 and the Governmental Bar Date of October 30, 2018 have not yet occurred; the company will not be aware of all priority claims until both the Bar Dates pass.
M) Restructuring fees and expenses are projected to be paid between the weeks ending September 9, 2018 to December 23, 2018. This includes accrued restructuring fees and expenses and estimated restructuring fees and expenses through the Wind Down period.
N) Restructuring fees & expenses contingency assumes a 15% gross up to restructuring fees & expenses estimated to be incurred from the week ended August 5, 2018 to the end of the case; contingency excludes Schulte Roth & Zabel and Willkie Farr & Gallagher.
O) Carve out funding for accrued fees and expenses are part of the DIP carve out and assumed to be funded at the time of a sale closing the week ending September 2, 2018.
P) Wind Down fees and expenses assumed to be funded at the time of a sale closing the week ending September 2, 2018.
Q) Credit line extended by UltraV with a capacity of $500k through the Wind Down period to cover administrative & priority claims, which are allowed for payment pursuant to court order.

# Restructuring Fees

Column groups: Pre-Petition Actual (4/30–5/3) | Interim DIP Period – Actual (Wk-1 … Wk-13) | Final DIP Period (Wk-14 … Wk-18) | Wind Down [G] – Forecast (Wk-19 … Wks 26-34) | Act./Fcst. (5/4–12/23)

| ($'s in '000s) Week / Week End | Pre-Petition Actual 4/30-5/3 | Wk-1 5/6 | Wk-2 5/13 | Wk-3 5/20 | Wk-4 5/27 | Wk-5 6/3 | Wk-6 6/10 | Wk-7 6/17 | Wk-8 6/24 | Wk-9 7/1 | Wk-10 7/8 | Wk-11 7/15 | Wk-12 7/22 | Wk-13 7/29 | Wk-14 8/5 | Wk-15 8/12 | Wk-16 8/19 | Wk-17 8/26 | Wk-18 9/2 | Wk-19 9/9 | Wk-20 9/16 | Wk-21 9/23 | Wk-22 9/30 | Wk-23 10/7 | Wk-24 10/14 | Wk-25 10/21 | Wks 26-34 10/22-12/23 [H] | Act./Fcst. 5/4-12/23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fee Estimates** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Winston & Strawn | | $455.0 | | $127.2 | | $130.1 | | $130.1 | | $137.5 | | $137.5 | | | | $88.8 | | $77.8 | | $77.8 | | $77.8 | | $38.9 | | - | - | $1,478.4 |
| Willkie Farr & Gallagher | | | | | | | | | | $717.5 | | $717.5 | | | | $615.0 | | | | | | | | | | | | $2,060.0 |
| Expert Witness [A] | | | | | | | | | | | | 50.0 | | | | 50.0 | | 50.0 | | | | | | | | | | 150.0 |
| M-III Partners | | 235.0 | | 69.0 | | 80.0 | | 96.4 | | 120.9 | | 192.7 | | | | 175.0 | | 117.3 | | 90.0 | | 69.5 | | 69.5 | 34.7 | | 50.0 | 1,400.0 |
| Prime Clerk [B] | | 130.0 | | 24.1 | | 14.0 | | 26.0 | | 71.0 | | 49.0 | | | | 99.5 | | 60.0 | | 43.6 | | 43.6 | | 51.8 | 30.0 | 30.0 | 130.0 | 802.7 |
| Schulte Roth & Zabel | | 75.0 | | 75.0 | | 75.0 | | 75.0 | | 75.0 | | 75.0 | | | | 800.0 | | | | | | | | | | | | 1,250.0 |
| UCC Advisors [C] | | 30.0 | | 70.0 | | 150.0 | | 175.0 | | 175.0 | | 80.0 | | | | 80.0 | | 65.0 | | 65.0 | | 60.0 | | 60.0 | 40.0 | | | 1,050.0 |
| US Trustee | | | | 27.5 | | | | 46.5 | | | | 42.2 | | | | | | | 66.9 | | | | 68.6 | | | | 240.5 | 492.2 |
| Total Fee Estimates | | $925.0 | | $392.9 | | $449.1 | | $549.0 | | $1,296.9 | | $1,343.9 | | | | $1,908.3 | | $370.0 | $66.9 | $276.4 | | $250.9 | $68.6 | $220.2 | $104.7 | $30.0 | $420.5 | $8,673.3 |
| **Bi-weekly Accruals** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Winston & Strawn [D] | | $455.0 | | $582.2 | | $712.3 | | $842.4 | | $979.9 | | $1,117.4 | | | | $1,206.2 | | $610.0 | | $467.8 | | $412.4 | | $451.2 | | $326.8 | | - |
| Willkie Farr & Gallagher [D,E] | | | | | | | | | | 717.5 | | 1,435.0 | | | | 2,050.0 | | 2,050.0 | | 902.0 | | 410.0 | | 410.0 | | 410.0 | | - |
| Expert Witness [A] | | | | | | | | | | | | 50.0 | | | | 100.0 | | 150.0 | | | | | | | | | | - |
| M-III Partners [D] | | 235.0 | | 304.0 | | 384.0 | | 480.4 | | 601.3 | | 406.0 | | | | 581.0 | | 446.5 | | 536.5 | | 372.2 | | 441.7 | | 348.8 | | - |
| Prime Clerk [D] | | 130.0 | | 154.1 | | 168.1 | | 194.1 | | 155.6 | | 161.6 | | | | 261.2 | | 190.9 | | 234.6 | | 134.6 | | 186.4 | | | | - |
| Schulte Roth & Zabel [D] | | 75.0 | | 150.0 | | 225.0 | | 300.0 | | 375.0 | | 450.0 | | | | 1,250.0 | | 1,250.0 | | | | | | | | | | - |
| UCC Advisors [C,D] | | 30.0 | | 100.0 | | 250.0 | | 425.0 | | 600.0 | | 680.0 | | | | 760.0 | | 485.0 | | 346.0 | | 290.0 | | 350.0 | | 290.0 | | - |
| US Trustee | | | | 27.5 | | 27.5 | | 74.1 | | 74.1 | | 116.2 | | | | 42.2 | | 42.2 | | 109.1 | | 109.1 | | 177.6 | | 177.6 | | - |
| Total Bi-weekly Accruals | | $925.0 | | $1,317.9 | | $1,767.0 | | $2,316.0 | | $3,503.4 | | $4,416.3 | | | | $6,250.5 | | $5,224.6 | | $2,595.9 | | $1,728.2 | | $2,017.0 | | $1,721.1 | | - |
| **Projected Disbursements** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Winston & Strawn | $45.0 | | | | | | | | | | | | | | | | $674.0 | | $220.0 | | | $133.2 | | | | $124.4 | $281.8 | $1,433.4 |
| Willkie Farr & Gallagher | | | | | | | | | | | | | | | | | | | | 1,148.0 | | 492.0 | | | | | 410.0 | 2,050.0 |
| Expert Witness [C] | | | | | | | | | | | | | | | | | | | 150.0 | | | | | | | | | 150.0 |
| M-III Partners | 40.0 | | | | | | | | | | | 388.0 | | | | | | 251.8 | | | | 233.8 | | | | 127.6 | 358.8 | 1,360.0 |
| Prime Clerk | 50.0 | | | | | | | | | 109.5 | 43.0 | | | | | | 130.2 | | | | | 143.6 | | | | 78.5 | 247.9 | 752.7 |
| Schulte Roth & Zabel | | | | | | | | | | | | | | | | | | | | 1,250.0 | | | | | | | | 1,250.0 |
| UCC Advisors [C] | | | | | | | | | | | | | | | | | 340.0 | | 204.0 | | | 116.0 | | | | 100.0 | 290.0 | 1,050.0 |
| US Trustee | | | | | | | | | | | | | | | 74.1 | | | | | | | | | | | | 418.1 | 492.2 |
| Total Projected Disbursements | $135.0 | | | | | | | | | $109.5 | $43.0 | $388.0 | | | $74.1 | | $1,144.2 | $251.8 | $574.0 | $2,398.0 | | $1,118.6 | | | | $430.6 | $2,006.7 | $8,538.3 |

Note: Prime Clerk (services related to Claims and Noticing Agent Services) and Schulte Roth & Zabel are paid 100%; Winston & Strawn, Willkie Farr & Gallagher, M-III Partners, remaining Prime Clerk services and UCC Advisors are paid 80% of fees and 100% of expenses throughout Chapter 11 and the balance paid on the weeks ending October 22 to December 23, 2018.

A) Includes $150k for two expert witnesses related to the Netflix litigation on the week ending September 2, 2018.

B) Prime Clerk fees are an estimate and partially dependent on the number of claims filed. Prime Clerk fees and expenses increase of $37.7k the week ended 8/12 consists of $20k due to amended sale notice served on the matrix and $17.7k related to the publication for the Bar Date notice. Includes an estimate of $20k in the weeks of October 22, 2018 to December 23, 2018 for confirmation hearing notice.

C) UCC Advisors includes Creditors' Committee, Robins Kaplan as Counsel, and Duff & Phelps as financial advisor or forensic accountants.

D) For weeks listed as "Actual", such amounts are on an accrual basis (not a cash basis) and are the amounts that comprise the "aggregate amounts allocated to each professional" referred to in the Carve-Out under paragraph 14 (iii) in the Interim Order, and will be funded and paid in accordance with the Interim Order and upon approval by the court, as applicable. For weeks listed as "Forecast", such amounts are good faith estimates or expected future professional fees; accruals may vary materially from these estimates depending on the facts and circumstances of the chapter 11 cases and the services required to be performed.

E) Willkie Farr & Gallagher estimated accrual of 70% of total case fees through the week ended July 29, 2018.

F) Retainers paid pre-petition to Winston & Strawn ($45k), M-III Partners ($40k), and Prime Clerk ($50k).

G) Wind Down period ends October 14, 2018. Final fee applications will be prepared and heard at the end of the year (45-60 days after plan confirmation) with final payments to professionals paid the week ended December 23, 2018.

H) Final US Trustee quarterly payment the week ended August 4, 2018.

# EXHIBIT JJ

Page Vault

| | |
|---|---|
| Document title: | The Disappointments Room - Wikipedia |
| Capture URL: | https://en.wikipedia.org/wiki/The_Disappointments_Room |
| Captured site IP: | 208.80.154.224 |
| Page loaded at (UTC): | Wed, 29 Sep 2021 20:01:49 GMT |
| Capture timestamp (UTC): | Wed, 29 Sep 2021 20:05:41 GMT |
| Capture tool: | v7.12.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 301ff280-600d-4bac-916d-6b0841196d46 |
| User: | banner-cking |

Not logged in  Talk  Contributions  Create account  Log in

Article   Talk

Read   Edit   View history   | Search Wikipedia

# The Disappointments Room

From Wikipedia, the free encyclopedia

**The Disappointments Room** is a 2016 American psychological horror film directed by D. J. Caruso, written by Caruso from a script by Wentworth Miller, and starring Kate Beckinsale and Mel Raido as a couple in a new house that contains a hidden room with a dark, haunted past. The film was inspired by an HGTV episode from a segment called "If Walls Could Talk".[citation needed]

Originally completed in 2014, the film was only released on September 9, 2016, by Rogue[3] to both critical and commercial failure, grossing only $5 million from a $15 million budget.

| Contents [hide] |
| --- |
| 1 Plot |
| 2 Cast |
| 3 Production |
| 4 Release |
|     4.1 Box office |
|     4.2 Critical response |
| 5 References |
| 6 External links |

## Plot   [ edit ]

An architect named Dana Barrow moves with her husband David and their 5-year-old son Lucas from Brooklyn to the Blacker estate in rural North Carolina, a once-grand dream home that has sat abandoned since the death of its original owners in the 19th century. Upon arrival, Dana begins having unsettling visions and nightmares of a mysterious German Shepherd and Lucas covered in blood. She finds a homemade gravestone on the grounds and an area of the house not listed in the blueprints: a room whose entrance is blocked by a large armoire. The couple pushes it out of the way only to find a locked door. Dana finds the key on top of the door frame and enters the room, experiencing a vision of a little girl being tormented by her father and his German Shepherd. She suffers a nervous breakdown.

Later it is revealed that the couple not only had Lucas, but also a daughter, Catherine, who died a year before.

Shaken by her experience, Dana researches the history of the house, learning about its namesake Judge Ernest Blacker and his daughter, Laura Blacker, who died the same day that Dana's daughter was born, July 5. Local historian Judith tells her the Blacker family had a secret "disappointments room" in the attic, where wealthy socialite families cruelly shuttered their deformed or disabled children. As she spends more time researching the house, Dana's mental state begins to unravel, and she stops taking her medication. She begins having disturbing visions of Laura, Judge Blacker, and the dog, and acts erratically toward David and Lucas. She finds a hidden portrait of Judge Blacker and Mrs. Blacker and burns it.

While David entertains family friends on the occasion of what would have been Catherine's first birthday, Dana hires local handyman Ben Philips to dig up the grave in the backyard. The ghost of Judge Blacker kills Ben with a shovel and Dana discovers his body hanging from a noose above the open grave. Inside the grave sits Laura's deformed skeleton. In the attic, she finds the portrait she burned completely intact. Entering the disappointments' room, she witnesses a flashback of Judge Blacker murdering Laura with a hammer, as his wife tries to stop him. Blacker's dog attacks Dana; she breaks the dog's neck and stops Blacker from killing her son by bashing Blacker with the hammer. In the mean time, Laura's ghost is finally free and runs away from the house and vanished. David rushes in, seeing Dana frantically hitting the bed with Lucas in it. He takes Lucas to their bedroom, then returns to talk to Dana.

Calming down, Dana reflects on Catherine's death, a flashback reveals that Catherine died after being suffocated after her mother had fallen asleep over her. She realizes that she can no longer tell what's real when she realizes that she was hallucinating Ben's murder and corpse. David vows that they will return to Brooklyn, and that Dana will get better. Before leaving, he removes the door from the disappointments' room, and Dana takes one of Laura's figurines. As they drive away, Dana spots Judge Blacker looking down at them from the window.

## Cast   [ edit ]

- Kate Beckinsale as Dana Barrow
- Mel Raido as David Barrow
- Gerald McRaney as Judge Ernest R. Blacker
- Lucas Till as Ben Philips Jr.

- Duncan Joiner as Lucas Barrow
- Michael Landes as Teddy
- Michaela Conlin as Jules
- Celia Weston as Marti Morrinson

- Ella Jones as Laura Blacker
- Marcia DeRousse as Judith
- Joely Fisher as Dr. Asher
- Jennifer Leigh Mann as Mrs. Blacker

## Production   [ edit ]

The production on the film began on September 8, 2014, in Greensboro, North Carolina. On October 20, Kate Beckinsale, Mel Raido and Michaela Conlin were filmed outside buildings on South Elm Street in Greensboro. The same buildings were used for exteriors, but the interior filming for the scenes represented by those buildings took place on Fourth Street in nearby Winston-Salem. The house used for the main location was the English Tudor style Adamsleigh estate, built in 1930 and designed by Luther Lashmit, at Sedgefield Country Club outside Greensboro.[4] The film's special make-up effects were provided by KNB EFX.[5]

During the film's lengthy post-production process, a number of key scenes and subplots were either trimmed or cut entirely. These include a flashback sequence of a garden party held by the Blackers while Laura hopelessly looks on from the attic, and a scene of Mrs. Blacker being killed by her husband's dog as retaliation for trying to save Laura.[citation needed]

## Release   [ edit ]

The film was seeking a distributor after Relativity Media filed for Chapter 11 bankruptcy[6] and placed the film up for sale.[6] Later, Relativity Media scheduled the film for a March 25

---



| The Disappointments Room | |
| --- | --- |
| | Theatrical release poster |
| Directed by | D. J. Caruso |
| Written by | D.J. Caruso<br>Wentworth Miller |
| Produced by | Geyer Kosinski<br>Vincent Newman<br>Tucker Tooley |
| Starring | Kate Beckinsale<br>Mel Raido<br>Gerald McRaney<br>Lucas Till |
| Cinematography | Rogier Stoffers |
| Music by | Vince Filippone<br>Brian Tyler |
| Production companies | Demarest<br>Los Angeles Media Fund<br>Media Talent Group<br>Relativity Studios |
| Distributed by | Rogue |
| Release date | September 9, 2016<br>(United States) |
| Running time | 85 minutes[1] |
| Country | United States |
| Language | English |
| Budget | $15 million[1][2] |
| Box office | $5.7 million[1] |

## Production  [ edit ]

The production on the film began on September 8, 2014, in Greensboro, North Carolina. On October 20, Kate Beckinsale, Mel Raido and Michaela Conlin were filmed outside buildings on South Elm Street in Greensboro. The same buildings were used for exteriors, but the interior filming for the scenes represented by those buildings took place on Fourth Street in nearby Winston-Salem. The house used for the main location was the English Tudor style Adamsleigh estate, built in 1930 and designed by Luther Lashmit, at Sedgefield Country Club outside Greensboro.[4] The film's special make-up effects were provided by KNB EFX.[5]

During the film's lengthy post-production process, a number of key scenes and subplots were either trimmed or cut entirely. These include a flashback sequence of a garden party held by the Blackers while Laura hopelessly looks on from the attic, and a scene of Mrs. Blacker being killed by her husband's dog as retaliation for trying to save Laura.
[citation needed]

## Release  [ edit ]

The film was seeking a distributor after Relativity Media filed for Chapter 11 bankruptcy, and placed the film up for sale.[6] Later, Relativity Media scheduled the film for a March 25, 2016, release.[7] On March 14, 2016, it was revealed that Kidnap would be the first post-bankruptcy release in August of that year, pushing The Disappointments Room and Before I Wake off the release schedule.[8] When Relativity Media revealed their new film schedule, The Disappointments Room was moved to November 18, 2016.[9] It was then pushed up to September 9, 2016, with Rogue Pictures distributing the film with a planned VOD release only for the VOD release to get scrapped.[10] The movie was added to Netflix in the United States on April 19, 2017.[11]

### Box office  [ edit ]

In the United States, The Disappointments Room was released on September 9, 2016, alongside Sully, When the Bough Breaks and The Wild Life and was projected to gross $1–2 million from 1,554 theaters in its opening weekend.[12] It went on to gross $1.4 million in its opening weekend, finishing 17th at the box office.[12] In the second week the film, still playing in those 1,554 theaters, grossed just $377,322, dropping to 24th place.

In its third week, The Disappointments Room was dropped from all but 36 theaters (97.4%). This set a record for highest percentage of theaters dropping a film in its third week, surpassing the 97.2% by the infamous flop Gigli.[13][14] By the fourth week, only ten theaters were still showing the film, bringing in just $3,749.

### Critical response  [ edit ]

On Rotten Tomatoes, the film has an approval rating of 0% based on 25 reviews, with an average score of 3/10. The critics' consensus reads: "The Disappointments Room lives down to its title with a thrill-free thriller that presumably left its stars filled with regret - and threatens to do the same for audiences."[15] On Metacritic, the film has a score.31 out of 100, based on 7 critics, indicating "generally unfavorable reviews".[16] Audiences polled by CinemaScore gave the film an average grade of "D" on an A+ to F scale.[17]

Joe Leydon of Variety magazine wrote: "Despite Kate Beckinsale's game efforts, D.J. Caruso's thriller proves altogether worthy of its title." Leydon wrote that the film starts well but "skids off the rails" around the two-thirds mark, and praised the cinematography and Beckinsale's performance, but said the film lives down to its name.[18] Stephen Farber of The Hollywood Reporter criticized the film's lack of originality, saying: "There simply isn't enough freshness in the script to warrant another journey inside a dark old house."[19]

## References  [ edit ]

1. ^ a b c "The Disappointments Room (2016)". Box Office Mojo. Retrieved January 9, 2017.
2. ^ "Box Office: Tom Hanks' 'Sully' Set to Land With Moderate $25 Million". Variety.
3. ^ Doty, Meriah (August 15, 2016). "Relativity Moves Up Kate Beckinsale Thriller 'The Disappointments Room' by 2 Months". The Wrap. Retrieved August 17, 2016.
4. ^ Clodfelter, Tim (October 25, 2014). "Beckinsale films scenes on Fourth Street". Winston-Salem Journal. p. A1.
5. ^ Collins, Brian (September 9, 2016). "THE DISAPPOINTMENTS ROOM Isn't Worthy Of Your Lame Puns". Birth.Movies.Death. Retrieved August 26, 2017.
6. ^ Rainey, James; Lang, Brent (July 30, 2015). "Relativity Media Files Bankruptcy; Film and TV Units for Sale". Variety.
7. ^ Pederson, Erik (December 4, 2015). "Relativity Dates Five Films For 2016 Including 'Kidnap' & 'Masterminds'". Deadline Hollywood. Retrieved December 5, 2015.
8. ^ Donnelly, Matt; Waxman, Sharon. "Relativity Assembles $75 Million in New Funding, Pushes Back Release Slate as Kevin Spacey Exits". TheWrap. Retrieved March 14, 2016.
9. ^ Corrigan, Tom (March 14, 2016). "Relativity Media Reveals New Film Schedule". Wall Street Journal. Retrieved March 17, 2016.
10. ^ Miska, Brad (August 16, 2016). "Guess What? 'Before I Wake' Just Got Pulled From Release". Bloody-Disgusting. Retrieved August 17, 2016.
11. ^ "New Releases on Netflix US (Apr. 19, 2017) - Whats On Netflix". Whats On Netflix. April 19, 2017. Retrieved April 20, 2017.
12. ^ Anthony D'Alessandro (September 11, 2016). "'Sully' Soaring, 'Bough' Breaks To Mid-Teen, 'Wild Life' Snoozing, 'Disappointments' DOA". Deadline Hollywood. Retrieved September 11, 2016.
13. ^ "The Disappointments Room (2016) - Weekend Box Office Results". Box Office Mojo. Retrieved April 24, 2020.
14. ^ "Biggest Theater Drops at the Box Office". Box Office Mojo.
15. ^ "The Disappointments Room (2016)". Rotten Tomatoes. Retrieved April 24, 2020.
16. ^ "The Disappointments Room reviews". Metacritic. Retrieved April 24, 2020.
17. ^ "CinemaScore". CinemaScore. Archived from the original on December 20, 2018.
18. ^ Leydon, Joe (September 12, 2016). "Film Review: 'The Disappointments Room'". Variety. Retrieved April 24, 2020.
19. ^ "'The Disappointments Room'. Film Review". The Hollywood Reporter. Retrieved April 24, 2020.

