UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:21-cv-04913-PSG-AS** | Date | September 25, 2026 |
| Title | ***UV RML NL Assets, LLC v. Coulter Ventures, LLC*** | Page | 1 of 1 |

Present: The Honorable DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| DEREK DAVIS | NOT REPORTED |
| Deputy Clerk | Court Reporter |

Attorneys Present for Respondent
n/a

**Proceedings: IN CHAMBERS— ORDER TO SHOW CAUSE REGARDING DISPOSITION OF PRELIMINARY INJUNCTION SECURITY**

On October 22, 2021, the Court granted Plaintiff UV RML NL Assets, LLC's motion for a preliminary injunction and required Plaintiff to post security in the amount of $2,500 pursuant to Federal Rule of Civil Procedure 65(c). [Doc. # 51.] Plaintiff deposited the required security into the registry of the Court on October 25, 2021. [Doc. # 59.]

On September 15, 2022, the parties stipulated to dismiss this action with prejudice, including all claims, counterclaims, and defenses, with each party bearing its own costs and attorneys' fees. [Doc. # 105.] The Court entered the dismissal and terminated the case. [Doc. # 107.] Defendant also voluntarily dismissed its appeal from the preliminary injunction order. [Doc. # 108.] It appears, however, that neither the parties' stipulation nor the Court's dismissal order addressed the disposition of the preliminary injunction security, which, together with accrued interest, remains in the Court Registry Investment System.

No money deposited in the Court's registry may be withdrawn except by order of the Court. *See* 28 U.S.C. § 2042. Accordingly, the parties are **ORDERED TO SHOW CAUSE**, in writing, by **October 9, 2026**, why the security should not be exonerated and the $2,500 deposit, together with accrued interest and less any authorized registry fee, returned to Plaintiff UV RML NL Assets, LLC.

Failure to file a timely response will be deemed consent to the exoneration of the security and return of the funds to Plaintiff.

**IT IS SO ORDERED.**