## External links  [ edit ]

- The Disappointments Room at IMDb
- The Disappointments Room at Rotten Tomatoes

| V · T · E | Films directed by D.J. Caruso | [hide] |
|---|---|---|

The Salton Sea (2002) · Taking Lives (2004) · Two for the Money (2005) · Disturbia (2007) · Eagle Eye (2008) · I Am Number Four (2011) · Inside (2011) · Standing Up (2013) ·
The Disappointments Room (2016) · XXX: Return of Xander Cage (2017) · Redeeming Love (2021)

Categories: 2016 films | English-language films | 2016 horror films | American films | American psychological horror films | Films scored by Brian Tyler | Films directed by D. J. Caruso | Films shot in North Carolina | Relativity Media films

This page was last edited on 15 August 2021, at 06:47 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Privacy policy   About Wikipedia   Disclaimers   Contact Wikipedia   Mobile view   Developers   Statistics   Cookie statement




# EXHIBIT KK

| | |
|---|---|
| Document title: | VIOLET — VIOLET TIFF21 screening dates. Cannot wait to get... |
| Capture URL: | https://www.violetthefilm.com/post/660546472296808448/violet-tiff21-screening-dates-cannot-wait-to-get |
| Captured site IP: | 74.114.154.22 |
| Page loaded at (UTC): | Wed, 22 Sep 2021 00:18:27 GMT |
| Capture timestamp (UTC): | Wed, 22 Sep 2021 00:18:47 GMT |
| Capture tool: | v7.12.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | e38f5405-d929-4158-971d-7a1ee6e37858 |
| User: | banner-cking |



Document title: VIOLET — VIOLET TIFF21 screening dates. Cannot wait to get...
Capture URL: https://www.violetthefilm.com/post/660546472296808448/violet-tiff21-screening-dates-cannot-wait-to-get
Capture timestamp (UTC): Wed, 22 Sep 2021 00:18:47 GMT



| | |
|---|---|
| Document title: | VIOLET — VIOLET TIFF21 screening dates. Cannot wait to get... |
| Capture URL: | https://www.violetthefilm.com/post/660546472296808448/violet-tiff21-screening-dates-cannot-wait-to-get |
| Page loaded at (UTC): | Thu, 30 Sep 2021 15:48:55 GMT |
| Capture timestamp (UTC): | Thu, 30 Sep 2021 15:49:27 GMT |
| Capture tool: | v7.12.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 3f5044ba-c786-4043-b960-b7414c2b51c9 |
| User: | banner-cking |

# VIOLET



9/14 9pm

IN-PERSON P&I SCREENING:
9/10 9:30am Scotiabank 13

VIRTUAL P&I SCREENING:
9/9 4pm



(All times ET)

Document title: VIOLET — VIOLET TIFF21 screening dates. Cannot wait to get...
Capture URL: https://www.violetthefilm.com/post/660546472296808448/violet-tiff21-screening-dates-cannot-wait-to-get
Capture timestamp (UTC): Thu, 30 Sep 2021 15:49:27 GMT

# EXHIBIT LL



# Investigative Report

**Date:** September 29, 2021

**Client Subject:** ROGUE - RESEARCH PART 1
(FILMMAKERS/DISTRIBUTORS/PRODUCERS)

**Client:** Banner & Witcoff, Ltd.
71 S. Wacker Drive, Suite 3600
Chicago, IL 60606

**Marksmen Contact:** cases@marksmen.com
**800-558-8838**

**Disclaimer**

This report was prepared at the request and direction of the above Marksmen client. This report is intended to convey research and shall not be considered legal advice or legal opinion. The information in this report may be incomplete. Marksmen, Inc. assumes no responsibility for the accuracy of any particular statement and accepts no liability for any loss or damage that may arise from reliance on the information contained in this report. This report does not constitute a guarantee, warranty, or prediction regarding the outcome of any legal matter.



## 1.0 Rogue Raven Productions

1.1   We found a website for Rogue Raven Productions at <u>https://rogue-raven-productions.ueniweb.com/</u>:



(<u>https://rogue-raven-productions.ueniweb.com/</u>)

## 2.0 Rogue Gaming Video Creator

2.1   We found a website for Rogue Gaming Video Creator at <u>https://rogue.site/</u>:





(https://rogue.site/)

2.2   We found USPTO application (90870741) for ROGUE associated with this page. The owner is listed as Bradley J Wells – ███████ Marrero, LA 70073.

## 3.0 Rogue Knight Productions LLC

3.1   We found a Facebook page for Rogue Knight Productions at https://www.facebook.com/RogueKnightProduction1:



(https://www.facebook.com/RogueKnightProduction1/posts/112371867488833)

2



3.2    We found USPTO application (90640953) for ROGUE KNIGHT PRODUCTIONS, LLC associated with this page. The owner is listed as Cody Strickland – ██████████ Rockwell, NC 28138.

## 4.0  Rogue Productions LLC

4.1    We found a website for Rogue Productions LLC at https://www.rogueproductionsllc.com/:



(https://www.rogueproductionsllc.com/)

4.2    We found USPTO application (90559665) for ROGUE PRODUCTIONS, LLC associated with this page. The owner is listed as Rogue Productions, LLC, Joseph Vaughn, and Mary Vaughn – ██████████ Hermitage, TN 37076.

## 5.0  Rogue Marble Movie Productions

5.1    We found a website for Rogue Marble Movie Productions at https://roguemarble.org/:

3





(https://roguemarble.org/)

## 6.0 Rogue Marble Productions, Inc

6.1   We found Rogue Marble Productions, Inc. named as the production company owned by Sylvester Stallone in several news articles, including an April 12, 2017 article from *The Wrap* at https://www.thewrap.com/sylvester-stallone-sues-warner-bros-fraud-intentional-dishonesty/.

6.2   We found Rogue Marble referenced on the Sylvester Stallone website at https://sylvesterstallone.com/the-contender-premieres-march-7th/:



(https://sylvesterstallone.com/the-contender-premieres-march-7th/)

4



6.3   We found several USPTO applications associated with this company, including 88332332,
88332164, and 2981266. The owner is listed as Rogue Marble Productions, Inc. – ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮ Woodland Hills, CA 91364.

## 7.0 Rogue Hound Entertainment Studios

7.1   We found a Facebook page for Rogue Hound Entertainment Studios LLC at
https://www.facebook.com/RogueHoundEntertainmentStudios/:



(https://www.facebook.com/RogueHoundEntertainmentStudios/)

## 8.0 Rogue Division

8.1   We found a Facebook page for Rogue Division at https://www.facebook.com/RogueDivision/:





(https://www.facebook.com/RogueDivision/)

8.2    We found USPTO application (88596866) for ROGUE DIVISION associated with this page. The application is dead and the owner is listed as Andrew Kadikian – ████████████████████ Los Angeles, CA 90034.

## 9.0  Rogue Cowgirl Productions, Inc.

9.1    We found a website for Rogue Cowgirl Productions, Inc. at https://roguecowgirl.com/:



(https://roguecowgirl.com/)

6



9.2   We found a trademark registration (3910829) for DATING IN THE MIDDLE AGES associated with this company. However, this registration is dead. The owner is listed as Rogue Cowgirl Productions, Inc. – ███████████ Woodland Hills, CA 91364.

## 10.0   Rogueflix

10.1   We found Rogueflix on the Rokvu LLC website at https://rokvu.com/index.php/category/rogueflix/:



(https://rokvu.com/index.php/category/rogueflix/)

10.2   We found a trademark registration (5116746) for ROGUEFLIX. The owner is listed as Rokvu LLC – ███████████ Pasadena, CA 91101.

## 11.0   Rogue State

11.1   We found a website for Rogue State at http://www.roguestate.cc/:





(http://www.roguestate.cc/)

11.2   We found a trademark registration (4774921) for ROGUE STATE. The owner is listed as Scott Wheeler – ██████████████ Burbank, CA 91505.

## 12.0   Rogue Film School

12.1   We found a website for Rogue Film School at http://www.roguefilmschool.com/:

8





([http://www.roguefilmschool.com/](http://www.roguefilmschool.com/))

12.2   We found a trademark application (77811261) for ROGUE FILM SCHOOL. The application is dead, and the owner is listed as Skellig Rock, Inc. – ███████████████████ Los Angeles, CA 90046.

## 13.0   Rogue Productions

13.1   We found a website for Rogue Productions at [https://rogueproav.com/](https://rogueproav.com/):





(https://rogueproav.com/)

## 14.0 Rogue Moon Productions

14.1 We found a website for Rogue Moon Productions at http://www.roguemoonproductions.com/:



(http://www.roguemoonproductions.com/)

10



## 15.0   Rogue

15.1   We found a website for Rogue at https://postgonerogue.com/:



(https://postgonerogue.com/)

## 16.0   Rogue Wave

16.1   We found a website for Rogue Wave at https://roguewave.tv/:



(https://roguewave.tv/)

11



## 17.0    Rogue Productions

17.1   We found a website for Rogue Productions at https://www.rogueprod.com/:



(https://www.rogueprod.com/)

## 18.0    Rogue Productions

18.1   We found a website for Rogue Productions at https://rogueproductionsmn.com/:





(https://rogueproductionsmn.com/)

## 19.0    Rogue Production Design

19.1   We found a website for Rogue Production Design at http://www.rogueproductiondesign.com/:



(http://www.rogueproductiondesign.com/)



## 20.0    Rogue Studio Productions

20.1    We found a website for ROGUE Studio Productions at <u>https://roguestudiopro.com/</u>:



(<u>https://roguestudiopro.com/</u>)

## 21.0    Rogue Iniki Productions

21.1    We found a website that references ROGUE Iniki Productions at
<u>https://www.nour.computer/filmvideo</u>:

14





(https://www.nour.computer/filmvideo)

## 22.0    Rogue Productions

22.1   We found a website for Rogue Productions at http://www.rogueproductions.tv/resume:





([http://www.rogueproductions.tv/resume](http://www.rogueproductions.tv/resume))

## 23.0    Rogue Productions

23.1    We found a website for Rogue Productions at [https://www.roguevideoproductions.com/](https://www.roguevideoproductions.com/):





([https://www.roguevideoproductions.com/](https://www.roguevideoproductions.com/))

## 24.0    Rogue Valley Video

24.1   We found a website for Rogue Valley Video at [https://roguevalleyvideo.com/](https://roguevalleyvideo.com/):

17





([https://roguevalleyvideo.com/](https://roguevalleyvideo.com/))

## 25.0    Rogue Culture

25.1   We found a website for Rogue Culture at [http://www.roguecultureproductions.com/](http://www.roguecultureproductions.com/):

18





(http://www.roguecultureproductions.com/)

## 26.0    Rogue FX

26.1   We found a website for Rogue FX at https://www.youthfx.org/rogue:





(https://www.youthfx.org/rogue)

## 27.0    Rogue Elephant

27.1  We found a website for Rogue Elephant at http://www.rogueelephant.com/company:





(http://www.rogueelephant.com/company)

## 28.0    Rogue Arts LLC

28.1   We found Rogue Arts LLC on the Production HUB website at
https://www.productionhub.com/profile/rogue-arts-llc:





(https://www.productionhub.com/profile/rogue-arts-llc)

## 29.0    Rogue Film Society

29.1   We found a Facebook page for Rogue Film Society at
https://www.facebook.com/TheRogueFilmSociety/:

22





(https://www.facebook.com/TheRogueFilmSociety/)

## 30.0    Rogue Film Festival

30.1    We found a Facebook page for Rogue Film Festival at
https://www.facebook.com/RogueFilmFest/:





(https://www.facebook.com/RogueFilmFest/)

## 31.0   Rogue Media Network

31.1   We found a Rogue Media Network website at https://roguemedianetwork.com/video/:



(https://www.facebook.com/RogueFilmFest/)



## 32.0    Rogue Cell Film Productions

32.1    We found a Facebook page for Rogue Cell Film Productions at https://www.facebook.com/roguefilmproductions/:



(https://www.facebook.com/roguefilmproductions/)

## 33.0    Rogue Media

33.1    We found a Rogue Media website at https://www.roguemediafilm.com/:





([https://www.roguemediafilm.com/](https://www.roguemediafilm.com/))

<span style="color:red">**34.0    Rogue Indie Productions**</span>

34.1  We found a Rogue Indie Productions Twitter profile at https://twitter.com/RogueIndie. We additionally found a YouTube channel at [https://www.youtube.com/channel/UC5x2CR7OYE_WRttin0aU_uQ](https://www.youtube.com/channel/UC5x2CR7OYE_WRttin0aU_uQ):



([https://www.roguemediafilm.com/](https://www.roguemediafilm.com/))



(https://www.youtube.com/channel/UC5x2CR7OYE_WRttin0aU_uQ)

## 35.0   Rogue Productions LLC

35.1   We found a LinkedIn page for Rogue Productions LLC at
https://www.linkedin.com/company/rogue-productions-llc-/about/:





(https://www.linkedin.com/company/rogue-productions-llc-/about/)

## 36.0    Rogue Video Productions

36.1    We found a LinkedIn page for Rogue Video Productions at
https://www.linkedin.com/company/rogue-video-productions/about:





([https://www.linkedin.com/company/rogue-video-productions/about/](https://www.linkedin.com/company/rogue-video-productions/about/))

## 37.0    Wayward Band of Theater Rogues

37.1    We found an IMDbPro page for Wayward Band of Theater Rogues at [https://pro.imdb.com/company/co0855539/](https://pro.imdb.com/company/co0855539/):





(https://pro.imdb.com/company/co0855539/)

## 38.0    Rogues Films LLC

38.1    We found an IMDbPro page for Rogues Films LLC at
https://pro.imdb.com/company/co0021369/:





(https://pro.imdb.com/company/co0021369/)

## 39.0    Rogues of LA

39.1    We found an IMDbPro page for Rogues of LA at https://pro.imdb.com/company/co0778834/:





(https://pro.imdb.com/company/co0778834/)

## 40.0    Rogue Film Company LLC

40.1    We found an IMDbPro page for Rogue Film Company LLC at https://pro.imdb.com/company/co0128229:





(https://pro.imdb.com/company/co0128229/)

## 41.0   Guild of Rogue Filmmakers

41.1   We found an IMDbPro page for Guild of Rogue Filmmakers at https://pro.imdb.com/company/co0341977/:



(https://pro.imdb.com/company/co0341977/)



## 42.0    A City Rogued

42.1   We found an IMDbPro page for A City Rogued at https://pro.imdb.com/company/co0334228/:



(https://pro.imdb.com/company/co0334228/)

## 43.0    Rogue.Black Films

43.1   We found an IMDbPro page for Rogue.Black Films at https://pro.imdb.com/company/co0599420/:





(https://pro.imdb.com/company/co0599420/)

## 44.0    Rogue Shark Pictures

44.1    We found a Twitter profile for Rogue Shark Pictures at https://twitter.com/roguesharkpics:



(https://twitter.com/roguesharkpics)

44.2    We additionally found a YouTube channel for Rogue Shark Pictures at https://www.youtube.com/roguesharkpictures:





(https://www.youtube.com/roguesharkpictures)

## 45.0   Wolf Run Rogue

45.1   We found an IMDbPro page for Wolf Run Rogue at https://pro.imdb.com/company/co0762053/:





([https://pro.imdb.com/company/co0762053/](https://pro.imdb.com/company/co0762053/))

## 46.0    Rogue Taurus

46.1    We found a Twitter profile for Rogue Taurus at [https://twitter.com/roguetaurus](https://twitter.com/roguetaurus):





(https://twitter.com/roguetaurus)

46.2   A YouTube page in connection with Paul J Porter at
https://www.youtube.com/c/BigSquareMedia/search references ROGUE Taurus Productions:



(https://www.youtube.com/c/BigSquareMedia/search)



## 47.0    Rogue Photon Films

47.1   We found an IMDbPro page for Rogue Photon Films at
https://pro.imdb.com/company/co0706523/:



(https://pro.imdb.com/company/co0706523/)

## 48.0    Rogue One VFX

48.1   We found an IMDbPro page for Rogue One VFX at https://pro.imdb.com/company/co0705404/:





(https://pro.imdb.com/company/co0705404/)

## 49.0   Rogue City Media

49.1   We found a website for Rogue City media at https://www.roguecitymedia.com/:



(https://www.roguecitymedia.com/)

40



## 50.0   Rogue & Peasant Films

50.1   We found an IMDbPro page for Rogue & Peasant Films at
https://pro.imdb.com/company/co0289255/:



(https://pro.imdb.com/company/co0289255/)

## 51.0   Royal Rogue Productions

51.1   We found an IMDbPro page for Royal Rogue Productions at
https://pro.imdb.com/company/co0270906/:

41





(https://pro.imdb.com/company/co0270906/)

## 52.0   Rogue Atlas Productions

52.1   We found an IMDbPro page for Rogue Atlas Productions at
https://pro.imdb.com/company/co0422155/:





(https://pro.imdb.com/company/co0422155/)

## 53.0   Rogue City Productions

53.1   We found an IMDbPro page for Rogue City Productions at
https://pro.imdb.com/company/co0154364/:





(https://pro.imdb.com/company/co0154364/)

## 54.0    Rogue River Productions

54.1   We found an IMDbPro page for Rogue River Productions at
https://pro.imdb.com/company/co0291739/:





(https://pro.imdb.com/company/co0291739/)

## 55.0    Rogue Chicken Productions

55.1  We found an IMDbPro page for Rogue Chicken Productions at
https://pro.imdb.com/company/co0418868/:



(https://pro.imdb.com/company/co0418868/)

45



## 56.0    Rogue Synapse

56.1    We found a website for Rogue Synapse at
http://www.roguesynapse.com/games/last_starfighter.php:



(http://www.roguesynapse.com/games/last_starfighter.php)

## 57.0    Rogue Films and Books

57.1    We found a Rogue Films and Books website at https://roguefilmsandbooks.com:





([https://roguefilmsandbooks.com/films/amazon-instant/](https://roguefilmsandbooks.com/films/amazon-instant/))

57.2 A LinkedIn profile for David Oas at [https://www.linkedin.com/in/david-oas-ba9848113/](https://www.linkedin.com/in/david-oas-ba9848113/) shows that he is the President of Rogue Film/Book Productions LLC and is producing a movie called *Blood Atonement*.

## 58.0   Rogues Harbor Studios

58.1 We found a website for Rogues Harbor Studios at [https://www.metacritic.com/company/rogues-harbor-studios](https://www.metacritic.com/company/rogues-harbor-studios):





(https://www.metacritic.com/company/rogues-harbor-studios)

**59.0    Rogue Valley Fitness Training & Martial Arts**

59.1    We found a Rogue Valley Fitness Training & Martial Arts website at https://www.roguevalleyfit.com/ and a Facebook page at https://www.facebook.com/roguevalleyfit/:

48





(https://www.facebook.com/roguevalleyfit/)

59.2   We found a dead USPTO registration for ROGUE VALLEY FITNESS TRAINING (77394487). The owner is listed as Rogue Valley Fitness Training LLC – ███████████████ Ashland, OR 97520.

## 60.0   Rascals & Rogues

60.1   We found a website for Rascals & Rogues at https://www.rascalsrogues.com/:





([https://www.rascalsrogues.com/](https://www.rascalsrogues.com/))

60.2  We found a dead USPTO registration for RASCALS & ROGUES (77481415). The owner is listed aa Ritch Wedeking – ████████████ Chicago, IL 60657.

## 61.0   Rogue Training Systems dba Rogue Running

61.1  We found a website for Rogue Training Systems dba Rogue Running in Texas and New York at [https://www.roguerunning.com/](https://www.roguerunning.com/). The website shows they produce a podcast:

50





([https://www.roguerunning.com/](https://www.roguerunning.com/))

61.2    We found a dead USPTO registration for ROGUE RUNNING (77556123). The owner is listed as
Steven Sisson DBA Rogue Training Systems – ███████████████████ Austin, TX 78702.

## 62.0    Rogue Media Group

62.1    We found a website for Rogue Media Group at https://roguemg.com/. The website notes they offer
event production:





(https://roguemg.com/)

## 63.0    Rogue Television

63.1    We found social media accounts for Rogue Television at https://www.instagram.com/roguetelevision/, https://twitter.com/televisionrogue, and https://www.facebook.com/Rogue-Television-103645128360098:

52





(https://www.facebook.com/Rogue-Television-103645128360098)

## 64.0    Rogue Film Productions

64.1    We found a website for Rogue Film Productions at
https://www.instagram.com/roguefilmproductions/:





([https://www.instagram.com/roguefilmproductions/](https://www.instagram.com/roguefilmproductions/))

## 65.0    Rogue Productions

65.1  We found an Instagram account, @roguemovies, for Rogue Productions at [https://www.instagram.com/roguemovies/](https://www.instagram.com/roguemovies/):





(https://www.instagram.com/roguemovies/)

## 66.0    Rogue Media Productions

66.1    We found a Facebook page for Rogue Media Productions at https://www.facebook.com/Rogue-Media-Productions-556628561171340/:



(https://www.facebook.com/Rogue-Media-Productions-556628561171340)

## 67.0   Rogue Cloud

67.1   We found social media accounts for Rogue Cloud at https://www.youtube.com/channel/UCoABiJJZT7iYHxyjYDHwefg and https://www.instagram.com/rogue.cloud/:





(https://www.instagram.com/rogue.cloud/)

## 68.0    Rogue Focus Productions

68.1    We found references to Rogue Focus Productions at
https://www.imdb.com/search/title/?companies=co0596885,
https://www.youtube.com/user/roguefocusproduction,  and
https://www.instagram.com/rogue_focus_productions/:





(https://www.imdb.com/search/title/?companies=co0596885)





([https://www.instagram.com/rogue_focus_productions/](https://www.instagram.com/rogue_focus_productions/))

## 69.0    Rogue Productions

69.1   We found a website for Rogue Productions at [https://rogueproductionsvp.wixsite.com/website](https://rogueproductionsvp.wixsite.com/website):





(https://rogueproductionsvp.wixsite.com/website)

## 70.0    Roving Rogue Productions

70.1    We found social media accounts for Roving Rogue Productions at
https://www.instagram.com/rovingroguepro/ and https://www.facebook.com/rovingroguepro/:



(https://www.facebook.com/rovingroguepro/)



70.2    We additionally found a website at https://rovingroguepro.weebly.com/about.html:



(https://rovingroguepro.weebly.com/about.html)

<span style="background-color:red;color:white;">71.0    **Rogue Rider Films**</span>

71.1    We found a website for Rogue Rider Films at https://www.rogueridermedia.com/#home-section:

61





([https://www.rogueridermedia.com/#home-section](https://www.rogueridermedia.com/#home-section))

## 72.0   Mad Rogue Films

72.1   We found references to Mad Rogue Films at [https://twitter.com/madroguefilms](https://twitter.com/madroguefilms) and [https://madroguefilms.com/](https://madroguefilms.com/):





(https://madroguefilms.com/)

## 73.0   Rogue Chimera Films

73.1   We found a website for Rogue Chimera Films at http://www.roguechimerafilms.com/:



(http://www.roguechimerafilms.com/)

63



## 74.0    Go Rogue Films

74.1    We found social media profiles for Go Rogue Films at https://twitter.com/GoRogueFilms and https://www.facebook.com/goroguefilms/:



(https://www.facebook.com/goroguefilms/)

## 75.0    Rogue Films

75.1    We found a Twitter account for Rogue Films at https://twitter.com/FilmsRogue:





(https://twitter.com/FilmsRogue)

## 76.0     Rogue Slate Films

76.1   We found a website for Rogue Slate Films at https://www.rogueslatefilms.com/:





(https://www.rogueslatefilms.com/)

## 77.0    Rogue Heart Media

77.1   We found a website for Rogue Heart Media at https://www.rogueheart.media/:





(https://www.rogueheart.media/)

## 78.0   Rogue Lumen Productions

78.1   We found references to Rogue Lumen Productions at https://www.linkedin.com/company/rogue-lumen-productions/about/ and https://www.imdb.com/search/title/?companies=co0299374:





(https://www.imdb.com/search/title/?companies=co0299374)

## 79.0    Rogue Luna Entertainment

79.1    We found references to Rogue Luna Entertainment at
https://www.linkedin.com/company/rogue-luna-entertainment/ and
https://roguelunaent.com/:





(https://roguelunaent.com/)

## 80.0    Rogue Saga Productions

80.1   We found a Facebook page for Rogue Saga Productions at
https://www.facebook.com/roguesagaproductions/:

69





(https://www.facebook.com/roguesagaproductions/)

## 81.0   Rogue Wave Cinema

81.1   We found a website for Rogue Wave Cinema at http://roguewavecinema.com/movies/:





(http://roguewavecinema.com/movies/)

## 82.0    Rogue Kite

82.1  We found references to Rogue Kite Productions at https://www.linkedin.com/company/rogue-kite-productions-llc/ and https://www.roguekite.com/:



(https://www.roguekite.com/)

71



## 83.0   Rogue Seahorse Media

83.1   We found references to Rogue Seahorse Media at https://www.linkedin.com/company/pod-intermedia/about/ and https://www.rogueseahorse.com/:



(https://www.rogueseahorse.com/)

## 84.0   Boulder Rogue Digital

84.1   We found references to Boulder Rogue Digital at https://www.facebook.com/BolderRogueDigital/ and http://bolderroguedigital.com/:



(http://bolderroguedigital.com/about)

## 85.0    Rogue Film Productions LTD

85.1   We found references to Rogue Film Productions LTD at
https://www.facebook.com/TheRogueProductions/ and
https://www.patreon.com/RogueProductions?fbclid=IwAR3YPvuDvum_3tJeIJ0n9BzsE_Zvwrgo5o
piPohOV1WCHjxUWPIJXlhBUzc:





(https://www.patreon.com/RogueProductions?fbclid=IwAR3YPvuDvum_3tJeIJ0n9BzsE_Zvwrgo5opiPohOV1WCHjxUWPIJXlh
BUzc)

<div style="background-color:#c0272d; color:white;">

**86.0    Rogue Origin Films**

</div>

86.1    We found references to Rogue Origin Films at https://www.facebook.com/rogueoriginfilm/,
https://www.youtube.com/channel/UClOFM98Gfdy8Niez267EndQ, and
https://www.rogueoriginfilms.com/:

74





(https://www.rogueoriginfilms.com/)



(https://www.youtube.com/watch?v=_Hx3-hdvjIc)

## 87.0    Rogue Mission Productions

87.1    We found an IMDbPro page for Rogue Mission Productions at https://www.imdb.com/search/title/?companies=co0775739:





([https://pro.imdb.com/company/co0775739/filmography](https://pro.imdb.com/company/co0775739/filmography))

## 88.0   Rogue Wave Films

88.1   We found a website for Rogue Wave Films at [https://www.roguewavefilms.net/](https://www.roguewavefilms.net/):





(https://www.roguewavefilms.net/)

## 89.0    Rogue Frame

89.1    We found a website for Rogue Frame at https://www.rogueframe.com/:



(https://www.rogueframe.com/)



## 90.0   Rogue Dialogue Productions

90.1   We found references to Rogue Dialogue Productions at https://roguedialogue.com/ and at https://www.imdb.com/search/title/?companies=co0804405:





(https://roguedialogue.com/)

## 91.0   Rogue Planet

91.1   We found a website for Rogue Planet at https://www.rogueplanetav.com/:





([https://www.rogueplanetav.com/](https://www.rogueplanetav.com/))

## 92.0    Rogue Art Films

92.1    We found an IMDb page for Rogue Art Films at
[https://www.imdb.com/search/title/?companies=co0506146](https://www.imdb.com/search/title/?companies=co0506146):





(https://www.imdb.com/search/title/?companies=co0506146)

## 93.0    Rogue Rock Pictures

93.1    We found Rogue references to Rock Pictures at https://www.nlproducers.com/copy-2-of-kenneth-j-harvey-emerging and https://www.imdb.com/search/title/?companies=co0599957:





([https://www.nlproducers.com/copy-2-of-kenneth-j-harvey-emerging](https://www.nlproducers.com/copy-2-of-kenneth-j-harvey-emerging))

## 94.0    Rogue Mogul

94.1    We found an IMDb page for Rogue Mogul at [https://www.imdb.com/search/title/?companies=co0343820](https://www.imdb.com/search/title/?companies=co0343820):





(https://www.imdb.com/search/title/?companies=co0343820)

## 95.0    Rogue Wolf Pictures

95.1    We found an IMDb page for Rogue Wolf Pictures at
https://www.imdb.com/search/title/?companies=co0464997:



(https://www.imdb.com/search/title/?companies=co0464997)

## 96.0    American Rogue

96.1    We found an IMDb page for American Rogue at
https://www.imdb.com/search/title/?companies=co0356976:





([https://www.imdb.com/search/title/?companies=co0356976](https://www.imdb.com/search/title/?companies=co0356976))

## 97.0    Rogue Post

97.1    We found a website for Rogue Post at [https://roguepost.co/](https://roguepost.co/):



([https://roguepost.co/film](https://roguepost.co/film))



## 98.0    Rogue Film Supplies

98.1    We found an IMDb page for Rogue Film Supplies at
https://www.imdb.com/search/title/?companies=co0783698:



(https://www.imdb.com/search/title/?companies=co0783698)

## 99.0    Rogue Set Media

99.1    We found a Facebook page for Rogue Set Media at https://www.facebook.com/roguesetmedia:





(https://www.facebook.com/roguesetmedia)

## 100.0   Rogue Movies

100.1  We found an IMDb page for Rogue Movies at https://www.imdb.com/search/title/?companies=co0291024:





(https://www.imdb.com/search/title/?companies=co0291024)

## 101.0  Rogue Dwarf Films

101.1  We found references to Rogue Dwarf Films at https://www.linkedin.com/in/darrellrobertparker/ and https://www.imdb.com/search/title/?companies=co0353880:





(https://www.imdb.com/search/title/?companies=co0353880)

## 102.0  Rogue Apostrophe

102.1  We found an IMDb page for Rogue Apostrophe at
https://www.imdb.com/search/title/?companies=co0442294:



(https://www.imdb.com/search/title/?companies=co0442294)



## 103.0    Rogue Wolf Entertainment

103.1  We found references to Rogue Wolf Entertainment at http://coldcut.com/rogue-
wolf.net/links.htm, https://www.linkedin.com/in/angelavillalobos/, and
https://www.imdb.com/search/title/?companies=co0838206:



(https://www.imdb.com/search/title/?companies=co0838206)

## 104.0    Rogue Para-Media

104.1  We found references to Rogue Para-Media at
https://www.imdb.com/search/title/?companies=co0690717 and https://roguepm-
355894.square.site/:





(https://roguepm-355894.square.site/)

## 105.0   Rogue Element Films

105.1  We found references to Rogue Element films at https://www.imdb.com/search/title/?companies=co0250765 and https://www.rogueelementfilms.net/:





([https://www.rogueelementfilms.net/](https://www.rogueelementfilms.net/))

## 106.0   Rogue Unicorn Productions

106.1  We found an IMDb page for Rogue Unicorn Productions at
[https://www.imdb.com/search/title/?companies=co0705244](https://www.imdb.com/search/title/?companies=co0705244):





(https://www.imdb.com/search/title/?companies=co0705244)

## 107.0   Rogue Trader Motion Picture Company

107.1  We found a website for Rogue Trader Motion Picture Company at https://roguetrader.us/:





([https://roguetrader.us/](https://roguetrader.us/))

## 108.0  Roguelife

108.1  We found an IMDb page for Roguelife at
[https://www.imdb.com/search/title/?companies=co0346418](https://www.imdb.com/search/title/?companies=co0346418):





(https://www.imdb.com/search/title/?companies=co0346418)



## 109.0    Rogue Agent Productions

109.1  We found an IMDb page for Rogue Agent Productions at
https://www.imdb.com/search/title/?companies=co0267802:



(https://www.imdb.com/search/title/?companies=co0267802)

## 110.0    RogueWolves

110.1  We found an IMDb page for RogueWolves at
https://www.imdb.com/search/title/?companies=co0590044&sort=alpha,asc:





(https://www.imdb.com/search/title/?companies=co0590044&sort=alpha,asc)

## 111.0   Rogue Gypsy Films

111.1 We found a website for Rogue Gypsy Films at https://roguegypsyfilms.webs.com/:





(https://roguegypsyfilms.webs.com/)

## 112.0   Rogue Renegade Productions

112.1  We found an IMDb page for Rogue Renegade Productions at
https://www.imdb.com/search/title/?companies=co0759126:





(https://www.imdb.com/search/title/?companies=co0759126)

## 113.0   Rogue Films (U.K.)

113.1 We found a website for ROGUE Films in the United Kingdom at https://www.roguefilms.co.uk/:





([https://www.roguefilms.co.uk/](https://www.roguefilms.co.uk/))

<div style="background-color:#b22222; color:white;">

**114.0    Gone Rogue Productions (U.K.)**

</div>

114.1  We found a LinkedIn page for Gone Rogue Productions at
[https://www.linkedin.com/company/gone-rogue-productions/about/](https://www.linkedin.com/company/gone-rogue-productions/about/):





(https://www.linkedin.com/company/gone-rogue-productions/about/)

## 115.0  B. Rogue Productions (Netherlands)

115.1  We found a Twitter profile for B. Rogue Productions in the Netherlands at https://twitter.com/BROGUEfilms:



(https://twitter.com/BROGUEfilms)



115.2  The website for B. ROGUE Productions appears as follows:



(https://b-rogueproductions.nl/)

## 116.0   Rogue Runner (U.K.)

116.1  We found a website for Rogue Runner at https://www.roguerunner.com/:





(https://www.roguerunner.com/)

## 117.0    Rogue Productions (New Zealand)

117.1 We found a website for Rogue Productions in New Zealand at https://rogueproductions.co.nz/:





(https://rogueproductions.co.nz/)

## 118.0   Group of Rogues (Canada)

118.1  We found a website for Group of Rogues in Canada at https://www.groupofrogues.com/:



(https://www.groupofrogues.com/)



## 119.0   Rogues' Yarn Film (U.K.)

119.1  We found an IMDbPro page for Rogues' Yarn Film in the United Kingdom at
https://pro.imdb.com/company/co0183308/:



(https://pro.imdb.com/company/co0183308/)

## 120.0   The Rogues (Netherlands)

120.1  We found a website for The Rogues in the Netherlands at https://therogues.nl/:





(https://therogues.nl/)

## 121.0  Company of Rogues (Canada)

121.1  We found a website for Company of Rogues in Canada at https://corogues.com/:



(https://corogues.com/)

105



## 122.0   Rogue Talent Group (Canada)

122.1  We found a website for Rogue Talent Group in Canada at https://roguetalentgroup.com/:



(https://roguetalentgroup.com/)

## 123.0   Roguegunners Productions (United Kingdom)

123.1  We found a website for Roguegunners Productions at https://roguegunners.com/:





(https://roguegunners.com/)

## 124.0   Rogue Fire Films (U.K.)

124.1 We found an IMDbPro page for Rogue Fire Films in the United Kingdom at https://pro.imdb.com/company/co0436660/:



(https://pro.imdb.com/company/co0436660/)

## 125.0   Undercover Rogue Productions (Canada)

125.1 We found an IMDbPro page for Undercover Rogue Productions in Canada at https://pro.imdb.com/company/co0402688/:





(https://pro.imdb.com/company/co0402688/)

## 126.0   River Rogue Productions (Canada)

126.1  We found an IMDbPro page for River Rogue Productions in Canada at https://pro.imdb.com/company/co0306225/:





([https://pro.imdb.com/company/co0306225/](https://pro.imdb.com/company/co0306225/))

<div style="background-color:red; color:white;">

**127.0   Rogue State Media (U.K.)**

</div>

127.1  We found a website for Rogue State Media in the United Kingdom at [https://drone-filming.com/](https://drone-filming.com/):





([https://drone-filming.com/](https://drone-filming.com/))

## 128.0   BE Rogue Productions (Canada)

128.1  We found an IMDbPro page for BE Rogue Productions in Canada at
[https://pro.imdb.com/company/co0620766/](https://pro.imdb.com/company/co0620766/):





(https://pro.imdb.com/company/co0620766)

## 129.0   Rogue Frame Films (Ireland)

129.1  We found an IMDbPro page for Rogue Frame Films in Ireland at
https://pro.imdb.com/company/co0427546/:

111





(https://pro.imdb.com/company/co0427546/)

## 130.0   Rogue Film Lab (Scotland)

130.1  We found an Instagram page for Rogue Film Lab at https://www.instagram.com/rogue.film.lab/:





([https://www.instagram.com/rogue.film.lab/](https://www.instagram.com/rogue.film.lab/))

130.2 An IMDb page for Rogue Film Lab shows three titles:





(https://www.imdb.com/search/title/?companies=co0644463)

## 131.0   Rogue Films (Ireland)

131.1 We found an Instagram profile for Rogue Films at https://www.instagram.com/rogue_films_/:





(https://www.instagram.com/rogue_films_/)

131.2 A Facebook page for Rogue Films at https://www.facebook.com/theroguefilms features a video that references ROGUE:





(https://www.facebook.com/theroguefilms)

## 132.0   Rogue Management & Production (U.K.)

132.1  We found a website for Rogue Management & Production at https://www.rogue-mgmt.com/:





([https://www.rogue-mgmt.com](https://www.rogue-mgmt.com))

132.2 An Instagram account for Rogue Management & Production at
[https://www.instagram.com/rogue.management/](https://www.instagram.com/rogue.management/) appears as follows:

117





(https://www.instagram.com/rogue.management/)

## 133.0   Rogue (Australia)

133.1  We found a website for Rogue at https://www.rogue.xyz/#hero:

118





([https://www.rogue.xyz/#hero](https://www.rogue.xyz/#hero))

| 134.0 | **Rogue City Productions (U.K.)** |
| --- | --- |

134.1 We found a website for Rogue City Productions at [https://www.roguecitypro.co.uk/](https://www.roguecitypro.co.uk/):





(https://www.roguecitypro.co.uk/)

## 135.0    Rogue Atom Productions (Singapore)

135.1  We found a website for Rogue Atom Productions at https://www.rogueatomproductions.com/:





(https://www.rogueatomproductions.com/)

## 136.0   Rogue Raven Productions (Canada)

136.1 We found a website for Rogue Raven Productions at https://www.rogueravenproductions.com/:





([https://www.rogueravenproductions.com/](https://www.rogueravenproductions.com/))

## 137.0   Rogue Robot (U.K.)

137.1  We found a website for Rogue Robot at [https://www.roguerobot.co.uk/](https://www.roguerobot.co.uk/):





(https://www.roguerobot.co.uk/)

## 138.0   Rogue Panda Pictures (Canada)

138.1  We found a website for Rogue Panda Pictures at http://roguepanda.weebly.com/:





(http://roguepanda.weebly.com/)

## 139.0   Rogue Creative Media (Australia)

139.1  We found references to Rogue Creative Media at https://www.linkedin.com/company/rogue-creative-media/about/ and https://www.roguecreative.com.au/:

124





(https://www.roguecreative.com.au/)

## 140.0   Rogue Projects (Australia)

140.1  We found references to Rogue Projects at https://www.linkedin.com/company/company-of-rogues-theatre-company/ and https://www.rogueprojects.com.au/:

125





(https://www.rogueprojects.com.au/)

## 141.0   Rogue Star Media (Canada and Scotland)

141.1  We found a website for Rogue Star Media at https://www.roguestarmedia.ca/:





(https://www.roguestarmedia.ca/)

## 142.0   Rogue Media (Netherlands)

142.1 We found a website for Rogue Media at http://www.roguemedia.nl/:





(http://www.roguemedia.nl/)

## 143.0   Rogue Artists (Canada)

143.1  We found references to Rogue Artists at https://www.linkedin.com/company/rogue-artists/ and http://www.rogueartists.net/:





([http://www.rogueartists.net/](http://www.rogueartists.net/))

## 144.0   Going Rogue (India)

144.1   We found references to Going Rogue at [https://www.facebook.com/wearegoingrogue/](https://www.facebook.com/wearegoingrogue/) and [https://wearegoingrogue.com/](https://wearegoingrogue.com/):





([https://wearegoingrogue.com/](https://wearegoingrogue.com/))

## 145.0   Rogue Wave Productions (Southeast Asia)

145.1  We found a website for Rogue Wave Productions at [https://www.roguewave-productions.com/](https://www.roguewave-productions.com/):





([https://www.roguewave-productions.com/](https://www.roguewave-productions.com/))

## 146.0   Rogue Star Films (South Africa)

146.1  We found an IMDbPro page for Rogue Star Films at
[https://www.imdb.com/search/title/?companies=co0203113](https://www.imdb.com/search/title/?companies=co0203113):





(https://www.imdb.com/search/title/?companies=co0203113)

## 147.0   Rogue Ventures (Australia)

147.1 We found a Facebook page for Rogue Ventures at
https://www.facebook.com/RogueVenturesProductions/:





(https://www.facebook.com/RogueVenturesProductions/)

147.2  A YouTube channel for Rogue Ventures at https://www.youtube.com/channel/UCF-ppL6W6JmeMoCkNy5zwiA references ROGUE on an official trailer:





(https://www.youtube.com/channel/UCF-ppL6W6JmeMoCkNy5zwiA)

## 148.0   Rogue Productions (South Africa)

148.1  We found references to Rogue Productions at
https://www.imdb.com/search/title/?companies=co0710948 and
http://haiti.spla.pro/fiche.structure.rogue-
productions.5695.html#:~:text=Rogue%20Productions%20is%20an%20independent,them%20mu
sicians%2C%20writers%20and%20animators.:





(http://haiti.spla.pro/fiche.structure.rogue-productions.5695.html#:~:text=Rogue%20Productions%20is%20an%20independent,them%20musicians%2C%20writers%20and%20animators.)

## 149.0   Rogue Creations SFX (U.K.)

149.1  We found a website for Rogue Creations SFX at http://www.roguecreationssfx.com/:





(http://www.roguecreationssfx.com/)

**150.0   Rogue Productions (U.K.)**

150.1  We found a website for Rogue Productions at
https://www.rogueproductions.co.uk/videography:





([https://www.rogueproductions.co.uk/videography](https://www.rogueproductions.co.uk/videography))

## 151.0   Northern Rogue (Sweden)

151.1  We found a website for Northern Rogue at [https://www.northernrogue.se/films/](https://www.northernrogue.se/films/):





([https://www.northernrogue.se/films/](https://www.northernrogue.se/films/))

## 152.0   Rogue Entertainment (Australia)

152.1  We found an IMDb page for Rogue Entertainment at
[https://www.imdb.com/search/title/?companies=co0753634](https://www.imdb.com/search/title/?companies=co0753634):





(https://www.imdb.com/search/title/?companies=co0753634)

## 153.0  Rogue Giant (U.K.)

153.1  We found references to Rogue Giant at https://twitter.com/wearerouguegiant and https://www.imdb.com/search/title/?companies=co0594660:



(https://www.imdb.com/search/title/?companies=co0594660)

## 154.0  Roguescots (Canada)

154.1  We found a website for Roguescots at https://www.roguescots.com/:





(https://www.roguescots.com/)

## 155.0   Rogue Tanzania (Tanzania)

155.1  We found an IMDb page for Rogue Tanzania at
https://www.imdb.com/search/title/?companies=co0398259:

140





(https://www.imdb.com/search/title/?companies=co0398259)

## 156.0   Rogue Elephant Pictures (U.K.)

156.1 We found references to Rogue Elephant Pictures at https://www2.bfi.org.uk/films-tv-people/52855a4f3888f and https://www.imdb.com/search/title/?companies=co0292353:





(https://www.imdb.com/search/title/?companies=co0292353)

## 157.0   Rogue Harbour Game Studio (Canada)

157.1 We found a website for Rogue Harbour Game Studio at https://www.rogueharbour.com/:





(https://www.rogueharbour.com/)

**End of Report**

# EXHIBIT MM



# Investigative Report

**Date:** September 30, 2021

**Client Subject:** ROGUE - RESEARCH PART 2 (FILM TITLES)

**Client:** Banner & Witcoff, Ltd.

71 S. Wacker Drive, Suite 3600

Chicago, IL 60606

**Marksmen Contact:** cases@marksmen.com

**800-558-8838**

**Disclaimer**

This report was prepared at the request and direction of the above Marksmen client. This report is intended to convey research and shall not be considered legal advice or legal opinion. The information in this report may be incomplete. Marksmen, Inc. assumes no responsibility for the accuracy of any particular statement and accepts no liability for any loss or damage that may arise from reliance on the information contained in this report. This report does not constitute a guarantee, warranty, or prediction regarding the outcome of any legal matter.



## 1.0 ROGUE (2020)

1.1   We searched IMDb and found a movie called ROGUE at https://www.imdb.com/title/tt11576124/?ref_=fn_tt_tt_1 which references ROGUE as follows:



(https://www.imdb.com/title/tt11576124/?ref_=fn_tt_tt_1)

1.2   We searched the internet at large and found this movie on Hulu (https://www.hulu.com/movie/rogue-e0c185c8-d41e-4e67-b570-6deabb77c30d?d=Amazon&content_id=1000145781).

## 2.0 ROGUE One: A Star Wars Story (2016)

2.1   We searched IMDb and found a movie called ROGUE One: A Star Wars Story at https://www.imdb.com/title/tt3748528/?ref_=fn_tt_tt_4 which references ROGUE as follows:





(https://www.imdb.com/title/tt3748528/?ref_=fn_tt_tt_4)

2.2   We found numerous trademarks on file for ROGUE One including (87306958). The owner is listed
as Lucasfilm Ltd. LLC – ███████████████ San Francisco, CA 94129.

2.3   We searched the internet at large and found this movie on the following streaming services:
Disney+ (https://www.disneyplus.com/movies/rogue-one-a-star-wars-story/14CV6eSbygOA).

## 3.0 ROGUE Hostage (2021)

3.1   We searched IMDb and found a movie called ROGUE Hostage at
https://www.imdb.com/title/tt13067292/?ref_=fn_tt_tt_5 which references ROGUE as follows:



![Screenshot of IMDb page for Rogue Hostage]

(https://www.imdb.com/title/tt13067292/?ref_=fn_tt_tt_5)

3.2   We searched the internet at large and found this movie available from Amazon (https://www.amazon.com/gp/video/detail/amzn1.dv.gti.a748ff61-524d-446c-8eac-0ed9588fd937?autoplay=1&ref_=atv_cf_strg_wb).

## 4.0  Star Wars: ROGUE Squadron (2023)

4.1   We searched IMDb and found a movie called Star Wars: ROGUE Squadron at https://www.imdb.com/title/tt10300394/?ref_=fn_tt_tt_8 which references ROGUE as follows:





(https://www.imdb.com/title/tt10300394/?ref_=fn_tt_tt_8)

4.2    We note that this IMDb page indicates that this production is "In Development" and is "Expected December 2023."

4.3    We searched the internet at large but found no platforms from which this movie is available to stream.

## 5.0 Mission: Impossible – ROGUE Nation (2015)

5.1    We searched IMDb and found a movie called Mission: Impossible – ROGUE Nation at https://www.imdb.com/title/tt2381249/?ref_=ttmi_tt which references ROGUE as follows:





([https://www.imdb.com/title/tt2381249/?ref_=ttmi_tt/](https://www.imdb.com/title/tt2381249/?ref_=ttmi_tt/))

5.2   We searched trademark databases and found a trademark for Mission: Impossible - ROGUE Nation (86573501) by Paramount Pictures Corporation – ████████████ Hollywood, CA 90038.

5.3   We searched the internet at large and found this movie available on Paramount+ ([https://www.paramountplus.com/movies/mission-impossible-rogue-nation/oVDz2WQUjdpMvF5EsGTZHfWXH7yeIk08?searchReferral=google&ftag=PPM-23-10ahb7b](https://www.paramountplus.com/movies/mission-impossible-rogue-nation/oVDz2WQUjdpMvF5EsGTZHfWXH7yeIk08?searchReferral=google&ftag=PPM-23-10ahb7b)).

## 6.0 ROGUE (2012)

6.1   We searched IMDb and found a TV movie called ROGUE at [https://www.imdb.com/title/tt2245257/?ref_=fn_tt_tt_18](https://www.imdb.com/title/tt2245257/?ref_=fn_tt_tt_18) which references ROGUE as follows:





(https://www.imdb.com/title/tt2245257/?ref_=fn_tt_tt_18)

6.2    We searched the internet at large but found no references to ROGUE the TV movie on streaming platforms.

## 7.0 ROGUE Saints (2011)

7.1    We searched IMDb and found a movie called ROGUE Saints at https://www.imdb.com/title/tt1937302/?ref_=fn_tt_tt_25 which references ROGUE as follows:

6





([https://www.imdb.com/title/tt1937302/?ref_=fn_tt_tt_25](https://www.imdb.com/title/tt1937302/?ref_=fn_tt_tt_25))

7.2   We searched the internet at large and found this movie available for streaming from Amazon ([https://www.amazon.com/gp/video/detail/amzn1.dv.gti.dca9f6f7-5962-bf80-6d34-617fc8ff3f03?ref_=imdbref_tt_wbr_pvt_aiv&tag=imdbtag_tt_wbr_pvt_aiv-20](https://www.amazon.com/gp/video/detail/amzn1.dv.gti.dca9f6f7-5962-bf80-6d34-617fc8ff3f03?ref_=imdbref_tt_wbr_pvt_aiv&tag=imdbtag_tt_wbr_pvt_aiv-20)).

## 8.0 Operation ROGUE (2014)

8.1   We searched IMDb and found a movie called Operation ROGUE at https://www.imdb.com/title/tt3560658/?ref_=fn_tt_tt_26 which references ROGUE as follows:



(https://www.imdb.com/title/tt3560658/?ref_=fn_tt_tt_26)

8.2  We searched the internet at large and found this movie available from Amazon
(https://www.amazon.com/gp/video/detail/amzn1.dv.gti.c93b2d0e-67d6-47e0-8b35-
051ee89e1a80?autoplay=1&ref_=atv_cf_strg_wb).

## 9.0 ROGUE City (2020)

9.1  We searched IMDb and found a movie called ROGUE City at
https://www.imdb.com/title/tt10127684/?ref_=ttmi_tt which references ROGUE as follows:





(https://www.imdb.com/title/tt10127684 /)

9.2   We searched the internet at large and found this movie available for streaming on Netflix (https://www.netflix.com/title/81115400?source=35).

## 10.0   The ROGUE

10.1   We searched IMDb and found a movie called The ROGUE at https://www.imdb.com/title/tt1060269/?ref_=fn_tt_tt_15 which references ROGUE as follows:

9





(https://www.imdb.com/title/tt1060269/?ref_=fn_tt_tt_15)

10.2 We searched the internet at large but found no references to The ROGUE by Yasmin Naficy on streaming platforms.

## 11.0    ROGUE (2016)

11.1 We searched IMDb and found a short film called ROGUE at https://www.imdb.com/title/tt6051868/?ref_=fn_tt_tt_31 which references ROGUE as follows:





(https://www.imdb.com/title/tt6051868/?ref_=fn_tt_tt_31)

11.2   We searched the internet at large but found no references to ROGUE by Mitch Metivier on streaming platforms.

## 12.0    ROGUE Assassin (2012)

12.1   We searched IMDb and found a movie called ROGUE Assassin at https://www.imdb.com/title/tt2124901/?ref_=fn_tt_tt_34 which references ROGUE as follows:





(https://www.imdb.com/title/tt2124901/?ref_=fn_tt_tt_34)

12.2    We searched the internet at large but found no references to ROGUE Assassin by Jason Konopisos-Alvarez on streaming platforms.

## 13.0    ROGUE (2020)

13.1    We searched IMDb and found a movie called ROGUE at https://www.imdb.com/title/tt11992066/?ref_=fn_tt_tt_35 which references ROGUE as follows:





(https://www.imdb.com/title/tt11992066/?ref_=fn_tt_tt_35)

13.2   We searched the internet at large and found a webpage indicating that this ROGUE short film
was shown as part of the virtual SOHO International Film Festival in October 2020:



**ROGUE**

US SHORT FILM

The short film, Rogue, is an unflinching look at the cost war has on its soldiers once they have left the battlefield and the life and death choices they have to make on it.

Rogue follows Noah a former soldier as he struggles to connect with his girlfriend and his present life while trying to forget the past.

We jump from present into Noah's memory and find his platoon providing security at a small outpost in Northern Iraq. Noah leaves Ethan, his second in command in charge while Noah runs a small recon mission. Upon returning to the outpost Noah finds it overrun and Ethan the lone survivor. Noah and Ethan argue about what has transpired, responsibility and the rules of engagement. Ultimately Noah will blame himself and look for a way to make it right.

(https://sohofilmfest.eventive.org/films/5f6add03c2a209004c6c3803)

## 14.0    ROGUE Warfare: Death of a Nation (2020)

14.1   We searched IMDb page at https://www.imdb.com/title/tt7983744/?ref_=fn_tt_tt_39 and found a movie called ROGUE Warfare: Death of a Nation which references ROGUE as follows:





(https://www.imdb.com/title/tt7983744/?ref_=fn_tt_tt_39)

14.2   We searched the internet at large and found this movie available on Netflix
(https://www.netflix.com/watch/81094422?source=35).

## 15.0    ROGUE: The Western (2021)

15.1   We searched IMDb and found a short film called ROGUE: The Western at
https://www.imdb.com/title/tt14029938/?ref_=fn_tt_tt_41 which references ROGUE as follows:





(https://www.imdb.com/title/tt14029938/?ref_=fn_tt_tt_41)

15.2   We searched the internet at large but found no references to ROGUE: The Western by Carly
Miller on streaming platforms. A Facebook post by Carly Miller
(https://www.facebook.com/carlymillerfilm/posts/828898944495253) dated September 13,
2021 notes the film will be shown at the North Hollywood CineFest on October 4, 2021.

## 16.0    ROGUE (2011)

16.1   We searched IMDb and found a TV movie called ROGUE at
https://www.imdb.com/title/tt2215346/?ref_=fn_tt_tt_42 which references ROGUE as follows:





(https://www.imdb.com/title/tt2215346/?ref_=fn_tt_tt_42)

16.2   We searched the internet at large but found no references to ROGUE by John David Hartfield on streaming platforms.

## 17.0    ROGUE (2020)

17.1   We searched IMDb and found a short film called ROGUE at https://www.imdb.com/title/tt12002972/?ref_=fn_tt_tt_44 which references ROGUE as follows:

17





(https://www.imdb.com/title/tt12002972/?ref_=fn_tt_tt_44)

17.2   We searched the internet at large but found no references to ROGUE by Lina Larson on
streaming platforms. However, a page on Lina Larson's website states that "ROGUE premiered at
SIFF-Seattle International Film Festival on April 8-18th, 2021":





(https://linalarson.com/rogue)

## 18.0   ROGUE (2020)

18.1   We searched IMDb and found a short film called ROGUE at
https://www.imdb.com/title/tt13266986/?ref_=fn_tt_tt_48 which references ROGUE as follows:





(https://www.imdb.com/title/tt13266986/?ref_=fn_tt_tt_48)

18.2   We searched the internet at large but found no references to ROGUE by Viktoria I.V. King or Andrea Orejarena on streaming platforms.

## 19.0    ROGUE Cell (2019)

19.1   We searched IMDb and found a movie called ROGUE Cell at https://www.imdb.com/title/tt9697340/?ref_=fn_tt_tt_49 which references ROGUE as follows:



(https://www.imdb.com/title/tt9697340/?ref_=fn_tt_tt_49)

19.2   We found this movie available for streaming from Amazon at
https://www.amazon.com/gp/video/detail/amzn1.dv.gti.64b626af-cd4c-de30-04ea-
fe73cd231e4f.

## 20.0     A ROGUE in Londinium (2010)

20.1   We searched IMDb and found a movie called A ROGUE in Londinium at
https://www.imdb.com/title/tt1570961/?ref_=fn_tt_tt_50 which references ROGUE as follows:



(https://www.imdb.com/title/tt1570961/?ref_=fn_tt_tt_50)

20.2   We searched the internet at large and found this movie available for streaming from Amazon
(https://www.amazon.com/gp/video/detail/amzn1.dv.gti.b8bc4947-7f11-6355-16db-
9b1704a4e097).

## 21.0   ROGUE Shark? (2021)

21.1   We searched IMDb and found a documentary called ROGUE Shark? at
https://www.imdb.com/title/tt14791580/?ref_=fn_tt_tt_55 which references ROGUE as follows:





(https://www.imdb.com/title/tt14791580/?ref_=fn_tt_tt_55)

21.2    We note that the IMDb page for this movie shows one review, dated July 15, 2021. The release
date for this film is listed as July 9, 2021.

21.3    We found that this film appears to be available for streaming from Disney+
(https://www.disneyplus.com/movies/rogue-shark/1vD5qc9Lgq9M).

## 22.0    ROGUE (2019)

22.1    We searched IMDb and found a short film called ROGUE at
https://www.imdb.com/title/tt9077300/?ref_=fn_tt_tt_56:





(https://www.imdb.com/title/tt9077300/?ref_=fn_tt_tt_56)

22.2   We searched the internet at large but found no streaming platforms through which this production is currently available. However, we note that "ROGUE THE SERIES" appears to be available on YouTube (https://www.youtube.com/watch?v=CDCuxjHAqSc).

## 23.0   ROGUE Warrior: Robot Fighter (2016)

23.1   We searched IMDb and found a movie called ROGUE Warrior: Robot Fighter at https://www.imdb.com/title/tt4937114/?ref_=fn_tt_tt_63 which references ROGUE as follows:





(https://www.imdb.com/title/tt4937114/?ref_=fn_tt_tt_63)

23.2 We searched the internet at large and found a DVD of this movie available for sale on Amazon (https://www.amazon.com/ROGUE-Warrior-Fighter-Tracey-Birdsall/dp/B01NCWNGWK).

## 24.0   ROGUE Waves (2020)

24.1 We searched IMDb and found a movie called ROGUE Waves at https://www.imdb.com/title/tt12187144/?ref_=fn_tt_tt_98 which references ROGUE as follows:





(https://www.imdb.com/title/tt12187144/?ref_=fn_tt_tt_98)

24.2   We searched the internet at large and found this movie available for streaming from Amazon
(https://www.amazon.com/ROGUE-Waves-Mick-Lawrence/dp/B084M3PN2Z).

## 25.0   ROGUE (2014)

25.1   We searched IMDb and found a movie called ROGUE at
https://www.imdb.com/title/tt3665280/?ref_=fn_tt_tt_101 which references ROGUE as follows:





(https://www.imdb.com/title/tt3665280/?ref_=fn_tt_tt_101)

25.2   We searched the internet at large but found no apparent streaming platforms through which
ROGUE by Matt Roy is available.

## 26.0   The ROGUE (2011)

26.1   We searched IMDb and found a short film called The ROGUE at
https://www.imdb.com/title/tt1996417/?ref_=fn_tt_tt_103 which references ROGUE as follows:



(https://www.imdb.com/title/tt1996417/?ref_=fn_tt_tt_103)

26.2   We searched the internet at large and found that this short film was posted on Vimeo on December 7, 2011 (https://vimeo.com/33268840).

## 27.0   ROGUE (2011)

27.1   We searched IMDb and found a short film called ROGUE at https://www.imdb.com/title/tt3667068/?ref_=fn_tt_tt_106 which references ROGUE as follows:





(https://www.imdb.com/title/tt3667068/?ref_=fn_tt_tt_106)

27.2    We searched the internet at large but found no references to ROGUE by Nicholas Leja on streaming platforms. However, we found the short film available to watch at http://www.studiovulpes.com/ourwork.html#prettyPhoto/4/.

## 28.0    ROGUE (2012)

28.1    We searched IMDb and found a short film called ROGUE at https://www.imdb.com/title/tt7528960/?ref_=fn_tt_tt_107 which references ROGUE as follows:





(https://www.imdb.com/title/tt7528960/?ref_=fn_tt_tt_107)

28.2   We searched the internet at large and found that this short film was uploaded to YouTube on July 15, 2012 (https://www.youtube.com/watch?v=derUSXMEPCI).

## 29.0   The ROGUE (2014)

29.1   We searched IMDb and found a short film called The ROGUE at https://www.imdb.com/title/tt3848120/?ref_=fn_tt_tt_113 which references ROGUE as follows:

30





(https://www.imdb.com/title/tt3848120/?ref_=fn_tt_tt_113)

29.2   We searched the internet at large but found no references to The ROGUE by Maggy Torres-Rodriguez on streaming platforms.

## 30.0   ROGUE Hunter (2019)

30.1   We searched IMDb and found a short film called ROGUE Hunter at https://www.imdb.com/title/tt6557732/?ref_=fn_tt_tt_122 which references ROGUE as follows:





(https://www.imdb.com/title/tt6557732/?ref_=fn_tt_tt_122)

30.2  We searched the internet at large and found this short film on YouTube, uploaded on November 8, 2020 (https://www.youtube.com/watch?v=yLsLR1VusVw).

## 31.0   ROGUE Hunter (2012)

31.1  We searched IMDb and found a movie called ROGUE Hunter at https://www.imdb.com/title/tt2327499/?ref_=fn_tt_tt_123 which references ROGUE as follows:





(https://www.imdb.com/title/tt2327499/?ref_=fn_tt_tt_123)

31.2   We searched the internet at large and found this movie available for streaming from Amazon
(https://www.amazon.com/gp/video/detail/amzn1.dv.gti.fcb16d50-94c0-ccae-d27b-
2ce4ed75bdb3?ref_=imdbref_tt_wbr_pvt_aiv&tag=imdbtag_tt_wbr_pvt_aiv-20).

## 32.0   ROGUE Angel

32.1   We searched IMDb and found a movie called ROGUE Angel at
https://www.imdb.com/title/tt14242938 which references ROGUE as follows:





(https://www.imdb.com/title/tt14242938)

32.2  We searched the internet at large but found no references to ROGUE Angel on streaming platforms. However, we note that a Facebook post dated July 18, 2021 indicates that this film is coming out on January 8, 2022:





(https://fb.watch/8jgPPeTyYz)

## 33.0     Hunger Games: Going ROGUE (2016)

33.1   We searched IMDb and found a movie called The Hunger Games: Going ROGUE at
https://www.imdb.com/title/tt5949940, a documentary with interviews of the cast and crew of
"The Hunger Games: Mockingjay":





(https://www.imdb.com/title/tt5949940)

33.1.1  We note that a review dated July 16, 2019 on this IMDb states in part, "It's 8 minutes long. This is found on my library's copy of The Hunger Games: Mockingjay – Part 2."

33.2  We searched the internet at large but found no references to Hunger Games: Going ROGUE by Francis Lawrence on streaming platforms.

## 34.0   Going ROGUE (2020)

34.1  We searched IMDb and found a movie called Going ROGUE at https://www.imdb.com/title/tt1393001 which references ROGUE as follows:

36





(https://www.imdb.com/title/tt1393001)

34.2    We searched the internet at large and found this movie available for streaming from Amazon (https://www.amazon.com/gp/video/detail/amzn1.dv.gti.7abb0d91-34eb-a022-15f8-c2a08141d3b0?ref_=imdbref_tt_wbr_pvt_aiv&tag=imdbtag_tt_wbr_pvt_aiv-20).

## 35.0    ROGUE Redemption (2019)

35.1    We searched IMDb and found a short film called ROGUE Redemption at https://www.imdb.com/title/tt9684660 which references ROGUE as follows:





(https://www.imdb.com/title/tt9684660/?ref_=fn_tt_tt_141)

35.2    We searched the internet at large but found no apparent streaming platform through which this short film is available.

35.3    A YouTube trailer for the short film was uploaded on January 29, 2019 at https://www.youtube.com/watch?v=DeouwUF00CQ&list=PL1A-GyP2fUf4bMJA0ch04rDA3MK0KdI77&index=10. The description of this video states, "ONLY ON VIMEO." However, the link to the film on Vimeo (https://vimeo.com/315037937) appears to be broken.

## 36.0    ROGUE Cell: Shadow Warrior (2020)

36.1    We searched IMDb and found a movie called ROGUE Cell: Shadow Warrior at https://www.imdb.com/title/tt11656972, which references ROGUE as follows:





(https://www.imdb.com/title/tt11656972)

36.2   We searched the internet at large and found this movie available streaming from Amazon (https://www.amazon.com/gp/video/detail/amzn1.dv.gti.60bbb9c6-1551-aa97-08e5-330a97b6f9c5?autoplay=1&ref_=atv_cf_strg_wb).

## 37.0   ROGUE Strike (2014)

37.1   We searched IMDb and found a movie called ROGUE Strike at https://www.imdb.com/title/tt2339425 which references ROGUE as follows:





(https://www.imdb.com/title/tt2339425)

37.2   We searched the internet at large and found this movie is available for streaming from Amazon (https://www.amazon.com/gp/video/detail/amzn1.dv.gti.fca9f7a7-c27e-0d36-e4a9-f31832f08a5d).

## 38.0   ROGUE Assistant (2014)

38.1   We searched IMDb and found a short film called ROGUE Assistant at https://www.imdb.com/title/tt4294130, which references ROGUE as follows:





(https://www.imdb.com/title/tt4294130)

38.2   We searched the internet at large but found no references to ROGUE Assistant on streaming platforms.

38.3   A website for Juliet Clare Warren at https://www.julietclarewarren.com/directing shows a trailer for ROGUE Assistant and indicates that it was screened at various film festivals in 2015.

## 39.0    ROGUE A.I (2020)

39.1   We searched IMDb and found a short film called ROGUE A.I at https://www.imdb.com/title/tt12111044 which references ROGUE as follows:





(https://www.imdb.com/title/tt12111044)

39.2  We searched the internet at large but found no references to ROGUE A.I on streaming platforms.

## 40.0    ROGUE Elements (2017)

40.1  We searched IMDb and found a movie called ROGUE Elements at https://www.imdb.com/title/tt8174154 which references ROGUE as follows:





(https://www.imdb.com/title/tt8174154)

40.2   We searched the internet at large and found this documentary streaming from Amazon (https://www.amazon.com/gp/video/detail/amzn1.dv.gti.5caf9ded-4e0c-9bda-2e38-1e433cd0a38e?ref_=imdbref_tt_wbr_pvc_echoboom&tag=imdbtag_tt_wbr_pvc_echoboom-20).

## 41.0   ROGUE Wave (2020)

41.1   We searched IMDb and found a movie called ROGUE Wave at https://www.imdb.com/title/tt13038748 which references ROGUE as follows:





(https://www.imdb.com/title/tt13038748)

41.2   We searched the internet at large but found no references to ROGUE Wave on streaming platforms. We note that a GoFundMe page at https://www.gofundme.com/f/rogue-wavescsun-thesis-film indicates that this film was a thesis project.

## 42.0    ROGUE Tiger (2017)

41.2   We searched IMDb and found a movie called ROGUE Tiger at https://www.imdb.com/title/tt7098738 which references ROGUE as follows:





(https://www.imdb.com/title/tt7098738)

42.2   We searched the internet at large but found no references to ROGUE Tiger by Jessica Payne on streaming platforms.

## 43.0   ROGUE

43.1   We searched IMDb and found a movie called ROGUE at https://www.imdb.com/title/tt9605614 which references ROGUE as follows:





(https://www.imdb.com/title/tt9605614)

43.2   We searched the internet at large but found no references to ROGUE by Austin Moreno on streaming platforms.

43.3   We note that a ROGUE DVD is available for Pre-Order at https://roguemovie.myshopify.com/products/rogue-dvd, though the release date is listed as July 1, 2021.

## 44.0   ROGUE Blue (2021)

44.1   We searched IMDb and found a documentary called ROGUE Blue at https://www.imdb.com/title/tt13057098 which references ROGUE as follows:





(https://www.imdb.com/title/tt13057098)

44.2   We note that the above page indicates that ROGUE Blue is "In Production" and "Expected October 2021."

44.3   We searched the internet at large but found no references to ROGUE Blue by Austin Moreno on streaming platforms.

## 45.0    ROGUE Island (2016)

45.1   We searched IMDb and found a short film called ROGUE Island at https://www.imdb.com/title/tt5347484 which references ROGUE as follows:





(https://www.imdb.com/title/tt5347484)

45.2   We searched the internet at large and found that ROGUE Island is available as a short film, uploaded to YouTube on September 26, 2016 (https://www.youtube.com/watch?v=Np516FZ157E).

## 46.0    ROGUE Gladiators (2021)

46.1   We searched IMDb and found a short film called ROGUE Gladiator at https://www.imdb.com/title/tt14610562 which references ROGUE as follows:





(https://www.imdb.com/title/tt14610562)

46.2   We searched the internet at large and found that ROGUE Gladiators is available from YouTube.
This YouTube video was uploaded on March 30, 2021
(https://www.youtube.com/watch?v=yG7nZNOcn5A). This video's description states in part:

*This is the pilot episode of the New Original Gladiator Web Series – Rogue Gladiators.*

## 47.0    The ROGUES: Dawn of the Black Sun

47.1   We searched IMDb and found a movie called The ROGUES: Dawn of the Black Sun at
https://www.imdb.com/title/tt13667630 which references ROGUE as follows:

49





(https://www.imdb.com/title/tt13667630)

47.2  We searched the internet at large but found no references to The ROGUES: Dawn of the Black
Sun by Tyler Hickman on streaming platforms. A page at
https://www.stage32.com/lounge/fundraising/The-Rogues-Dawn-of-the-Black-Sun-Seeks-
Investors notes Tyler Hickman is seeking funding for the project.

## 48.0    Miami ROGUE

48.1  We searched IMDb and found a movie called Miami ROGUE at
https://www.imdb.com/title/tt6680218 which references ROGUE as follows:





(https://www.imdb.com/title/tt6680218)

48.2 We searched trademark databases and found a dead trademark application for Miami ROGUE
(87714137). The owner is listed as Julian Monterrey Films LLC - █████████████████
Miami, FL 33139.

48.3 We searched the internet at large and found that this movie is available for streaming from
Amazon (https://www.amazon.com/Miami-ROGUE-Julian-Monterrey/dp/B07VXXPXXZ).

## 49.0   The ROGUES of Flat Oak (2018)

49.1 We searched IMDb and found a movie called The ROGUES of Flat Oak at
https://www.imdb.com/title/tt9198440 which references ROGUE as follows:



(https://www.imdb.com/title/tt9198440)

49.2  We searched the internet at large and found this movie available for streaming from Amazon (https://www.amazon.com/gp/video/detail/amzn1.dv.gti.8ab8e11d-beb3-ae88-18a2-cb80816c523d?autoplay=1&ref_=atv_cf_strg_wb).

## 50.0    ROGUE Narc (2017)

50.1  We searched IMDb and found a movie called ROGUE Narc at https://www.imdb.com/title/tt6749120 which references ROGUE as follows:





(https://www.imdb.com/title/tt6749120)

50.2   We searched the internet at large but found no references to ROGUE Narc by John Massaria on
       streaming platforms. An introduction to the series dated March 23, 2017 can be found at
       www.youtube.com/watch?v=OETN6USyLNE&list=PLLsjr_hqBHTKIBOuSJrCHN6ztXvvhktN6.

## 51.0   The Haunting of Alice ROGUE (2015)

51.1   We searched IMDb and found a documentary called the Haunting of Alice ROGUE at
       https://www.imdb.com/title/tt4208350 which references ROGUE as follows:





(https://www.imdb.com/title/tt4208350)

51.2   We searched the internet at large but found no listings for The Haunting of Alice ROGUE on streaming platforms.

**52.0   Alien Vengeance II: ROGUE Element (2010)**

52.1   We searched IMDb and found a movie called Alien Vengeance II: ROGUE Element at https://www.imdb.com/title/tt1637674 which references ROGUE as follows:





(https://www.imdb.com/title/tt1637674)

52.2   We searched the internet at large and found that this movie is available for streaming from
Amazon (https://www.amazon.com/Alien-Vengeance-II-ROGUE-Element/dp/B004M1PWLK).

## 53.0    ROGUE Deuce: A ShPoon Drugg Story (2018)

53.1   We searched IMDb and found a movie called ROGUE Deuce: A ShPoon Drugg Story at
https://www.imdb.com/title/tt8706670 which references ROGUE as follows:





(https://www.imdb.com/title/tt8706670)

53.2   We searched the internet at large but found no references to ROGUE Deuce: A ShPoon Drugg Story on streaming platforms outside of a YouTube featurette uploaded on June 14, 2018 (https://www.youtube.com/watch?v=747voF9Qed8).

## 54.0   ROGUE Planet Gamma (2011)

54.1   We searched IMDb and found a movie called Rouge Planet Gamma at https://www.imdb.com/title/tt5717566 which references ROGUE as follows:





(https://www.imdb.com/title/tt5717566)

54.2    We searched the internet at large but found no references to ROGUE Planet Gamma by
Raphaello on streaming platforms.

## 55.0    ROGUE Ops (2015)

55.1    We searched IMDb and found a TV movie called Rogue Ops at
https://www.imdb.com/title/tt4599348 which references ROGUE as follows:





(https://www.imdb.com/title/tt4599348)

55.2   We searched the internet at large but found no references to ROGUE Ops from streaming platforms outside of YouTube. A channel for ROGUE Ops videos is available at https://www.youtube.com/channel/UCrCP6_iH26CPdpzr1W3llHg, though we note that the series appears to be called ROGUE Operations in full and has no uploads more recent than July 6, 2016 (https://www.youtube.com/c/Rogueoperationsofficial/videos).

<div style="background-color:#b01c2e;color:white;padding:4px;">56.0   The ROGUE Lawman</div>

56.1   We searched IMDb and found a TV movie called The ROGUE Lawman at https://www.imdb.com/title/tt3297800 which references ROGUE as follows and indicates that the production is "In Development":





(https://www.imdb.com/title/tt3297800)

56.2   We searched the internet at large but found no apparent references to The ROGUE Lawman on streaming platforms.

## 57.0   ROGUE Justice

57.1   We searched IMDb and found a page at https://www.imdb.com/title/tt11173584 that references a TV mini-series called ROGUE Justice, which is noted as "In development":





(https://www.imdb.com/title/tt11173584)

57.2   We searched the internet at large but found no apparent references to ROGUE Justice on streaming platforms.

## 58.0   ROGUE (2013-2017)

58.1   We searched IMDb and found a TV series called ROGUE at https://www.imdb.com/title/tt2397255 which references ROGUE as follows:

60





(https://www.imdb.com/title/tt2397255)

58.2   We searched the internet at large and found this TV show available for streaming from Amazon (https://www.amazon.com/gp/video/detail/amzn1.dv.gti.acbaea65-0b1c-3397-5045-773b68a84401?ref_=imdbref_tt_wo_pvs_piv&tag=imdbtag_tt_wo_pvs_piv-20).

## 59.0   ROGUE Trip (2020)

59.1   We searched IMDb and found a TV show called ROGUE Trip at https://www.imdb.com/title/tt10225100 which references ROGUE as follows:



(https://www.imdb.com/title/tt10225100)

59.2  We searched the internet at large and found this TV show available for streaming from Disney+ (https://www.disneyplus.com/series/rogue-trip/18F9hNDT0w1K?distributionPartner=google).

## 60.0    Star Wars: Go ROGUE (2016)

60.1  We searched IMDb and found a TV miniseries called Star Wars: Go ROGUE at https://www.imdb.com/title/tt6023834 which references ROGUE as follows:





(https://www.imdb.com/title/tt6023834)

60.2   We searched the internet at large and found this TV show available for streaming from a website
for Disney at video.disney.com (https://video.disney.com/watch/star-wars-go-rogue-chapter-1-
53b69141eadcfa0170ce7f43).

## 61.0   ROGUE Theory (2019-2020)

61.1   We searched IMDb and found a TV show called ROGUE Theory at
https://www.imdb.com/title/tt12423208 which references ROGUE as follows:





(https://www.imdb.com/title/tt12423208)

61.2   We searched the internet at large and found references to ROGUE Theory on YouTube (https://www.youtube.com/watch?v=0b-ry1UJ9gc&list=PL4xEo4XxrSJaj2mhKuouwz5fiZMx0XXpC).

## 62.0   ROGUE Routes (2020)

62.1   We searched IMDb and found a TV series called ROGUE Routes at https://www.imdb.com/title/tt13695396 which references ROGUE as follows:



![Rogue Routes IMDb page screenshot]

(https://www.imdb.com/title/tt13695396)

62.2   We searched the internet at large but found no references to ROGUE Routes on streaming
platforms. A page at https://dragonflimedia.com/portfolio/atlas-obscura-rogue-routes provides
background on the video series, but does not have the videos available to watch.

## 63.0   ROGUES Gallery (2020)

63.1   We searched IMDb and found a TV series called ROGUES Gallery at
https://www.imdb.com/title/tt14584484 which references ROGUE as follows:





(https://www.imdb.com/title/tt14584484)

63.2    We searched the internet at large but found no listings for ROGUES Gallery on streaming platforms outside of videos on YouTube. An example at https://www.youtube.com/watch?v=p46rsF1S7T8&list=PLrLoW374SaPahWNDZbDcDyD-yyA377Kjz&index=16.

## 64.0    ROGUES of LA (2014)

64.1    We searched IMDb and found a TV series called ROGUES of LA at https://www.imdb.com/title/tt4004278 which references ROGUE as follows:





(https://www.imdb.com/title/tt4004278)

64.2  We searched the internet at large but found no references to ROGUES of LA on streaming
platforms outside of on a YouTube channel at
https://www.youtube.com/channel/UCK92wR86doW8D9-cfXuvKmg/videos.

## 65.0    ROGUE Earth (2017)

65.1  We searched IMDb and found a TV series called ROGUE Earth at
https://www.imdb.com/title/tt14888484 which references ROGUE as follows:

67



(https://www.imdb.com/title/tt14888484)

65.2   We searched the internet at large and found this TV series available for streaming on Amazon from Discovery+ (https://www.amazon.com/Rogue-Earth-Season-2/dp/B091SL54DX).

## 66.0   ROGUE Artisans and Crafters (2017)

66.1   We searched IMDb and found a TV show called ROGUE Artisans and Crafters: Tim Hallam at https://www.imdb.com/title/tt7790840/?ref_=fn_al_tt_1, which references ROGUE as follows:





(https://www.imdb.com/title/tt7790840/?ref_=fn_al_tt_1)

66.2   We found this production available for streaming from LugaTV at
https://www.lugatv.com/tvshow.php?name=Rogue%20Artisans%20and%20Crafters%20Tim%20Hallam&Episode=1&Season=1&imdb=tt7790840.

## 67.0   ROGUE Rocket (2019)

67.1   We searched IMDb and found a TV series called ROGUE Rocket at
https://www.imdb.com/title/tt11585764 which references ROGUE as follows:





(https://www.imdb.com/title/tt11585764)

67.2  We searched the internet at large and found ROGUE Rocket episodes on YouTube (https://www.youtube.com/c/roguerocket/videos).

## 68.0    ROGUE Hoes (2014)

68.1  We searched IMDb and found a TV series called ROGUE Hoes at https://www.imdb.com/title/tt3970900 which references ROGUE as follows:



(https://www.imdb.com/title/tt3970900)

68.2   We searched the internet at large but found no references to ROGUE Hoes by Camelia Dee on streaming platforms.

## 69.0   ROGUE List (2016)

69.1   We searched IMDb and found a mini TV series called ROGUE List at https://www.imdb.com/title/tt6064658 which references ROGUE as follows:





(https://www.imdb.com/title/tt6064658)

69.2   We searched the internet at large but found no references to ROGUE List on streaming platforms.

## 70.0   God's ROGUE (2018)

70.1   We searched IMDb and found TV series called God's ROGUE at https://www.imdb.com/title/tt9287118/?ref_=fn_tv_tt_36 which references ROGUE as follows:



(https://www.imdb.com/title/tt9287118/?ref_=fn_tv_tt_36)

70.2  We searched the internet at large but found no references to God's ROGUE on streaming platforms.

**71.0    ROGUE Files: Reparation (2013)**

71.1  We searched IMDb and found a TV mini-series called ROGUE Files: Reparation at https://www.imdb.com/title/tt2719680/?ref_=fn_tv_tt_46 which references ROGUE as follows:





(https://www.imdb.com/title/tt2719680/?ref_=fn_tv_tt_46)

71.2  We searched the internet at large and found this TV mini-series on DirectTV
(https://www.directv.com/tv/Rogue-Files-Reparation-c1ZrWGdUd2Z4VUk9/Sam-
Nkt0QmFnWCtGR294OUY2OXh4VmlVQT09).

## 72.0   The Old ROGUE (2018)

72.1  We searched IMDb and found a TV mini-series called The Old ROGUE at
https://www.imdb.com/title/tt8404586/?ref_=fn_tv_tt_48 which references ROGUE as follows:





(https://www.imdb.com/title/tt8404586/?ref_=fn_tv_tt_48)

72.2   We searched the internet at large but found no references to The Old ROGUE on streaming
platforms. We found a teaser of episode one at https://www.originalmind.com/the-old-rogu.

**73.0   Farrah ROGUE - Awakening (2019)**

73.1   We searched IMDb and found a TV mini-series called Farrah ROGUE - Awakening at
https://www.imdb.com/title/tt10230000/?ref_=fn_tv_tt_55 which references ROGUE as follows:



(https://www.imdb.com/title/tt10230000/?ref_=fn_tv_tt_55)

73.2   We searched the internet at large and found this TV mini-series available for streaming on Amazon (https://www.amazon.com/Farrah-Rogue-Awakening/dp/B07QX9888Z).

## 74.0   The 11 ROGUES

74.1   We searched IMDb and found a TV series called The 11 ROGUES at https://www.imdb.com/title/tt9031226/?ref_=fn_tv_tt_61 which references ROGUE as follows:





(https://www.imdb.com/title/tt9031226/?ref_=fn_tv_tt_61)

74.2  We searched the internet at large but found no references to The 11 ROGUES on streaming platforms.

## 75.0   Going ROGUE

75.1  We searched IMDb and found a TV series called Going ROGUE at https://www.imdb.com/title/tt6416054/?ref_=fn_tv_tt_62 which references ROGUE as follows:



MARKSMEN
BRAND PROTECTION SERVICES

(https://www.imdb.com/title/tt6416054/?ref_=fn_tt_62)

75.2   We searched the internet at large but found no references to Going ROGUE on streaming platforms.

## 76.0   Indigo ROGUE

76.1   We searched IMDb and found a TV show called Indigo ROGUE at https://www.imdb.com/title/tt13851554/?ref_=fn_tv_tt_63 which references ROGUE as follows:





(https://www.imdb.com/title/tt13851554/?ref_=fn_tv_tt_63)

76.2   We searched the internet at large but found no references to Indigo ROGUE on streaming platforms.

<div style="background-color:red; color:white">

**77.0    The ROGUE Legends Series (2017)**

</div>

77.1   We searched IMDb and found a TV series called The ROGUE Legends Series at https://www.imdb.com/title/tt6937684/?ref_=fn_tv_tt_64 which references ROGUE as follows:



(https://www.imdb.com/title/tt6937684/?ref_=fn_tv_tt_64)

77.2  We searched the internet at large and found this TV show on YouTube
(https://www.youtube.com/watch?v=tIvI6KYpFWA).

## 78.0    Gotham Noir ROGUES Gallery (2018)

78.1  We searched IMDb and found a TV mini-series called Gotham Noir ROGUES Gallery at
https://www.imdb.com/title/tt8370358/?ref_=fn_tv_tt_67 which references ROGUE as follows:



(https://www.imdb.com/title/tt8370358/?ref_=fn_tv_tt_67)

78.2 We searched the internet at large and found this TV mini-series streaming on YouTube
(https://www.youtube.com/watch?v=1Zxxqb9cFio).

## 79.0    ROGUE Record Breakers (2020)

79.1 We searched IMDb and found a TV show called ROGUE Record Breakers at
https://www.imdb.com/title/tt12434054/?ref_=fn_al_tt_1 which references ROGUE as follows:





([https://www.imdb.com/title/tt12434054/?ref_=fn_al_tt_1](https://www.imdb.com/title/tt12434054/?ref_=fn_al_tt_1))

79.2 We searched trademark databases and found the following registration that may be connected to ROGUE Record Breakers, (US 6205940) filed on July 25, 2016 and registered on November 24, 2020.

79.3 We searched the internet at large but found no references to ROGUE Record Breakers on streaming platforms.

## 80.0    Gems of the ROGUE Valley: Southern Oregon Historical Society (2017)

80.1 We searched IMDb and found a TV show called Gems of the ROGUE Valley: Southern Oregon Historical Society at [https://www.imdb.com/title/tt7789728/?ref_=tt_mv_close](https://www.imdb.com/title/tt7789728/?ref_=tt_mv_close) which references ROGUE as follows:





(https://www.imdb.com/title/tt7789728/?ref_=tt_mv_close)

80.2   We searched the internet at large and found that Gems of the ROGUE Valley: Southern Oregon Historical Society is available from LugaTV (https://www.lugatv.com/tvshow.php?name=Gems%20of%20the%20Rogue%20Valley%20Southern%20Oregon%20Historical%20Society&Episode=1&Season=1&imdb=tt7789728).

## 81.0   ROGUE Artisans and Crafters (2017)

81.1   We searched IMDb and found a TV show called ROGUE Artisans and Crafters at https://www.imdb.com/title/tt7790634/?ref_=tt_mv_close which references ROGUE as follows:





(https://www.imdb.com/title/tt7790634/?ref_=tt_mv_close)

81.2   We searched the internet at large and found this TV service available from streaming platforms such as at https://www.dailymotion.com/video/x6luve8.

<div style="background-color:#b01c1c;color:white;padding:4px;">

**82.0     Walmart: ROGUE One: A Star Wars Story (2016 US)**

</div>

82.1   We searched IMDb and found a TV movie called Walmart: ROGUE One: A Star Wars Story at https://www.imdb.com/title/tt10685160/?ref_=fn_tv_tt_95 which references ROGUE as follows:





(https://www.imdb.com/title/tt10685160/?ref_=fn_tv_tt_95)

82.2   We searched the internet at large but found no references to Walmart: ROGUE One: A Star Wars Story on streaming platforms.

## 83.0    Nissan ROGUE: Star Wars ROGUE One Battle Tested (2016)

83.1.1   We searched IMDb and found a TV movie called at Nissan ROGUE: Star Wars ROGUE One Battle Tested https://www.imdb.com/title/tt10679178/?ref_=fn_tv_tt_86 which references ROGUE as follows:





(https://www.imdb.com/title/tt10679178/?ref_=fn_tv_tt_86)

83.2   We searched the internet at large but found no references to Nissan ROGUE: Star Wars ROGUE
One Battle Tested on streaming platforms.

## 84.0   ROGUE Cop School (2012)

84.1   We searched IMDb and found a TV show called ROGUE Cop School at
https://www.imdb.com/title/tt6514042/?ref_=fn_tv_tt_76 which references ROGUE as follows:





(https://www.imdb.com/title/tt6514042/?ref_=fn_tv_tt_76)

84.2   We searched the internet at large and found this show on YouTube (https://www.youtube.com/playlist?list=PL9F1D1E3E05A0A7E3) but the videos are private.

## 85.0   ROGUE Lawyer

85.1   We searched IMDb and found a tv series called ROGUE Lawyer at https://www.imdb.com/title/tt9420488/?ref_=fn_tv_tt_30 which references ROGUE as follows:





(https://www.imdb.com/title/tt9420488/?ref_=fn_tv_tt_30)

85.2  We searched the internet at large but found no references to ROGUE Lawyer on streaming platforms.

## 86.0    ROGUES Gallery (2018)

86.1  We searched IMDb and found a tv series called ROGUES Gallery at https://www.imdb.com/title/tt11321758/?ref_=fn_tv_tt_45 which references ROGUE as follows:





(https://www.imdb.com/title/tt11321758/?ref_=fn_tv_tt_45)

86.2   We searched the internet at large but found no references to ROGUEs Gallery on streaming platforms.

## 87.0    ROGUES and Roleplayers (2015)

87.1   We searched IMDb and found a tv series called ROGUEs and Roleplayers at https://www.imdb.com/title/tt7993046/?ref_=fn_tv_tt_51 which references ROGUE as follows:





(https://www.imdb.com/title/tt7993046/?ref_=fn_tv_tt_51)

87.2 We searched the internet at large and found this series available for streaming on Twitch at https://www.twitch.tv/rroleplayers/schedule.

## 88.0    ROGUE Agent

88.1 We searched IMDb and found a film in production called ROGUE Agent at https://www.imdb.com/title/tt13399658/?ref_=fn_ft_tt_57 which references ROGUE as follows:





(https://www.imdb.com/title/tt13399658/?ref_=fn_ft_tt_57)

88.2  We searched the internet at large but found no references to ROGUE Agent on streaming platforms.

<div style="background-color:#b3282d;color:white">

**89.0    ROGUE Agent (the Last Circle - I)**

</div>

89.1  We searched IMDb and found a movie called ROGUE Agent (the Last Circle - I) at
https://www.imdb.com/title/tt5541482/?ref_=fn_ft_tt_172 which references ROGUE as follows:





(https://www.imdb.com/title/tt5541482/?ref_=fn_ft_tt_172)

89.2   We searched the internet at large but found no references to ROGUE Agent (the Last Circle - I) on
streaming platforms.

## 90.0     ROGUE State of Mind

90.1   We searched IMDb and found a film in production called ROGUE State of Mind at
https://www.imdb.com/title/tt11253842/?ref_=fn_ft_tt_160 which references ROGUE as
follows:





(https://www.imdb.com/title/tt11253842/?ref_=fn_ft_tt_160)

90.2   We searched the internet at large but found no references to ROGUE State of Mind on streaming
platforms.

**91.0    Star Worlds Episode XXXIVE=MC2: The Force Awakens the Last Jedi Who Went ROGUE**

91.1   We searched IMDb and found a movie called Star Worlds Episode XXXIVE=MC2: The Force
Awakens the Last Jedi Who Went ROGUE at
https://www.imdb.com/title/tt6520712/?ref_=fn_ft_tt_150 which references ROGUE as follows:





(https://www.imdb.com/title/tt6520712/?ref_=fn_ft_tt_150)

91.2  We searched the internet at large but found no references to Star Worlds Episode XXXIVE=MC2: The Force Awakens the Last Jedi Who Went ROGUE on streaming platforms.

**92.0   Splinters of Ares: ROGUE**

92.1  We searched IMDb and found a film in development called Splinters of Ares: ROGUE at https://www.imdb.com/title/tt4712582/?ref_=fn_ft_tt_141 which references ROGUE as follows:





(https://www.imdb.com/title/tt4712582/?ref_=fn_ft_tt_141)

92.2   We searched the Internet at large but found no references to Splinters of Ares: ROGUE on
streaming platforms.

## 93.0   A Tale of ROGUES

93.1   We searched IMDb and found a film in production called A Tale of ROGUES at
https://www.imdb.com/title/tt7604522/?ref_=fn_ft_tt_131 which references ROGUE as follows:





(https://www.imdb.com/title/tt7604522/?ref_=fn_ft_tt_131)

93.2  We searched the Internet at large but found no references to A Tale of ROGUES on streaming platforms.

**94.0    Dirty ROGUES**

94.1  We searched IMDb and found a film in production called Dirty ROGUES at https://www.imdb.com/title/tt5595878/?ref_=fn_ft_tt_125 which references ROGUE as follows:





(https://www.imdb.com/title/tt5595878/?ref_=fn_ft_tt_125)

94.2    We searched the Internet at large but found no references to Dirty ROGUES on streaming platforms.

## 95.0    ROGUE Player

95.1    We searched IMDb and found a film in production called ROGUE Player at https://www.imdb.com/title/tt3524494/?ref_=fn_ft_tt_124 which references ROGUE as follows:





([https://www.imdb.com/title/tt3524494/?ref_=fn_ft_tt_124](https://www.imdb.com/title/tt3524494/?ref_=fn_ft_tt_124))

95.2  We searched the internet at large but found no references to ROGUE Player on streaming platforms.

## 96.0    Going ROGUE (I)

96.1  We searched IMDb and found a film in production called Going ROGUE at [https://www.imdb.com/title/tt4759246/?ref_=fn_ft_tt_122](https://www.imdb.com/title/tt4759246/?ref_=fn_ft_tt_122) which references ROGUE as follows:





(https://www.imdb.com/title/tt4759246/?ref_=fn_ft_tt_122)

96.2   We searched the Internet at large but found no references to Going ROGUE (I) on streaming platforms.

## 97.0   Going ROGUE (II)

97.1   We searched IMDb and found a movie called Going ROGUE at https://www.imdb.com/title/tt4032218/?ref_=fn_ft_tt_123 which references ROGUE as follows:





(https://www.imdb.com/title/tt4032218/?ref_=fn_ft_tt_123)

97.2  We searched the Internet at large but found no references to Going ROGUE on streaming platforms.

## 98.0    Boobs Gone ROGUE

98.1  We searched IMDb and found a movie in development called Boobs Gone ROGUE at https://www.imdb.com/title/tt10763142/?ref_=fn_ft_tt_97 which references ROGUE as follows:



(https://www.imdb.com/title/tt10763142/?ref_=fn_ft_tt_97)



98.2  We searched the internet at large but found no references to Boobs Gone ROGUE on streaming platforms.

## 99.0    ROGUE Element

99.1  We searched IMDb and found a film in production called ROGUE Element at https://www.imdb.com/title/tt9023662/?ref_=fn_ft_tt_87 which references ROGUE as follows:



(https://www.imdb.com/title/tt9023662/?ref_=fn_ft_tt_87)

99.2  We searched the internet at large but found no references to ROGUE Element on streaming platforms.

## 100.0   ROGUE Star

100.1 We searched IMDb and found a film in production called ROGUE Star at https://www.imdb.com/title/tt3990964/?ref_=fn_ft_tt_78 which references ROGUE as follows:





(https://www.imdb.com/title/tt3990964/?ref_=fn_ft_tt_78)

100.2 We searched the internet at large but found no references to ROGUE Star on streaming
platforms.

## 101.0   ROGUE Scholars

101.1 We searched IMDb and found a film in development called ROGUE Scholars at
https://www.imdb.com/title/tt1609490/?ref_=fn_ft_tt_80 which references ROGUE as follows:





(https://www.imdb.com/title/tt1609490/?ref_=fn_ft_tt_80)

101.2 We searched the internet at large but found no references to ROGUE Scholars on streaming platforms.

## 102.0   ROGUE

102.1 We searched IMDb and found a movie called ROGUE at https://www.imdb.com/title/tt10150568/?ref_=fn_ft_tt_33 which references ROGUE as follows:

103





(https://www.imdb.com/title/tt10150568/?ref_=fn_ft_tt_33)
(https://pro.imdb.com/title/tt10150568?rf=cons_tt_indev_note&ref_=cons_tt_indev_note)

102.2 We searched the internet at large but found no references to ROGUE in connection with Joel Souza on streaming platforms.

**103.0    X-Men: Days of Future Past (2014) AKA "X-Men: Days of Future Past the Rogue Cut" (2014)**

103.1 We searched IMDb and found a movie called X-Men: Days of Future Past aka "X-Men: Days of Future Past the Rogue Cut" at https://www.imdb.com/title/tt1877832/?ref_=fn_ft_tt_40, though this IMDb page does not reference ROGUE prominently in its title:

104



(https://www.imdb.com/title/tt1877832/?ref_=fn_ft_tt_40)

103.2 We searched the internet at large and found the ROGUE cut version of this movie available for streaming on Amazon:





(https://www.amazon.com/gp/video/detail/amzn1.dv.gti.bcbbdccc-344e-958b-c657-
2184f463b52e?ref_=imdbref_tt_wo_pvt_aiv&tag=imdbtag_tt_wo_pvt_aiv-20)

<span style="background-color:#c00;color:#fff">**104.0   ROGUE**</span>

104.1 We searched IMDb and found a movie called ROGUE at
https://www.imdb.com/title/tt9807214/?ref_=fn_ft_tt_43 which references ROGUE as follows:





(https://www.imdb.com/title/tt9807214/?ref_=fn_ft_tt_43)
(https://pro.imdb.com/title/tt9807214/companycredits)

104.2 We searched the internet at large but found no references to ROGUE by T.J. Fixman on streaming platforms.

<div style="background:#b01c2e;color:#fff;">

**105.0   Bully Hill: The ROGUE Winemaker (1990)**

</div>

105.1 We searched IMDb and found a movie called Bully Hill: The ROGUE Winemaker at https://www.imdb.com/title/tt4071312/?ref_=fn_tv_tt_74, which references ROGUE as follows:

107





(https://www.imdb.com/title/tt4071312/?ref_=fn_tv_tt_74)

105.2 We searched the internet at large but found no platforms through which to stream this production.

## 106.0   ROGUE Blue

106.1 We searched IMDb and found a movie called ROGUE Blue at https://www.imdb.com/title/tt6479868/?ref_=fn_ft_tt_45 which references ROGUE as follows and is "in development":

108





(https://www.imdb.com/title/tt6479868/?ref_=fn_ft_tt_45)
(https://pro.imdb.com/title/tt6479868?rf=cons_tt_indev_note&ref_=cons_tt_indev_note)

106.2 We searched the internet at large but found no apparent platforms on which this production in connection with Tom Michaels is currently streaming.

**107.0   ROGUE**

107.1 We searched IMDb and found a movie called ROGUE at
https://www.imdb.com/title/tt9806262/?ref_=fn_ft_tt_61 which references ROGUE as follows:





(https://www.imdb.com/title/tt9806262/?ref_=fn_ft_tt_61)
(https://pro.imdb.com/title/tt9806262?rf=cons_tt_indev_note&ref_=cons_tt_indev_note)

107.2 We searched the internet at large but found no apparent platforms on which this production in connection with T.J. Fixman is currently streaming.

<span style="background-color:red">**108.0   ROGUE**</span>

108.1 We searched IMDb and found a movie called ROGUE at https://www.imdb.com/title/tt5754544/?ref_=fn_ft_tt_62 which references ROGUE as follows:





(https://www.imdb.com/title/tt5754544/?ref_=fn_ft_tt_62)
(https://pro.imdb.com/title/tt5754544?rf=cons_tt_indev_note&ref_=cons_tt_indev_note)

108.2 We searched the internet at large but found no apparent platforms on which this production in connection with Alston Ramsay is currently streaming.

**109.0   ROGUE (2017 India)**

109.1 We searched IMDb and found a movie called ROGUE at https://www.imdb.com/title/tt6682124 which references ROGUE as follows:





(https://www.imdb.com/title/tt6682124)

109.2 We found reference to ROGUE by Puri Jagannadh on Amazon, but we note that it is not available
to watch in the US at https://www.amazon.com/Rogue-Telugu-Ishan/dp/B07XYDMVW9.

**110.0   ROGUE Trooper (Pre-Production UK)**

110.1 We searched IMDb and found a movie called ROGUE Trooper at
https://www.imdb.com/title/tt8707622 which references ROGUE as follows:





(https://www.imdb.com/title/tt8707622)

110.2 We searched trademark databases and found a British trademark for ROGUE Trooper that was registered (5394458) on February 6, 2018 by Jason Kingsley – ███████████████ Oxford, GB.

## 111.0   ROGUE River (2012 UK)

111.1 We searched IMDb and found a movie called ROGUE River at https://www.imdb.com/title/tt1560978 which references ROGUE as follows:





(https://www.imdb.com/title/tt1560978)

111.2 We searched the internet at large and found this movie streaming on Amazon at
https://www.amazon.com/gp/video/detail/amzn1.dv.gti.e6a9f79c-47c7-37fd-5c84-
fb705fc53a9d.

## 112.0   ROGUE (2018 Japan)

112.1 We searched IMDb and found a movie called ROGUE at https://www.imdb.com/title/tt7917774
which references ROGUE as follows:





(https://www.imdb.com/title/tt7917774)

112.2 We searched the internet at large but found no references to ROGUE by Nobuhiro Suzumura on streaming platforms.

## 113.0   ROGUE Warfare (2019 Poland)

113.1 We searched IMDb and found a movie called ROGUE Warfare at https://www.imdb.com/title/tt5266668 which references ROGUE as follows:





(https://www.imdb.com/title/tt5266668)

113.2 We found this film available for streaming from Netflix at
https://www.netflix.com/title/80210901.

**114.0   ROGUE Warfare: The Hunt (2019 Poland)**

114.1 We searched IMDb and found a movie called ROGUE Warfare: The Hunt at
https://www.imdb.com/title/tt7983712 which references ROGUE as follows:





(https://www.imdb.com/title/tt7983712)

114.2 We found this film available for streaming from Netflix at
https://www.netflix.com/watch/81094421.

## 115.0   ROGUE (2019 Malaysia)

115.1 We searched IMDb and found a short film called ROGUE at
https://www.imdb.com/title/tt10687356 which references ROGUE as follows:





(https://www.imdb.com/title/tt10687356)

115.2 We found a download link to the movie at https://utubemate.com/movie/rogue-full-movie-download.

## 116.0   ROGUE Trooper: The Quartz Massacre (2018 UK)

116.1 We searched IMDb and found a short film called ROGUE Trooper: The Quartz Massacre at https://www.imdb.com/title/tt8184210 which references ROGUE as follows:





(https://www.imdb.com/title/tt8184210)

116.2 We found this film available for streaming from YouTube at
https://www.youtube.com/watch?v=U_XbkFWvFxw.

<div style="background:#b52025;color:#fff;padding:4px;">

**117.0   The ROGUES (2018 France)**

</div>

117.1 We searched IMDb and found a short film called The ROGUES at
https://www.imdb.com/title/tt8503980 which references ROGUE as follows:

119





([https://www.imdb.com/title/tt8503980](https://www.imdb.com/title/tt8503980))

117.2 We searched the internet at large but found no references to The ROGUES in connection with Dominique Leguen on streaming platforms.

<div style="background-color:#c0392b; color:white;">

**118.0   ROGUE (2017 India)**

</div>

118.1 We searched IMDb and found a movie called ROGUE at <u>https://www.imdb.com/title/tt7103958</u> which references ROGUE as follows:

120





(https://www.imdb.com/title/tt7103958)

118.2 We found this film published on YouTube on August 14, 2017 at
https://www.youtube.com/watch?v=XN6UYcoYRXA.

## 119.0   ROGUE (2017 UK)

119.1 We searched IMDb and found a short film called ROGUE at
https://www.imdb.com/title/tt6098188 which references ROGUE as follows:





(https://www.imdb.com/title/tt6098188)

119.2 We searched the internet at large but found no references to ROGUE by Hannah Smith on streaming platforms. We found an ended Indiegogo campaign at https://www.indiegogo.com/projects/rogue#/ for ROGUE, which shows the videos are unavailable.

## 120.0 ROGUE (2011 UK)

120.1 We searched IMDb and found a short film called ROGUE at https://www.imdb.com/title/tt2087928 which references ROGUE as follows:





([https://www.imdb.com/title/tt2087928](https://www.imdb.com/title/tt2087928))

120.2 We searched the internet at large but found no references to ROGUE by Laura Cussons on streaming platforms.

**121.0   ROGUE (2011 Canada)**

121.1 We searched IMDb and found a short film called ROGUE at [https://www.imdb.com/title/tt4479796](https://www.imdb.com/title/tt4479796) which references ROGUE as follows:





(https://www.imdb.com/title/tt4479796)

121.2 We searched the internet at large but found no references to ROGUE by Mark Nuttall on streaming platforms.

## 122.0   ROGUE Roy (2019 Australia)

122.1 We searched IMDb and found a short film called ROGUE Roy at https://www.imdb.com/title/tt7938108 which references ROGUE as follows:





(https://www.imdb.com/title/tt7938108)

122.2 We searched the internet at large but found no references to ROGUE Roy in connection with Dave Beamish on streaming platforms.

**123.0   ROGUE Trader (2019 UK)**

123.1 We searched IMDb and found a short film called ROGUE Trader at https://www.imdb.com/title/tt10930414 which references ROGUE as follows:

125





(https://www.imdb.com/title/tt10930414)

123.2 We searched the internet at large and found ROGUE Trader in connection with Simon Frith at
https://vimeo.com/358613105.

## 124.0   Princes & ROGUES (2021 UK)

124.1 We searched IMDb and found a short film called Princes & ROGUES at
https://www.imdb.com/title/tt15315398 which references ROGUE as follows:





(https://www.imdb.com/title/tt15315398)

124.2 We searched the internet at large but found no references to Princes & ROGUES in connection with Emmanuel Donaldson on streaming platforms.

## 125.0   ROGUE Bounty (Canada)

125.1 We searched IMDb and found a short film called ROGUE Bounty at https://www.imdb.com/title/tt11807548 which references ROGUE as follows:





(https://www.imdb.com/title/tt11807548)

125.2 We searched the internet at large but found no references to ROGUE Bounty in connection with Chris Fischer on streaming platforms. We found a Kickstarter campaign for the project at https://www.kickstarter.com/projects/1625650598/rogue-bounty-a-star-wars-story-fan-film.

### 126.0   Bardo: A ROGUE and Peasant Slave (UK)

126.1 We searched IMDb and found a short film called Bardo: A ROGUE and Peasant Slave at https://www.imdb.com/title/tt15423266 which references ROGUE as follows:





(https://www.imdb.com/title/tt15423266)

126.2 We searched the internet at large but found no references to Bardo: A ROGUE and Peasant Slave in connection with Michael Clifford on streaming platforms.

## 127.0   ROGUE Robots (2021 Canada)

127.1 We searched IMDb and found a short film called ROGUE Robots at https://www.imdb.com/title/tt14662192 which references ROGUE as follows:





(https://www.imdb.com/title/tt14662192)

127.2 We searched the internet at large and found this production available for streaming from
YouTube:



(https://www.youtube.com/watch?v=DE3Yi6w2dGo)

**128.0   Status: ROGUE (Canada)**

128.1 We searched IMDb and found a movie called Status: ROGUE at
https://www.imdb.com/title/tt7621168 which references ROGUE as follows:





(https://www.imdb.com/title/tt7621168)

128.2 We searched the internet at large but found no references to Status: ROGUE in connection with Lauro David Chartrand-DelValle on streaming platforms.

<div style="background:red;color:white">

**129.0   A Band of ROGUES (2012 Canada)**

</div>

129.1 We searched IMDb and found a movie called A Band of ROGUES at https://www.imdb.com/title/tt2112092 which references ROGUE as follows:





(https://www.imdb.com/title/tt2112092)

129.2 We searched the internet at large and found A Band of ROGUES available to steam on Amazon (https://www.amazon.com/Band-Rogues-Leonardo-Santaiti/dp/B08P3X1MPX).

## 130.0   ROGUE River (2012 UK)

130.1 We searched IMDb and found a movie called ROGUE River at https://www.imdb.com/title/tt7805906 which references ROGUE as follows:





(https://www.imdb.com/title/tt7805906)

130.2 We searched the internet at large but found no references to ROGUE River in connection with Oliver Griffiths on streaming platforms.

## 131.0   ROGUES in Robes (2016 France)

131.1 We searched IMDb and found a movie called ROGUES in Robes at https://www.imdb.com/title/tt5043258 which references ROGUE as follows:





(https://www.imdb.com/title/tt5043258)

131.2 We searched the internet at large but found no references to ROGUES in Robes in connection
with Julia Davis on streaming platforms.

## 132.0   One ROGUE Reporter (2014 United Kingdom)

132.1 We searched IMDb and found a movie called One ROGUE Reporter at
https://www.imdb.com/title/tt3737280 which references ROGUE as follows:





(https://www.imdb.com/title/tt3737280)

132.2 We searched the internet at large and found this movie available for streaming from Vimeo:



(https://vimeo.com/ondemand/oneroguereporter)



## 133.0   Jack Stone: ROGUE ALBION (2018 Finland)

133.1 We searched IMDb and found a movie called Jack Stone: ROGUE Albion at https://www.imdb.com/title/tt8323082 which references ROGUE as follows:



(https://www.imdb.com/title/tt8323082)

133.2 We found this film on YouTube at https://www.youtube.com/watch?v=KKjtRroFjhc. This video was published on April 20, 2018, and appears as follows:





(https://www.youtube.com/watch?v=KKjtRroFjhc)

## 134.0  Excalibur: Fury ROGUE (2015 UK)

134.1 We searched IMDb and found a movie called Excalibur: Fury Rogue at
https://www.imdb.com/title/tt12699762:





(https://www.imdb.com/title/tt12699762)

134.2 We searched the internet at large but found no references to Excalibur: Fury Rogue in connection with James Strong on streaming platforms.

## 135.0   ROGUE Bridal (2018 Canada)

135.1 We searched IMDb and found a TV movie called ROGUE Bridal at https://www.imdb.com/title/tt9764090 which references ROGUE as follows:





(https://www.imdb.com/title/tt9764090)

135.2 We searched the internet at large but found no references to ROGUE Bridal in connection with Lise Rose Snow on streaming platforms.

## 136.0   ROGUE Vampire (2014 UK)

136.1 We searched IMDb and found a TV movie called ROGUE Vampire at https://www.imdb.com/title/tt4173430 which references ROGUE as follows:

141





(https://www.imdb.com/title/tt4173430)

136.2 We searched the internet at large but found no references to ROGUE Vampire in connection with Steph Genovese on streaming platforms.

## 137.0   SAS: ROGUE Heroes (2021 UK)

137.1 We searched IMDb and found a TV mini-series called SAS: ROGUE Heroes at https://www.imdb.com/title/tt10405370 which references ROGUE as follows:





(https://www.imdb.com/title/tt10405370)

137.2 We searched the internet at large but found no references to SAS: ROGUE Heroes on streaming platforms.

## 138.0   Redemption of a ROGUE (2020 Ireland)

138.1 We searched IMDb and found a TV show called Redemption of a ROGUE at https://www.imdb.com/title/tt12542008 which references ROGUE as follows:





(https://www.imdb.com/title/tt12542008)

138.2 We searched the internet at large but found no references to Redemption of a ROGUE in connection with Philip Doherty on streaming platforms.

**139.0   ROGUE (2019 UK)**

139.1 We searched IMDb and found a TV mini-series called ROGUE at https://www.imdb.com/title/tt11344296 which references ROGUE as follows:

144





(https://www.imdb.com/title/tt11344296)

139.1.1 We found a YouTube link to the ROGUE full series at https://www.youtube.com/watch?v=CDCuxjHAqSc.

## 140.0   Aesthetica of a ROGUE Hero (2012 Japan)

140.1 We searched IMDb and found a TV series called Aesthetica of a ROGUE Hero at https://www.imdb.com/title/tt2269368 which references ROGUE as follows:





([https://www.imdb.com/title/tt2269368](https://www.imdb.com/title/tt2269368))

140.2 We searched the internet at large and found this TV show streaming at [https://www.funimation.com/en/shows/aesthetica-of-a-rogue-hero/new-game-plus/](https://www.funimation.com/en/shows/aesthetica-of-a-rogue-hero/new-game-plus/).

## 141.0   Karkat ROGUE (2020 India)

141.1 We searched IMDb and found a TV series called Karkat ROGUE at [https://www.imdb.com/title/tt11697514](https://www.imdb.com/title/tt11697514) which references ROGUE as follows:





([https://www.imdb.com/title/tt11697514](https://www.imdb.com/title/tt11697514))

141.2 We searched the internet at large and found this TV series available for streaming at
[https://www.zee5.com/global/zee5originals/details/karkat-rogue/0-6-2264](https://www.zee5.com/global/zee5originals/details/karkat-rogue/0-6-2264).

## 142.0   SAS: ROGUE Warriors (2017 UK)

142.1 We searched IMDb and found a TV mini-series called SAS: ROGUE Warriors at
[https://www.imdb.com/title/tt6497600](https://www.imdb.com/title/tt6497600) which references ROGUE as follows:

147





(https://www.imdb.com/title/tt6497600)

142.2 We note that the movie poster is for SAS: ROGUE HEROES, which is covered in Section 143.0.

142.3 We found this listing streaming on Amazon at https://www.amazon.com/SAS-Rogue-Warriors/dp/B078PRZZSJ.

## 143.0   Bad Tenants, ROGUE Landlords (2018 UK)

143.1 We searched IMDb and found a TV series called Bad Tenants, ROGUE Landlords at https://www.imdb.com/title/tt8336918 which references ROGUE as follows:





(https://www.imdb.com/title/tt8336918)

143.2 We searched the internet at large but found no references to Bad Tenants, ROGUE Landlords on streaming platforms.

## 144.0   ROGUE Tales (2013 Australia)

144.1 We searched IMDb and found a TV mini-series called ROGUE Tales at https://www.imdb.com/title/tt3360074 which references ROGUE as follows:

149





(https://www.imdb.com/title/tt3360074)

144.2 We found what appears to be ROGUE Tales available on YouTube at
https://www.youtube.com/playlist?list=PLxn1OlCmaTy5OpBbyuGKgbqcys_rq5x3U.

## 145.0   Ryan Goes ROGUE (2017 Canada)

145.1 We searched IMDb and found a TV show called Ryan Goes ROGUE at
https://www.imdb.com/title/tt7410048 which references ROGUE as follows:





(https://www.imdb.com/title/tt7410048)

145.2  We searched the internet at large and found this TV show streaming on Amazon at https://www.amazon.com/gp/video/detail/amzn1.dv.gti.24b20d5e-7d48-3b7d-424e-c795a40af61f.

## 146.0   Britain's Outlaws: Highwaymen, Pirates and ROGUES (2015 UK)

146.1  We searched IMDb and found a mini tv series called Britain's Outlaws: Highwaymen, Pirates and ROGUES at https://www.imdb.com/title/tt5259324 which references ROGUE as follows:





(https://www.imdb.com/title/tt5259324)

146.2 We searched the internet at large and found this mini TV series available to stream on Amazon (https://www.amazon.com/Britains-Outlaws-Highwaymen-Pirates-Rogues/dp/B07DPTR86Q).

## 147.0   Kid Normal and the ROGUE Heroes (2018 UK)

147.1 We searched IMDb and found a movie called Kid Normal and the ROGUE Heroes movie at https://www.imdb.com/title/tt12161960 which references ROGUE as follows:





(https://www.imdb.com/title/tt12161960)

147.2 We found a Kid Normal and the ROGUE Heroes video on YouTube at
https://www.youtube.com/watch?v=fAK0Mbvu53I.

## 148.0   Operation: Endgame (Original title: ROGUES Gallery) (2010 Japan)

148.1 We searched IMDb and found a movie called Operation: Endgame (originally ROGUES Gallery) at
https://www.imdb.com/title/tt1268987 which references ROGUE as follows. As shown, this
IMDb page indicates that the production is available for streaming on Tubi
(https://tubitv.com/search/operation%20endgame):



(https://www.imdb.com/title/tt1268987)

## 149.0   ROGUE (In Development UK)

149.1 We searched IMDb and found a movie called ROGUE at https://www.imdb.com/title/tt8123956/
which references ROGUE as follows:



(https://www.imdb.com/title/tt8123956/)
(https://pro.imdb.com/title/tt8123956?rf=cons_tt_indev_note&ref_=cons_tt_indev_note)

149.2 We searched the internet at large but found no apparent platforms on which to stream this production. The film is listed as in development at https://aberrantgene.com/development/rogue/.

## 150.0   ROGUE (In Development Australia)

150.1 We searched IMDb and found a movie called ROGUE at https://www.imdb.com/title/tt14630182 which references ROGUE as follows:





(https://pro.imdb.com/title/tt14630182/details)
(https://pro.imdb.com/title/tt14630182?rf=cons_tt_indev_note&ref_=cons_tt_indev_note)

150.2 We searched the internet at large but found no apparent platforms on which to stream this production.

**151.0   ROGUE Hunter (In Development UK)**

151.1 We searched IMDb and found a movie called ROGUE at https://www.imdb.com/title/tt5794782/?ref_=fn_ft_tt_42 which references ROGUE as follows:





(https://www.imdb.com/title/tt5794782/?ref_=fn_ft_tt_42)
(https://pro.imdb.com/title/tt5794782?rf=cons_tt_indev_note&ref_=cons_tt_indev_note)

151.2 We searched the internet at large but found no apparent platforms on which to stream this
production.

**152.0   ROGUE Male (In Development UK)**

152.1 We searched IMDb and found a movie called ROGUE Male at
https://www.imdb.com/title/tt5930900/?ref_=fn_ft_tt_11 which references ROGUE as follows:





(https://www.imdb.com/title/tt5930900/?ref_=fn_ft_tt_11)

152.2 We searched the internet at large but found no apparent platforms on which to currently stream this production.

## 153.0   TV Episodes

153.1 We searched and additionally found the following TV episodes named ROGUE:



**Rogue** (1995) (TV Episode)
- Season 2 | Episode 13
- Phantom 2040 (1994) (TV Series)

**Rogue** (2011) (TV Episode)
- Season 25 | Episode 42
- Casualty (1986) (TV Series)

**Rogue** (2019) (TV Episode)
- Season 3 | Episode 4
- Room 104 (2017) (TV Series)

**On the Rock** (1974) (TV Episode)
- Season 1 | Episode 1
- Rogue's Rock (1974) (TV Series)

**Lebanon** (2020) (TV Episode)
- Season 1 | Episode 5
- Rogue Trip (2020) (TV Series)

**Rogue Cop** (1976) (TV Episode)
- Season 2 | Episode 7
- Sidestreet (1975) (TV Series)

**The Dime Tour** (2016) (TV Episode)
- Season 3 | Episode 15
- Rogue (2013) (TV Series)

**Car Play** (2016) (TV Episode)
- Season 1 | Episode 3
- Rogue Operations (2016) (TV Series)

**Rogue** (2014) (TV Episode)
- Season 1 | Episode 5
- Legends (2014) (TV Series)

**Rogue** (1999) (TV Episode)
- Season 5 | Episode 7
- JAG (1995) (TV Series)

**Rogue** (2021) (TV Episode)
- Season 9 | Episode 1
- Wentworth (2013) (TV Series)

**Rogue** (2016) (TV Episode)
- Season 14 | Episode 1
- NCIS (2003) (TV Series)

**Rogue** (2012) (TV Episode)
- Season 2 | Episode 14
- Nikita (2010) (TV Series)

**Rogues** (1984) (TV Episode)
- Season 1 | Episode 12
- The Master (1984) (TV Series)

**Rogue** (1978) (TV Episode)
- Season 2 | Episode 6
- The Professionals (1977) (TV Series)

**Rogue** (2002) (TV Episode)
- Season 1 | Episode 9
- Smallville (2001) (TV Series)

(https://www.imdb.com/find?q=rogue&s=tt&ttype=ep&ref_=fn_ep)



**Rogue** (1996) (TV Episode)
- Season 1 | Episode 7
- The Sentinel (1996) (TV Series)

**Rogue** (2021) (TV Episode)
- Season 18 | Episode 15
- QI (2003) (TV Series)

**Rogue** (1980) (TV Episode)
- Season 1 | Episode 6
- The Gentle Touch (1980) (TV Series)

**The Rogue** (2015) (TV Episode)
- Season 1 | Episode 17
- Web Atlas (2015) (TV Series)

**The Rogue** (1999) (TV Episode)
- Season 1 | Episode 14
- Highlander: The Raven (1998) (TV Series)

**The Rogue** (1998) (TV Episode)
- Born Free (1998) (TV Series)

**Rogues** (2016) (TV Episode)
- Season 1 | Episode 4
- Darkest Case (2014) (TV Series)

**Rogue** (1993) (TV Episode)
- Season 1 | Episode 1
- Cadillacs and Dinosaurs (1993) (TV Series)

**Rogue** (2015) (TV Episode)
- Season 2 | Episode 21
- Web Atlas (2015) (TV Series)

**Rogue** (2021) (TV Episode)
- Season 1 | Episode 1
- Q-Force (2021) (TV Series)

**Rogue** (2010) (TV Episode)
- Season 2 | Episode 13
- Connor Undercover (2009) (TV Series)

**Rogue** (2013) (TV Episode)
- Reel Junkie (2007) (TV Series)

**Rogues** (2015) (TV Episode)
- Season 1 | Episode 3
- Britain's Outlaws: Highwaymen, Pirates and Rogues (2015) (TV Mini Series)

**Rogue** (1976) (TV Episode)
- Season 1 | Episode 25
- The Swiss Family Robinson (1974) (TV Series)

**Rogue** (2018) (TV Episode)
- Season 1 | Episode 3
- X-Men Revolution (2018) (TV Series)

**Rogue** (2013) (TV Episode)
- Season 2 | Episode 11
- Uncanny X-Men (2012) (TV Series)

**Rogue** (2015) (TV Episode)
- Season 2 | Episode 3
- Jim Shockey's Uncharted (2014) (TV Series)

**Rogue** (TV Episode)
- Season 1 | Episode 3
- Paladin: The Brotherhood (TV Mini Series)

**The Rogue** (TV Episode)
- Season 1 | Episode 3
- Inner Worlds (TV Series)

**Rogue trader! Rogue nation?** (2018) (TV Episode)
- Season 4 | Episode 10

(https://www.imdb.com/find?q=rogue&s=tt&ttype=ep&ref_=fn_ep)

160



**Rogue trader! Rogue nation?** (2018) (TV Episode)
- Season 4 | Episode 10
- Renegade Inc. (2017) (TV Series)

**Drogues** (2013) (TV Episode)
- Season 1 | Episode 6
- 30 secondes pour changer le monde (2013) (TV Series)

**En Rogue** (2016) (TV Episode)
- Season 2 | Episode 7
- Guidance (2015) (TV Series)

**La drogue** (2011) (TV Episode)
- Season 1 | Episode 15
- La Caverne (2011) (TV Series)

**WWH Rogue** (2017) (TV Episode)
- Season 2 | Episode 15
- WWH: World Wrestling at Home (2016) (TV Series)

**Fury Rogue** (2018) (TV Episode)
- Season 4 | Episode 19
- The Flash (2014) (TV Series)

**Rogue Won** (2017) (TV Episode)
- Season 7 | Episode 4
- The Sean Ward Show (2010) (TV Series)

**Rogue Bar** (2017) (TV Episode)
- Season 2 | Episode 7
- Mobsters (2013) (TV Series)

**La drogue** (2020) (TV Episode)
- Season 1 | Episode 56
- Et tout le monde s'en fout (2017) (TV Mini Series)

**Rogue Cop** (1984) (TV Episode)
- Cop Shop (1977) (TV Series)

**Gone Rogue** (2019) (TV Episode)
- Season 5 | Episode 20
- The Flash (2014) (TV Series)

**Rogue Air** (2015) (TV Episode)
- Season 1 | Episode 22
- The Flash (2014) (TV Series)

**Rogue 110** (2017) (TV Episode)
- Season 2 | Episode 5
- Donovan & Simms (2014) (TV Series)

**Rogue Mail** (2003) (TV Episode)
- The Money Programme (1966) (TV Series)

**Rogue Two** (2020) (TV Episode)
- Season 2 | Episode 10
- Captain Isotope & the Enemy of Space (2018) (TV Series)

**Rogue Won** (2016) (TV Episode)
- Season 1 | Episode 17
- Friday Night Bites (2016) (TV Series)

**Rogue Arm** (1986) (TV Episode)
- Season 1 | Episode 42
- The Adventures of the Galaxy Rangers (1986) (TV Series)

**Rogue Mine** (1979) (TV Episode)
- Season 1 | Episode 2
- Patrol Boat (1979) (TV Series)

**Rogue Male** (1956) (TV Episode)
- Season 2 | Episode 5
- Big City (1956) (TV Mini Series)

**Rogue Rage** (2020) (TV Episode)
- Season 1 | Episode 2
- 100 Days Wild (2020) (TV Series)

(https://www.imdb.com/find?q=rogue&s=tt&ttype=ep&ref_=fn_ep)



**Rogue One** (2016) (TV Episode)
- Season 9 | Episode 4
- The Screening Room (2008) (TV Series)

**Rogue Cop** (1972) (TV Episode)
- Season 2 | Episode 21
- The Smith Family (1971) (TV Series)

**Rogue One** (2016) (TV Episode)
- Season 2 | Episode 12
- Toon Sandwich (2015) (TV Series)

**Gone Rogue** (2020) (TV Episode)
- Season 1 | Episode 6
- The Forecast (2020) (TV Series)

**Rogue One** (2017) (TV Episode)
- Season 1 | Episode 6
- Dimes Reviews (2017) (TV Series)

**Rogue Time** (2015) (TV Episode)
- Season 1 | Episode 16
- The Flash (2014) (TV Series)

**Rogue Trip** (2011) (TV Episode)
- Season 1 | Episode 15
- Voltron Force (2011) (TV Series)

**Rogue Croc** (2002) (TV Episode)
- Season 2 | Episode 7
- Russell Coight's All Aussie Adventures (2001) (TV Series)

**Rogue One** (2021) (TV Episode)
- Season 10 | Episode 15
- Wicked Tuna (2012) (TV Series)

**Rogue One** (2015) (TV Episode)
- Season 1 | Episode 1
- Collider Jedi Council (2015) (TV Series)

**Rogue Trip** (2006) (TV Episode)
- Season 2 | Episode 13
- Cuts (2005) (TV Series)

**Rogue One** (2016) (TV Episode)
- Season 4 | Episode 12
- The Onion Film Standard (2013) (TV Series)

**Rogue One** (2016) (TV Episode)
- Season 1 | Episode 3
- #PopNerd (2016) (TV Series)

**Rogue One** (2016) (TV Episode)
- Season 6 | Episode 21
- Half in the Bag (2011) (TV Series)

**La drogue** (1996) (TV Episode)
- Le cercle de minuit (1992) (TV Series)

**Rogue One** (2016) (TV Episode)
- Season 1 | Episode 1
- Highly Suspect Reviews (2016) (TV Series)

**Rogue Bull** (1973) (TV Episode)
- Season 1 | Episode 10
- Elephant Boy (1972) (TV Series)

**Rogue One** (2016) (TV Episode)
- Season 1 | Episode 1
- CritiCar (2016) (TV Series)

**Rogue Wave** (2010) (TV Episode)
- Season 2 | Episode 7
- Live at Moog (2009) (TV Series)

**Rogue 101** (2016) (TV Episode)
- Season 1 | Episode 6
- Film Valor (2016) (TV Series)

**Beloved Rogue** (1971) (TV Episode)
- Season 1 | Episode 6
- The Silent Years (1971) (TV Series)

(https://www.imdb.com/find?q=rogue&s=tt&ttype=ep&ref_=fn_ep)

162



Rogue State (2013) (TV Episode)
- Season 1 | Episode 1
- Future Firepower (2013) (TV Series)

Rogue Faction (2010) (TV Episode)
- Season 1 | Episode 1
- Sons of the Brotherhood (2010) (TV Series)

Rogues' Gallery (1972) (TV Episode)
- Season 4 | Episode 13
- Division 4 (1969) (TV Series)

Rogue Males (1998) (TV Episode)
- Cutting Edge (1990) (TV Series)

Rogue Justice (2011) (TV Episode)
- CNN Presents (1993) (TV Series)

Rogue Warrior (1987) (TV Episode)
- Season 1 | Episode 13
- Airwolf (1987) (TV Series)

Rogue's Daughter (1964) (TV Episode)
- Season 1 | Episode 1
- Judith Paris (1964) (TV Mini Series)

The Mighty Rogues (2008) (TV Episode)
- Season 4 | Episode 16
- Boston Legal (2004) (TV Series)

The Rogue Ones (2019) (TV Episode)
- Season 1 | Episode 25
- Super Dinosaur (2018) (TV Series)

Rogue Bachelor (2015) (TV Episode)
- Selling Yachts (2015) (TV Series)

Family of Rogues (2015) (TV Episode)
- Season 2 | Episode 3
- The Flash (2014) (TV Series)

Tenkai Rogue (2013) (TV Episode)
- Season 1 | Episode 15
- Tenkai Knights (2013) (TV Series)

A Rogue Trader (2015) (TV Episode)
- Season 1 | Episode 26
- Corrupt Crimes (2015) (TV Series)

Rogue Males (2001) (TV Episode)
- Season 4 | Episode 1
- Holby City (1999) (TV Series)

Going Rogue (2013) (TV Episode)
- Season 1 | Episode 1
- Croc Catchers (2013) (TV Series)

Rogue Sharks (2011) (TV Episode)
- Shark Week (1987) (TV Series)

Going Rogue (2015) (TV Episode)
- Season 1 | Episode 9
- American Biography (2015) (TV Series)

The Widow and the Rogue (1973) (TV Episode)
- Season 19 | Episode 7
- Gunsmoke (1955) (TV Series)

Going Rogue (2019) (TV Episode)
- Season 12 | Episode 8
- The Dead Files (2011) (TV Series)

Going Rogue (2014) (TV Episode)
- Season 1 | Episode 4
- The Flash (2014) (TV Series)

Rogue's Gallery (1978) (TV Episode)
- Season 2 | Episode 1
- Target (1977) (TV Series)

Rogue Horse (1962) (TV Episode)
- Season 2 | Episode 22
- National Velvet (1960) (TV Series)

The New Rogues (2016) (TV Episode)
- Season 3 | Episode 4
- The Flash (2014) (TV Series)

(https://www.imdb.com/find?q=rogue&s=tt&ttype=ep&ref_=fn_ep)



**The Rogue's Lair** (2015) (TV Episode)
- Season 1 | Episode 1
- Building Belushi (2015) (TV Mini Series)

**Rogue General** (2009) (TV Episode)
- Season 1 | Episode 4
- Patton 360 (2009) (TV Series)

**The Richmond Rogue** (2007) (TV Episode)
- Season 4 | Episode 11
- Restaurant Makeover (2005) (TV Series)

**Rogue's Galley** (1964) (TV Episode)
- Season 6 | Episode 25
- No Hiding Place (1959) (TV Series)

**Rogue's Gallery** (2015) (TV Episode)
- Season 1 | Episode 11
- Gotham Undercover (2014) (TV Series)

**Rogues' Gallery** (1990) (TV Episode)
- Season 6 | Episode 7
- Taggart (1983) (TV Series)

**Rogues' Gallery** (2015) (TV Episode)
- Season 1 | Episode 11
- Gotham (2014) (TV Series)

**The Missile Rogues** (1962) (TV Episode)
- Season 3 | Episode 15
- Hawaiian Eye (1959) (TV Series)

**Rogues' Gallery** (2012) (TV Episode)
- Season 3 | Episode 5
- The Listener (2009) (TV Series)

**Rogue Elephant** (1978) (TV Episode)
- Season 1 | Episode 6
- Jana of the Jungle (1978) (TV Series)

**Rogue Robots** (1981) (TV Episode)
- Season 1 | Episode 1
- Danger Mouse (1981) (TV Series)

**Going Rogue** (2015) (TV Episode)
- Season 4 | Episode 2
- Project Greenlight (2001) (TV Series)

**Revenge of the Rogues** (2015) (TV Episode)
- Season 1 | Episode 10
- The Flash (2014) (TV Series)

**Rogue Witness** (2020) (TV Episode)
- Season 3 | Episode 7
- Search Party (2016) (TV Series)

**Rogue Athena** (2012) (TV Episode)
- Season 1 | Episode 4
- Campione! (2012) (TV Series)

**Half a Rogue** (1963) (TV Episode)
- Season 4 | Episode 18
- Bonanza (1959) (TV Series)

**The Rogues' Tavern** (1954) (TV Episode)
- Season 1 | Episode 15
- The Vampira Show (1954) (TV Series)

**The Highland Rogue** (2020) (TV Episode)
- Season 1 | Episode 2
- Blood of the Clans (2020) (TV Series)

**Rogue Mushroom** (2020) (TV Episode)
- Season 1 | Episode 5
- Mum Listen (2020) (TV Series)

**Rogue River** (2006) (TV Episode)
- Season 1 | Episode 8
- Jericho (2006) (TV Series)

(https://www.imdb.com/find?q=rogue&s=tt&ttype=ep&ref_=fn_ep)



**The Unseen Rogues** (2015) (TV Episode)
- Season 1 | Episode 6
- URealms Live (2015) (TV Series)

**Rogues and Squires** (1958) (TV Episode)
- Season 3 | Episode 23
- Fury (1955) (TV Series)

**Rogue Moons** (1995) (TV Episode)
- Season 1 | Episode 8
- Action Man (1995) (TV Series)

**Rogue Element** (2014) (TV Episode)
- Season 1 | Episode 9
- Scorpion (2014) (TV Series)

**Rogues' Gallery** (1960) (TV Episode)
- Season 1 | Episode 4
- Bonehead (1957) (TV Series)

**The Rogues' Tavern** (2019) (TV Episode)
- Season 6 | Episode 3
- Horror Hotel (2013) (TV Series)

**Rogue Sharks** (2011) (TV Episode)
- Season 24 | Episode 3
- Shark Week (1987) (TV Series)

**Rogue Planet** (2021) (TV Episode)
- Season 1 | Episode 15
- Space Nova (2020) (TV Series)

**The Rogue Fingerer** (2014) (TV Episode)
- Season 1 | Episode 6
- SleepyCast (2014) (TV Series)

**Rogue Trader** (2001) (TV Episode)
- Season 1 | Episode 1
- An Indian Affair (2001) (TV Series)

**Rogue in the Bathroom** (1991) (TV Episode)
- Season 1 | Episode 13
- The Hidden Room (1991) (TV Series)

**The Rogue Ref** (2020) (TV Episode)
- Season 1 | Episode 1
- Whistleblower (2020) (TV Series)

**Going Rogue** (2019) (TV Episode)
- Season 4 | Episode 6
- Waterside (2013) (TV Series)

**The Rogue Journalist** (2010) (TV Episode)
- Season 1 | Episode 3
- No Ignoring (2010) (TV Mini Series)

**Rogue Miner** (2015) (TV Episode)
- Season 5 | Episode 15
- Gold Rush (2010) (TV Series)

**Rogue Planet** (2013) (TV Episode)
- Season 1 | Episode 1
- Forecasting the End (2013) (TV Series)

**Rogue Faction** (2020) (TV Episode)
- Season 1 | Episode 2
- The Federation War (2020) (TV Mini Series)

**Rogue Baboon** (2012) (TV Episode)
- Season 4 | Episode 1
- Inside Nature's Giants (2009) (TV Series)

**Rogue's Gallery** (1961) (TV Episode)
- Season 1 | Episode 18
- The Dick Tracy Show (1961) (TV Series)

**Villains and Rogues** (2009) (TV Episode)
- Season 2 | Episode 7
- Stories from the Vaults (2007) (TV Series)

**Rogue Stallion** (1955) (TV Episode)
- Season 1 | Episode 9
- My Friend Flicka (1955) (TV Series)

**Rogue and Mercy** (I) (2018) (TV Episode)
- Season 1 | Episode 5
- Cosplayers Getting Coffee (I) (2017) (TV Series)

(https://www.imdb.com/find?q=rogue&s=tt&ttype=ep&ref_=fn_ep)



**Rogue Roofers** (2018) (TV Episode)
- Season 1 | Episode 4
- Esther Rantzen's House Trap (2018) (TV Mini Series)

**Rogue Planet** (2002) (TV Episode)
- Season 1 | Episode 18
- Star Trek: Enterprise (2001) (TV Series)

**A Rogue Renovation** (2018) (TV Episode)
- Season 13 | Episode 3
- House Hunters Renovation (2012) (TV Series)

**Turn of the Rogue** (2001) (TV Episode)
- Season 1 | Episode 7
- X-Men: Evolution (2000) (TV Series)

**Rogue Satellite** (1998) (TV Episode)
- Season 1 | Episode 4
- Space Island One (1998) (TV Series)

**Night of the Rogues** (1993) (TV Episode)
- Season 7 | Episode 6
- Teenage Mutant Ninja Turtles (1987) (TV Series)

**Rogues of The Land** (2021) (TV Episode)
- Season 3 | Episode 2
- Elreezy's Audio Plays (2020) (TV Series)

**Rogue Planet** (2016) (TV Episode)
- Season 1 | Episode 3
- Doomsday: 10 Ways the World Will End (2016) (TV Series)

**Rogue Operation** (2020) (TV Episode)
- Season 1 | Episode 7
- Magatsu Wahrheit: Zuerst (2020) (TV Series)

**Rogues Gallery** (1973) (TV Episode)
- Season 3 | Episode 12
- New Scotland Yard (1972) (TV Series)

**Rogue Warrior** (2015) (TV Episode)
- Season 3 | Episode 6
- Ultimate Survival Alaska (2013) (TV Series)

**Going Rogue** (2015) (TV Episode)
- Season 3 | Episode 7
- Ultimate Survival Alaska (2013) (TV Series)

**Rogue Infiltration** (2020) (TV Episode)
- Season 1 | Episode 6
- Magatsu Wahrheit: Zuerst (2020) (TV Series)

**Rogues in Robes** (2013) (TV Episode)
- Season 5 | Episode 71
- Whistleblowers: The Untold Stories (2011) (TV Series)

**Rogue's Harvest** (1960) (TV Episode)
- Season 1 | Episode 31
- The Four Just Men (1959) (TV Series)

**A Rogue's Tale** (1994) (TV Episode)
- Season 2 | Episode 9
- X-Men: The Animated Series (1992) (TV Series)

**Rogue Gladiators** (2021) (TV Episode)
- Season 1 | Episode 4
- 5 Minute Action Movies (2020) (TV Series)

**Rogue Recruit** (2000) (TV Episode)
- Season 1 | Episode 3
- X-Men: Evolution (2000) (TV Series)

**Rogue Nation** (2017) (TV Episode)
- Season 1 | Episode 5
- The Eleven Little Roosters (2017) (TV Mini Series)

**Land of the Rogues** (1955) (TV Episode)
- Season 1 | Episode 13
- Sheena: Queen of the Jungle (1955) (TV Series)

**Going Rogue** (2016) (TV Episode)
- Jimmy Houston OutDoors (1990) (TV Series)

**Rogue Father** (1997) (TV Episode)
- Season 1 | Episode 4
- Burn-Up Excess (1997) (TV Series)

(https://www.imdb.com/find?q=rogue&s=tt&ttype=ep&ref_=fn_ep)



**Rogue Ultimatum** (2020) (TV Episode)
- Season 1 | Episode 8
- Magatsu Wahrheit: Zuerst (2020) (TV Series)

**Rogue Locksmiths** (2018) (TV Episode)
- Season 1 | Episode 3
- Esther Rantzen's House Trap (2018) (TV Mini Series)

**Rogue Nation** (2017) (TV Episode)
- Season 4 | Episode 1
- NCIS: New Orleans (2014) (TV Series)

**Port of Rogues** (1959) (TV Episode)
- Season 2 | Episode 10
- Captain David Grief (1957) (TV Series)

**Loveable Rogues** (2014) (TV Episode)
- Season 3 | Episode 3
- Sam & Mark's Big Friday Wind-Up (2011) (TV Series)

**Black Brogues** (1999) (TV Episode)
- Season 3 | Episode 7
- Podge and Rodge. A Scare at Bedtime (1997) (TV Series)

**Rogue: Part Two** (2016) (TV Episode)
- Season 1 | Episode 2
- Prisoner Zero (2016) (TV Series)

**How to Go Rogue** (2014) (TV Episode)
- Season 3 | Episode 10
- The Louise Log (2007) (TV Series)

**Natsu vs. Rogue** (2014) (TV Episode)
- Season 5 | Episode 16
- Fairy Tail (2009) (TV Series)

**Les drogueurs** (1977) (TV Episode)
- Season 1 | Episode 5
- Un juge, un flic (1977) (TV Series)

**Part 1: Rogue** (2010) (TV Episode)
- Season 2 | Episode 1
- It Comes from Burbank: The Xanax Masziszonix Chronicles (2009) (TV Series)

**164: Rogue One** (2018) (TV Episode)
- Season 8 | Episode 2
- Stuff You Like (2011) (TV Series)

**Going Brogue** (2014) (TV Episode)
- Season 16 | Episode 8
- WWE Smackdown! (1999) (TV Series)

**Chat et drogue** (2013) (TV Episode)
- Season 3 | Episode 26
- Salut les geeks (2011) (TV Series)

**Rogue One Week** (2016) (TV Episode)
- Season 1 | Episode 2
- Awesometacular with Jeremy Jahns (2016) (TV Series)

**Going Brogue** (2014) (TV Episode)
- Season 1 | Episode 5
- The Best Laid Plans (2014) (TV Mini Series)

**Rogue: Part One** (2016) (TV Episode)
- Season 1 | Episode 1
- Prisoner Zero (2016) (TV Series)

**De Rogue Trader** (2018) (TV Episode)
- Season 1 | Episode 8
- Zuidas (2018) (TV Series)

**The Red-Eyed Rogue** (1993) (TV Episode)
- Season 1 | Episode 20
- Crocadoo (1993) (TV Series)

**Rogue: A Well Intentioned Imposter** (2014) (TV Episode)
- Season 1 | Episode 1
- Rogues of LA (2014) (TV Series)

**Star Wars: Rogue Squadron** (2009) (TV Episode)
- Season 4 | Episode 25
- Video Game Vault (2006) (TV Series)

**Rogue Herries - 1758** (1960) (TV Episode)
- Season 1 | Episode 6
- The Herries Chronicle (1960) (TV Series)

(https://www.imdb.com/find?q=rogue&s=tt&ttype=ep&ref_=fn_ep)



**Incorrigible Rogue: Part 1** (1976) (TV Episode)
- Season 5 | Episode 33
- Crown Court (1972) (TV Series)

**214: Rogue Tourist** (2004) (TV Episode)
- Season 20 | Episode 34
- The Bill (1984) (TV Series)

**Rogue Herries - 1745** (1960) (TV Episode)
- Season 1 | Episode 4
- The Herries Chronicle (1960) (TV Series)

**Rogue Herries - 1756** (1960) (TV Episode)
- Season 1 | Episode 5
- The Herries Chronicle (1960) (TV Series)

**Rogue One: A Postmodern Change** (2018) (TV Episode)
- Season 1 | Episode 3
- Implicitly Pretentious (2017) (TV Series)

**Castiglione - Rogue Genius of the Baroque** (2013) (TV Episode)
- Season 1 | Episode 9
- Secret Knowledge (2013) (TV Series)

**Incorrigible Rogue: Part 3** (1976) (TV Episode)
- Season 5 | Episode 35
- Crown Court (1972) (TV Series)

**Mission Impossible: Rogue Nation** (2015) (TV Episode)
- Season 9 | Episode 64
- Zoom In (2008) (TV Series)

**Iris and the Rogue Dragonite!** (2012) (TV Episode)
- Season 15 | Episode 41
- Pokémon (1997) (TV Series)

**Star Wars: Rogue Squadron** (2012) (TV Episode)
- Game Grumps (2012) (TV Series)

**Mission: Impossible - Rogue Nation** (2015) (TV Episode)
- Roeper's Reviews (2015) (TV Series)

**Rogue Herries - 1762** (1960) (TV Episode)
- Season 1 | Episode 7
- The Herries Chronicle (1960) (TV Series)

**Codename: Growing Rogue** (2012) (TV Episode)
- Season 2 | Episode 1
- Spy (2011) (TV Series)

**Rogue Herries - 1731** (1960) (TV Episode)
- Season 1 | Episode 2
- The Herries Chronicle (1960) (TV Series)

**Spider-Man, Deadpool, and Rogue** (2018) (TV Episode)
- Season 3 | Episode 1
- The Waiting Room (2015) (TV Series)

(https://www.imdb.com/find?q=rogue&s=tt&ttype=ep&ref_=fn_ep)

**End of Report**